UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: ALL CASES <br> ) |

## PRACTICE AND PROCEDURES NOTICE

The Court provides this Practice and Procedure Notice ("Notice") that applies to all actions transferred to this Court as part of the above-captioned matter, as well as all related actions originally filed in, transferred to, or removed to this Court.

1. **DEFINITIONS** – Case No. 3:23-md-3071 is the Master Case and all other cases made a part of MDL 3071 are designated Member Cases. This Notice shall be docketed in the Master Case and each Member Case.

2. **FILING** – All filings shall be made through this Court's NextGen CM/ECF system. No filings should be made in the transferor district court. Filing a document through CM/ECF requires the filer to have PACER account and access permissions by this Court. For information regarding how to set up a PACER account or how to request filing access in this Court please follow the instructions provided by PACER. All counsel appearing in this matter shall register for electronic case filing with the Court. When requesting CM/ECF filing access through PACER, please include in the comment or case field "MDL 3071." Electronic filing allows public access to case information. For this reason, parties should refrain from including personal identifying information. Please refer to Fed. R. Civ. P. 5.2 for more information.

3. **MASTER CASE DOCKET FILE** – The Clerk will maintain a Master Case docket

under case number 3:23-md-3071 with the caption in bold "IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II)." When a filing is intended to be applicable to all cases, the words "This Document Relates to: ALL CASES" shall be included in bold in the caption below the Master Case number. When a filing is intended to apply to fewer than all cases, immediately following the words "This Document Relates to:" the caption shall include in bold this Court's civil case number for each Member Case to which the filing pertains. For example:

| | |
|---|---|
| | **Case No. 3:23-md-3071** |
| | **MDL No. 3071** |
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **This Document Relates to:** |
| | **3:23-cv-1234** |
| | **3:23-cv-5678** |
| | **3:23-cv-9101** |

If a filing relates to ALL cases, that designation should be included in the docket entry text and the document must be filed in the Master Case <u>and in the docket of each Member Case</u>. If a filing relates to the Master Case and <u>one or more</u>, but NOT all Member Cases, the case number(s) to which it applies should be included in the docket entry text and the document must be filed in the Master Case **AND** spread to the applicable Member Case(s). Filing instructions can be found on the Court's MDL 3071 Information webpage:

https://tnmd-admin.jdc.ao.dcn/mdl-case-information

4.      **APPEARANCES** – Attorneys who appeared in a transferor court prior to transfer by the Judicial Panel on Multidistrict Litigation ("JPML") need not enter an additional appearance before this Court. All other attorneys must file a notice of appearance in the Middle District of Tennessee. All appearances shall be filed directly in the Master Case and the appropriate Member Case.

Case 3:23-md-03071      Document 2      Filed 04/19/23      Page 2 of 3 PageID #: 14

5.     *PRO HAC VICE* **ADMISSION** – Attorneys who were admitted to practice before a transferor court in a Member Case or who were admitted to practice *pro hac vice* by a transferor court prior to transfer by the JPML need not apply for *pro hac vice* admission to practice before this Court. All other attorneys shall comply with the Local Rules of the Middle District of Tennessee regarding pro hac vice admissions.

6.     **LOCAL COUNSEL** – Parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so as stated in Local Rule 83.01(d)(1).

7.     **DOCKETING** – When an action that properly belongs in MDL No. 3071 is filed in the Middle District of Tennessee or transferred here from another court, the Clerk of this Court shall docket a copy of this Notice in the Member Case.

8.     **SEALED DOCUMENTS** – Instructions for filing a sealed document can be found on the Court's MDL 3071 Information webpage:

https://tnmd-admin.jdc.ao.dcn/mdl-case-information

9.     **SERVICE OF DOCUMENTS** – Local Rule 5.01 is suspended. Counsel of record who are registered for CM/ECF filing will be served electronically with all filings.

10.    **CONTACT INFORMATION** – Each law firm or office shall provide the name of two contacts who are counsel of record in the Master Case with an email address, office phone number and cell phone number on or before **April 26, 2023**, directly to Kelly Parise at kelly_parise@tnmd.uscourts.gov.

11. This Notice may be amended as needed.