IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071 **This Document Relates to:** |
| | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **3:23-cv-00326** **3:23-cv-00330** **3:23-cv-00331** **3:23-cv-00332** **3:23-cv-00333** **3:23-cv-00334** **3:23-cv-00335** **3:23-cv-00336** **3:23-cv-00337** **3:23-cv-00338** **3:23-cv-00339** **3:23-cv-00344** **3:23-cv-00345** **3:23-cv-00356** **3:23-cv-00357** **3:23-cv-00358** **3:23-cv-00378** **3:23-cv-00387** **3:23-cv-00388** **3:23-cv-00389** **3:23-cv-00390** **3:23-cv-00391** |

## NOTICE OF APPEARANCE

Stephen J. Zralek of Spencer Fane LLP hereby enters his appearance on behalf of Defendant Equity Residential in the cases consolidated with the above-referenced lead case in the In re: RealPage multidistrict litigation, joining the lawyers at Baker & Hostetler LLP who have previously entered an appearance in underlying consolidated cases, including Carl Hittinger, Jeffry Duffy, Tyson Herrold and Alyse Stach.

Respectfully submitted,

/s/ Stephen J. Zralek
Stephen J. Zralek, BPR #018971
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300 Telephone
(615) 238-6301 Facsimile
szralek@spencerfane.com

*Counsel for Defendant Equity Residential*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on April 25, 2023.

/s/ Stephen J. Zralek