IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00335<br>3:23-cv-00336<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391 |

## NOTICE OF APPEARANCE

S. Chase Fann of Spencer Fane LLP hereby enters his appearance on behalf of Defendant Equity Residential in the cases consolidated with the above-referenced lead case in the In re: RealPage multidistrict litigation, joining the lawyers at Baker & Hostetler LLP who have previously entered an appearance in underlying consolidated cases, including Carl Hittinger, Jeffry Duffy, Tyson Herrold and Alyse Stach.

Respectfully submitted,

/s/ S. Chase Fann
Stephen J. Zralek, BPR #018971
S. Chase Fann, BPR #036794
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300 Telephone
(615) 238-6301 Facsimile
szralek@spencerfane.com
cfann@spencerfane.com

*Counsel for Defendant Equity Residential*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on April 25, 2023.

/s/ S. Chase Fann