UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00330 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Mark P. Chalos of the law firm Lieff Cabraser Heimann & Bernstein, LLP hereby enters his appearance as counsel of record in the above matter on behalf of Plaintiffs LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, individually and on behalf of all others similarly situated. A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Dated: April 26, 2023

Respectfully submitted,

By: */s/ Mark. P. Chalos*
Mark P. Chalos
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

222 2nd Ave S, Suite 1640
Nashville, TN 37201-2379
(615) 313-9000
mchalos@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*/s/ Mark. P. Chalos*
Mark P. Chalos