# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____KRISTEN  M.  ANDERSON_____, Bar # _____KA1965_____

was duly admitted to practice in the Court on

_____September 08, 2017_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.              On
            New York, New York                _____April 25, 2023_____

_____Ruby J. Krajick_____   By    _____s/ D. Shaw_____
         Clerk of Court                              Deputy Clerk