# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | CASE NO. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00336<br>3:23-cv-00337<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Britt M. Miller hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Mid-America Apartment Communities, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of Illinois. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A.

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below:

N/A.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> Scott D. Carey
> Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.
> 1600 West End Ave, Suite 2000
> Nashville, Tennessee 37203
> (615) 726-7379
> scarey@bakerdonelson.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Britt M. Miller

Name: Britt M. Miller
State where admitted and State Bar Number: Illinois, Bar No. 6256398
Business Address: Mayer Brown, LLP, 71 S. Wacker Dr., Chicago, IL 60606
Local Address [if different from above]: N/A
Phone: (312) 701-8663
Email: bmiller@mayerbrown.com

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Britt Marie Miller

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Britt Marie Miller was duly admitted to practice in said Court on (12/16/1998) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/20/2023 )

Thomas G. Bruton , Clerk,

By: London McGarr
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LONDON MCGARR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
April 20, 2023