UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) ) This Document Relates to: ) ) 3:23-cv-00335 ) ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that E. Steele Clayton, IV of the law firm Bass, Berry & Sims PLC hereby enters this appearance as counsel for Defendant Brookfield Properties Multifamily LLC, which is currently misnamed as Brookfield Residential Properties LLC, in the case consolidated with the above-referenced lead case in the In re: RealPage multidistrict litigation.

Dated: April 26, 2023.

/s/ E. Steele Clayton
R. Dale Grimes (BPR 006223)
E. Steele Clayton IV (BPR 017298)
Jeremy A. Gunn (BPR 039803)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
dgrimes@bassberry.com
sclayton@bassberry.com
jeremy.gunn@bassberry.com

*Attorneys for Defendant Brookfield Properties Multifamily LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 (ECF No. 2), I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on April 26, 2023.

*/s/ E. Steele Clayton*
