UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) <br> ) This Document Relates to: <br> ) <br> ) 3:23-cv-00335 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice that Jeremy A. Gunn of the law firm Bass, Berry & Sims PLC hereby enters this appearance as counsel for Defendant Brookfield Properties Multifamily LLC, which is currently misnamed as Brookfield Residential Properties LLC, in the case consolidated with the above-referenced lead case in the In re: RealPage multidistrict litigation.

Dated: April 26, 2023.

>  */s/ Jeremy A. Gunn*
> R. Dale Grimes (BPR 006223)
> E. Steele Clayton IV (BPR 017298)
> Jeremy A. Gunn (BPR # 039803)
> BASS, BERRY & SIMS PLC
> 150 Third Avenue South, Suite 2800
> Nashville, TN 37201
> Telephone (615) 742-6200
> Facsimile (615) 742-6293
> dgrimes@bassberry.com
> sclayton@bassberry.com
> jeremy.gunn@bassberry.com
>
> *Attorneys for Defendant Brookfield Properties Multifamily LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 (ECF No. 2), I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on April 26, 2023.

/s/ Jeremy A. Gunn

2

Case 3:23-md-03071   Document 17   Filed 04/26/23   Page 2 of 2 PageID #: 58