UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00326<br>) 3:23-cv-00330<br>) 3:23-cv-00339<br>) 3:23-cv-00356<br>) 3:23-cv-00378<br>) 3:23-cv-00379<br>) 3:23-cv-00380<br>) 3:23-cv-00381<br>) 3:23-cv-00387<br>) 3:23-cv-00389<br>) 3:23-cv-00391<br>)<br>) **CHIEF JUDGE CRENSHAW**<br>) **MAGISTRATE JUDGE HOLMES** |

## NOTICE OF APPEARANCE

Jeffrey W. Sheehan of Bradley Arant Boult Cummings LLP enters his appearance as counsel of record for Bozzuto Management Company and The Bozzuto Group, and requests service of all pleadings, orders, and other filings in this case.

Respectfully submitted,

s/ *Jeffrey W. Sheehan*
Jeffrey W. Sheehan (BPR # 033534)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2392
F: 615.252.6392
jsheehan@bradley.com

*Attorney for Defendants Bozzuto Management Company and The Bozzuto Group*

## CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on April 26, 2023.

*/s/ Jeffrey W. Sheehan*
Jeffrey W. Sheehan
