

# Certificate of Good Standing

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Samuel D. Cowin, Bar No. 21126, was duly admitted to practice in this Court on 11/8/2019, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 4/21/2023

Marlowe Hill
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*