**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1.       Any Plaintiff Leadership Application(s) filed pursuant to the Court's April 19 Order (ECF No. 3) shall be filed with the Court no later than May 5, 2023.

2.       Portions of Plaintiff Leadership Applications without confidential information may be filed without sealing and may include supporting documents as exhibits if warranted (*e.g.*, copies of firm resumes, supporting declarations).

3.       Unless otherwise ordered by the Court, this Order shall apply to any action filed in, transferred to, or removed to this Court, which relates to the subject matter at issue in the Actions.

Dated: _____          _____

The Honorable Waverly D. Crenshaw, Jr.
United States Chief District Judge