UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00335<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00414 |

**BUSINESS ENTITY DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant AvalonBay Communities, Inc. ("AvalonBay") makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☑ This party is a publicly held corporation or other publicly held entity, incorporated

in <u>the State of Maryland</u> and with a principal place of business in <u>the Commonwealth of Virginia</u>.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

☑ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity: <u>BlackRock, Inc.</u>

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐ This party is trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Respectfully submitted, this 27th day of April 2023

By /s/ *Belinda S Lee*
Belinda S Lee (CA Bar No. 199635)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8851
belinda.lee@lw.com

E. Marcellus Williamson (DC Bar No. 465919)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington DC, 20004
Telephone: (202) 637-2200
marc.williamson@lw.com

*Counsel for Defendant AvalonBay Communities, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on April 27, 2023.

/s/ *Belinda S Lee*