# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | CASE NO. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00330 |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective as of this date Eric I. Goldberg, of Akerman, LLP, 750 9th Street, N.W. Suite 750, Washington, DC 20002, withdraws as attorney of record for Defendant ZRS Management, LLC.[1]

Akerman, LLP continues to serve as counsel for Defendant ZRS Management, through attorneys Ryan C. Krone,[2] and Richard B. Brosnick.

DATED this the 28th day of April, 2023.

---

[1] Notice of Appearance filed at Docket No. 96.
[2] Notice of Appearance filed at Docket No. 98.

AKERMAN LLP

/s/ Robert H. Scott
Richard B. Brosnick (pro hac vice pending)
1251 Avenue of the Americas
37th Floor
New York, NY 10020
Telephone: (212) 880-3834
Email: richard.brosnick@akerman.com

-and-

Ryan C. Krone (TX 24106644, pro hac vice filed)
1300 Post Oak Blvd.
Suite 2300
Houston, TX 77056
Telephone: (713) 623-0887
Email: ryan.krone@akerman.com

-and-

Robert H. Scott, TN Bar No. 023009 (Local Counsel)
170 South Main Street
Suite 725
Salt Lake City, UT 84101
Telephone: (801) 907-6910
Email: robert.scott@akerman.com

*ATTORNEYS FOR DEFENDANT ZRS MANAGEMENT, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

                                               */s/ Robert H. Scott*
                                               Robert H. Scott