UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00335<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00414 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Belinda S Lee of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000 San Francisco, CA 94111, as counsel for Defendant AvalonBay Communities, Inc.

Respectfully submitted, this 1st day of May 2023

By /s/ *Belinda S Lee*
Belinda S Lee (CA Bar No. 199635)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com

E. Marcellus Williamson (DC Bar No. 465919)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marc.williamson@lw.com

*Counsel for Defendant AvalonBay Communities, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 1, 2023.

/s/ *Belinda S Lee*