UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00335 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF YEHUDAH BUCHWEITZ

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Yehudah Buchweitz hereby moves for admission to appear *pro hac vice* in the above-captioned action as additional counsel for Defendant Brookfield Properties Multifamily LLC (currently misnamed as Brookfield Residential Properties LLC).

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the U.S. District Court for the Southern District of New York. A Certificate of Good Standing issued by the Southern District of New York is attached as **Exhibit A**.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> R. Dale Grimes (BPR 006223)
> E. Steele Clayton IV (BPR 017298)
> Jeremy A. Gunn (BPR # 039803)
> BASS, BERRY & SIMS PLC
> 150 Third Avenue South, Suite 2800
> Nashville, TN 37201
> Telephone (615) 742-6200
> Facsimile (615) 742-6293
> dgrimes@bassberry.com
> sclayton@bassberry.com
> jeremy.gunn@bassberry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

/s/ *Yehudah L. Buchweitz w/permission by RDG*
Yehudah L. Buchweitz
State of New York Bar No. 517626
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8256
yehudah.buchweitz@weil.com

BASS, BERRY & SIMS PLC

/s/ *R. Dale Grimes*
R. Dale Grimes (BPR 006223)
E. Steele Clayton IV (BPR 017298)
Jeremy A. Gunn (BPR # 039803)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
dgrimes@bassberry.com
sclayton@bassberry.com
jeremy.gunn@bassberry.com

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 1, 2023.

/s/ *R. Dale Grimes*
R. Dale Grimes