# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>1:23-00055<br>1:23-00011<br>2:22-01743<br>2:22-01726<br>1:22-03244 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, John J. Sullivan, Esq. hereby moves for admission to appear *pro hac vice* in this Action as counsel for Independence Realty Trust, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that, pursuant to Local Rule 83.01(d)(1), parties are not required to obtain local counsel in the Middle District but are encouraged to do so.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

DATED: May 1, 2023　　　　COZEN O'CONNOR

*/s/John J. Sullivan*　　　
John J. Sullivan (pending *pro hac vice*)
Cozen O'Connor
3 WTC 175 Greenwich Street 55th FL
New York, NY 10007
Phone: (212) 453-3729
E-mail:jsullivan@cozen.com

*Attorneys for Independence Realty Trust, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 1st day of May 2023.

*/s/John J. Sullivan*
John J. Sullivan