# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JOHN   J.   SULLIVAN_____, Bar # _____JS6886_____

was duly admitted to practice in the Court on

_____December 23, 1997_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  _____April 25, 2023_____
New York, New York

_____Ruby J. Krajick_____   By   s/ D. Shaw
Clerk of Court                              Deputy Clerk