# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, John Morrill, Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Stephen Richard Basser was duly admitted to practice in said Court on 02/24/1986, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on  5/1/23

**JOHN MORRILL, Clerk of Court**

By: s/ J. Mueller

J. Mueller, Deputy

