IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) Judge Waverly D. Crenshaw, Jr. ) ) This Document Relates to: ) ) 3:23-cv-00390 ) 3:23-cv-00358 ) 3:23-cv-00357 ) |

## NOTICE OF APPEARANCE

Tara Swafford, from The Swafford Law Firm, PLLC, hereby gives Notice of Appearance as counsel for Defendant, Sherman Associates, Inc., in this matter.

Respectfully Submitted,

*/s/ Tara L. Swafford*
**THE SWAFFORD LAW FIRM, PLLC**
Tara L. Swafford, BPR #17577
Dylan Harper, BPR #36820
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
dylan@swaffordlawfirm.com

*Counsel for Sherman Associates, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 2, 2023.

                                                     */s/ Tara L. Swafford*
                                                           Tara L. Swafford