# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | CASE NO. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>**3:23-cv-00330**<br>**3:23-cv-00326**<br>**3:23-cv-00339**<br>**3:23-cv-00378**<br>**3:23-cv-00379**<br>**3:23-cv-00381**<br>**3:23-cv-00387**<br>**3:23-cv-00389** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Richard B. Brosnick hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for ZRS Management, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    N/A.

3. I have not been found in contempt by any court or tribunal, except as provided below:

    N/A.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

    N/A.

5.  I have never been censured, suspended, disbarred, or denied admission or readmission by

any court or tribunal, except as provided below:

N/A.

6.  I have not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below:

N/A.

7.  I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the

Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the

name, address, phone number, and e-mail address of local counsel retained in this matter:

Robert H. Scott (TN Bar No. 023009)
Akerman, LLP
170 South Main Street
Suite 725
Salt Lake City, UT 84101
Telephone:  (801) 907-6910
robert.scott@akerman.com

8.  I have read and am familiar with Local Rules of Court for the United States District Court

Middle District of Tennessee.

9.  By seeking admission to practice before this Court, I acknowledge my responsibility for

compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any

alleged misconduct arising in the course of the proceeding.

/s/ Richard B. Brosnick

Name: Richard B. Brosnick
State where admitted and State Bar Number: New York, Bar No. 2829919
Business Address: Akerman, LLP, 1251 Avenue of the Americas, 37th Floor, NY, NY 10020
Local Address [if different from above]: N/A
Phone: (212) 880-3834
Email: richard.brosnick@akerman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

those attorneys of record registered on the CM/ECF system.

                                   */s/ Robert H. Scott*
                                   Robert H. Scott