# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__RICHARD BERNARD BROSNICK__, Bar # __RB0005__

was duly admitted to practice in the Court on

__June 08, 1999__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  May 2, 2023
New York, New York

Ruby J. Krajick       By       s/ D. Shaw
Clerk of Court                 Deputy Clerk