UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES |

**ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE AND SUBSTITUTING CERTAIN DEFENDANTS**

Based upon Plaintiffs' Unopposed Omnibus Motion to Dismiss Certain Defendants and Substitute Corrected Defendants, (Doc. No. 528) and the record, the Court rules as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismisses without prejudice, the following parties in the identified cases:

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| Alliance Residential Co. | *Parker v. RealPage, Inc. et al.*, 3:23-cv-00378<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |
| Alliance Residential Realty, LLC | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| Allied Orion Group LLC | *Kramer v. RealPage, Inc. et al.*, 3:23-cv-00356 |
| AMLI Management Co. | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |
| Asset Living, LLC | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |

1

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| | *Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| BH Management Services, LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329<br>*Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Pham v. RealPage, Inc.*, 3:23-cv-00337<br>*Moore v. RealPage, Inc.*, 3:23-cv-00339<br>*Crook v. RealPage, Inc.*, 3:23-cv-00387<br>*Kramer v. RealPage, Inc.*, 3:23-cv-00389<br>*Weller v. RealPage, Inc.*, 3:23-cv-00414<br>*Lauder v. RealPage Inc. et al.*, 3:23-cv-00757 |
| B.HOM Student Living LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| B/T Washington LLC | *Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Camden Property Trust | *Morgan v. RealPage Inc. et al.*, 3:23-cv-00330<br>*Alvarez v. RealPage Inc. et al.*, 3:23-cv-00331<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Moore v. The Irvine Company LLC et al.*, 3:23-cv-00339<br>*Kramer v. RealPage Inc. et al.*, 3:23-cv-00389<br>*Weller v. RealPage Inc. et al.*, 3:23-cv-00414<br>*Spencer v. RealPage Inc. et al.*, 3:23-cv-00415 |
| Carmel Partners LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| CH Real Estate Services, LLC | *Armas v. RealPage, Inc. et. al*, 3:23-cv-00333 |
| Cortland Properties, Inc. | *Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| D.P. Preiss Company, Inc. | *Navarro v. RealPage, Inc.*, 3:23-cv-00329 |
| Dayrise Residential, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Equity Residential | *Spencer v. RealPage, Inc. et al.*, 3:23-cv-00415<br>*Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 |
| Essex Management Corp. | *Alvarez v. RealPage, Inc.*, 3:23-cv-00331<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333 |
| Highmark Residential, LLC | *Morgan et al v. RealPage et al.*, 3:23-cv-00330<br>*Moore et al v. The Irvine Co. et al*, 3:23-cv-00339<br>*Zhovmiruk et al v. RealPage et al.*, 3:23-cv-00345<br>*Kramer et al v. RealPage et al.*, 3:23-cv-00389<br>*Weller et al v. RealPage et al.*, 3:23-cv-00414 |
| Kairoi Management, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Lantower Luxury Living, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Morgan Group, Inc. | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Morgan v. RealPage, Inc.*, 3:23-cv-00330 |

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| | *Moore v. The Irvine Co., LLC*, 3:23-cv-00339<br>*Weller v. RealPage, Inc.*, 3:23-cv-00414<br>*Alexander v. The Irvine Co., LLC*, 3:23-cv-00440 |
| Morgan Properties LP | *Weller et al v. RealPage et al.*, 3:23-cv-00414 |
| Morgan Properties, LLC | *Bauman v. RealPage, Inc. et al.*, 3:23-cv-00326<br>*Morgan et al v. RealPage Inc et al.*, 3:23-cv-00330<br>*Moore v. The Irvine Company LLC et al.*, 3:23-cv-00339<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Kramer v. RealPage Inc et al.*, 3:23-cv-00389<br>*Schmidig v. Realpage, Inc. et al.*, 3:23-cv-00391<br>*Alexander et al. v. RealPage, Inc. et al.*, 3:23-cv-00440<br>*Blosser v. RealPage, Inc. et al.*, 3:23-cv-00445 |
| Park Towne Place Apartment Homes | *Bauman v. RealPage, Inc.*, 3:23-cv-00326 |
| Security Properties, Inc. | *Marchetti v. RealPage, Inc.*, 3:23-cv-00380 |
| Sterling Apartment Homes | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Spencer v. RealPage, Inc.*, 3:23-cv-00415 |
| TF Cornerstone, Inc. | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| The Irvine Co. LLC | *Alexander v. RealPage Inc. et al.*, 3:23-cv-00440 |
| The Related Companies, L.P. | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Thrive Communities Management, LLC | *Bauman v. RealPage, Inc. et al.*, 3:23-cv-00326<br>*Parker v. RealPage, Inc. et al.*, 3:23-cv-00378<br>*Marchetti v. RealPage, Inc. et al.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc. et al.*, 3:23-cv-00391<br>*Alexander v. RealPage Inc. et al.*, 3:23-cv-00440<br>*Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 |
| Timberline Real Estate Ventures, LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329<br>*Lauder v. RealPage Inc. et al.*, 3:23-cv-00757 |
| Trammell Crow Company, LLC | *Cherry v. RealPage, Inc.*, 3:23-cv-00332<br>*Boelens v. RealPage, Inc.*, 3:23-cv-00338<br>*Lai Cheong v. RealPage, Inc.*, 3:23-cv-00416 |
| University House Communities Group LLC | *Lauder v. RealPage Inc. et al.*, 3:23-cv-00757<br>*Dempsey v. RealPage, Inc. et al.*, 3:23-cv-00792 |
| University House Communities LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| ZRS Management, LLC | *Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Moore et al v. The Irvine Co. et al*, 3:23-cv-00339<br>*Kramer et al v. RealPage et al.*, 3:23-cv-00389<br>*Weller et al v. RealPage et al.*, 3:23-cv-00414 |

2. The parties agree to the following substitutions and dismissals without prejudice of Defendants in the identified cases:

| Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Cases |
|---|---|---|
| Apartment Income REIT Corp., d/b/a Air Communities | AIR Communities REIT Corp. | 3:23-cv-00415 |
| BH Management Services, LLC | BH Management LLC | 3:23-cv-00380<br>3:23-cv-00391 |
| Bozzuto Management Company | Bozzuto Property Management | 3:23-cv-00415 |
| Bozzuto Management Company | The Bozzuto Group | 3:23-cv-00380<br>3:23-cv-00391 |
| Brookfield Properties Multifamily LLC | Brookfield Residential Properties LLC | 3:23-cv-00335 |
| CONTI Texas Organization, Inc., d/b/a CONTI Capital | CONTI Capital | 3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00742 |
| Cortland Management, LLC | Cortland Partners, LLC | 3:22-cv-01082<br>3:23-cv-00440<br>3:23-cv-00552 |
| Greystar Management Services, LLC | Greystar Real Estate Partners, LLC | 3:22-cv-01082<br>3:23-cv-00326<br>3:23-cv-00329<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00335<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00387 |

| Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Cases |
|---|---|---|
| | | 3:23-cv-00388 |
| | | 3:23-cv-00389 |
| | | 3:23-cv-00390 |
| | | 3:23-cv-00391 |
| | | 3:23-cv-00410 |
| | | 3:23-cv-00411 |
| | | 3:23-cv-00412 |
| | | 3:23-cv-00413 |
| | | 3:23-cv-00414 |
| | | 3:23-cv-00415 |
| | | 3:23-cv-00416 |
| | | 3:23-cv-00440 |
| | | 3:23-cv-00445 |
| | | 3:23-cv-00552 |
| Greystar Management Services, LLC | Greystar Management Services, L.P | 3:23-cv-00742 |
| Pinnacle Property Management Services, LLC | Cushman & Wakefield, Inc. | 3:22-cv-01082 |
| | | 3:23-cv-00326 |
| | | 3:23-cv-00330 |
| | | 3:23-cv-00333 |
| | | 3:23-cv-00335 |
| | | 3:23-cv-00337 |
| | | 3:23-cv-00339 |
| | | 3:23-cv-00356 |
| | | 3:23-cv-00357 |
| | | 3:23-cv-00358 |
| | | 3:23-cv-00377 |
| | | 3:23-cv-00380 |
| | | 3:23-cv-00387 |
| | | 3:23-cv-00389 |
| | | 3:23-cv-00390 |
| | | 3:23-cv-00391 |
| | | 3:23-cv-00410 |
| | | 3:23-cv-00411 |
| | | 3:23-cv-00412 |
| | | 3:23-cv-00413 |
| | | 3:23-cv-00414 |
| | | 3:23-cv-00415 |
| | | 3:23-cv-00416 |
| | | 3:23-cv-00440 |
| | | 3:23-cv-00445 |
| The Related Companies, L.P. and Related Management Company, L.P. | Related Companies, Inc. | 3:23-cv-00412 |
| | | 3:23-cv-00413 |
| Sares Regis Group Commercial, Inc. | Sares Regis Group Operating, Inc. | 3:23-cv-00330 |
| | | 3:23-cv-00339 |
| | | 3:23-cv-00389 |

| Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Cases |
|---|---|---|
| | | 3:23-cv-00414 <br> 3:23-cv-00440 |
| Security Properties Residential, LLC | Security Properties, Inc. | 3:23-cv-00326 <br> 3:23-cv-00330 <br> 3:23-cv-00331 <br> 3:23-cv-00332 <br> 3:23-cv-00333 <br> 3:23-cv-00334 <br> 3:23-cv-00337 <br> 3:23-cv-00338 <br> 3:23-cv-00339 <br> 3:23-cv-00344 <br> 3:23-cv-00345 <br> 3:23-cv-00357 <br> 3:23-cv-00358 <br> 3:23-cv-00380 <br> 3:23-cv-00387 <br> 3:23-cv-00388 <br> 3:23-cv-00389 <br> 3:23-cv-00390 <br> 3:23-cv-00391 <br> 3:23-cv-00414 <br> 3:23-cv-00440 <br> 3:23-cv-00445 <br> 3:23-cv-00742 |
| Simpson Property Group, LLC | Simpson Property Group, LLLP | 3:23-cv-00377 <br> 3:23-cv-00412 <br> 3:23-cv-00413 |
| TREV Management II LLC | Timberline Real Estate Ventures, LLC | 3:23-cv-00792 |

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
Chief United States District Judge