# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICE OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) Judge Waverly D. Crenshaw, Jr.<br>)<br>) This Document Relates to:<br>)<br>) 3:23cv326<br>) 3:23cv330<br>) 3:23cv331<br>) 3:23cv332<br>) 3:23cv333<br>) 3:23cv334<br>) 3:23cv336<br>) 3:23cv337<br>) 3:23cv338<br>) 3:23cv339<br>) 3:23cv344<br>) 3:23cv345<br>) 3:23cv357<br>) 3:23cv358<br>) 3:23cv378<br>) 3:23cv379<br>) 3:23cv380<br>) 3:23cv381<br>) 3:23cv387<br>) 3:23cv388<br>) 3:23cv389<br>) 3:23cv390<br>) 3:23cv391<br>) 3:23cv414<br>) 3:23cv415<br>) 3:23cv419 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Matthew D. Segal of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, California, 95814, as counsel for Defendant FPI MANAGEMENT, INC.

Respectfully submitted, this 3rd day of May, 2023.

By: _____ */s/ Matthew D. Segal* _____

Charles H. Samel (CA Bar No. 182109)
Edward C. Duckers (CA Bar No. 242113)
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900
Facsimile: (415) 617-8907
Email: charles.samel@stoel.com
ed.duckers@stoel.com

Matthew D. Segal (CA Bar No. 190938)
Michelle Rosales (CA Bar No. 343519)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
Email: matthew.segal@stoel.com
michelle.rosales@stoel.com

*Counsel for Defendant FPI Management, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 3, 2023.

_____ */s/ Matthew D. Segal* _____