# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br><br>3:22-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Lantower Luxury Living LLC.

Dated: May 3, 2023

                                                Respectfully submitted,

                                                */s/ Mark E. Hunt*
                                                Mark E. Hunt (TN No. 10501)
                                                KING & BALLOW
                                                315 Union Street
                                                Suite 1100
                                                Nashville, TN 37201
                                                (615) 726-5497 (Telephone)
                                                (888) 688-0482 (Facsimile)
                                                mhunt@kingballow.com

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [ECF 2], I hereby certify that a copy of the foregoing was electronically filed with the Court and electronically served on the date reflected in the ECF system.

*/s/ Mark E. Hunt*
Mark E. Hunt
