# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr. |

**This Document Relates to:**

3:22-cv-00378
3:23-cv-00379
3:23-cv-00381

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Lantower Luxury Living LLC.

Dated: May 3, 2023

Respectfully submitted,

*/s/ Marykate E. Williams*
Marykate E. Williams (MA No. 693978)
KING & BALLOW
315 Union Street
Suite 1100
Nashville, TN 37201
(615) 726-5432 (Telephone)
(888) 688-0482 (Facsimile)
mwilliams@kingballow.com

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [ECF 2], I hereby certify that a copy of the foregoing was electronically filed with the Court and electronically served on the date reflected in the ECF system.

*/s/ Marykate E. Williams*
Marykate E. Williams
