# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION <br><br> This document relates to: 23-md-3071 <br> 3:23-cv-335 | Case No. 23-md-3071 <br><br> **Chief Judge Waverly D. Crenshaw, Jr.** <br> **Magistrate Judge Barbara D. Holmes** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT TF CORNERSTONE, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tyler Kimbrough hereby dismisses all claims and causes of action against Defendant TF Cornerstone, Inc., without prejudice. All other Defendants are not dismissed and remain parties to this Action.

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Israel David
Blake Hunter Yagman
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.: (212) 739-0622
Facsimile: (212) 739-0628
Email: israel.david@davidllc.com
blake.yagman@davidllc.com

*Attorneys for Plaintiff Tyler Kimbrough*