UNITED STATES DISTRICT COURT
MIDDLE DISTRICE OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) Judge Waverly D. Crenshaw, Jr.<br>)<br>) This Document Relates to:<br>)<br>) 3:23cv326<br>) 3:23cv330<br>) 3:23cv331<br>) 3:23cv332<br>) 3:23cv333<br>) 3:23cv334<br>) 3:23cv336<br>) 3:23cv337<br>) 3:23cv338<br>) 3:23cv339<br>) 3:23cv344<br>) 3:23cv345<br>) 3:23cv357<br>) 3:23cv358<br>) 3:23cv378<br>) 3:23cv379<br>) 3:23cv380<br>) 3:23cv381<br>) 3:23cv387<br>) 3:23cv388<br>) 3:23cv389<br>) 3:23cv390<br>) 3:23cv391<br>) 3:23cv414<br>) 3:23cv415<br>) 3:23cv419 |

**NOTICE OF APPEARANCE**

Please take notice of appearance of Edward C. Duckers of Stoel Rives LLP, 1 Montgomery Street, Suite 3230, San Francisco, California, 94104, as counsel for Defendant FPI MANAGEMENT, INC.

Respectfully submitted, this 3rd day of May, 2023.

By:       /s/ Edward C. Duckers

Charles H. Samel (CA Bar No. 182109)
Edward C. Duckers (CA Bar No. 242113)
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900
Facsimile: (415) 617-8907
Email:    charles.samel@stoel.com
          ed.duckers@stoel.com

Matthew D. Segal (CA Bar No. 190938)
Michelle Rosales (CA Bar No. 343519)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
Email:    matthew.segal@stoel.com
          michelle.rosales@stoel.com

*Counsel for Defendant FPI Management, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 3, 2023.

      /s/ Edward C. Duckers