# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br><br>3:22-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Dylan I. Ballard hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Lantower Luxury Living LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the below is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Mark E. Hunt (TN No. 10501)
Marykate E. Williams (MA No. 693978)
KING & BALLOW
315 Union Street
Suite 1100
Nashville, TN 37201
(615) 726-5497 (Telephone)
(888) 688-0482 (Facsimile)
mhunt@kingballow.com
mwilliams@kingballow.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/Dylan I. Ballard
Dylan I. Ballard

Name: Dylan I. Ballard
State where admitted and State Bar Number: California, Bar No. 253929
Business Address: Vinson & Elkins LLP, 555 Mission Street, Suite 2000, San Francisco, CA 94105-0923
Phone: (415) 979-6955
Email: dballard@velaw.com

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [ECF 2], I hereby certify that a copy of the foregoing was electronically filed with the Court and electronically served on the date reflected in the ECF system.

*/s/Mark E. Hunt*
Mark E. Hunt
