# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Dylan Ian Ballard

Bar Number 253929

was duly admitted to practice in this Court on February 26, 2008, and is in good standing as a member of the bar of this Court.

Signed on May 2, 2023 by

Mark B. Busby

