# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Michael Kevin Costello

Bar Number 3334920

was duly admitted to practice in this Court on February 27, 2023, and is in good standing as a member of the bar of this Court.

Signed on May 2, 2023 by

Mark B. Busby

