IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) Judge Waverly D. Crenshaw, Jr. ) ) This Document Relates to: ) ) 3:23-cv-00390 ) 3:23-cv-00358 ) 3:23-cv-00357 ) |

## NOTICE OF APPEARANCE

Dylan Harper, from The Swafford Law Firm, PLLC, hereby gives Notice of Appearance as counsel for Defendant, Sherman Associates, Inc., in this matter.

                                        Respectfully Submitted,

                                        */s/ Dylan Harper*
                                        **THE SWAFFORD LAW FIRM, PLLC**
                                        Tara L. Swafford, BPR #17577
                                        Dylan Harper, BPR #36820
                                        321 Billingsly Court, Suite 19
                                        Franklin, Tennessee 37067
                                        Telephone: (615) 599-8406
                                        Facsimile: (615) 807-2355
                                        tara@swaffordlawfirm.com
                                        dylan@swaffordlawfirm.com

**FOLEY & LARDNER LLP**
Diane R. Hazel
1400 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (720) 437-2034
dhazel@foley.com


*Counsel for Sherman Associates, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 3, 2023.

> /s/ *Dylan Harper*
> Dylan Harper