# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Michael W. Scarborough

Bar Number 203524

was duly admitted to practice in this Court on December 6, 1999, and is in good standing as a member of the bar of this Court.

Signed on May 2, 2023 by

Mark B. Busby

