# Exhibit A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JEFFREY C. BANK_____, Bar # _____JB4171_____

was duly admitted to practice in the Court on

_____May 29, 2009_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  _____May 2, 2023_____
New York, New York

By

Ruby J. Krajick  s/ D. Shaw
Clerk of Court  Deputy Clerk