**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Chief Judge Waverly D. Crenshaw, Jr<br><br>**This Document Relates to:**<br><br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00390 |

## NOTICE OF APPEARANCE

Margaret M. Siller of Maynard Nexsen PC hereby enters her appearance on behalf of Defendant Bell Partners, Inc. in the above-captioned matter and the cases consolidated with the above-referenced lead case.

Respectfully submitted,

Dated: May 4, 2023

By: /s/ Margaret M. Siller
Margaret M. Siller (BPR No. 39058)
MAYNARD NEXSEN PC
1201 Villa Place, Suite 103
Nashville, Tennessee 37212
T: (629) 258-2253
F: (629) 258-2251
msiller@maynardnexsen.com

*Counsel for Defendant Bell Partners, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 4, 2023, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ *Margaret M. Siller*

Margaret M. Siller