# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, __Robin L. Blume__, Clerk of this Court,

certify that __Michael Antonio Parente__, Bar # __13358__,

was duly admitted to practice in this Court on __11/13/2020__, and is in good standing as a member of the Bar of this Court.

Dated at __Columbia, SC__ on __5/1/2023__
   _(Location)_                _(Date)_

Robin L. Blume
CLERK

Marybeth E. McDonnell
DEPUTY CLERK