# UNITED STATES DISTRICT COURT

for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Garrett D. Blanchfield _____ , Bar # _____ 209855 _____ ,

was duly admitted to practice in this Court on _____ 03/25/1994 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, Minnesota _____ on _____ 05/02/2023 _____
_____ (Location) _____ _____ (Date) _____

_____ Kate M. Fogarty _____
CLERK

_____ Kate D. Adami _____
DEPUTY CLERK