# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____, Clerk of this Court, certify that _____Brant D. Penney_____, Bar # _____316878_____, was duly admitted to practice in this Court on _____02/18/2005_____, and is in good standing as a member of the Bar of this Court.

Dated at _____St. Paul, Minnesota_____ on _____05/02/2023_____
      *(Location)*                               *(Date)*

Kate M. Fogarty
*CLERK*

Kern O. Adami
*DEPUTY CLERK*

Case 3:23-md-03071   Document 69-1   Filed 05/04/23   Page 1 of 1 PageID #: 199