UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>)<br>) **This Document Relates to:**<br>) **2:22-cv-01734-RSL** |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that Heidi M. Silton of Lockridge Grindal Nauen P.L.L.P. shall appear as counsel of record for Plaintiff Justin Johnson, individually and on behalf of all others similarly situated  A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Dated: May 4, 2023,                Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/Heidi M. Silton*
Heidi M. Silton
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com

*Counsel for Plaintiff Justin Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*/s/Heidi M. Silton*