UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00377<br>3:23-cv-00338<br>3:23-cv-00411<br>3:23-cv-00379<br>3:23-cv-00390<br>3:23-cv-00356<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00381<br>3:23-cv-00410<br>3:23-cv-00357<br>3:23-cv-00413 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that Tricia R. Herzfeld of Herzfeld Suetholz Gastel Leniski and Wall PLLC shall appear as counsel of record for Plaintiffs Mary Bertlshofer, Laura Boelens, Kim Carter, Zachary Miller Corradino and Samantha Taylor Reyes, Jeremy Enders, Kate Kramer, Tiffany Mackie, Priscilla Parker, Patrick Parker, and Barry Amar-Hoover, Christopher Saloman and Michael Strauss, Selena Vincin, Laura Boelens, Phillip Mackie, and Anna Rodriguez, Jeffrey Weaver, and Billie Jo White individually and on behalf of all others similarly situated. A request is hereby made that all notices given or required to be given in this case and all pleadings and papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Dated: May 5, 2023                    Respectfully Submitted,


                                      <u>/s/ Tricia R. Herzfeld</u>
                                      Tricia R. Herzfeld (BPR # 26014)
                                      **HERZFELD SUETHOLZ GASTEL**
                                      **LENISKI AND WALL PLLC**
                                      223 Rosa L. Parks Avenue, Suite 300
                                      Nashville, TN 37203
                                      T: (615) 800-6225
                                      tricia@hsglawgroup.com

2

Case 3:23-md-03071    Document 74    Filed 05/05/23    Page 2 of 3 PageID #: 209

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*/s/ Tricia Herzfeld*
Tricia Herzfeld