UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00377<br>3:23-cv-00412<br>3:23-cv-00413 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Nicholas J. Giles, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant Simpson Property Group, LLC (currently misnamed as Simpson Property Group, LLP).

Pursuant to 29 U.SC. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Courts for the Eastern District of Virginia, the Western District of Virginia, the District of Columbia, and the District of Maryland. A Certificate of Good Standing from the United States District Court for the Eastern District of Virginia is attached as Exhibit A.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceedings.

/s/ *Nicholas J. Giles*
Nicholas J. Giles

**Name:** Nicholas J. Giles
**States where admitted and State Bar Number:** District of Columbia, 1024886; Virginia, 86584.
**Business Address:** MCGUIREWOODS LLP, 800 East Canal Street, Richmond, VA 23219
**Phone:** (804) 775-1000
**Email:** ngiles@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I served the forgoing through the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ *Nicholas J. Giles*
Nicholas J. Giles