# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
                            )
                            ) ss.
                            )
EASTERN DISTRICT OF VIRGINIA )

    I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

    DO HEREBY CERTIFY that   <u>Nicholas James Giles</u>  , ID # <u>86584</u>  was duly admitted to practice in said Court on <u>11/28/2016</u> and is in good standing as a member of the bar of said Court.

                            FERNANDO GALINDO, CLERK

                            By: _____
                                             Deputy Clerk

Dated at Richmond, Virginia
On May 3, 2023.