UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REAL PAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333<br>3:23-cv-00326<br>3:23-cv-00377<br>3:23-cv-00411<br>3:23-cv-00379<br>3:23-cv-00387<br>3:23-cv-00390<br>3:23-cv-00389<br>3:23-cv-00356<br>3:23-cv-00416<br>3:23-cv-00358<br>3:23-cv-00380<br>3:23-cv-00339<br>3:23-cv-00330<br>3:23-cv-00329<br>3:23-cv-00378<br>3:23-cv-00337<br>3:23-cv-00412<br>3:23-cv-00381<br>3:23-cv-00391<br>3:23-cv-00335<br>3:23-cv-00415<br>3:23-cv-00410<br>3:22-cv-01082<br>3:23-cv-00357<br>3:23-cv-00414<br>3:23-cv-00413<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

Please take notice that Kenneth Reinker of Cleary Gottlieb Steen & Hamilton, LLP, hereby enters his appearance in the above matter on behalf of Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC.

Dated: May 5, 2023

/s/ Kenneth Reinker
Kenneth Reinker (*Pro Hac Vice*)
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
kreinker@cgsh.com

*Counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 5, 2023.

/s/ Kenneth Reinker
Kenneth Reinker