UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br><br>**3:23-cv-00326**<br>**3:23-cv-00330**<br>**3:23-cv-00339**<br>**3:23-cv-00387**<br>**3:23-cv-00389**<br>**3:23-cv-00414**<br>**3:23-cv-00440** |

## NOTICE OF APPEARANCE

MaryAnn Almeida, of Davis Wright Tremaine LLP, hereby gives Notice of Appearance as counsel for Defendant Mission Rock Residential, LLC.

DATED this 5th day of May, 2023.

              Davis Wright Tremaine LLP
              *Attorneys for Mission Rock Residential, LLC*


              */s/ MaryAnn Almeida*
              MaryAnn Almeida, WSBA #49086
              920 Fifth Avenue, Suite 3300
              Seattle, WA 98104-1610
              Telephone: 206-622-3150
              Fax: 206-757-7700
              Email: maryannalmeida@dwt.com

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 5, 2023.

*/s/ MaryAnn Almeida*
MaryAnn Almeida