# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br><br>**3:23-cv-00326**<br>**3:23-cv-00330**<br>**3:23-cv-00339**<br>**3:23-cv-00387**<br>**3:23-cv-00389**<br>**3:23-cv-00414**<br>**3:23-cv-00440** |

## NOTICE OF APPEARANCE

Yonaton Rosenzweig, of Davis Wright Tremaine LLP, hereby gives Notice of Appearance as counsel for Defendant Mission Rock Residential, LLC.

DATED this 5th day of May, 2023.

    Davis Wright Tremaine LLP
    *Attorneys for Mission Rock Residential, LLC*

    */s/ Yonaton Rosenzweig*
    Yonaton Rosenzweig, CA Bar #248137
    865 South Figueroa Street, Suite 2400
    Los Angeles, CA 90017-2566
    Telephone: (213) 633-6800
    Fax: 213-633-6899
    Email: yonirosenzweig@dwt.com

# CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 5, 2023.

                                                      */s/ Yonaton Rosenzweig*
                                                     Yonaton Rosenzweig