# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REAL PAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) ) | Case No. 3:23-md-3071<br>MDL No. 3071 |

This Document Relates to:
3:23-cv-00333
3:23-cv-00326
3:23-cv-00377
3:23-cv-00411
3:23-cv-00379
3:23-cv-00387
3:23-cv-00390
3:23-cv-00389
3:23-cv-00356
3:23-cv-00416
3:23-cv-00358
3:23-cv-00380
3:23-cv-00339
3:23-cv-00330
3:23-cv-00329
3:23-cv-00378
3:23-cv-00337
3:23-cv-00412
3:23-cv-00381
3:23-cv-00391
3:23-cv-00335
3:23-cv-00415
3:23-cv-00410
3:22-cv-01082
3:23-cv-00357
3:23-cv-00414
3:23-cv-00413

Chief Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Joseph Kay, Esq. hereby moves for admission to appear *pro hac*

*vice* in the above-captioned action as counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so as stated in Local Rule 83.01(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

2

Dated: May 8, 2023

/s/ Joseph Kay
Joseph Kay (NY, First Dept. #5410055)
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
jkay@cgsh.com

**CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 8, 2023.

/s/ Joseph Kay
Joseph Kay