# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__JOSEPH MICHAEL KAY__, Bar # __JK3964__

was duly admitted to practice in the Court on

__May 10, 2016__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  New York, New York     On __May 2, 2023__

Ruby J. Krajick
Clerk of Court

By  s/ D. Shaw
Deputy Clerk