# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      )
)
) ss.
)
EASTERN DISTRICT OF VIRGINIA    )

     I, FERNANDO GALINDO, Clerk of the United States District Court for the

Eastern District of Virginia, Richmond Division,

     DO HEREBY CERTIFY that   __Johnny Brent Justus__       ,

ID  #__45525____     was   duly   admitted   to   practice   in   said   Court   on

__11/10/2005_____ and is in good standing as a member of the bar of said Court.

                             FERNANDO GALINDO, CLERK

                             By: _____
                                        Deputy Clerk

Dated at Richmond, Virginia
On May 3, 2023.