IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071-WDC<br>MDL 3071<br><br>This document relates to:<br>ALL ACTIONS<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION BY ALL PLAINTIFFS TO ESTABLISH DEADLINES FOR THE SUBMISSION OF LEADERSHIP APPLICATIONS AND TO SET A SCHEDULE FOR THE EXCHANGE OF A PROPOSED JOINT STATEMENT

On April 26, 2023, Plaintiffs' counsel of record on the Court's docket at that time filed a stipulation and proposed order relating to applications for the appointment of plaintiffs' interim lead counsel, plaintiffs' steering committee, and/or plaintiff liaison counsel under Fed. R. Civ. 23(g) and as contemplated in the Court's April 19, 2023 Order ("Leadership Applications" and "April 19 Order"). ECF Nos. 3 and 25.

Subsequently, Plaintiffs Kempton and Daniels, who filed their suit in this Court on April 26, 2023, objected to that proposed stipulation and order. ECF No. 28. As foreshadowed in the response filed on April 27, 2023 (ECF 32 at 2), the counsel for the undersigned Plaintiffs[1] have conferred and now move the Court for an order establishing a deadline for submissions of Leadership Applications and to set a schedule for the exchange of a proposed joint statement.

---

[1] This includes counsel for Plaintiffs Nancy Alexander and Hannah Blosser whose suits were filed in this Court on May 2, 2023 and May 3, 2023, respectively.

1

To streamline the Leadership Application process authorized in the Court's April 19 Order, Plaintiffs' counsel have conferred and propose that the Court set a deadline of May 17, 2023, for any party wishing to make such an application. Plaintiffs have further agreed, and request that the Court order, that no oppositions or responses shall be filed in connection with the Leadership Applications. In accordance with this Court's April 19, 2023 Order, Plaintiffs confirm that all submissions shall be filed under seal but served on all counsel of record. Those submissions shall remain under seal unless otherwise directed by the Court.

Additionally, Plaintiffs propose that the Court enter a scheduling order for the exchange of a proposed joint statement on case progression and scheduling between Plaintiffs and Defendants in accordance with the Court's April 19 Order requiring the submission of joint statements by May 24, 2023. Specifically, Plaintiffs respectfully request that the Court order that the undersigned Plaintiffs prepare one proposed joint statement on case progression and scheduling to be provided to Defendants for their edits and additions by May 17, 2023. Plaintiffs respectfully submit that these deadlines will result in the filing of a more efficient and streamlined joint statement in accordance with the Court's previous order.

Plaintiffs have conferred with the Defendants and Defendants take no position on the proposed deadlines for Plaintiffs to submit Leadership Applications. Defendants will confer with Plaintiffs regarding the joint statement due May 24th.

Respectfully submitted,

| /s/ *Jerry E. Martin* | /s/ *Mark P. Chalos* | /s/ *Tricia R. Herzfeld* |
|---|---|---|
| Jerry E. Martin (Bar No. 20193) | Mark P. Chalos | Tricia R. Herzfeld (BPR No. 26104) |
| BARRETT JOHNSTON MARTIN & GARRISON, PLLC | LIEFF CABRESER HEIMAN & BERNSTEIN, LLP | HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC |
| 414 Union Street Suite 900 | 222 2nd Avenue South, Suite 1640 | 223 Rosa L. Parks Avenue, Suite 300 Nashville, TN 37203 Telephone: (615) 800-6225 tricia@hsglawgroup.com |

2

Nashville, TN 37219
Telephone: (615) 244-2202
jmartin@barrettjohnston.com

*Counsel for Plaintiffs Gary Kempton
and Ryan Daniel*

Telephone: (615) 313-9000
mchalos@lchb.com

*Counsel for Plaintiff Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland*

*Counsel for Plaintiffs Brandon Watters, David Precht, Tiffany Mackie, Jeremy Enders, Mary Bertlshofer, Samantha Taylor Reyes, Zachary Miller Corradino, Michael Strauss, Christopher Saloman, Laura Boelens, Kimele Carter, Katherine Kramer, Patrick Parker, Priscilla Parker, Barry Amar-Hoover, Selena Vincin, Anna Rodriguez, Jeffrey Weaver, Billie Jo White*

Archie C. Lamb, Jr., Esq.
Fla. Bar No. 742597
alamb@archielamb.com
ARCHIE LAMB & ASSOCIATES
P.O. Box 2088
Birmingham, Alabama 35201
205-612-6789 (C)

*Counsel for Plaintiffs Matteo Marchetti and Shelley Schmidig*

Gerald J. Rodos
Jeffrey A. Barrack
Andrew J. Heo
BARRACK, RODOS & BACINE
2001 Market Street, Ste. 3300
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
grodos@barrack.com
jbarrack@barrack.com
aheo@barrack.com

Stephen R. Basser
Sam M. Ward
BARRACK, RODOS & BACINE
600 West Broadway, Ste. 900
San Diego California, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

*Counsel for Plaintiff Spencer and Bauman*

Jerry E. Martin (#20193)
Paul J. Bruno (#17275)
David W. Garrison (#24968)
Nicole A. Chanin (#40239)
BARRET JOHNSTON MARTIN & GARRISON, PLLC
414 Union Street, Ste. 900
Nashville, TN 37219
T: (615) 244-2202

Daniel E. Gustafson
dgustafson@gustafsongluek.com
Daniel C. Hedlund
dhedlund@gustafsongluek.com
Daniel J. Nordin
dnordin@gustafsongluek.com
Shashi K. Gowda
sgowda@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Dennis Stewart
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 W Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

Steve W. Berman,
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: breannav@hbsslaw.com

Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
riop@hbsslaw.com
hannahso@hbsslaw.com

*Counsel for Plaintiffs Navarro, Cherry, Kramer, Weller, Morgan, Armas, Johnson,*

Vincent Briganti
Christian P. Levis
Peter Demato
Radhika Gupta
rgupta@lowey.com
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

*Counsel for Plaintiffs Kramer, White, Watters, Bertlshofer, Weaver, Boelens, Parker, and Corradino, Carter, Vincin, et al.*

Garrett D. Blanchfield (209855)
Brant D. Penney (316878)
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
T: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Counsel for Plaintiff Nancy Alexander*

Christopher M. Wood
Henry S. Bator
ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
T: 615/244-2203
F: 615/252-3798

Darren J. Robbins
David W. Mitchell
Ashley M. Kelly
Arthur L. Shingler III
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101-8498
T: 619/231-1058

4

F: (615) 252-3798
martin@barrettjohnston.com
pbruno@barrettjohnston.com
dgarrison@barrettjohnston.com
nchanin@barrettjohnston.com

*Counsel for Plaintiffs Kempton and Daniel*

Steve Beal (#07297)
Lena Beal (#30068)
BEAL LAW OFFICE
22 Monroe Ave.
Lexington, KY 38351
T: (731) 968-9077
F: (731) 968-0782

*Counsel for Plaintiff Hannah Blosser*

Eric L. Cramer
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: ecramer@bm.net
Email: mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

*Counsel for Plaintiff Morgan*

Timothy D. Battin
Christopher V. Le
BOIES BATTIN, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

*Counsel for Plaintiff Lai Cheong*

*Silverman, Bohn, Godfrey, Zhovmiruk, Hardie, et al.*

George Farah
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
William Anderson
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Telephone: (303) 800-9109
Facsimile: (844) 300-1952
wanderson@hfajustice.com

*Counsel for Plaintiff Zhovmiruk*

Jason Scott Hartley
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

*Counsel for Plaintiff Morgan*

Gary I. Smith, Jr.
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: gsmith@hausfeld.com

Swathi Bojedla
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Email: sbojedla@hausfeld.com

Katie R. Beran
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106

F: 619/231-7423

Aelish M. Baig
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery St., Ste. 1800
San Francisco, CA 94104
T: 415/288-4545
F: 415/288-4534

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Blvd., Ste. 720
Boca Raton, FL 33432
T: 561/750-3000
F: 561/750-3364

Chad Johnson
Desiree Cummings
ROBBINS GELLER RUDMAN & DOWD LLP
420 Lexington Ave., Ste.1832
New York, NY 10170
T: 212/432-5100

*Counsel for Plaintiffs Kempton and Daniel*

Thomas J. Undlin
Stacey Slaughter
Geoffrey H. Kozen
J. Austin Hurt
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

*Counsel for Plaintiffs Kramer, White, Watters, Bertlshofer, Weaver, Boelens, Parker, and Corradino, Carter, Vincin, et al.*

Todd M. Schneider

Michael J. Boni
Joshua D. Snyder
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
jsnyder@bonizack.com

*Counsel for Plaintiff Jeremy Enders*

Joel D. Smith
Brittany S. Scott
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com
Email: bscott@bursor.com

*Counsel for Plaintiff Armas*

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Counsel for Plaintiff Tiffany Mackie*

Karin B. Swope
kswope@cpmlegal.com
Galen K. Cheney
gcheney@cpmlegal.com

Telephone: 1 215 985 3270
Email: kberan@hausfeld.com

*Counsel for Plaintiff Morgan*

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Counsel for Plaintiffs Brandon Watters and David Precht*

Israel David
Blake Hunter Yagman
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628
israel@israeldavidllc.com
blake.yagman@davidllc.com

*Counsel for Plaintiff Silverman*

JOSEPH SAVERI LAW FIRM, LLP
Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Email:
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

*Counsel for Plaintiffs Matteo Marchetti and Shelley Schmidig*

Matthew S. Weiler
J. Caleigh Macdonald
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell St., Ste. 1400
Emeryville, CA
Tel: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
jmacdonald@schneiderwallace.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Tel: (713) 338-2560
pschneider@schneiderwallace.com

*Counsel for Plaintiff Crook*

David R. Scott
Amanda Lawrence
Patrick McGahan
Michael Srodoski
G. Dustin Foster
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508

COTCHETT, PITRE &
McCARTHY, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577

Adam J. Zapala
azapala@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
James G. Dallal
jdallal@cpmlegal.com
Gayatri Raghunandan
graghunandan@cpmlegal.com

COTCHETT, PITRE &
McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

Lindsey C. Grossman
Michael Criden
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050
lgrossman@cridenlove.com
mcriden@cridenlove.com

*Attorneys for Plaintiffs Priscilla Parker, Patrick Parker, Barry Amar-Hoover, Zachary Miller Corradino, and Samantha Taylor Reyes*

Gregory S. Asciolla
Karin E. Garvey
Veronica M. Bosco
Johnny M. Shaw
DICELLO LEVITT, LLC
485 Lexington Avenue, Suite 1001

Janet M. Herold
Benjamin D. Elga
Lucy B. Bansal
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, NY 10006
Telephone: (518) 732-6703
Email: jherold@justicecatalyst.org
Email: belga@justicecatalyst.org
Email: lbansal@justicecatalyst.org

*Counsel for Plaintiff Morgan*

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
KOREIN TILLERY P.C.
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

*Counsel for Plaintiff Bertlshofer*

Benjamin J. Widlanski (Fla. Bar No. 1010644)
bwidlanski@kttlaw.com
Javier A. Lopez (Fla. Bar No. 16727)
jal@kttlaw.com
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

*Counsel for Plaintiffs Matteo Marchetti and Shelley Schmidig*

Austin Cohen, Esquire
Keith Verrier, Esquire
LEVIN SEDRAN & BERMAN
510 Walnut Street, Ste. 500

pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Kristen Anderson
SCOTT+SCOTT ATTORNEYS
AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
kanderson@scott-scott.com

*Counsel for Plaintiffs Kramer, White, Watters, Bertlshofer, Weaver, Boelens, Parker, and Corradino, Carter, Vincin, et al.*

Rusty E. Glenn
SHUMAN, GLENN &
STECKER
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
rusty@shumanlawfirm.com

*Counsel for Plaintiffs Weaver, Enders, and Mackie*

William G. Caldes
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN &
KODROFF PC
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
T: (215) 496-0300
Bcaldes@srkattorneys.com
Jspector@srkattorneys.com
Ietheridge@srkattorneys.com

*Counsel for Plaintiff Nancy Alexander*

Bruce W. Steckler
STECKLER WAYNE & LOVE PLLC
12720 Hillcrest Road, Ste. 1045
Dallas, TX 75230
Telephone: 972-387-4040

7

New York, New York 10017
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
vbosco@dicellolevitt.com
jshaw@dicellolevitt.com

Brian M. Hogan
DICELLO LEVITT, LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
bhogan@dicellolevitt.com

*Counsel for Plaintiff Bohn*

Jeffrey B. Kaplan, Esq.
Maria V. Ceballos, Esq.
DIMOND KAPLAN & ROTHSTEIN, P.A.
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920
jkaplan@dkrpa.com
vceballos@dkrpa.com

*Counsel for Plaintiffs Christopher Saloman and Michael Strauss*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
David Mindell
dmindell@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378

Rafey Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com

Philadelphia, PA 19106
Telephone: (215) 592-1500
acohen@lfsblaw.com
kverrier@lfsblaw.com

*Counsel for Plaintiff Hardie*

Mark P. Chalos (Tennessee Bar No. 19328)
Hannah R. Lazarz (Tennessee Bar No. 038756)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Phone: 615.313.9000
Fax: 615.313.9965
mchalos@lchb.com
hlazarz@lchb.com

Brendan P. Glackin
Dean M. Harvey
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
Email: bglackin@lchb.com
Email: dharvey@lchb.com

Dan Drachler, WSBA #27728
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 895-5005
Facsimile: (206) 895-3131
Email: ddrachler@lchb.com

*Counsel for Plaintiffs Morgan, Barnes, Bason, Diboki, Sims, Winn, and Woodland*

Joseph J. DePalma
Steven J. Greenfogel

Facsimile: 972-387-4041
bruce@swclaw.com

Paul D. Stickney
12720 Hillcrest Road, Ste. 1045
Dallas, TX 75230
Telephone: 972-387-4040
judgestick@gmail.com

*Counsel for Plaintiffs Spencer and Bauman*

J. Gerard Stranch IV (BPR #23045)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel: (615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com

*Counsel for Plaintiff Bauman*

Kevin S. Landau
klandau@tcllaw.com
Brett Cebulash
bcebulash@tcllaw.com
Gwendolyn Nelson
gnelson@tcllaw.com
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, New York 10038
Telephone: (212) 931-0704

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

Beth E. Terrell
Blythe H. Chandler
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com

Yaman Salahi
ysalahi@edelson.com
P. Solange Hilfinger-Pardo
shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212.9300
Fax: (415) 373.9435

*Counsel for Plaintiffs Alvarez and Halliwell*

Thomas Roe Frazer II (#33296)
T. Roe Frazer II (#35785)
J. Grant LaBar (#40284)
FRAZER PLC
30 Burton Hills Blvd, Ste. 450
Nashville, TN 37215
T: (615) 647-6464
roe@frazer.law
trey@frazer.law
grant@frazer.law

*Counsel for Plaintiff Hannah Blosser*

David B. Rochelson
Deborah Elman
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, New York 10005
Telephone: (212) 398-0055
drochelson@garwingerstein.com
delman@garwingerstein.com

*Counsel for Plaintiff Moore*

LITE DEPALMA GREENBERG & AFANDOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
sgreenfogel@litedepalma.com

*Counsel for Plaintiff Zhovmiruk*

Kate M. Baxter-Kauf
Heidi M. Silton
Brian D. Clark
W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
hmsilton@locklaw.com
bdclark@locklaw.com
wjbruckner@locklaw.com

*Counsel for Plaintiff Johnson*

*Counsel for Plaintiff Moore*

S. Ferrell Alman, Jr.
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 N. Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
dwilkerson@vwlawfirm.com

*Counsel for Plaintiff Godfrey*

Samuel J. Strauss
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
Seattle, WA 98101
Email: sam@turkestrauss.com

*Attorney for Plaintiff Laura Boelens*

Kenneth A. Wexler
kaw@wbe-llp.com
Justin N. Boley
jnb@wbe-llp.com
Melinda J. Morales
mjm@wbe-llp.com
Margaret Shadid
ms@wbe-llp.com
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Ste. 5450
Chicago, IL 60606
Telephone: (312) 346 2222

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

David M. Cialkowski
david.cialkowski@zimmreed.com
Ian F. McFarland
ian.mcfarland@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

9

Telephone: (612) 341-0400

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s/ *Jerry E. Martin*