IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071-WDC<br>MDL 3071<br><br>This document relates to:<br>ALL ACTIONS<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## [PROPOSED] ORDER ESTABLISHING DEADLINES FOR THE SUBMISSION OF LEADERSHIP APPLICATIONS AND SETTING A SCHEDULE FOR THE EXCHANGE OF A PROPOSED JOINT STATEMENT

It appearing to the court that the Motion by All Plaintiffs to Establish Deadlines for the Submission of Leadership Applications and to Set a Schedule for the Exchange of a Proposed Joint Statement is well-taken, the Court orders as follows:

1. The deadline for any party wishing to submit an application for plaintiffs' interim lead counsel, plaintiffs' steering committee, and/or plaintiff liaison counsel under Fed. R. Civ. 23(g) and as contemplated in the Court's April 19, 2023 Order (ECF No. 3) ("Leadership Application") shall be **May 17, 2023**;

2. No opposition or responses shall be filed in connection with any Leadership Application filed pursuant to paragraph 1 above;

3. Any Leadership Application shall be filed under seal and served on all counsel of record, and such submissions shall remain under seal unless otherwise directed by the Court;

4. Plaintiffs shall prepare one proposed joint statement on case progression and scheduling and provide it to Defendants for their edits and additions by **May 17, 2023**; and

5. The joint statement shall be submitted to the Court by **May 24, 2023.**

**IT IS SO ORDERED.**

Date: _____, 2023

_____
Hon. Waverly D. Crenshaw, Jr.