# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Yifan Kate Lv

Bar Number 302704

was duly admitted to practice in this Court on December 11, 2015, and is in good standing as a member of the bar of this Court.

Signed on April 28, 2023 by

Mark B. Busby, Clerk of Court

