UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNEESEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This document relates to:<br>3:23-cv-00329<br>3:23-cv-00332 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF HANNAH K. SONG

Pursuant to Local Rule 83.01(g), Plaintiffs Gabriel Navarro, Meghan Cherry, and Kimen Trochalakis hereby respectfully move this court for leave to withdraw the appearance of Hannah K. Song as one of the attorneys of record in this matter. Ms. Song's withdrawal will cause no delay as the Plaintiffs are represented by other counsel.

DATED May 9, 2023

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Hannah K. Song*

Rio S. Pierce
Hannah K. Song
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 301
Berkeley, CA 94710
riop@hbsslaw.com
hannahso@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
1301 Second Ave., Suite 2000
Seattle, WA 98101

steve@hbsslaw.com
breannav@hbsslaw.com

*Counsel for Plaintiffs Gabriel Navarro, Meghan Cherry, Kimen Trochalakis, and Proposed Interim Class Counsel for the Student Housing Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.


DATED: May 9, 2023	*/s/ Breanna Van Engelen*
	Breanna Van Engelen