IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL NO. 3071<br><br>Case No. 3:23-md-3071<br><br>HON. WAVERLY D. CRENSHAW, JR. |
| THIS DOCUMENT RELATES TO:<br><br>1:22-cv-01332<br>1:22-cv-01329 | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Alex Cummings hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Kairoi Management, LLC.

1. I am a member in good standing of the United States District Court for the Southern District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2023.

*/s/ Alex Cummings*
Alex Cummings
Texas Bar No. 24105767
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5331
Fax: 713-651-5246
alex.cummings@nortonrosefulbright.com

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2023, I caused a true and correct copy of the foregoing to be served on all counsel who have appeared through the Court's CM/ECF system.

*/s/ Alex Cummings*
Alex Cummings