# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Alex Elizabeth Cummings, Federal ID No 3841759

Admission date: April, 17, 2023

Dated May 3, 2023, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk

