

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
EASTERN DISTRICT OF PENNSYLVANIA

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that JEFFREY L. SPECTOR   Bar #207208
was duly admitted to practice in said Court on   09/24/2008, and is in good standing
as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
May/2/2023

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

_George Wylesol_
_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on  05/02/2023

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17