IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00440 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, William G. Caldes hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff, Nancy Alexander.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the below is true and correct:

1. I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania. Attached as Exhibit A is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> Marc Walwyn, Esq., BPR# 22431
> 412 Georgia Avenue, Suite 102
> Chattanooga, TN 37403
> Telephone: (423) 954-7266
> Facsimile: (423) 565-0125
> Email: marc@walwynlegal.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 8, 2023

> /s/ *William G. Caldes*
> William G. Caldes
> Pennsylvania Bar No. 75842
> **SPECTOR ROSEMAN & KODROFF, P.C.**
> 2001 Market Street, Suite 3420
> Philadelphia, PA 19103
> Telephone: (215) 496-0300
> Facsimile: (215) 496-6611
> Email: bcaldes@srkattorneys.com

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [ECF 2], I hereby certify that a copy of the foregoing was electronically filed with the Court and electronically served on the date reflected in the ECF system.

Dated: May 8, 2023                    */s/ William G. Caldes*
                                                           William G. Caldes