

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA　}
EASTERN DISTRICT OF PENNSYLVANIA

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that WILLIAM G. CALDES　　Bar #75842
was duly admitted to practice in said Court on　　01/29/2002, and is in good standing
as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
May/2/2023

**Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania**

_George Wylesol_
_____
**GEORGE WYLESOL
Clerk of Court**

DATED at Philadelphia, Pennsylvania
on 05/02/2023

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17