

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
EASTERN DISTRICT OF PENNSYLVANIA  }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that ICEE ETHERIDGE    Bar #322630  
was duly admitted to practice in said Court on    11/20/2019, and is in good standing  
as a member of the bar of said Court.

CLERK'S OFFICE  
Sworn to and Subscribed  
before me this day  
May/2/2023

_____  
GEORGE WYLESOL  
Clerk of Court

Deputy Clerk, U.S. District Court  
Eastern District of Pennsylvania

DATED at Philadelphia, Pennsylvania  
on  05/02/2023

BY:  _Paige Conti_

Deputy Clerk

Rev. 1/20/17