# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court,

certify that **Amanda F. Lawrence**, Bar **568737**,

was duly admitted to practice in this Court on

**February 18, 2015**, and is in good standing

as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 09, 2023**



__*Robert M. Farrell*__
**CLERK**