**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case no. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>**3:23-cv-00335** |

## NOTICE OF APPEARANCE OF RICHARD P. SYBERT

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that Richard P. Sybert of Gordon Rees Scully Mansukhani LLP shall appear as counsel of record for Defendant Rose Associates, Inc. A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Respectfully submitted,

Dated: May 11, 2023

GORDON REES SCULLY MANSUKHANI

By: */s/ Richard P. Sybert*
Richard P. Sybert
101 West Broadway, Suite 2000
San Diego, CA 92101
(619) 696-6700
rsybert@grsm.com

*Counsel for Rose Associates, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

*/s/ Richard P. Sybert* _____
Richard P. Sybert