# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II), | ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00345 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessalyn H. Zeigler of the law firm of Bass, Berry & Sims PLC, enters her appearance as counsel for Defendant Windsor Property Management Company.

DATED: May 16, 2023

Respectfully Submitted,

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (#16139)
Lucas Ross Smith (#027546)
Bass, Berry, & Sims PLC
150 Third Avenue South Suite 2800
Nashville, TN 37201
(615) 742-6200
JZeigler@bassberry.com
LSmith@bassberry.com

*Attorney for Defendant Windsor Property Management Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of May, 2023, pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (DN 2), the foregoing document was electronically filed with the Clerk of Court and served by operation of the Court's electronic filing system upon all parties of record.

/s/ Jessalyn H. Zeigler