# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00390<br>3:23-cv-00358<br>3:23-cv-00357 |

## MOTION FOR ADMISSION OF ELIZABETH A. N. HAAS *PRO HAC VICE*

Sherman Associates, Inc., by and through counsel and pursuant to Local Rule 83.01(b), hereby moves for admission of Elizabeth A. N. Haas, Foley & Lardner, LLP, 777 East Wisconsin Avenue Milwaukee, Wisconsin 53202, to appear *pro hac vice* in this action. She is a member in good standing of the United States District Court for the Eastern District of Wisconsin. A Certificate of Good Standing from that Court is attached as Exhibit A. The Declaration of Elizabeth A. N. Hass, which contains the information required by Local Rule 83.01(b), is attached as Exhibit B.

Dated: May 16, 2023

Respectfully Submitted,

*/s/ Dylan Harper*
**THE SWAFFORD LAW FIRM, PLLC**
Tara L. Swafford, BPR # 17577
Dylan Harper, BPR #36820
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355

tara@swaffordlawfirm.com
dylan@swaffordlawfirm.com

**FOLEY & LARDNER, LLP**
Diane R. Hazel
1400 16th Street Suite 200
Denver, Colorado 80202
Telephone: (720) 437-2034
dhazel@foley.com

Elizabeth A. N. Haas
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 297-5083
ehaas@foley.com

Ian T. Hampton
*Pro Hac Vice forthcoming*
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 297-4912
ihampton@foley.com


*Counsel for Sherman Associates, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 16, 2023.

                                                            */s/ Dylan Harper*
                                                            Dylan Harper

3
Case 3:23-md-03071    Document 107    Filed 05/16/23    Page 3 of 3 PageID #: 292