# EXHIBIT A

AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, GINA M. COLLETTI, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that ELIZABETH A. N. HAAS was duly admitted to practice in this Court on November 20, 2006 and is in good standing as a member of the Bar of this Court. I further certify that there are no disciplinary actions on file with this Court.

Dated at Milwaukee, Wisconsin on May 9, 2023.

Gina M. Colletti
Clerk of Court

By: s/Kristine W. Brah
Deputy Clerk