# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00390<br>3:23-cv-00358<br>3:23-cv-00357 |

**DECLARATION OF ELIZABETH A. N. HAAS**

State of Wisconsin )

County of Milwaukee )

1. My name is Elizabeth A. N. Haas. I am an attorney licensed to practice law in the State of Wisconsin. I have personal knowledge of the facts set forth in this Declaration.

2. No disciplinary proceedings by any disciplinary authority, finding of contempt or sanction under 28 U.S.C. § 1927 by any court, or criminal charges have been instituted against me.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER THE DECLARANT SAYETH NOT.

Dated this 16th day of May 2023.

_____
Elizabeth A. N. Haas