UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) Judge Waverly D. Crenshaw, Jr. <br> ) <br> ) **This Document Relates to:** <br> ) 3:23-cv-00410 <br> ) 3:23-cv-00411 <br> ) 3:23-cv-00414 <br> ) 3:23-cv-00415 <br> ) 3:23-cv-00416 <br> ) 3:23-cv-00419 <br> ) 3:23-cv-00440 <br> ) 3:23-cv-00445 |

## NOTICE OF APPEARANCE

Matthew D. Provance previously moved for admission to appear Pro Hac Vice in Case No. 3:23-md-3071, which the Clerk granted on April 28, 2023, representing Mid-America Apartment Communities, Inc. (ECF No. 37). In addition to the cases in which the Court previously granted Provance permission to appear Pro Hac Vice, please take notice that Provance represents Defendant Mid-America Apartment Communities, Inc., in all of the cases listed in the caption of this Notice.

Respectfully submitted, this 16th day of May 2023.

By /s/ *Matthew D. Provance*
Matthew D. Provance (admitted *pro hac vice*)
Britt M. Miller (admitted *pro hac vice*)
Daniel T. Fenske (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Telephone: (312) 701-8598
mprovance@mayerbrown.com
dfenske@mayerbrown.com
bmiller@mayerbrown.com

Scott D. Carey (#15406)
Ryan P. Loofbourrow (#33414)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for Defendant Mid-America
Apartment Communities, Inc.
("MAA")*

## **CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 16, 2023.

/s/ *Matthew D. Provance*