UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>**3:22-cv-01082**<br>**3:23-cv-00326**<br>**3:23-cv-00330**<br>**3:23-cv-00331**<br>**3:23-cv-00333**<br>**3:23-cv-00334**<br>**3:23-cv-00336**<br>**3:23-cv-00337**<br>**3:23-cv-00339**<br>**3:23-cv-00344**<br>**3:23-cv-00345**<br>**3:23-cv-00357**<br>**3:23-cv-00358**<br>**3:23-cv-00377**<br>**3:23-cv-00378**<br>**3:23-cv-00379**<br>**3:23-cv-00380**<br>**3:23-cv-00381**<br>**3:23-cv-00387**<br>**3:23-cv-00388**<br>**3:23-cv-00389**<br>**3:23-cv-00390**<br>**3:23-cv-00391**<br>**3:23-cv-00410**<br>**3:23-cv-00411**<br>**3:23-cv-00414**<br>**3:23-cv-00415**<br>**3:23-cv-00416**<br>**3:23-cv-00419**<br>**3:23-cv-00440**<br>**3:23-cv-00445** |

**BUSINESS ENTITY DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant Mid-America Apartment Communities, Inc. ("MAA") makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☒ This party is a publicly held corporation or other publicly held entity, incorporated in <u>the state of Tennessee</u> and with a principal place of business in <u>the state of Tennessee</u>.

☐ This party is a privately held corporation, incorporated in_____.
and with a principal place of business in_____.

☐ This party has parent corporations.

☒ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity: <u>The Vanguard Group</u>.

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐ This party is trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Respectfully submitted, this 16th day of May 2023

By /s/ *Britt M. Miller*
Britt M. Miller (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8663
bmiller@mayerbrown.com

Scott D. Carey (#15406)
Ryan P. Loofbourrow (#33414)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for Defendant Mid-America
Apartment Communities, Inc.
("MAA")*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 16, 2023.

/s/ *Britt M. Miller*