# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00336<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.01(g), I, Tiffany L. Lee of Perkins Coie LLP, hereby notify this Court that I am withdrawing as co-counsel for Defendants Essex Property Trust, Inc. and/or Essex Management Corporation ("Defendants") in the above-referenced cases – originally filed in the Western District of Washington where I appeared as local counsel. Defendants will continue to be represented by co-counsel Leo D. Caseria and Helen C. Eckert with the law firm of Sheppard Mullin Richter & Hampton LLP, and Arman Oruc with the law firm of Goodwin Procter LLP. A copy of the notice of compliance with LR83.01 is attached as Exhibit A.

Dated: May 17, 2023                                    Respectfully Submitted,

*/s/ Tiffany L. Lee*
Tiffany Lee, WSBA 51979
TiffanyLee@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

## CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 17, 2023.

                                                                  */s/ Tiffany L. Lee*