UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071 Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br>**3:23-cv-00326**<br>**3:23-cv-00330**<br>**3:23-cv-00331**<br>**3:23-cv-00333**<br>**3:23-cv-00334**<br>**3:23-cv-00336**<br>**3:23-cv-00337**<br>**3:23-cv-00339**<br>**3:23-cv-00344**<br>**3:23-cv-00345**<br>**3:23-cv-00357**<br>**3:23-cv-00358**<br>**3:23-cv-00377**<br>**3:23-cv-00378**<br>**3:23-cv-00379**<br>**3:23-cv-00380**<br>**3:23-cv-00381**<br>**3:23-cv-00387**<br>**3:23-cv-00388**<br>**3:23-cv-00389**<br>**3:23-cv-00390**<br>**3:23-cv-00391**<br>**3:23-cv-00410**<br>**3:23-cv-00411**<br>**3:23-cv-00414**<br>**3:23-cv-00415**<br>**3:23-cv-00416**<br>**3:23-cv-00419**<br>**3:23-cv-00440**<br>**3:23-cv-00445** |

# NOTICE OF APPEARANCE

Ryan P. Loofbourrow previously entered his appearance in *Watters v. Realpage*, No. 3:22-cv-1082, on behalf of Mid-America Apartment Communities, Inc. He now gives notice that he represents MAA in each of the above-captioned cases.

Respectfully submitted,

*s/ Ryan P. Loofbourrow*
Scott D. Carey (#15406)
Ryan P. Loofbourrow (#33414)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Telephone: (615) 726-5600
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

and

Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600