UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071 Judge Waverly D. Crenshaw, Jr. **This Document Relates to:** 3:23-cv-00326 3:23-cv-00330 3:23-cv-00331 3:23-cv-00333 3:23-cv-00334 3:23-cv-00336 3:23-cv-00337 3:23-cv-00339 3:23-cv-00344 3:23-cv-00345 3:23-cv-00357 3:23-cv-00358 3:23-cv-00377 3:23-cv-00378 3:23-cv-00379 3:23-cv-00380 3:23-cv-00381 3:23-cv-00387 3:23-cv-00388 3:23-cv-00389 3:23-cv-00390 3:23-cv-00391 3:23-cv-00410 3:23-cv-00411 3:23-cv-00414 3:23-cv-00415 3:23-cv-00416 3:23-cv-00419 3:23-cv-00440 3:23-cv-00445 |

## NOTICE OF APPEARANCE

Scott D. Carey previously entered his appearance in *Watters v. Realpage*, No. 3:22-cv-1082, on behalf of Mid-America Apartment Communities, Inc. He now gives notice that he represents MAA in each of the above-captioned cases.

Respectfully submitted,

*s/ Scott D. Carey*
Scott D. Carey (#15406)
Ryan P. Loofbourrow (#33414)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Telephone: (615) 726-5600
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

and

Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600