# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00377<br><br>**CHIEF JUDGE CRENSHAW**<br>**MAGISTRATE JUDGE HOLMES** |

# MOTION FOR ADMISSION *PRO HAC VICE*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071 |
| v. | Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Randall P. Ewing, Jr. hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Mary Bertlshofer.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Southern District of Florida]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None

3. I have not been found in contempt by any court or tribunal, except as provided below:

None

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Tricia Herzfeld (BPR #26014)
Herzfeld Suetholz Gastel Leniski and Wall PLLC, 223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
(615) 800-6225, tricia@hsglawgroup.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Randall P. Ewing, Jr.   Signature

Name: Randall P. Ewing, Jr.

State where admitted and State Bar Number: Florida - 76879

Business Address: 205 North Michigan Avenue, Suite 1950, Chicago, IL 60601

Local Address [if different from above]:

Phone: 312-614-9750

Email: REwing@koreintillery.com

# **CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc.2), I certify that council of record who are registered for CM/ECF filing will be served electronically with this filing on May 18, 2023.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]