

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,  **Angela E. Noble,**  Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Randall P Ewing Jr.**, Florida Bar # **76879**, was duly admitted to practice in this Court on **July 17, 2014**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 10, 2023.

**Angela E. Noble**
*Court Administrator • Clerk of Court*