IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: REAL PAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) | No: 3:23-md-3071<br>MDL No. 3071<br>JUDGE CRENSHAW |
| | | **This Document Relates to:**<br>3:23-cv-00326<br>3:23-cv-00329<br>3:23-cv-00330<br>3:23-cv-00333<br>3:23-cv-00337<br>3:23-cv-00339<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00414<br>3:23-cv-00440<br>3:23-cv-00445<br>3:23-cv-01082 |

## NOTICE OF APPEARANCE

W. Scott Sims hereby enters his appearance as counsel for defendant BH Management Services, LLC in this matter.

Respectfully submitted,

*s/ W. Scott Sims*
W. Scott Sims
SIMS|FUNK, PLC
3322 West End Avenue
Suite #200
Nashville, TN 37203
(615) 292-9335
ssims@simsfunk.com

*Counsel for Defendant BH Management Services, LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 18, 2023:



*s/ W. Scott Sims*

4875-4425-8148, v. 1