```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675069372
Cashier ID: chastain
Transaction Date: 05/18/2023
Payer Name: King and Ballow
----------------------------------------
PRO HAC VICE
For: King and Ballow
Case/Party: D-TNM-3-07-AT-PROHAC-001
Amount:         $150.00
----------------------------------------
Paper Check Conversion
 Amt Tendered:  $150.00
----------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00
```

pro hac fee Dylan Ballard

Lantwon Luxury Living
3:23-md-3071