```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675069373
Cashier ID: chastain
Transaction Date: 05/18/2023
Payer Name: Kiing and Ballow
------------------------------------
PRO HAC VICE
 For: Kiing and Ballow
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $150.00
------------------------------------
Paper Check Conversion
 Amt Tendered:   $150.00
------------------------------------
Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00
```

M. Kevin Costello
Pro hac fee
3:23-md-3071