```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675069371
Cashier ID: chastain
Transaction Date: 05/18/2023
Payer Name: King and Ballow
----------------------------------
PRO HAC VICE
 For: King and Ballow
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $150.00
----------------------------------
Paper Check Conversion
 Amt Tendered:  $150.00
----------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

pro hac fee for Michael W.
Scarborough

Lantower Luxury Living
3:23-md-3071
```