# **EXHIBIT A**

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Stephen M. Medlock

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Stephen M. Medlock was duly admitted to practice in said Court on (11/03/2022) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/16/2023 )

                                  Thomas G. Bruton , Clerk,

                                  By:
                                      Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 16, 2023