# **EXHIBIT A**

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Christopher Walter James

Bar Number 289047

was duly admitted to practice in this Court on August 29, 2016, and is in good standing as a member of the bar of this Court.



Signed on May 16, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court