# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Michael M. Maddigan__, Bar No. __163450__

was duly admitted to practice in this Court on __December 31, 1992__
DATE

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __April 20, 2023__
Date

KIRY K. GRAY
Clerk of Court

By __Shea Bourgeois__, Deputy Clerk



G-52 (10/15) CERTIFICATE OF GOOD STANDING