

# United States District & Bankruptcy Courts
## for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

was, on the _____ day of _____ A.D. _____ admitted to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this _____ day of _____

A.D. _____.

**ANGELA D. CAESAR,** Clerk of Courts



By: ___*Burnetta Jenkins*___

**Deputy Clerk**