# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Laura Penaranda__, Bar No. __347391__

was duly admitted to practice in this Court on __February 8, 2023__
DATE

and  is active and in good standing  as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __May 15, 2023__
Date

KIRY K. GRAY
Clerk of Court

By __/s/ Shea Bourgeois__
Shea Bourgeois, Deputy Clerk

