# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Vassi Iliadis__, Bar No. __296382__

was duly admitted to practice in this Court on __May 27, 2014__
*DATE*

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __April 24, 2023__
*Date*

KIRY K. GRAY
Clerk of Court

By __Shea Bourgeois__ (signature), Deputy Clerk