UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) This Document Relates to: ) ) 3:23-cv-00391 ) 3:23-cv-00380 |

## NOTICE OF APPEARANCE

Comes now Joshua Counts Cumby and enters his appearance on behalf of Defendant Alliance Residential Company.

Respectfully submitted this 20th day of May, 2023,

/s/ *Joshua Counts Cumby*
Joshua Counts Cumby (BPR # 37949)
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Tel: (615) 259-1450
Fax: (615) 259-1470
Joshua.Cumby@arlaw.com

*Attorney for Defendant*
*Alliance Residential Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 20th day of May, 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

/s/ *Joshua Counts Cumby*
Joshua Counts Cumby