# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Michael M. Maddigan__, Bar No. __163450__

was duly admitted to practice in this Court on __December 31, 1992__
<br>*DATE*

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on     __April 20, 2023__
<br>*Date*

KIRY K. GRAY
<br>Clerk of Court

By __Shea Bourgeois__ (signature)

__Shea Bourgeois__, Deputy Clerk



G-52 (10/13)　　　　CERTIFICATE OF GOOD STANDING