UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) This Document Relates to: ) ) 3:23-cv-00391 ) 3:23-cv-00380 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Laura Penaranda hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Alliance Residential Company.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District for the Central District of California. Attached is a Certificate of Good Standing for that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted this 20th day of May, 2023,

/s/ *Laura Penaranda*
Laura Penaranda (CA Bar No. 347391)
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4755
Fax: (310) 785-4601
Laura.Penaranda@hoganlovells.com

*Attorney for Defendant*
*Alliance Residential Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 20th day of May, 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

/s/ *Joshua Counts Cumby*
Joshua Counts Cumby
