# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Laura Penaranda__, Bar No. __347391__

was duly admitted to practice in this Court on __February 8, 2023__
<br>DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __May 15, 2023__
<br>Date

KIRY K. GRAY
Clerk of Court

By _Shea Bourgeois_ (signature)

Shea Bourgeois, Deputy Clerk

G-52 (10/13)     CERTIFICATE OF GOOD STANDING