# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Vassi Iliadis__, Bar No. __296382__

was duly admitted to practice in this Court on __May 27, 2014__
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __April 24, 2023__
Date

KIRY K. GRAY
Clerk of Court

By __Shea Bourgeois__, Deputy Clerk



G-52 (10/13)                    CERTIFICATE OF GOOD STANDING