UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00416 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Jeffrey C. Bank of Wilson Sonsini Goodrich & Rosati, P.C., 1700 K St. NW, Fifth Floor, Washington, D.C. 20006, as counsel for Morgan Properties Management Company, LLC.

Respectfully submitted this 22nd day of May 2023

          WILSON SONSINI GOODRICH & ROSATI, P.C.
          /s/ *Jeffrey C. Bank*
          Jeffrey C. Bank
          1700 K St. NW
          Washington, D.C. 20006
          Tel: (212) 497-7761
          jbank@wsgr.com

1

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 22, 2023.

/s/ *Jeffrey C. Bank*
Jeffrey C. Bank