# Exhibit A

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____EZEKIEL  ROSENBERG_____ , Bar # _____5927124_____

was duly admitted to practice in the Court on

_____December 20, 2022_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  May 19, 2023
New York, New York

Ruby J. Krajick   By   s/ D. Shaw
Clerk of Court         Deputy Clerk