# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>ALL CASES |

## NOTICE OF APPEARANCE

Comes now F. Laurens Brock and enters his appearance on behalf of Defendant Greystar Real Estate Partners, LLC.

Respectfully submitted this 22nd day of May, 2023,

                                                    /s/ *F. Laurens Brock*
                                                    F. Laurens Brock (BPR No. 17666)
                                                    Adams and Reese LLP
                                                    1600 West End Avenue, Suite 1400
                                                    Nashville, Tennessee 37203
                                                    Tel: (615) 259-1406
                                                    Fax: (615) 259-1470
                                                    Larry.Brock@arlaw.com

                                                    *Attorney for Defendant*
                                                    *Greystar Real Estate Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 20th day of May, 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

                                                /s/ *F. Laurens Brock*
                                                F. Laurens Brock