UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II), | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00345 |

**AMENDED MOTION FOR ADMISSION *PRO HAC VICE* OF CRAIG P. SEEBALD**

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Craig P. Seebald hereby moves for admission to appear *pro hac vice* in the above-captioned action as additional counsel for Defendant Windsor Property Management Company.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I received my undergraduate degree from Franklin & Marshall College and my Juris Doctor from George Washington University Law School. I am licensed to practice law in the District of Columbia and am I am a member in good standing of the following courts:

| Court | Admission Date |
|---|---|
| U.S. District Court for the Eastern District of Virginia | July 30, 1993 |
| U.S. District Court for the District of Columbia | March 7, 1994 |
| U.S. District Court for the Eastern District of Michigan | October 29, 2013 |

A Certificate of Good Standing issued by the U.S. District for the District of Columbia is attached as **Exhibit A**.

2. I am not, nor have I ever been, the subject of disciplinary action by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

> Jessalyn H. Zeigler (BPR #16139)
> Lucas Ross Smith (BPR #027546)
> BASS, BERRY & SIMS PLC
> 150 Third Avenue South, Suite 2800
> Nashville, Tennessee 37201
> Telephone: (615) 742-6200
> JZeigler@bassberry.com
> LSmith@bassberry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in this course of the proceedings.

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Craig P. Seebald*
Craig P. Seebald
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: 202-639-6585
cseebald@velaw.com


BASS, BERRY & SIMS PLC

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (BPR #16139)
Lucas Ross Smith (BPR #027546)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
jzeigler@bassberry.com
lsmith@bassberry.com

*Attorneys for Defendant Windsor Property Management Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of May, 2023, pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (DN 2), the foregoing document was electronically filed with the Clerk of Court and served by operation of the Court's electronic filing system upon all parties of record.

*/s/ Jessalyn H. Zeigler*
