IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-0391 |

## NOTICE OF APPEARANCE

Please take notice that Mark Bell of the law firm Holland & Knight LLP hereby enters this appearance as counsel for AMLI Management Company, in the case consolidated with the above-referenced lead case in the MDL matter of In Re: RealPage, Inc., Rental Software Antitrust Litigation (No. II).

/s/ *Mark Bell*
Mark Bell   (TN Bar No. 29048)
HOLLAND & KNIGHT, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
(615) 244-6370
Email:  Mark.Bell@hklaw.com

Attorneys for AMLI Management Company

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 22, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Mark Bell*