UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-0391 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Kenneth L. Racowski hereby moves to admission to appear *pro hac vice* in the above-captioned action as counsel for AMLI Management Company.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the Supreme Court of Pennsylvania. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that, pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

> Mark Bell
> Holland & Knight LLP
> Nashville City Center
> 511 Union Street
> Suite 2700
> Nashville, TN 37219
> (615) 850-8850
> mark.bell@hklaw.com

8. I have read and am familiar with the Local Rules for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

        /s/Kenneth L. Racowski
        Kenneth L. Racowski

**Name**: Kenneth L. Racowski
**State where admitted and State Bar Number**: Pennsylvania, Bar No. 90514
**Business Address**: Holland & Knight LLP, 2929 Arch Street, Suite 800, Philadelphia PA 19104
**Phone**: (215) 252-9580
**Email**: Kenneth.racowski@hklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2023, I electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Mark Bell*