

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Kenneth L. Racowski, Esq.*

**DATE OF ADMISSION**

*April 21, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 10, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk