IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00326<br>3:23-cv-00415 |

## NOTICE OF APPEARANCE

Please take notice that Mark Bell of the law firm Holland & Knight LLP hereby enters this appearance as counsel for Defendants, Apartment Income REIT Corp. d/b/a AIR Communities REIT Corp., CCIP Sterling, L.P. d/b/a Sterling Apartment Homes, and Park Towne Place Associates Limited Partnership d/b/a Park Towne Place Apartment Homes (some or all of which were improperly named in the original Complaints), in the case consolidated with the above-referenced lead case in the MDL matter of In Re: RealPage, Inc., Rental Software Antitrust Litigation (No. II).

/s/ *Mark Bell*
Mark Bell   (TN Bar No. 29048)
HOLLAND & KNIGHT, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
(615) 244-6370
Email:  Mark.Bell@hklaw.com

*Attorneys for Apartment Income REIT Corp. d/b/a AIR Communities REIT Corp., CCIP Sterling, L.P. d/b/a Sterling Apartment Homes, and Park Towne Place Associates Limited Partnership d/b/a Park Towne Place Apartment Homes*

1
Case 3:23-md-03071   Document 144   Filed 05/22/23   Page 1 of 2 PageID #: 427

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 22, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Mark Bell*