UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00391<br>3:23-cv-00380 |

## NOTICE OF APPEARANCE

Comes now F. Laurens Brock and enters his appearance on behalf of Defendant Alliance Residential Company.

Respectfully submitted this 22nd day of May, 2023,

/s/ *F. Laurens Brock*
F. Laurens Brock (BPR No. 17666)
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Tel: (615) 259-1406
Fax: (615) 259-1470
Larry.brock@arlaw.com

*Attorney for Defendant*
*Alliance Residential Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 22nd day of May, 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

/s/ *F. Laurens Brock*
F. Laurens Brock
