IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00326<br>3:23-cv-00415 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Kathryn A. Reilly hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendants Apartment Income REIT Corp. d/b/a AIR Communities REIT Corp., CCIP Sterling, L.P. d/b/a Sterling Apartment Homes, and Park Towne Place Associates Limited Partnership d/b/a Park Towne Place Apartment Homes (some or all of which were improperly named in the complaints).

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

    1    I am a member in good standing of the United States District Court, District of Colorado. Attached is a Certificate of Good Standing from that court.

    2.    I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

        None

    3.    I have not been found in contempt by any court or tribunal, except as provided below:

None

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> Mark Bell
> Holland & Knight LLP
> 511 Union Street, Suite 2700
> Nashville, Tennessee 37219
> (615) 244-6380
> mark.bell@hklaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

                                               */s/* Kathryn A. Reilly

Name: Kathryn A. Reilly
State where admitted and State Bar Number: Colorado (37331)
Business Address: 370 17th Street, Suite 4500, Denver, Colorado 80202
Local Address:
Phone: 303.244.1983
Email: reilly@wtotrial.com

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 22, 2023, I electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Mark Bell*