

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Judith Pace Youngman

Admission date: 08/29/2018

was admitted to practice in this court
and is in good standing.

Dated: May 10, 2023    *Jeffrey P. Colwell*