

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Michael Timothy Williams

Admission date: 06/12/2003

was admitted to practice in this court
and is in good standing.

Dated: April 25, 2023