# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) ) ) This Document Relates to: ) ) 3:23-cv-00390 ) 3:23-cv-00358 ) 3:23-cv-00357 ) |

## BUSINESS ENTITY DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant Sherman Associates, Inc. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in_____.

☒ This party is a privately held corporation, incorporated in <u>Minnesota</u> and with a principal place of business in <u>Minneapolis, Minnesota</u>.

☐ This party has parent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐This party is trust.

☐Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Dated: May 22, 2023						Respectfully Submitted,

*/s/ Diane R. Hazel*
**FOLEY & LARDNER, LLP**
Diane R. Hazel
1400 16th Street Suite 200
Denver, Colorado 80202
Telephone: (720) 437-2034
dhazel@foley.com

Elizabeth A. N. Haas (*Pro Hac Vice forthcoming*)
Ian T. Hampton (*Pro Hac Vice forthcoming*)
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 271-2400
ehaas@foley.com
ihampton@foley.com

**THE SWAFFORD LAW FIRM, PLLC**
Tara L. Swafford, BPR # 17577
Dylan Harper, BPR #36820
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
dylan@swaffordlawfirm.com

*Counsel for Sherman Associates, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 22, 2023.

                                                  */s/ Diane R. Hazel*
                                                  Diane R. Hazel