UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00440<br><br>CHIEF JUDGE CRENSHAW<br>MAGISTRATE JUDGE HOLMES |

## NOTICE OF APPEARANCE IN ADDITIONAL MEMBER CASES

On behalf of Bozzuto Management Company, The Bozzuto Group, and Bozzuto Property Management, the following attorneys enter their appearance as counsel of record in the three additional Member Cases listed below and request service of all pleadings, orders, and other filings:

> James D. Bragdon
> Samuel D. Cowin
> GALLAGHER EVELIUS & JONES LLP
>
> Philip A. Giordano
> HUGHES HUBBARD & REED LLP
>
> Charles E. Elder
> Jeffrey W. Sheehan
> BRADLEY ARANT BOULT CUMMINGS LLP

Through this notice, the above-named attorneys each enter their appearance in the following additional Member Cases:

> 3:23-cv-00414 Weller v. RealPage, Inc. et al.
> 3:23-cv-00415 Spencer et al. v. RealPage, Inc. et al.
> 3:23-cv-00440 Alexander v. The Irvine Company LLC et al.

Mr. Elder and Mr. Sheehan are members of the bar of the Court in good standing, and the Court granted *pro hac vice* admission to Mr. Bragdon, Mr. Cowin, and Mr. Giordano in this MDL on April 28, 2023. *See* Doc. 40 (Bragdon and Cowin), Doc. 38 (Giordano). These attorneys have already appeared and will continue to serve as counsel of record in the following Member Cases:

    3:23-cv-00326 Bauman v. RealPage, Inc. et al.
    3:23-cv-00330 Morgan et al. v. RealPage, Inc. et al.
    3:23-cv-00339 Moore v. The Irvine Company LLC et al.
    3:23-cv-00356 Kramer v. RealPage, Inc. et al.
    3:23-cv-00378 Parker et al. v. RealPage, Inc. et al.
    3:23-cv-00379 Corradino et al. v. RealPage, Inc. et al.
    3:23-cv-00380 Marchetti v. RealPage, Inc. et al.
    3:23-cv-00381 Saloman et al. v. RealPage, Inc. et al.
    3:23-cv-00387 Crook v. RealPage, Inc. et al.
    3:23-cv-00389 Kramer v. RealPage, Inc. et al.
    3:23-cv-00391 Schmidig v. RealPage, Inc. et al.

Respectfully submitted,

*s/ Jeffrey W. Sheehan*
Charles E. Elder (TN BPR # 038250)
Jeffrey W. Sheehan (TN BPR # 033534)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597
celder@bradley.com
jsheehan@bradley.com

James D. Bragdon (admitted *pro hac vice*)
Samuel D. Cowin (admitted *pro hac vice*)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
P: 410.727.7702
jbragdon@gejlaw.com
scowin@gejlaw.com

Philip A. Giordano (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
1755 I Street NW
Washington, DC 20007
P: 202.721.4776
philip.giordano@hugheshubbard.com

*Counsel for Defendants Bozzuto Management Company, The Bozzuto Group, and Bozzuto Property Management*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 22, 2023.

*/s/ Jeffrey W. Sheehan*
Jeffrey W. Sheehan