UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>    3:23-cv-00326<br>    3:23-cv-00330<br>    3:23-cv-00339<br>    3:23-cv-00414<br>    3:23-cv-00440 |

## NOTICE OF APPEARANCE

David A. Walton of Bell Nunnally & Martin LLP hereby provides notice of his appearance as counsel of record for Defendant The Morgan Group, Inc., in the above-captioned action.

Dated: May 22, 2023.

> Respectfully submitted,
>
> By: /s/ *David A. Walton*
> David A. Walton
> Texas Bar No. 24042120
> dwalton@bellnunnally.com
> Troy L. Hales
> Texas Bar No. 24099011
> thales@bellnunnally.com
> Lewis F. "Luke" Collins III
> Texas Bar No. 24132383
> lcollins@bellnunnally.com
> Bell Nunnally & Martin LLP
> 2323 Ross Avenue, Suite 1900
> Dallas, Texas 75201
> Tel. (214) 740-1445
> Fax (214) 740-5745
>
> *Counsel for Defendant The Morgan Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice of appearance was filed electronically on May 22, 2023, and notice of this filing was served via the Court's CM/ECF system to all parties and counsel of record registered for CM/ECF filing.

> By: /s/ *David A. Walton*
> David A. Walton