IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00378<br>) 3:23-cv-00379<br>) 3:23-cv-00381 |

**BUSINESS ENTITY DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant Lantower Luxury Living LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☒ This party has parent corporations:

<u>H&R REIT (US) Holdings Inc., a Delaware Corporation</u>

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐ This party is trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

Date: May 22, 2023

*/s/ Michael W. Scarborough*
Michael W. Scarborough (admitted *pro hac vice*)
Dylan I. Ballard (admitted *pro hac vice*)
M. Kevin Costello (admitted *pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com
kcostello@velaw.com

Mark E. Hunt (TN No. 10501)
Marykate E. Williams (MA No. 693978)
KING & BALLOW
315 Union Street
Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5432
Facsimile: (888) 688-0482
mhunt@kingballow.com
mwilliams@kingballow.com

*Counsel for Defendant
Lantower Luxury Living LLC*

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [ECF 2], I hereby certify that counsel of record who are registered for CM/ECF filing will be electronically served with this filing on May 22, 2023.

*/s/ Michael W. Scarborough*
Michael W. Scarborough