| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>3:23-cv-00391<br>3:23-cv-00326<br>3:23-cv-00419 |

## NOTICE OF APPEARANCE

Kaya R. Lurie of Montgomery Purdue PLLC hereby enters her appearance as counsel for Defendant Thrive Communities Management, LLC in the above captioned matters.

DATED this 22nd day of May, 2023.

    MONTGOMERY PURDUE PLLC

    *s/ Kaya R. Lurie*

    Kaya R. Lurie, WSBA #51419
    701 Fifth Avenue, Suite 5500
    Seattle, WA 98104
    Telephone: 206-682-7090
    Fax: 206-625-9534
    Email: klurie@montgomerypurdue.com

    *Attorney for Thrive Communities Management, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 22, 2023.

DATED this 22nd day of May, 2023.

*s/Kaya R. Lurie*_____
Kaya R. Lurie

{22396/0053/03208176-1}