**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>**3:23-cv-00391**<br>**3:23-cv-00326**<br>**3:23-cv-00419** |

NOTICE OF APPEARANCE

Benjamin I. VandenBerghe of Montgomery Purdue PLLC hereby enters his appearance as counsel for Defendant Thrive Communities Management, LLC in the above captioned matters.

DATED this 22nd day of May, 2023.

MONTGOMERY PURDUE PLLC

_s/ Benjamin I. VandenBerghe_____
Benjamin I. VandenBerghe, WSBA #35477
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: 206-682-7090
Fax: 206-625-9534
Email: biv@montgomerypurdue.com

*Attorney for Thrive Communities Management, LLC*

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 22, 2023.

DATED this 22nd day of May, 2023.

<u>*s/Benjamin I. VandenBerghe*</u>
Benjamin I. VandenBerghe