# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Kahn A. Scolnick_____ , Bar No. ____228686____

was duly admitted to practice in this Court on __December 15, 2006__
DATE

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on     __April 24, 2023__
Date

KIRY K. GRAY
Clerk of Court



By  ___*Shea Bourgeois*___

Shea Bourgeois  , Deputy Clerk

G-52 (10/15)                                   CERTIFICATE OF GOOD STANDING