UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00380<br>3:23-cv-00391<br>3:23-cv-00445 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Caeli A. Higney hereby moves for admission to appear *pro hac vice* in the above-captioned actions as counsel for Defendant Asset Living, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

1

7. Pursuant to the Practice and Procedures Notice filed in this action, parties are not required to obtain local counsel. *See In re: RealPage, Inc., Rental Software Antitrust Litigation*, No. 3:23-md-3071, Dkt. 2 at 3 (M.D. Tenn. Apr. 19, 2023).

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Date: May 22, 2023

Respectfully Submitted,

/s/ Caeli A. Higney
Caeli A. Higney
California Bar # 268644
Gibson, Dunn & Crutcher LLP
555 Mission St, Suite 3000
San Francisco, CA 94105
415.393.8200
CHigney@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I caused the foregoing Motion for Admission *Pro Hac Vice* to be served on all counsel of record listed via the Court's ECF system.

/s/ Caeli A. Higney
Caeli A. Higney
