# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Caeli A. Higney

Bar Number 268644

was duly admitted to practice in this Court on July 25, 2014, and is in good standing as a member of the bar of this Court.



Signed on April 25, 2023 by

Mark B. Busby, Clerk of Court