IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: <br> ) <br> ) 3:23-cv-00331 <br> ) 3:23-cv-00333 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Helen C. Eckert of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111, as counsel for Defendant ESSEX MANAGEMENT CORPORATION.

Respectfully submitted, this 23rd day of May 2023.

By: */s/ Helen C. Eckert*
Helen C. Eckert (WA Bar No. 52405)
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 773-3233

Leo D. Caseria (DC Bar No. 1655936)
lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc (CA Bar No. 298193)
aoruc@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

## CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 23, 2023.

                                            /s/ *Helen C. Eckert*
                                            Helen C. Eckert