UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00416 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Ezekiel Rosenberg of Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, NY 10019, as counsel for Morgan Properties Management Company, LLC.

Respectfully submitted this 23rd day of May 2023

WILSON SONSINI GOODRICH & ROSATI, P.C.
/s/ *Ezekiel Rosenberg*
Ezekiel Rosenberg
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 453-2857
zrosenberg@wsgr.com

1

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 23, 2023.

/s/ *Ezekiel Rosenberg*
Ezekiel Rosenberg