# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II), | ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00345 |

## NOTICE OF INTENT TO APPEAR AT INITIAL STATUS CONFERENCE

PLEASE TAKE NOTICE that the attorneys listed below, representing Windsor Property Management Company, intend to appear at the Initial Status Conference on May 31, 2023 at 1:30 p.m.:

Jessalyn H. Zeigler of Bass, Berry & Sims PLC
jzeigler@bassberry.com
office phone no. (615) 742-6289
cell phone no. (615) 512-5300

Craig P. Seebald of Vinson & Elkins LLP
cseebald@velaw.com
office phone no. (202) 639-6585
cell phone no. (703) 447-4933

DATED: May 23, 2023

                                          Respectfully submitted,

                                          */s/ Jessalyn H. Zeigler*
                                          Jessalyn H. Zeigler (#16139)
                                          Lucas Ross Smith (#27546)
                                          Bass, Berry, & Sims PLC
                                          150 Third Avenue South Suite 2800
                                          Nashville, TN 37201
                                          (615) 742-6200
                                          JZeigler@bassberry.com
                                          LSmith@bassberry.com

*/s/ Craig P. Seebald*
Craig P. Seebald *(admitted pro hac vice)*
Stephen M. Medlock *(admitted pro hac vice)*
Vinson & Elkins, LLP
2200 Pennsylvania Avenue
Suite 500 West
Washington, DC 20037
(202) 639-6585
cseebald@velaw.com
smedlock@velaw.com

Christopher W. James *(admitted pro hac vice)*
Vinson & Elkins LLP
Two California Plaza
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
202-639-6578
cjames@velaw.com

*Attorney for Defendant Windsor Property Management Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of May, 2023, pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (DN 2), the foregoing document was electronically filed with the Clerk of Court and served by operation of the Court's electronic filing system upon all parties of record.

*/s/ Jessalyn H. Zeigler*