IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) This Document Relates to: ) ) 3:23-CV-00326 ) |

## BUSINESS ENTITY DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Park Towne Place Associates Limited Partnership d/b/a Park Town Place Apartment Homes (improperly named Park Town Place Apartment Homes) makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☒ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

1

☐     This party is a limited liability company or limited liability partnership.

         If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. See Delay v. Rosenthal Collins, Grp., LLC, 585 F.3d 1003 (6th Cir. 2009).

☒     This party is an unincorporated association or entity.

         If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐     This party is trust.

         If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐     Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

         If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest. Any additional pertinent information should also be provided on attached page(s).

**Any additional pertinent information should also be provided on attached page(s).**

Dated: May 23, 2023                    Respectfully submitted,

/s/ Judith P. Youngman
Kathryn Reilly
Michael T. Williams
Judith P. Youngman
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  reilly@wtotrial.com
            williams@wtotrial.com
            youngman@wtotrial.com

And

Mark Bell
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:  615.244.6380
Email:  mark.bell@hklaw.com

Attorneys for Apartment Income REIT Corp.
d/b/a AIR Communities, CCIP Sterling, L.P.
d/b/a Sterling Apartment Homes, and Park
Towne Place Associates Limited Partnership
d/b/a Park Town Place Apartment Homes

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 23, 2023, I electronically filed the foregoing **BUSINESS ENTITY DISCLOSURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gracie A. Fernandez*