# ATTACHMENT TO PARK TOWNE PLACE ASSOCIATES LIMITED PARTNERSHIP d/b/a PARK TOWN PLACE APARTMENT HOMES BUSINESS ENTITY DISCLOSURE

1. Park Town Place Associates Limited Partnership is a limited partnership. Listed below are the members of the entity and the members' state of citizenship, along with sub-members' ownership interests and citizenship. The address for all affiliated entities below is 4582 S. Ulster St., Suite 1700, Denver, CO 80237.

   General Partner:

   1.0% - AIR/PARK TOWNE PLACE ASSOCIATES GP, LLC, a Delaware limited liability company

   - Member: 100% AIR Holdings II, LLC, a Delaware limited liability company

   Limited Partners:

   41.3192% AIR COMMUNITIES SERVICE COMPANY, LLC, a Delaware limited liability company

   - Member: 100% - AIR HOLDINGS II, LLC, a Delaware limited liability company

   53.6808% - APARTMENT INCOME REIT, L.P., a Delaware limited partnership

   - General Partner: 0.9400% - AIR-GP, Inc., a Delaware corporation

   - Limited Partners:

     33.12% - AIR REIT SUB 1, LLC, a Delaware limited liability company
     33.12% - AIR REIT SUB 2, LLC, a Delaware limited liability company
     25.10% - APARTMENT INCOME REIT CORP., a Maryland corporation
     7.72% - 2000+ third-party owners with apparently varied citizenship

   4.000% (Investor)- APARTMENT INCOME REIT, L.P., a Delaware limited partnership

   - General Partner: 0.9400% - AIR-GP, Inc., a Delaware corporation

   - Limited Partners

     33.12% - AIR REIT SUB 1, LLC, a Delaware limited liability company
     33.12% - AIR REIT SUB 2, LLC, a Delaware limited liability company
     25.10% - APARTMENT INCOME REIT CORP., a Maryland corporation
     7.72% - 2000+ third-party owners with apparently varied citizenship

2. Park Town Place Associates Limited Partnership has direct or indirect parent corporations that are within the upper portion of its organizational chart, including the following:

- AIR/Bethesda Holdings, Inc.
- AIR LA QRS, INC.
- AIR-GP, INC.
- Apartment Income REIT Corp.