**ATTACHMENT TO APARTMENT INCOME REIT CORP.
BUSINESS ENTITY DISCLOSURE**

Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.  **The Vanguard Group, Inc., Cohen & Steers, Inc., and BlackRock Inc.**