# ATTACHMENT TO CCIP STERLING, L.P. d/b/a STERLING APARTMENT HOMES BUSINESS ENTITY DISCLOSURE

1. CCIP Sterling, L.P. is a limited partnership. Listed below are the members of the entity and the members' state of citizenship, along with sub-members' ownership interests and citizenship. The address for all affiliated entities below is 4582 S. Ulster St., Suite 1700, Denver, CO 80237.

   <u>General Partner:</u>

   0.01% - CCIP STERLING, L.L.C., a Delaware limited liability company

   - Member: 100% - CONSOLIDATED CAPITAL INSTITUTIONAL PROPERTIES, LP SERIES A, a Delaware limited partner

   <u>Limited Partners:</u>

   89.0% - AIR COMMUNITIES SERVICE COMPANY, LLC, a Delaware limited liability company

   - Member: 100% - AIR HOLDINGS II, LLC, a Delaware limited liability company

   10.99% - CONSOLIDATED CAPITAL INSTITUTIONAL PROPERTIES, LP SERIES A, a Delaware limited partnership

   - General Partner: 1% - CONCAP EQUITIES, INC., a Delaware corporation
   - Limited Partner: 99% - APARTMENT INCOME REIT, L.P., a Delaware limited partnership

2. CCIP Sterling, L.P. has direct or indirect parent corporations that are within the upper portion of its organizational chart, including the following:

   - AIR/Bethesda Holdings, Inc.
   - ConCap Equities, Inc.
   - AIR/IPT, Inc.
   - AIR LA QRS, INC.
   - AIR-GP, INC.
   - Apartment Income REIT Corp.