IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-326<br>3:23-cv-330<br>3:23-cv-333<br>3:23-cv-337<br>3:23-cv-339<br>3:23-cv-356<br>3:23-cv-357<br>3:23-cv-358<br>3:23-cv-378<br>3:23-cv-379<br>3:23-cv-381<br>3:23-cv-387<br>3:23-cv-389<br>3:23-cv-390<br>3:23-cv-412<br>3:23-cv-413<br>3:23-cv-414<br>3:23-cv-440<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

Please take notice that Joshua L. Burgener of the law firm of Dickinson Wright PLLC hereby enters this appearance as counsel for UDR, Inc., in the cases consolidated with the above-referenced lead case in the MDL matter of In Re: RealPage, Inc., Rental Software Antitrust Litigation (No. II).

1

/s/ Joshua L. Burgener  
Joshua L. Burgener  
jburgener@dickinsonwright.com  
DICKINSON WRIGHT PLLC  
424 Church Street, Ste. 800  
Nashville, TN 37219  
Telephone: (615) 244-6538

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 23rd day of May, 2023.

/s/Joshua L. Burgener