# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Madeleine Frances McKenna

Bar Number 316088

was duly admitted to practice in this Court on November 9, 2020, and is in good standing as a member of the bar of this Court.



Signed on May 23, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court