**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071; MDL No. 3071<br><br>This Document Relates to: 2:23-cv-00419, 3:22-cv-01082, 3:23-cv-00326, 3:23-cv-00330, 3:23-cv-00331, 3:23-cv-00332, 3:23-cv-00333, 3:23-cv-00334, 3:23-cv-00336, 3:23-cv-00337, 3:23-cv-00338, 3:23-cv-00339, 3:23-cv-00344, 3:23-cv-00345, 3:23-cv-00358, 3:23-cv-00378, 3:23-cv-00379, 3:23-cv-00380, 3:23-cv-00381, 3:23-cv-00387, 3:23-cv-00388, 3:23-cv-00389, 3:23-cv-00390, 3:23-cv-00391, 3:23-cv-00410, 3:23-cv-00411, 3:23-cv-00412, 3:23-cv-00413, 3:23-cv-00414, 3:23-cv-00415, 3:23-cv-00416, 3:23-cv-00440, 3:23-cv-00445, 3:23-cv-00357, 3:23-cv-00389 |

## <u>MOTION FOR ADMISSION OF ROBERT J. HERRINGTON *PRO HAC VICE*</u>

Pursuant to Rule 83.01 of the Local Rules of the U.S. District Court for the Middle District of Tennessee, I, Robert J. Herrington, hereby move this Court for admission to appear *pro hac vice* in the above-captioned action as counsel for Lincoln Property Co.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member in good standing of the U.S. District Court for the Central District of California.  Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.      I have not been found in contempt by any court or tribunal.

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. Lincoln Property Co. is also represented in this matter by attorneys at Sherrard Roe Voigt & Harbison, PLC, Ryan T. Holt and M. Alex Carver. Mr. Holt and Mr. Carver's signature block with their contact information is below.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 24, 2023                        Respectfully submitted,


                                           */s/ Robert J. Herrington*
                                           Robert J. Herrington (CA Bar No. 234417)
                                           GREENBERG TRAURIG LLP
                                           1840 Century Park East
                                           Suite 1900
                                           Los Angeles, California 90067
                                           Tel: (310) 586-7816 | Fax: (310) 586-7800
                                           Robert.Herrington@gtlaw.com


                                           */s/ Ryan T. Holt*
                                           Ryan T. Holt (TN Bar No. 030191)
                                           Mark Alexander Carver (TN Bar No. 36754)
                                           SHERRARD ROE VOIGT & HARBISON, PLC
                                           150 Third Avenue South, Suite 1100
                                           Nashville, Tennessee 37201
                                           Tel: (615) 742-4200 | Fax: (615) 742-4529
                                           rholt@srvhlaw.com
                                           acarver@srvhlaw.com

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 24, 2023.

/s/ Ryan T. Holt
Ryan T. Holt