# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Robert J. Herrington_____, Bar No. _____234417_____

was duly admitted to practice in this Court on _____June 24, 2005_____
<br>DATE

and  is active and in good standing   as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _____April 25, 2023_____
<br>Date

KIRY K. GRAY
<br>Clerk of Court

By _____/s/ Shea Bourgeois_____
<br>Shea Bourgeois  , Deputy Clerk

G-52 (10/15)  CERTIFICATE OF GOOD STANDING