# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071; MDL No. 3071<br><br>This Document Relates to: 2:23-cv-00419, 3:22-cv-01082, 3:23-cv-00326, 3:23-cv-00330, 3:23-cv-00331, 3:23-cv-00332, 3:23-cv-00333, 3:23-cv-00334, 3:23-cv-00336, 3:23-cv-00337, 3:23-cv-00338, 3:23-cv-00339, 3:23-cv-00344, 3:23-cv-00345, 3:23-cv-00358, 3:23-cv-00378, 3:23-cv-00379, 3:23-cv-00380, 3:23-cv-00381, 3:23-cv-00387, 3:23-cv-00388, 3:23-cv-00389, 3:23-cv-00390, 3:23-cv-00391, 3:23-cv-00410, 3:23-cv-00411, 3:23-cv-00412, 3:23-cv-00413, 3:23-cv-00414, 3:23-cv-00415, 3:23-cv-00416, 3:23-cv-00440, 3:23-cv-00445, 3:23-cv-00357, 3:23-cv-00389 |

## **MOTION FOR ADMISSION OF EMILY W. COLLINS *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of the U.S. District Court for the Middle District of Tennessee, I, Emily W. Collins, hereby move this Court for admission to appear *pro hac vice* in the above-captioned action as counsel for Lincoln Property Co.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the U.S. District Court for the Western District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. Lincoln Property Co. is also represented in this matter by attorneys at Sherrard Roe Voigt & Harbison, PLC, Ryan T. Holt and M. Alex Carver. Mr. Holt and Mr. Carver's signature block with their contact information is below.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

Dated: May 24, 2023

*/s/ Emily W. Collins*
Emily W. Collins (TX Bar No. 24099185)
GREENBERG TRAURIG LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Tel: (512) 320-7274 | Fax: (512) 320-7210
Emily.Collins@gtlaw.com

*/s/ Ryan T. Holt*
Ryan T. Holt (TN Bar No. 030191)
Mark Alexander Carver (TN Bar No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel: (615) 742-4200 | Fax: (615) 742-4539
rholt@srvhlaw.com
acarver@srvhlaw.com

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 24, 2023.

/s/ Ryan T. Holt
Ryan T. Holt