IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL LITIGATION (NO. II) | ) ) ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) SOFTWARE ANTITRUST ) ) This Document Relates to: ) ) 3:23-cv-00410 ) 3:23-cv-00411 ) ) |

**MOTION FOR ADMISSION OF EDWIN BUFFMIRE *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Edwin Buffmire hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Allied Orion Group, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. Pursuant to paragraph 6 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), parties are not required to obtain local counsel in the Middle District for this matter, but they are encouraged to do so as stated in Local Rule 83.01(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 25, 2023

Respectfully Submitted,

By:
*/s/ Edwin Buffmire*
Edwin Buffmire (Texas State Bar No. 24078283)
ebuffmire@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5939

**ATTORNEY FOR ALLIED ORION GROUP, LLC**

# CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 25, 2023.

                                               */s/ Edwin Buffmire*
                                               Edwin Buffmire