UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II)** | Case No. 3:23-md-03071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00333<br>3:23-cv-00337<br>3:23-cv-00339<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00412<br>3:23-cv-00413<br>3:23-cv-00414<br>3:23-cv-00440 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Eliot A. Adelson hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses

7. UDR, Inc. is also represented in this matter by Josh Burgener with Dickinson Wright PLLC. Mr. Burgener's signature with his contact information is below.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted this 25th day of May, 2023.

/s/ Eliot A. Adelson
Eliot A. Adelson (CA Bar No. 205284)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7243

/s/ Joshua L. Burgener
Joshua L. Burgener
jburgener@dickinson-wright.com
DICKINSON WRIGHT PLLC
424 Church St.
Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Joshua L. Burgener*
Joshua L. Burgener

*Counsel for Defendant UDR, Inc.*

3

Case 3:23-md-03071   Document 190   Filed 05/25/23   Page 3 of 3 PageID #: 577