# United States District Court
## Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Eliot Albert Adelson

### Bar Number 205284

was duly admitted to practice in this Court on June 18, 2003, and
is in good standing as a member of the bar of this Court.



Signed on May 24, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court