UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., | § | Case No. 3:23-md-3071 |
| RENTAL SOFTWARE ANTITRUST | § | MDL No. 3071 |
| LITIGATION (NO. II) | § | Judge Waverly D. Crenshaw, Jr. |
| | § | |
| | § | This Document Relates to: |
| | § |     3:23-cv-00410 |
| | § |     3:23-cv-00411 |

## NOTICE OF APPEARANCE

Bradley C. Weber of Locke Lord LLP hereby provides notice of his appearance as counsel of record for Defendant Dayrise Residential, LLC in the above-captioned actions.

Dated: May 25, 2023

                                              Respectfully submitted,

                                  By: /s/ *Bradley C. Weber*
                                          Bradley C. Weber - *Attorney-in-Charge*
                                          Texas Bar No. 21042470
                                          bweber@lockelord.com

                                          **LOCKE LORD LLP**
                                          2200 Ross Avenue, Suite 2800
                                          Dallas, Texas 75201-2750
                                          Tel: (214) 740-8497
                                          Fax: (214) 756-8497

                                          **COUNSEL FOR DEFENDANT,**
                                          **DAYRISE RESIDENTIAL, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing notice of appearance was filed electronically on May 25, 2023, and notice of this filing was served via the Court's CM/ECF system to all parties and counsel of record registered for CM/ECF filing.

                                              By: /s/ *Bradley C. Weber*
                                                    Bradley C. Weber