UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., | § | Case No. 3:23-md-3071 |
| RENTAL SOFTWARE ANTITRUST | § | MDL No. 3071 |
| LITIGATION (NO. II) | § | Judge Waverly D. Crenshaw, Jr. |
| | § | |
| | § | This Document Relates to: |
| | § |     3:23-cv-00410 |
| | § |     3:23-cv-00411 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Bradley C. Weber hereby moves for admission to appear *pro hac vice* in the above-captioned actions as counsel for Defendant Dayrise Residential, LLC.

Pursuant to 29 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or re-admission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee Bar and admitted to the Bar of this Court, local counsel must be retained. (Pursuant to the Court's Practice and Procedures Notice, dated April 19, 2023 [Doc. No. 2], parties are not required to obtain local counsel in the Middle District of Tennessee, but they are encouraged to do so as stated in Local Rule 83.01(d)(1).)

8. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 25, 2023

        Respectfully submitted,

        By: /s/ *Bradley C. Weber*
            Bradley C. Weber - *Attorney-in-Charge*
            Texas Bar No. 21042470
            bweber@lockelord.com

        **LOCKE LORD LLP**
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201-2750
        Tel: (214) 740-8497
        Fax: (214) 756-8497

        **COUNSEL FOR DEFENDANT,**
        **DAYRISE RESIDENTIAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically on May 25, 2023, and notice of this filing was served via the Court's CM/ECF system to all parties and counsel of record registered for CM/ECF filing.

By: /s/ *Bradley C. Weber*
Bradley C. Weber