IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>SOFTWARE ANTITRUST<br><br>This Document Relates to:<br><br>3:23-cv-00416 |

# NOTICE OF APPEARANCE OF EDWIN BUFFMIRE

Notice is hereby given that the undersigned attorney, Edwin Buffmire, of Jackson Walker L.L.P., is entering an appearance in the above-referenced matters for Trammel Crow Residential, LLC for the purpose of receiving notices from the Court.

Dated: May 25, 2023

        Respectfully Submitted,

        By:
        */s/ Edwin Buffmire*
        Edwin Buffmire (Admitted Pro Hac Vice)
        (Texas State Bar No. 24078283)
        ebuffmire@jw.com
        JACKSON WALKER LLP
        2323 Ross Avenue, Suite 600
        Dallas, TX 75201
        Telephone: (214) 953-5939

        **ATTORNEY FOR TRAMMELL CROW RESIDENTIAL, LLC**

## CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 25, 2023.

                                          */s/ Edwin Buffmire*
                                          Edwin Buffmire