IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | CASE NO. 3:23-MD-3071<br>MDL NO. 3071<br><br>This Document Relates to:<br><br>3:23-cv-0391 |

## NOTICE OF FILING

Pursuant to the Court's May 22, 2023 deficiency notice, notice is given of filing of the attached Certificate of Good Standing for Kenneth L. Racowski from the United States District Court for the Eastern District of Pennsylvania to supplement Docket Entry 143.

          /s/ *Mark Bell*
          Mark Bell (TN Bar No. 29048)
          HOLLAND & KNIGHT, LLP
          511 Union Street, Suite 2700
          Nashville, Tennessee 37219
          (615) 244-6370
          Email: Mark.Bell@hklaw.com

          Attorneys for AMLI Management Company

## CERTIFICATE OF SERVICE

I hereby certified that on May 25, 2023, I electronically filed the foregoing NOTICE OF FILING with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

          /s/ *Mark Bell*