

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF PENNSYLVANIA }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that KENNETH L. RACOWSKI    Bar # 90514 was duly admitted to practice in said Court on    08/20/2003 and is in good standing as a member of the bar of said Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
May/23/2023

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

_George Wylesol_
_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania on  05/23/2023

BY: _Paige Conti_

Deputy Clerk

Rev. 1/20/17