UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REAL PAGE, INC., RENTAL SOFTWARE ANTITRUST | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00336<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00380<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00419<br>3:23-cv-00440<br>3:23-cv-00445 |

## NOTICE OF APPEARANCE

Please take notice that John R. Jacobson of the law firm Riley & Jacobson, PLC hereby enters his appearance as counsel for Defendant Avenue5 Residential LLC.

1

Respectfully submitted,

s/ John R. Jacobson
John R. Jacobson (#14365)
Milton S. McGee, III (#24150)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rjfirm.com
tmcgee@rjfirm.com

*Attorneys for Defendant*
*Avenue5 Residential LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc.2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 25, 2023.

s/ John R. Jacobson