**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This document Related to:<br>3:23-cv-00329 |

## NOTICE OF INTENT TO APPEAR AT INITIAL STATUS CONFERENCE

PLEASE TAKE NOTICE that, pursuant to the Court's May 25, 2023 Order (Dkt. No. 201), the attorneys listed below, representing Plaintiff Gabriel Navarro, intend to appear at the Initial Status Conference on May 31, 2023, at 1:30 p.m. Mr. Berman will be speaking on behalf of Plaintiff Navarro and the Student Renter Plaintiffs:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3042
riop@hbsslaw.com

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com

DATED this 25th day of May, 2023.      Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3042
riop@hbsslaw.com

*Attorneys for Plaintiff Gabriel Navarro*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of May, 2023, pursuant to

paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt. No. 2),

the foregoing document was electronically filed with the Clerk of Court and served by operation

of the Court's electronic filing system upon all parties of record.

*/s/ Steve W. Berman*
Steve W. Berman