AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

**CERTIFICATE OF GOOD STANDING**

I, _____Frank G. Johns_____, Clerk of this Court,

certify that ___David M. Wilkerson___, Bar # ___35742___,

was duly admitted to practice in this Court on

_____12/11/2006_____ and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____Asheville_____ on __4/27/2023__.
LOCATION                                              DATE

Frank G. Johns
CLERK