# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333 |

## MOTION FOR ADMISSION OF ANDREW B. DICKSON *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Andrew B. Dickson, hereby move this Court for an Order for admission to appear *pro hac vice* in the above-captioned action as counsel for CH Real Estate Services, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District for the District of Columbia. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

    a. In August 2007, I was issued a citation for a minor in possession of alcohol. Upon

completion of six months of probation and attendance at an alcohol education course, the case was dismissed pursuant to a first offender deferred sentence program.

    b. In September 2010, I was issued a citation for open intoxicants in public. The original charge was dismissed by the city attorney, and I admitted responsibility for a disorderly conduct civil infraction.

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1). My colleague, J. Douglas Baldridge, is counsel of record for CH Real Estate Services, LLC and a member in good standing of the Tennessee Bar.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 26, 2023

Respectfully submitted,

/s/ Andrew B. Dickson
Andrew B. Dickson
D.D.C. Bar Number 1618684
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4231
Facsimile: 202.344.8300
Email: abdickson@venable.com

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Tennessee Bar No. 038188
Venable LLP
600 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.344.4703
Facsimile: 202.344.8300
Email: jbaldridge@venable.com

*Attorney for Defendant*
*CH Real Estate Services, LLC*