UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REAL PAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333<br>3:23-cv-00326<br>3:23-cv-00377<br>3:23-cv-00411<br>3:23-cv-00379<br>3:23-cv-00387<br>3:23-cv-00390<br>3:23-cv-00389<br>3:23-cv-00356<br>3:23-cv-00416<br>3:23-cv-00358<br>3:23-cv-00380<br>3:23-cv-00339<br>3:23-cv-00330<br>3:23-cv-00329<br>3:23-cv-00378<br>3:23-cv-00337<br>3:23-cv-00412<br>3:23-cv-00381<br>3:23-cv-00391<br>3:23-cv-00335<br>3:23-cv-00415<br>3:23-cv-00410<br>3:22-cv-01082<br>3:23-cv-00357<br>3:23-cv-00414<br>3:23-cv-00413<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## BUSINESS ENTITY DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Cushman & Wakefield, Inc. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐   This party is an individual, who resides in _____.

☐   This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐   This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☒   This party has parent corporations: <u>DTZ Parent, LLC</u>

☐   Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐   This party is a limited liability company or limited liability partnership.

☐   This party is an unincorporated association or entity.

☐   This party is trust.

☐   Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Dated: May 26, 2023

*/s/ Kenneth Reinker*
Kenneth Reinker (*Pro Hac Vice*)
Joseph Kay (*Pro Hac Vice*)
Jeremy Calsyn (*Pro Hac Vice*)
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
kreinker@cgsh.com
jkay@cgsh.com
jcalsyn@cgsh.com

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 26, 2023.

*/s/ Kenneth Reinker*
Kenneth Reinker
