IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>ALL CASES<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**Hearing**:<br>Date: May 31, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 6D<br>Fred D. Thompson<br>United States Courthouse<br>719 Church Street<br>Nashville, TN 37203 |

### NOTICE IDENTIFYING COUNSEL WHO WILL ATTEND AND SPEAK ON BEHALF OF CERTAIN DEFENDANTS AT MAY 31, 2023 INITIAL STATUS CONFERENCE

As directed by this Court's May 25, 2023 Order (Doc. No. 201), and on behalf of the Defendants listed below, the below chart identifies the requested information for the May 31, 2023 status conference, including which of the below Defendants will have counsel attending in person. For all Defendants listed below, Jay Srinivasan, counsel for RealPage, Inc., will take the lead in addressing the issues discussed in the Joint Statement. In addition, for those Defendants listed below whose counsel will attend in person, an additional attorney has been identified who can speak for that Defendant as may be necessary or as may be requested by the Court. All such attorneys are designated by an asterisk.

| Defendant | Counsel |
|---|---|
| Allied Orion Group, LLC | Edwin Buffmire (Jackson Walker LLP)* |
| AMLI Management Company | Kenneth Racowski (Holland & Knight LLP)* <br> David Kully (Holland & Knight LLP) |
| Apartment Income REIT Corp., CCIP Sterling, L.P., and Park Towne Place Associates Limited Partnership | Mike Williams (Wheeler Trigg O'Donnell LLP)* <br> Mark Bell (Holland & Knight LLP) |
| Asset Living, LLC | Caeli Higney (Gibson, Dunn & Crutcher LLP)* |
| AvalonBay Communities, Inc. | Belinda S Lee (Latham & Watkins LLP)* |
| Avenue5 Residential, LLC | Not attending in person |
| B/T Washington, LLC d/b/a Blanton Turner | Not attending in person |
| Bell Partners, Inc. | Marguerite Willis (Maynard Nexsen, PC)* <br> Michael Parente (Maynard Nexsen, PC) <br> Margaret Siller (Maynard Nexsen, PC) |
| BH Management Services, LLC | Ian Simmons (O'Melveny & Myers LLP)* <br> Stephen McIntyre (O'Melveny & Myers LLP) <br> W. Scott Sims (Sims Funk, PLC) |
| Bozzuto Management Company | Sam Cowin (Gallagher Evelius & Jones)* <br> Philip Giordano (Hughes Hubbard & Reed) <br> Chad Elder (Bradley Arant Boult Cummings LLP) |
| Brookfield Properties Multifamily LLC (currently misnamed as Brookfield Residential Properties LLC) | Yehudah Buchweitz (Weil, Gotshal & Manges LLP)* <br> R. Dale Grimes (Bass Berry & Sims PLC) |
| CA Ventures Global Services, LLC | Noah Pinegar (Paul Hastings LLP)* |
| Camden Property Trust | Ryan Sandrock (Shook Hardy & Bacon L.L.P.)* |
| Campus Advantage, Inc. | Marisa Secco Giles (Vinson & Elkins LLP)* |
| Cardinal Group Holdings LLC | Not attending in person |
| CH Real Estate Services, LLC | Andrew Dickson (Venable LLP)* |
| ConAm Management Corporation | Benjamin R. Nagin (Sidley Austin LLP)* |
| CONTI Capital | Not attending in person |
| Cortland Partners, LLC | Todd R. Seelman (Lewis Brisbois Bisgaard & Smith, LLP)* <br> Thomas L. Dyer (Lewis Brisbois Bisgaard & Smith, LLP) |
| Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC | Jeremy Calsyn (Cleary Gottlieb Steen & Hamilton LLP)* |
| CWS Apartment Homes, LLC | Kylie Wood (ArentFox Schiff LLP)* |
| Dayrise Residential, LLC | Bradley Weber (Locke Lord LLP)* |
| D.P. Preiss Company, Inc. | Sam Funk (Sims Funk, PLC)* |
| Equity Residential | Carl Hittinger (BakerHostetler)* <br> Alyse Stach (BakerHostetler) <br> Stephen Zralek (Spencer Fane LLP) |

| | |
|---|---|
| Essex Property Trust, Inc. and Essex Management Corporation | Leo Caseria (Sheppard, Mullin, Richter & Hampton)* |
| FPI Management, Inc. | Edward Duckers (Stoel Rives LLP)* <br> George Guthrie (Wilke Fleury LLP) |
| Greystar Real Estate Partners, LLC | Michael Maddigan (Hogan Lovells)* <br> Laura Penaranda (Hogan Lovells) <br> Joshua Cumby (Adams and Reese LLP) |
| Highmark Residential, LLC | Michael Bonanno (Quinn Emanuel Urquhart & Sullivan)* <br> Andrew Gardella (Martin, Tate, Morrow & Marston, P.C.) |
| Independence Realty Trust, Inc. | John Sullivan (Cozen O'Connor P.C.)* |
| Kairoi Management, LLC | Eliot Turner (Norton Rose Fulbright)* |
| Knightvest Residential | Chelsea Futrell (Baker Lopez PLLC)* |
| Lantower Luxury Living, LLC | Mike Scarborough (Vinson & Elkins LLP)* |
| Lincoln Property Co. | Gregory Casas (Greenberg Traurig, LLP)* <br> Ryan Holt (Sherrard, Roe, Voigt, & Harbison) |
| Mid-America Apartment Communities, Inc. | Daniel Fenske (Mayer Brown LLP)* <br> Scott D. Carey (Baker, Donelson, Bearman, Caldwell & Berkowitz P.C.) |
| Mission Rock Residential, LLC | Yonaton Rosenzweig (Davis Wright Tremaine LLP)* |
| The Morgan Group, Inc. | David Walton (Bell Nunnally & Martin LLP)* |
| Morgan Properties Management Company, LLC | Ezekiel Rosenberg (Wilson Sonsini Goodrich & Rosati)* |
| Prometheus Real Estate Group | Heather Rankie (Zelle LLP)* |
| RealPage, Inc. | Jay Srinivasan (Gibson, Dunn & Crutcher LLP)* <br> Stephen Weissman (Gibson, Dunn & Crutcher LLP) <br> Thomas H. Dundon (Neal & Harwell, PLC) |
| Rose Associates Inc. | Not attending in person |
| RPM Living, LLC | David Walton (Bell Nunnally & Martin LLP)* |
| Sares Regis Group Operating, Inc. | Val Hoy (Allen Matkins Leck Gamble Mallory & Natsis)* <br> Scott Perlin (Allen Matkins Leck Gamble Mallory & Natsis) |
| Security Properties Inc. | J. Dino Vasquez (Karr Tuttle Campbell)* <br> Jason Hoeft (Karr Tuttle Campbell) |
| Sherman Associates, Inc. | Diane Hazel (Foley & Lardner LLP)* <br> Tara Swafford (Swafford Law, LLC) |
| Simpson Property Group, LLC (currently misnamed as Simpson Property Group, | Brent Justus (McGuireWoods LLP)* <br> Nick Giles (McGuireWoods LLP) |

3

| | |
|---|---|
| LLLP) | |
| The Michaels Organization, LLC and Interstate Realty Management Company | Yonaton Rosenzweig (Davis Wright Tremaine LLP)* |
| The Related Companies, Inc. | Not attending in person |
| Thoma Bravo, L.P. | Not attending in person |
| Thrive Communities Management, LLC | Not attending in person |
| Trammell Crow Residential, LLC | Edwin Buffmire (Jackson Walker LLP)* |
| UDR, Inc. | David Cross (Morrison & Foerster LLP)* Robert Manoso (Morrison & Foerster LLP) Joshua Burgener (Dickinson Wright PLLC) |
| Windsor Property Management Company | Craig Seebald (Vinson & Elkins LLP)* Jessalyn H. Zeigler (Bass, Berry & Sims PLC) |
| WinnCompanies LLC and WinnResidential Manager Corp. | Evan Fray-Witzer (Ciampa Fray-Witzer, LLP)* |
| ZRS Management, LLC | Richard Brosnick (Akerman LLP)* |

Respectfully Submitted,

**NEAL & HARWELL, PLC**
By: */s/Thomas H. Dundon*
    Thomas H. Dundon (BPR No. 4539)

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 (telephone)
(615) 723-0573 (facsimile)
tdundon@nealharwell.com

Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)

4

mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Stephen C. Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

*Counsel for Defendant RealPage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s/Thomas H. Dundon