IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br><u>Hearing</u>:<br>Date: May 31, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 6D<br>Fred D. Thompson<br>United States Courthouse<br>719 Church Street<br>Nashville, TN 37203 |

## NOTICE OF COUNSEL ATTENDING AND SPEAKING AT STATUS CONFERENCE

Plaintiffs in the below captioned matters authorize Brendan P. Glackin of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel in *Morgan et al. v. RealPage Inc., et al.*, No. 3:23-cv-00330, to speak on their behalf at the May 31, 2023, status conference. Additional counsel attending on behalf of the plaintiffs are listed in the table below.

| Transferor Case Caption(s) | M.D. Tenn. Transferee Case Caption(s) | Plaintiffs Represented at Status Conference | Counsel Attending on Behalf of Plaintiffs |
|---|---|---|---|
| Alvarez et al v. RealPage Inc et al, 2:22-cv-01617 (W.D. Wash.) (Nov. 10, 2022) | Alvarez et al. v. RealPage Inc., et al., No. 3:23-cv-00331 | Matthew Alvarez; Scott Halliwell | Yaman Salahi Edelson PC |

1

| Transferor Case Caption(s) | M.D. Tenn. Transferee Case Caption(s) | Plaintiffs Represented at Status Conference | Counsel Attending on Behalf of Plaintiffs |
|---|---|---|---|
| Cherry et al v. RealPage Inc et al, 2:22-cv-01618 (W.D. Wash.) (Nov. 11, 2022) | Cherry et al. v. RealPage Inc et al, No. 3:23-cv-00332 | Meghan Cherry; Kimen Trochalakis | Steve W. Berman Hagens Berman Sobol Shapiro LLP<br><br>(Mr. Berman is also appearing on behalf of the *Navarro* student renter Plaintiff) |
| Bohn et al v. RealPage Inc et al, 2:22-cv-01743 (W.D. Wash.) (Nov. 14, 2022) | Bohn et al. v. RealPage Inc., et al., No 3:23-cv-00336 | Christopher Bohn; Cameron Pond; Destinee Sanders | Karin Garvey Greg Asciolla DiCello Levitt LLC |
| Morgan et al v. RealPage Inc et al, 2:22-cv-01712 (W.D. Wash.) (Dec. 2, 2022) | Morgan et al. v. RealPage Inc., et al., No. 3:23-cv-00330 | Erik Barnes; Sherry Bason; Georges Emmanuel Njong Diboki; Ashley Morgan; Julia Sims; Lois Winn; Sophia Woodland | Dean Harvey Mark Chalos Kenneth S. Byrd Lieff, Cabraser, Heimann & Bernstein, LLP<br><br>Daniel J. Walker Michaela Wallin Berger Montague, PC<br><br>Swathi Bojedla Gary Smith Mandy Boltax Hausfeld LLP |
| Armas et al v. RealPage Inc et al, 2:22-cv-01726 (W.D. Wash.) (Dec. 6, 2022) | Armas et al. v. RealPage Inc., et al, No. 3:23-cv-00333 | Lena Armas; Andrea Blum | |
| Johnson v. RealPage Inc et al, 2:22-cv-01734 (W.D. Wash.) (Dec. 7, 2022) | Johnson v. RealPage Inc., et al., No. 3:23-cv-00334 | Justin Johnson | Kate M. Baxter-Kauf Lockridge Grindal Nauen PLLP |

| Transferor Case Caption(s) | M.D. Tenn. Transferee Case Caption(s) | Plaintiffs Represented at Status Conference | Counsel Attending on Behalf of Plaintiffs |
|---|---|---|---|
| Silverman et al v. RealPage Inc et al, 2:22-cv-01740 (W.D. Wash.) (Dec. 8, 2022) | Silverman et al. v. RealPage Inc., et al., No. 3:23-cv-00335 | Tyler Kimbrough | |
| Pham et al v. RealPage Inc et al, 2:22-cv-01744 (W.D. Wash.) (Dec. 9, 2022) | Pham et al v. RealPage Inc., et al, No. 3:23-cv-00337 | Valdamitra Anderson; Marco Cuevas; Daniel Flowers; Diana Lazarte; John Pham; Michael Poole | Adam Zapala Elizabeth Tran Castillo Cotchett, Pitre & Mccarthy, LLP<br><br>Dan Hedlund Gustafson Gluek, PLLC<br><br>Kevin Landau Taus, Cebulash & Landau LLP<br><br>David Cialkowski Zimmerman Reed LLP<br><br>Margaret Shadid Wexler Boley & Elgersma LLP |
| Godfrey v. RealPage Inc et al, 2:22-cv-01759 (W.D. Wash.) (Dec. 13, 2022) | Godfrey v. RealPage Inc., et al., No 3:23-cv-00344 | Michelle K. Godfrey | |
| Zhovmiruk v. RealPage Inc et al, 2:22-cv-01779 (W.D. Wash.) (Dec. 16, 2022) | Zhovmiruk v. RealPage Inc., et al., No. 3:23-cv-00345 | Yelizaveta Zhovmiruk | |
| Moore v. The Irvine Company LLC et al, 2:22-cv-01826 (W.D. Wash.) (Dec. 27, 2022) | Moore v. The Irvine Company, LLC et al., No. 3:23-cv-00339 | Marybeth Moore | |

| Transferor Case Caption(s) | M.D. Tenn. Transferee Case Caption(s) | Plaintiffs Represented at Status Conference | Counsel Attending on Behalf of Plaintiffs |
|---|---|---|---|
| Crook v. RealPage Inc et al., 2:23-cv-00054 (W.D. Wash) (Jan. 10, 2023) | Crook v. RealPage Inc et al, No. 3:23-cv-00387 | Andrea Crook | |
| Hardie et al v. RealPage, Inc. et al, 2:23-cv-00059 (W.D. Wash.) (Jan. 11, 2023) | Hardie et al. v. RealPage, Inc., et al, No. 3:23-cv-00388 | Kyle O'Brien; Kara Hardie | |
| Kramer v. RealPage Inc et al, 2:23-cv-00198 (W.D. Wash.) (Feb. 10, 2023) | Kramer v. RealPage Inc., et al., No. 3:23-cv-00389 | Karen Kramer | |
| Spencer et al v. RealPage Inc et al, 2:23-cv-01019 (E.D. Pa.) (Mar. 16, 2023) | Spencer et al. v. RealPage Inc., et al., No. 3:23-cv-00415 | Elaine Spencer | |
| Weller v. RealPage Inc et al, 2:23-cv-00548 (W.D. Wash.) (Apr. 7, 2023) | Weller v. RealPage Inc., et al., No. 3:23-cv-00413 | Kevin Weller | |
| Bauman v. RealPage, Inc. et al., 3:23-cv-00326 (M.D. Tenn.) (Apr. 13, 2023) | Bauman v. RealPage, Inc., et al., No 3:23-cv-00326 | John Bauman | J. Gerard Stranch, IV Stranch, Jennings & Garvey PLLC |

Dated: May 26, 2023	Respectfully submitted,

/s/ Mark P. Chalos

| | |
|---|---|
| Eric L. Cramer<br>Michaela L. Wallin<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Email: ecramer@bm.net<br>Email: mwallin@bm.net | Mark P. Chalos<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>222 Second Ave. South, Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br>Facsimile: (615) 313-9965<br>Email: mchalos@lchb.com |
| Daniel J. Walker<br>**BERGER MONTAGUE PC**<br>2001 Pennsylvania Avenue, NW, Suite 300<br>Washington, DC 20006<br>Tel: (202) 559-9745<br>Email: dwalker@bm.net | Brendan P. Glackin<br>Dean M. Harvey<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>275 Battery Street, Suite 2900<br>San Francisco, CA 94111<br>Tel: 415-956-1000<br>Email: bglackin@lchb.com<br>Email: dharvey@lchb.com |
| Gary I. Smith, Jr.<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Email: gsmith@hausfeld.com | Dan Drachler<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>1904 Third Avenue, Suite 1030<br>Seattle, WA 98101<br>Telephone: (206) 895-5005<br>Facsimile: (206) 895-3131<br>Email: ddrachler@lchb.com |

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Email: sbojedla@hausfeld.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: breannav@hbsslaw.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: 1 215 985 3270
Email: kberan@hausfeld.com

Jason Scott Hartley
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
Email: hartley@hartleyllp.com

Janet M. Herold
Benjamin D. Elga
Lucy B. Bansal
**JUSTICE CATALYST LAW**
40 Rector Street, Floor 9
New York, NY 10006
Tel: (518) 732-6703
Email: jherold@justicecatalyst.org
Email: belga@justicecatalyst.org
Email: lbansal@justicecatalyst.org

*Counsel for Morgan Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2023, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ Mark Chalos_____