# UNITED STATES DISTRICT COURT

for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____ , Clerk of this Court,

certify that _____David M. Cialkowski_____ , Bar # _____306526_____ ,

was duly admitted to practice in this Court on _____11/16/2001_____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____St. Paul, Minnesota_____ on _____05/19/2023_____

*(Location)*  *(Date)*

_____Kate M. Fogarty_____
*CLERK*

_____Kerri O Adami_____
*DEPUTY CLERK*