UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:32-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>**This document Related to:**<br>3:23-cv-00338<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00412<br>3:23-cv-00413<br>3:23-cv-00416<br>3:23-cv-00440<br>3:23-cv-00445 |

## NOTICE OF INTENT TO APPEAR AT INITIAL STATUS

PLEASE TAKE NOTICE that that, pursuant to the Court's May 25, 2023 Order (Dkt. No. 201), the attorneys listed in the left column of the table below intend to appear at the Initial Status Conference on May 31, 2023, at 1:30 p.m., and represent Plaintiffs Mary Bertlshofer, Nancy Alexander, Hannah Blosser, Laura Boelens, Kim Carter, Zachary Miller Corradino, Samantha Taylor Reyes, Jeremy Enders, Kate Kramer, Kenny Lai Cheong, Tiffany Mackie, Matteo Marchetti, Patrick Parker, Pricilla Parker, Barry Amar-Hoover, David Precht, Christopher

Saloman, Michael Strauss, Shelley Schmidig, Selena Vincin, Laura Boelens, Anna Rodriguez, Jeffrey Weaver, and Billie Jo White.

Ms. Herzfeld will be speaking on behalf of the Plaintiffs and other counsel listed in the table, as denoted with the asterisk:

| Counsel Appearing at Status Conference | M.D. Tenn. Transferee Case Captions | Plaintiffs Represented by Listed Counsel |
|---|---|---|
| **Tricia R. Herzfeld\*** <br> HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC <br> 223 Rosa L. Parks Avenue, Ste 300 <br> Nashville, TN 37203 <br> Telephone: (615) 800-6225 <br> tricia@hsglawgroup.com <br><br> **Patrick J. Coughlin** <br> **Patrick McGahan** <br> SCOTT+SCOTT ATTORNEYS AT LAW LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone: (619) 798-5325 <br> 156 South Main Street <br> P.O. Box 192 <br> Colchester, CT 06145 <br> Telephone: (860) 537-5537 <br> pcoughlin@scott-scott.com <br> pmcgahan@scott-scott.com <br><br> **Stacey Slaughter** <br> **Geoff Kozen** <br> ROBINS KAPLAN LLP <br> 800 LaSalle Avenue, Suite 2800 <br> Minneapolis, MN 55402 <br> Telephone: (612) 349-8500 <br> sslaughter@robinskaplan.com <br> gkozen@robinskaplan.com <br><br> **Cadio Zirpoli** <br> JOSEPH SAVERI LAW FIRM, LLP | *Alexander v. The Irving Company, LLC, et al.*, No. 3:23-cv-00440 | Nancy Alexander |
| | *Bertlshofer v. RealPage, Inc., et al.*, No. 3:23-cv-00377 | Mary Bertlshofer |
| | *Blosser v. RealPage, Inc., et al.*, No. 3:23-cv-00445 | Hannah Blosser |
| | *Boelens v. RealPage, Inc., et al.*, No. 3:23-cv-00338 | Laura Boelens |
| | *Carter v. RealPage, Inc., et al.*, No. 3:23-cv-00411 | Kim Carter |
| | *Corradino v. RealPage, Inc., et al.*, No. 3:23-cv-00379 | Zachary Miller Corradino; Samantha Taylor Reyes |
| | *Enders v. RealPage, Inc., et al.*, No. 3:23-cv-00390 | Jeremy Enders |
| | *Kramer v. RealPage, Inc., et al.*, No. 3:23-cv-00356 | Kate Kramer |
| | *Lai Cheong v. RealPage, Inc., et al.*, No. 3:23-cv-00416 | Kenny Lai Cheong |
| | *Mackie v. RealPage, Inc., et al.*, No. 3:23-cv-00358 | Tiffany Mackie |
| | *Marchetti v. RealPage, Inc., et al.*, No. 3:23-cv-00380 | Matteo Marchetti |
| | *Parker v. RealPage, Inc., et al.*, No. 3:23-cv-00378 | Patrick Parker; Pricilla Parker; Barry Amar-Hoover |
| | *Precht v. RealPage, Inc., et al.*, No. 3:23-cv-00412 | David Precht |
| | *Saloman v. RealPage, Inc., et al.*, No. 3:23-cv-00381 | Christopher Saloman; Michael Strauss |

| Counsel Appearing at Status Conference | M.D. Tenn. Transferee Case Captions | Plaintiffs Represented by Listed Counsel |
|---|---|---|
| 601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>czirpoli@saverilawfirm.com<br><br>**Benjamin Widlanski**<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800<br>bwidlanski@kttlaw.com<br><br>**Roe Frazer**<br>**Isaac T. Conner**<br>FRAZER PLC<br>30 Burton Hills Blvd, Ste. 450<br>Nashville, TN 37215<br>Telephone: (615) 647-6464<br>roe@frazer.law | *Schmidig v. RealPage, Inc., et al.*, No. 3:23-cv-00391 | Shelley Schmidig |
| | *Vincin v. RealPage, Inc., et al.*, No. 3:23-cv-00410 | Selena Vincin; Laura Boelens; Anna Rodriguez |
| | *Weaver v. RealPage, Inc., et al.*, No. 3:23-cv-00357 | Jeffrey Weaver |
| | *White v. RealPage, Inc., et al.*, No. 3:23-cv-00413 | Billie Jo White |

DATED this 26th day of May, 2023.

Respectfully submitted,

HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC

/s/ Tricia R. Herzfeld
Tricia R. Herzfeld (#26014)
HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Attorneys for Plaintiff the Mary Bertlshofer, Nancy Alexander, Hannah Blosser, Laura Boelens, Kim Carter, Zachary Miller Corradino, Samantha Taylor Reyes, Jeremy Enders, Kate Kramer, Kenny Lai Cheong, Tiffany Mackie, Matteo Marchetti,*

*Patrick Parker, Pricilla Parker, Barry Amar-Hoover, David Precht, Christopher Saloman, Michael Strauss, Shelley Schmidig, Selena Vincin, Laura Boelens, Anna Rodriguez, Jeffrey Weaver, and Billie Jo White*

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of May, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

    /s/ *Tricia R. Herzfeld*
    Tricia R. Herzfeld