# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL 3071<br><br>This document relates to:<br>3:23-CV-00419<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE TO IDENTIFY COUNSEL WHO WILL ATTEND AND SPEAK AT THE MAY 31, 2023 STATUS CONFERENCE

Pursuant to the Court's May 25, 2023 Order (Dkt. No. 201), Counsel for Plaintiffs Gary Kempton and Ryan Daniel, Case No. 3:23-CV-00419, advise the court that Jerry E. Martin of Barrett Johnston Martin & Garrison, PLLC will appear and speak on behalf of counsel in that matter. Additionally, the following attorneys will attend the May 31, 2023 conference:

Paul J. Bruno of Barrett Johnston Martin & Garrison, PLLC;

Desiree Cummings of Robins Geller Rudman & Dowd, LLP; and

David W. Mitchell of Robins Geller Rudman & Dowd, LLP.

DATED: May 26, 2023                   Respectfully Submitted,

                                                     */s/ Jerry E. Martin*
                                                     Jerry E. Martin (TN Bar No. 20193)
                                                     Paul J. Bruno (TN Bar No. 17275)
                                                     BARRETT JOHNSTON MARTIN
                                                     & GARRISON, PLLC
                                                     414 Union Street, Suite 900
                                                     Nashville, TN 37219
                                                     Telephone: (615) 244-2202
                                                     jmartin@barrettjohnston.com
                                                     pbruno@barrettjohnston.com

1

Desiree Cummings (NY Bar No. 4339594)**
ROBINS GELLER RUDMAN & DOWD LLP
420 Lexington Ave, Suite 1832
New York, NY 10170
Telephone : (212) 432-5125
dcummings@rgrdlaw.com

David W. Mitchell (CA Bar No. 199706)**
ROBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone : (619) 231-1058
davidm@rgrdlaw.com

***Admission Pro Hac Vice Pending*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Notice to Identify Counsel Who Will Attend and Speak at the May 31, 2023 Status Conference* was filed electronically and served via the CM/ECF system which will send notification to all attorneys of record.

DATED this 26th day of May 2023.           /s/ *Jerry E. Martin*
                                           BARRETT JOHNSTON MARTIN
                                           & GARRISON, LLP