**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| | ) | |
| | ) | **Case No. 3:23-md-3071** |
| | ) | **MDL No. 3071** |
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) | |
| | ) | **This Document Relates to:** |
| | ) | **3:23-cv-00326** |
| | ) | **3:23-cv-00380** |
| | ) | **3:23-cv-00391** |
| | ) | **3:23-cv-00445** |

**AMENDED BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Asset Living, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in ______________________.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ______________ and with a principal place of business in _________________.

☐ This party is a privately held corporation, incorporated in ________________ and with a principal place of business in ________________.

☐ This party has parent corporations

If yes, identify **on attached page(s)** all parent corporations, including grandparent and great-grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☑ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: May 26, 2023

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

<u>/s/ *Rachel Brass*</u>
Rachel S. Brass
Caeli A. Higney (admitted *pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
E-mail: RBrass@gibsondunn.com
CHigney@gibsondunn.com

Kahn A. Scolnick (admitted *pro hac vice*)
Madeleine F. McKenna (admitted *pro hac vice*)

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
E-mail: KScolnick@gibsondunn.com
         MMcKenna@gibsondunn.com

*Counsel for Defendant Asset Living, LLC*

**Attachment**

Asset Living, LLC's sole member is Asset Plus USA, LLC, which is a Texas LLC and has its principal place of business in Houston, Texas. Asset Plus USA, LLC's sole member is Sako and Partners Lower Holdings, LLC, which is a Delaware LLC and has its principal place of business in Houston, Texas. Sako and Partners Lower Holdings, LLC's sole member is Sako and Partners Intermediate Holdings, LLC, which is a Delaware LLC and has its principal place of business in Houston, Texas. Sako and Partners Intermediate Holdings, LLC's sole member is Sako and Partners Holdings, LLC, which is a Delaware LLC and has its principal place of business in Houston, Texas. Sako and Partners Holdings, LLC's sole member is RC VI Impact Holdings, LLC, which is a Delaware LLC and has its principal place of business in Atlanta, Georgia.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I caused the foregoing Business Entity Disclosure Form to be served on all counsel of record listed via the Court's ECF system.

/s/ *Rachel S. Brass*
Rachel S. Brass