# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071 <br> MDL No. 3071 <br><br> This Document Relates to: <br><br> 3:23-cv-00415 <br> 3:23-cv-00416 <br> 3:23-cv-00419 <br> 3:23-cv-00440 |

## NOTICE OF APPEARANCE

Carl Hittinger, Jeffry Duffy, Tyson Herrold and Alyse Stach of Baker & Hostetler LLP, and Stephen J. Zralek and S. Chase Fann of Spencer Fane LLP, hereby enter their appearance on behalf of Defendant Equity Residential in the above cases consolidated with the lead case in the In re: RealPage multidistrict litigation. The Baker & Hostetler LLP attorneys entering their appearance were admitted to practice *pro hac vice* by a transferor court prior to transfer by the JPML, permitting them to practice before this Court pursuant to this Court's Practice and Procedures Notice. (Doc. 2, Page ID # 15).

Respectfully submitted,

/s/ Stephen J. Zralek
Stephen J. Zralek, BPR #018971
S. Chase Fann, BPR #036794
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300 Telephone
(615) 238-6301 Facsimile
szralek@spencerfane.com
cfann@spencerfane.com

/s/ Carl Hittinger
Carl Hittinger (PA30250)
Jeffrey W. Duffy (PA81670)
Tyson Y. Herrold (PA314262)
Alyse F. Stach (PA328562)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 564-2898 Telephone
(215) 568-3439 Facsimile
chittinger@bakerlaw.com
jduffy@bakerlaw.com
therrold@bakerlaw.com
astach@bakerlaw.com

*Counsel for Defendant Equity Residential*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 27, 2023.

/s/ Stephen J. Zralek

NSH 2639558.3