IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00326<br>3:23-cv-00391 |

## NOTICE OF APPEARANCE

Carl Hittinger, Jeffry Duffy, Tyson Herrold and Alyse Stach of Baker & Hostetler LLP hereby enter their appearance on behalf of Defendant Equity Residential in the above cases consolidated with the lead case in the In re: RealPage multidistrict litigation joining the lawyers at Spencer Fane LLP, including Stephen J. Zralek and S. Chase Fann. The Baker & Hostetler LLP attorneys entering their appearance were admitted to practice *pro hac vice* by a transferor court prior to transfer by the JPML, permitting them to practice before this Court pursuant to this Court's Practice and Procedures Notice. (Doc. 2, Page ID # 15).

Respectfully submitted,

/s/ Carl Hittinger
Carl Hittinger (PA30250)
Jeffrey W. Duffy (PA81670)
Tyson Y. Herrold (PA314262)
Alyse F. Stach (PA328562)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 564-2898 Telephone
(215) 568-3439 Facsimile
chittinger@bakerlaw.com

jduffy@bakerlaw.com  
therrold@bakerlaw.com  
astach@bakerlaw.com

/s/ Stephen J. Zralek  
Stephen J. Zralek, BPR #018971  
S. Chase Fann, BPR #036794  
SPENCER FANE LLP  
511 Union Street, Suite 1000  
Nashville, TN 37219  
(615) 238-6300 Telephone  
(615) 238-6301 Facsimile  
szralek@spencerfane.com  
cfann@spencerfane.com

*Counsel for Defendant Equity Residential*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 27, 2023.

/s/ Stephen J. Zralek

NSH 2646082.1