# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | CASE NO. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:23-cv-00330<br>3:23-cv-00326<br>3:23-cv-00339<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440 |

## BUSINESS ENTITY DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant ZRS Management, LLC ("ZRS") makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

| X | This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Dated: May 30, 2023

                      Respectfully submitted,

                      AKERMAN LLP

                      */s/ Robert H. Scott*
                      Richard B. Brosnick (admitted pro hac vice)
                      1251 Avenue of the Americas
                      37th Floor
                      New York, NY 10020
                      Telephone: (212) 880-3834
                      Email: richard.brosnick@akerman.com

-and-

Ryan C. Krone (admitted pro hac vice)
1300 Post Oak Blvd.
Suite 2300
Houston, TX 77056
Telephone:    (713) 623-0887
Email: ryan.krone@akerman.com

-and-

Robert H. Scott, TN Bar No. 023009
170 South Main Street
Suite 725
Salt Lake City, UT 84101
Telephone:  (801) 907-6910
Email: robert.scott@akerman.com

*ATTORNEYS FOR DEFENDANT*
*ZRS MANAGEMENT, LLC*

## Attachment

ZRS is a limited liability company organized under the laws of the State of Florida. ZRS's members, along with their respective states of organization and/or residence are as follows:

| ZRS Holding 2, LLC | Florida |
| --- | --- |
| Buck Family Florida, LLC | Delaware |
| Darren Pierce | Florida |
| Luann McNulty | Texas |
| Jeremy Brown | Florida |
| Jackie Impellitier | Florida |

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

                                        */s/ Robert H. Scott*
                                        Richard B. Brosnick