# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Realpage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-3071 MDL No. 3071 |
| THIS DOCUMENT RELATES TO: | Case No. 3:23-cv-00440 |
| Alexander v. The Irvine Company, LLC et al. | Judge: The Honorable Waverly D. Crenshaw, Jr. |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT, THE IRVINE COMPANY, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses Defendant, The Irvine Company LLC, without prejudice. Plaintiff maintains all claims against all other remaining Defendants in this action.

Dated: May 30, 2023

Respectfully submitted,

**REINHARDT WENDORF & BLANCHFIELD**

*/s/:Garrett D. Blanchfield*

Garrett D. Blanchfield (209855) (*Pro Hac Vice*)
Brant D. Penney (316878) (*Pro Hac Vice*)
332 Minnesota Street, Suite W1050
St Paul, MN 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

**LAW OFFICE OF MARC WALWYN**
Marc Walwyn, Esq., BPR# 22431

412 Georgia Avenue, Suite 102
Chattanooga, TN 37403
Telephone: (423) 954-7266
Facsimile: (423) 565-0125
Email: marc@walwynlegal.com

**SPECTOR ROSEMAN & KODROFF PC**

William G. Caldes (*Pro Hac Vice*)
Jeffrey L. Spector (*Pro Hac Vice*)
Icee N. Etheridge (*Pro Hac Vice*)
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Bcaldes@srkattorneys.com
Jspector@srkattorneys.com
Ietheridge@srkattorneys.com

***COUNSEL FOR PLAINTIFF***