UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br>  3:23-cv-00326<br>  3:23-cv-00330<br>  3:23-cv-00339<br>  3:23-cv-00378<br>  3:23-cv-00379<br>  3:23-cv-00380<br>  3:23-cv-00381<br>  3:23-cv-00389<br>  3:23-cv-00391<br>  3:23-cv-00410<br>  3:23-cv-00411<br>  3:23-cv-00414<br>  3:23-cv-00440<br>  3:23-cv-00445 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Troy L. Hales hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for (1) Defendant RPM Living, LLC, and (2) Defendant The Morgan Group, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1

1. I am a member in good standing of the United States District Court Northern District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. (Pursuant to the Court's Practice and Procedures Notice, dated April 19, 2023 [Doc. 2], parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so as stated in Local Rule 83.01(d)(1).)

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 30, 2023.

Respectfully submitted,

By: /s/ *Troy L. Hales*
    David A. Walton
    Texas Bar No. 24042120
    dwalton@bellnunnally.com
    Troy L. Hales
    Texas Bar No. 24099011
    thales@bellnunnally.com
    Lewis F. "Luke" Collins III
    Texas Bar No. 24132383
    lcollins@bellnunnally.com
    Bell Nunnally & Martin LLP
    2323 Ross Avenue, Suite 1900
    Dallas, Texas 75201
    Tel. (214) 740-1445
    Fax (214) 740-5745

    *Counsel for Defendants RPM Living, LLC,*
    *and The Morgan Group. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion for admission *pro hac vice* was filed electronically on May 30, 2023, and notice of this filing was served via the Court's CM/ECF system to all parties and counsel of record registered for CM/ECF filing.

By: /s/ *Troy L. Hales*
    Troy L. Hales