# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>    3:23-cv-00326<br>    3:23-cv-00330<br>    3:23-cv-00339<br>    3:23-cv-00414<br>    3:23-cv-00440 |

## NOTICE OF APPEARANCE

Lewis F. "Luke" Collins III of Bell Nunnally & Martin LLP hereby provides notice of his appearance as counsel of record for Defendant The Morgan Group, Inc., in the above-captioned action.

Dated: May 30, 2023.

Respectfully submitted,

By: /s/ *Lewis F. "Luke" Collins III*
David A. Walton
Texas Bar No. 24042120
dwalton@bellnunnally.com
Troy L. Hales
Texas Bar No. 24099011
thales@bellnunnally.com
Lewis F. "Luke" Collins III
Texas Bar No. 24132383
lcollins@bellnunnally.com
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel. (214) 740-1445
Fax (214) 740-5745

*Counsel for Defendant The Morgan Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice of appearance was filed electronically on May 30, 2023, and notice of this filing was served via the Court's CM/ECF system to all parties and counsel of record registered for CM/ECF filing.

By: /s/ *Lewis F. "Luke" Collins III*
Lewis F. "Luke" Collins III