UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) <br> ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: <br> ) 3:23-cv-00326 <br> ) 3:23-cv-00380 <br> ) 3:23-cv-00391 <br> ) 3:23-cv-00445 |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in the above-captioned cases as counsel for Defendant Asset Living, LLC.

Date: May 30, 2023

Respectfully Submitted,

/s/ *Caeli A. Higney*
Caeli A. Higney (admitted *pro hac vice*)
Gibson, Dunn & Crutcher LLP
555 Mission St, Suite 3000
San Francisco, CA 94105
415.393.8200
CHigney@gibsondunn.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2023, I caused the foregoing Notice of Appearance to be served on all counsel of record listed via the Court's ECF system.

                                          /s/ *Caeli A. Higney*
                                          Caeli A. Higney