UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00380<br>3:23-cv-00391<br>3:23-cv-00445 |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in the above-captioned cases as counsel for Defendant Asset Living, LLC.

Date: May 30, 2023

Respectfully Submitted,

/s/ *Kahn A. Scolnick*
Kahn A. Scolnick (admitted *pro hac vice*)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
KScolnick@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I caused the foregoing Notice of Appearance to be served on all counsel of record listed via the Court's ECF system.

/s/ *Kahn A. Scolnick*
Kahn A. Scolnick