UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) **This Document Relates to:**<br>)<br>) 3:23-cv-00377<br>) 3:23-cv-00412<br>) 3:23-cv-00413<br>) |

**BUSINESS ENTITY DISCLOSURE FORM**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Rule Fed. R. Civ. P. 7.1 and L.R. 7.02, Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLLP) ("Simpson Property") makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.
1

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

# ATTACHMENT

Simpson Property is a privately held limited liability company, organized under the laws of Colorado. The following are Simpson Property's members: Dove Management, Inc., a Colorado corporation; and Simpson Housing LLLP, a Delaware limited liability limited partnership.[1]

---

[1] Because Simpson Property is privately held, and because jurisdiction in this case is not based on diversity, Simpson Property submits that it has complied with Fed. R. Civ. P. 7.1, and *Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

Dated: May 31, 2023                                         Respectfully submitted,

                                                            /s/ *Nicholas J. Giles*

                                                            J. Brent Justus (*admitted pro hac vice*)
                                                            bjustus@mcguirewoods.com
                                                            Nicholas J. Giles (*admitted pro hac vice*)
                                                            ngiles@mcguirewoods.com
                                                            MCGUIREWOODS LLP
                                                            800 East Canal Street
                                                            Richmond, VA 23219
                                                            Telephone: (804) 775-1000

                                                            *Counsel for Defendant Simpson Property Group, LLC*

# CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Noticed entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 31, 2023.

        /s/ *Nicholas J. Giles*
        Nicholas J. Giles