UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Chief Judge Waverly D. Crenshaw, Jr<br><br>**This Document Relates to:**<br><br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00390 |

## NOTICE OF APPEARANCE OF MICHAEL A. PARENTE ON BEHALF OF DEFENDANT BELL PARTNERS, INC.

PLEASE TAKE NOTICE that the undersigned attorney, Michael A. Parente, represents the Defendant Bell Partners, Inc. and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below:

Respectfully submitted,

/s/ *Michael A. Parente*
Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

## CERTIFICATE OF SERVICE

I, Michael A. Parente, hereby certify that on May 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 31st day of May, 2023.

/s/ Michael A. Parente

Michael A. Parente