IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>23-cv-00330<br>23-cv-00326<br>23-cv-00339<br>23-cv-00345<br>23-cv-00356<br>23-cv-00378<br>23-cv-00379<br>23-cv-00381<br>23-cv-00389<br>23-cv-00414<br>23-cv-00440<br>23-cv-00445 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Gardella of the law firm of Martin, Tate, Morrow & Marston, P.C. hereby enters his appearance as counsel of record for Defendant Highmark Residential, LLC.

Respectfully submitted this 31st day of May, 2023.

/s/ *Andrew Gardella*
Andrew Gardella ((TN Bar #027247)
MARTIN, TATE, MORROW & MARSTON, P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668
Facsimile: (615) 627-0669
agardella@martintate.com

*Counsel for Defendant Highmark Residential, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 31st day of May, 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

/s/ *Andrew Gardella*

Andrew Gardella