IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: REAL PAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) | No: 3:23-md-3071<br>MDL No. 3071<br>**JUDGE CRENSHAW** |

**This Document Relates to:**
3:23-cv-00326
3:23-cv-00329
3:23-cv-00330
3:23-cv-00333
3:23-cv-00337
3:23-cv-00339
3:23-cv-00357
3:23-cv-00358
3:23-cv-00377
3:23-cv-00378
3:23-cv-00379
3:23-cv-00380
3:23-cv-00381
3:23-cv-00387
3:23-cv-00389
3:23-cv-00390
3:23-cv-00391
3:23-cv-00414
3:23-cv-00440
3:23-cv-00445
3:23-cv-01082

## NOTICE OF APPEARANCE

Erik C. Lybeck hereby enters his appearance as counsel for defendant BH Management Services, LLC in this matter.

Respectfully submitted,

*s/ Erik C. Lybeck*
W. Scott Sims (No. 17563)
Erik C. Lybeck (No. 35233)
SIMS|FUNK, PLC
3322 West End Avenue
Suite #200
Nashville, TN 37203
(615) 292-9335
ssims@simsfunk.com
elybeck@simsfunk.com

*Counsel for Defendant BH Management Services, LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 31, 2023:

*s/ Erik C. Lybeck*