# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-MD-3071** <br> **MDL No. 3071** <br><br> **This Document Relates to:** <br> 23-cv-00326 <br> 23-cv-00345 <br> 23-cv-00356 <br> 23-cv-00378 <br> 23-cv-00379 <br> 23-cv-00381 <br> 23-cv-00414 <br> 23-cv-00440 <br> 23-cv-00445 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Michael Bonanno hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Highmark Residential, LLC.[1]

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing for that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

---

[1] Mr. Bonanno is already admitted as counsel in Case No. 3:23-MD-3071. This *pro hac vice* motion is filed out of an abundance of caution and in conformance with the Local Rules of Court for the United States District Court Middle District of Tennessee.

1

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1). Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Andrew Gardella, Martin, Tate, Morrow & Marston, P.C., 315 Deaderick Street, Suite 1550, Nashville, TN, 37238, (615) 627-0668 agardella@martintate.com.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted this 31st day of May, 2023.

/s/ *Michael Bonanno*
Michael Bonanno (District of Columbia Bar No. 998208)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8225
mikebonanno@quinnemanuel.com

*Counsel for Defendant Highmark Residential, LLC*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 31st day of May, 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

                                      /s/ *Andrew Gardella*
                                      Andrew Gardella