IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL NO. 3071<br><br>Case No. 3:23-md-3071 |
| THIS DOCUMENT RELATES TO:<br><br>3:23-cv-410<br>3:23-cv-411 | HON. WAVERLY D. CRENSHAW, JR. |

## NOTICE REGARDING ATTENDANCE AT STATUS CONFERENCE

Counsel for Kairoi Management, LLC planned on attending today's hearing in person but is unable to do so due to a missed flight. Counsel tried but was unable to secure a later flight that would arrive in Nashville in time for the hearing. Counsel regrets any inconvenience this may cause.

In addition to Jay Srinivasan, counsel for RealPage, Inc., who will take the lead in addressing issues for Defendants discussed in the Joint Statement, Kairoi designates Marisa Secco Giles of Vinson & Elkins LLP to speak on Kairoi's behalf as may be necessary or as may be requested by the Court.

Respectfully submitted

/s/ Alex Cummings
Eliot Fielding Turner
Texas Bar No. 24066224
Alex Cummings
Texas Bar No. 24105767
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5151
Fax: 713-651-5246
eliot.turner@nortonrosefulbright.com
alex.cummings@nortonrosefulbright.com

**CERTIFICATE OF SERVICE**

I certify that on May 31, 2023, I caused a copy of this documents to be served by electronic mail.

/s/ Alex Cummings
Alex Cummings