# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-3071-WDC-BDH MDL 3071**<br><br>**This document relates to:**<br>ALL ACTIONS<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**Magistrate Judge Barbara D. Holmes** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Christopher Le hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Plaintiff Lai Cheong.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Eastern District of Wisconsin. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

8.   By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceedings.

/s/ *Christopher V. Le*
Christopher V. Le

**Name :** Christopher V. Le
**State where admitted and State Bar Number:** Virginia (#75113)
**Business Address:**  4041 University Drive, 5th Floor, Fairfax, VA 22030
**Phone**: (703) 764-8700
**Email**: cle@boiesbattin.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s/ <em>Christopher Le</em>