IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **IN RE REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00440<br>3:23-cv-00331<br>3:23-cv-00333<br>3:23-cv-00326<br>3:23-cv-00377<br>3:23-cv-00445<br>3:23-cv-00336<br>3:23-cv-00411<br>3:23-cv-00379<br>3:23-cv-00387<br>3:23-cv-00390<br>3:23-cv-00356<br>3:23-cv-00389<br>3:23-cv-00416<br>3:23-cv-00358<br>3:23-cv-00380<br>3:23-cv-00339<br>3:23-cv-00330<br>3:23-cv-00378<br>3:23-cv-00381<br>3:23-cv-00391<br>3:23-cv-00415<br>3:23-cv-00410<br>3:23-cv-00414<br>3:23-cv-00357 |

# BUSINESS ENTITY DISCLOSURE
### (Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant Camden Property Trust makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

- [ ] This party is an individual, who resides in _____.

- [X] This party is a publicly held corporation or other publicly held entity, incorporated in __Texas__ and with a principal place of business in __Houston, Texas__.

- [ ] This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

- [ ] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

- [ ] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

- [ ] This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

- [X] This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

Dated: June 5, 2023

Respectfully submitted,

*/s/ Ryan M. Sandrock*

Ryan M. Sandrock (*pro hac vice*)
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Lynn H. Murray (*pro hac vice*)
lhmurray@shb.com
Maveric Ray Searle (*pro hac vice*)
msearle@shb.com
SHOOK, HARDY & BACON L.L.P
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Laurie A. Novion (*pro hac vice*)
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

# ATTACHMENT

Camden Property Trust is an unincorporated, publicly traded real estate investment trust organized under the laws of the State of Texas. No other publicly held entity owns more than ten percent of the stock of Camden Property Trust.

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF Filing will be served electronically with this filing on June 5, 2023.

*/s/ Ryan M. Sandrock*
Ryan M. Sandrock