IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | CASE NO. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>**3:23-cv-00330**<br>**3:23-cv-00326**<br>**3:23-cv-00339**<br>**3:23-cv-00378**<br>**3:23-cv-00379**<br>**3:23-cv-00381**<br>**3:23-cv-00387**<br>**3:23-cv-00389** |

## NOTICE OF APPEARANCE

Please take notice that Christopher E. Thorsen at the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., hereby enters an appearance on behalf of Defendant ZRS Management, LLC.

                                        Respectfully submitted,

                                        */s/Christopher E. Thorsen*
                                        Christopher E. Thorsen (BPR # 21049)
                                        BAKER, DONELSON, BEARMAN
                                        CALDWELL & BERKOWITZ, P.C.
                                        Baker Donelson Center, Suite 800
                                        211 Commerce Street
                                        Nashville, TN  37201
                                        (615) 726-5600

                                        *Counsel for Defendant ZRS Management, LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2023, I electronically filed a copy of the foregoing ***Notice of Appearance*** with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all parties registered with the Court's electronic filing system.

      */s/Christopher E. Thorsen*
      Christopher E. Thorsen