IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) Judge Waverly D. Crenshaw, Jr. ) ) This Document Relates to: ) ) 3:23-cv-00330 ) 3:23-cv-00326 ) 3:23-cv-00339 ) 3:23-cv-00378 ) 3:23-cv-00379 ) 3:23-cv-00381 ) 3:23-cv-00387 ) 3:23-cv-00389 ) 3:23-cv-00414 ) 3:23-cv-00440 ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Ferdose al-Taie, hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Defendant ZRS Management, LLC.

Pursuant to 29 U.SC. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.  I am a member in good standing of the United States District Courts for the Northern District of Texas, the Western District of Texas, the Eastern District of Texas, the Southern District of Texas, the District of Columbia, and the Eastern District of Virginia. A Certificate of Good Standing from the United States District Court for the Northern District of Texas is attached as **Exhibit A**.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

>Christopher E. Thorsen (BPR No. 21049)
>Baker, Donelson, Bearman,
>Caldwell & Berkowitz, PC
>Baker Donelson Center, Suite 800
>211 Commerce Street
>Nashville, Tennessee 37201
>(615) 726-5586
>(615) 744-5586 (Facsimile)
>cthorsen@bakerdonelson.com

8. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

*/s/ Ferdose al-Taie*

**Name:** Ferdose al-Taie
**States where admitted and State Bar Number:** Texas, Bar No. 24106644; Maryland, Bar No. 0112110013, and District of Columbia, Bar No. 467730
**Business Address:** Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 5956 Sherry Lane, 20th Floor, Dallas, Texas 75225
**Phone:** (214) 391-7210
**Email:** faltaie@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*/s/ Ferdose al-Taie*
Ferdose al-Taie