# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:  REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br><br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440 |

## BUSINESS ENTITY DISCLOSURE

(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Mission Rock Residential, LLC, makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐   This party is an individual, who resides in _____.

☐   This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in .

☐   This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

1

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. See Delay v. Rosenthal Collins, Grp., LLC, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

DATED this 5th day of June, 2023.

>Davis Wright Tremaine LLP
>*Attorneys for Mission Rock Residential, LLC*
>
>*s/ Fred B. Burnside*
>Fred B. Burnside
>MaryAnn T. Almeida
>920 Fifth Avenue, Suite 3300
>Seattle, WA 98104-1610
>Telephone: (206) 622-3150
>Fax: (206) 757-7700
>Email: fredburnside@dwt.com
>Email: maryannalmeida@dwt.com
>
>Yonaton Rosenzweig
>865 S Figueroa Street, Suite 2400
>Los Angeles, CA 90017
>Tel: (213) 655-9642
>Email: yonirosenzweig@dwt.com

## **MEMBERS OF MISSION ROCK**

The members of Mission Rock Residential, LLC, and their respective states of citizenship, are:

| MEMBER | STATE OF CITIZENSHIP |
|---|---|
| Mark Hamilton | California |
| Tony Zanze | California |
| Kurt Houtkooper | California |
| Charles O'Connell, Jr. | California |
| Patricia Hutchison | Colorado |

# **CERTIFICATE OF SERVICE**

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on June 5, 2023.

*s/ Fred B. Burnside*
Fred B. Burnside
