IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00330<br>3:23-cv-00326<br>3:23-cv-00339<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440 |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 57.0(d)(1) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, ZRS Management, LLC ('Defendant') moves to substitute counsel of record in the matters listed above and states as follows:

1. Defendant is presently represented in this matter by attorneys Ryan C. Krone, Richard B. Brosnick, and Robert H. Scott of the law firm Akerman, LLP. Defendant requests to allow his present counsel Akerman LLP to withdraw.

2. Defendant requests to substitute as its attorneys in these matters Ferdose Al-Taie (pending admission *pro hac vice*) and Christopher E. Thorsen of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC.

WHEREFORE, premises considered, Defendant requests that this Court grant its motion to substitute counsel, allowing attorneys Ferdose Al-Taie (pending admission *pro hac vice*) and Christopher E. Thorsen of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, to be admitted as counsel for the Defendant, and allowing attorneys Ryan C. Krone, Richard B. Brosnick, and Robert H. Scott of Akerman, LLP to withdraw as the counsel in this matter.

Respectfully submitted,

*/s/Christopher E. Thorsen*
Christopher E. Thorsen (BPR No. 21049)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5586
(615) 744-5586 (Facsimile)
cthorsen@bakerdonelson.com

*Attorneys for Defendant ZRS Management, LLC*

AKERMAN LLP

*/s/Richard B. Brosnick*
Richard B. Brosnick (Pro Hac Vice)
1251 Avenue of the Americas
37th Floor
New York, NY 10020
(212) 880-3834
Richard.brosnick@akerman.com

-and-

Ryan C. Krone (Pro Hac Vice)
1300 Post Oak Blvd.
Suite 2300
Houston, TX 77056
(713) 623-0887
Ryan.krone@akerman.com

-and-

Robert H. Scott (BPR No. 23009)
170 South Main Street
Suite 725
Salt Lake City, UT 84101
(801) 907-6910
Robert.scott@akerman.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 5, 2023, I electronically filed a copy of the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all parties registered with the Court's electronic filing system.

                                         */s/Christopher E. Thorsen*
                                         Christopher E. Thorsen