# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | **Case No. 3:23-md-3071** |
| ) | **MDL No. 3071** |
| **IN RE: REALPAGE, INC., RENTAL** ) | **Judge Waverly D. Crenshaw, Jr.** |
| **SOFTWARE ANTITRUST LITIGATION** ) | |
| **(NO. II)** ) | **This Document Relates to:** |
| ) | |
| ) | **3:23-cv-00330** |
| ) | **3:23-cv-00326** |
| ) | **3:23-cv-00339** |
| ) | **3:23-cv-00378** |
| ) | **3:23-cv-00379** |
| ) | **3:23-cv-00381** |
| ) | **3:23-cv-00387** |
| ) | **3:23-cv-00389** |
| ) | **3:23-cv-00414** |
| ) | **3:23-cv-00440** |
| ) | |

## [PROPOSED] ORDER

Defendant ZRS Management, LLC ("Defendant") has filed a Joint Motion to Substitute Counsel (the "Motion"), seeking the substitution of Ferdose Al-Taie (pending admission *pro hac vice*) and Christopher E. Thorsen of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC as counsel of record in the above matters in place of Ryan C. Krone, Richard B. Brosnick, and Robert H. Scott of the law firm Akerman, LLP. The Court hereby ORDERS that Ferdose Al-Taie (subject to pending admission *pro hac vice*) and Christopher E. Thorsen of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC be substituted as counsel of record for Defendant in these matters and that Ryan C. Krone, Richard B. Brosnick, and Robert H. Scott of

the law firm Akerman, LLP be permitted to withdraw as counsel of record for Defendant in these matters.

It is so ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry by:

/s/Christopher E. Thorsen
Christopher E. Thorsen (BPR No. 21049)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5586
(615) 744-5586 (Facsimile)
cthorsen@bakerdonelson.com

*Attorneys for Defendant ZRS Management, LLC*

AKERMAN LLP

/s/Richard B. Brosnick
Richard B. Brosnick (Pro Hac Vice)
1251 Avenue of the Americas
37th Floor
New York, NY 10020
(212) 880-3834
Richard.brosnick@akerman.com

-and-

Ryan C. Krone (Pro Hac Vice)
1300 Post Oak Blvd.
Suite 2300
Houston, TX 77056

(713) 623-0887
Ryan.krone@akerman.com

-and-

Robert H. Scott (BPR No. 23009)
170 South Main Street
Suite 725
Salt Lake City, UT  84101
(801) 907-6910
Robert.scott@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed a copy of the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all parties registered with the Court's electronic filing system.


        */s/Christopher E. Thorsen*
        Christopher E. Thorsen