# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Margaret Lorraine Shadid

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

DO HEREBY CERTIFY That Margaret Lorraine Shadid
was duly admitted to practice in said Court on (02/16/2021)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/02/2023 )

Thomas G. Bruton , Clerk,

By:  Sarah Bouchard
Deputy Clerk