# EXHIBIT A



# FIRM RESUME

**www.scott-scott.com**



Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients. The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in US, UK, and EU courts, offering a one-stop shop for international recoupment.



# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997. The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 160 team members, including more than one hundred attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, N.Y. and San Diego, C.A., with additional U.S. offices located in Connecticut, Virginia, Ohio, and Arizona. The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts. The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance. They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments. Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives. The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring. The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.



# ANTITRUST LITIGATION

Scott+Scott represents investors, businesses, and consumers in price-fixing, bid-rigging, monopolization, and other restraints of trade cases on both a class-wide and individual basis. The Firm's work for its clients helps ensure that markets remain free, open, and competitive.

The American Antitrust Institute has recognized Scott+Scott for our innovative enforcement of antitrust laws on behalf of private plaintiffs in 2014, 2018 and 2020. In addition, SSRN's 2018 Antitrust Annual Report found that in 2018 the Firm achieved the largest antitrust settlement in the U.S. for its clients and ranked first nationally in aggregate antitrust settlement recoveries obtained from 2013 to 2018.

Scott+Scott has pioneered the use of antitrust laws in the financial sector, including credit default swaps, private equity, bonds, interest rate derivatives and foreign exchange, to recover for investors. Unlike other firms that predominantly file "follow on" cases after government enforcement actions, Scott+Scott invests "upfront" in economists and investigators to supplement the in-depth analysis of its experienced attorneys to identify and file meritorious (and often novel) cases *before* they are brought by other members of the antitrust bar or by regulators.

Scott+Scott's passion for litigating competition matters in the financial sector extends to its commodity manipulation litigation practice. Using the Commodity Exchange Act, Scott+Scott's lawyers regularly bring claims on behalf of municipal and pension funds, retail investors, and others harmed by major financial institutions' manipulation of commodity markets. Attorneys in Scott+Scott's commodity manipulation group have decades of experience litigating these matters and have recovered hundreds of millions of dollars on behalf of their clients.

Our dedicated team of antitrust partners have built one of the nation's top plaintiffs' firms for antitrust actions. Furthermore, our European expansion reflects a commitment and ability to pursue claims on a global basis.



# ANTITRUST CASE EXAMPLES

**Antitrust actions in which Scott+Scott currently serves as a lead or co-lead counsel include**:

• *In re: Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-cv-07789 (S.D.N.Y.) (challenging price-fixing of foreign exchange rates; over $2.3 billion in final-approved settlements. The largest antitrust settlement of 2018 according to the American Antitrust Institute);

• *In re Disposable Contact Lens Antitrust Litig.*, No. 15-md-02626 (M.D. Fla.) (class action alleging illegal anticompetitive policies to eliminate discount pricing by the major manufacturers and distributors of disposable contact lenses);

• *In re European Gov't Bonds Antitrust Litig.*, No. 19-cv-02601 (S.D.N.Y) (challenging manipulation in the market for European Government Bonds);

• *Klein, et al. v. Facebook, Inc.,* 5:20-cv-08570-LHK (N.D. Cal.) (plaintiffs allege that Facebook orchestrated a years-long scheme to monopolize the social advertising market and charge supracompetitive prices to its advertising customers);

• *In re Cattle Antitrust Litig.,* No. 19-cv-1222 (D. Minn.) (brought on behalf of ranchers against the big four packers who control approximately 80% of the market. The ranchers alleged the packers conspired to drive down the prices paid for cattle);

• *Sky Fed. Credit Union v. Fair Isaac Corp.,* No.1:20-cv-02114 (N.D. Ill.) (Plaintiffs, credit unions other direct purchasers of credit scores from Fair Isaac and the credit bureaus (Experian, Equifax, and TransUnion), allege that Fair Isaac and the three major credit bureaus entered into anticompetitive agreements concerning credit-scoring services and, *inter alia*, conspired to maintain Fair Isaac's monopoly in the credit-score market).

**Antitrust cases that have been resolved in which Scott+Scott served as lead or co-lead counsel include:**

• *Dahl v. Bain Cap. Partners, LLC*, No. 07-cv-12388 (D. Mass.) (challenging bid rigging and market allocation of leveraged buyouts by private equity firms; $590.5 million in settlements);



• *Alaska Elec. Pension Fund v. Bank of Am. Corp.*, No. 14-cv-07126 (S.D.N.Y.) (challenging price-fixing of the ISDAfix benchmark interest rate; case resulted in $504.5 million in settlements, for the third largest antitrust settlement of 2018 according to the American Antitrust Institute);

• *In re GSE Bonds Antitrust Litig.*, No. 19-cv-01704 (S.D.N.Y.) (challenging manipulation in the market for bonds issued by Government-Sponsored Entities, e.g., Freddie Mac and Fannie Mae; $386 million settlement);

• *In re Korean Air Lines Co., Ltd. Antitrust Litig.*, MDL No. 1891 (C.D. Cal.) (challenging price-fixing/illegal surcharge of ticket prices; $86 million in cash and travel voucher settlements); and

• *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd. Co.*, No. 12-cv-03824 (E.D. Pa.) (challenging monopolization in the sale of name-brand pharmaceutical on behalf of indirect purchaser class; $8 million settlement).

**The Firm has aided in the recovery for class members by serving on the executive leadership committees in numerous other antitrust class actions, including**:

• *In re Payment Card Interchange Fee & Merch. Discount Antitrust Litig.*, No. 05-md-01720 (E.D.N.Y.) (challenging price-fixing in the payment cards industry; $6.24 billion settlement preliminarily approved);

• *Kleen Products LLC v. Int'l Paper Co.*, No. 10-cv-05711 (N.D. Ill.) (challenging price-fixing of containerboard products; over $376 million in settlements);

• *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-02420 (N.D. Cal.) (challenging price-fixing of lithium-ion batteries on behalf of indirect purchaser class; over $113 million in settlements); and

• *In re Mexican Gov't Bonds Antitrust Litig.*, No. 18-cv-02830 (S.D.N.Y.) (an antitrust class action by eight institutional investors prosecuting ten global financial institutions for colluding to fix the prices of debt securities issued by the Mexican Government between 2006 and 2017).

**Scott+Scott's class action antitrust experience includes serving as co-trial counsel in**:

• *In re Scrap Metal Antitrust Litig.*, No. 02-cv-00844 (N.D. Ohio) (helped obtain $34.5 million jury verdict, which was later affirmed by the U.S. Court of Appeals for the Sixth Circuit); and

• *Ross v. Bank of Am. N.A.*, MDL No. 1409 (S.D.N.Y.) (bench trial involving agreement among payment cards to impose arbitration terms on cardholders).



# ACCOLADES

**American Antitrust Institute**

The 2021 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 Largest Antitrust Recovery, as well as ranking the Firm #1 overall in the past decade with the largest average settlement dollar amount per settlement of $84,825,543. The firm was also recognized as #2 overall in the past decade for Lead Counsel in Class Recovery in terms of aggregate class settlements in total dollar value.

**Global Competition Review**

At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year – Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

**Law 360 Glass Ceiling Report**

Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360. The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm.[1] [2] This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

**U.S. News & World Report "Best Law Firms"**

The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

**Center for Constitutional Rights**

Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1] https://www.law360.com/articles/1310926
[2] https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.

     



# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team. In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.





# ADMISSIONS

**U.S. Admissions:** United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Massachusetts, Michigan (Eastern), Missouri (Eastern), New Jersey, New York (Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Western, and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Connecticut, Delaware, Florida, Maryland, Pennsylvania, Massachusetts, Nebraska, New Jersey, New York, Ohio, West Virginia, Wisconsin, Texas, and the District of Columbia.



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT

**PRACTICE EMPHASIS**

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

**ADMISSIONS**

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

**EDUCATION**

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., cum laude, 1986)

**HIGHLIGHTS**

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Arizona, and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters. He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels. Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Cap. Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged



buyouts and that the defendants recently agreed to settle for $590.5 million. He was lead counsel in Red Lion Medical

*Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda, one of the leading manufacturers of medical anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work. He has been elected to Who's Who Legal: Competition 2015- 2022, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world. He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015. In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds. For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors. He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement. This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360. He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.



# PATRICK COUGHLIN

**PRACTICE EMPHASIS**

Patrick Coughlin is a Partner and based in the firm's San Diego office.  His primary practice focuses on securities litigation and competition law.

**ADMISSIONS**

State of New York; New York State Supreme Court, Appellate Division, Third Judicial Department; State of California; District of Columbia; United States District Courts: Northern, Eastern, Southern, and Central Districts of California; United States District Court for the District of Columbia, the Northern District of Illinois, the Southern and Eastern Districts of New York; United States Court of Appeals for the Second, Fifth, Sixth, Seventh, Nineth, Eleventh Circuits, and D.C. Circuit; United States Supreme Court

**EDUCATION**

Golden Gate University School of Law (J.D., 1983); Santa Clara University (B.S., 1977)

**HIGHLIGHTS**

Patrick has served as lead counsel for several major securities matters, including one of the earliest and largest class action securities cases to go to trial, *In re Apple Computer Sec. Litig.*, No. C-84-20148 (N.D. Cal.).  Patrick was a member of the trial team in *Hsu v. Puma Biotechnology, Inc.*, No. SACV15-0865 (C.D. Cal.), a securities fraud class action that resulted in a verdict in favor of investors after a two-week jury trial. He also served as lead counsel in *In re Facebook Biometric Info. Privacy Litig.*, No. 3:15-cv-03747-JD (N.D. Cal.), a cutting-edge class action concerning Facebook's alleged privacy violations through its collection of users' biometric identifiers without informed consent that resulted in a $650 million settlement.

Patrick currently serves as co-lead counsel in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, in which a settlement of $5.5 billion was approved in the Eastern District of New York.  This case was brought on behalf of millions of U.S. merchants against Visa and MasterCard and various card-issuing banks, challenging the way these companies set and collect tens of billions of dollars annually in merchant fees.  The settlement is believed to be the largest antitrust class action settlement of all time.

Patrick was one of the lead attorneys who secured a historic $25 million recovery on behalf of approximately 7,000 Trump University students in two class actions against President Donald J. Trump.  He represented the class on a *pro bono* basis.

Additional prominent securities class actions prosecuted by Patrick include: the *Enron* litigation, in which $7.2 billion was recovered; the *Qwest* litigation, in which a $445 million recovery was obtained; and the *HealthSouth* litigation, in which a $671 million recovery was obtained.



Patrick has also handled a number of large antitrust cases including the *Currency Conversion* cases in which $360 million was recovered for consumers and the Private Equity litigation (*Dahl v. Bain Capital Partners, LLC*) in which $590.5 million was recovered for investors. He also served as class counsel in the ISDAfix Benchmark action against 14 major banks and broker ICAP plc, obtaining $504.5 million for plaintiffs.

Formerly, Patrick was an Assistant United States Attorney in the District of Columbia and the Southern District of California, handling complex white-collar fraud matters. During this time, he helped try one of the largest criminal RICO cases ever prosecuted by the United States, *United States v. Brown*, No. 86-3056-SWR (D.D.C.), as well as an infamous oil fraud scheme resulting in a complex murder-for-hire trial, *United States v. Boeckman*, No. 87-cr-00676 (S.D. Cal.).

Patrick has received the AV Preeminent certification by Martindale-Hubbell (the highest rating available). He has been selected as a Senior Statesman by *Chambers USA*, a Best Lawyer in America and a Southern California Best Lawyer by *Best Lawyers*, an Antitrust Trailblazer and a Plaintiffs' Lawyer Trailblazer by *The National Law Journal*, and a Leading Lawyer in America, Hall of Fame, and a Leading Plaintiff Financial Lawyer by *Lawdragon*. Patrick has also been named a Top 100 Lawyer by the *Daily Journal*, a Top Lawyer in San Diego by *San Diego Magazine*, and a Super Lawyer by *Super Lawyers Magazine*. Recently, he was recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice, and in 2023 was named as Lawyer of the Year by *Best Lawyers*.



# AMANDA LAWRENCE

**PRACTICE EMPHASIS**

Amanda F. Lawrence is actively engaged in the Firm's complex securities, corporate governance, consumer, and antitrust litigation.

**ADMISSIONS**

States of Connecticut and Massachusetts; United States Courts of Appeal: First and Ninth Circuits; United States District Courts: Southern District of New York, Connecticut, and Massachusetts

**EDUCATION**

Yale Law School (J.D., 2002); Dartmouth College (B.A., *cum laude*, 1998)

**HIGHLIGHTS**

Ms. Lawrence is a partner in our Connecticut office. In the antitrust realm, Ms. Lawrence served as co-lead counsel in the matter, *In re: GSE Bonds Antitrust Litigation*, No. 1:19-cv-01704-JSR (S.D.N.Y.) which alleged manipulation of the prices in the $550 billion government sponsored entities bond market by some of the largest banks in the world. The case settled for $386.5 million as well as requiring injunctive relief. Ms. Lawrence was also intricately involved in the "ISDAFix case" – *Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW (S.D.N.Y). That achieved over $504.5 million in recovery from large financial institutions for investors. Currently, Ms. Lawrence also works on *In Re Cattle Antitrust Litig.,* 0:22-md-03031-JRT-JFD (D. Minn.) and *In re European Governments Bonds Antitrust Litig.*, 1:19-cv-2601 (S.D.N.Y.), two large international antitrust actions.

In her securities practice, Ms. Lawrence has worked on numerous Exchange Act and 1933 Act cases that have resulted in substantial settlements. For example, she served as co-lead counsel in *In re: Micro Focus International PLC Securities Litigation*, No. 18-cv-01549 (Cal. Super. Ct. San Mateo Cnty.), a California 1933 Act that settled for $107.5 million. Other securities cases Ms. Lawrence has worked on include: *Police and Fire Retirement System of the City of Detroit v. Crane*, No. 13-cv-00945-VC (N.D. Cal.) ($5.1 million securities class action settlement); *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.) ($26 million securities class action settlement); *In re Fireeye, Inc. Securities Litigation*, No. 14-cv-266866 (Cal. Super. Ct. Santa Clara Cnty.); *St. Lucie Cnty. Fire Dist. Firefighters' Pension Trust v. Southwestern Energy Co.*, No. 4:16-cv-569 (S.D. Tex.); *In re LendingClub Corp. Shareholder Litig.*, No. CIV537300 (Cal. Super. Ct San Mateo Cnty.); and *In re TETRA Technologies, Inc. Securities Litig.*, No. 4: 07-cv-00965 (S.D. Tex.) ($8.25 million securities class action settlement).



In addition to antitrust and securities matters, Ms. Lawrence has also worked on consumer cases that have resulted in significant settlements for the affected classes. For example, Ms. Lawrence helped achieve a settlement in the *The United States v. The City of New York*, No. 07-CV-2067 (E.D.N.Y.) that awarded back pay and lost fringe benefits to a class of African American and Hispanic firefighters in New York City, as well as a settlement in *In re Prudential Life Insurance Co. of America SGLI/VGLI Contract Litig.*, No. 11-02208 (D. Mass.) that brought a $39 million settlement on behalf of families of deceased servicemen and women against Prudential.

Ms. Lawrence has taught Trial Practice at the University of Connecticut School of Law and is very actively involved in her community, particularly in recreational organizations and events.

A five-time NCAA National Champion cyclist who raced throughout the United States, Europe, Bermuda, and Pakistan, Ms. Lawrence is now an avid endurance athlete. Ms. Lawrence has competed in dozens of marathons, including the New York Marathon and the Boston Marathon, and in 18 full-distance ironman competitions – five of which were at the Ironman World Championships in Kona, Hawaii.



# KRISTEN ANDERSON

**ADMISSIONS:**

States of California, New York, Illinois, District of Columbia; United States Courts of Appeal: Second Circuit and Ninth Circuit

**EDUCATION**

University of California, Hastings College of the Law (J.D., 2006); St. Louis University (B.A., Philosophy, 2003)

**ASSOCIATIONS**

- Member of the American Bar Association's Antitrust Section

- Past Vice Chair of the Antitrust Section's Trial Practice Committee

- Past Vice Chair of the Antitrust Section's Books & Treatises Committee

**HIGHLIGHTS**

Ms. Anderson has worked on class action cases recovering over $9.3 billion. She recently served as interim co-lead counsel on behalf of advertiser plaintiffs in *Klein v. Facebook, Inc.*, No. 20-cv-8570 (N.D. Cal.). She is an active member of the American Bar Association's Antitrust Section. She was a contributing author to the Antitrust Section's Proof of Conspiracy Under Federal Antitrust Laws (3d ed.), *Antitrust Discovery Handbook* (2d ed.), *Joint Venture Handbook* (2d ed.), and the *2010 Annual Review of Antitrust Law Developments*. In addition, Ms. Anderson served as an editor for *Model Jury Instructions in Civil Antitrust Cases* (2016 ed.) and numerous other publications. During law school, she served as an extern at the U.S. Department of Justice, Antitrust Division, in San Francisco and as an extern to Justice Kathryn Mickle Werdegar of the Supreme Court of California. She was also a research assistant to Professor James R. McCall in the areas of antitrust and comparative antitrust law.

- Recognized as a Rising Star in the 2014-21 editions of Super Lawyers; and a Super Lawyer in the 2022-2023 edition

- Frequent speaker on women in the law and antitrust topics through the American Bar Association and other organizations

- Co-author of *The Misapplication of Associated General Contractors to Cartwright Act Claims*, 23 COMPETITION: J. ANTI. & UNFAIR COMP. L. SEC. ST. B. CAL. 120 (2014)



**REPRESENTATIVE CASES**

*In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.) ($2.3 billion settlement)

*In re GSE Bonds Antitrust Litig.*, No. 19-cv-1704 (S.D.N.Y.) ($386.5 million settlement)

*Alaska Electrical Pension Fund v. Bank of America, N.A.*, No. 14-cv-7126 (S.D.N.Y.) ($504.5 million settlement)

*Axiom Investment Advisors, LLC*, by and through its Trustees, *Gildor Management LLC v. Barclays Bank PLC*, No. 15-cv-9323 (S.D.N.Y.) ($50 million settlement)

*Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.) ($590.5 million settlement)

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.) ($5.54 billion settlement)



# CARMEN A. MEDICI

**PRACTICE EMPHASIS**

Carmen Medici is a partner in Scott+Scott's San Diego office and focuses on complex antitrust class action litigation and unfair competition law. He represents businesses and consumers who are the victims of price-fixing, monopolization, collusion, and other anticompetitive and unfair business practices. Carmen specializes in litigation against giants in the tech, financial, pharmaceutical, agriculture, and commodities industries. He has worked on multiple complex class action cases to jury verdict.

**ADMISSIONS**

California, Arizona, Colorado, United States Court of Appeals for the Second and Ninth Circuits, United States District Courts for the Northern, Eastern, Central and Southern Districts of California, United States District Court for the Northern District of Illinois (General Bar).

**EDUCATION**

University of San Diego School of Law (J.D.); Arizona State University (B.S.)

**HIGHLIGHTS**

Carmen currently serves as co-lead counsel in *Klein et al v. Meta Platforms, Inc.*, 20-cv-08570 (N.D. Cal.) where he represents advertisers who allege they overpaid for advertising purchased from Meta Platforms (f/k/a Facebook). He is also a member of the leadership team in *In re Cattle Antitrust Litigation*, No. 22-md-03031 (D. Minn.) where he represents farmers against the nation's meatpackers alleging a conspiracy to suppress cattle prices. Carmen is also working on *In re European Government Bonds Antitrust Litigation*, No. 19-cv-02601 (S.D.N.Y.) which alleges that traders at major banks, through real-time Bloomberg instant messaging, conspired to and did manipulate the primary and secondary market for European government bonds to widen the bid-ask spreads which inflated bond prices while increasing trading fees. He also litigates *In re FICO Antitrust Litigation*, No. 20-cv-02114 (N.D. Ill.), where a putative class of consumers is seeking relief under allegations that FICO overcharged for its credit scores.

Prior to joining Scott+Scott, Mr. Medici's representative cases include:

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 05-md-01720 (E.D.N.Y.) ($5.5 billion settlement)

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-07789 (S.D.N.Y.) ($2.3 billion in settlements)

- *In re Aluminum Warehousing Antitrust Litigation*, No. 14-cv-3116-PAE (S.D.N.Y.)



- *In re Remicade Antitrust Litigation*, No. 2:17-cv-04326-KSM (E.D. Pa.)

- *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's, London Members of Syndicates, et al.*, No. 2:08-cv-00235 (D. N.J.)



# PATRICK MCGAHAN

**PRACTICE EMPHASIS**

Mr. McGahan specializes in antitrust and commodities litigation before United States and English courts.

**ADMISSIONS**

State of New York; United States District Court for the Southern District of New York; District of Colorado; England and Wales (with Higher Rights of Audience); Queensland, Australia

**EDUCATION**

King's College London (Postgraduate Diploma in Competition Law, 2015); University of Queensland (Bachelor of Laws, First Class Honours, and Bachelor of Arts, 2010)

**CLERKSHIPS**

Mr. McGahan clerked for the Honorable Justice Greenwood in the Australia Federal Court in 2011.

**HIGHLIGHTS**

Mr. McGahan is a partner in Scott+Scott's Connecticut and London offices and works closely with other members of the firm's Antitrust and Competition Practice in counseling corporate and institutional clients, evaluating potential claims, and developing strategies to recover losses caused by anticompetitive conduct. He has also acted for clients in a variety of securities litigation, arbitrations (both investment treaty and commercial), and pieces of general commercial litigation.

In the United States, Mr. McGahan is a member on the Scott+Scott team acting as co-lead counsel on behalf of cattle ranchers and futures traders alleging a conspiracy amongst nation's meatpackers to suppress fed cattle prices. *In re Cattle Antitrust Litigation*, No. 22-md-03031 (D. Minn.). Mr. McGahan also serves as Court-appointed liaison counsel on behalf of the rancher plaintiffs. Mr. McGahan is also part of the Scott+Scott leadership teams acting as Court-appointed co-lead counsel in *Klein, et al. v. Meta Platforms, Inc.*, No. 5:20-cv-08570-LHK (N.D. Cal.) ("Facebook") (alleging that Facebook monopolize the social advertising market) and acts on behalf of dairy-farmers accussing Dairy Farmers of America of anticompetive conduct in the North-East. *S.R.J.F., Inc. v. Dairy Farmers of America, Inc.*, No. 2:22-cv-00147-cr (D. Vt.).

Outside of antitrust, Mr. McGahan is active in commodities and securities manipulation cases, including *Two Roads Shared Trust v. John Does*, No. 20-cv-00831 (N.D. Ill.) (alleging manipulative trading of SPX Options in breach of the Commodities Exchange Act on behalf of a publicly traded investment vehicle in relation to losses exceeding $600 million), *In re Netshoes Sec. Litig.*, No. 157435/2018



(N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement on behalf of Netshoes' investors), and *Robinson v. Diana Containerships*, No. 17-cv-6160 (E.D.N.Y) (alleging conspiracy between funder and various Greek shipping companies), among other matters.

Prior to joining Scott+Scott, Mr. McGahan spent four years in the London office of Freshfields Bruckhaus Deringer LLP. During this time, he acted in many of the leading English competition damages cases, including *National Grid Electricity Transmission Plc v. ABB Ltd.* He also acted for numerous clients in competition law investigations, both internal investigations and those brought by the Competition and Markets Authority, the European Commission, and other regulators.

**HOBBIES**

When not at work, Mr. McGahan enjoys cycling, hiking, and, skiing with his three children.

**ARTICLES**

Mr. McGahan co-authored with Belinda Hollway, David Howe, and Devina Shah, *Cartel Damages Settlements and the Damages Directive: The End of the Road for Contribution Claims*, Global Competition Review (2017), Volume 10.

He also co-authored with David Howe and Cian Mansfield, *Intel on Jurisdiction: An Intelligent Approach to Treating Anticompetitive Conduct across Global Supply Chains*, Global Competition Review (2018), Volume 1.

# G. DUSTIN FOSTER

**PRACTICE EMPHASIS**

Dustin Foster's main practice areas include antitrust, securities, and complex litigation.

**ADMISSIONS**

State of West Virginia; United States District Courts: Northern and Southern Districts of West Virginia

**EDUCATION**

West Virginia University College of Law (J.D., 2002); West Virginia Wesleyan College (B.S., 1999)

**HIGHLIGHTS**

Mr. Foster's practice areas include antitrust, securities, and complex litigation, which includes such cases as *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570 (N.D. Cal.); *In Re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.), *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.), and *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Ltd. Co.*, No. 2:12-cv-03824 (E.D. Pa.).

During law school, Mr. Foster served as a law clerk for the West Virginia Supreme Court of Appeals, after which he assumed a full-time term position as a law clerk for the Hon. Thomas C. Evans, III, of the Fifth Circuit Court of West Virginia.



# FATIMA BRIZUELA

**PRACTICE EMPHASIS**

Ms. Brizuela's practice includes antitrust, unfair competition, and consumer protection litigation with a focus on complex class actions involving price-fixing, illegal tying, and unlawful monopolization.

**ADMISSIONS**

State of New York; United States District Court for the Southern District of New York

**EDUCATION**

California Western School of Law (J.D. 2015); Rutgers University (B.A., *summa cum laude*, 2009)

**HIGHLIGHTS**

Ms. Brizuela has represented classes of individuals and businesses harmed by anticompetitive conduct from initial pre-suit evaluation of claims all the way through to class certification and final approval of settlements. For her work, Ms. Brizuela has been nominated by her peers and recognized in each edition of U.S. News and World Report's Best Lawyers, "Ones to Watch" list in antitrust law, beginning with the inaugural edition in 2021 through to the present.

Ms. Brizuela's recent work includes representation of a class of participants who traded futures and options in the foreign exchange market, alleging that defendant banks colluded to manipulate foreign exchange rates, in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y.); *In re Cathode Ray Tube Antitrust Litigation* (N.D. Cal.) (represented an end-user class of businesses and consumers alleging that manufacturers of cathode ray tubes conspired to fix, raise, maintain, and/or stabilize prices, thereby harming end-users who paid artificially inflated prices for CRT products); *In re Disposable Contact Lens Antitrust Litigation* (M.D. Fla.) (represented a class of consumers alleging that manufacturers of disposable contact lenses engaged in a "hub and spoke" conspiracy to coordinate prices through what defendants referred to as "unilateral pricing policies"); *Miami Products & Chemical Co., et al. v. Olin Corp., et al.* (W.D.N.Y.) (represented direct purchasers alleging that manufactures colluded to reduce supply and artificially inflate the price of caustic soda throughout the United States); *In re Diisocyanates Antitrust Litigation* (W.D. Pa.) (represented a class of direct purchasers alleging manufacturers of isocyanates MDI and TDI engaged in coordinated actions to limit production and artificially increase prices); and *Jones v. Varsity Brands, LLC*, 20-cv-02892-SHL-tmp (W.D. Tenn.) (represented indirect purchaser class alleging defendants conspired to and did in fact form a monopoly over the cheerleading industry in the U.S.).

Ms. Brizuela is an active member of the American Bar Association's Antitrust Section, and the Young Lawyer's Division, the New York State Bar Association, the Committee to Support the Antitrust Laws (COSAL), and American Association for Justice. Ms. Brizuela is passionate about public service and in



2021 was awarded the Pro Bono Publico award for her volunteer work in providing pro bono legal services to victims of human and civil rights violations.



# MICHAEL SRODOSKI

**PRACTICE EMPHASIS**

Mr. Srodoski is an associate in the firm's Connecticut office and specializes in antitrust class actions.

**ADMISSIONS**

States of Minnesota and New York; United States District Courts: District of Minnesota, Southern District of New York, District of Colorado.

**EDUCATION**

University of Minnesota Law School (J.D., *cum laude*, 2016); University at Albany (B.A., Economics, 2001)

**CLERKSHIPS**

Clerk for Hon. Carol A. Hooten, Minnesota Court of Appeals, 2016-2017

Extern for Hon. Diana E. Murphy, United States Court of Appeals for the Eighth Circuit, 2015

**REPRESENTATIVE CASES**

*S.R.J.F., Inc. v. Dairy Farmers of America, Inc.; No.* 2:22-cv-00147-CR (D. Vt.) (attorney for all plaintiffs);

*Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.) (co-lead counsel for advertiser plaintiffs);

*In Re: Cattle and Beef Antitrust Litigation*, No. 0:22-md-03031-JRT-JFD (D. Minn.) (co-lead counsel for producer plaintiffs);

*Two Roads Shared Trust v. John Does*, No. 1:20-cv-0831 (N.D. Ill.) (attorney for plaintiff);

*In re: ICE LIBOR Antitrust Litigation*, No. 1:19-cv-00439 (S.D.N.Y.) (attorney for all plaintiffs);

*In re Equifax, Inc., Customer Data Security Breach Litigation*, No. 1:17-md-2800 (N.D. Ga.) (member of the Plaintiffs' Coordination and Discovery Committee);

*In re Broiler Chicken Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Ill.) (member of Plaintiffs' Discovery Committee).



**HOBBIES**

In his free time, Michael enjoys hand tool woodworking, reading to his son, and traveling (especially to Citizens Bank Park to watch the Philadelphia Phillies play).



# KYLE DINGMAN

**PRACTICE EMPHASIS**

Kyle Dingman is an associate in the firm's Austin office. His main practice areas include mass torts, complex litigation, and consumer law.

**ADMISSIONS**

State of Texas; United States District Court: Eastern and Western Districts of Texas

**EDUCATION**

University of Texas School of Law (J.D., 2011); University of Texas at Austin (B.A., Philosophy 2007)

**HIGHLIGHTS**

Mr. Dingman focuses his practice on seeking justice for wronged individuals, including workers and consumers injured or cheated by large companies. Before joining Scott+Scott, Mr. Dingman helped to secure millions of dollars in recoveries on behalf of injured clients in asbestos, pharmaceutical, and medical device cases. He has extensive litigation experience in both trial and appellate courts, ranging from very large and complex cases to the very personal.

Mass Torts: Lead counsel in a case arising out of a factory's distribution of asbestos waste materials to children of nearby farmer. Worked with expert witnesses to assess highly contaminated farm and develop novel testing protocol for measuring asbestos exposure of the children. Obtained seven figure recovery for clients.

Lead author of summary judgment motion challenging application of Texas worker's compensation defense to cases involving toxic chemical exposure before 1971. Motion resulted in multimillion dollar inventory settlement reached mid-hearing.

Lead appellate counsel in complex choice of law appeal involving application of successor liability in maritime asbestos exposure case.

Civil Rights: Lead counsel in a successful constitutional challenge against the State of Texas and other defendants, resulting in a final judgment invalidating portions of the Texas Property Code and Texas Rules of Civil Procedure governing service of process in eviction lawsuits. If upheld on appeal, the judgment will have the effect of invalidating hundreds of thousands of wrongfully obtained money judgments against Texas consumers.

General Civil Litigation & Pro Bono Work: Mr. Dingman has been either first or second chair in more than two dozen bench and jury trials. Beyond complex litigation, Mr. Dingman has devoted significant time to representing tenants, often on a pro-bono basis. Mr. Dingman's CLE papers and presentations include



*Proving and Calculating Damages in Consumer and Housing Cases* (2016); *Counseling the Landlord and Tenants in the Wake of a Natural Disaster* (2017).



# ANNA HUNANYAN

**PRACTICE EMPHASIS**

Anna Hunanyan focuses on complex antitrust litigation and class actions.

**ADMISSIONS**

State of California; State of Massachusetts

**EDUCATION**

University of California, Los Angeles (Bachelor of Arts, Honors, Business Economics, 2013); Boston College School of Law (Juris Doctor, 2017); Columbia University (Master of International Affairs, 2023)

**HIGHLIGHTS**

Ms. Hunanyan is a member of Scott+Scott's Antitrust and Competition Practice. She is presently part of the team that acts as Co-Lead Counsel for the ranchers and exchange classes in *In re Cattle and Beef Antitrust Litigation*, No. 0:22-md-03031 (D. Minn.) She is also active in the Scott+Scott team dedicated to counseling corporates on the private enforcement of competition laws globally. Ms. Hunanyan also serves on the executive committee for *Dennis v. The Andersons, Inc.*, No. 1:20-cv-04090 (N.D. Ill.).

Prior to joining the Firm, Ms. Hunanyan was an associate at Milbank LLP. Her practice there consisted of representing financial institutions and international companies in domestic and cross-border complex transactions and regulatory matters.



# ISABELLA DE LISI

**PRACTICE EMPHASIS**

Isabella De Lisi focuses on complex antitrust litigation and class actions.

**ADMISSIONS**

State of Connecticut

**EDUCATION**

University of Connecticut School of Law (J.D., 2022); Hofstra University (B.A., Political Science, minors in Philosophy, and Creative Writing, 2017)

**HIGHLIGHTS**

Ms. De Lisi is an attorney in Scott+Scott's Colchester office.  Ms. De Lisi acts for Scott+Scott on behalf of ranchers and live cattle futures traders in *In re Cattle and Beef Antitrust Litigation*, No. 0:22-md-03031 (D. Minn.), where Scott+Scott serves as co-lead counsel.  She also acts on behalf of dairy farmers accusing Dairy Farmers of America of anticompetitive conduct in the Northeast. *S.R.J.F., Inc. v. Dairy Farmers of America, Inc.*, No. 2:22-cv-00147 (D. Vt.).  Outside of antitrust, Ms. De Lisi is also active in commodities manipulation cases, including *Two Roads Shared Trust v. John Does*, No. 1:20-cv-00831 (N.D. Ill.).

While at the University of Connecticut School of Law, Ms. De Lisi served as the Senior Articles Editor for the Connecticut Public Interest Law Journal, was named President of the Italian American Law Students Association, and acted as Secretary for the First-Generation Law Students Association.  During Law School, Ms. De Lisi also managed a start-up and co-authored *Chapter 3 - The pattern alphabet: Nature's patterns are the language of spatial reasoning and biomimicry*, Biomimicry for Materials, Design and Habitats: Innovations and Applications (2022).  Prior to attending law school, Ms. De Lisi worked in investigative journalism, start-up management, and children's systems design in New York and Connecticut.



SCOTT + SCOTT

+ New York
+ London
+ Amsterdam
+ Berlin
+ California
+ Connecticut
+ Virginia
+ Ohio
+ Arizona

Scott+Scott + The Helmsley Building + 230 Park Ave, 17th Floor + New York, NY 10169 + United States + www.scott-scott.com

© 2020 Scott+Scott Attorneys at Law LLP