# EXHIBIT 3



*pro bono publico*

**ROBINS KAPLAN** LLP

800 553 9910

Everyone deserves access to justice, regardless of race, religious beliefs, nationality, gender identity, sexual orientation, or economic situation. We provide *pro bono* legal services because justice requires it of us, and our representation of those who cannot afford legal representation serves as a profound source of personal and professional satisfaction.

## FOR THE PUBLIC GOOD

At Robins Kaplan, we believe everyone deserves access to our legal system. We work every day to provide legal representation to those who cannot afford it.

Our *pro bono* policy sets high expectations. Each attorney is expected to provide at least 50 hours of *pro bono* work annually. As a result, our *pro bono* program is consistently recognized as among the top law firm programs in the country.

## WE TACKLE TOUGH CASES

Whether working for a paying or *pro bono* client, on a class action or for individual justice, our attorneys bring their reputation as tenacious champions to the courtroom. Our representations cover a broad spectrum, focusing on children with nowhere else to turn, survivors of abuse and violence, and immigrants seeking asylum. When life or liberty is on the line, we help our clients win what matters most.

We partner with more than 60 nonprofit organizations to help us identify *pro bono* opportunities that match our attorneys' skills and interests. Additionally, we partner with corporate attorneys from a number of businesses to leverage our resources and address unmet needs. Our *pro bono* services range from brief advice at legal clinics, to consulting with nonprofit attorneys, to full representation at trial.

**16,586** TOTAL ROBINS KAPLAN *PRO BONO* HOURS IN 2022

**Since 2008, at least 5% of the firm's total billable hours have been contributed to *pro bono* legal services.**

---

## GOOD FOR OUR COMMUNITY AND OUR FIRM

Our *pro bono* program serves to better our clients' lives and the communities we live in. Our attorneys find they benefit as well. We provide plentiful mentoring and *pro bono* legal services training to our attorneys, beginning with our Summer Associate program. *Pro bono* cases provide opportunities to gain courtroom experience, direct client interaction, and substantive legal expertise.

As our associates progress in their careers, the opportunities to gain experience through *pro bono* while being mentored by more senior firm members continues. For example, our more experienced associates in Minneapolis are paired with partners to represent low-income tenants at first appearances in eviction cases. While helping to prevent homelessness, these associates gain valuable experience counseling clients, negotiating with opposing counsel, and appearing in court.



"… Whether it's a team of experts to help low-income students challenge a nefarious college's bankruptcy, or a dedicated advocate to secure permanent asylum for a Guatemalan refugee fleeing horrific violence, Robins Kaplan is always there for our clients."

-PUBLIC COUNSEL



**84**

AVERAGE NUMBER OF *PRO BONO* HOURS PER ATTORNEY

# MAKING AN IMPACT, CASE BY CASE

Robins Kaplan provided *pro bono* representation in 2022 that allowed individuals fleeing persecution in their home countries to obtain asylum, helped low-income immigrants obtain green cards, fought to protect wilderness areas, advocated for children in the foster care system, helped low-income tenants advocate for their right to needed repairs in their rental homes, and helped provide stability for children and families through representation in adoption and guardianship cases.

**REWRITING THE ODDS**

## RECOGNITIONS

- Consistently highly ranked by *The American Lawyer* as a top *pro bono* firm

- Ranked #27 on Vault's Best Law Firms for *Pro Bono* in 2023

- 31 Firm attorneys named "North Star Lawyers" for providing pro bono advocacy by the MN State Bar in 2022

- Ranked #9 on the Minneapolis/St. Paul Business Journal's list of top Minnesota-based corporate philanthropists in 2022

- Named to *The National Law Journal's* "*Pro Bono* Hot List" in 2016, 2017, and 2019

- Robins Kaplan attorney awarded "*Pro Bono* Star" Award by *Human Rights First* in 2019

- Robins Kaplan attorney received the *Minnesota Justice Foundation* Private Practice award in 2020

- Robins Kaplan attorney received the American Bar Association *Pro Bono* Publico award in 2018

- Firm named a *pro bono* partner of the year by the Immigrant Law Center of Minnesota in 2018

"… The caliber of representation Robins Kaplan volunteer attorneys provide their Children's Law Center clients is truly remarkable. Our clients know… their rights and wishes are protected and advanced both inside and outside of the courtroom."

-CHILDREN'S LAW CENTER OF MINNESOTA

**Robins Kaplan LLP is among the nation's premier trial law firms, with more than 200 attorneys in seven major cities. Our attorneys litigate, mediate, and arbitrate client disputes, always at-the-ready for an ultimate courtroom battle. When huge forces are at play, major money is at stake, or rights are being trampled, we help clients cut through complexity, get to the heart of the problem, and win what matters most.**

# CONTACTS



**Geoffrey Kozen**
PRO BONO CHAIR
GKozen@RobinsKaplan.com
612.349.8500



**Lindsey Hanson**
PRO BONO COUNSEL
LHanson@RobinsKaplan.com
612 349 8526

**BISMARCK**
1207 West Divide Avenue
Suite 200
Bismarck, ND 58501
701 255 3000 TEL

**BOSTON**
800 Boylston Street
Suite 2500
Boston, MA 02199
617 267 2300 TEL

**LOS ANGELES**
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
310 552 0130 TEL

**MINNEAPOLIS**
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402
612 349 8500 TEL

**NEW YORK**
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
212 980 7400 TEL

**SILICON VALLEY**
555 Twin Dolphin Drive
Suite 310
Redwood City, CA 94065
650 784 4040 TEL

**SIOUX FALLS**
140 North Phillips Avenue
Suite 307
Sioux Falls, SD 57104