# EXHIBIT A

***Kozyak Tropin & Throckmorton.*** Since its founding in 1982, Kozyak Tropin & Throckmorton, LLP ("KTT") has played a leading role in some of the most significant class actions in the nation. KTT and its attorneys consistently rank among the most highly regarded litigation attorneys locally and on the national stage — from clients, judges, opponents, and professional journals — for effectiveness in and out of the courtroom. It is the only Chambers band-one rated law firm in the State of Florida in both litigation and bankruptcy. KTT is also a minority-owned law firm with numerous partners who have served as presidents or in leadership roles for local, regional, and national chapters of the Federal Bar Association, the Cuban American Bar Association, the Black Lawyers Association, the National Bar Association, the Black Women Lawyers Association, the Asian Pacific American Bar Association, and the Florida Association for Women Lawyers, among other organizations, and have further served as fellows in the American College of Bankruptcy, members of the International Academy of Trial Lawyers, and the Top 100 Lawyers in the Country.

KTT focuses on "bet-the-company" litigation, class actions, complex commercial litigation, healthcare, and business bankruptcy matters, typically against parties represented by larger, premier law firms. In addition to leading class actions and business litigation around the country, for the last forty years KTT and its attorneys have prosecuted virtually every major civil financial fraud case in the Southern District of Florida—and many elsewhere. For example, KTT represented 70% of the victims of the $1.2 billion Scott Rothstein South Florida Ponzi scheme leading to a nearly 100% recovery of the victims' $250 million in losses. Recently, KTT secured a $150 million settlement against Raymond James on behalf of EB-5 immigrant investors in the Jay Peak scheme that misappropriated more than $350 million in investor funds. KTT also represents many of the largest hospitals and health systems in South Florida and has recovered over $350 million in underpayments from a variety of major insurers for those providers.

Emblematic of KTT's position in the legal community, the firm recently served as the court-appointed Co-Chair Lead Counsel in *In re: Champlain Towers South Collapse Litigation*, Case No. 2021-015089-CA-01 in Miami-Dade County Circuit Court. In this leadership role KTT was tasked with the supervision and leadership of nearly every prominent plaintiffs' firm in South Florida, and many others from around the country, in managing the litigation stemming from the tragic Champlain Towers South building collapse in Surfside, Florida. In less than fifteen months, the KTT-led plaintiffs secured over $1.1 billion dollars in relief for the victims.

KTT also served as Co-Lead Counsel in the *In re Managed Care HMO Litigation* — MDL No. 1334 (00-md-10334) (S.D. Fla.) — a multidistrict litigation in which medical societies and several hundred thousand physicians sued Aetna, Cigna, Humana, and other managed care organizations for monetary and structural relief. Successfully certified as a RICO class action, this case — along with a second, equally challenging action against the Blue Cross entities — was settled for hundreds of millions of dollars in monetary relief, and also provided structured relief to physicians valued at well over a billion dollars.

KTT attorneys also currently serve on several committee positions in *In Re: Blue Cross Blue Shield Antitrust Litigation*, 13-cv-20000-RDP, and are the lead or putative lead class counsel in numerous other pending high-profile class actions, such as *Nuwer et al v. FCA US LLC, et al*, 20-cv-60432 (S.D. Fla.); *South Broward Hospital District v. ELAP Services, LLC, et al.*, 20-cv-

61007 (S.D. Fla.); and *Monopoli et al. v. Mercedes-Benz USA, LLC et al.,* 21-cv-01353 (N.D. Ga.). Other cases in which KTT attorneys have served in leadership positions in the recent past include:

- *In re: Marine Hose Antitrust Litig.*, 08-md-1888 (S.D. Fla.);
- *In re: Mushroom Direct Purchaser Antitrust Litig.*, 06-cv-00620 (E.D. Pa.);
- *Natchitoches Parrish Hospital v. Tyco (In re: Sharps Containers)*, 05-cv-12024 (D. Mass.);
- *Hollis v. JPMorgan Chase Bank, N.A.*, 12-cv-10544 (D. Mass.);
- *Marty v. Anheuser-Busch Companies, LLC*, 13-cv-23656 (S.D. Fla.);
- *Bauer-Ramazani v. TIAA-CREF et al.*, 09-cv-190 (D. VT);
- *Cory v. Wells Fargo Bank, N.A,.* 18-cv-0532 (M.D. Fla.);
- *Opalka v. Amalie Oil Company* (Fla. 11th Cir. Ct. 2018);
- *Walton v. Grammer Industries, Inc.,* 20-cv-12298 (E.D. Mich.);
- *MasTec Renewables Puerto Rico, LLC v. Mammoth Energy Services, Inc. et al.*, 20-cv-20263 (S.D. Fla.);
- *Fundacion Segarra-Boerman e Hijos, Inc., et al, v. Alfredo Martinez-Alvarez, et al.,* 16-cv-02914 (D.P.R.);
- *SEC v. MJ Capital Funding, LLC, et al.,* 21-cv-61644 (S.D. Fla.); and
- *Nelson v. F. Hoffman-La Roche, Ltd., et al.,* 21-cv-10074 (N.D. Cal.).

### *KTT Is Committed to Diversity*

In 2001, KTT received the Florida Bar Association's First Annual Diversity Award. The firm was recognized for its commitment to diversity, including race, sex, religion, and ethnic background. The firm also dedicates significant time and resources to the Kozyak Minority Mentoring Foundation (kmmfoundation.org), which was founded by, and still managed and overseen by, partners at KTT. The Foundation's mission is to provide assistance and support to minorities interested in pursuing legal careers, sponsor mentoring programs, provide networking opportunities, and offer limited financial aid. The Foundation takes primary responsibility for finding experienced lawyers and judges to mentor minority students at every law school in Florida. During the past two decades, the KMMF has matched thousands of minority law students with judges and lawyers who serve as mentors. The minority mentoring programs at the University of Miami and St. Thomas Schools of Law are now named for firm co-founder John Kozyak.

KTT has received numerous awards over the years including the Supreme Court Chief Justice's 2004 Law Firm Commendation in recognition of its commitment to providing free legal services to those who cannot afford legal fees; the Florida Bar President's 2006 Pro Bono Service Award; the ABA's 2007 "Spirit of Excellence" award; the Anti-Defamation League's 2010 Jurisprudence Award to recognize contributions to the legal profession and to the community at large; and the 2015 Tobias Simon Pro Bono Service Award, which recognizes extraordinary contributions by a Florida lawyer in making legal services available to people who otherwise could not afford them. In 2016, firm co-founder Harley Tropin received the American Jewish Committee Learned Hand Award, the highest honor given by the AJC within the legal profession.

**Benjamin Widlanski** is a partner at Kozyak Tropin & Throckmorton and focuses his practice on complex commercial litigation and class actions. He is the chair of the class action department at KTT.

He received his Bachelor of Arts in Philosophy and Religion at Columbia University. He then earned his Juris Doctor from Columbia University School of Law, where he was a Harlan Fiske Stone Scholar. After graduating law school, he served for almost five years in the United States Army as a Captain in the Judge Advocate General's Corps, where he advised various commanders on military justice matters and other legal issues, litigated in federal court and military courts martial, and received numerous medals and distinctions, including a Bronze Star and a Combat Action Badge.

Ben brings extensive courtroom and trial experience, as he spent five years as an Assistant United States Attorney at the United States Attorney's Office for the Southern District of Florida. During that time, he prosecuted and investigated hundreds of federal crimes, including labor trafficking, sex trafficking, sex tourism, narcotics trafficking, violent organized gangs, aggravated identity theft, money laundering, wire and mail fraud, cyber-crimes and crimes involving the Dark Web and cryptocurrencies, armed robbery, international kidnapping, and murder. He tried more than a dozen cases before a jury, he briefed and argued multiple matters before the Eleventh Circuit Court of Appeals, and managed large investigative teams from virtually every federal law enforcement agency, receiving awards and recognition from the FBI, Inspectors General Council, Department of Veterans Affairs OIG, and Department of Homeland Security.

Ben represents the victims of Ponzi schemes and other large-scale fraud cases in class action lawsuits around the country. He also represents consumer classes in lawsuits against large corporations for selling mislabeled and defective products, deceptive trade practices, and data breaches. Ben's practice areas also include professional malpractice claims, business disputes, antitrust litigation, and internal investigations.

Ben has been the court appointed lead in numerous class actions, and currently serves as the lead in *Nuwer et al v. FCA US LLC, et al*, 20-cv-60432 (S.D. Fla.) and the putative lead in *South Broward Hospital District v. ELAP Services, LLC, et al.*, 20-cv-61007 (S.D. Fla.), *Walton v. Grammer Industries, Inc.,* 20-cv-12298 (E.D. Mich.), and *Monopoli et al. v. Mercedes-Benz USA, LLC et al.,* 21-cv-01353 (N.D. Ga.). He was the court-appointed Special Master in *In re ERMI ('289) Patent Litig.*, No. 19-02914-MD-ALTMAN (S.D. Fla.) and serves as the court-appointed counsel to the Receiver in *SEC v. MJ Capital Funding, LLC, et al.,* 21-cv-61644 (S.D. Fla.).

Ben is an adjunct professor at the University of Miami Law School, where he teaches Litigation Skills, and he devotes time to various Veterans-focused non-profit organizations, including serving as a member of the board of the Mentors of the Miami-Dade Veterans Treatment Court.

**Javier Lopez** is a partner at Kozyak Tropin & Throckmorton and the co-chair of complex and commercial litigation. Javier has particular expertise in advising and representing international clients in matters brought in U.S. federal and state courts, and has represented many high-profile corporations and individuals in contract and business disputes, commercial transactions, and intellectual property matters. He has handled trials and appeals on both the state and federal levels.

He received his Bachelor of Arts *cum laude* in Sociological Anthropology from Harvard University and his Juris Doctor from George Washington University School of Law. Javier handles some of the firm's largest and most complex litigation matters. He has particular expertise in filing claims involving financial institutions, accounting firms, individuals and others for participation in fraudulent schemes, individual and class actions involving deception and false advertising, and representing high net worth individuals and large companies in contract and shareholder disputes. He has a passion for civil rights and is frequently appointed by courts to represent the interests of the less fortunate against government entities and law enforcement.

Chambers USA (2021) ranked Javier for Litigation: General Commercial and described him as "an effective oral advocate" and "An experienced litigator who leads an excellent team." From 2010-2018, he was named a "Rising Legal Star" by Florida Super Lawyer's Magazine, a "Rising Star" by the Daily Business Review and a "Top 40 Under 40" by the Cystic Fibrosis Foundation. He was elected to the Cuban American Bar Association's Board of Directors in 2009 and served as its President in 2017. Javier was honored as a Golden Angel for his support of the Jackson Memorial Foundation through JUNTOS, the philanthropic foundation he co-founded. Since 2005, he has been a member of the Harvard Alumni Association's Interviewing Committee. He is also a Miami Art Studio (MAS) advisory Board Member.

Javier was appointed as Co-Lead Counsel to the Economic Loss and Property Damage Track in the Champlain Towers South Collapse Litigation in Miami-Dade County state court before the Honorable Michael Hanzman. He has previously represented a real estate developer against a manufactured gas plant operator in a complicated environmental contamination case with damages estimated at over $140 million that settled after a five-week bench trial. Recently, Javier won a jury verdict in excess of $35 million that also settled prior to appeal. He currently serves on the discovery committee in *In Re: Blue Cross Blue Shield Antitrust Litigation*, 13-cv-20000-RDP.

Javier is very active in the South Florida Cuban community and charitable organizations such as the Nicklaus Children's Hospital Foundation (formerly Miami Children's Hospital Foundation) and the Big Brothers Big Sisters Program.



**Tal J. Lifshitz** is a partner in Kozyak Tropin & Throckmorton's complex litigation department.

He received his Bachelor of Arts, *magna cum laude*, from the University of Central Florida and his Juris Doctor from the University of Miami Law School, *summa cum laude*. While in law school, he was a member of the Charles C. Papy Jr. Moot Court Board and served as the Eleventh Circuit Editor of the University of Miami Law Review.

Since 2019 Tal has been recognized by Super Lawyers in the area of Class Actions/Mass Torts, was recently included in the 2023 Best Lawyers: Ones to Watch, and has been invited to serve as a Faculty Member for the National Institute for Trial Advocacy (NITA), teaching multi-day trial and deposition technique programs using NITA's hands-on, "learn-by-doing" method. Tal also currently serves as the President for the South Florida Chapter of the Federal Bar Association.

An experienced litigator and former federal judicial law clerk with federal jury trial experience, Tal is part of a team at KTT that handles "bet the company" cases and class actions. He has represented a wide range of sophisticated corporate and individual clients, including investors in high-stakes business disputes, investment and securities frauds, and Ponzi scheme litigation.

High stakes cases that Tal has worked on include representing 70% of victims of the $1.2 billion Scott Rothstein South Florida Ponzi scheme leading to a nearly 100% recovery of the victims' $250 million in losses. More recently, Tal also had a leading role in securing a $150 million settlement against Raymond James on behalf of EB-5 immigrant investors in the Jay Peak scheme that misappropriated more than $350 million in investor funds, and in managing the litigation stemming from the tragic Champlain Towers South building collapse in Surfside, Florida as part of KTT's court appointment as Co-Chair Lead Counsel in *In re: Champlain Towers South Collapse Litigation*, Case No. 2021-015089-CA-01 in Miami-Dade County Circuit Court. In less than fifteen months, the KTT-led plaintiffs secured over $1.1 billion dollars in relief for the Surfside victims.

Most recently, Tal served as lead defense trial counsel on behalf of a globally respected expert on risk management and restructuring in a film financing dispute over the 2015 Natalie Portman film "Jane Got a Gun," brought by the Boies Schiller Film Group. After a three week trial, Tal and his team successfully secured a full defense verdict in their client's favor.

Other complex cases and class actions in which Tal has made substantial contributions include:

- *South Broward Hospital District v. ELAP Services, LLC, et al.*, 20-cv-61007 (S.D. Fla.);
- *MasTec Renewables PR v. Mammoth Energy Services, Inc.*, 20-cv-20263 (S.D. Fla.);
- *Fundacion Segarra-Boerman v. Alfredo Martinez-Alvarez,* 16-cv-02914 (D.P.R.);
- *Marty v. Anheuser-Busch Companies, LLC*, 13-cv-23656 (S.D. Fla.); and
- *In re: Mushroom Direct Purchaser Antitrust Litig.*, 06-cv-00620 (E.D. Pa.).