# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Honorable Waverly D. Crenshaw<br><br>Declaration of Joshua D. Snyder on Behalf of Boni, Zack & Snyder LLC in Support of Scott & Robins Leadership Application<br><br>This Document Relates to: ALL CASES |

## DECLARATION OF JOSHUA D. SNYDER ON BEHALF OF BONI, ZACK & SNYDER LLC IN SUPPORT OF SCOTT & ROBINS LEADERSHIP APPLICATION

I, Joshua D. Snyder, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct to the best of my knowledge and belief.

1. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, State of New Jersey, and multiple federal courts.

2. I am a partner of the law firm of Boni, Zack & Snyder LLC ("BZS"), counsel for plaintiff in the following action that is part of the above-captioned multidistrict litigation (the "MDL"): *Enders v. RealPage, Inc. et al.*, No. 3:23-cv-00390 (M.D. Tenn.).

3. Pursuant to this Court's April 19, 2023, Order (ECF. No. 3) and the June 1, 2023, Order (ECF. No. 119), I submit this declaration in support of the Watters Plaintiffs' Leadership Application submitted by Scott+Scott Attorneys at Law LLP and Robins Kaplan LLP (the "Scott & Robins Leadership Application").

4. BZS represents clients in complex civil litigation, particularly plaintiffs in antitrust, intellectual property, and consumer protection actions. Many of our cases are class actions, where

we serve as class counsel, often in a lead position. For example, in (a) *In re: Interior Molded Doors Antitrust Litig.*, No. 3:18-cv-00718-JAG (E.D. Va.), BZS served as co-lead counsel, and, after hard-fought litigation, the case settled for $61.6 million; (b) *In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.) ("*Payment Card*"), BZS is on the Plaintiffs' Executive Committee in this class action litigation, which has resulted in a $5.6 billion settlement; and (c) *In re: Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 1:13-cv-7789-LGS (S.D.N.Y.) ("*Foreign Exchange*"), BZS's work on behalf of the class contributed to $2.3 billion in settlements.

5. I have been a litigator for close to 19 years. During that time, as noted above, BZS has been appointed to leadership positions in many complex cases.

6. BZS supports the Scott & Robins Leadership Application. I am familiar with the work of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Robins Kaplan LLP ("Robins"). For example, Scott+Scott and Robins were appointed co-lead counsel in *Foreign Exchange* and *Payment Card*, respectively. Each firm represented the class in those matters with great skill and professionalism. Both are highly qualified to lead the Multifamily Plaintiffs in this MDL, and BZS supports the appointment of Scott+Scott and Robins as interim co-lead counsel.

7. In addition, as a result of working with a multi-state coalition of attorneys prosecuting cases against manufacturers and distributors of opioid pharmaceuticals, I am familiar with Tricia Herzfeld, Esq. of Herzfeld, Suetholz, Gastel, Liniski, and Wall, PLLC. Based on this experience, I support the appointment of Ms. Herzfeld as Plaintiffs' Liaison Counsel.

8. Finally, I am also familiar with several of the firms seeking appointment to the Plaintiffs' Steering Committee as part of the Scott & Robins Leadership Application, including Cafferty Clobes Meriwether & Sprengel LLP, Lowey Dannenberg, P.C., Joseph Saveri Law Firm,

LLP, and Korein Tillery P.C. BZS supports the appointment of the proposed set of firms to positions on the Plaintiffs' Steering Committee.

9. BZS is available and willing to assist the Scott & Robins Leadership team should they ask for our assistance in prosecuting this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2023, in Bala Cynwyd, Pennsylvania.

_____
Joshua D. Snyder