**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| **IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)**<br><br>**THIS DOCUMENT RELATES TO:  ALL CASES** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**Honorable Waverly D. Crenshaw**<br><br>**DECLARATION OF WILLIAM G. CALDES ON BEHALF OF SPECTOR ROSEMAN & KODROFF, P.C.  IN SUPPORT OF SCOTT & ROBINS LEADERSHIP APPLICATION** |

**DECLARATION OF WILLIAM G. CALDES ON BEHALF OF SPECTOR ROSEMAN &**
**KODROFF, P.C., IN SUPPORT OF**
**SCOTT & ROBINS LEADERSHIP APPLICATION**

Pursuant to 28 U.S.C. §1746, I, William G. Caldes, declare that the following is true and correct to the best of my knowledge and belief:

1.      I am a member in good standing of U.S. District Court of New Jersey, U.S. District Court of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit.

2.      I am a partner at the law firm of Spector Roseman & Kodroff, P.C. ("SRK"), counsel for Plaintiffs in the action *Nancy Alexander v. The Irvine Company, LLC; et al*, 3:23-cv-00440 (M.D. Tenn.), which has been consolidated into the above-captioned multidistrict litigation (the "MDL").

1

3.       Pursuant to this Court's Order of April 19, 2023 (Dkt. No. 3) and the June 1, 2023, Stipulation and Order (Dkt. No. 119), I submit this declaration in support of the Watters Plaintiffs' Leadership Application by Scott + Scott Attorneys at Law LLP and Robins Kaplan LLP (the "Scott & Robins Leadership Application").

4.       Both SRK and I have extensive experience litigating complex cases.  We have used our experience and knowledge to efficiently litigate these cases to successful resolutions. SRK and I have also been involved in lead positions in many complex cases as noted directly below.

5.       I have been a class action litigator for over 25 years.  During that time, SRK and I have been appointed to leadership positions in many different successful complex cases.  Some of those cases are as follows: Co-lead counsel in *In re Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.) (a price-fixing class action recognized as one of the largest antitrust cases ever litigated involving more than 27 different products, achieving over $300 million in settlements for direct purchasers of certain automotive parts); Co-lead counsel in *In re Interior Molded Doors Antitrust Litigation*, No. 3:18-cv-00718-JAG (E.D. Va.) (a price-fixing class action in which counsel achieved a settlement of $61.6 million for direct purchasers of interior molded doors); Co-lead counsel in *In re Domestic Drywall Antitrust Litigation*, MDL No. 2437 (E.D. Pa.) (a price-fixing class action in which we achieved a settlement of over $190 million for direct purchasers of drywall); Co-lead counsel in *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa.) (a price-fixing class action achieving a settlement of $120 million for the class of OSB purchasers); Co-lead counsel in *McDonough v. Toys R Us* (E.D. Pa.) (a rare case involving resale price maintenance with six sub-classes of baby product consumers and which settled for $35.5 million); Co-lead counsel in *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.) (a price-fixing class achieving a settlements of $202 million for direct purchasers of

linerboard); Co-lead counsel in *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.) (a price-fixing/market allocation class action achieving a settlement of $120 million); and Co-lead counsel in *In re Blood Reagents Antitrust Litig.*, MDL No. 2081 (E.D. Pa.) (achieving settlements of $41.5 million for the class of hospital purchasers of blood reagents). Based on our experience and my understanding of the issues of this MDL, SRK and I support the Scott & Robins Leadership Application.

6. I am familiar with the work of both Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Robins Kaplan LLP ("Robins") because SRK is currently (and has in the past) working closely with both Scott+Scott and Robins. For example, in *In Re FICO Antitrust Litig.*, 1:20-cv-02114 (N.D. Ill.), SRK is co-lead counsel for the indirect purchaser class and Scott+Scott is lead counsel for the direct purchaser class. We have coordinated our efforts in litigating the *FICO* case on behalf of both sets of classes and have had great success in that coordination. SRK is also currently litigating *In Re Hard Disk Drive Suspension Assemblies Antitrust Litig.*, MDL No. 2918 (N.D.Ca.), where Robins is co-lead counsel and SRK is a member of the steering committee. Due to our present and past exposure with both Scott+Scott and Robins we have the utmost confidence that this case will be litigated professionally, effectively, and efficiently. Both firms are eminently qualified to lead this MDL; SRK and I support the appointment of these two firms as interim co-lead counsel, as set forth in the Scott & Robins Leadership Application.

7. I am also familiar with all the firms which are seeking appointment to the Plaintiffs' Steering Committee ("PSC") as part of the Scott & Robins Leadership Application. Beyond being familiar with all the proposed PSC firms, SRK and I are currently litigating several cases with several of them. We currently are serving as co-lead counsel with Lowey Dannenberg, P.C. in *Frasco et al. v. Flo Health et al.*, No. 3:21-cv-00757-JD (N.D Cal.); we are currently litigating

with Cafferty Clobes Meriwether & Sprengel, LLP, in *In Re Cattle and Beef Antitrust Litigation* MDL No. 3031 (D. Minn.).; and litigating with the Joseph Saveri Law Firm, both *In Re JUUL Labs, Inc., Antitrust Litigation*, 20cv2345 (N.D. Ca.), and *In Re Capacitors Antitrust Litigation,* 3:14cv3264 (N.D. Ca.). All the proposed PSC law firms are highly respected based on their substantial experience litigating complex antitrust class actions and achieving outstanding results for their clients and class members. SRK and I support the appointment of these firms to positions on the PSC.

8. I am familiar with Tricia Herzfeld, Esq. of Herzfeld, Suetholz, Gastel, Liniski, and Wall, PLLC. I support the appointment of Ms. Herzfeld as Plaintiffs' Liaison Counsel, pursuant to the Scott & Robins Leadership Application.

9. As clearly noted above, SRK and I have the utmost confidence in the Scott & Robins Leadership group and their ability to litigate this case professionally, effectively, and efficiently on behalf of the Class.

I declare under penalty of perjury that the foregoing is true and correct.


DATED: June 5, 2023          /s/ *William G. Caldes*
                             William G. Caldes

                             **SPECTOR ROSEMAN & KODROFF PC**
                             William G. Caldes (*Pro Hac Vice*)
                             Jeffrey L. Spector (*Pro Hac Vice*)
                             Icee N. Etheridge (*Pro Hac Vice*)
                             2001 Market Street, Suite 3420
                             Philadelphia, Pennsylvania 19103
                             T: (215) 496-0300
                             Bcaldes@srkattorneys.com
                             Jspector@srkattorneys.com
                             Ietheridge@srkattorneys.com

4