# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071-WDC<br>MDL No. 3071<br><br>**This document relates to:**<br>ALL ACTIONS<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Natasha J. Fernandez-Silber hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Matthew Alvarez and Scott Halliwell.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ *Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber

**Name:** Natasha J. Fernández-Silber
**State where admitted and State Bar Number:** New York (5242193)
**Business Address:** Edelson PC, 350 N LaSalle St, 14th Floor, Chicago, IL 60654
**Phone:** 1-628-241-1135
**Email:** nfernandezsilber@edelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s/ *Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber