# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__NATASHA JUANITA FERNANDEZ-SILBER__ , Bar # __NF1123__

was duly admitted to practice in the Court on

__August 02, 2016__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. On __June 6, 2023__
New York, New York

__Ruby J. Krajick__  By  __s/ D. Shaw__
Clerk of Court   Deputy Clerk