UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No.: 3:23-md-03071<br>MDL No. 3071 |
| | This document relates to:<br><br>3:23-cv-00412 |

# NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT PEABODY PROPERTIES, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Precht hereby dismisses all claims and causes of action against Defendant Peabody Properties, Inc., without prejudice. All other Defendants are not dismissed and remain parties to this Action.

Dated: June 8, 2023

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                              */s/ Tricia R. Herzfeld*
                                              Tricia R. Herzfeld