UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No.: 3:23-md-03071** <br> **MDL No. 3071** |
| | **This document relates to:** <br><br> **3:23-cv-00413** |

# NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT PEABODY PROPERTIES, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Billie Jo White hereby dismisses all claims and causes of action against Defendant Peabody Properties, Inc., without prejudice. All other Defendants are not dismissed and remain parties to this Action.

Dated: June 8, 2023

*/s/ Patrick J. McGahan*
David R. Scott (*pro hac vice*)
Amanda Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
G. Dustin Foster (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com


Patrick J. Coughlin (*pro hac vice*)
Carmen A. Medici (*pro hac vice*)

Fatima Brizuela (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Kristen Anderson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
kanderson@scott-scott.com

Thomas J. Undlin (*pro hac vice*)
Stacey Slaughter (*pro hac vice*)
Geoffrey H. Kozen (*pro hac vice*)
J. Austin Hurt (*pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

Christian P. Levis (*pro hac vice*)
Vincent Briganti (*pro hac vice*)
Peter Demato (*pro hac vice)*
Radhika Gupta (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

    */s/ Patrick J. McGahan*
    Patrick J. McGahan