UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No.: 3:23-md-03071<br>MDL No. 3071 |
|---|---|
| | This document relates to:<br><br>ALL ACTIONS |

**RESPONSE TO MORGAN PLAINTIFFS' APPLICATION FOR INTERIM CO-LEAD COUNSEL FOR THE MULTIFAMILY PLAINTIFF CLASS**

1

The Watters Plaintiffs respectfully submit this brief response to address two points raised by the Morgan Plaintiffs' application that they believe warrant clarification:

*First*, the Morgan Plaintiffs' suggestion that the Watters Plaintiffs have "abandon[ed]" (or would abandon) the claims of certain renters by failing to "plead a nationwide class" is incorrect. *See* ECF No. 258, at pp. 5 & 12-13. As the Watters Plaintiffs have made clear in their application, they intend to plead both a *per se* antitrust violation on behalf of a nationwide class, and claims under the rule of reason, in the alternative, on behalf of regional subclasses. ECF No. 257, 13-14. This approach safeguards class members' interests by providing the flexibility needed to adjust their claims and the class definition to conform to the facts revealed in discovery. If anything, this approach enhances the chance of recovery; it does not abandon any claims.

*Second*, where, as here, the genesis of this MDL's initial complaints is public information—namely *Pro-Publica's* October 15, 2022 article—which Plaintiff group filed the first complaint should be given little weight. Rather, the more important factor under Rule 23(g) is the work performed by applicants on behalf of the class. Judged against this rubric, Scott & RK's *Goldman* complaint demonstrates this and presents this MDL's strongest claims and gives the classes the best chance of success.

| Dated: June 8, 2023 | /s/ Tricia R. Herzfeld |
|---|---|
| | Tricia R. Herzfeld (#26014) |
| | Anthony A. Orlandi (#33988) |
| | **HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC** |
| | 223 Rosa L. Parks Avenue, Suite 300 |
| | Nashville, TN 37203 |
| | Telephone: (615) 800-6225 |
| | tricia@hsglawgroup.com |
| | tony@hsglawgroup.com |

David R. Scott (*pro hac vice*)
Amanda Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
G. Dustin Foster (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Patrick J. Coughlin (*pro hac vice*)
Carmen A. Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Kristen Anderson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

kanderson@scott-scott.com

Thomas J. Undlin (*pro hac vice*)
Stacey Slaughter (*pro hac vice*)
Geoffrey H. Kozen (*pro hac vice*)
J. Austin Hurt (*pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

Vincent Briganti (*pro hac vice*)
Christian P. Levis (*pro hac vice*)
Peter Demato (*pro hac vice)*
Radhika Gupta (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke (*pro hac vice*)
cburke@koreintillery.com
Walter W. Noss (*pro hac vice*)
wnoss@koreintillery.com
Yifan (Kate) Lv (*pro hac vice*)
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (*pro hac vice* forthcoming)
Steven N. Williams (*pro hac vice* forthcoming)
Cadio Zirpoli (*pro hac vice* forthcoming)

4

Kevin E. Rayhill (*pro hac vice* forthcoming)
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Email:
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin J. Widlanski (*pro hac vice* forthcoming)
bwidlanski@kttlaw.com
Javier A. Lopez (*pro hac vice* forthcoming)
jal@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Jennifer W. Sprengel (*pro hac vice* forthcoming)
Daniel O. Herrera (*pro hac vice* forthcoming)
Alexander Sweatman (*pro hac vice* forthcoming)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel:  312-782-4880
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Watters Plaintiff Counsel*

5

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                    /s/ Tricia R. Herzfeld
                                                  Tricia R. Herzfeld