**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case no. 3:23-md-3071** <br> **MDL No. 3071** <br><br> **Judge Waverly D. Crenshaw, Jr.** <br><br><br> **This Document Relates to:** <br><br> **3:23-cv-00335** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court, Middle District of Tennessee, Hannah E. Brown hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant Rose Associates, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the below is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of California. Attached as Exhibit A is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee Bar and admitted to the bar of this Court, local counsel must be retained. Below is

the name, address, phone number, and e-mail address of local counsel retained in this matter:

>Jacquelyne D. Fiala (TN Bar no. 030498)
>Gordon Rees Scully Mansukhani
>4031 Aspen Grove Drive, Suite 290
>Franklin, TN  37067
>Tel: (615) 772-9032
>Email: JFiala@grsm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court, Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

Dated:  June 8, 2023

GORDON REES SCULLY MANSUKHANI

By: */s/ Hannah E. Brown*
Richard P. Sybert
Hannah E. Brown *(pro hac vice pending)*
101 West Broadway, Suite 2000
San Diego, CA  92101
(619) 696-6700
rsybert@grsm.com
hbrown@grsm.com

Jacquelyne D. Fiala (Bar no. 030498)
4031 Aspen Grove Drive, Suite 290
Franklin, TN  37067
(615) 772-9032
jfiala@grsm.com

*Counsel for Rose Associates, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

                                          */s/ Hannah E. Brown*
                                           Hannah E. Brown