# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333 |

## NOTICE OF APPEARANCE OF DANIELLE R. FOLEY

Notice is hereby given that the undersigned attorney, Danielle R. Foley, of Venable LLP, is entering an appearance in the above-referenced matters as counsel of record for Defendant CH Real Estate Services, LLC. The Court granted the Motion for Danielle R. Foley to Appear *Pro Hac Vice* in this MDL on May 22, 2023. ECF No. 153.

Dated: June 9, 2023

Respectfully submitted,

*/s/ Danielle R. Foley*
Danielle R. Foley (Admitted *Pro Hac Vice*)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4343
Facsimile: 202.344.8300
Email: drfoley@venable.com

*Attorney for Defendant*
*CH Real Estate Services, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on June 9, 2023.

<i>/s/ Danielle R. Foley</i><br>
Danielle R. Foley