UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>This Document Relates to:<br><br>3:23-cv-00330<br>3:23-cv-00326<br>3:23-cv-00339<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440 |

## ORDER

Defendant ZRS Management, LLC ("Defendant") has filed a Joint Motion to Substitute Counsel (the "Motion"), seeking to substitute Ferdose Al-Taie (pending admission *pro hac vice*) and Christopher E. Thorsen of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC as counsel of record in the above matters in place of Ryan C. Krone, Richard B. Brosnick, and Robert H. Scott of the law firm Akerman, LLP. (Doc. No. 253). The Motion is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE