# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Cadio R. Zirpoli

Bar Number 179108

was duly admitted to practice in this Court on April 18th, 2000, and is in good standing as a member of the bar of this Court.

Signed on June 6, 2023 by



Mark B. Busby

