IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071-WDC-BDH<br>MDL 3071<br><br>This document relates to:<br>3:23-cv-00380<br>3:23-cv-00391<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**Magistrate Judge Barbara D. Holmes** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Kathleen Jordan McMahon, associate at the Joseph Saveri Law Firm, LLP, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs Shelley Schmidig and Matteo Marchetti.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceedings.

Executed on June 6, 2023.   By: /s/ *Kathleen Jordan McMahon*
  Kathleen Jordan McMahon

**Name:** Kathleen Jordan McMahon
**State where admitted and State Bar Number:** California (340007)
**Business Address:** 601 California Street, Suite 1000, San Francisco, California 94108
**Phone**: (415) 500-6800
**Email**: kmcmahon@saverilawfirm.com