# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Kathleen Jordan McMahon

Bar Number 340007

was duly admitted to practice in this Court on March 1, 2023, and is in good standing as a member of the bar of this Court.



Signed on June 6, 2023 by

Mark B. Busby, Clerk of Court

