# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Melinda J. Morales

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Melinda J. Morales was duly admitted to practice in said Court on (06/19/1998) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/13/2023 )

                                             Thomas G. Bruton , Clerk,

                                             By:  London McGarr
                                                   Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LONDON MCGARR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
June 13, 2023