UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No II) | CASE NO. 3:23-md-03071 MDL No. 3071 |
| | **NOTICE OF WITHDRAWAL** |
| | *CLERK'S ACTION REQUIRED* |
| **This Document Relates to:** | |
| *Navarro v. RealPage, Inc. et al.* | **Case No. 3:23-cv-00329** |

TO: CLERK OF THE COURT; AND

TO: ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that J. Chad Mitchell and Christopher T. Wion of SUMMIT LAW GROUP, PLLC hereby withdraw as attorneys for **Defendant CA Ventures Global Services, LLC**, in the above-captioned matter. They should be removed from any applicable service list.

DATED this 15th day of June, 2023.

> SUMMIT LAW GROUP, PLLC
> *Withdrawing* Attorneys for Defendant
> CA Ventures Global Services, LLC
>
> By: *s/ J. Chad Mitchell*
>  J. Chad Mitchell, WSBA #39689
>  chadm@summitlaw.com
>  315 Fifth Ave. South, Suite 1000
>  Seattle, WA 98104
>  Tel: (206) 676-7100

NOTICE OF WITHDRAWAL - 1
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:23-md-03071 Document 287 Filed 06/15/23 Page 1 of 3 PageID #: 1586

By: *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
chrisw@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7100

NOTICE OF WITHDRAWAL - 2
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing NOTICE OF WITHDRAWAL was filed electronically and served via the CM/ECF system which will send notification to all attorneys of record.

DATED this 15th day of June, 2023.

By: *s/ J. Chad Mitchell*
J. Chad Mitchell, WSBA #39689
chadm@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA  98104
Tel: (206) 676-7100

By: *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
chrisw@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA  98104
Tel: (206) 676-7100

NOTICE OF WITHDRAWAL - 3
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001