# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) **Case No. 3:23-md-3071** **MDL No. 3071** **This Document Relates to: 3:23-cv-00329** |

## ORDER

Before the Court are Notices of Withdrawal (Doc. Nos. 286 and 287) for J. Chad Mitchell and Christopher T. Wion of Summit Law Group, LLC representing Defendant CA Ventures Global Services, LLC. Pursuant to the Local Rules of Court, LR 83.01(g), "Any attorney desiring to withdraw as the attorney of record for a party must file a motion to withdraw, which must set forth the reasons for the withdrawal request and must certify that such attorney has given written notice to the client of the attorney's intention to withdraw from the case. A copy of the notice must be appended as an exhibit to the motion to withdraw. Such notice to the client must be given at least fourteen (14) days prior to the filing of the motion to withdraw." The Notices (Doc. No. 286 and 287) do not comply with the Local Rules as such, the Clerk shall take no action on the Notices.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1