UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

Case No. 3:23-md-3071
MDL No. 3071

This Document Relates to:

3:22-cv-01082

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Isabella De Lisi hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Brandon Watters.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

n/a

3. I have not been found in contempt by any court or tribunal, except as provided below:

n/a

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

n/a

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

n/a

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

n/a

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Tricia Herzfeld; 223 Rosa L Parks Ave., Suite 300, Nashville, TN 37203; (615) 800-6225; tricia@hsglawgroup.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Isabella De Lisi     Signature

Name: Isabella De Lisi
State where admitted and State Bar Number: State of Connecticut, 444010
Business Address: 156 S. Main Street, P.O. Box 192, Colchester, Connecticut 06415
Local Address [if different from above]: 223 Rosa L Parks Ave., Suite 300, Nashville, TN 37203
Phone: (860) 537-5537
Email: idelisi@scott-scott.com

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [DE 2], I hereby certify that a copy of the foregoing was electronically filed with the court and electronically served via the Court's ECF system on the 20th day of June 2023.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]