# United States District Court for the District of Connecticut



## Certificate of Good Standing

I, Dinah Milton Kinney, Clerk of this Court, do hereby certify that *Isabella De Lisi* (Bar #ct31479) was duly admitted to practice in this Court on June 12, 2023 and is in good standing as a member of the Bar of this Court.

Dated at Hartford, Connecticut on June 14, 2023.

Dinah Milton Kinney, Clerk

By:
Deputy Clerk : /s/Brandon Seguro