UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00333<br>3:23-cv-00337<br>3:23-cv-00339<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00412<br>3:23-cv-00413<br>3:23-cv-00414<br>3:23-cv-00440 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(g), I, Sonja Swanbeck of Morrison & Foerster LLP, hereby

notify this Court that I am withdrawing as co-counsel for Defendant UDR, Inc. ("UDR") in the

above-referenced cases – originally filed in the Western District of Washington where I appeared

as counsel. UDR will continue to be represented by co-counsel David D. Cross, Jeffrey A.

Jaeckel, Robert W. Manoso, and Eliot A. Adelson with the law firm of Morrison & Foerster

LLP, and Joshua L. Burgener with the law firm of Dickinson Wright PLLC. A copy of the notice

of compliance with LR83.01 is attached as Exhibit A.

Respectfully submitted this 23rd day of June, 2023.

/s/ Sonja Swanbeck
Sonja Swanbeck (admitted *pro hac vice*)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Washington, DC 20037
Telephone: (202) 572-6773

*Counsel for Defendant UDR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ *Sonja Swanbeck*
Sonja Swanbeck

*Counsel for Defendant UDR, Inc.*