# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. James H. Mutchnik

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That James H. Mutchnik was duly admitted to practice in said Court on (02/06/2004) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/29/2023 )

                                              Thomas G. Bruton , Clerk,

                                              By:  London McGarr
                                                    Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LONDON MCGARR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
June 29, 2023