# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071 <br> ) MDL No. 3071 <br> ) <br> ) **Judge Waverly D. Crenshaw, Jr.** <br> ) <br> ) **This Document Relates to:** <br> ) **3:23-cv-00326** <br> ) **3:23-cv-00378** <br> ) **3:23-cv-00380** <br> ) **3:23-cv-00391** <br> ) **3:23-cv-00445** <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Mark McKane hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant Thoma Bravo, L.P.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.      I have not been found in contempt by any court or tribunal.

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses.

7.      Local counsel has not been retained. Pursuant to the case Practice and Procedures Notice (ECF No 2), parties are not required to obtain local counsel.

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted this 29th day of June, 2023.

By:   */s/ Mark McKane, P.C.*
      Mark McKane, P.C.
      (California State Bar No. 230552)
      mark.mckane@kirkland.com
      KIRKLAND & ELLIS LLP
      555 California Street
      San Francisco, California 94104
      Telephone: (415) 439-1400
      Facsimile: (415) 439-1500

      *Attorneys for Defendant*
      *Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Mark McKane, P.C.
Mark McKane, P.C.