# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

CERTIFICATE OF GOOD STANDING

I, Melissa Aubin, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Amanda V. Boltax*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on June 30, 2023.

MELISSA AUBIN
Clerk of Court

By: _____
Elizabeth Potter
Attorney Admissions Clerk