UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>22-cv-3224 |

## CORPORATE DISCLOSURE STATEMENT

Defendant Lyon Management Group, Inc. ("Lyon"), through its undersigned attorneys, Goodspeed Merrill, states as follows for its Rule 7.1 Corporate Disclosure Statement:

No parent corporation or publicly held corporation owns 10% or more of Lyon's stock. Lyon is a corporation incorporated in the State of California with a principal place of business in Newport Beach, California. Accordingly, Lyon is a citizen of California.

Respectfully submitted this 5th day of July, 2023.

    *s/ Karen H. Safran*
    Karen H. Safran, Esq.
    Robert S. Hunger, Esq.
    Goodspeed Merrill
    9605 S Kingston Ct., Suite 200
    Englewood, CO 80112
    Telephone: (720) 473-7644
    ksafran@goodspeedmerrill.com
    rhunger@goodspeedmerrill.com

    *Attorneys for Defendant Lyon Management Group*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*s/ Karen H. Safran*
Karen H. Safran