UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: REALPAGE, INC.,
RENTAL SOFTWARE ANTITRUST
LITIGATION (NO. II)

Case No. 3:23-md-3071
MDL No. 3071

This Document Relates to: 3:23-cv-00329

### ORDER

Gabriel Navarro has filed a Notice of Dismissal Without Prejudice of Defendant The Michael Organization, LLC and Interstate Realty Management Company. (Doc. No. 303). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against The Michael Organization, LLC and Interstate Realty Management Company. All other matters are reserved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1