UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to: ALL CASES |

## ORDER

The Multi-Family Plaintiffs' Motion to File an Amended Consolidated Class Action Complaint (Doc. No. 310) is **GRANTED** for good cause. The Clerk shall file the Amended Consolidated Class Action Complaint (Doc. No. 310-1) on the docket.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE