# UNITED STATES DISTRICT COURT
for the
_____ District of _____

## CERTIFICATE OF GOOD STANDING

I, _____ , Clerk of this Court,

certify that _____ , Bar # _____ ,

was duly admitted to practice in this Court on _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ on _____
                                                *(Location)*                                          *(Date)*

_____            *DavidAfrani*_____
*CLERK OF COURT*                                                  *, DEPUTY CLERK*

