UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates to:<br><br>3:23-cv-00412, 3:23-cv-00413 | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Philip J. Iovieno, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant The Related Companies, L.P.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Eastern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee Bar and admitted to the bar of this Court, local counsel must be retained. Accordingly, The Related Companies, L.P. has retained Jennifer S. Rusie of Jackson Lewis P.C., 611 Commerce Street Suite 2803, Nashville, TN 37203.

8. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceedings.

Dated:
    July 6, 2023

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

By: */s/ Philip J. Iovieno*

**Philip J. Iovieno**
NY Bar Number: 2535755
200 Liberty Street
New York, NY 10281
(212) 504-6000
philip.iovieno@cwt.com

*Attorney for The Related Companies, L.P. and Related Management Company, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 6, 2023, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which sent notice to all counsel of record.

By: */s/ Jennifer S. Rusie*
Jennifer S. Rusie