UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES |

## MOTION FOR ENTRY OF STIPULATION AND ORDER CONCERNING CERTAIN MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

On June 20, 2023, Defendants identified particular defendants who intended to file motions to dismiss based on lack of personal jurisdiction or venue challenges. (*See* D.E. 297 at 6-7.)

Per the Court's June 22, 2023 Order (D.E. 298), Plaintiffs' Liaison Counsel conferred with counsel for those defendants. Following a productive conferral on June 30, Plaintiffs and certain of those defendants (the "Stipulating Defendants")[1] have stipulated that (as to the Stipulating Defendants) deferring the issue of personal jurisdiction and venue for 180 days is warranted. Without waiving any of their respective arguments or objections, these parties believe that one or more of the issues regarding personal jurisdiction and/or venue may be resolved through further discussions and subsequent developments in this MDL proceeding, which might obviate the need for motion practice on these issues. Deferring consideration of these issues for 180 days would

---

[1] These Stipulating Defendants are: Essex Property Trust, Inc. and Essex Management Corporation; Cortland Management, LLC; Equity Residential; Security Properties, Inc.; Rose Associates Inc.; ZRS Management, LLC; Thrive Communities Management, LLC; Mid-America Apartment Communities, Inc.; Prometheus Real Estate Group, Inc.; Sares Regis Group Commercial, Inc.; Morgan Properties Management Company, LLC and Morgan Properties, LP; Dayrise Residential, LLC; Independence Realty Trust, Inc.; Conti Capital; Kairoi Management, LLC; ConAm Management Corporation; Camden Property Trust; RPM Living, LLC; B/T Washington, LLC d/b/a Blanton Turner; Highmark Residential, LLC; Allied Orion Group, LLC; Windsor Property Management Company; Greystar Real Estate Partners, LLC; Lincoln Property Company; and Sherman Associates, Inc.

1

further the interests of judicial economy and conservation of resources. These parties would report back to the Court within 180 days either to (1) alert the Court that issues of personal jurisdiction and venue have been resolved as to the Stipulating Defendants; or (2) if not resolved in whole or in part, propose a briefing schedule for the Court to resolve any motions concerning personal jurisdiction and venue that any of the Stipulating Defendants intend to file.

For these reasons, Plaintiffs' Liaison Counsel respectfully request that the Court enter the Stipulation and [Proposed] Order attached hereto, which has been executed by Plaintiffs' Liaison Counsel and the Stipulating Defendants.[2] Plaintiffs' Counsel have conferred with the Stipulating Defendants, who consent to the relief requested in this Motion.

Dated: July 6, 2023

/s/ Tricia R. Herzfeld
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508

---

[2] As noted therein, entry of this Stipulation and [Proposed] Order does not affect – and is without prejudice to – the right, ability, and intention of any non-Stipulating Defendants to file a motion to dismiss for lack of personal jurisdiction as to any of the consolidated actions on July 7, 2023, or to any action not yet filed or transferred to the MDL proceedings as of today's date.

2

pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Michael Srodoski
G. Dustin Foster
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

3

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

5

jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld
