UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES |

# STIPULATION AND [PROPOSED] ORDER

WHEREAS in accordance with the Court's June 22, 2023 Order (Dkt. No. 298), Liaison Counsel for Plaintiffs and Counsel for certain undersigned Defendants held a productive conference on June 30, 2023, regarding potential disputes over personal jurisdiction and/or venue in courts where one or more of such defendants assert they lack any presence;

WHEREAS, Liaison Counsel for Plaintiffs and Counsel for the undersigned Defendants agree that one or more of the issues regarding personal jurisdiction and/or venue may be resolved and therefore motion practice obviated through further discussion and/or subsequent developments in this MDL proceeding;

WHEREAS, Liaison Counsel for Plaintiffs and Counsel for the undersigned Defendants agree to continue their discussions and defer potentially unnecessary motion practice regarding personal jurisdiction and/or venue without waiver by either Plaintiffs or Defendants of any potential arguments or objections regarding personal jurisdiction and/or venue; and

WHEREAS, this Stipulation and proposed Order does not relate to or affect this Court's ability to conduct pre-trial proceedings in this consolidated proceeding.

Accordingly, IT IS HEREBY ORDERED that solely as to Plaintiffs and the undersigned

Defendants, the issue of personal jurisdiction and venue shall be deferred, without waiver of any arguments or objections, for 180 days from the date of this Order while Plaintiffs and the undersigned Defendants continue their discussions. No later than 180 days from the date of this Order, Plaintiffs and the undersigned Defendants shall submit a status report to the Court either: (1) alerting the Court that issues of personal jurisdiction and venue have been resolved, or (2) proposing a briefing schedule for this Court to resolve any remaining motions concerning personal jurisdiction and venue with respect to the undersigned Defendants.[1]

    IT IS HEREBY SO ORDERED.

_____

WAVERLY D. CRENSHAW, JR.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Order does not affect—and is without prejudice to—the right, ability, and intention of any Defendant other than the undersigned to file a motion to dismiss for lack of personal jurisdiction as to any of the consolidated actions on July 7, 2023, or to any action not yet filed or transferred to the MDL proceeding as of the date this Stipulation was submitted to the Court by the stipulating parties.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Plaintiffs' Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Michael Srodoski
G. Dustin Foster
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

*/s/ Todd R. Seelman*
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

*/s/ Leo D. Caseria*
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925Arman Oruc
aoruc@goodwinlaw.com
**Goodwin Procter, LLP**

gkozen@robinskaplan.com
ahurt@robinskaplan.com

1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

*/s/ Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Stephen J. Zralek, BPR #018971
/szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

*/s/ Richard P. Sybert*
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
**GORDON REES SCULLY MANSUKHANI**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

*/s/ Ferdose al-Taie*
Ferdose al-Taie (admitted pro hac vice)
faltaie@bakerdonelson.com
**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.**
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)

*/s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA #25533
Nathan T. Paine, WSBA #34487
Jason J. Hoeft, WSBA #39547
Jacque E. St. Romain, WSBA #44167
Joshua R.M. Rosenberg, WSBA #58365
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com
Email: npaine@karrtuttle.com
Email: jhoeft@karrtuttle.com
Email: jstromain@karrtuttle.com
Email: jrosenberg@karrtuttle.com

*Attorneys for Defendant Security Properties, Inc.*

*/s/ Britt M. Miller*
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
**Mayer Brown LLP**
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

cthorsen@bakerdonelson.com
**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.**
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

*/s/ Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
**MONTGOMERY PURDUE PLLC**
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104

*Counsel for Defendant Thrive Communities Management, LLC*


*/s/ Jeffrey C. Bank*
Jeffrey C. Bank
jbank@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI PC**
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties Management Company, LLC and Morgan Properties, LP*

*/s/ Bradley C. Weber*
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
**Locke Lord LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

*/s/ John J. Sullivan*
John J. Sullivan
jsullivan@cozen.com

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

*/s/ Judith A. Zahid*
Judith A. Zahid (admitted pro hac vice)
jzahid@zellelaw.com
Heather T. Rankie (admitted pro hac vice)
hrankie@zellelaw.com
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

*/s/ Patrick E. Breen*
Patrick E. Breen
pbreen@allenmatkins.com
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS**
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555

*Counsel for Defendant Sares Regis Group Commercial, Inc*

*/s/ Eliot Turner*
Eliot Turner
eliot.turner@nortonrosefulbright.com
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

*/s/ Benjamin R. Nagin*
Benjamin R. Nagin
bnagin@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

*/s/ Lynn H. Murray*

**COZEN O'CONNOR P.C.**
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

*Counsel for Defendant Independence Realty Trust, Inc.*

/s/ *Ronald W. Breaux*
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ *David A. Walton*
David A. Walton
Texas Bar No. 24042120
dwalton@bellnunnally.com
Troy L. Hales
Texas Bar No. 24099011
thales@bellnunnally.com
Lewis F. "Luke" Collins III
Texas Bar No. 24132383
lcollins@bellnunnally.com
**Bell Nunnally & Martin LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel. (214) 740-1445
Fax (214) 740-5745

*Counsel for Defendant RPM Living, LLC*

/s/ *Matt T. Adamson*
Matt T. Adamson
madamson@jpclaw.com
**JAMESON PEPPLE CANTU PLLC**
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

/s/ *Edwin Buffmire*

Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
**Shook, Hardy & Bacon L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ *Michael D. Bonanno*
Michael D. Bonanno
mikebonanno@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
**MARTIN, TATE, MORROW & MARSTON P.C.**
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
**THE FULTON LAW GROUP PLLC**
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
**BASS, BERRY & SIMS, PLC**
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted pro hac vice)

*Counsel for Defendant Highmark Residential, LLC*

*/s/ Michael M. Maddigan*
Michael M. Maddigan
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
**ADAMS AND REESE LLP**
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Real Estate Partners, LLC*

*/s/ Diane R. Hazel*
Diane R. Hazel
dhazel@foley.com
**FOLEY & LARDNER LLP**
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000
Elizabeth A. N. Haas (admitted pro hac vice)
ehaas@foley.com
Ian Hampton (admitted pro hac vice)
ihampton@foley.com
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com

Emily W. Collins (admitted pro hac vice)
**Greenberg Traurig, LLP**
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200
casasg@gtlaw.com emily.collins@gtlaw.com

Robert J. Herrington (admitted pro hac vice)
**Greenberg Traurig, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
HerringtonR@gtlaw.com

Becky L. Caruso (admitted pro hac vice)
**Greenberg Traurig, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252
carusob@gtlaw.com

*/s/ Ryan T. Holt*
Ryan T. Holt (No. 30191)
Mark Alexander Carver (No. 36754)
**Sherrard Roe Voigt & Harbison, PLC**
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200
rholt@srvhlaw.com
acarver@srvhlaw.com

*Counsel for Defendant Lincoln Property Company*

Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
**THE SWAFFORD LAW FIRM, PLLC**
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*