UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-CV-3071 MDL-3071 <br><br> LRO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM <br><br> THIS DOCUMENT RELATES TO ALL CASES <br><br> District Judge Waverly D. Crenshaw |

## LRO DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Fifteen lessor Defendants ("LRO Defendants")[1] file this Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs' "First Amended Consolidated Class Action Complaint" fails to allege a plausible conspiracy involving the use of Lease Rent Options ("LRO"), as more fully addressed in the LRO Defendants' Memorandum of Law in support of this Motion. Accordingly, Plaintiffs' antitrust claims should be dismissed to the extent they seek relief under the antitrust laws for the Defendants' use of LRO, and the LRO Defendants should be dismissed from the case with prejudice.

DATED: July 7, 2023

Respectfully submitted,

---

[1] Bell Partners, Inc.; Brookfield Properties Multifamily LLC; CONAM Management Corporation; Equity Residential; Independence Realty Trust, Inc.; Mid-America Apartment Communities, Inc.; Morgan Properties Management Company, LLC; The Related Companies, L.P.; Related Management Company, L.P.; Security Properties Inc.; Simpson Property Group, LLC; Thrive Communities Management, LLC; Windsor Property Management Company; WinnCompanies LLC; and WinnResidential Manager Corp.

| | |
|---|---|
| */s/ Carl W. Hittinger* | /s/ *Marguerite Willis* |
| Carl W. Hittinger | Marguerite Willis (admitted *pro hac vice*) |
| chittinger@bakerlaw.com | mwillis@maynardnexsen.com |
| Alyse F. Stach | MAYNARD NEXSEN PC |
| astach@bakerlaw.com | 104 South Main Street |
| Tyson Y. Herrold | Greenville, SC 29601 |
| therrold@bakerlaw.com | Telephone: (864) 370-2211 |
| BAKER & HOSTETLER LLP | |
| 1735 Market Street, Suite 3300 | Michael A. Parente (admitted *pro hac vice*) |
| Philadelphia, PA 19103-7501 | mparente@maynardnexsen.com |
| Telephone: (215) 568-3100 | MAYNARD NEXSEN PC |
| | 1230 Main Street, Suite 700 |
| Stephen J. Zralek, BPR #018971 | Columbia, SC 29201 |
| szralek@spencerfane.com | Telephone: (803) 771-8900 |
| S. Chase Fann, BPR #036794 | |
| cfann@spencerfane.com | Margaret M. Siller (BPR No. 039058) |
| SPENCER FANE LLP | msiller@maynardnexsen.com |
| 511 Union Street, Suite 1000 | MAYNARD NEXSEN PC |
| Nashville, TN 37219 | 1201 Villa Place, Suite 103 |
| Telephone: (615) 238-6300 | Nashville, Tennessee 37212 |
| | Telephone: (629) 258-2253 |
| *Counsel for Defendant Equity Residential* | |
| | *Counsel for Defendant Bell Partners, Inc.* |

2

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
Jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BARRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties Multifamily LLC*

/s/ Lynn H. Murray
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

| | |
|---|---|
| */s/ John J. Sullivan* | */s/ Britt M. Miller* |
| John J. Sullivan | Britt M. Miller (admitted *pro hac vice*) |
| jsullivan@cozen.com | bmiller@mayerbrown.com |
| COZEN O'CONNOR P.C. | Daniel T. Fenske (admitted *pro hac vice*) |
| 3 WTC, 175 Greenwich St., 55th Floor | dfenske@mayerbrown.com |
| New York, NY 10007 | Matthew D. Provance (admitted *pro hac vice*) |
| Telephone: (212) 453-3729 | mprovance@mayerbrown.com |
| | MAYER BROWN LLP |
| *Counsel for Defendant Independence Realty Trust, Inc.* | 71 South Wacker Drive |
| | Chicago, IL 6006 |
| | Telephone: (312) 701-8663 |
| | |
| | Scott D. Carey (#15406) |
| | scarey@bakerdonelson.com |
| | Ryan P. Loofbourrow (#33414) |
| | rloofbourrow@bakerdonelson.com |
| | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. |
| | 1600 West End Avenue, Suite 2000 |
| | Nashville, TN 37203 |
| | Telephone: (615) 726-5600 |
| | |
| | *Counsel for Defendant Mid-America Apartment Communities, Inc.* |

/s/ Jeffrey C. Bank
Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties Management Company, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for The Related Companies, Inc. and Related Management Company, L.P.*

/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties, Inc.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

*/s/ Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

| | |
|---|---|
| */s/ Craig Seebald* | */s/ Evan Fray-Witzer* |
| Jessalyn H. Zeigler | Evan Fray-Witzer |
| jzeigler@bassberry.com | Evan@CFWLegal.com |
| BASS, BERRY & SIMS, PLC | CIAMPA FRAY-WITZER, LLP |
| 150 Third Avenue South | 20 Park Plaza, Suite 505 |
| Suite 2800 | Boston, MA 02116 |
| Nashville, TN 37201 | Telephone: 617-426-0000 |
| Telephone: (615) 742-6200 | |
| | *Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.* |
| Craig P. Seebald (admitted *pro hac vice*) | |
| cseebald@velaw.com | |
| Stephen M. Medlock (admitted *pro hac vice*) | |
| smedlock@velaw.com | |
| VINSON & ELKINS LLP | |
| 2200 Pennsylvania Ave., N.W. | |
| Suite 500 West | |
| Washington, D.C. 20037 | |
| Telephone: (202) 639-6500 | |
| | |
| Christopher W. James (admitted *pro hac vice*) | |
| cjames@velaw.com | |
| VINSON & ELKINS LLP | |
| 555 Mission Street | |
| Suite 2000 | |
| San Francisco, CA 94105 | |
| Telephone: (415) 979-6900 | |
| | |
| *Counsel for Defendant Windsor Property Management Company* | |

## CERTIFICATE OF SERVICE

  I, Carl W. Hittinger, served the foregoing Motion to Dismiss for Failure to State a Claim upon all counsel of record on July 7, 2023 by filing it electronically using the Court's CM/ECF system, which caused this document to be served on all Electronic Filing Users, as directed by Local Rule 5.02(c).

               /s/ *Carl W. Hittinger*
               Carl W. Hittinger