# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-CV-3071<br>MDL-3071<br><br>LRO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>District Judge Waverly D. Crenshaw |

## ORDER

AND NOW, this __ day of _____, 2023, it is hereby ORDERED that the LRO Users' Motion to Dismiss (Dkt. ___) is GRANTED. The following Defendants are DISMISSED WITH PREJUDICE from the multi-family housing cases centralized in this District by the Judicial Panel on Multidistrict Litigation:

- Bell Partners, Inc.
- Brookfield Properties Multifamily LLC
- CONAM Management Corporation
- Equity Residential
- Independence Realty Trust, Inc.
- Mid-America Apartment Communities, Inc.
- Morgan Properties Management Company, LLC
- The Related Companies, L.P.
- Related Management Company, L.P.
- Security Properties Inc.

- Simpson Property Group, LLC

- Thrive Communities Management, LLC

- Windsor Property Management Company

- WinnCompanies LLC

- WinnResidential Manager Corp.

Furthermore, Plaintiffs' claims in the multi-family housing cases are dismissed to the extent they seek relief under the antitrust laws for any Defendants' use of LRO.

IT IS SO ORDERED

_____
**WAVERLY D. CRENSHAW, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**