# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333 |

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant CH Real Estate Services, LLC makes the following disclosures[1]:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

---

[1] CH Real Estate Services, LLC is contemporaneously filing herewith a motion to dismiss for lack of personal jurisdiction. By filing this business entity disclosure, CH Real Estate Services, LLC does not waive its objections to personal jurisdiction over it for this MDL and/or the sole underlying case in which it was named in this MDL, which is the United States District Court for the Western District of Washington.

☒ This party is a limited liability company or limited liability partnership.

>If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

>If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

>If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

>If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

# ATTACHMENT

CH Real Estate Services, LLC is a privately held limited liability company organized under the laws of Delaware. CH Real Estate Services, LLC's members, along with their respective state of residence are as follows:

| Member | State of Residence |
|---|---|
| John T. Carter | Tennessee |
| L. Marc Carter | Tennessee |
| Michael A. Fielder | Tennessee |
| C. Harris Haston | Wyoming |
| James A. Shanks | Georgia |
| Amanda V. Speed | Washington |

Dated: July 7, 2023

                *s/ J. Douglas Baldridge*
                J. Douglas Baldridge
                JBaldridge@Venable.com
                Danielle R. Foley (admitted *pro hac vice*)
                DRFoley@Venable.com
                Andrew B. Dickson (admitted *pro hac vice*)
                ABDickson@Venable.com
                VENABLE LLP
                600 Massachusetts Avenue NW
                Washington, D.C. 20001
                Telephone: (202) 344-4703

                *Counsel for Defendant*
                *CH Real Estate Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 7th day of July 2023.

/s/ <u>*J. Douglas Baldridge*</u>
J. Douglas Baldridge