UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:23-cv-00330 (M.D. Tenn.)<br>3:23-cv-00333 (M.D. Tenn.)<br>3:23-cv-00337 (M.D. Tenn.)<br>3:23-cv-00339 (M.D. Tenn.)<br>3:23-cv-00387 (M.D. Tenn.)<br>3:23-cv-00389 (M.D. Tenn.)<br>3:23-cv-00414 (M.D. Tenn.)<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## BH MANAGEMENT SERVICES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant BH Management Services, LLC ("BH") is not subject to personal jurisdiction in the Western District of Washington. Therefore, under Federal Rule of Civil Procedure 12(b)(2), BH moves this Court to dismiss BH from the seven complaints originally filed in the Western District of Washington that are now consolidated in this Court for pretrial proceedings.[1]

---

[1] The actions were originally filed in the Western District of Washington as *Morgan v. RealPage, Inc.*, 2:22-cv-01712 (W.D. Wash.); *Armas v. RealPage, Inc.*, 2:22-cv-01726 (W.D. Wash.); *Pham v. RealPage, Inc.*, 2:22-cv-01744 (W.D. Wash.); *Moore v. RealPage, Inc.*, 2:22-cv-01826 (W.D. Wash.); *Crook v. RealPage, Inc.*, 2:23-cv-00054 (W.D. Wash.); *Kramer v. RealPage, Inc.*, 2:23-cv-00198 (W.D. Wash.); and *Weller v. RealPage, Inc.*, 2:23-cv-00548 (W.D. Wash.). BH was also named in an action originally filed as *Navarro v. RealPage, Inc.*, 2:22-cv-01552 (W.D. Wash.), which was consolidated in this Court under case number 3:23-cv-00329 (M.D. Tenn.). That case has since been voluntarily dismissed. *See* Dkt. 308.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Brandy Daniel, and any additional submissions and argument presented at or before a hearing or ruling on this Motion.

Respectfully submitted,

*/s/ Ian Simmons*
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

Stephen J. McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED: July 7, 2023

                              /s/ *Ian Simmons*
                              Ian Simmons
                              isimmons@omm.com
                              O'MELVENY & MYERS LLP
                              1625 Eye Street, NW
                              Washington, DC 20006
                              Telephone: (202) 383-5300

                              *Counsel for Defendant BH Management Services, LLC*