UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333 |

## DEFENDANT CH REAL ESTATE SERVICES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant CH Real Estate Services, LLC, by its undersigned counsel, respectfully moves this Court for entry of an Order dismissing CH Real Estate Services, LLC pursuant to Federal Rule of Civil Procedure 12(b)(2). This Motion is based on the accompanying Memorandum and accompanying declaration, oral argument, and such other matters as this Court may consider in hearing the Motion.

Dated: July 7, 2023

                                                        Respectfully submitted,

                                                        */s/ J. Douglas Baldridge*
                                                        J. Douglas Baldridge
                                                        jbaldridge@venable.com
                                                        Danielle R. Foley (admitted *pro hac vice*)
                                                        drfoley@venable.com
                                                        Andrew B. Dickson (admitted *pro hac vice*)
                                                        abdickson@venable.com
                                                        VENABLE LLP
                                                        600 Massachusetts Avenue, NW
                                                        Washington, D.C. 20001
                                                        (202) 344-4703

                                                        *Counsel for Defendant*
                                                        *CH Real Estate Services, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 7th day of July 2023.

/s/ *J. Douglas Baldridge*