UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333 |

## DECLARATION OF JOHN T. CARTER

I, John T. Carter, declare the following based on personal knowledge to which I am competent to testify:

1. I am a Partner of CH Real Estate Services, LLC ("CH Real Estate").

2. CH Real Estate is a Delaware limited liability company with its principal place of business in Nashville, Tennessee.

3. CH Real Estate has never owned or managed any properties in Washington.

4. CH Real Estate has one member who lives and works in Washington.

5. Given that CH Real Estate does not own or manage any properties in Washington, this member's job responsibilities do not involve any management of properties in Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July 2023.

*John Carter*
_____
John T. Carter
Partner
CH Real Estate Services, LLC