# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00378<br>3:23-cv-00380<br>3:23-cv-00391<br>3:23-cv-00445 |

## NOTICE OF APPEARANCE

James Mutchnik of Kirkland & Ellis LLP hereby gives notice of his appearance as counsel of record for Defendants Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; and Thoma Bravo, L.P.

Dated: July 7, 2023

By: /s/ James Mutchnik, P.C.
James Mutchnik, P.C. (*pro hac vice*)
jmutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants*
*Thoma Bravo Fund XIII, L.P.; Thoma Bravo*
*Fund XIV, L.P.; and Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

      */s/ James Mutchnik, P.C.*
      James Mutchnik, P.C.