IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| _____ ) | **Case No. 3:23-md-03071** |
| ) | **MDL No. 3071** |
| ) | |
| ) | **Judge Waverly D. Crenshaw, Jr.** |
| ) | |
| **IN RE: REALPAGE, INC., RENTAL** ) | **This Document Relates to:** |
| **SOFTWARE ANTITRUST LITIGATION** ) | **3:23-cv-00326** |
| **(NO. II)** ) | **3:23-cv-00378** |
| ) | **3:23-cv-00380** |
| ) | **3:23-cv-00391** |
| ) | **3:23-cv-00445** |
| _____ ) | |

### BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant Thoma Bravo, L.P. makes the

following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required
information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated
in _____ and with a principal place of business in _____
_____.

☐ This party is a privately held corporation, incorporated in                    and
with a principal place of business in _____.

☐ This party has parent corporations

   If yes, identify **on attached page(s)** all parent corporations, including
   grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held
corporation or other publicly held entity.

   If yes, identify **on attached page(s)** all such owners.

1

☐ This party is a limited liability company or limited liability partnership.

   If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☒ This party is an unincorporated association or entity.

   If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

   If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

   If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Thoma Bravo, L.P. is a limited partnership organized and existing under the laws of the State of Delaware. Pursuant to Fed. Rule Civ. P. 7.1(a)(2), Thoma Bravo, L.P. hereby states that it has no single parent corporation or public corporation owning 10% or more of its partnership interests.

Dated: July 7, 2023                    Respectfully submitted,

By:  /s/ Mark McKane, P.C.
    James Mutchnik, P.C. (*pro hac vice*)
    jmutchnik@kirkland.com
    KIRKLAND & ELLIS LLP
    300 N. LaSalle
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    Mark McKane, P.C. (*pro hac vice*)
    mark.mckane@kirkland.com
    KIRKLAND & ELLIS LLP
    555 California Street
    San Francisco, California 94104
    Telephone: (415) 439-1400
    Facsimile: (415) 439-1500

    *Counsel for Defendants*
    *Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund*
    *XIV, L.P.; and Thoma Bravo, L.P.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Mark McKane, P.C.
Mark McKane, P.C.