UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case no. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00335 |

**BUSINESS ENTITY DISCLOSURE OF ROSE ASSOCIATES INC.**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Rose Associates, Inc. makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in <u>New York</u> and with a principal place of business in <u>777 Third, 6th Floor, New York, NY 10017</u>.

☐ This party has parent corporations: _____

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐ This party is trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

///

Respectfully submitted,

Dated: July 7, 2023 GORDON REES SCULLY MANSUKHANI

By: */s/ Richard P. Sybert*
Richard P. Sybert
Hannah E. Brown *(pro hac vice)*
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222
rsybert@grsm.com
hbrown@grsm.com

*Counsel for Rose Associates, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

*/s/ Richard P. Sybert*
Jacquelyne D. Fiala
Richard P. Sybert
Hannah E. Brown