IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071 <br> ) MDL No. 3071 <br> ) <br> ) Judge Waverly D. Crenshaw, Jr. <br> ) <br> ) This Document Relates to: <br> ) 3:23-cv-00326 <br> ) 3:23-cv-00378 <br> ) 3:23-cv-00380 <br> ) 3:23-cv-00391 <br> ) 3:23-cv-00445 <br> ) |

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant Thoma Bravo Fund XIV, L.P. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

1

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☒ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Thoma Bravo Fund XIV, L.P. is a limited partnership organized and existing under the laws of the State of Delaware. Pursuant to Fed. Rule Civ. P. 7.1(a)(2), Thoma Bravo Fund XIV, L.P. hereby states that it has no single parent corporation or public corporation owning 10% or more of its partnership interests.

Dated: July 7, 2023							Respectfully submitted,

							By:  */s/ Mark McKane, P.C.*
								James Mutchnik, P.C. (*pro hac vice*)
								jmutchnik@kirkland.com
								KIRKLAND & ELLIS LLP
								300 N. LaSalle
								Chicago, IL 60654
								Telephone: (312) 862-2000
								Facsimile: (312) 862-2200

								Mark McKane, P.C. (*pro hac vice*)
								mark.mckane@kirkland.com
								KIRKLAND & ELLIS LLP
								555 California Street
								San Francisco, California 94104
								Telephone: (415) 439-1400
								Facsimile: (415) 439-1500

								*Counsel for Defendants*
								*Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund*
								*XIV, L.P.; and Thoma Bravo, L.P.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                           */s/ Mark McKane, P.C.*
                                                           Mark McKane, P.C.