UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00378<br>3:23-cv-00380<br>3:23-cv-00391<br>3:23-cv-00445 |

**THE THOMA BRAVO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; and Thoma Bravo, L.P. (collectively, the "Thoma Bravo Defendants") respectfully move to dismiss Plaintiffs' First Amended Consolidated Class Action Complaint (ECF No. 314, the "Amended Complaint") with prejudice.

Plaintiffs' 162-page, 470-paragraph Amended Complaint alleges a conspiracy between RealPage, Inc. ("RealPage"), approximately 50 of RealPage's customers (the "Lessor Defendants"), and the Thoma Bravo Defendants in violation of federal (Count I) and state (Count II) antitrust laws. As set forth in the Thoma Bravo Defendants' supporting memorandum, the Amended Complaint makes scant allegations concerning the Thoma Bravo Defendants beyond a generalized ownership interest in RealPage. But a parent company is not liable for the acts of its subsidiary solely by virtue of its ownership interest in the subsidiary, and the failure to plead parent-specific allegations warrants dismissal. Having pleaded no facts sufficient to state any claim against the Thoma Bravo Defendants, Plaintiffs' Amended Complaint must be dismissed with prejudice.

Dated: July 7, 2023                    Respectfully submitted,

                                        By:  */s/ Mark McKane, P.C.*
                                            James Mutchnik, P.C. (*pro hac vice*)
                                            jmutchnik@kirkland.com
                                            KIRKLAND & ELLIS LLP
                                            300 N. LaSalle
                                            Chicago, IL 60654
                                            Telephone: (312) 862-2000
                                            Facsimile: (312) 862-2200

                                            Mark McKane, P.C. (*pro hac vice*)
                                            mark.mckane@kirkland.com
                                            KIRKLAND & ELLIS LLP
                                            555 California Street
                                            San Francisco, California 94104
                                            Telephone: (415) 439-1400
                                            Facsimile: (415) 439-1500

                                            *Counsel for Defendants*
                                            *Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund*
                                            *XIV, L.P., and Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Mark McKane, P.C.*
Mark McKane, P.C.