# EXHIBIT B

## References to Each Defendant in the First Amended Multifamily CAC

| Defendants | Total ¶ | Mentioned in ¶ |
|---|---|---|
| Allied Orion | 1 | ¶ 46 |
| Apartment Income REIT | 1 | ¶ 45 |
| Apartment Management Consultants | 1 | ¶ 47 |
| Avenue5 Residential | 1 | ¶ 48 |
| B/T Washington | 1 | ¶ 86 |
| Bozzuto Management Company | 1 | ¶ 51 |
| Brookfield Properties Multifamily | 1 | ¶ 52 |
| CH Real Estate Services | 1 | ¶ 54 |
| Conti Capital | 1 | ¶ 56 |
| Cortland Mangement | 1 | ¶ 58 |
| CWS Apartment Homes | 1 | ¶ 59 |
| Dayrise Residential | 1 | ¶ 60 |
| Essex Property Trust | 1 | ¶ 62 |
| Highmark Residential | 1 | ¶ 65 |
| Kairoi Management | 1 | ¶ 67 |
| Knightvest Residential | 1 | ¶ 68 |
| Lyon Management Group | 1 | ¶ 71 |
| Mission Rock Residential | 1 | ¶ 73 |
| Prometheus Real Estate Group | 1 | ¶ 76 |
| Related Management Company L.P. | 1 | ¶ 77 |
| Rose Associates | 1 | ¶ 78 |
| Sares Regis Group Operating | 1 | ¶ 80 |
| Security Properties | 1 | ¶ 81 |
| Sherman Associates | 1 | ¶ 82 |
| TF Cornerstone | 1 | ¶ 57 |
| The Related Companies | 1 | ¶ 77 |
| Thoma Bravo Fund XIII, L.P. | 1 | ¶ 42 |
| Thoma Bravo Fund XIV, L.P. | 1 | ¶ 42 |
| Thrive Communities Management | 1 | ¶ 84 |
| Trammell Crow Company, LLC | 1 | ¶ 85 |
| Windsor Property Management | 1 | ¶ 88 |
| WinnCompanies LLC | 1 | ¶ 89 |
| ZRS Management | 1 | ¶ 90 |
| Bell Partners | 2 | ¶¶ 35, 49 |
| BH Management Services | 2 | ¶¶ 4, 50 |
| ConAm Management Corporation | 2 | ¶¶ 40, 55 |
| Equity Residential | 2 | ¶¶ 61, 98 |
| FPI Management | 2 | ¶¶ 7, 63 |
| Independence Realty Trust | 2 | ¶¶ 66, 187 |
| Lantower Luxury Living | 2 | ¶¶ 39, 69 |
| Mid-America Apartment Communities | 2 | ¶¶ 25, 72 |
| Morgan Properties | 2 | ¶¶ 34, 74 |
| RPM Living | 2 | ¶¶ 23, 79 |
| Simpson Property Group | 2 | ¶¶ 36, 83 |
| UDR, Inc. | 2 | ¶¶ 38, 87 |
| WinnResidential Manager Corp. | 2 | ¶¶ 23, 89 |
| Pinnacle Property Management | 3 | ¶¶ 11, 22, 75 |
| Thoma Bravo, L.P. | 5 | ¶¶ 41-44, 113 |
| Lincoln Property | 6 | ¶¶ 9, 38, 70, 122, 151-52 |
| Camden Property Trust | 7 | ¶¶ 35, 53, 101, 123, 138, 204-05 |
| Greystar Management | 7 | ¶¶ 7, 11, 37, 64, 140, 195, 230 |