UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case no. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>**DECLARATION OF J. BRIAN PETERS IN SUPPORT OF DEFENDANT ROSE ASSOCIATES, INC.'S MOTION TO DISMISS**<br><br>**This Document Relates to:**<br><br>3:23-cv-00335 |

## DECLARATION OF J. BRIAN PETERS

I, J. Brian Peters, hereby declare:

1. I am the Chief Operating Officer at Rose Associates, Inc. ("Rose"). I submit this declaration based upon my personal knowledge and, if called upon, could and would testify competently to the facts as set forth below. I submit this declaration in support of Rose's Motion to Dismiss.

2. Rose is a privately held corporation incorporated in New York with a principal address of 777 Third, 6th Floor, New York, NY 10017.

3. Rose manages apartment units in New York and New Jersey, but no other states.

4. Rose does not own, manage, or lease any property in Washington, conducts no business in Washington, and is not licensed to do business there.

5. Rose has no bank accounts, employees, affiliates, parent companies, subsidiaries, offices, or agents in Washington.

6. Rose is a corporation, and its officers and directors do not live in or conduct Rose's business in Washington.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in White Plains, New York on July 7, 2023.

_____
J. Brian Peters

## CERTIFICATE OF SERVICE

I hereby certify that on  July 7  , 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

/s/ *Richard P. Sybert*
Jacquelyne D. Fiala
Richard P. Sybert
Hannah E. Brown