# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case no. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>This Document Relates to:<br><br>3:23-cv-00335 |

This matter came before the Court on Defendant ROSE ASSOCIATES, INC.'s ("Rose") Motion to Dismiss. The Court, having considered the papers submitted in support of and opposition to this motion, any oral argument, and otherwise being fully advised, finds that the motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Rose's Motion is **GRANTED** and judgment is entered in favor of Rose.

Dated: _____

_____
Hon. Waverly D. Crenshaw, Jr.
United States District Judge