UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates to:<br><br>3:23-cv-00445 | Case No. 3:23-md-3071<br>MDL NO. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Archie C. Lamb hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Hannah Blosser, individually and on behalf of all others similarly situated.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District for the Supreme Court of Florida. Attached is a Certificate of Good Standing for that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

1

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1).

8. I have read and am familiar with the Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated this 10th day of July 2023,

Respectfully submitted,

*/s/ Archie C. Lamb*
Archie C. Lamb
Florida Bar Number 742597
ARCHIE LAMB AND ASSOCIATES, LLC
101 E. Romana Street, Suite 211
Pensacola, FL 32502
alamb@archielamb.com
(205) 612-6789

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 10th day of July 2023. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may be accessed through the Court's ECF System.

*/s/ T. Roe Frazer II*