# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the Declaration of James Kress in Support of Certain Defendants' Memorandum Of Law In Support Of Motion To Dismiss For Failure To Plead Agency Liability, which sent notification of such filing to all attorneys of record registered on the CM/ECF system.

I also hereby certify that July 10, 2023, I electronically filed this Certificate of Service Regarding Declaration of James Kress in Support of Certain Defendants' Memorandum Of Law In Support Of Motion To Dismiss For Failure To Plead Agency Liability, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 10th day of July, 2023.

/s/ Kenneth Reinker
Kenneth Reinker