# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Stephanie Alicia Chen, Bar # 400032, was duly admitted to practice in this Court on 01/24/2019, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 07/10/2023
     *(Location)*     *(Date)*

Kate M. Fogarty
*CLERK*

Kern O Adami
*DEPUTY CLERK*