IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

**MOTION FOR LEAVE FOR THOMAS H. DUNDON TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT REALPAGE, INC.**

Defendant RealPage, Inc., hereby respectfully moves this honorable Court to permit Thomas H. Dundon to withdraw as local counsel for said defendant and requests that no further action be required of him and no documents or other pleadings in this case be served upon him.

As set forth below, there is good cause for this motion:

1. Defendant RealPage, Inc. is represented in this matter by other highly qualified counsel.

2. Paragraph 6 of this Court's April 19, 2023 Practice and Procedures Notice (Doc. 2) permits parties to proceed in this matter without local counsel.

3. As evidenced by the signature of Jay Srinivasan, lead counsel for RealPage, Inc., Mr. Dundon's withdrawal as local counsel is with the consent of Defendant RealPage, Inc. and its remaining counsel; and

4. The withdrawal of Mr. Dundon as local counsel will not delay any trial or other proceedings in this matter.

Dated: July 13, 2023

Respectfully Submitted,

**NEAL & HARWELL, PLC**
By: */s/Thomas H. Dundon*
     Thomas H. Dundon (BPR No. 4539)

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 (telephone)
(615) 723-0573 (facsimile)
tdundon@nealharwell.com

*/s/ Jay Srinivasan*
Jay P. Srinivasan
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430
jsrinivasan@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

*/s/Thomas H. Dundon*