UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) **This Document Relates to:**<br>) 3:23-cv-00326<br>) 3:23-cv-00330<br>) 3:23-cv-00331<br>) 3:23-cv-00332<br>) 3:23-cv-00333<br>) 3:23-cv-00335<br>) 3:23-cv-00338<br>) 3:23-cv-00339<br>) 3:23-cv-00356<br>) 3:23-cv-00357<br>) 3:23-cv-00358<br>) 3:23-cv-00378<br>) 3:23-cv-00379<br>) 3:23-cv-00381<br>) 3:23-cv-00389<br>) 3:23-cv-00390<br>) 3:23-cv-00414<br>) 3:23-cv-00440 |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in the above cases have filed a Notice of Dismissal Without Prejudice of Defendant Avalonbay Communities, Inc. (Doc. No. 309). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against Avalonbay Communities, Inc. All other matters are reserved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1