UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00336 |

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Christopher Bohn, Cameron Pond and Destanee Sanders voluntarily dismiss the case captioned <u>Bohn, et al. v RealPage, Inc., et al.</u>, Case No. 3:23-cv-00336. (Doc. No. 115). None of the Defendants have served answer or motion for summary judgment. The Clerk shall close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE