UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440 |

**[PROPOSED] ORDER**

Defendant Prometheus Real Estate Group, Inc. ("Prometheus") has filed a Joint Motion to Substitute Counsel ("Motion"), seeking the substitution of Heather T. Rankie and Judith A. Zahid of Zelle LLP as counsel of record in the above matters in place of Michael W. Droke of the law firm Dorsey & Whitney LLP. The Court hereby ORDERS that Heather T. Rankie and Judith A. Zahid of Zelle LLP be substituted as counsel of record for Prometheus in these matters and that Michael W. Droke of the law firm Dorsey & Whitney LLP be permitted to withdraw as counsel of record for Prometheus in these matters.

It is so ORDERED.

                                                        _____
                                                        WAVERLY D. CRENSHAW, JR
                                                        CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry by:

 */s/ Heather T. Rankie*
Heather T. Rankie (*Pro Hac Vice*)
Judith A. Zahid (*Pro Hac Vice*)
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
(415) 693-0700
Fax: (415) 693-0770
hrankie@zellelaw.com
jzahid@zellelaw.com

*Substituting Attorneys for Prometheus Real Estate Group, Inc.*


 */s/ Michael W. Droke*
Michael W. Droke (*Pro Hac Vice*)
DORSEY & WHITNEY LLP
701 5th Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
Fax: (206) 903-8820
droke.michael@dorsey.com

*Withdrawing Attorneys for Prometheus Real Estate Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, I electronically filed a copy of the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all parties registered with the Court's electronic filing system.

                                                        */s/ Heather T. Rankie*
                                                        Heather T. Rankie