# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Jules A. Ross

Bar Number 348368

was duly admitted to practice in this Court on April 26, 2023, and is in good standing as a member of the bar of this Court.



Signed on April 28, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court