

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Archie Cleveland Lamb Jr.**, Florida Bar # **742597**, was duly admitted to practice in this Court on **April 30, 2014**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on July 15, 2023.

*Angela E. Noble*
Court Administrator • Clerk of Court