UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>All Cases |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO STAY ALL DISCOVERY PENDING RULING ON MOTIONS TO DISMISS

Defendants respectfully submit this Notice of Supplemental Authority in support of their pending Motion to Stay Discovery (Dkt. 348).[1] Last week, the U.S. District Court for the District of Nevada issued a decision staying discovery pending resolution of motions to dismiss in an antitrust case arising out of claims that "certain Las Vegas hotels used a common third-party algorithm to artificially inflate hotel prices." *See* Exhibit 1, Order at 1, *Gibson v. MGM Resorts Int'l*, No. 2:23-cv-00140-MMD-DJA (D. Nev. July 11, 2023), Dkt. 129. Defendants had agreed to certain limited discovery[2] and the order stayed all other discovery.

In *Gibson*, the court held that a stay of discovery was "appropriate" because (1) "the dispositive motions—because they are on the pleadings—can be decided without further discovery" and (2) "[d]efendants . . . established good cause by pointing to the burden and expense of discovery." *Id.* at 7. The court found that the second factor "is particularly poignant given the

---

[1] Defendants file this Notice of Supplemental Authority to provide Plaintiffs with an opportunity to address this authority in their opposition brief. In addition, certain Defendants have filed motions to dismiss for lack of personal jurisdiction and submit this Notice subject to and without waiver of those arguments.

[2] One defendant had not previously agreed to any discovery and the court required that defendant to provide the same limited discovery as the other defendants.

Supreme Court and Ninth Circuit's discussions cautioning district courts to remain cognizant of the burdens that anti-trust discovery can cause. And, while not binding on this Court, it is persuasive that California district courts have considered the burdens of discovery carefully when deciding motions to stay in anti-trust cases." *Id.* Finally, the court found that it was "unclear what prejudice Plaintiffs would face by the discovery stay" because Defendants "agreed to respond to two of Plaintiffs' interrogatories, provide organizational charts in response to a request for production, and negotiate an ESI and protective order while the motion to dismiss is pending." *Id.*

Respectfully submitted on this 19th day of July, 2023,

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

| | |
|---|---|
| */s/ Jay Srinivasan* | */s/ Edwin Buffmire* |
| Jay Srinivasan (admitted *pro hac vice*) | Edwin Buffmire |
| jsrinivasan@gibsondunn.com | ebuffmire@jw.com |
| Daniel G. Swanson (admitted *pro hac vice*) | Michael Moran |
| dswanson@gibsondunn.com | mmoran@jw.com |
| GIBSON, DUNN & CRUTCHER LLP | JACKSON WALKER LLP |
| 333 South Grand Avenue | 2323 Ross Ave., Suite 600 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: (213) 229-7430 | Telephone: (214) 953-6000 |
| | |
| Stephen Weissman (admitted *pro hac vice*) | Kevin Fulton |
| sweissman@gibsondunn.com | kevin@fultonlg.com |
| Michael J. Perry (admitted *pro hac vice*) | THE FULTON LAW GROUP PLLC |
| mjperry@gibsondunn.com | 7676 Hillmont St., Suite 191 |
| GIBSON, DUNN & CRUTCHER LLP | Houston, TX 77040 |
| 1050 Connecticut Avenue, NW | Telephone: (713) 589-6964 |
| Washington, DC 20036 | |
| Telephone: (202) 955-8678 | *Counsel for Defendant Allied Orion Group, LLC* |
| | |
| Stephen C. Whittaker (admitted *pro hac vice*) | |
| cwhittaker@gibsondunn.com | */s/ Katie A. Reilly* |
| GIBSON, DUNN & CRUTCHER LLP | Katie A. Reilly |
| 1361 Michelson Drive | reilly@wtotrial.com |
| Irvine, CA 92612 | Michael T. Williams |
| Telephone: (212) 351-2671 | williams@wtotrial.com |
| | Judith P. Youngman |
| Ben A. Sherwood (admitted *pro hac vice*) | youngman@wtotrial.com |
| bsherwood@gibsondunn.com | WHEELER TRIGG O'DONNELL LLP |
| GIBSON, DUNN & CRUTCHER LLP | 370 Seventeenth Street, Suite 4500 |
| 200 Park Avenue | Denver, CO 80202 |
| New York, NY 10166 | Telephone: (303) 244-1800 |
| Telephone: (212) 351-2671 | |
| | Mark Bell |
| *Counsel for Defendant RealPage, Inc.* | Mark.Bell@hklaw.com |
| | HOLLAND & KNIGHT LLP |
| | Nashville City Center |
| | 511 Union Street, Suite 2700 |
| | Nashville, TN 37219 |
| | Telephone: (615) 850-8850 |
| | |
| | *Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities* |

| | |
|---|---|
| /s/ Danny David | /s/ Matt T. Adamson |
| Danny David | Matt T. Adamson |
| danny.david@bakerbotts.com | madamson@jpclaw.com |
| BAKER BOTTS LLP | JAMESON PEPPLE CANTU PLLC |
| 910 Louisiana Street | 801 Second Avenue, Suite 700 |
| Houston, TX 77002 | Seattle, WA 98104 |
| Telephone: (713) 229-4055 | Telephone: (206) 292-1994 |
| | |
| James Kress (*pro hac vice* forthcoming) | *Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner* |
| james.kress@bakerbotts.com | |
| Paul Cuomo (*pro hac vice* forthcoming) | |
| paul.cuomo@bakerbotts.com | |
| BAKER BOTTS LLP | |
| 700 K. Street, NW | |
| Washington, DC 20001 | |
| Telephone: (202) 639-7884 | |
| | |
| *Counsel for Defendant Avenue5 Residential, LLC* | |
| | |
| /s/ *Marguerite Willis* | /s/ *Ian Simmons* |
| Marguerite Willis (admitted *pro hac vice*) | Ian Simmons |
| mwillis@maynardnexsen.com | isimmons@omm.com |
| MAYNARD NEXSEN PC | O'MELVENY & MYERS LLP |
| 104 South Main Street | 1625 Eye Street, NW |
| Greenville, SC 29601 | Washington, DC 20006 |
| Telephone: (864) 370-2211 | Telephone: (202) 383-5196 |
| | |
| Michael A. Parente (admitted *pro hac vice*) | Stephen McIntyre |
| mparente@maynardnexsen.com | smcintyre@omm.com |
| MAYNARD NEXSEN PC | O'MELVENY & MYERS LLP |
| 1230 Main Street, Suite 700 | 400 South Hope Street, 18th Floor |
| Columbia, SC 29201 | Los Angeles, CA 90071 |
| Telephone: (803) 771-8900 | Telephone: (213) 430-6000 |
| | |
| Margaret M. Siller (BPR No. 039058) | *Counsel for Defendant BH Management Services, LLC* |
| msiller@maynardnexsen.com | |
| MAYNARD NEXSEN PC | |
| 1201 Villa Place, Suite 103 | |
| Nashville, Tennessee 37212 | |
| Telephone: (629) 258-2253 | |
| | |
| *Counsel for Defendant Bell Partners, Inc.* | |

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant
Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
Jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties
Multifamily LLC*

/s/ J. Douglas Baldridge
J. Douglas Baldridge
jbaldridge@venable.com
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4703

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ Lynn H. Murray
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ Kenneth Reinker
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Pinnacle Property Management Services, LLC*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

/s/ Ann MacDonald
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

7

| | |
|---|---|
| */s/ Charles H. Samel* | */s/ Carl W. Hittinger* |
| Charles H. Samel | Carl W. Hittinger |
| charles.samel@stoel.com | chittinger@bakerlaw.com |
| Edward C. Duckers | Alyse F. Stach |
| ed.duckers@stoel.com | astach@bakerlaw.com |
| STOEL RIVES LLP | Tyson Y. Herrold |
| 1 Montgomery Street, Suite 3230 | therrold@bakerlaw.com |
| San Francisco, CA 94104 | BAKER & HOSTETLER LLP |
| Telephone: (415) 617-8900 | 1735 Market Street, Suite 3300 |
| | Philadelphia, PA 19103-7501 |
| George A. Guthrie | Telephone: (215) 568-3100 |
| gguthrie@wilkefleury.com | |
| WILKE FLEURY LLP | Stephen J. Zralek, BPR #018971 |
| 621 Capitol Mall, Suite 900 | szralek@spencerfane.com |
| Sacramento, CA 95814 | S. Chase Fann, BPR #036794 |
| Telephone: (916) 441-2430 | cfann@spencerfane.com |
| | SPENCER FANE LLP |
| *Counsel for Defendant FPI Management, Inc.* | 511 Union Street, Suite 1000 |
| | Nashville, TN 37219 |
| | Telephone: (615) 238-6300 |
| | |
| | *Counsel for Defendant Equity Residential* |
| . | */s/ Leo D. Caseria* |
| | Leo D. Caseria |
| | lcaseria@sheppardmullin.com |
| | Helen C. Eckert |
| | heckert@sheppardmullin.com |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 2099 Pennsylvania Avenue, NW, Suite 100 |
| | Washington, DC, 20006 |
| | Telephone: (202) 747-1925 |
| | |
| | Arman Oruc |
| | aoruc@goodwinlaw.com |
| | GOODWIN PROCTER, LLP |
| | 1900 N Street, NW |
| | Washington, DC 20036 |
| | Telephone: (202) 346-4000 |
| | |
| | *Counsel for Defendant Essex Property Trust, Inc.* |

/s/ *Michael D. Bonanno*
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ *Cliff A. Wade*
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ *Michael M. Maddigan*
Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC (formerly Greystar Management Services, LP)*

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERGTRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*/s/ Ryan T. Holt*
Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

*/s/ John J. Sullivan*
John J. Sullivan
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

*Counsel for Defendant Independence Realty Trust, Inc.*

*/s/ Eliot Turner*
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management LLC*

10

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living LLC*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ Karen H. Safran
Karen H. Safran
ksafran@goodspeedmerrill.com
Robert S. Hunger
rhunger@goodspeedmerrill.com
GOODSPEED MERRILL
9605 South Kingston Court, Suite 200
Englewood, CO 80112
Telephone: (720) 473-7644

*Counsel for Defendant Lyon Management Group, Inc.*

/s/ Jeffrey C. Bank
Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties Management Company, LLC*


/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

/s/ Judith A. Zahid
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

12

/s/ Valentine Hoy
Valentine Hoy
vhoy@allenmatkins.com
Scott Perlin
sperlin@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS
600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155

Patrick E. Breen
pbreen@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555

*Counsel for Defendant Sares Regis Group Commercial, Inc.*


/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties, Inc.*

/s/ David A. Walton
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*


/s/ Diane R. Hazel
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*

13

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

| | |
|---|---|
| */s/ Evan Fray-Witzer* <br> Evan Fray-Witzer <br> Evan@CFWLegal.com <br> CIAMPA FRAY-WITZER, LLP <br> 20 Park Plaza, Suite 505 <br> Boston, MA 02116 <br> Telephone: 617-426-0000 <br><br> *Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.* | */s/ Craig Seebald* <br> Jessalyn H. Zeigler <br> jzeigler@bassberry.com <br> BASS, BERRY & SIMS PLC <br> 150 Third Avenue South <br> Suite 2800 <br> Nashville, TN 37201 <br> Telephone: (615) 742-6200 <br><br> Craig P. Seebald (admitted *pro hac vice*) <br> cseebald@velaw.com <br> Stephen M. Medlock (admitted *pro hac vice*) <br> smedlock@velaw.com <br> Molly McDonald (admitted *pro hac vice*) <br> mmcdonald@velaw.com <br> VINSON & ELKINS LLP <br> 2200 Pennsylvania Ave., N.W. <br> Suite 500 West <br> Washington, D.C. 20037 <br> Telephone: (202) 639-6500 <br><br> Christopher W. James (admitted *pro hac vice*) <br> cjames@velaw.com <br> VINSON & ELKINS LLP <br> 555 Mission Street <br> Suite 2000 <br> San Francisco, CA 94105 <br> Telephone: (415) 979-6900 <br><br> *Counsel for Defendant Windsor Property Management Company* |

| | |
|---|---|
| */s/ Ferdose al-Taie* | */s/ James H. Mutchnik* |
| Ferdose al-Taie (admitted *pro hac vice*) | James H. Mutchnik |
| faltaie@bakerdonelson.com | james.mutchnik@kirkland.com |
| BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. | KIRKLAND & ELLIS LLP |
| 956 Sherry Lane, 20th Floor | 300 North LaSalle |
| Dallas, TX 75225 | Chicago, IL 60654 |
| Telephone: (214) 391-7210 | Telephone: (312) 862-2000 |

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendants Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., and Thoma Bravo, L.P.*

*Counsel for Defendant ZRS Management, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 19th day of July, 2023.

/s/ *David D. Cross*
David D. Cross