# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

MALAVIKA MADGAVKAR FITZGERALD , Bar # 5708839

was duly admitted to practice in the Court on

January 21, 2020

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  On  July 21, 2023
New York, New York

Ruby J. Krajick          By    s/ V. Adolphe
Clerk of Court                 Deputy Clerk