# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) This Document Relates to: ) 3:23-cv-00330 ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Jules A. Ross of the law firm Lieff Cabraser Heimann & Bernstein, LLP hereby enters her appearance as counsel of record in the above matter on behalf of Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland. A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Dated: July 21, 2023

Respectfully submitted,

By: */s/ Jules Ross*
Jules A. Ross
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street
29th Floor
San Francisco, CA 94111-33349
(415) 956-1000
jross@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*/s/ Jules Ross*
Jules Ross