UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Honorable Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>ALL CASES |

## DECLARATION OF KYLE DINGMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE CLASS ACTION WAIVERS

I, Kyle Dingman, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I am a member of the State Bar of Texas, and I am admitted to practice before State and Federal Courts of that State. I am a Senior Associate at Scott+Scott Attorneys at Law LLP, which serves as Co-Lead counsel for the Multifamily Plaintiffs in this matter.

2. If called upon as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. Attached as Exhibit 1 is a true and correct copy of an excerpt of the Fall 2012 issue of the "Texas Apartments" magazine published by the Texas Apartment Association.

4. Attached as Exhibit 2 is a true and correct copy of an excerpt from the National Apartment Association's current Policies and Procedures handbook, available at https://www.naahq.org/sites/default/files/naa-documents/Governance/policies_procedures_03162018.pdf

5. Attached as Exhibit 3 is a true and correct copy of the 2017 Texas Apartment Association's standardized form "Apartment Lease Contract" offered to landlords and property managers on the Texas Apartment Association Lease agreement webpage, available here: https://www.taa.org/wp-content/uploads/2018/01/2017-Apartment-Lease-Contract-For-Website.pdf

6. Attached as Exhibit 4 is a true and correct copy of a sample 2019 National Apartment Association standardized form class action waiver addendum offered to landlords and property managers on the National Apartment Association webpage, available here: https://www.bluemoonforms.com/?previewPDF&cat=TN&formId=CLASSACTION&size=legal

7. Attached as Exhibit 5 is a true and correct copy of an excerpt from a 2021 National Apartment Association PowerPoint presentation titled "National Apartment Association Click & Lease" available on the National Apartment Association's website here: https://www.naahq.org/sites/default/files/2021_naaclicklease_presentation_final_0.pdf

8. Attached as Exhibit 6 is a true and correct copy of an excerpt of the March/April 2018 issue of the "Window on Rental Housing" magazine published by the Austin Apartment Association, an affiliate of the Texas Apartment Association and the National Apartment Association, available here: https://issuu.com/austinapartmentassociation/docs/window_on_rental_housing_march_apri

9. I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 21st day of July, 2023 in Austin, Texas.

                                                Kyle Dingman