# EXHIBIT 5

# National Apartment Association Click & Lease



naahq.org/lease

# Sample NAA Addenda/Form

- AirBnB Addendum
- All-In-One Utility Addendum
- Addendum for Rent Concession
- Add or Change a Roommate
- Affordable Housing Addendum
- Animal Addendum
- Apartment Lease
- Asbestos Addendum
- Bed Bug Addendum
- Class Action Waiver (Live in 2018)
- Community Policies, Rules and Regulations
- Enclosed Garage Addendum
- Federally Required Notice of Lead Hazard Information
- Intrusion Alarm Addendum
- Inventory & Condition Form
- Lease Contract Buy-Out Agreement

COVID-19
  - Notice of Temporary Waiver of Late Fees
  - Payment Plan Agreement
- Lease Contract Guaranty
- Mixed-Use Addendum
- Mold Information and Prevention
- No Smoking Addendum
- Notice of Intent to Move Out
- Notices (Pay or Quit, Lease Violations, etc.)
- Parking Addendum
- Reasonable Accommodation and Modification Forms
- Rental Application
- Renter's or Liability Insurance Addendum
- Roommate Addendum
- Satellite Dish and Antenna
- Short-term Subletting Prohibited
- Supplemental Rental Application for Affordable Housing



naahq.org/lease