Motion (379) is **GRANTED**.

Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>ALL CASES |

## PLAINTIFFS' MOTION TO SUBSTITUTE CORRECTED RESPONSE [DOC. NO. 378]

Plaintiffs inadvertently filed a version of their Response to Defendants' Motion to Enforce Class Waivers (Doc. No. 378) that included an attorney note. Plaintiffs respectfully seek leave to substitute the attached corrected version of the filing on the docket omitting that note. Plaintiffs have informed Defendants of this issue and requested that they delete the previously filed version.