UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING,<br><br>MOTION TO WITHDRAW – THE MORGAN GROUP, INC.,<br>Defendants. | No. 3:23-md-03071 WDC<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00330<br>3:23-cv-00339<br><br>**MOTION TO WITHDRAW** |

# MOTION TO WITHDRAW

Pursuant to LR 83.01(g) & (h), Carl C. Butzer, David T. Moran, and Joseph A. Fischer, III of Jackson Walker LLP hereby withdraw as counsel for Defendant The Morgan Group, Inc. ("Defendant").

Defendant has retained David A. Walton, Lewis Floyd Collins, III, and Troy L. Hales, II of Bell Nunnally & Martin LLP to represent it in this matter, and those attorneys have already appeared in Case Nos. 3:23-md-03071, 3:23-cv-00330, and 3:23-cv-00339 on behalf of Defendant as reflected at ECF Nos. 162, 226, and 229.[1]

Written notice of counsel's intent to withdraw was provided to Defendant fourteen (14) days prior to the filing of this motion to withdraw. A copy of that written notice is appended to this Motion as Exhibit A.

Please serve any and all further pleadings or notices of any nature whatsoever upon the Bell Nunnally & Martin LLP attorneys.

DATED this 24th day of July, 2023.

                                                JACKSON WALKER LLP

                                                *s/ Carl C. Butzer*
                                                Carl C. Butzer (Admitted *Pro Hac Vice*)
                                                David T. Moran (Admitted *Pro Hac Vice*)
                                                Joseph A. Fischer, III (Admitted *Pro Hac Vice*)
                                                2323 Ross Ave. Suite 600
                                                Dallas, TX 75201
                                                (214) 593-5902 Phone
                                                cbutzer@jw.com
                                                dmoran@jw.com
                                                tfischer@jw.com

---

[1] Withdrawing counsel previously entered notices of appearance in Case No. 2:22-cv-01712 (W.D. Wash.), which is now 3:23-cv-00330 (M.D. Tenn.), and Case No. 2:22-cv-01826 (W.D. Wash.), which is now 3:23-cv-00339 (M.D. Tenn.).

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>s/ Carl C. Butzer</u><br>
Carl C. Butzer (Admitted *Pro Hac Vice*)