# EXHIBIT A

# Murtha, Michael

| | |
|---|---|
| **From:** | Butzer, Carl |
| **Sent:** | Friday, June 30, 2023 3:19 PM |
| **To:** | Julie Stephenson |
| **Cc:** | Moran, David; Murtha, Michael |
| **Subject:** | Notice of Withdrawal in Realpage Litigation |

Good afternoon Julie,

I hereby am providing you notice under Local Rule 83.01(g) of the M.D. Tennessee Local Rules that David Moran, Tre Fischer, and I plan to withdraw from representation of The Morgan Group in the RealPage Litigation matters as attorneys of record. Pursuant to the local rules, I will file this notice in 14 days.

Thank you,
Carl

Carl C. Butzer
Jackson Walker LLP
2323 Ross Ave., Suite 600
Dallas, Texas 75201
214.953.5902