UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### NOTICE PURSUANT TO PARAGRAPH 10 OF THE JUNE 1, 2023 ORDER CONCERNING DEFENDANTS WHO WERE NAMED IN THREE OR FEWER CASES

Pursuant to Paragraph 10 of this Court's Order (the "Order"), issued on June 1, 2023 [ECF 243], Defendants[1] who were named in three or fewer cases provide notice that they are willing to participate in early mediation.[2] Such Defendants propose Hon. Ellen Hobbs Lyle (Ret.) as mediator for such a mediation.[3]

---

[1] Twenty Defendants who were named in three or fewer cases signed this Notice: Allied Orion Group, LLC, Apartment Income REIT Corp., d/b/a AIR Communities, Brookfield Properties Multifamily LLC, CA Ventures, Campus Advantage, Inc., Cardinal Group Holdings LLC, CH Real Estate Services, LLC, Conti Capital, Dayrise Residential, LLC, Essex Property Trust, Inc., Knightvest Residential, Kairoi Management LLC, Lantower Luxury Living LLC, Lyon Management Group, Inc., Morgan Properties Management Company, LLC, The Related Companies, L.P and Related Management Company, L.P., Rose Associates Inc., Sherman Associates, Inc., Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLP) and Windsor Property Management Company.

[2] Defendants submit this notice subject to and without waiver of the arguments raised in Defendants' pending motions to dismiss, including Defendants' Motion to Dismiss Multifamily Plaintiffs' First Amended Consolidated Class Action Complaint [ECF 340], LRO Defendants' Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [ECF 323], Defendant CH Real Estate Services, LLC's Motion to Dismiss for Lack of Personal Jurisdiction [ECF 327], and Defendant Rose Associate Inc.'s Motion to Dismiss for Lack of Jurisdiction and Improper Venue [ECF 343].

[3] A different group of mediators will be proposed by the full group of all Defendants in response to Paragraph 8 of the Order.

`

DATED: July 24, 2023

Respectfully submitted,

<div style="column-count: 2">

/s/ Edwin Buffmire
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Katie A. Reilly
Katie A. Reilly
reilly@wtotrial.com
Michael T. Williams
williams@wtotrial.com
Judith P. Youngman
youngman@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

Mark Bell
Mark.Bell@hklaw.com
HOLLAND & KNIGHT LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8850

*Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
Jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties Multifamily LLC*

/s/ Michael F. Murray
Michael F. Murray
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6057

*Counsel for Defendant CA Ventures Global Services, LLC*

</div>

`

/s/ Marisa Secco Giles
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

/s/ J. Douglas Baldridge
J. Douglas Baldridge
jbaldridge@venable.com
Danielle R. Foley
drfoley@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4703
*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
Goodwin Procter, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

| | |
|---|---|
| */s/ Cliff A. Wade*<br>Cliff A. Wade<br>cliff.wade@bakerlopez.com<br>Chelsea L. Futrell<br>chelsea.futrell@bakerlopez.com<br>BAKER LOPEZ PLLC<br>5728 LBJ Freeway, Suite 150<br>Dallas, Texas 75240<br>Telephone: (469) 206-9384<br><br>*Counsel for Defendant Knightvest Residential* | */s/ Karen H. Safran*<br>Karen H. Safran<br>ksafran@goodspeedmerrill.com<br>Robert Hunger<br>rhunger@goodspeedmerrill.com<br>GOODSPEED MERRILL<br>9605 South Kingston Court, Suite 200<br>Englewood, CO 80112<br>Telephone: (720) 943-9033<br><br>*Counsel for Defendant Lyon Management Group, Inc.* |
| */s/ Eliot Turner*<br>Eliot Turner<br>eliot.turner@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100,<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br><br>*Counsel for Defendant Kairoi Management LLC* | */s/ Jeffrey C. Bank*<br>Jeffrey C. Bank<br>jbank@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI PC<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br><br>*Counsel for Defendant Morgan Properties Management Company, LLC* |
| */s/ Michael W. Scarborough*<br>Michael W. Scarborough (admitted *pro hac vice*)<br>mscarborough@velaw.com<br>Dylan I. Ballard (admitted *pro hac vice*)<br>dballard@velaw.com<br>VINSON & ELKINS LLP<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Telephone: (415) 979-6900<br><br>*Counsel for Defendant Lantower Luxury Living LLC* | */s/ Nicholas A. Gravante, Jr.*<br>Nicholas A. Gravante, Jr.<br>nicholas.gravante@cwt.com<br>Philip J. Iovieno<br>philp.iovieno@cwt.com<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br><br>*Counsel for Defendants The Related Companies, L.P and Related Management Company, L.P.* |
| | */s/ Richard P Sybert*<br>Richard P. Sybert (WSBA No. 8357)<br>rsybert@grsm.com<br>GORDON REES SCULLY MANSUKHANI<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (206) 321-5222<br><br>*Counsel for Defendant Rose Associates Inc.* |

`

/s/ Diane R. Hazel
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLP)*

/s/ Jessalyn H. Zeigler
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

`

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 24th day of July, 2023.

<div style="text-align: right;">

*/s/ /R. Dale Grimes*
R. Dale Grimes

</div>