UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>**JURY DEMAND**<br><br>**This Document Relates to:**<br>**3:23-cv-00330**<br>**3:23-cv-00333**<br>**3:23-cv-00337**<br>**3:23-cv-00339**<br>**3:23-cv-00387**<br>**3:23-cv-00389**<br>**3:23-cv-00414** |

### PLAINTIFFS' OPPOSITION TO DEFENDANT BH'S AND DEFENDANT CH'S MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

On July 6, 2023, certain parties moved the Court to enter a stipulation and order "deferring the issue of personal jurisdiction and venue for 180 days." Dkt. 317 ("Deferral Motion"). On July 7, 2023, two Defendants that did not join the Deferral Motion, BH Management Services, LLC ("BH"), and CH Real Estate Services, LLC ("CH"), filed motions to dismiss for a lack of personal jurisdiction in the transferor court(s). *See* Dkts. 326, 327, respectively (collectively, "PJ MTDs").

On July 24, 2023, Plaintiffs filed *Kabisch v. RealPage, Inc. et al.* in this District. *See* Complaint, *Kabisch v. RealPage, Inc., et al.*, (M.D. Tenn.) (filed concurrently on this date) (hereinafter, "*Kabisch*"). *Kabisch* names BH and CH as defendants, and includes allegations that BH owns or operates "five properties in the Greater Nashville Metro Area." *Kabisch* ¶ 44. *Kabisch* also includes allegations that CH is headquartered in Nashville, Tennessee. *Kabisch* ¶ 48. Thus, personal jurisdiction is established in this district by virtue of BH and CH's contacts with

Tennessee. *See Bristol-Myers Squibb Co. v. Superior Ct. of Cal., San Francisco Cnty.*, 582 U.S. 255, 264 (2017) (personal jurisdiction proper based on "affiliation between the forum and the underlying controversy, principally, an activity or an occurrence [related to the controversy] that takes place in the forum State"); *Canaday v. Anthem Cos., Inc.*, 9 F.4th 392, 396 (6th Cir. 2021) (personal jurisdiction proper in federal court sitting in state "where the defendant is incorporated or headquartered"). On the civil cover sheet, Plaintiffs identified that *Kabisch* is related to this multidistrict litigation ("MDL"). *See* Civil Cover Sheet, *Kabisch v. RealPage, Inc., et al.*, (M.D. Tenn.) (filed concurrently on this date). Once *Kabisch v. RealPage* is administratively transferred to this Court and added to the MDL docket, Plaintiffs intend to dismiss both BH and CH from the constituent complaints at issue in their respective motions without prejudice, with the class action claims against BH and CH to be instead litigated under the *Kabisch* complaint. *See* Dkts. 326,[1] 327.[2]

At the conclusion of the above course of events, which Plaintiffs expect to occur in the coming days, (1) neither BH nor CH will be named as a defendant in any case where either has contested personal jurisdiction; and (2) this Court will have personal jurisdiction over BH and CH in this MDL pursuant to the allegations contained in *Kabisch*.

Accordingly, Plaintiffs respectfully request that this Court deny the PJ MTDs as moot.

---

[1] BH's motion pertains to the following constituent cases: 3:23-cv-00330 (M.D. Tenn.); 3:23-cv-00333 (M.D. Tenn.); 3:23-cv-00337 (M.D. Tenn.); 3:23-cv-00339 (M.D. Tenn.); 3:23-cv-00387 (M.D. Tenn.); 3:23-cv-00389 (M.D. Tenn.); and 3:23-cv-00414 (M.D. Tenn.).
[2] CH's motion pertains to the constituent case 3:23-cv-00333 (M.D. Tenn.).

| | |
|---|---|
| Dated: July 24, 2023 | */s/ Tricia R. Herzfeld* |

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
Stephanie A. Chen

J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld
