**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) ) ) | **Case No. 3:23-md-3071** **MDL No. 3071** |
| | ) ) | **This Document Relates to:** |
| | ) ) | **3:23-cv-00330** |
| | ) | **3:23-cv-00331** |
| | ) | **3:23-cv-00332** |
| | ) | **3:23-cv-00333** |
| | ) | **3:23-cv-00334** |
| | ) | **3:23-cv-00336** |
| | ) | **3:23-cv-00338** |
| | ) | **3:23-cv-00339** |
| | ) | **3:23-cv-00344** |
| | ) | **3:23-cv-00345** |
| | ) | **3:23-cv-00387** |
| | ) | **3:23-cv-00388** |
| | ) | **3:23-cv-00389** |

---

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

---

Pursuant to Local Rule 83.01(g), Defendants Essex Property Trust, Inc. and Essex Management Corporation ("Essex") respectfully move this Court to permit Tiffany L. Lee of Perkins Coie LLP to withdraw as counsel for Essex in the above-captioned cases and request that no further action be required of her and no documents or other pleadings be served upon her. As set forth below, there is good cause for this Motion:

1.    Ms. Lee previously served as local counsel for Essex in the Western District of Washington for the above-captioned cases, which were originally filed in the Western District of Washington before being transferred for consolidated pretrial

-1-

proceedings before this Court. Essex no longer needs local counsel in Washington following consolidation and transfer for pretrial proceedings before this Court.

2. Essex has been, and will continue to be represented by Leo D. Caseria and Helen C. Eckert with the law firm of Sheppard Mullin Richter & Hampton LLP, and Arman Oruc with the law firm of Goodwin Procter LLP.

3. As required by Local Rule 83.01(g), written notice to Essex of Ms. Lee's intent to withdraw as local Washington counsel was provided at least 14 days prior to the filing of the motion to withdraw. *See* **Exhibit A** attached hereto and ECF No. 113 (May 17, 2023 Notice of Withdrawal as Counsel for Tiffany L. Lee).

4. The withdrawal of Ms. Lee as local Washington counsel will not delay any trial or other proceedings in this matter, and as indicated above, Essex will continue to be represented by other highly qualified counsel who have been representing Essex as national counsel since the inception of the above-captioned cases and this MDL.

WHEREFORE, attorney Tiffany L. Lee of Perkins Coie LLP respectfully requests leave to withdraw as counsel of record for Essex in the above-captioned cases and requests that no further action be required of her and no documents or other pleadings be served upon her.

Dated: July 26, 2023

Respectfully Submitted,

/s/ Tiffany L. Lee
Tiffany Lee, WSBA 51979
TiffanyLee@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
Goodwin Procter, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

163003865.2

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Middle District of Tennessee using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

/s/ Tiffany L. Lee_____

-4-