# Exhibit A

| From: | Anne Morrison <AMorrison@essex.com> |
|---|---|
| Sent: | Tuesday, May 2, 2023 10:49 AM |
| To: | Lee, Tiffany (SEA) |
| Cc: | Brandy Scheanwald |
| Subject: | RE: Realpage lawsuits |

Thank you.

**From:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Sent:** Tuesday, May 2, 2023 10:12 AM
**To:** Anne Morrison <AMorrison@essex.com>
**Subject:** RE: Realpage lawsuits

**EXTERNAL:** Do not open links or attachments unless you know the sender is legitimate and the contents are safe.

Thank you Anne.

I hereby am providing you notice under LR83.01(g) of the M.D. Tennessee Local Rules that I plan to withdraw from the matter as attorney of record. Pursuant to the local rules, I will file this notice in 14 days.

Kind Regards,

**Tiffany L. Lee | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com


**From:** Anne Morrison <AMorrison@essex.com>
**Sent:** Tuesday, May 2, 2023 9:43 AM
**To:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Subject:** Realpage lawsuits

Tiffany,

As you know, the Realpage Antitrust Class Action Litigation has been transferred to the M.D. Tennessee. As we retained you as local counsel for the W.D. Washington cases, we are no longer in need of your services and you may withdraw as counsel of record for Essex.

Kind regards,

Anne

**Anne Morrison** | Senior Vice President, General Counsel

1
Case 3:23-md-03071    Document 405-1    Filed 07/26/23    Page 2 of 3 PageID #: 3641
Case 3:23-md-03071    Document 113-1    Filed 05/17/23    Page 2 of 3 PageID #: 321

**Essex Property Trust, Inc.**

1100 Park Place, Suite 200
San Mateo, CA 94403
Phone 650.655.7932

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

2

Case 3:23-md-03071     Document 405-1     Filed 07/26/23     Page 3 of 3 PageID #: 3642
Case 3:23-md-03071   Document 113-1   Filed 05/17/23   Page 3 of 3 PageID #: 322