Motion (381) is **GRANTED** and Carl C. Butzer, David T. Moran and Joseph A. Fischer, III are terminated as counsel for Defendant The Morgan Group, Inc.

*Waverly D. Crenshaw, Jr.*

Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated, | No. 3:23-md-03071 WDC MDL No. 3071 **This Document Relates to: 3:23-cv-00330 3:23-cv-00339** **MOTION TO WITHDRAW** |

Plaintiff,

v.

REALPAGE, INC.; GREYSTAR REAL
ESTATE PARTNERS, LLC; LINCOLN
PROPERTY CO.; CUSHMAN &
WAKEFIELD, INC.; FPI MANAGEMENT,
INC.; RPM LIVING, LLC; BH
MANAGEMENT SERVICES, LLC; MID-
AMERICA APARTMENT COMMUNITIES,
INC.; MORGAN PROPERTIES, LLC;
AVENUE5 RESIDENTIAL, LLC; BOZZUTO
MANAGEMENT COMPANY;
AVALONBAY COMMUNITIES, INC.;
HIGHMARK RESIDENTIAL, LLC; EQUITY
RESIDENTIAL; THE IRVINE COMPANY,
LLC; ESSEX PROPERTY TRUST, INC.;
ZRS MANAGEMENT, LLC; CAMDEN
PROPERTY TRUST; UDR, INC.; CONAM
MANAGEMENT CORPORATION;
CORTLAND PARTNERS, LLC; THRIVE
COMMUNITIES MANAGEMENT, LLC;
SECURITY PROPERTIES INC.; CWS
APARTMENT HOMES, LLC;
PROMETHEUS REAL ESTATE GROUP,
INC.; SARES REGIS GROUP OPERATING,

MOTION TO WITHDRAW – THE
MORGAN GROUP, INC.,

Defendants.

## MOTION TO WITHDRAW

Pursuant to LR 83.01(g) & (h), Carl C. Butzer, David T. Moran, and Joseph A. Fischer, III of Jackson Walker LLP hereby withdraw as counsel for Defendant The Morgan Group, Inc. ("Defendant").

Defendant has retained David A. Walton, Lewis Floyd Collins, III, and Troy L. Hales, II of Bell Nunnally & Martin LLP to represent it in this matter, and those attorneys have already appeared in Case Nos. 3:23-md-03071, 3:23-cv-00330, and 3:23-cv-00339 on behalf of Defendant as reflected at ECF Nos. 162, 226, and 229.[1]

Written notice of counsel's intent to withdraw was provided to Defendant fourteen (14) days prior to the filing of this motion to withdraw. A copy of that written notice is appended to this Motion as Exhibit A.

Please serve any and all further pleadings or notices of any nature whatsoever upon the Bell Nunnally & Martin LLP attorneys.

DATED this 24th day of July, 2023.

JACKSON WALKER LLP

*s/ Carl C. Butzer*
Carl C. Butzer (Admitted *Pro Hac Vice*)
David T. Moran (Admitted *Pro Hac Vice*)
Joseph A. Fischer, III (Admitted *Pro Hac Vice*)
2323 Ross Ave. Suite 600
Dallas, TX 75201
(214) 593-5902 Phone
cbutzer@jw.com
dmoran@jw.com
tfischer@jw.com

---

[1] Withdrawing counsel previously entered notices of appearance in Case No. 2:22-cv-01712 (W.D. Wash.), which is now 3:23-cv-00330 (M.D. Tenn.), and Case No. 2:22-cv-01826 (W.D. Wash.), which is now 3:23-cv-00339 (M.D. Tenn.).

MOTION TO WITHDRAW - 2