> Motion (405) is **GRANTED** and Tiffany L. Lee is terminated as counsel of record for Defendants Essex Property Trust, Inc., and Essex Management Corporation.
>
> *Waverly D. Crenshaw, Jr.*
> Chief US District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00336<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389 |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Local Rule 83.01(g), Defendants Essex Property Trust, Inc. and Essex Management Corporation ("Essex") respectfully move this Court to permit Tiffany L. Lee of Perkins Coie LLP to withdraw as counsel for Essex in the above-captioned cases and request that no further action be required of her and no documents or other pleadings be served upon her. As set forth below, there is good cause for this Motion:

1. Ms. Lee previously served as local counsel for Essex in the Western District of Washington for the above-captioned cases, which were originally filed in the Western District of Washington before being transferred for consolidated pretrial