# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

    I, LYLE W. CAYCE, Clerk of this Court, certify that **Tyler Dean Ricker** was duly admitted to practice in this Court on October 04, 2021, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on July 26, 2023

_____  
LYLE W. CAYCE  
Clerk

By: _____  
Steve A. Totora  
Deputy Clerk

**A True Copy**  
**Certified Jul 26, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**