UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to: ALL CASES |

## ORDER

As requested by the Court, the parties have identified acceptable mediators (Doc. No. 404). The Court approves and appoints the Honorable Layn R. Phillips to mediate cases with Defendants who are in 4 or more cases.

To prepare for the mediation the Court hereby sets a telephone conference call on Tuesday, **August 1, 2023** at 10:00 a.m. Central Standard Time. The participants shall be Jay P. Srinivasan and Patrick Coughlin. Judge Phillips will be on the conference call.

Other counsel who wish to participate in the call shall notify the Court no later than noon on **July 31, 2023**, by calling Kelly Parise or Melissa Seay at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE