UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT CONAM MANAGEMENT CORPORATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**3:23-cv-00330**<br>**3:23-cv-00339**<br>**3:23-cv-00378**<br>**3:23-cv-00379**<br>**3:23-cv-00389**<br>**3:23-cv-00381**<br>**3:23-cv-00414**<br>**3:23-cv-00326**<br>**3:23-cv-00440**<br>**3:23-cv-00742** |

CONAM MANAGEMENT CORP. NOTICE OF APPEARANCE
Case No. 3:23-MD-3071

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5911

# NOTICE OF APPEARANCE

Benjamin Nagin previously entered his appearance in the Western District of Washington in *Morgan, et al. v. RealPage, et al.*, No. 2:22-cv-01712-RSL, on behalf of ConAm Management Corporation ("ConAm"). He now gives notice that he represents ConAm in each of the above-captioned cases.[1]

Date: July 31, 2023

Respectfully submitted,

**SIDLEY AUSTIN LLP**

*/s/ Benjamin R. Nagin*
Benjamin R. Nagin (*pro hac vice*)
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

---

[1] In so filing, ConAm does not waive and expressly preserves any arguments or objections related to the issues of personal jurisdiction and/or venue in certain cases consistent with the Court's Order at Docket No. 353.

CONAM MANAGEMENT CORP. NOTICE OF APPEARANCE
Case No. 3:23-MD-3071
Page 1

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5911

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Date: July 31, 2023

                                                */s/ Benjamin R. Nagin*
                                                Benjamin R. Nagin

CONAM MANAGEMENT CORP. NOTICE OF APPEARANCE    **SIDLEY AUSTIN LLP**
Case No. 3:23-MD-3071    787 Seventh Avenue
Page 2    New York, NY 10019
    Tel: (212) 839-5911

Case 3:23-md-03071    Document 441    Filed 07/31/23    Page 3 of 3 PageID #: 3860