# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>ALL CASES |

## JOINT NOTICE OF FILING CONCERNING STATUS OF MEMBER CASES AND PLEADINGS

The parties hereby provide this update concerning the status of the member cases and other issues.

- **Substitution of Certain Entities**

In certain cases (pre-transfer cases on transferor court dockets, "Transferor Cases") subsequently transferred to this MDL (post-transfer M.D. Tenn. docketed cases, "Member Cases"), Plaintiffs originally named as Defendants certain "Greystar," "Related Companies," "Cortland," and "Morgan Properties" entities, along with Cushman & Wakefield, Inc. Counsel for those Defendants indicated that Plaintiffs had named the wrong entities. Plaintiffs accordingly named the correct entities in the Amended Consolidated Class Action Complaint (Dkt. 291) and First Amended Consolidated Class Action Complaint (Dkt. 314) ("FACCAC"). However, the pleadings in the Member Cases still list the original entities.

Plaintiffs and the relevant counsel have conferred and have agreed as follows:

A. <u>Related Entities</u>: By agreement, Plaintiffs filed a Renewed Unopposed Motion to Substitute in two matters that, if granted, would terminate "The Related Companies,

Inc." as a defendant and substitute "The Related Companies, L.P." and "Related Management Company L.P." in its place.[1]

B. <u>Greystar Entities</u>: By agreement, Plaintiffs will file a Renewed Unopposed Motion to Substitute in all cases that, if granted, would terminate "Greystar Real Estate Partners, LLC" and "Greystar Management Services, LP" as a defendant and substitute "Greystar Management Services, LLC" in its place.[2]

C. <u>Pinnacle/Cushman</u>: By agreement, Plaintiffs will file an Unopposed Motion to Substitute in certain matters that, if granted, would terminate Cushman & Wakefield, Inc. as a defendant and substitute Pinnacle Property Management Services, LLC in its place.[3] Plaintiffs will also file notices of voluntary dismissal as to Pinnacle Property Management Services, LLC and Cushman & Wakefield, Inc. in 3:23-cv-00329.

Plaintiffs will also meet and confer with counsel for Defendant Morgan Properties Management Company, LLC regarding a substitution motion that, if granted, would terminate Morgan Properties, LLC, and Morgan Properties L.P. in the Member Cases where they are named, and substitute Morgan Properties Management Company, LLC in their place. Plaintiffs also continue to meet and confer with counsel for Cortland Management, LLC and Cortland Partners, LLC regarding a potential substitution motion.

- <u>Dismissed Cases</u>

The following cases have been dismissed in their entirety:

---

[1] *See* Dkt. 392 (relating to 3:23-cv-00412 and 3:23-cv-00413).

[2] That motion will relate to 3:22-cv-01082; 3:23-cv-00326; 3:23-cv-00329; 3:23-cv-00330; 3:23-cv-00331; 3:23-cv-00332; 3:23-cv-00333; 3:23-cv-00334; 3:23-cv-00335; 3:23-cv-00336; 3:23-cv-00337; 3:23-cv-00338; 3:23-cv-00339; 3:23-cv-00344; 3:23-cv-00345; 3:23-cv-00356; 3:23-cv-00357; 3:23-cv-00358; 3:23-cv-00377; 3:23-cv-00378; 3:23-cv-00379; 3:23-cv-00380; 3:23-cv-00381; 3:23-cv-00387; 3:23-cv-00388; 3:23-cv-00389; 3:23-cv-00390; 3:23-cv-00391; 3:23-cv-00410; 3:23-cv-00411; 3:23-cv-00412; 3:23-cv-00413; 3:23-cv-00414; 3:23-cv-00415; 3:23-cv-00416; 3:23-cv-00419; 3:23-cv-00440; 3:23-cv-00445; 3:23-cv-00552.

[3] That motion will relate to 3:23-cv-00330; 3:23-cv-00333; 3:23-cv-00335; 3:23-cv-00337; 3:23-cv-00357; 3:23-cv-00387; 3:23-cv-00413; 3:23-cv-00411; 3:23-cv-00410; 3:23-cv-00356; 3:23-cv-00389; 3:23-cv-00412; 3:22-cv-01082; 3:23-cv-00358; 3:23-cv-00377; 3:23-cv-00390; 3:23-cv-00380; 3:23-cv-00391; 3:23-cv-00416; 3:23-cv-00415; 3:23-cv-00414; 3:23-cv-00339; 3:23-cv-00326; 3:23-cv-00440; 3:23-cv-00445.

*Kempton v. RealPage, Inc.* 3:23-cv-00419

*Bohn v. RealPage*, 3:23-cv-00336


- <u>Plaintiffs Not Named in the FACCAC</u>

There are now 39 cases in this MDL. From those cases, eight plaintiffs are named in the FACCAC (Dkt. 314). Plaintiffs selected these eight as representative plaintiffs. As noted below, Plaintiffs also intend to add Plaintiff Kabisch as a representative plaintiff.

Moreover, should it suit the Court, Plaintiffs are willing to treat the FACCAC as an operative, rather than administrative complaint, and then, subject to addressing the issues raised in Defendants' position below, Plaintiffs can voluntarily dismiss without prejudice the underlying cases other than those brought by the current eight representative plaintiffs and Kabisch. Plaintiffs believe that dismissing the Member Cases other than those naming the current eight representative plaintiffs and plaintiff Kabisch without prejudice would simplify the docket, further the interests of efficiency and judicial economy, and remove Defendants' concerns regarding the status of Plaintiffs not named in the FACCAC. Dkt. 341, 3 n. 2.

Plaintiffs sent their position on these issues to Defendants today, and given other deadlines Defendants were facing today, Plaintiffs did not receive Defendants' position until the end of the day today. Consequently, Plaintiffs have not had an opportunity to consider or discuss Defendants' position with Defendants. However, pending their meet and confer with Defendants in advance of the August 7, 2023 conference, Plaintiffs note that: a) footnote two of Defendants' Motion to Dismiss [Dkt. 341] did not raise any argument regarding the dismissal of Plaintiffs' FACCAC, the subject matter of the motion, and as such, did not engage the principles addressed in *Thomas v.*

*Tenn. Dep't of Human Servs.*, 3:21-cv-00426, at *9 (M.D. Tenn. June 23, 2022)[4]; b) Plaintiffs will discuss with Defendants moving the Court to dismiss, without prejudice, the underlying claims at issue should the FACCAC be treated as an operative, as opposed to administrative, complaint; and c) Plaintiffs do not accept Defendants' assertions about: i) this Court's personal jurisdiction over certain Defendants; or ii) Plaintiffs' Kabisch's contract with Greystar, both of which are not appropriately addressed via this joint notice.

      *Defendants' position on this proposal*:

      In Footnote two of their Motion to Dismiss [Dkt. 341], Defendants identified a procedural defect that several previously named Plaintiffs were not named in the MDL (the "Unnamed Plaintiffs"), but that (i) the Unnamed Plaintiffs have continued to participate in the MDL and (ii) these Unnamed Plaintiffs were the only Plaintiffs to have sued several Defendants. Defendants argued that Plaintiffs must name these Unnamed Plaintiffs in the MDL and be subject to motions to compel arbitration and discovery or the Court should dismiss the claims brought by the Unnamed Plaintiffs. However, Plaintiffs failed to address Footnote 2 in their Opposition [ECF No. 388], and as such Plaintiffs waived any potential arguments in response. *See Thomas v. Tenn. Dep't of Human Servs.*, 3:21-cv-00426, at *9 (M.D. Tenn. June 23, 2022) ("[W]here a party fails to respond to an argument in a motion to dismiss, the Court assumes he concedes this point and abandons the claim.") (internal quotations and citations omitted).

      Plaintiffs now assert if they add Kabisch as a Plaintiff in the MDL in a future amendment and dismiss the "Member Cases" other than those naming the representative Plaintiffs, they cure many of the procedural issues that arose as a result of the Unnamed Plaintiffs. On the contrary,

---

[4] In fact, Defendants stated in that footnote that their argument need not even be considered until after the Court's disposition of Defendants' motions to dismiss, requesting only that Plaintiffs later "clarify the status" of the other plaintiffs if their motion was "not granted with prejudice."

adding Kabisch creates a host of other issues. For starters, at least twelve Defendants in the MDL (i.e., Allied Orion Group LLC, B/T Washington, LLC dba Blanton Turner, ConAm Management Corporation, Dayrise Residential LLC, Equity Residential, Essex Property Trust, Inc., Kairoi Management, Lantower Luxury Living LLC, The Related Companies, L.P, Rose Associates, Sherman Associates, Inc., and Windsor Property Management Company) are not subject to personal jurisdiction in Tennessee. Second, if Plaintiffs voluntarily dismiss the "Member Cases" other than those naming the representative Plaintiffs, this will be the second voluntary dismissal for seven Plaintiffs who previously dismissed and refiled claims, which the Federal Rules dictate must be treated as an adjudication on the merits of those Plaintiffs' claims. *See* Fed. R. Civ. P. 41(a)(1)(B). Third, Kabisch himself will likely be unable to pursue the asserted claims because his lease for his unit in Nashville, managed by Greystar Management Services, includes class action and jury waivers. And in any event, Kabisch has not yet been named in the MDL, so the procedural problems arising from the Unnamed Plaintiffs still remain.

As such, while Defendants are willing to discuss this matter with Plaintiffs, which they only raised this morning, Plaintiffs proposed "fixes" are far from a panacea.

The parties agree that this is an issue that the parties should address with the Court at the August 7, 2023 conference.

- Defendants Not Named in the FACCAC

Plaintiffs did not name in their FACCAC the following Defendants named in various Transferor Cases: AvalonBay Communities, Inc.; New England Realty Associates, L.P.; Peabody Properties, Inc.; The Irvine Company, LLC; Cortland Partners, LLC; Cushman & Wakefield, Inc.; Essex Management Corp.; Greystar Real Estate Partners, LLC; Morgan Group, Inc.; Morgan

Properties, LLC; Morgan Properties L.P.; Northland Investment Corp.; NALS Apartment Homes; Monarch Investment & Management Group; Landmark Realty; The Michaels Organization, LLC; D.P. Preiss Co., Inc.; Interstate Realty Management Co.; Asset Living, LLC; Sterling Apartment Homes; Park Town Apartment Homes; Park Town Place Apartment Homes; Kaled Management Corp.; and SHP Management Corporation.[5]

Plaintiffs will shortly file notices of voluntary dismissals for each of these Defendants that have not already been formally dismissed from the Underlying Cases and/or are not subject to pending or forthcoming substitution motions addressed above.

- Further Amendments

Plaintiffs anticipate filing a further amended pleading following the August 7 hearing and the Court's adjudication of the pending motions to dismiss Plaintiffs FACCAC. The amendments would include adding Plaintiff Kabisch to the operative Complaint. *See Kabisch v. RealPage, Inc., et al.* Case No. 3:23-cv-742 ("*Kabisch*"); Dkt. 389. The amendments would also add Crow Holdings, LP, and Trammel Crow Residential Company ("Crow Defendants") as Defendants, who are named in *Kabisch* and who Plaintiffs had previously intended to name. Plaintiffs named Trammel Crow Company, LLC in the FACCAC. However, through discussions with its counsel, Plaintiffs now understand that Trammel Crow Company, LLC is unrelated to the Crow Defendants.

---

[4] Before filing their FACCAC, Plaintiffs filed notice of voluntary dismissals in relation to the following: TF Cornerstone, Inc. (Dkt. 55), Irvine Company, LLC (Dkt. 224), SHP Management Corp. and Peabody Properties, Inc. (Dkt. 263-266), The Michaels Organization and Interstate Realty Management Company (Dkt. 303), and AvalonBay Communities, Inc. (Dkt. 309). Plaintiff White also previously dismissed New England Realty Associates LP from her claim (3:23-cv-00413, Dkt. 40).

6

Plaintiffs reserve the right to amend certain allegations to address issues raised, if any, in the Court's motion to dismiss decision(s).

- Student Complaint

After Defendants raised jurisdictional concerns, Plaintiffs filed a Notice of Dismissal of the Student Plaintiffs' Complaint. Dkt. 308. In that Notice, Plaintiffs indicated that they would file new Transferor Cases on behalf of the Plaintiffs named in the Student Housing Consolidated Complaint, and would seek to file an Amended Student Housing Consolidated Complaint after those newly filed Transferor Cases were transferred and became Member Cases in this MDL. Student Plaintiffs accordingly filed *Lauder, et al. v. RealPage, Inc., et al.*, Case No. 6:23-cv-01025 (D. Or.) on July 13, 2023, and *Dempsey, et al. v. RealPage Inc*., et al. Case Number 1:23-cv-01832 (D. Col.) on July 19, 2023. *Lauder* was tagged and transferred to this this Court on July 26, 2023 (3:23-cv-757).  A conditional transfer order for *Dempsey* was issued on July 25, 2023.  The conditional transfer order was stayed by the MDL court for seven days following its entrance. Within one business day of the transfer of *Dempsey* being finalized, Student Plaintiffs intend to move for leave to file an Amended Student Housing Consolidated Complaint ("ASC").

Defendants have indicated that they do not take a position on Plaintiffs' intended motion for leave to file an ASC.  Plaintiffs will outline the parties' respective positions as to the briefing schedule for any motion to dismiss in their motion papers.

- Service of Process

Plaintiffs are endeavoring to confirm the service of process in each of the Member Cases, as well as the two amended complaints. The parties intend to confer further about any remaining service issues before the August 7 hearing.

Dated: July 31, 2023

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI
AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Michael Srodoski
G. Dustin Foster
Amanda F. Lawrence
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
alawrence@scott-scott.com

Stacey Slaughter
Thomas J. Undlin

8

Geoffrey H. Kozen
Stephanie A. Chen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

/s/ Jay Srinivasan

Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Stephen C. Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

/s/ Edwin Buffmire

Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Katie A. Reilly

Katie A. Reilly
reilly@wtotrial.com
Michael T. Williams
williams@wtotrial.com
Judith P. Youngman
youngman@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

Mark Bell
Mark.Bell@hklaw.com
HOLLAND & KNIGHT LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8850

*Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities*

/s/ Danny David                                  /s/ Matt T. Adamson
Danny David                                      Matt T. Adamson
danny.david@bakerbotts.com                       madamson@jpclaw.com
BAKER BOTTS LLP                                  JAMESON PEPPLE CANTU PLLC
910 Louisiana Street                             801 Second Avenue, Suite 700
Houston, TX 77002                                Seattle, WA 98104
Telephone: (713) 229-4055                        Telephone: (206) 292-1994

James Kress (*pro hac vice* forthcoming)         *Counsel for Defendant B/T Washington, LLC*
james.kress@bakerbotts.com                       *d/b/a Blanton Turner*
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

*Counsel for Defendant Avenue5 Residential,*
*LLC*

/s/ *Marguerite Willis*

Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Ian Simmons*

Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant*
*Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties*
*Multifamily LLC*

/s/ J. Douglas Baldridge

J. Douglas Baldridge
jbaldridge@venable.com
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro have vice*)
abdickson@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin

Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ Lynn H. Murray

Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Ronald W. Breaux

Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ Kenneth Reinker

Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Pinnacle Property Management Services, LLC*

/s/ Todd R. Seelman

Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

/s/ Ann MacDonald

Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

/s/ Bradley C. Weber

Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Charles H. Samel
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

.

/s/ Carl W. Hittinger
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
Tyson Y. Herrold
therrold@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Michael D. Bonanno

Michael D. Bonanno
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Cliff A. Wade

Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ *Michael M. Maddigan*

Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC (formerly Greystar Management Services, LP)*

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*/s/ Ryan T. Holt*
Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

*/s/ John J. Sullivan*
John J. Sullivan
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Molly Rucki
mrucki@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4884

*Counsel for Defendant Independence Realty Trust, Inc.*

*/s/ Eliot Turner*
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management LLC*

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living LLC*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ Karen H. Safran
Karen H. Safran
ksafran@goodspeedmerrill.com
Robert S. Hunger
rhunger@goodspeedmerrill.com
GOODSPEED MERRILL
9605 South Kingston Court, Suite 200
Englewood, CO 80112
Telephone: (720) 473-7644

*Counsel for Defendant Lyon Management Group, Inc.*

/s/ Jeffrey C. Bank

Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties
Management Company, LLC*

/s/ Richard P. Sybert

Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

/s/ Judith A. Zahid

Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate
Group, Inc.*

/s/ Valentine Hoy
Valentine Hoy
vhoy@allenmatkins.com
Scott Perlin
sperlin@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155

Patrick E. Breen
pbreen@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555

*Counsel for Defendant Sares Regis Group
Commercial, Inc.*

/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties, Inc.*

/s/ David A. Walton
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*

/s/ Diane R. Hazel
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates,
Inc.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

/s/ Joshua L. Burgener
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

/s/ Craig Seebald
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Molly McDonald
mmcdonald@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ Ferdose al-Taie
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ James H. Mutchnik
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Marisa Secco Giles
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

/s/ Michael F. Murray
Michael F. Murray
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.

New York, NY 10166
Telephone: (212) 318-6057

*Counsel for Defendant CA Ventures Global
Services, LLC*

Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group
Holdings LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld