# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., | ) | **Case No. 3:23-md-3071** |
| RENTAL SOFTWARE ANTITRUST | ) | **MDL No. 3071** |
| LITIGATION (NO. II) | ) | **Judge Waverly D. Crenshaw, Jr.** |
| | ) | |
| | ) | **This Document Relates to:** |
| | ) | **3:23-cv-00326** |
| | ) | **3:23-cv-00330** |
| | ) | **3:23-cv-00339** |
| | ) | **3:23-cv-00389** |
| | ) | **3:23-cv-00414** |
| | ) | **3:23-cv-00440** |
| | ) | |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Defendant Prometheus Real Estate Group, Inc. ("Prometheus") moves to substitute counsel of record in the matters listed above and states as follows:

1. Prometheus is presently represented in this matter by attorney Michael W. Droke of the law firm Dorsey & Whitney LLP, and attorneys Heather T. Rankie and Judith A. Zahid of the law firm Zelle LLP.

2. Michael W. Droke of Dorsey & Whitney LLP was local counsel for Prometheus in the above-captioned case *Morgan, et al. v. RealPage, Inc., et al.* while it was before the United States District Court for the Western District of Washington. Heather T. Rankie and Judith A. Zahid of Zelle LLP were admitted *pro hac vice* by that court and remain as counsel of record for Prometheus.