Motion (365) is **GRANTED** and Doc. No. 362 shall be withdrawn.

*Waverly D. Crenshaw, Jr.*
Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) |

Case No. 3:23-md-3071
MDL No. 3071

This Document Relates to:
3:23-cv-00412
3:23-cv-00413

## MOTION TO WITHDRAW MOTION TO DEEM THE RELATED COMPANIES, L.P. AND RELATED MANAGEMENT COMPANY L.P. SUBSTITUTED FOR THE RELATED COMPANIES, INC.

Plaintiffs today filed a Motion to Deem the Related Companies, L.P. and Related Management Company, L.P. Substituted for the Related Companies, Inc. in the above-captioned matters (MDL D.E. 362). Due to a miscommunication, the Motion was filed prematurely (and styled as "unopposed") without the requisite conferral. Plaintiffs respectfully move to withdraw the Motion and intend to confer with Defendants about its subject matter.