> Motion (366) is **GRANTED** and Doc. No. 363 shall be withdrawn.
>
> *Waverly D. Crenshaw, Jr.*
> Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00345<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00440<br>3:23-cv-00445<br>3:23-cv-00552 |

## MOTION TO WITHDRAW MOTION TO DEEM CORTLAND MANAGEMENT, LLC SUBSTITUTED FOR CORTLAND PARTNERS, LLC

Plaintiffs today filed a Motion to Deem Cortland Management, LLC Substituted for Cortland Partners, LLC. (MDL D.E. 363.) Due to a miscommunication, the Motion was filed prematurely (and styled as "unopposed") without the requisite conferral. Plaintiffs respectfully move to withdraw the Motion and intend to confer with Defendants about its subject matter.

1