Motion (367) is **GRANTED** and Doc. No. 364 shall be withdrawn.

*Waverly D. Crenshaw, Jr.*
Chief US District Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071 **This Document Relates to:** **ALL CASES** |

### MOTION TO WITHDRAW MOTION TO DEEM GREYSTAR MANAGEMENT SERVICES, LP SUBSTITUTED FOR GREYSTAR REAL ESTATE PARTNERS, LLC

Plaintiffs today filed a Motion to Deem Greystar Management Services, LP Substituted for Greystar Real Estate Partners, LLC in all cases. (MDL D.E. 364.) Due to a miscommunication, the Motion was filed prematurely (and styled as "unopposed") without the requisite conferral. Plaintiffs respectfully move to withdraw the Motion and intend to confer with Defendants about its subject matter.

Dated: July 17, 2023

/s/ Tricia R. Herzfeld

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*