IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: <br> ) <br> ) 3:23-cv-00329 <br> ) 3:23-cv-00757 <br> ) |

**NOTICE OF APPEARANCE**

    Samuel P. Funk of Sims|Funk, PLC hereby enters his appearance as co-counsel of record for Defendant Cardinal Group Holdings LLC in the above-captioned matter.

                Respectfully submitted,

                *s/ Samuel P. Funk*
                Samuel P. Funk (#19777)
                Grace A. Fox (#37367)
                SIMS|FUNK, PLC
                3322 West End Ave., Ste. 200
                Nashville, TN 37203
                (615) 292-9335
                sfunk@simsfunk.com
                gfox@simsfunk.com

                *Counsel for Defendant Cardinal Group Holdings LLC.*

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

                                                *s/ Samuel P. Funk*