**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |  |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00329<br>3:23-cv-00757 |

## NOTICE OF APPEARANCE

Grace A. Fox of Sims|Funk, PLC hereby enters her appearance as co-counsel of record for Defendant Cardinal Group Holdings LLC in the above-captioned matter.

        Respectfully submitted,

        *s/ Grace A. Fox*
        Samuel P. Funk (#19777)
        Grace A. Fox (#37367)
        SIMS|FUNK, PLC
        3322 West End Ave., Ste. 200
        Nashville, TN 37203
        (615) 292-9335
        sfunk@simsfunk.com
        gfox@simsfunk.com

        *Counsel for Defendant Cardinal Group Holdings LLC*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

<em>s/ Grace A. Fox</em>