**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

IN RE: REALPAGE, INC., RENTAL
SOFTWARE ANTITRUST LITIGATION
(NO. II)

)
)
)
)
)
)

**Case No. 3:23-md-3071**
**MDL No. 3071**

**This Document Relates to: 3:23-cv-00419**

## ORDER

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 81), the Clerk shall terminate

Case No. 3:23-cv-00419.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE