UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>BUSINESS ENTITY DISCLOSURE FOR DEFENDANT CONAM MANAGEMENT CORPORATION<br><br>THIS DOCUMENT RELATES TO:<br><br>3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00389<br>3:23-cv-00381<br>3:23-cv-00414<br>3:23-cv-00326<br>3:23-cv-00440<br>3:23-cv-00742 |

**BUSINESS ENTITY DISCLOSURE**

CONAM MANAGEMENT CORP. 7.1 STATEMENT
Case No. 3:23-MD-3071
Page 1

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5911

Case 3:23-md-03071    Document 456    Filed 08/01/23    Page 1 of 4 PageID #: 4017

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>ConAm Management Corporation</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in <u>California</u> and with a principal place of business in <u>San Diego, California.</u>

☐ This party has parent corporations.

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great-grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

CONAM MANAGEMENT CORP. 7.1 STATEMENT  
Case No. 3:23-MD-3071  
Page 2

**SIDLEY AUSTIN LLP**  
787 Seventh Avenue  
New York, NY 10019  
Tel: (212) 839-5911

Case 3:23-md-03071   Document 456   Filed 08/01/23   Page 2 of 4 PageID #: 4018

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

    Respectfully submitted,

    **SIDLEY AUSTIN LLP**

Date: August 1, 2023    */s/ Benjamin R. Nagin*
    Benjamin R. Nagin (*pro hac vice*)
    bnagin@sidley.com
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, NY 10019
    Telephone: (212) 839-5300

    *Counsel for Defendant ConAm Management Corporation*

CONAM MANAGEMENT CORP. 7.1 STATEMENT    **SIDLEY AUSTIN LLP**
Case No. 3:23-MD-3071    787 Seventh Avenue
Page 3    New York, NY 10019
    Tel: (212) 839-5911

Case 3:23-md-03071    Document 456    Filed 08/01/23    Page 3 of 4 PageID #: 4019

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2023, I caused the foregoing Business Entity Disclosure Statement to be served on all counsel of record who are registered for CM/ECF filing with this Court.

                                                              */s/ Benjamin R. Nagin*
                                                               Benjamin R. Nagin

CONAM MANAGEMENT CORP. 7.1 STATEMENT  
Case No. 3:23-MD-3071  
Page 4

**SIDLEY AUSTIN LLP**  
787 Seventh Avenue  
New York, NY 10019  
Tel: (212) 839-5911

Case 3:23-md-03071  Document 456  Filed 08/01/23  Page 4 of 4 PageID #: 4020