# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No.: 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-01832-MEH (D. Colo.)[1]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

Without waiving any rights or defenses under Federal Rule of Civil Procedure 12(b) and other applicable law, the undersigned attorney, Douglas Berry, hereby enters an appearance in this case as counsel for Defendant Timberline Real Estate Ventures, LLC.

DATED: August 3, 2023

Respectfully Submitted,

**MILLER & MARTIN PLLC**

*/s/ Douglas Berry*
Douglas Berry (TN Bar No. 6927)
Jessica Malloy-Thorpe (TN Bar No. 35234)
401 Commerce Street, Suite 1010
Nashville, TN 37219
Telephone: (615) 244-9270
Facsimile: (615) 256-8197
doug.berry@millermartin.com
jessica.malloy-thorpe@millermartin.com

*Counsel for Defendant Timberline Real Estate Ventures, LLC*

---

[1] *Dempsey et al. v. RealPage, Inc. et al.*, No. 3:23-cv-01832-MEH (D. Colo. filed July 19, 2023), has been transferred to this Court (*see* No. 3:23-md-3071, ECF No. 457), but it has not yet been assigned a case number in the Court's CM/ECF system. Timberline's counsel will promptly file this document in *Dempsey* as well once an appropriate Member Case number has been assigned.

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

*/s/ Douglas Berry*
