# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-01832-MEH (D. Colo.)[1]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

Without waiving any rights or defenses under Federal Rule of Civil Procedure 12(b) and other applicable law, the undersigned attorney, Jessica Malloy-Thorpe, hereby enters an appearance in this case as counsel for Defendant Timberline Real Estate Ventures, LLC.

DATED: August 3, 2023

Respectfully Submitted,

**MILLER & MARTIN PLLC**

/s/ Jessica Malloy-Thorpe
Douglas Berry (TN Bar No. 6927)
Jessica Malloy-Thorpe (TN Bar No. 35234)
401 Commerce Street, Suite 1010
Nashville, TN 37219
Telephone: (615) 244-9270
Facsimile: (615) 256-8197
doug.berry@millermartin.com
jessica.malloy-thorpe@millermartin.com

*Counsel for Defendant Timberline Real Estate Ventures, LLC*

---

[1] *Dempsey et al. v. RealPage, Inc. et al.*, No. 3:23-cv-01832-MEH (D. Colo. filed July 19, 2023), has been transferred to this Court (*see* No. 3:23-md-3071, ECF No. 457), but it has not yet been assigned a case number in the Court's CM/ECF system. Timberline's counsel will promptly file this document in *Dempsey* as well once an appropriate Member Case number has been assigned.

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

*/s/ Jessica Malloy-Thorpe*
