# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No.: 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-01832-MEH (D. Colo.)[1]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District Tennessee, and without waiving any rights or defenses under Federal Rule of Civil Procedure 12(b) and other applicable law, Lee A. Peifer, hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Timberline Real Estate Ventures, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States Court of Appeals for the Eleventh Circuit. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

---

[1] *Dempsey et al. v. RealPage, Inc. et al.*, No. 3:23-cv-01832-MEH (D. Colo. filed July 19, 2023), has been transferred to this Court (*see* No. 3:23-md-3071, ECF No. 457), but it has not yet been assigned a case number in the Court's CM/ECF system. Timberline's counsel will promptly file this document in *Dempsey* as well once an appropriate Member Case number has been assigned.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained, and that although parties are not required to retain local counsel specifically for purposes of this multidistrict litigation, the Court has encouraged them to do so. Below are the names, address, phone number, and e-mail addresses of local counsel retained in this matter:

   Douglas Berry
   Jessica Malloy-Thorpe
   Miller & Martin PLLC
   401 Commerce Street
   Truist Plaza, Suite 1010
   Nashville, Tennessee 37219
   (615) 244-9270
   doug.berry@millermartin.com
   jessica.malloy-thorpe@millermartin.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all Rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct during the course of this proceeding.

   /s/ *Lee A. Peifer*
   Lee A. Peifer

Name: Lee A. Peifer

State where admitted and bar number: Georgia - Bar No. 367028

Business address: Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300

Atlanta, Georgia 30309

Phone: (404) 853-8000

E-mail: leepeifer@eversheds-sutherland.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

**MILLER & MARTIN PLLC**

*/s/ Jessica Malloy-Thorpe*
Douglas Berry (TN Bar No. 6927)
Jessica Malloy-Thorpe (TN Bar No. 35234)
401 Commerce Street, Suite 1010
Nashville, TN 37219
Telephone: (615) 244-9270
Facsimile: (615) 256-8197
doug.berry@millermartin.com
jessica.malloy-thorpe@millermartin.com

*Counsel for Defendant Timberline Real Estate Ventures, LLC*

.