# United States Court of Appeals
# Eleventh Circuit



**David J. Smith**
**Clerk of Court**

**Peter F. Busscher**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **DAVID J. SMITH**, Clerk of Court for the United States Court of Appeals for the Eleventh Circuit, **DO HEREBY CERTIFY** that **Lee Alexander Peifer was** duly admitted to practice in this Court on **March 30, 2011,** and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia on **June 30, 2023.**

DAVID J. SMITH, CLERK OF COURT



By: /s/ Julvonnia McDowell
Julvonnia McDowell, Deputy Clerk