United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

## Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that ALISTAIR BLACKLOCK was on the 15th day of September, 2020, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 2nd day of August, 2023.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Antoine Moore
Deputy Clerk