UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### AMENDED SECOND NOTICE PURSUANT TO PARAGRAPH 10 OF THE JUNE 1, 2023 ORDER CONCERNING DEFENDANTS PARTICIPATING IN EARLY MEDIATION

Pursuant to Paragraph 10 of this Court's Order (the "Order"), issued on June 1, 2023 [ECF 243], and the Court conference on July 31, 2023, the undersigned Defendants[1] propose Clay Cogman from Phillips ADR for the early mediation.[2] The undersigned Defendants have conferred with Plaintiffs and Plaintiffs consented to Mr. Cogman as the mediator.

---

[1] Twenty-five Defendants signed this Notice: Allied Orion Group, LLC, Apartment Income REIT Corp., d/b/a AIR Communities, Brookfield Properties Multifamily LLC, CA Ventures, Campus Advantage, Inc., Cardinal Group Holdings LLC, CH Real Estate Services, LLC, ConAm Management Corp., Conti Capital, Crow Holdings LP and Trammell Crow Residential Company, Dayrise Residential, LLC, Essex Property Trust, Inc., Knightvest Residential, Kairoi Management LLC, Lantower Luxury Living LLC, Lyon Management Group, Inc., Morgan Properties Management Company, LLC, Prometheus Real Estate Group, The Related Companies, L.P and Related Management Company, L.P., Rose Associates Inc., Sherman Associates, Inc., Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLP), Timberline Real Estate Ventures, LLC and Windsor Property Management Company, WinnCompanies LLC and WinnResidential Manager Corp.

[2] Defendants submit this notice subject to and without waiver of the arguments raised in Defendants' pending motions to dismiss, including Defendants' Motion to Dismiss Multifamily Plaintiffs' First Amended Consolidated Class Action Complaint [ECF 340], LRO Defendants' Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [ECF 323], Defendant CH Real Estate Services, LLC's Motion to Dismiss for Lack of Personal Jurisdiction [ECF 327], and Defendant Rose Associate Inc.'s Motion to Dismiss for Lack of Jurisdiction and Improper Venue [ECF 343].

`

DATED: August 3, 2023

Respectfully submitted,

`

/s/ Edwin Buffmire
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Katie A. Reilly
Katie A. Reilly
reilly@wtotrial.com
Michael T. Williams
williams@wtotrial.com
Judith P. Youngman
youngman@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

Mark Bell
Mark.Bell@hklaw.com
HOLLAND & KNIGHT LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8850

*Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
Jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties Multifamily LLC*

/s/ Michael F. Murray
Michael F. Murray
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6057

*Counsel for Defendant CA Ventures Global Services, LLC*

`

/s/ Campus Advantage, Inc.
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

/s/ Knightvest Residential
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
Goodwin Procter, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

`

/s/ Eliot Turner
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management LLC*

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living LLC*

/s/ Lee A. Peifer
Lee A. Peifer (*pro hac vice* motion pending)
leepeifer@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000

Douglas Berry (TN Bar No. 6927)
doug.berry@millermartin.com
Jessica Malloy-Thorpe (TN Bar No. 35234)
jessica.malloy-thorpe@millermartin.com
MILLER & MARTIN PLLC
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
Telephone: (615) 244-9270

*Counsel for Defendant Timberline Real Estate Ventures, LLC*

/s/ Karen H. Safran
Karen H. Safran
ksafran@goodspeedmerrill.com
Robert Hunger
rhunger@goodspeedmerrill.com
GOODSPEED MERRILL
9605 South Kingston Court, Suite 200
Englewood, CO 80112
Telephone: (720) 943-9033

*Counsel for Defendant Lyon Management Group, Inc.*

/s/ Nicholas A. Gravante Jr.
Nicholas A. Gravante, Jr.
nicholas.gravante@cwt.com
Philip J. Iovieno
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P and Related Management Company, L.P.*

/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

5

`

| | |
|---|---|
| */s/ Diane R. Hazel* | */s/ Jessalyn H. Zeigler* |
| Diane R. Hazel | Jessalyn H. Zeigler |
| dhazel@foley.com | jzeigler@bassberry.com |
| FOLEY & LARDNER LLP | BASS, BERRY & SIMS, PLC |
| 1400 16th Street, Suite 200 | 150 Third Avenue South |
| Denver, CO 80202 | Suite 2800 |
| Telephone: (720) 437-2000 | Nashville, TN 37201 |
| | Telephone: (615) 742-6200 |
| Elizabeth A. N. Haas (admitted *pro hac vice*) | |
| ehaas@foley.com | Craig P. Seebald (admitted *pro hac vice*) |
| Ian Hampton (admitted *pro hac vice*) | cseebald@velaw.com |
| ihampton@foley.com | Stephen M. Medlock (admitted *pro hac vice*) |
| FOLEY & LARDNER LLP | smedlock@velaw.com |
| 777 East Wisconsin Avenue | VINSON & ELKINS LLP |
| Milwaukee, WI 53202 | 2200 Pennsylvania Ave., N.W. |
| Telephone: (414) 271-2400 | Suite 500 West |
| | Washington, D.C. 20037 |
| Tara L. Swafford, BPR #17577 | Telephone: (202) 639-6500 |
| tara@swaffordlawfirm.com | |
| Dylan Harper, BPR #36820 | Christopher W. James (admitted *pro hac vice*) |
| dylan@swaffordlawfirm.com | cjames@velaw.com |
| THE SWAFFORD LAW FIRM, PLLC | VINSON & ELKINS LLP |
| 321 Billingsly Court, Suite 19 | 555 Mission Street |
| Franklin, Tennessee 37067 | Suite 2000 |
| Telephone: (615) 599-8406 | San Francisco, CA 94105 |
| | Telephone: (415) 979-6900 |
| *Counsel for Defendant Sherman Associates, Inc.* | |
| | *Counsel for Defendant Windsor Property Management Company* |
| */s/ Brent Justus* | |
| Brent Justus | */s/ Judith A. Zahid* |
| bjustus@mcguirewoods.com | Judith A. Zahid (admitted *pro hac vice*) |
| Nick Giles | jzahid@zellelaw.com |
| ngiles@mcguirewoods.com | Heather T. Rankie (admitted *pro hac vice*) |
| MCGUIREWOODS LLP | hrankie@zellelaw.com |
| 800 East Canal Street | ZELLE LLP |
| Richmond, VA 23219-3916 | 555 12th Street, Suite 1230 |
| Telephone: (804) 775-1000 | Oakland, CA 94607 |
| | Telephone: (415) 633-1916 |
| *Counsel for Defendant Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLP)* | *Counsel for Defendant Prometheus Real Estate Group, Inc.* |

`

| | |
|---|---|
| */s/ Benjamin R. Nagin* | */s/ Edwin Buffmire* |
| Benjamin R. Nagin | Edwin Buffmire |
| bnagin@sidley.com | ebuffmire@jw.com |
| SIDLEY AUSTIN LLP | Michael Moran |
| 787 Seventh Avenue | mmoran@jw.com |
| New York, NY 10019 | JACKSON WALKER LLP |
| Telephone: (212) 839-5300 | 2323 Ross Ave., Suite 600 |
| | Dallas, TX 75201 |
| | Telephone: (214) 953-6000 |

*Counsel for Defendant ConAm Management Corporation*

*Counsel for Defendants Crow Holdings LP and Trammell Crow Residential Company*

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge
jbaldridge@venable.com
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*/s/ Evan Fray-Witzer*
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

*Counsel for Defendant CH Real Estate Services, LLC*

*/s/ Jeffrey C. Banks*
Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties Management Company, LLC*

`

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 3rd day of August, 2023.

                                          */s/ J. Douglas Baldridge*
                                          J. Douglas Baldridge