UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00414<br>) 3:23-cv-00416<br>) 3:23-cv-00552 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(g), I, Ezekiel Rosenberg of Wilson Sonsini Goodrich & Rosati, P.C., hereby notify this Court that I am withdrawing as co-counsel for Defendants Morgan Properties Management Company, LLC ("Morgan Properties Management") and Morgan Properties, LP in the above-referenced cases where I appeared as counsel. Morgan Properties Management and Morgan Properties, LP will continue to be represented by co-counsel Jeffrey C. Bank of the law firm of Wilson Sonsini Goodrich & Rosati, P.C.

Respectfully submitted this 3rd day of August 2023

                                        WILSON SONSINI GOODRICH & ROSATI, P.C.
                                        /s/ *Ezekiel Rosenberg*
                                        Ezekiel Rosenberg
                                        1301 Avenue of the Americas, 40th Floor
                                        New York, N.Y. 10019
                                        Tel: (212) 453-2857
                                        zrosenberg@wsgr.com

**CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on August 3, 2023.

/s/ *Ezekiel Rosenberg*
Ezekiel Rosenberg