# Exhibit A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____DAPHNE  E.  ROSEHILL_____ , Bar # _____5927124_____

was duly admitted to practice in the Court on

_____December 20, 2022_____

and is in good standing as a member of the Bar of this Court

Dated at ___500 Pearl St.___        On _____August 3, 2023_____
New York, New York

_____Ruby J. Krajick_____        By        ___s/ D. Shaw___
Clerk of Court                                  Deputy Clerk