# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00414<br>3:23-cv-00416<br>3:23-cv-00552 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Daphne E. Rosehill of Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, NY 10019, as counsel for Morgan Properties Management Company, LLC and Morgan Properties, LP.

Respectfully submitted this 4th day of August 2023

    WILSON SONSINI GOODRICH & ROSATI, P.C.
    /s/ *Daphne E. Rosehill*
    Daphne E. Rosehill
    1301 Avenue of the Americas, 40th Floor
    New York, NY 10019
    Tel: (212) 453-2857
    drosehill@wsgr.com

1

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on August 4, 2023.

/s/ *Daphne E. Rosehill*
Daphne E. Rosehill