UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to: ALL CASES |

# ORDER

The Court VACATES its Order dated July 28, 2023, (Doc. No. 432) and approves and appoints Clay Cogman at Phillips ADR to mediate those Defendants in four cases or less, pursuant to the parties agreement. (Doc. No. 467). At the request of former Chancellor Ellen Hobbs Lyle, she is relieved as mediator.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1