# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-01832-MEH (D. Colo.)[1]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Ian Simmons, of O'Melveny & Myers LLP, is entering an appearance in the above-referenced matter as counsel of record for Defendant B.HOM Student Living LLC. Mr. Simmons was admitted to practice *pro hac vice* by a transferor court prior to transfer by the Judicial Panel on Multidistrict Litigation, permitting him to practice before this Court pursuant to this Court's Practice and Procedures Notice. (Dkt. 2 at 3.)

Dated: August 4, 2023

/s/ Ian Simmons
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
isimmons@omm.com

*Counsel for Defendant B.HOM Student Living LLC*

---

[1] The Judicial Panel on Multidistrict Litigation transferred this action, *Dempsey v. RealPage, Inc.*, No. 1:23-cv-01832 (D. Colo.), to this Court on August 2, 2023. *See* Dkt. 457. As of this filing, a Middle District of Tennessee case number has not yet been assigned to the *Dempsey* action.

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

Dated: August 4, 2023

*/s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
isimmons@omm.com

*Counsel for Defendant B.HOM Student Living LLC*