UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00378<br>3:23-cv-00380<br>3:23-cv-00391<br>3:23-cv-00445 |

## NOTICE OF APPEARANCE

Alistair Blacklock of Kirkland & Ellis LLP hereby gives notice of his appearance as counsel of record for Defendants Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; and Thoma Bravo, L.P.

Dated: August 4, 2023

By: */s/ Alistair Blacklock*
Alistair Blacklock (*pro hac vice*)
alistair.blacklock@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel for Defendants*
*Thoma Bravo Fund XIII, L.P.; Thoma Bravo*
*Fund XIV, L.P.; and Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                 */s/ Alistair Blacklock*
                                                 Alistair Blacklock