UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No.: 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00335 |

## NOTICE OF APPEARANCE OF JACQUELYNE D. FIALA

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that Jacquelyne D. Fiala of Gordon Rees Scully Mansukhani LLP shall appear as counsel of record for Defendant Rose Associates, Inc.

Dated: August 4, 2023

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI

/s/ *Jacquelyne D. Fiala*
Jacquelyne D. Fiala (TN Bar No. 30498)
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
jfiala@grsm.com
Tel: 615 364-6251
Fax: 615 970-7490

*Counsel for Defendant Rose Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

*/s/ Jacquelyne D. Fiala*
Jacquelyne D. Fiala