UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-742 |

## NOTICE OF SUMMONS TO BE ISSUED

Plaintiff, Joshua Kabisch, by and through the undersigned counsel, hereby provides notice that the following summons are to be issued for service of process:

- Summons to Defendant REALPAGE, INC.;
- Summons to Defendant THOMA BRAVO FUND XIII, L.P.;
- Summons to Defendant THOMA BRAVO FUND XIV, L.P.;
- Summons to Defendant THOMA BRAVO L.P.;
- Summons to Defendant APARTMENT INCOME REIT CORP., d/b/a AIR COMMUNITIES;
- Summons to Defendant ALLIED ORION GROUP, LLC;
- Summons to Defendant APARTMENT MANAGEMENT CONSULTANTS, LLC;
- Summons to Defendant AVENUE5 RESIDENTIAL, LLC;
- Summons to Defendant BELL PARTNERS, INC.;
- Summons to Defendant BH MANAGEMENT SERVICES, LLC;
- Summons to Defendant BOZZUTO MANAGEMENT COMPANY;
- Summons to Defendant BROOKFIELD PROPERTIES MULTIFAMILY LLC;
- Summons to Defendant CAMDEN PROPERTY TRUST;
- Summons to Defendant CH REAL ESTATE SERVICES, LLC;
- Summons to Defendant CONAM MANAGEMENT CORPORATION;
- Summons to Defendant CONTI CAPITAL;
- Summons to Defendant TF CORNERSTONE, INC.;
- Summons to Defendant CORTLAND MANAGEMENT, LLC;
- Summons to Defendant CWS APARTMENT HOMES LLC;

- Summons to Defendant DAYRISE RESIDENTIAL, LLC;
- Summons to Defendant EQUITY RESIDENTIAL;
- Summons to Defendant ESSEX PROPERTY TRUST, INC;
- Summons to Defendant FPI MANAGEMENT, INC.;
- Summons to Defendant GREYSTAR MANAGEMENT SERVICES, LP;
- Summons to Defendant HIGHMARK RESIDENTIAL, LLC;
- Summons to Defendant INDEPENDENCE REALTY TRUST, INC.;
- Summons to Defendant KAIROI MANAGEMENT, LLC;
- Summons to Defendant KNIGHTVEST RESIDENTIAL;
- Summons to Defendant LANTOWER LUXURY LIVING, LLC;
- Summons to Defendant LINCOLN PROPERTY COMPANY;
- Summons to Defendant LYON MANAGEMENT GROUP, INC.;
- Summons to Defendant MID-AMERICA APARTMENT COMMUNITIES, INC.;
- Summons to Defendant MISSION ROCK RESIDENTIAL, LLC;
- Summons to Defendant MORGAN PROPERTIES MANAGEMENT COMPANY, LLC;
- Summons to Defendant PINNACLE PROPERTY MANAGEMENT SERVICES, LLC;
- Summons to Defendant PROMETHEUS REAL ESTATE GROUP, INC;
- Summons to Defendant THE RELATED COMPANIES L.P.;
- Summons to Defendant RELATED MANAGEMENT COMPANY L.P.;
- Summons to Defendant ROSE ASSOCIATES, INC;
- Summons to Defendant RPM LIVING, LLC;
- Summons to Defendant SARES REGIS GROUP COMMERCIAL, INC.;
- Summons to Defendant SECURITY PROPERTIES INC.;
- Summons to Defendant SHERMAN ASSOCIATES, INC.;
- Summons to Defendant SIMPSON PROPERTY GROUP, LLC;
- Summons to Defendant THRIVE COMMUNITIES MANAGEMENT, LLC;
- Summons to Defendant CROW HOLDINGS, LP;
- Summons to Defendant TRAMMELL CROW RESIDENTIAL COMPANY;
- Summons to Defendant B/T WASHINGTON, LLC d/b/a BLANTON TURNER;
- Summons to Defendant UDR, INC.;
- Summons to Defendant WINDSOR PROPERTY MANAGEMENT COMPANY;
- Summons to Defendant WINNCOMPANIES LLC;
- Summons to Defendant WINNRESIDENTIAL MANAGER CORP; and
- Summons to Defendant ZRS MANAGEMENT, LLC.

The above-referenced summonses are attached hereto.

| | |
|---|---|
| Dated: August 4, 2023 | */s/ Tricia R. Herzfeld*<br>Tricia R. Herzfeld (#26014)<br>Anthony A. Orlandi (#33988)<br>**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**<br>223 Rosa L. Parks Avenue, Suite 300<br>Nashville, TN 37203<br>Telephone: (615) 800-6225<br>tricia@hsglawgroup.com<br>tony@hsglawgroup.com<br><br>*Liaison Counsel*<br><br>Patrick J. Coughlin<br>Carmen A. Medici<br>Fatima Brizuela<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 798-5325<br>Facsimile: (619) 233-0508<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>fbrizuela@scott-scott.com<br><br><br>Patrick McGahan<br>Amanda F. Lawrence<br>Michael Srodoski<br>G. Dustin Foster<br>Isabella De Lisi<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06145<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br>pmcgahan@scott-scott.com<br>alawrence@scott-scott.com<br>msrodoski@scott-scott.com<br>gfoster@scott-scott.com<br>idelisi@scott-scott.com<br><br>Stacey Slaughter<br>Thomas J. Undlin |

Geoffrey H. Kozen
Stephanie A. Chen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld