UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)  3:23-cv-00412<br>)  3:23-cv-00413 |

# ORDER

The Renewed Unopposed Motion to Deem The Related Companies, L.P. and Related Management Company L.P. Substituted for The Related Companies, Inc., (Doc. No. 392) is **GRANTED.** The Clerk shall add The Related Companies, Inc., as a party Defendant per the First Amended Consolidated Complaint (Doc. No. 314) and shall terminate as Defendants The Related Companies, L.P., and Related Management Company, L.P., in the above cases.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE