IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00329<br>3:23-cv-00757 |

## NOTICE OF APPEARANCE

Samuel P. Funk of Sims|Funk, PLC hereby enters his appearance as co-counsel of record for Defendant CA Ventures Global Services, LLC in the above-captioned matter.

Respectfully submitted,

*s/ Samuel P. Funk*
Samuel P. Funk (#19777)
Grace A. Fox (#37367)
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
(615) 292-9335
sfunk@simsfunk.com
gfox@simsfunk.com

*Counsel for Defendant CA Ventures Global Services, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on August 4, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

*s/ Samuel P. Funk*