IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00329<br>3:23-cv-00757 |

## NOTICE OF APPEARANCE

Grace A. Fox of Sims|Funk, PLC hereby enters her appearance as co-counsel of record for Defendant CA Ventures Global Services, LLC in the above-captioned matter.

                                      Respectfully submitted,

                                      *s/ Grace A. Fox*
                                      Samuel P. Funk (#19777)
                                      Grace A. Fox (#37367)
                                      SIMS|FUNK, PLC
                                      3322 West End Ave., Ste. 200
                                      Nashville, TN 37203
                                      (615) 292-9335
                                      sfunk@simsfunk.com
                                      gfox@simsfunk.com

                                      *Counsel for Defendant CA Ventures Global Services, LLC*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed electronically on August 4, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

                          *s/ Grace A. Fox*