# EXHIBIT A

| M.D. TENN. CASE CAPTION | PLAINTIFF(S) TO BE DISMISED WITHOUT PREJUDICE |
|---|---|
| 3:23-cv-00326 *Bauman v. RealPage, Inc. et al.* | John Bauman |
| 3:23-cv-00330 *Morgan et al v. RealPage Inc et al* | Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, Sophia Woodland |
| 3:23-cv-00331 *Alvarez et al v. RealPage Inc et al* | Matthew Alvarez, Scott Halliwell |
| 3:23-cv-00332 *Cherry et al v. RealPage Inc et al* | Kimen Trochalakis (but not Meghan Cherry, who will be added to the master Multifamily complaint) |
| 3:23-cv-00333 *Armas et al v. RealPage Inc et al* | Lena Armas, Andrea Blum |
| 3:23-cv-00334 *Johnson v. RealPage Inc et al* | Justin Johnson |
| 3:23-cv-00335 *Silverman et al v. RealPage Inc et al* | Tyler Kimbrough |
| 3:23-cv-00337 *Pham et al v. RealPage Inc et al* | John Pham, Diana Lazarte, Marco Cuevas, Valdamitra Anderson, Michael Poole, Daniel Flowers |
| 3:23-cv-00338 *Boelens v. RealPage Inc et al* | Laura Boelens |
| 3:23-cv-00339 *Moore v. The Irvine Company LLC et al* | MaryBeth Moore |
| 3:23-cv-00344 *Godfrey v. RealPage Inc et al* | Michelle K. Godfrey |
| 3:23-cv-00345 *Zhovmiruk v. RealPage Inc et al* | Yelizaveta Zhovmiruk |
| 3:23-cv-00356 *Kramer v. Realpage, Inc. et al* | Kate Kramer |
| 3:23-cv-00358 *Mackie v. Allied Orion Group LLC et al* | Tiffany Mackie |
| 3:23-cv-00377 *Bertlshofer v. RealPage, Inc., et al.* | Mary Bertlshofer |
| 3:23-cv-00379 *Corradino et al v. RealPage Inc et al* | Zachary Miller Corradino, Samantha Taylor Reyes |
| 3:23-cv-00380 *Marchetti v. Realpage, Inc. et al* | Matteo Marchetti |
| 3:23-cv-00381 *Saloman et al v. Realpage, Inc et al* | Christopher Saloman, Michael Strauss |
| 3:23-cv-00387 *Crook v. RealPage Inc et al.* | Andrea Crook |
| 3:23-cv-00388 *Hardie et al v. RealPage, Inc. et al* | Kara Hardie, Kyle O'Brien |
| 3:23-cv-00389 *Kramer v. RealPage Inc et al* | Karen Kramer |
| 3:23-cv-00390 *Enders v. Realpage, Inc. et al* | Jeremy Enders |
| 3:23-cv-00391 *Schmidig v. Realpage, Inc. et al* | Shelley Schmidig |
| 3:23-cv-00410 *Vincin et al v. RealPage, Inc. et al* | Laura Boelens, Anna Rodriguez (but not Selena Vincin, who will be added to the master Multifamily complaint) |
| 3:23-cv-00411 *Carter v. RealPage, Inc. et al* | Kim Carter |
| 3:23-cv-00412 *Precht v. RealPage, Inc. et al* | David Precht |

| M.D. TENN. CASE CAPTION | PLAINTIFF(S) TO BE DISMISED WITHOUT PREJUDICE |
|---|---|
| 3:23-cv-00414 *Weller v. RealPage Inc et al* | Kevin Weller |
| 3:23-cv-00415 *Spencer et al v. Realpage, Inc.et al* | Elaine Spencer |
| 3:23-cv-00416 *Lai Cheong v. RealPage, Inc. et al* | Kenny Lai Cheong |
| 3:23-cv-00445 *Blosser v. RealPage, Inc. et al* | Hannah Blosser |