# EXHIBIT B

| TOTAL PARTIES REMAINING IN 4 OR FEWER CASES | TOTAL PARTIES REMAINING IN 5 OR MORE CASES |
|---|---|
| Apartment Income REIT Corp. d/b/a AIR Communities | Allied Orion Group, LLC* |
| Apartment Management Consultants, LLC | Avenue5 Residential, LLC |
| B. HOM Student Living LLC (Students) | Bell Partners, Inc. |
| Brookfield Properties Multifamily LLC | BH Management Services, LLC |
| CA Ventures Global Services, LLC (Students) | Bozzuto Management Company |
| Campus Advantage, Inc. (Students) | Camden Property Trust |
| Cardinal Group Holdings LLC (Students) | CONAM Management Corporation* |
| CH Real Estate Services, LLC | Cortland Management, LLC |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | CWS Apartment Homes, LLC |
| Crow Holdings, LP | Equity Residential |
| Dayrise Residential, LLC | Essex Property Trust, Inc.* |
| Kairoi Management, LLC | FPI Management, Inc. |
| Knightvest Residential | Greystar Management Services, LLC |
| Lantower Luxury Living, LLC | Highmark Residential, LLC |
| Lyon Management Group, Inc. | Independence Realty Trust, Inc. |
| Rose Associates, Inc. | Lincoln Property Company |
| Sherman Associates, Inc. | Mid-America Apartment Communities, Inc. |
| Simpson Property Group, LLC | Mission Rock Residential, LLC |
| TF Cornerstone, Inc. | Morgan Properties Management Company, LLC* |
| The Related Companies, Inc. | Pinnacle Property Management Services, LLC |
| Timberline Real Estate Ventures, LLC (Students) | Prometheus Real Estate Group, Inc.* |
| Trammell Crow Residential Company | RealPage, Inc. |
| University House Communities Group, LLC (Students) | RPM Living, LLC |
| Windsor Property Management Company | Sares Regis Group Commercial, Inc. |
| | Security Properties Residential, LLC |
| **KEY** | Thoma Bravo Fund XIII, L.P. (RealPage Defendant) |
| Defendants named in 4 or fewer cases that have not initiated mediation discussions | Thoma Bravo Fund XIV, L.P. (RealPage Defendant) |
| | Thoma Bravo L.P. (RealPage Defendant) |
| * Defendants who have initiated mediation discussions and are named in 5 or more cases | Thrive Communities Management, LLC |
| | UDR, Inc. |
| (Students) Defendants named only in Student Housing Complaints | WinnCompanies, LLC and WinnResidential Manager Corp.* |
| | ZRS Management, LLC |