# EXHIBIT C

| ECF Number | Defendants Brief and Motion Title // Plaintiffs Response // Defendant's Reply | Entered Date |
|---|---|---|
| 317 | MOTION for Entry of Stipulation and Order concerning certain Motions to Dismiss for Lack of Personal Jurisdiction | 7/6/2023 |
| | | |
| 348-349 | MOTION to Stay All Discovery Pending Ruling on Motions to Dismiss by MDL 3071 Defendants | 7/7/2023 |
| 371 | NOTICE re 348 MOTION to Stay *All Discovery Pending Ruling on Motions to Dismiss (Notice of Supplemental Authority)* | 7/19/2023 |
| 377 | RESPONSE in Opposition re 348 MOTION to Stay *All Discovery Pending Ruling on Motions to Dismiss* filed by MDL 3071 Plaintiffs. | 7/21/2023 |
| 436 | REPLY to Response to re 348 MOTION to Stay All Discovery Pending Ruling on Motions to Dismiss | 7/28/2023 |
| | | |
| 340-342 | MOTION to Dismiss for Failure to State a Claim Defendants' Motion to Dismiss Multifamily Plaintiffs' FACCAC | 7/7/2023 |
| 388 | RESPONSE in Opposition re 340 MOTION to Dismiss for Failure to State a Claim Defendants' Motion to Dismiss Multifamily Plaintiffs' FACCAC | 7/24/2023 |
| 447 | REPLY to Response to re 340 MOTION to Dismiss for Failure to State a Claim *Defendants' Motion to Dismiss Multifamily Plaintiffs' FACCAC* | 7/31/2023 |
| | | |
| 323-324 | MOTION to Dismiss for Failure to State a Claim as to LRO and Against the LRO Defendants | 7/7/2023 |
| 385 | RESPONSE in Opposition re 323 MOTION to Dismiss for Failure to State a Claim as to LRO and Against the LRO Defendants | 7/24/2023 |
| 444 | REPLY to Response to re (323 in 3:23-md-03071) MOTION to Dismiss for Failure to State a Claim as to LRO and Against the LRO Defendants | 7/31/2023 |
| | | |
| 337-338 | MOTION to Enforce Class Action Waiver | 7/7/2023 |
| 378-379 | RESPONSE in Opposition re 337 MOTION to Enforce Class Action Waiver filed by MDL 3071 Plaintiffs | 7/21/2023 |
| 443 | RESPONSE in Support re (337 in 3:23-md-03071) MOTION to Enforce Class Action Waiver | 7/31/2023 |
| | | |
| 344-346 | MOTION AND MEMORANDUM to Dismiss for Failure to State a Claim as to Agency Liability | 7/7/2023 |
| 384 | RESPONSE in Opposition re 344 MOTION to Dismiss for Failure to State a Claim *as to Agency Liability* filed by MDL 3071 Plaintiffs. | 7/24/2023 |
| 445 | REPLY to Response to re (344 in 3:23-md-03071) MOTION to Dismiss for Failure to State a Claim *as to Agency Liability* | 7/31/2023 |
| | | |
| 326, 329 | MOTION to Dismiss for Lack of Jurisdiction by BH Management Services, LLC | 7/7/2023 |
| 389 | RESPONSE in Opposition re (327 in 3:23-md-03071) MOTION to Dismiss for Lack of Jurisdiction | 7/24/2023 |
| 442 | REPLY to Response to re (326 in 3:23-md-03071) MOTION to Dismiss for Lack of Jurisdiction | 7/31/2023 |
| | | |
| 327 | MOTION to Dismiss for Lack of Jurisdiction by CH Real Estate Services LLC | 7/7/2023 |
| 389 | RESPONSE in Opposition re (327 in 3:23-md-03071) MOTION to Dismiss for Lack of Jurisdiction | 7/24/2023 |
| 446 | REPLY to Response to re ( 327 in 3:23-md-03071) MOTION to Dismiss for Lack of Jurisdiction | 7/31/2023 |
| | | |
| 335-336 | MOTION to Dismiss *Plaintiffs' First Amended Consolidated Class Action Complaint* filed by Thoma Bravo | 7/7/2023 |
| 390 | RESPONSE in Opposition re (335 in 3:23-md-03071) MOTION to Dismiss *Plaintiffs' First Amended Consolidated Class Action Complaint* | 7/24/2023 |
| 440 | REPLY to Response to re (335 in 3:23-md-03071) MOTION to Dismiss Plaintiffs' FACAC filed by Thoma Bravo | 7/31/2023 |
| | | |
| 343 | MOTION to Dismiss for Lack of Jurisdiction and Improper Venue by Rose Associates Inc. | 7/7/2023 |
| 386 | NOTICE by MDL 3071 Plaintiffs re 343 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* | 7/24/2023 |
| | | |
| 387 | NOTICE by MDL 3071 Plaintiffs *Joint Notice of Filing Competing Proposed Case Management Orders* | 7/24/2023 |