UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) |  Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>ALL CASES |

## PLAINTIFFS' NOTICE OF ATTENDANCE AT AUGUST 7, 2023 STATUS CONFERENCE

PLEASE TAKE NOTICE that, pursuant to the Court's August 4, 2023 Order (Dkt. No. 471), the attorneys listed below intend to attend the Court's Status Conference on August 7, 2023 at 9:00 AM, to represent the Plaintiffs.

**Tricia R. Herzfeld**
**Anthony A. Orlandi**
HERZFELD SUETHOLZ GASTEL
LENISKI AND WALL, PLLC

**Patrick J. Coughlin**
**Carmen A. Medici**
**Patrick McGahan**
**Fatima Brizuela**
SCOTT+SCOTT ATTORNEYS AT
LAW LLP

**Stacey P. Slaughter**
**Geoffrey H. Kozen**
**Stephanie A. Chen**
ROBINS KAPLAN LLP

**Swathi Bojedla**
**Mandy Boltax**
HAUSFELD LLP

| | |
|---|---|
| Dated: August 4, 2023 | /s/ *Tricia R. Herzfeld*<br>Tricia R. Herzfeld (#26014)<br>Anthony A. Orlandi (#33988)<br>**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**<br>223 Rosa L. Parks Avenue, Suite 300<br>Nashville, TN 37203<br>Telephone: (615) 800-6225<br>tricia@hsglawgroup.com<br>tony@hsglawgroup.com<br><br>*Liaison Counsel*<br><br>Patrick J. Coughlin<br>Carmen A. Medici<br>Fatima Brizuela<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 798-5325<br>Facsimile: (619) 233-0508<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>fbrizuela@scott-scott.com<br><br>Patrick McGahan<br>Michael Srodoski<br>G. Dustin Foster<br>Amanda F. Lawrence<br>Isabella De Lisi<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06145<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br>gfoster@scott-scott.com<br>alawrence@scott-scott.com<br>idelisi@scott-scott.com<br><br>Stacey Slaughter<br>Thomas J. Undlin<br>Geoffrey H. Kozen<br>Stephanie A. Chen |

1

J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

3

Facsimile: (206) 623-0594  
steve@hbsslaw.com  
breannav@hbsslaw.com  

Benjamin J. Widlanski  
Javier A. Lopez  
**KOZYAK TROPIN &**  
**THROCKMORTON LLP**  
2525 Ponce de Leon Blvd., 9th Floor  
Coral Gables, Florida 33134  
Telephone: (305) 372-1800  
bwidlanski@kttlaw.com  
jal@kttlaw.com  

Telephone: 312-782-4880  
Facsimile: 312-782-4485  
jsprengel@caffertyclobes.com  
dherrera@caffertyclobes.com  
asweatman@caffertyclobes.com  

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*

1