UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Honorable Waverly D. Crenshaw<br><br>This Document Relates to: ALL CASES |

## NOTICE OF ATTENDANCE

Pursuant to the Docket Text Order, issued on August 4, 2023 [ECF 471], please take notice of the attendance of T. Roe Frazer II of Frazer PLC and Isaac Conner of Manson Johnson Conner, PLLC, counsel for Plaintiffs in Hannah Blosser vs. RealPage, Inc., et al., Civil Action No. 3:23-cv-00445, will attend the status conference at 9:00 a.m. on Monday, August 7, 2023.

**FRAZER PLC**

*/s/ T. Roe Frazer II*
T. Roe Frazer II
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37215
O: (615)647-6464
roe@frazer.law

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 4th day of August, 2023.

*/s/ T. Roe Frazer II*