IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-01832-MEH (D. Colo)[1]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>B.HOM Student Living LLC</u> makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☒ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

---

[1] The Judicial Panel on Multidistrict Litigation transferred this action, *Dempsey v. RealPage, Inc.*, No. 1:23-cv-01832 (D. Colo.), to this Court on August 2, 2023. *See* Dkt. 457. As of this filing, a Middle District of Tennessee case number has not yet been assigned to the *Dempsey* action.

☑ This party is a limited liability company or limited liability partnership.

      If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

      If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

      If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

      If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

Dated: August 4, 2023

*/s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
isimmons@omm.com

*Counsel for Defendant B.HOM Student Living LLC*

# MEMBERS OF B.HOM STUDENT LIVING LLC

Defendant B.HOM Student Living LLC has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

**B.HOM Student Living LLC's** members are as follows:

| Member | State of Citizenship |
|---|---|
| BH Management Services, LLC | Iowa |
| TREV Management II LLC | Delaware |

**BH Management Services, LLC's** members are as follows:

| Member | State of Citizenship |
|---|---|
| BH Companies, Inc. | Iowa |
| Ellipse Holdings, LLC | Delaware |
| Pensam Capital, LLC | Florida |
| Joanna Zabriskie | Michigan |

**TREV Management II LLC's** members are as follows:

| Member | State of Citizenship |
|---|---|
| TREV Opco, LLC | Delaware |

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

Dated: August 4, 2023

/s/ Ian Simmons
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
isimmons@omm.com

*Counsel for Defendant B.HOM Student Living LLC*