UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>3:22-cv-01082<br>3:23-cv-00440<br>3:23-cv-00552 |

## RENEWED UNOPPOSED MOTION TO DEEM CORTLAND MANAGEMENT, LLC SUBSTITUTED FOR CORTLAND PARTNERS, LLC[1]

Plaintiffs in certain matters transferred to this multidistrict litigation ("MDL") originally named "Cortland Partners, LLC" as a Defendant. Counsel for that entity conferred with Plaintiffs' Co-Lead Counsel, indicating that the correct Defendant was "Cortland Management, LLC." Accordingly, in the Consolidated Amended Complaint (Dkt. 291), Multi-Family Plaintiffs named "Cortland Management, LLC" as a Defendant (and, correspondingly, did not name "Cortland Partners, LLC" as a Defendant in the Complaint). The same is true for the First Amended Consolidated Class Action Complaint. (Dkt. 314).

The pleadings in the underlying dockets, including in the above-captioned matters list the original "Cortland" entity rather than the corrected one. As to the above-captioned matters, Plaintiffs therefore respectfully move the Court to: (1) deem "Cortland Management, LLC" as

---

[1] Plaintiffs prematurely filed a similar Motion (Dkt. 363) without the requisite pre-motion conferral. Plaintiffs promptly moved to withdraw the Motion (Dkt. 366), conferred with defense counsel about this Motion as reflected herein, and respectfully ask the Court to grant this renewed Motion.

substituted for "Cortland Partners, LLC" in each case; and (2) terminate "Cortland Partners, LLC" as a Defendant on each docket. Plaintiffs also submit that filing individual amended complaints in each of these actions would not be a good use of party or judicial resources. Accordingly, in the interests of conservation of resources and judicial economy, Plaintiffs respectfully request that the Court also defer the need for the Plaintiff(s) in each of these matters to file an amended pleading reflecting this substitution until further order of the Court.

Co-Lead Counsel has conferred with counsel for the Cortland entities regarding this proposed motion. In return for Cortland Management, LLC's agreement to: (1) not oppose the present motion; (2) not contest that the Middle District of Tennessee is an appropriate venue and/or has personal jurisdiction over Cortland Management, LLC, both for the purpose of pre-trial proceedings, and any trial ultimately held in Middle District of Tennessee; (3) accept service of the *Kabisch v. RealPage, Inc., et al.*, complaint filed in this Court on July 26, 2023, Case No. 3:23-cv-00742; and (4) not object to the inclusion of Plaintiff Kabisch in the forthcoming master Multifamily MDL complaint, Plaintiffs have agreed to: (1) file the present unopposed motion; and (2) promptly file a notice of voluntary dismissal of Cortland Partners, LLC as to all other transferor complaints, which they will do simultaneously with the present motion.[2] Plaintiffs therefore respectfully request the Court to grant the relief requested herein.

Dated: August 4, 2023            */s/ Tricia R. Herzfeld*

                                      Tricia R. Herzfeld (#26014)
                                      Anthony A. Orlandi (#33988)

---

[2] Plaintiffs will file a notice of voluntary dismissal in the following actions: Case Nos. 3:23-cv-00326, 3:23-cv-00330, 3:23-cv-00357, 3:23-cv-00339, 3:23-cv-00345, 3:23-cv-00358, 3:23-cv-00377, 3:23-cv-00378, 3:23-cv-00379, 3:23-cv-00381, 3:23-cv-00390, 3:23-cv-00410, 3:23-cv-00411, 3:23-cv-00414, and 3:23-cv-00415.

**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Michael Srodoski
G. Dustin Foster
Amanda Lawrence
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
alawrence@scott-scott.com
idelisi@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
Stephanie A. Chen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800

Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                              */s/ Tricia R. Herzfeld*
                                              Tricia R. Herzfeld