# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-00792 (M.D. Tenn.)<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Stephen McIntyre, of O'Melveny & Myers LLP, is entering an appearance in the above-referenced matter as counsel of record for Defendant B.HOM Student Living LLC. Mr. McIntyre was admitted to practice *pro hac vice* by a transferor court prior to transfer by the Judicial Panel on Multidistrict Litigation, permitting him to practice before this Court pursuant to this Court's Practice and Procedures Notice. (Dkt. 2 at 3.)

Dated: August 7, 2023

*/s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
smcintyre@omm.com

*Counsel for Defendant B.HOM Student Living LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

Dated: August 7, 2023

*/s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
smcintyre@omm.com

*Counsel for Defendant B.HOM Student Living LLC*