**ATTACHMENT TO BUSINESS ENTITY DISCLOSURE**

Timberline Real Estate Ventures, LLC (a Delaware limited liability company) has one member, Timberline Ventures, LLC (a Delaware limited liability company), which in turn has two members: Nathaniel Fowler (a citizen of Connecticut) and Andrew Stark (a citizen of New York).