UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### NOTICE PURSUANT TO THE COURT'S AUGUST 7, 2023 ORDER CONCERNING DEFENDANTS PARTICIPATING IN THE <u>EARLY MEDIATION BEFORE CLAY COGMAN</u>

Pursuant to the Court's Order (the "Order"), issued on August 7, 2023 [ECF 164], the following Defendants wish to participate in the early mediation before Clay Cogman. (PhillipsADR):

- Allied Orion Group, LLC
- Apartment Income REIT Corp., d/b/a AIR Communities
- Brookfield Properties Multifamily LLC
- CA Ventures Global Services, LLC
- Campus Advantage, Inc.
- Cardinal Group Holdings LLC
- CH Real Estate Services, LLC
- ConAm Management Corporation
- CONTI Capital
- Cortland Management, LLC
- Crow Holdings LP and Trammell Crow Residential Company

- CWS Apartment Homes, LLC
- Dayrise Residential, LLC
- Essex Property Trust, Inc.
- Independence Realty Trust, Inc.
- Kairoi Management LLC
- Knightvest Residential
- Lantower Luxury Living LLC
- Mid-America Apartment Communities, Inc.
- Mission Rock Residential, LLC
- Morgan Properties Management Company, LLC
- Prometheus Real Estate Group, Inc.
- The Related Companies, L.P and Related Management Company, L.P.
- Rose Associates Inc.
- Sares Regis Operating, Inc
- Sherman Associates, Inc.
- Simpson Property Group, LLC
- Timberline Real Estate Ventures, LLC
- Windsor Property Management Company
- WinnCompanies LLC and WinnResidential Manager Corp.

DATED: August 11, 2023

Respectfully submitted,

`

/s/ Edwin Buffmire
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Katie A. Reilly
Katie A. Reilly
reilly@wtotrial.com
Michael T. Williams
williams@wtotrial.com
Judith P. Youngman
youngman@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

Mark Bell
Mark.Bell@hklaw.com
HOLLAND & KNIGHT LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8850

*Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
Jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties Multifamily LLC*

`

| | |
|---|---|
| */s/ Michael F. Murray* | */s/ Marisa Secco Giles* |
| Michael F. Murray | Marisa Secco Giles |
| michaelmurray@paulhastings.com | mgiles@velaw.com |
| PAUL HASTINGS LLP | VINSON & ELKINS LLP |
| 2050 M Street, NW | 200 West 6th Street, Suite 2500 |
| Washington, DC 20036 | Austin, Texas 78701 |
| Telephone: (202) 551-1730 | Telephone: (512) 542-8781 |
| | |
| Noah Pinegar | Jason M. Powers |
| noahpinegar@paulhastings.com | jpowers@velaw.com |
| PAUL HASTINGS LLP | VINSON & ELKINS LLP |
| 200 Park Avenue | 845 Texas Avenue, Suite 4700 |
| New York, NY 10166 | Houston, Texas 77002 |
| Telephone: (212) 318-6057 | Telephone: (713) 758-2522 |
| | |
| Samuel P. Funk (#19777) | Samuel P. Funk (#19777) |
| Grace A. Fox (#37367) | Grace A. Fox (#37367) |
| SIMS\|FUNK, PLC | SIMS\|FUNK, PLC |
| 3322 West End Ave., Ste. 200 | 3322 West End Ave., Ste. 200 |
| Nashville, TN 37203 | Nashville, TN 37203 |
| (615) 292-9335 | (615) 292-9335 |
| sfunk@simsfunk.com | sfunk@simsfunk.com |
| gfox@simsfunk.com | gfox@simsfunk.com |
| | |
| *Counsel for Defendant CA Ventures Global Services, LLC* | *Counsel for Defendant Campus Advantage, Inc.* |

`

| | |
|---|---|
| /s/ Timothy R. Beyer | /s/ Benjamin R. Nagin |
| Timothy R. Beyer | Benjamin R. Nagin |
| tim.beyer@bclplaw.com | bnagin@sidley.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | SIDLEY AUSTIN LLP |
| 1700 Lincoln Street, Suite 4100 | 787 Seventh Avenue |
| Denver, CO 80203 | New York, NY 10019 |
| Telephone: (303) 866-0481 | Telephone: (212) 839-5300 |

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481
Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

Samuel P. Funk (#19777)
Grace A. Fox (#37367)
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
(615) 292-9335
sfunk@simsfunk.com
gfox@simsfunk.com

*Counsel for Defendant Cardinal Group Holdings LLC*

/s/ Danielle R. Foley
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant CONTI Capital*

/s/ Todd R. Seelman
Todd R. Seelman
Todd.Seelman@lewisbrisbois.com
Thomas L. Dyer
Thomas.Dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

`

| | |
|---|---|
| */s/ Edwin Buffmire* | */s/ Leo D. Caseria* |
| Edwin Buffmire | Leo D. Caseria |
| ebuffmire@jw.com | lcaseria@sheppardmullin.com |
| Michael Moran | Helen C. Eckert |
| mmoran@jw.com | heckert@sheppardmullin.com |
| JACKSON WALKER LLP | Sheppard Mullin Richter & Hampton LLP |
| 2323 Ross Ave., Suite 600 | 2099 Pennsylvania Avenue, NW, Suite 100 |
| Dallas, TX 75201 | Washington, DC, 20006 |
| Telephone: (214) 953-6000 | Telephone: (202) 747-1925 |

*Counsel for Defendants Crow Holdings LP and Trammell Crow Residential Company*

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

/s/ Ann MacDonald
Ann MacDonald
ann.macdonald@afslaw.com
Barry Hyman
barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant Essex Property Trust, Inc.*

*/s/ John J. Sullivan*
John J. Sullivan
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

*Counsel for Defendant CWS Apartment Homes, LLC*

*/s/ Bradley C. Weber*
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Molly Rucki
mrucki@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4884

*Counsel for Defendant Dayrise Residential, LLC*

*Counsel for Defendant Independence Realty Trust, Inc.*

*/s/ Eliot Turner*
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management LLC*

| | |
|---|---|
| /s/ Cliff A. Wade<br>Cliff A. Wade<br>cliff.wade@bakerlopez.com<br>Chelsea L. Futrell<br>chelsea.futrell@bakerlopez.com<br>BAKER LOPEZ PLLC<br>5728 LBJ Freeway, Suite 150<br>Dallas, Texas 75240<br>Telephone: (469) 206-9384<br><br>*Counsel for Defendant Knightvest Residential* | /s/ Britt M. Miller<br>Britt M. Miller (admitted *pro hac vice*)<br>bmiller@mayerbrown.com<br>Daniel T. Fenske (admitted *pro hac vice*)<br>dfenske@mayerbrown.com<br>Matthew D. Provance (admitted *pro hac vice*)<br>mprovance@mayerbrown.com<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 6006<br>Telephone: (312) 701-8663 |
| /s/ Michael W. Scarborough<br>Michael W. Scarborough (admitted *pro hac vice*)<br>mscarborough@velaw.com<br>Dylan I. Ballard (admitted *pro hac vice*)<br>dballard@velaw.com<br>VINSON & ELKINS LLP<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Telephone: (415) 979-6900<br><br>*Counsel for Defendant Lantower Luxury Living LLC* | Scott D. Carey (#15406)<br>scarey@bakerdonelson.com<br>Ryan P. Loofbourrow (#33414)<br>rloofbourrow@bakerdonelson.com<br>BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>Telephone: (615) 726-5600<br><br>*Counsel for Defendant Mid-America Apartment Communities, Inc.* |
| | /s/ Yonaton Rosenzweig<br>Yonaton Rosenzweig<br>yonirosenzweig@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br><br>Fred B. Burnside<br>fredburnside@dwt.com<br>MaryAnn T. Almeida<br>maryannalmeida@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: (206) 757-8016<br><br>*Counsel for Defendant Mission Rock Residential, LLC* |

`

| | |
|---|---|
| /s/ Jeffrey C. Bank<br>Jeffrey C. Bank<br>jbank@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI PC<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br><br>*Counsel for Defendant Morgan Properties Management Company, LLC* | /s/ Richard P. Sybert<br>Richard P. Sybert (WSBA No. 8357)<br>rsybert@grsm.com<br>GORDON REES SCULLY MANSUKHANI<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (206) 321-5222<br>*Counsel for Defendant Rose Associates Inc.* |
| /s/ Judith A. Zahid<br>Judith A. Zahid (admitted *pro hac vice*)<br>jzahid@zellelaw.com<br>Heather T. Rankie (admitted *pro hac vice*)<br>hrankie@zellelaw.com<br>ZELLE LLP<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Telephone: (415) 633-1916<br><br>*Counsel for Defendant Prometheus Real Estate Group, Inc.* | /s/ Valentine Hoy<br>Valentine Hoy<br>vhoy@allenmatkins.com<br>Scott Perlin<br>sperlin@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101<br>Telephone: (619) 233-1155<br><br>Patrick E. Breen<br>pbreen@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>Telephone: (213) 622-5555<br><br>*Counsel for Defendant Sares Regis Group Operating, Inc.* |
| /s/ Nicholas A. Gravante Jr.<br>Nicholas A. Gravante, Jr.<br>nicholas.gravante@cwt.com<br>Philip J. Iovieno<br>philp.iovieno@cwt.com<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br><br>*Counsel for Defendants The Related Companies, L.P and Related Management Company, L.P.* | |

8

`

/s/ Diane R. Hazel
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Lee A. Peifer
Lee A. Peifer (*pro hac vice*)
leepeifer@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000

Douglas Berry (TN Bar No. 6927)
doug.berry@millermartin.com
jessica Malloy-Thorpe (TN Bar No. 35234)
jessica.malloy-thorpe@millermartin.com
MILLER & MARTIN PLLC
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
Telephone: (615) 244-9270

*Counsel for Defendant Timberline Real Estate Ventures, LLC*

`

/s/ *Jessalyn H. Zeigler*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ *Evan Fray-Witzer*
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

`

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 11th day of August, 2023.

        */s/ R. Dale Grimes*
        R. Dale Grimes