UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: <br> )     3:23-cv-00357 <br> )     3:23-cv-00742 |

## ORDER

The Clerk shall terminate Lyon Management Group, Inc., without prejudice, pursuant to Plaintiffs Notice of Dismissal Without Prejudice of Defendant Lyon Management Group, Inc., (Doc. No. 498).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE