

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF PENNSYLVANIA    }

      I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Robert S Clark.      Bar # 331726
was duly admitted to practice in said Court on      11/14/2022 and is in good standing
as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
Jul/11/2023

_____
GEORGE WYLESOL
Clerk of Court

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

DATED at Philadelphia, Pennsylvania
on  07/11/2023

BY: _____Paige Conti_____

Deputy Clerk

Rev. 1/20/17