IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REAL PAGE, INC., RENTAL SOFTWARE ANTITRUST | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00330<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00336<br>3:23-cv-00337<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to Local Rule 83.01(g), Defendant Avenue5 Residential LLC ("Avenue5") respectfully moves this Court to permit Rebecca S. Ashbaugh of Ashbaugh Beal LLP to withdraw as counsel for Avenue5 in the above-captioned cases and requests that no further action be required of her and no documents or other pleadings be served upon her. As set forth below, there is good cause for this Motion:

1. Ms. Ashbaugh previously served as counsel for Avenue5 in the Western District of Washington for the above-captioned cases, which were originally filed in the Western District of Washington before being transferred for consolidated pretrial proceedings before this Court. Avenue5 no longer requires counsel in Washington following such consolidation and transfer.

2. Avenue5 has been and will continue to be represented by Danny David with the law firm of Baker Botts LLP and John R. Jacobson and Milton S. McGee, III with the law firm of Riley & Jacobson, PLC.

3. As required by Local Rule 83.01(g), written notice to Avenue5 of Ms. Ashbaugh's intent to withdraw as counsel was provided to Avenue5 at least 14 days prior to the filing of the motion to withdraw. See **Exhibit A** attached hereto August 2, 2023, Notice of Withdrawal as Counsel for Rebecca Ashbaugh.

4. The withdrawal of Ms. Ashbaugh as counsel will not delay any trial or other proceedings in this matter, and, as indicated above, Avenue5 will continue to be represented by other qualified counsel, some of whom have been representing Avenue5 since the inception of the above-captioned cases and this MDL.

Accordingly, Avenue 5 respectfully requests that the Court grant this Motion and permit Rebecca S. Ashbaugh of Ashbaugh Beal LLP to withdraw as counsel of record for Avenue5 in the above-captioned cases and further requests that no further action be required of her and no documents or other pleadings be served upon her.

Respectfully submitted,

s/ John R. Jacobson
John R. Jacobson (#14365)
Milton S. McGee, III (#24150)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rjfirm.com
tmcgee@rjfirm.com

Danny David
Baker Botts LLP
910 Louisiana Street
Houston, TX 77002
(713) 229-4055
danny.david@bakerbotts.com

*Attorneys for Defendant*
*Avenue5 Residential LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc.2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on August 17, 2023.

s/ John R. Jacobson