# EXHIBIT A

| From: | Becki Ashbaugh <BAshbaugh@ashbaughbeal.com> |
|---|---|
| Sent: | Wednesday, August 2, 2023 7:00 PM |
| To: | rlondon@avenue5.com |
| Cc: | Joseph M. Campos; David, Danny; Kress, James; Citty Brugalette |
| Subject: | Realpage lawsuits |

Good afternoon,

As you know, the Realpage Antitrust Class Action Litigation matters have been transferred to the M.D. of Tennessee. Since we were retained as local counsel for Avenue5 Residential, LLC for the W.D. of Washington cases, we understand that you are no longer in need of our services as counsel of record for Avenue5 Residential, LLC. Accordingly, I am hereby providing you notice under LR83.01(g) of the M.D. of Tennessee Local Rules that I plan to withdraw from the matters as attorney of record. Pursuant to the local rules, I will file a motion to withdraw in 14 days.

Thank you.

Becki

**REBECCA S. ASHBAUGH | PARTNER**



4400 Columbia Center
701 Fifth Avenue
Seattle, WA 98104
206-386-5900

ashbaughbeal.com

**CONFIDENTIALITY: If you have received this email in error please reply to me and delete your copy immediately as this email may contain attorney-client privileged and/or confidential information which should not be reproduced or distributed in any way.**