**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) **This Document Relates to:**<br>)<br>) 3:23-cv-00757<br>) 3:23-cv-00792<br>) |

## <u>ORDER</u>

Student Renter Plaintiffs' Unopposed Motion to Deem Greystar Management Services, LLC, Substituted for Greystar Management Services, LP, (Doc. No. 517) is **GRANTED** and the Clerk shall terminate Greystar Management Services, LP., in each of the above cases and Greystar Management Services, LLC is a Defendant in each case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE