UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00757<br>3:23-cv-00792<br>3:23-cv-00329 |

### ORDER

Student Renter Plaintiffs' Unopposed Motion to Deem CA Student Living Operating Company, LLC, Substituted for CA Ventures Global Services, LLC, (Doc. No. 518) is **GRANTED** and the Clerk shall terminate CA Ventures Global Services, LLC, in each of the above cases and CA Student Living Operating Company, LLC is a Defendant in each case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE