UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00333<br>3:23-cv-00742 |

### MOTION FOR ADMISSION OF VICTORIA L. GLOVER *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Victoria L. Glover, hereby move this Court for an Order for admission to appear *pro hac vice* as counsel for CH Real Estate Services, LLC in the above-captioned action. CH Real Estate Services, LLC will also continue to be represented by my colleagues, Danielle R. Foley and Andrew B. Dickson, who have both previously been admitted *pro hac vice* and entered their appearances.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District for the District of Columbia. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceedings.

Dated: September 1, 2023   Respectfully submitted,

*/s/ Victoria L. Glover*
Victoria L. Glover
D.D.C. Bar Number 1735433
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4566
Facsimile: 202.344.8300
Email: VLGlover@Venable.com

*Attorney for Defendant*
*CH Real Estate Services, LLC*