

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## VICTORIA L. GLOVER

was, on the __5th__ day of __June__ A.D. __2023__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __23__ day of __August__ A.D. __2023__.



*Angela D. Caesar*
**ANGELA D. CAESAR,** Clerk of Courts

By: *MarquiaLangford*
**Deputy Clerk**