# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00378<br>3:23-cv-00440<br>3:23-cv-00742 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Joy Siu of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111, as co-counsel of record for Defendant ESSEX PROPERTY TRUST, INC. in the above-captioned matters.

Respectfully submitted, this 4th day of August 2023.

By: */s/ Helen C. Eckert*
Leo D. Caseria
lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Scott R. Sveslosky
ssveslosky@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780

(*cont. on next page*)

Helen C. Eckert
heckert@sheppardmullin.com
Joy O. Siu
jsiu@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Arman Oruc (CA Bar No. 298193)
aoruc@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

## CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on August 4, 2023.

                                              /s/ *Helen C. Eckert*
                                              Helen C. Eckert