UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>ALL CASES |

**PLAINTIFFS' UNOPPOSED *OMNIBUS* MOTION TO DISMISS CERTAIN DEFENDANTS AND SUBSTITUTE CORRECTED DEFENDANTS**

Plaintiffs in matters transferred to this multidistrict litigation ("MDL") originally named certain Defendants that they now agree to voluntarily dismiss from the litigation. For some Defendants whom Plaintiffs seek to dismiss, Plaintiffs further request the Court to substitute corrected entities for Defendants who were previously named incorrectly. To efficiently dispense with various outstanding requests for dismissal and substitution, Plaintiffs hereby file this Motion, which seeks to address those dismissals, substitutions, and terminations in one filing.

Plaintiffs provided this Motion to Defendants on August 31, 2023, and Defendants do not oppose this Motion. Therefore, Plaintiffs respectfully request that the Court enter an order directing the Clerk to undertake the following actions. A proposed order is attached hereto as Exhibit A.

I.  **VOLUNTARY DISMISSALS**

Several Defendants were previously named in matters transferred to this MDL, but were not subsequently named in Plaintiffs' First Amended Consolidated Class Action Complaint

("FACCAC") or any subsequent operative complaint. Plaintiffs indicated in their July 31, 2023 Joint Notice of Filing Concerning Status of Member Cases and Pleadings that they, therefore, would seek to voluntarily dismiss those Defendants. Dkt. 448 at 5-6. This Motion is the first request to dismiss those Defendants. The chart below indicates all cases in which each Defendant is currently named and from which the Defendant should be dismissed. Plaintiffs respectfully request that the Court dismiss without prejudice each of the below Defendants.

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| Alliance Residential Co. | *Parker v. RealPage, Inc. et al.*, 3:23-cv-00378<br>*Marchetti v. RealPage,* Inc., 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.,* 3:23-cv-00391 |
| Alliance Residential Realty, LLC | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| AMLI Management Co. | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |
| Asset Living, LLC | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| D.P. Preiss Company, Inc. | *Navarro v. RealPage, Inc.*, 3:23-cv-00329 |
| Essex Management Corp. | *Alvarez v. RealPage, Inc.*, 3:23-cv-00331<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333 |
| Morgan Group, Inc. | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Moore v. The Irvine Co., LLC*, 3:23-cv-00339<br>*Weller v. RealPage, Inc.*, 3:23-cv-00414<br>*Alexander v. The Irvine Co., LLC*, 3:23-cv-00440 |
| Park Towne Place Apartment Homes | *Bauman v. RealPage, Inc.*, 3:23-cv-00326 |
| Sterling Apartment Homes | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Spencer v. RealPage, Inc.*, 3:23-cv-00415 |

For similar reasons (because these Defendants are not being named in the forthcoming Multi-Family Second Amended Consolidated Class Action Complaint or the Student First Amended Consolidated Class Action Complaint), Plaintiffs request to dismiss without prejudice: from the Multi-Family cases, TF Cornerstone, Inc. and Trammell Crow Company, LLC; and from

the Student cases, Carmel Partners LLC, University House Communities LLC, and University House Communities Group LLC, without prejudice.

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| Carmel Partners LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| TF Cornerstone, Inc. | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Trammell Crow Company, LLC | *Cherry v. RealPage, Inc.*, 3:23-cv-00332<br>*Boelens v. RealPage, Inc.*, 3:23-cv-00338<br>*Lai Cheong v. RealPage, Inc.*, 3:23-cv-00416 |
| University House Communities LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| University House Communities Group LLC | *Lauder v. RealPage Inc. et al.*, 3:23-cv-00757<br>*Dempsey v. RealPage, Inc. et al.*, 3:23-cv-00792 |

Plaintiffs also previously named Cortland Properties, Inc. as a Defendant. Counsel for Defendant Cortland Management, LLC has represented that Cortland Properties, Inc. is not a related entity. Similarly, Plaintiffs named Morgan Properties LLC in several underlying cases, but have been informed by counsel for Morgan Properties Management Company, LLC that Morgan Properties LLC is not a related entity. Therefore, Plaintiffs respectfully request that the Court dismiss Cortland Properties, Inc. and Morgan Properties LLC from the following cases without prejudice.

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| Cortland Properties, Inc. | *Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| Morgan Properties, LLC | *Bauman v. RealPage, Inc. et al.*, 3:23-cv-00326<br>*Morgan et al v. RealPage Inc et al.*, 3:23-cv-00330<br>*Moore v. The Irvine Company LLC et al.*, 3:23-cv-00339<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Kramer v. RealPage Inc et al.*, 3:23-cv-00389<br>*Schmidig v. Realpage, Inc. et al.*, 3:23-cv-00391<br>*Alexander et al. v. RealPage, Inc. et al.*, 3:23-cv-00440<br>*Blosser v. RealPage, Inc. et al.*, 3:23-cv-00445 |

In Plaintiffs' opposition to motions to dismiss by Defendants BH Management Services, LLC ("BH") and CH Real Estate Services, LLC ("CH") based on personal jurisdiction grounds,

Plaintiffs proposed to dismiss BH and CH from any cases pending in the Western District of Washington, where both BH and CH attested that they had no operations. Since briefing closed on BH and CH's motions, several other Defendants have reached out to Plaintiffs raising similar arguments. To avoid burdening the Court with motion practice relating to personal jurisdiction, and given that each of the below Defendants has otherwise been sued in a jurisdiction in which they do operate, Plaintiffs respectfully request that the Court dismiss the following Defendants in the following actions without prejudice.

| Defendant | Cases in which the Defendant Should be Dismissed | Original Jurisdiction |
|---|---|---|
| Allied Orion Group LLC | *Kramer v. RealPage, Inc. et al.*, 3:23-cv-00356 | D.D.C. |
| BH Management Services, LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329<br>*Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Pham v. RealPage, Inc.*, 3:23-cv-00337<br>*Moore v. RealPage, Inc.*, 3:23-cv-00339<br>*Crook v. RealPage, Inc.*, 3:23-cv-00387<br>*Kramer v. RealPage, Inc.*, 3:23-cv-00389<br>*Weller v. RealPage, Inc.*, 3:23-cv-00414<br>*Lauder v. RealPage Inc. et al.*, 3:23-cv-00757 | W.D. Wash.<br>D. Or. |
| B.HOM Student Living LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 | W.D. Wash. |
| B/T Washington LLC | *Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 | W.D. Wash.<br>M.D. Tenn. |
| CH Real Estate Services, LLC | *Armas v. RealPage, Inc. et. al*, 3:23-cv-00333 | W.D. Wash. |
| Camden Property Trust | *Morgan v. RealPage Inc. et al.*, 3:23-cv-00330<br>*Alvarez v. RealPage Inc. et al.*, 3:23-cv-00331<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Moore v. The Irvine Company LLC et al.*, 3:23-cv-00339<br>*Kramer v. RealPage Inc. et al.*, 3:23-cv-00389<br>*Weller v. RealPage Inc. et al.*, 3:23-cv-00414<br>*Spencer v. RealPage Inc. et al.*, 3:23-cv-00415 | W.D. Wash.<br>E.D. Pa. |
| Dayrise Residential, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 | M.D. Tenn. |
| Equity Residential | *Spencer v. RealPage, Inc. et al.*, 3:23-cv-00415<br>*Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 | E.D. Pa.<br>M.D. Tenn. |
| Highmark Residential, | *Morgan et al v. RealPage et al.*, 3:23-cv-00330 | W.D. Wash. |

| | | |
|---|---|---|
| LLC | *Moore et al v. The Irvine Co. et al*, 3:23-cv-00339<br>*Zhovmiruk et al v. RealPage et al.*, 3:23-cv-00345<br>*Kramer et al v. RealPage et al.*, 3:23-cv-00389<br>*Weller et al v. RealPage et al.*, 3:23-cv-00414 | |
| Kairoi Management, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 | M.D. Tenn. |
| Lantower Luxury Living, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 | M.D. Tenn. |
| Morgan Properties LP | *Weller et al v. RealPage et al.*, 3:23-cv-00414 | W.D. Wash. |
| Security Properties, Inc. | *Marchetti v. RealPage, Inc.*, 3:23-cv-00380 | S.D. Fla. |
| The Related Companies, L.P. | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 | M.D. Tenn. |
| Thrive Communities Management, LLC | *Bauman v. RealPage, Inc. et al.*, 3:23-cv-00326<br>*Parker v. RealPage, Inc. et al.*, 3:23-cv-00378<br>*Marchetti v. RealPage, Inc. et al.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc. et al.*, 3:23-cv-00391<br>*Alexander v. RealPage Inc. et al.*, 3:23-cv-00440<br>*Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 | M.D. Tenn.<br>S.D. Fla.<br>E.D. Cal. |
| Timberline Real Estate Ventures, LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329<br>*Lauder v. RealPage Inc. et al.*, 3:23-cv-00757 | W.D. Wash.<br>D. Or. |
| ZRS Management, LLC | *Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Moore et al v. The Irvine Co. et al*, 3:23-cv-00339<br>*Kramer et al v. RealPage et al.*, 3:23-cv-00389<br>*Weller et al v. RealPage et al.*, 3:23-cv-00414 | W.D. Wash. |

Finally, Plaintiffs have sought to voluntarily dismiss the Irvine Co. LLC from *Alexander v. RealPage Inc. et al.*, 3:23-cv-00440. Dkt. 224. For completeness, Plaintiffs' Proposed Order includes dismissal of that Defendant in that case.

## II.  SUBSTITUTIONS AND TERMINATIONS

As the Court is aware, counsel for the parties have engaged in extensive meet and confers to streamline the pleadings. As a result of that process, certain Defendants have requested corrections to entities named in underlying complaints in the MDL. In response to those requests, Plaintiffs have filed several motions to substitute, some of which are pending. As to others, Plaintiffs have additional substitutions to request. To dispense with all outstanding substitution issues efficiently, Plaintiffs respectfully move the Court to deem certain entities substituted for

5

others in particular member cases, as follows, and further request that the substituted entities be dismissed from the underlying actions. Where a substitution request is already the subject of a pending motion, that is also indicated below for the Court's convenience.

| Prior Dkt. Entry | Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Relevant Cases |
|---|---|---|---|
| N/A | Apartment Income REIT Corp., d/b/a Air Communities | AIR Communities REIT Corp. | 3:23-cv-00415 |
| N/A | BH Management Services, LLC | BH Management LLC | 3:23-cv-00380<br>3:23-cv-00391 |
| N/A | Bozzuto Management Company | Bozzuto Property Management | 3:23-cv-00415 |
| N/A | Bozzuto Management Company | The Bozzuto Group | 3:23-cv-00380<br>3:23-cv-00391 |
| N/A | Brookfield Properties Multifamily LLC | Brookfield Residential Properties LLC | 3:23-cv-00335 |
| N/A | CONTI Texas Organization, Inc., d/b/a CONTI Capital | CONTI Capital | 3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00742 |
| Dkt. 492 | Cortland Management, LLC | Cortland Partners, LLC | 3:22-cv-01082<br>3:23-cv-00440<br>3:23-cv-00552 |
| Dkt. 458 | Greystar Management Services, LLC | Greystar Real Estate Partners, LLC | 3:22-cv-01082<br>3:23-cv-00326<br>3:23-cv-00329<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00335<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380 |

| Prior Dkt. Entry | Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Relevant Cases |
|---|---|---|---|
| | | | 3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00412<br>3:23-cv-00413<br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00416<br>3:23-cv-00440<br>3:23-cv-00445<br>3:23-cv-00552 |
| N/A | Greystar Management Services, LLC | Greystar Management Services, L.P | 3:23-cv-00742 |
| Dkt. 459 | Pinnacle Property Management Services, LLC | Cushman & Wakefield, Inc. | 3:22-cv-01082<br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00333<br>3:23-cv-00335<br>3:23-cv-00337<br>3:23-cv-00339<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00380<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00412<br>3:23-cv-00413<br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00416<br>3:23-cv-00440 |

| Prior Dkt. Entry | Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Relevant Cases |
|---|---|---|---|
| | | | 3:23-cv-00445[1] |
| N/A | Sares Regis Group Commercial, Inc. | Sares Regis Group Operating, Inc. | 3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440 |
| N/A | Security Properties Residential, LLC | Security Properties, Inc. | 3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00380<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00414<br>3:23-cv-00440<br>3:23-cv-00445<br>3:23-cv-00742 |
| N/A | Simpson Property Group, LLC | Simpson Property Group, LLLP | 3:23-cv-00377<br>3:23-cv-00412<br>3:23-cv-00413 |
| N/A | TREV Management II LLC | Timberline Real Estate Ventures, LLC | 3:23-cv-00792 |

Finally, Plaintiffs previously filed their Renewed Unopposed Motion to Deem The Related Companies, L.P. and Related Management Company L.P. Substituted for the Related Companies,

---

[1] The motion at Dkt. 459 previously requested this relief as to 3:23-cv-00329 (*Navarro*) as well. However, Plaintiffs subsequently dismissed both Pinnacle and Cushman from *Navarro*. (Dkt. 461 (Notice) & 478 (Order).) Accordingly, no further relief in *Navarro* is necessary in this regard.

Inc. Dkt. 392. The Court granted Plaintiffs' Motion, but inadvertently reversed the substitution, ordering that the "Clerk shall add the Related Companies, Inc., as a party Defendant… and shall terminate as Defendants The Related Companies, L.P. and Related Management Company, L.P….." Dkt. 481. Plaintiffs respectfully request that the Court enter an Order with the corrected substitution, as indicated in Plaintiffs Proposed Order, attached hereto as Ex. A.

Dated: September 7, 2023                    /s/ Tricia R. Herzfeld
                                                      Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen

10

Case 3:23-md-03071    Document 528    Filed 09/07/23    Page 10 of 14 PageID #: 4677

Stephanie A. Chen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

12

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld
