## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071 MDL No. 3071 |
|  | Chief Judge Waverly D. Crenshaw, Jr. |
|  | JURY DEMAND |
|  | This Document Relates to: ALL CASES |

## JOINT NOTICE OF PARTIES TO THE MULTI-DISTRICT LITIGATION

On August 7, 2023, the Court ordered the parties to file a "Joint Notice identifying who remains in this action and who does not." Dkt. 495. Since that date, Plaintiffs Kimen Trochalakis, Laura Boelens,[1] and Anna Rodriguez have voluntarily dismissed their claims without prejudice under Fed. R. Civ. P. 41(a)(1)(A). Dkts. 524, 526. A new related action has been filed in the Northern District of Georgia naming several additional Defendants, which has been tagged for transfer to this MDL. *Haynes et al. v. RealPage, Inc. et al.*, Case No. 1:23-cv-03813 (N.D. Ga.). Plaintiffs have also: 1) agreed to dismiss several Defendants from the action entirely; 2) agreed to dismiss certain Defendants from some underlying actions while retaining them in others, so that those Defendants remain parties to this MDL; and 3) finalized agreements to substitute certain entities for previously misnamed Defendants.

---

[1] Ms. Boelens is a named plaintiff in two underlying matters. She is dismissing her claims in 3:23-cv-00410, *Vincin et al v. RealPage, Inc. et al*; but not in 3:23-cv-00338, *Boelens v. RealPage Inc et al*.

To assist the Court in efficiently completing all remaining dismissals and substitutions of Defendants, Plaintiffs have filed their Unopposed Omnibus Motion to Dismiss Certain Defendants and Substitute Corrected Defendants. Dkt. 528. Should the Court grant that Motion, and upon completion of the transfer of the *Haynes* action from N.D. Ga., the Defendants listed in Appendix A and the Plaintiffs listed in Appendix B will remain in this MDL, and the entities listed in Appendix C will no longer remain in this MDL.[2]

---

[2] Plaintiffs have agreed to certain dismissal and substitution requests raised by Defendants to date. To the extent any Defendants raise additional requests for dismissals and substitutions, Plaintiffs will continue to work in good faith to resolve those issues, and the parties will promptly inform the Court of any further changes.

Dated: September 7, 2023              /s/ Tricia R. Herzfeld
                                      Tricia R. Herzfeld (#26014)
                                      Anthony A. Orlandi (#33988)
                                      **HERZFELD SUETHOLZ GASTEL LENISKI
                                      AND WALL, PLLC**
                                      223 Rosa L. Parks Avenue, Suite 300
                                      Nashville, TN 37203
                                      Telephone: (615) 800-6225
                                      tricia@hsglawgroup.com
                                      tony@hsglawgroup.com

                                      *Liaison Counsel*

                                      Patrick J. Coughlin
                                      Carmen A. Medici
                                      Fatima Brizuela
                                      **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                      600 West Broadway, Suite 3300
                                      San Diego, CA 92101
                                      Telephone: (619) 798-5325
                                      Facsimile: (619) 233-0508
                                      pcoughlin@scott-scott.com
                                      cmedici@scott-scott.com
                                      fbrizuela@scott-scott.com


                                      Patrick McGahan
                                      Amanda F. Lawrence
                                      Michael Srodoski
                                      G. Dustin Foster
                                      Isabella De Lisi
                                      **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                      156 South Main Street
                                      P.O. Box 192
                                      Colchester, CT 06145
                                      Telephone: (860) 537-5537
                                      Facsimile:  (860) 537-4432
                                      pmcgahan@scott-scott.com
                                      alawrence@scott-scott.com
                                      msrodoski@scott-scott.com
                                      gfoster@scott-scott.com
                                      idelisi@scott-scott.com

                                      Stacey Slaughter
                                      Thomas J. Undlin
                                      Geoffrey H. Kozen

Stephanie A. Chen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

/s/ Jay Srinivasan
Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Stephen C. Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

/s/ Edwin Buffmire
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Katie A. Reilly
Katie A. Reilly
reilly@wtotrial.com
Michael T. Williams
williams@wtotrial.com
Judith P. Youngman
youngman@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

Mark Bell
Mark.Bell@hklaw.com
HOLLAND & KNIGHT LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8850

*Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities*

/s/ Danny David
Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

John R. Jacobson (#14365)
jjacobson@rjfirm.com
Milton S. McGee, III (#24150)
tmcgee@rjfirm.com
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Counsel for Defendant Avenue5 Residential,
LLC*

/s/ Ian Simmons
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendants BH Management
Services, LLC and B.HOM Student Living LLC*

/s/ *Marguerite Willis*

Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*

Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant*
*Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties*
*Multifamily LLC*

/s/ Danielle R. Foley
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro have vice*)
abdickson@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate
Services, LLC*

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management
Corporation*

/s/ Lynn H. Murray
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant CONTI Texas
Organization, Inc. d/b/a CONTI Capital*

/s/ Kenneth Reinker
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Pinnacle Property
Management Services, LLC*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management,
LLC*

/s/ Ann MacDonald
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes,
LLC*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential,
LLC*

/s/ Charles H. Samel
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone:  (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

.

/s/ Carl W. Hittinger
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
Tyson Y. Herrold
therrold@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone:  (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ *Michael D. Bonanno*

Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ *Cliff A. Wade*

Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ *Michael M. Maddigan*

Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

/s/ Gregory J. Casas
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

/s/ Ryan T. Holt
Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

/s/ John J. Sullivan
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Molly Rucki (admitted *pro hac vice*)
mrucki@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4884

*Counsel for Defendant Independence Realty Trust, Inc.*

/s/ Eliot Turner
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

_/s/ Michael W. Scarborough_
Michael W. Scarborough (admitted _pro hac vice_)
mscarborough@velaw.com
Dylan I. Ballard (admitted _pro hac vice_)
dballard@velaw.com
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, CA  94105
Telephone:  (415) 979-6900

_Counsel for Defendant Lantower Luxury Living, LLC_

_/s/ Britt M. Miller_
Britt M. Miller (admitted _pro hac vice_)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted _pro hac vice_)
dfenske@mayerbrown.com
Matthew D. Provance (admitted _pro hac vice_)
mprovance@mayerbrown.com
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

_Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P._

_/s/ Judith A. Zahid_
Judith A. Zahid (admitted _pro hac vice_)
jzahid@zellelaw.com
Heather T. Rankie (admitted _pro hac vice_)
hrankie@zellelaw.com
Zelle LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

_Counsel for Defendant Prometheus Real Estate Group, Inc._

/s/ Jeffrey C. Bank
Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties
Management Company, LLC*


/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

/s/ Judith A. Zahid
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate
Group, Inc.*

_/s/ Valentine Hoy_
Valentine Hoy
vhoy@allenmatkins.com
Scott Perlin
sperlin@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155

Patrick E. Breen
pbreen@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555

_Counsel for Defendant Sares Regis Group
Commercial, Inc._


_/s/ Jose Dino Vasquez_
 Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

_Counsel for Defendant Security Properties
Residential, LLC_

_/s/ David A. Walton_
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

_Counsel for Defendant RPM Living, LLC_


_/s/ Diane R. Hazel_
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted _pro hac vice_)
ehaas@foley.com
Ian Hampton (admitted _pro hac vice_)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

_Counsel for Defendant Sherman Associates,
Inc._

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property
Group, LLC*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock
Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac
vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related
Companies, L.P. and Related Management
Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities
Management, LLC*

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Molly McDonald
mmcdonald@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

*/s/ Matt T. Adamson*
Matt T. Adamson
madamson@jpclaw.com
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ Ferdose al-Taie
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ Michael F. Murray
Michael F. Murray
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6057

/s/ James H. Mutchnik
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Marisa Secco Giles
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

Samuel P. Funk (#19777)
sfunk@simsfunk.com
Grace A. Fox (#37367)
gfox@simsfunk.com
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant Campus Advantage, Inc.*

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Samuel P. Funk (#19777)
sfunk@simsfunk.com
Grace A. Fox (#37367)
gfox@simsfunk.com
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant CA Student Living
Operating Company, LLC*

/s/ Lee A. Peifer
Lee A. Peifer (admitted *pro hac vice*)
leepeifer@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000

Douglas Berry (#6927)
doug.berry@millermartin.com
Jessica Malloy-Thorpe (#35234)
jessica.malloy-thorpe@millermartin.com
MILLER & MARTIN PLLC
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
Telephone: (615) 244-9270

*Counsel for Defendant TREV Management II
LLC*

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

Samuel P. Funk (#19777)
sfunk@simsfunk.com
Grace A. Fox (#37367)
gfox@simsfunk.com
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant Cardinal Group
Holdings LLC*

/s/ Samuel P. Funk
Samuel P. Funk (#19777)
sfunk@simsfunk.com
Grace A. Fox (#37367)
gfox@simsfunk.com
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant D.P. Preiss Company,
Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld

## APPENDIX A
## Defendants Who Are in this MDL

| DEFENDANTS |
|---|
| Allied Orion Group, LLC |
| Apartment Income REIT Corp. d/b/a AIR Communities |
| Apartment Management Consultants, LLC |
| Avenue5 Residential, LLC |
| B. HOM Student Living LLC |
| Bell Partners, Inc. |
| BH Management Services, LLC |
| Bozzuto Management Company |
| Brookfield Properties Multifamily LLC |
| CA Student Living Operating Company, LLC |
| Camden Property Trust |
| Campus Advantage, Inc. |
| Cardinal Group Holdings LLC |
| CH Real Estate Services, LLC |
| CONAM Management Corporation |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital |
| Cortland Management, LLC |
| Crow Holdings, LP; Trammell Crow Residential Company |
| CWS Apartment Homes, LLC |
| Dayrise Residential, LLC |
| ECI Group, Inc. |
| Equity Residential |
| Essex Property Trust, Inc. |
| First Communities Management, Inc. |
| FPI Management, Inc. |
| Greystar Management Services, LLC |
| Highmark Residential, LLC |
| Independence Realty Trust, Inc. |
| Kairoi Management, LLC |
| Knightvest Residential |
| Lantower Luxury Living, LLC |
| Lincoln Property Company |
| Mid-America Apartment Communities, Inc.; Mid-America Apartments L.P. |
| Mission Rock Residential, LLC |
| Morgan Properties Management Company, LLC |
| Pinnacle Property Management Services, LLC |
| Prometheus Real Estate Group, Inc. |
| RealPage, Inc. |
| Rose Associates, Inc. |
| RPM Living, LLC |

| DEFENDANTS |
|---|
| Sares Regis Group Commercial, Inc. |
| Security Properties Residential, LLC |
| Sherman Associates, Inc. |
| Simpson Property Group, LLC |
| Thoma Bravo L.P.; Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P. |
| The Related Companies, L.P.; Related Management Company, L.P. |
| Thrive Communities Management, LLC |
| TREV Management II LLC |
| UDR, Inc. |
| Windsor Property Management Company |
| WinnCompanies, LLC; WinnResidential Manager Corp. |
| ZRS Management, LLC |

**APPENDIX B**
**Plaintiffs Who Are in this MDL**
**(* denotes Plaintiffs named on Plaintiffs' operative complaints)**

| M.D. TENN. CASE CAPTION | PLAINTIFF(S) |
|---|---|
| 3:22-cv-01082 *Watters v. RealPage, Inc. et al* | Brandon Watters* |
| 3:23-cv-00329 *Navarro v. RealPage, Inc. et al* | Gabriel Navarro |
| 3:23-cv-00326 *Bauman v. RealPage, Inc. et al.* | John Bauman |
| 3:23-cv-00330 *Morgan et al v. RealPage Inc et al* | Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, Sophia Woodland |
| 3:23-cv-00331 *Alvarez et al v. RealPage Inc et al* | Matthew Alvarez, Scott Halliwell |
| 3:23-cv-00332 *Cherry et al v. RealPage Inc et al* | Meghan Cherry* |
| 3:23-cv-00333 *Armas et al v. RealPage Inc et al* | Lena Armas, Andrea Blum |
| 3:23-cv-00334 *Johnson v. RealPage Inc et al* | Justin Johnson |
| 3:23-cv-00335 *Silverman et al v. RealPage Inc et al* | Tyler Kimbrough |
| 3:23-cv-00337 *Pham et al v. RealPage Inc et al* | John Pham, Diana Lazarte, Marco Cuevas, Valdamitra Anderson, Michael Poole, Daniel Flowers |
| 3:23-cv-00338 *Boelens v. RealPage Inc et al* | Laura Boelens |
| 3:23-cv-00339 *Moore v. The Irvine Company LLC et al* | MaryBeth Moore |
| 3:23-cv-00344 *Godfrey v. RealPage Inc et al* | Michelle K. Godfrey |
| 3:23-cv-00345 *Zhovmiruk v. RealPage Inc et al* | Yelizaveta Zhovmiruk |
| 3:23-cv-00356 *Kramer v. Realpage, Inc. et al* | Kate Kramer |
| 3:23-cv-00357 *Weaver v. Realpage, Inc. et al* | Jeffrey Weaver* |
| 3:23-cv-00358 *Mackie v. Allied Orion Group LLC et al* | Tiffany Mackie |
| 3:23-cv-00377 *Bertlshofer v. RealPage, Inc., et al.* | Mary Bertlshofer |
| 3:23-cv-00378 *Parker et al v. RealPage Inc et al* | Priscilla Parker*, Patrick Parker*, Barry Amar-Hoover* |
| 3:23-cv-00379 *Corradino et al v.* | Zachary Miller Corradino, Samantha Taylor |

| M.D. TENN. CASE CAPTION | PLAINTIFF(S) |
|---|---|
| *RealPage Inc et al* | Reyes |
| 3:23-cv-00380 *Marchetti v. Realpage, Inc. et al* | Matteo Marchetti |
| 3:23-cv-00381 *Saloman et al v. Realpage, Inc et al* | Christopher Saloman, Michael Strauss |
| 3:23-cv-00387 *Crook v. RealPage Inc et al.* | Andrea Crook |
| 3:23-cv-00388 *Hardie et al v. RealPage, Inc. et al* | Kara Hardie, Kyle O'Brien |
| 3:23-cv-00389 *Kramer v. RealPage Inc et al* | Karen Kramer |
| 3:23-cv-00390 *Enders v. Realpage, Inc. et al* | Jeremy Enders |
| 3:23-cv-00391 *Schmidig v. Realpage, Inc. et al* | Shelley Schmidig |
| 3:23-cv-00410 *Vincin et al v. RealPage, Inc. et al* | Selena Vincin* |
| 3:23-cv-00411 *Carter v. RealPage, Inc. et al* | Kim Carter |
| 3:23-cv-00412 *Precht v. RealPage, Inc. et al* | David Precht |
| 3:23-cv-00413 *White v. RealPage, Inc. et al* | Billie Jo White* |
| 3:23-cv-00414 *Weller v. RealPage Inc et al* | Kevin Weller |
| 3:23-cv-00415 *Spencer et al v. Realpage, Inc.et al* | Elaine Spencer |
| 3:23-cv-00416 *Lai Cheong v. RealPage, Inc. et al* | Kenny Lai Cheong |
| 3:23-cv-00440 *Alexander v. The Irvine Company, LLC et al* | Nancy Alexander* |
| 3:23-cv-00445 *Blosser v. RealPage, Inc. et al* | Hannah Blosser |
| 3:23-cv-00552 *Goldman v. RealPage, Inc. et al* | Jason Goldman* |
| 3:23-cv-00742 *Kabisch v. RealPage, Inc. et al* | Joshua Kabisch* |
| 3:23-cv-00757*Lauder et al. v. RealPage, Inc. et al* | Mia Lauder*, Rachel Meredith* |
| 3:23-cv-00792 *Dempsey v. RealPage, Inc. et al* | Benjamin Dempsey*, Ivonne Arriola Mendiata* |
| [caption forthcoming – currently captioned as 1:23-cv-03813 *Haynes v. RealPage, Inc. et al* (N.D. Ga.) and tagged for transfer] | Maya Haynes* |

**APPENDIX C**
**Defendants Who Are No Longer in the MDL**

| DEFENDANTS |
|---|
| Alliance Residential Co.; Alliance Residential Realty, LLC |
| AMLI Management Co. |
| AvalonBay Communities, Inc. |
| Asset Living, LLC |
| BH Management LLC |
| Bozzuto Property Management |
| Brookfield Residential Properties LLC |
| B/T Washington, LLC |
| CA Ventures Global Services, LLC |
| Carmel Partners LLC |
| CONTI Capital |
| Cortland Properties, Inc. |
| Cortland Partners, LLC |
| Cushman & Wakefield, Inc. |
| D.P. Preiss Company, Inc. |
| Essex Management Corp. |
| Greystar Real Estate Partners, LLC; Greystar Management Services, L.P |
| Interstate Realty Mgmt. Co. |
| Kaled Management Corp. |
| Lyon Management Group, Inc. |
| Morgan Group, Inc. |
| Morgan Properties, LLC |
| Morgan Properties, LP |
| New England Realty Assocs., L.P. |
| Park Towne Place Apartment Homes |
| Peabody Properties, Inc. |
| Sares Regis Group Operating, Inc. |
| Security Properties, Inc. |
| SHP Mgmt. Corp. |
| Simpson Property Group, LLLP |
| Sterling Apartment Homes |
| The Bozzuto Group |
| Timberline Real Estate Ventures, LLC |
| TF Cornerstone, Inc. |
| The Irvine Co. LLC |
| The Michaels Organization, LLC |

| DEFENDANTS |
| --- |
| The Related Companies, Inc. |
| Trammell Crow Company, LLC |
| University House Communities LLC |
| University House Communities Group, LLC |