Appendix A

Table A-1

| MANAGING DEFENDANTS |
|---|
| Apartment Management Consultants, LLC |
| Avenue5 Residential, LLC |
| Bozzuto Management Company |
| FPI Management, Inc. |
| First Communities Managementm, Inc. |
| Highmark Residential, LLC |
| Mission Rock Residential, LLC |
| Thrive Communities Management, LLC |
| ZRS Management, LLC |

Table A-2

| OWNER-OPERATORS | OWNER-OPERATORS |
|---|---|
| Allied Orion Group, LLC | Knightvest Residential |
| Apartment Income REIT Corp., d/b/a AIR Communities | Lantower Luxury Living, LLC |
| BH Management Services, LLC | Lincoln Property Company |
| Bell Partners, Inc. | Mid-America Communities, Inc. and Mid-America Apartments, L.P. |
| Brookfield Properties Multifamily LLC | Morgan Properties Management Company, LLC |
| CH Real Estate Services, LLC | Pinnacle Property Management Services, LLC |
| CWS Apartment Homes LLC | Prometheus Real Estate Group, Inc. |
| Camden Property Trust | RPM Living, LLC |
| Conam Management Corporation | The Related Companies, L.P. and Related Management Company L.P. |
| Cortland Management, LLC | Rose Associates, Inc. |
| Dayrise Residential, LLC | Sares Regis Group Commercial, Inc. |
| ECI Group, Inc. | Security Properties Residential, LLC |
| Equity Residential | Sherman Associates, Inc. |
| Essex Property Trust, Inc. | Simpson Property Group, LLC |
| Greystar Management Services, LLC | UDR, Inc. |
| Independence Realty Trust, Inc. | Windsor Property Management Company |
| Kairoi Management, LLC | Winncompanies LLC and Winnresidential Manager Corp. |

Table A-3

| OWNERS |
|---|
| CONTI Texas Organization, Inc., d/b/a CONTI Capital |
| Crow Holdings, L.P., and Trammell Crow Residential Company |