Appendix B

# Table B-1



Appendix B

# Table B-2



Average Asking Rent Per Unit (One Bedroom) of Properties Managed by Defendants in MSAs Alleged from 2013 to 2023*

\* Rent per unit includes 49 MSAs alleged in the complaint for which data is available.
*2023 data is as of August.
*We excluded two defendants in this chart because they only operate in one or two MSAs where the housing price are outliers in the U.S. Rose Associates only operates in New York. Thrive Communities only operates in Seattle and Portland.

Appendix B

# Table B-3



Appendix B