Appendix C

| Defendant | Denver | Atlanta | Boston | Chicago | Los Angeles | Miami | Minneapolis | Nashville | New York | Philadelphia |
|---|---|---|---|---|---|---|---|---|---|---|
| Allied Orion Group, LLC | X | | | | | | | | | |
| Apartment Income REIT Corp., d/b/a AIR Communities | X | X | X | X | X | X | X | X | X | X |
| Apartment Management Consultants, LLC | X | X | | X | X | | | | | |
| Avenue5 Residential, LLC | X | X | | | X | | | | | X |
| Bell Partners, Inc. | X | X | X | | X | | | | | |
| BH Management Services, LLC | X | X | | X | | X | X | X | | |
| Bozzuto Management Company | | X | X | X | X | X | | X | X | X |
| Brookfield Properties Multifamily LLC | X | | X | X | X | | | X | X | X |
| Camden Property Trust | X | X | | | X | X | | X | | |
| CH Real Estate Services, LLC | | X | | | | X | | X | | |
| CONAM Management Corporation | X | X | | | X | | | | | |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | X | | | | | | | | | |
| Cortland Management, LLC | X | X | | X | | X | X | X | | |
| CWS Apartment Homes LLC | X | X | | | | | | X | | |
| Dayrise Residential, LLC | | X | | X | | | | | | |
| ECI Group, Inc. | | X | | | | | | X | | |
| Equity Residential | X | X | X | | X | | | | X | |
| Essex Property Trust, Inc. | | | | | X | | | | | |
| First Communities Management, Inc. | | X | | | | | | X | | |
| FPI Management, Inc. | X | X | | | X | X | | | | |
| Greystar Management Services, LLC | X | X | X | X | X | X | X | X | X | X |
| Highmark Residential, LLC | X | X | | | | X | | X | | X |
| Independence Realty Trust, Inc. | X | X | | X | | | | X | | |
| Kairoi Management, LLC | X | | | | | | | | | |
| Knightvest Residential | | | | | | | | | | |
| Lantower Luxury Living, LLC | | | | | | X | | | | |
| Lincoln Property Company | X | X | X | X | | X | X | X | X | X |
| Mid-America Communities, Inc. & Mid-America Apartment, L.P. | X | X | | | | | | X | | |
| Mission Rock Residential, LLC | X | X | | | | | | X | | |
| Morgan Properties Management Co., LLC | | X | | X | | | | X | X | X |
| Pinnacle Property Mgmt. Services, LLC | X | X | X | X | X | X | X | X | X | X |
| Prometheus Real Estate Group, Inc. | | | | | | | | | | |
| Rose Associates, Inc. | | | | | | | | | X | |
| RPM Living, LLC | X | X | | X | X | X | X | X | X | |
| Sares Regis Group Commercial, Inc. | X | | | | X | | | | | |
| Security Properties Residential, LLC | X | | | | | | | X | | |
| Sherman Associates, Inc. | X | | | | | | X | | | |
| Simpson Property Group, LLC | X | X | X | | X | X | X | X | | |
| The Related Companies, L.P. & Related Management Company, L.P. | X | X | X | X | X | | X | X | X | X |
| Thrive Communities Management, LLC | | | | | | | | | | |
| Trammell Crow Residential Co. & Crow Holdings, LP | X | X | X | X | | X | | X | X | X |
| UDR, Inc. | X | | X | | X | | | X | X | X |
| Windsor Property Management Co. | X | X | X | X | X | X | | | X | |
| WinnCompanies LLC & WinnResidential Manager Corp. | | X | X | | X | X | | | X | X |
| ZRS Management, LLC | | X | | X | | X | | X | | |

| Defendant | Providence | Raleigh | San Diego | San Francisco | San Jose | Washington | Houston | Austin |
|---|---|---|---|---|---|---|---|---|
| Allied Orion Group, LLC | | | | | | | X | X |
| Apartment Income REIT Corp., d/b/a AIR Communities | X | X | X | X | X | X | | |
| Apartment Management Consultants, LLC | | X | X | X | X | | | |
| Avenue5 Residential, LLC | | X | X | | X | X | X | X |
| Bell Partners, Inc. | | X | X | X | | X | | X |
| BH Management Services, LLC | | X | | | | X | X | X |
| Bozzuto Management Company | X | | | | X | X | | |
| Brookfield Properties Multifamily LLC | | | X | X | X | X | X | |
| Camden Property Trust | | X | X | | | X | X | X |
| CH Real Estate Services, LLC | | | | | | | | |
| CONAM Management Corporation | | | X | | X | | | X |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | | | | | | | | X |
| Cortland Management, LLC | | X | | | | X | X | X |
| CWS Apartment Homes LLC | | X | | | | | X | X |
| Dayrise Residential, LLC | | | | | | | X | X |
| ECI Group, Inc. | | | | | | | X | |
| Equity Residential | | | X | X | X | X | | X |
| Essex Property Trust, Inc. | | | X | X | X | | | |
| First Communities Management, Inc. | | X | | | | X | X | X |
| FPI Management, Inc. | | | X | X | X | | X | X |
| Greystar Management Services, LLC | X | X | X | X | X | X | X | X |
| Highmark Residential, LLC | | X | | | | X | X | X |
| Independence Realty Trust, Inc. | | X | | | | | X | X |
| Kairoi Management, LLC | | | | | | | X | X |
| Knightvest Residential | | X | | | | | X | X |
| Lantower Luxury Living, LLC | | X | | | | | | X |
| Lincoln Property Company | X | X | | | | X | X | X |
| Mid-America Communities, Inc. & Mid-America Apartment, L.P. | | X | | | | X | X | X |
| Mission Rock Residential, LLC | | | | X | | X | X | X |
| Morgan Properties Management Co., LLC | | X | | | | X | | |
| Pinnacle Property Mgmt. Services, LLC | X | X | X | X | X | X | X | X |
| Prometheus Real Estate Group, Inc. | | | | X | X | | | |
| Rose Associates, Inc. | | | | | | | | |
| RPM Living, LLC | | X | X | | X | X | X | X |
| Sares Regis Group Commercial, Inc. | | | X | X | X | | | |
| Security Properties Residential, LLC | | | | | X | X | | X |
| Sherman Associates, Inc. | | | | | | | | |
| Simpson Property Group, LLC | | X | X | | | X | X | X |
| The Related Companies, L.P. & Related Management Company, L.P. | | X | X | X | X | X | X | X |
| Thrive Communities Management, LLC | | | | | | | | |
| Trammell Crow Residential Co. & Crow Holdings, LP | | X | X | X | | X | X | X |
| UDR, Inc. | | | X | X | X | X | | X |
| Windsor Property Management Co. | | | X | X | X | X | X | X |
| WinnCompanies LLC & WinnResidential Manager Corp. | X | X | X | | X | X | X | |
| ZRS Management, LLC | | X | | | | X | X | X |

| Defendant | Dallas-Fort Worth | Orlando | San Antonio | Birmingham | Charlotte | Cleveland | Cincinnati | Columbus | Jacksonville |
|---|---|---|---|---|---|---|---|---|---|
| Allied Orion Group, LLC | X | X | X | | | | | | |
| Apartment Income REIT Corp., d/b/a AIR Communities | | | | | | | | | |
| Apartment Management Consultants, LLC | X | X | X | X | X | X | | X | X |
| Avenue5 Residential, LLC | X | | X | | X | | | | |
| Bell Partners, Inc. | X | X | X | | X | | | | X |
| BH Management Services, LLC | X | X | X | X | X | | X | X | X |
| Bozzuto Management Company | | X | | | X | | | | |
| Brookfield Properties Multifamily LLC | X | X | | | | X | | | |
| Camden Property Trust | X | X | | | X | | | | |
| CH Real Estate Services, LLC | X | X | | X | X | | | | |
| CONAM Management Corporation | X | X | X | | | | | | X |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | X | X | | | | | | | |
| Cortland Management, LLC | X | X | X | X | X | | | X | |
| CWS Apartment Homes LLC | X | | X | | X | | | | |
| Dayrise Residential, LLC | X | | X | | X | | | | |
| ECI Group, Inc. | | X | | | | | | | |
| Equity Residential | X | | | | | | | | |
| Essex Property Trust, Inc. | | | | | | | | | |
| First Communities Management, Inc. | X | X | X | X | X | | | | X |
| FPI Management, Inc. | X | | X | | | | | | X |
| Greystar Management Services, LLC | X | X | X | X | X | X | X | | X |
| Highmark Residential, LLC | X | X | X | | X | | | | X |
| Independence Realty Trust, Inc. | X | X | X | X | X | | X | X | |
| Kairoi Management, LLC | X | | X | | | | | | |
| Knightvest Residential | X | X | X | | X | | | | |
| Lantower Luxury Living, LLC | X | X | | | X | | | | |
| Lincoln Property Company | X | X | X | X | X | X | | | X |
| Mid-America Communities, Inc. & Mid-America Apartment, L.P. | X | X | X | X | X | | | | X |
| Mission Rock Residential, LLC | | X | X | | X | | | | |
| Morgan Properties Management Co., LLC | X | | | X | X | X | X | X | X |
| Pinnacle Property Mgmt. Services, LLC | X | X | X | X | X | | | | X |
| Prometheus Real Estate Group, Inc. | | | | | | | | | |
| Rose Associates, Inc. | | | | | | | | | |
| RPM Living, LLC | X | X | X | | X | X | | | X |
| Sares Regis Group Commercial, Inc. | X | | | | | | | | |
| Security Properties Residential, LLC | | | | | | | | | |
| Sherman Associates, Inc. | | | | | | | | | |
| Simpson Property Group, LLC | X | | | | X | | | | |
| The Related Companies, L.P. & Related Management Company, L.P. | X | X | X | | | | X | | |
| Thrive Communities Management, LLC | | | | | | | | | |
| Trammell Crow Residential Co. & Crow Holdings, LP | X | X | X | | X | | | | |
| UDR, Inc. | X | X | | | | | | | |
| Windsor Property Management Co. | X | | | | X | | | | |
| WinnCompanies LLC & WinnResidential Manager Corp. | X | | X | | X | | | | |
| ZRS Management, LLC | X | X | X | | X | | | | X |

| Defendant | Kansas City | Las Vegas | Louisville | New Orleans | Oklahoma City | Phoenix | Portland | Sacramento | Salt Lake City |
|---|---|---|---|---|---|---|---|---|---|
| Allied Orion Group, LLC | | | | | | | | | |
| Apartment Income REIT Corp., d/b/a AIR Communities | | | | | | | | | |
| Apartment Management Consultants, LLC | X | X | X | X | X | X | X | X | X |
| Avenue5 Residential, LLC | | X | | | | X | X | X | X |
| Bell Partners, Inc. | | | | | | | | | |
| BH Management Services, LLC | X | X | X | X | | X | | | |
| Bozzuto Management Company | | | | | | | | | |
| Brookfield Properties Multifamily LLC | | | | | | | X | | |
| Camden Property Trust | | | | | | X | | | |
| CH Real Estate Services, LLC | | | | | | | | | |
| CONAM Management Corporation | | X | | | | X | X | X | |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | | | | | | | | | |
| Cortland Management, LLC | | | | | | X | | | |
| CWS Apartment Homes LLC | | | | | | X | | X | |
| Dayrise Residential, LLC | | | | | | | | | |
| ECI Group, Inc. | | | | | | | | | |
| Equity Residential | | | | | | | | | |
| Essex Property Trust, Inc. | | | | | | | | | |
| First Communities Management, Inc. | X | | X | | | | | | |
| FPI Management, Inc. | | X | | X | | X | X | X | |
| Greystar Management Services, LLC | X | X | X | X | X | X | X | X | X |
| Highmark Residential, LLC | | | X | | | X | | | X |
| Independence Realty Trust, Inc. | | | X | | X | | | | |
| Kairoi Management, LLC | | | | | | | | | X |
| Knightvest Residential | | | | | | X | | | |
| Lantower Luxury Living, LLC | | | | | | | | | |
| Lincoln Property Company | X | | X | | | X | X | | |
| Mid-America Communities, Inc. & Mid-America Apartment, L.P. | X | X | X | | | X | | | |
| Mission Rock Residential, LLC | X | X | | | | X | X | | X |
| Morgan Properties Management Co., LLC | | | | X | | | | | |
| Pinnacle Property Mgmt. Services, LLC | X | X | X | X | | X | X | X | |
| Prometheus Real Estate Group, Inc. | | | | | | | X | | |
| Rose Associates, Inc. | | | | | | | | | |
| RPM Living, LLC | X | X | X | X | X | X | | | |
| Sares Regis Group Commercial, Inc. | | X | | | | X | | X | |
| Security Properties Residential, LLC | | X | | | | X | X | X | X |
| Sherman Associates, Inc. | X | | | | | | | | |
| Simpson Property Group, LLC | | X | | | | X | X | | |
| The Related Companies, L.P. & Related Management Company, L.P. | | | | | | | | | |
| Thrive Communities Management, LLC | | | | | | | X | | |
| Trammell Crow Residential Co. & Crow Holdings, LP | | | | | | X | X | | |
| UDR, Inc. | | | | | | | X | | |
| Windsor Property Management Co. | | | | | | | X | | |
| WinnCompanies LLC & WinnResidential Manager Corp. | | | | | | X | | X | |
| ZRS Management, LLC | | | | | | | | | |

| Defendant | Seattle | Tuscon | Tampa | Wilmington | Indianapolis | Memphis | Saint Louis | Richmond | Hartford |
|---|---|---|---|---|---|---|---|---|---|
| Allied Orion Group, LLC | | | | | | | | | |
| Apartment Income REIT Corp., d/b/a AIR Communities | | | | | | | | | |
| Apartment Management Consultants, LLC | X | X | | | | | | | |
| Avenue5 Residential, LLC | X | X | X | | | | | | |
| Bell Partners, Inc. | X | | X | X | | | | | |
| BH Management Services, LLC | | | X | | X | X | X | X | |
| Bozzuto Management Company | X | | X | | | | | | X |
| Brookfield Properties Multifamily LLC | | | | X | | | | X | |
| Camden Property Trust | | | X | | | | | | |
| CH Real Estate Services, LLC | | | X | | X | | X | | |
| CONAM Management Corporation | X | X | X | | | | | | |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | | | X | | | | | | |
| Cortland Management, LLC | | X | X | | | | | | |
| CWS Apartment Homes LLC | X | | | | | | | | |
| Dayrise Residential, LLC | | X | | | | | | | |
| ECI Group, Inc. | | | X | | | | | | |
| Equity Residential | X | | | | | | | | |
| Essex Property Trust, Inc. | X | | | | | | | | |
| First Communities Management, Inc. | | | X | X | | | | | |
| FPI Management, Inc. | X | | | | | | | | |
| Greystar Management Services, LLC | X | X | X | X | X | X | X | X | X |
| Highmark Residential, LLC | | X | X | X | X | X | | X | |
| Independence Realty Trust, Inc. | | | X | | X | X | | | |
| Kairoi Management, LLC | | | | | | | | | |
| Knightvest Residential | | | | | | | | | |
| Lantower Luxury Living, LLC | | | X | | | | | | |
| Lincoln Property Company | X | | X | X | X | | X | | |
| Mid-America Communities, Inc. & Mid-America Apartment, L.P. | | | X | | | | X | X | |
| Mission Rock Residential, LLC | X | X | X | | | | X | | |
| Morgan Properties Management Co., LLC | | | X | | X | X | | | |
| Pinnacle Property Mgmt. Services, LLC | X | | X | | | X | X | | |
| Prometheus Real Estate Group, Inc. | X | | | | | | | | |
| Rose Associates, Inc. | | | | | | | | | |
| RPM Living, LLC | | X | X | | X | X | | X | |
| Sares Regis Group Commercial, Inc. | X | | | | | | | | |
| Security Properties Residential, LLC | X | | | | | | | | |
| Sherman Associates, Inc. | | | | | | | | | |
| Simpson Property Group, LLC | X | | | | | | | X | |
| The Related Companies, L.P. & Related Management Company, L.P. | | | | | | | X | X | X |
| Thrive Communities Management, LLC | X | | | | | | | | |
| Trammell Crow Residential Co. & Crow Holdings, LP | X | | X | | | | | | |
| UDR, Inc. | X | | X | | | | | X | |
| Windsor Property Management Co. | X | | | | | | | | |
| WinnCompanies LLC & WinnResidential Manager Corp. | | X | X | | | | | X | X |
| ZRS Management, LLC | | | X | | | | | | |

| Defendant | Milwaukee | Pittsburgh | Detroit | Buffalo | Riverside/Inland Empire | Baltimore | Virginia Beach |
|---|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Allied Orion Group, LLC | | | | | | | |
| Apartment Income REIT Corp., d/b/a AIR Communities | | | | | | | |
| Apartment Management Consultants, LLC | | | | | X | | |
| Avenue5 Residential, LLC | | | | | X | X | |
| Bell Partners, Inc. | | | | | X | X | |
| BH Management Services, LLC | | | | | | | |
| Bozzuto Management Company | X | X | | | | X | |
| Brookfield Properties Multifamily LLC | X | X | X | | | X | |
| Camden Property Trust | | | | | X | | |
| CH Real Estate Services, LLC | | | | | | | |
| CONAM Management Corporation | | | | | X | | |
| CONTI Texas Organization, Inc. d/b/a CONTI Capital | | | | | | | |
| Cortland Management, LLC | | | | | | | |
| CWS Apartment Homes LLC | | | | | | | |
| Dayrise Residential, LLC | | | | | | | |
| ECI Group, Inc. | | | | | | | |
| Equity Residential | | | | | X | | |
| Essex Property Trust, Inc. | | | | | | | |
| First Communities Management, Inc. | | | | | | | |
| FPI Management, Inc. | | | | | X | | |
| Greystar Management Services, LLC | X | X | X | | X | X | X |
| Highmark Residential, LLC | | | | | | | |
| Independence Realty Trust, Inc. | | | | | | | |
| Kairoi Management, LLC | | | | | | | |
| Knightvest Residential | | | | | | | |
| Lantower Luxury Living, LLC | | | | | | | |
| Lincoln Property Company | X | X | | | | X | |
| Mid-America Communities, Inc. & Mid-America Apartment, L.P. | | | | | | | |
| Mission Rock Residential, LLC | | | | | | X | |
| Morgan Properties Management Co., LLC | | X | X | X | | X | |
| Pinnacle Property Mgmt. Services, LLC | | | | | X | X | X |
| Prometheus Real Estate Group, Inc. | | | | | | | |
| Rose Associates, Inc. | | | | | | | |
| RPM Living, LLC | | | X | | X | X | |
| Sares Regis Group Commercial, Inc. | | | | | X | | |
| Security Properties Residential, LLC | | X | | | | | |
| Sherman Associates, Inc. | X | | | | | | |
| Simpson Property Group, LLC | | | | | | | |
| The Related Companies, L.P. & Related Management Company, L.P. | X | X | | X | | X | |
| Thrive Communities Management, LLC | | | | | | | |
| Trammell Crow Residential Co. & Crow Holdings, LP | | X | | X | X | | |
| UDR, Inc. | | | | | X | X | |
| Windsor Property Management Co. | | | | | | X | |
| WinnCompanies LLC & WinnResidential Manager Corp. | | X | | X | X | X | |
| ZRS Management, LLC | | | | | | X | |