> Motion (525) is **GRANTED** and Tricia Herzfeld's and Swathi Bojedla's appearance at the September 29, 2023 status conference is waived.
>
> */s/ Waverly D. Crenshaw, Jr.*
> Chief US District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF TRICIA HERZFELD AND SWATHI BOJEDLA AT SEPTEMBER 29 HEARING

Plaintiffs respectfully move for leave to excuse Plaintiffs' Liaison Counsel Tricia Herzfeld and Plaintiffs' Co-Lead Counsel Swathi Bojedla from appearing live at the September 29, 2023 status conference.

On that date, Ms. Herzfeld will be on a long-planned international trip for her wedding anniversary, from which she is not scheduled to return until October 1, 2023. Her colleagues Anthony A. Orlandi and Benjamin Gastel (who are also counsel of record in these matters) will be available to appear live at the hearing.

Also on that date, Ms. Bojedla will be on a long-planned trip to attend the wedding of a close friend. Given the remote location of the wedding, there are no available flights leaving from Nashville after the completion of the 10:00 AM CST status conference. Her colleagues Gary I. Smith, Jr. and Mandy Boltax (who are also counsel of record in these matters) will both appear live at the hearing.

Ms. Herzfeld and Ms. Bojedla are available to participate remotely via telephone or Zoom if the Court prefers.

1