UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00410 |

# ORDER

Plaintiff Phillip Mackie has filed a Notice of Voluntary Dismissal without Prejudice (Doc. No. 64 in Case No. 3:23-cv-00410) in regard to his claims. Accordingly, the claims of Phillip Mackie are **DISMISSED WITHOUT PREJUDICE.** Claims by Selena Vincin against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE