**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) **Case No. 3:23-md-3071** <br> ) **MDL No. 3071** <br> ) <br> ) **This Document Relates to:** <br> ) <br> )        **3:23-cv-00410** |

## ORDER

Plaintiffs Anna Rodriguez and Laura Boelens have filed a Notice of Voluntary Dismissal without Prejudice (Doc. No. 526) in regard to their claims. Accordingly, the claims of Anna Rodriguez and Laura Boelens are **DISMISSED WITHOUT PREJUDICE.** Claims by Selena Vincin against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE