IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL LITIGATION (NO. II) | § <br> § Case No. 3:23-md-3071 <br> § MDL No. 3071 <br> § SOFTWARE ANTITRUST <br> § <br> § This Document Relates to: <br> § <br>    3:23-cv-00742 |

# NOTICE OF APPEARANCE OF DAVID T. MORAN

Notice is hereby given that David T. Moran, of Jackson Walker L.L.P., is entering an appearance in the above-referenced matters for Allied Orion Holdings, LLC, Crow Holdings, LP and Trammell Crow Residential Company for purposes of receiving notices from the Court.

Dated: September 19, 2023

                                                  Respectfully submitted,

                                                  */s/David T. Moran*
                                                  David T. Moran
                                                  Texas State Bar No. 14419400
                                                  dmoran@jw.com
                                                  **JACKSON WALKER L.L.P.**
                                                  2323 Ross Avenue, Suite 600
                                                  Dallas, Texas 75201
                                                  Telephone: (214) 953-6000
                                                  Facsimile: (214) 953-5822

                                                  **ATTORNEY FOR ALLIED ORION HOLDINGS, LLC, CROW HOLDINGS, LP AND TRAMMELL CROW RESIDENTIAL COMPANY**

NOTICE OF APPEARANCE – DAVID T. MORAN       PAGE 1
37555338v.1
Case 3:23-md-03071    Document 542    Filed 09/19/23    Page 1 of 2 PageID #: 5546

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I caused a true and correct copy of the foregoing document to be filed electronically with the Court via the Court's electronic e-filing system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ David T. Moran*
David T. Moran