UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071  This Document Relates To: ALL CASES |

## ORDER

Plaintiffs' "Unopposed Motion to Clarify Motion to Dismiss Schedule" (Doc. No. 541) is **GRANTED**. The Scheduling Order entered August 7, 2023 (Doc. No. 495) is clarified to reflect the following briefing schedule on the Motions to Dismiss:

- October 9, 2023: Defendants shall file their motions to dismiss.

- November 8, 2023 (30 days from October 9): Plaintiffs to file opposition briefs.

- November 22, 2023 (14 days from November 8): Defendants to file replies.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE