UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

## NOTICE OF APPEARANCE OF VICTORIA L. GLOVER

Notice is hereby given that the undersigned attorney, Victoria L. Glover, of Venable LLP, is entering an appearance in the above-referenced matters as counsel of record for Defendant CH Real Estate Services, LLC. The Court granted the Motion for Victoria L. Glover to Appear *Pro Hac Vice* in this MDL on September 12, 2023. ECF No. 538.

Dated: September 22, 2023

Respectfully submitted,

*/s/ Victoria L. Glover*
Victoria L. Glover (Admitted *Pro Hac Vice*)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4566
Facsimile: 202.344.8300
Email: VLGlover@Venable.com

*Attorney for Defendant*
*CH Real Estate Services, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on September 22, 2023.

*/s/ Victoria L. Glover*
Victoria L. Glover

2

Case 3:23-md-03071    Document 545    Filed 09/22/23    Page 2 of 2 PageID #: 5573