UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

**SUPPLEMENTAL NOTICE OF APPEARANCE OF ANDREW B. DICKSON**

The undersigned attorney, Andrew B. Dickson, of Venable LLP, previously entered his appearance as counsel of record for Defendant CH Real Estate Services, LLC on June 9, 2023. ECF No. 276. Defendant CH Real Estate Services, LLC has since been named as a defendant in two additional actions, both of which have been consolidated in this MDL. *Kabish v. RealPage, Inc. et al*, 3:23-cv-00742; *Haynes v. RealPage, Inc.*, 3:23-cv-00979. Notice is hereby given that Andrew B. Dickson is entering his appearance in these additional above-referenced matters as counsel of record for Defendant CH Real Estate Services, LLC.

Dated: September 26, 2023                      Respectfully submitted,

/s/ *Andrew B. Dickson*
Andrew B. Dickson (Admitted *Pro Hac Vice*)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4231
Facsimile: 202.344.8300
Email: abdickson@venable.com

*Attorney for Defendant*
*CH Real Estate Services, LLC*

2

# CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on September 26, 2023.

/s/ *Andrew B. Dickson*
Andrew B. Dickson