UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to: ALL CASES |

### ORDER

It appearing that the parties have no issues for discussion, the status conference set for September 29, 2023, (Doc. No. 546) is CANCELLED.

Having reviewed the Defendants' Notice of Anticipated New Motions to Dismiss and Renewed Motions to Dismiss To be Filed by Defendants (Doc. No. 544), the Court approves filing the anticipated motions and appreciates the Defendants attention that the Court does not permit incorporation of documents in support or in opposition to motions.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE