UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: ALL CASES <br> ) <br> ) |

## ORDER

First Communities Management, Inc.'s Consent Motion for Extension of Time to Respond to Complaint (Doc. No. 555) is **DENIED AS MOOT** because previously the Court extended the time for all Defendants to respond to the complaints. (Doc. No. 3). All orders are applicable to parties regardless of when they joined this action. (Doc. No. 3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE