**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-MD-3071**<br>**MDL No. 3071**<br><br>**This Document Relates to:**<br><br>**3:23-cv-00326**<br>**3:23-cv-00330**<br>**3:23-cv-00339**<br>**3:23-cv-00389**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>CWS Apartment Homes LLC</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐    This party is an individual, who resides in_____.

☐    This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in_____.

☐    This party is a privately held corporation, incorporated in_____and with a principal place of business in _____.

☐    This party has parent corporations

If yes, identify **on attached page(s)** all parent corporations,

including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify **on attached page(s)** all such owners.

☑ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

Executed on September 29, 2023

ARENTFOX SCHIFF LLP

By: */s/ Kylie S. Wood*

Kylie S. Wood
Illinois Bar No. 6333566
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
kylie.wood@afslaw.com

## IDENTIFICATION OF LLC MEMBERS

Defendant CWS Apartment Homes LLC is a limited liability formed under the laws of the State of Delaware with its principal place of business in Newport Beach, California. Its members, listed below, are residents of Texas and California. Its members are:

1.      CWS Capital Partners LLC, whose members are Steven Sherwood Trust established September 8, 1994; Carmell Family Trust; Engels Management Trust; Joseph H. Sherwood, III Revocable Trust; Michael Brittingham; and Justin Leahy; all of whose citizenship is provided below;

2.      Steven Sherwood Trust established September 8, 1994, whose Trustee, Steven J. Sherwood, is a resident and citizen of Texas, United States;

3.      Carmell Family Trust, whose Trustee, Gary C. Carmell, is a resident and citizen of California, United States;

4.      Engels Management Trust, whose Trustee, Michael Engels, is a resident and citizen of Texas, United States;

5.      Joseph H. Sherwood, III Revocable Trust; whose Trustee, Joseph Sherwood, is a resident and citizen of Florida, United States;

6.      Michael Brittingham, a resident and citizen of Texas, United States; and

7.      Justin Leahy, a resident and citizen of Texas, United States.

8.      BBC – Williams Family Living Trust, whose Trustees, Byron L. Williams and Bobbitt C. Williams, are residents and citizens of California, United States; and

9.      Sherwood Family LLC, a Delaware limited liability company.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2023, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kylie S. Wood*