**ATTACHMENT TO ECI GROUP, INC.'S BUSINESS ENTITY DISCLOSURE**

1. ECI Group, Inc. has one parent entity: ECI US Holdings, LLC