UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case no. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00979 |

## NOTICE OF APPEARANCE OF RICHARD P. SYBERT

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that Richard P. Sybert of Gordon Rees Scully Mansukhani LLP shall appear as counsel of record for Defendant First Communities Management, Inc. A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Respectfully submitted,

Dated: October 6, 2023

GORDON REES SCULLY MANSUKHANI

By: */s/ Richard P. Sybert*
Richard P. Sybert
Hannah E. Brown (*pro hac vice*)
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222
rsybert@grsm.com
hbrown@grsm.com

*Counsel for First Communities Management, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

*/s/ Richard P. Sybert*
Richard P. Sybert