**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case no. 3:23-md-3071** <br> **MDL No. 3071** <br><br> **Judge Waverly D. Crenshaw, Jr.** <br><br><br> **This Document Relates to:** <br><br> **3:23-cv-00979** |

**BUSINESS ENTITY DISCLOSURE OF FIRST COMMUNITIES MANAGEMENT, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, First Communities Management Inc. makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in

_____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in Georgia and with a principal place of business in Fulton County.

☐ This party has parent corporations: _____

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.

☐ This party is trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.


///

Respectfully submitted,

Dated:  October 6, 2023                    GORDON REES SCULLY MANSUKHANI

By:   */s/ Richard P. Sybert*
      Richard P. Sybert
      Hannah E. Brown *(pro hac vice)*
      701 Fifth Avenue, Suite 2100
      Seattle, WA 98104
      Telephone: (206) 321-5222
      rsybert@grsm.com
      hbrown@grsm.com

      *Counsel for First Communities Management,*
      *Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

*/s/ Richard P. Sybert*
Richard P. Sybert