# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO.II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This document relates to:<br><br>3:23-cv-00378<br>3:23-cv-00742<br>3:23-cv-00979 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah B. Miller of the law firm of Bass, Berry & Sims, PLC enters her appearance in the above-referenced lead case and member cases in the In re: RealPage, Inc. multidistrict litigation as counsel for Defendant Apartment Management Consultants, LLC.

Dated: October 9, 2023.

Respectfully submitted,

s/ *Sarah B. Miller*
Sarah B. Miller (TN#33441)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
smiller@bassberry.com

*Counsel for Apartment Management Consultants, LLC*

# CERTIFICATE OF SERVICE

      Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on October 9, 2023.

      *s/ Sarah B. Miller*
      Sarah B. Miller