IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) |
|  | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

**DEFENDANT APARTMENT INCOME REIT CORP.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Apartment Income REIT Corp. d/b/a Air Communities ("AIR") moves to dismiss the Plaintiffs' Second Amended Consolidated Class Action Complaint (ECF No. 530) as Plaintiffs' allegations are legally insufficient to state a plausible conspiracy claim against AIR. This Motion to Dismiss is supported by the accompanying Memorandum of Points and Authorities in Support of its Motion to Dismiss.

Dated: October 9, 2023                Respectfully submitted,

/s/ *Kathryn A. Reilly*
Kathryn A. Reilly
Michael T. Williams
Judith P. Youngman
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: reilly@wtotrial.com
       williams@wtotrial.com
       youngman@wtotrial.com

And

Mark Bell
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: 615.244.6380
Email: mark.bell@hklaw.com

Attorneys for Apartment Income REIT Corp. d/b/a AIR Communities

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on October 9, 2023, I electronically filed the foregoing **DEFENDANT APARTMENT INCOME REIT CORP.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record on the CM/ECF system.

*s/ Claudia L. Jones for Kathryn A. Reilly*