UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00326<br>3:23-cv-00378<br>3:23-cv-00391<br>3:23-cv-00445<br>3:23-cv-00742<br>3:23-cv-00979 |

## THE THOMA BRAVO DEFENDANTS' MOTION TO DISMISS MULTIFAMILY PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; and Thoma Bravo, L.P. (collectively, the "Thoma Bravo Defendants") respectfully move to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint (ECF No. 530, the "Complaint") with prejudice.

Plaintiffs' 297-page, 757-paragraph Complaint alleges a conspiracy between RealPage, Inc. ("RealPage"), approximately 50 of RealPage's customers (the "Lessor Defendants"), and the Thoma Bravo Defendants in violation of federal (Count I) and state (Count II) antitrust laws. As set forth in the Thoma Bravo Defendants' supporting memorandum, the Complaint alleges nothing beyond a generalized ownership interest in RealPage. But a parent company is not liable for the acts of its subsidiary solely by virtue of its ownership interest, and the failure to plead parent-specific allegations warrants dismissal. Having pleaded no facts sufficient to state any claim against the Thoma Bravo Defendants, Plaintiffs' Complaint must be dismissed with prejudice.

Dated: October 9, 2023					Respectfully submitted,

					By:	/s/ Mark McKane, P.C.
						James Mutchnik, P.C. (*pro hac vice*)
						jmutchnik@kirkland.com
						KIRKLAND & ELLIS LLP
						300 N. LaSalle
						Chicago, IL 60654
						Telephone: (312) 862-2000
						Facsimile: (312) 862-2200

						Mark McKane, P.C. (*pro hac vice*)
						mark.mckane@kirkland.com
						Alistair Blacklock (*pro hac vice*)
						alistair.blacklock@kirkland.com
						KIRKLAND & ELLIS LLP
						555 California Street
						San Francisco, California 94104
						Telephone: (415) 439-1400
						Facsimile: (415) 439-1500

						*Counsel for Defendants*
						*Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund*
						*XIV, L.P., and Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Mark McKane, P.C.*
Mark McKane, P.C.
