# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Joshua Kabisch, et al.,
    Plaintiff(s),

v.

RealPage, Inc. et al,
    Defendant(s).

Case No. 3:23-md-3071
MDL No. 3071
Judge Waverly D. Crenshaw, Jr.

This Document Relates to: 3:23-cv-00742
                                    3:23-cv-00979

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>Defendant Crow Holdings, L.P.</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in_____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☒ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great-grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☒ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

Crow Holdings, L.P. is a limited partnership organized and existing under the laws of Delaware. Pursuant to Fed. Rule Civ. P. 7.1(a)(2), Crow Holdings, L.P. hereby states that it has no single parent company or public corporation owning 10% or more of its membership interests.

Dated: October 9, 2023

Respectfully submitted,

By: */s/Edwin Buffmire*
    Edwin Buffmire
    ebuffmire@jw.com
    Michael Moran
    mmoran@jw.com
    **JACKSON WALKER LLP**
    2323 Ross Ave., Suite 600
    Dallas, Texas 75201
    Telephone: (214) 953-6000
    Facsimile: (214) 953-5822

**COUNSEL FOR DEFENDANT CROW HOLDINGS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Edwin Buffmire*
Edwin Buffmire
