# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE

|  |  |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No.: 3:23-md-3071**<br><br>**MDL No. 3071**<br><br>**This Document Relates to:**<br><br>**3:23-cv-00792**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

### TREV MANAGEMENT II LLC'S MOTION TO DISMISS STUDENT-HOUSING PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

The student-housing claims asserted against Defendant TREV Management II LLC ("TREV") in Plaintiffs' First Amended Consolidated Class Action Complaint (ECF No. 527) should be dismissed with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Plaintiffs' cursory allegations against TREV are based on its ownership interests in a codefendant that allegedly uses RealPage software—*not* on any allegations that TREV itself participated independently in the alleged conspiracy at the heart of this antitrust litigation. Plaintiffs cannot state a plausible claim against TREV on such a threadbare foundation, and their allegations are insufficient to support claims against TREV as a matter of law. Those claims should therefore be dismissed not only for the reasons supporting the student-housing Defendants' joint motion to dismiss but also for the reasons specific to TREV given in the memorandum of law accompanying this motion.

Dated: October 9, 2023

Respectfully submitted,

/s/ Lee A. Peifer

Lee A. Peifer (admitted *pro hac vice*)
leepeifer@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000

Douglas Berry (#6927)
doug.berry@millermartin.com
Jessica Malloy-Thorpe (#35234)
jessica.malloy-thorpe@millermartin.com
MILLER & MARTIN PLLC
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
Telephone: (615) 244-9270

*Counsel for Defendant*
*TREV Management II LLC*

2

## CERTIFICATE OF SERVICE

I certify that on October 9, 2023, this document is being filed with the Clerk of Court using the CM/ECF system, which will serve the document electronically on all counsel of record in accordance with the Court's Practice and Procedures Notice.

/s/ Lee A. Peifer
Lee A. Peifer