## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-MD-3071**<br>**MDL No. 3071**<br><br>**This Document Relates to:**<br>**3:23-MD-3071**<br>**3:23-CV-440**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## BELL PARTNERS INC. MOTION TO DISMISS PLAINTIFF NANCY ALEXANDER AND RELATED CLAIMS

Defendant Bell Partners Inc. ("Bell Partners") respectfully moves this Court to dismiss Plaintiff Nancy Alexander ("Ms. Alexander") and her claims pursuant to Federal Rules of Civil Procedure 12(b)(6) because there are no allegations that any of Bell Partners' horizontal competitors operated in Asheville, North Carolina, where Plaintiff Alexander alleges her antitrust injury occurred. With no other Lessor Defendants alleged in Asheville with whom Bell Partners could have conspired, Plaintiff Alexander has not and cannot plausibly allege an unlawful agreement impacting her and her rental prices. Moreover, Asheville, North Carolina is not one of the regional geographic submarkets alleged by Plaintiffs. Therefore, Ms. Alexander has failed to plead facts sufficient to state any claim against Bell Partners and her claims should be dismissed with prejudice.

*[signature page follows]*

1

DATED: October 9, 2023                    Respectfully submitted,


                                          /s/ *Marguerite S. Willis*
                                          Marguerite S. Willis (admitted *pro hac vice*)
                                          mwillis@maynardnexsen.com
                                          MAYNARD NEXSEN PC
                                          104 South Main Street
                                          Greenville, SC 29601
                                          Telephone: (864) 370-2211

                                          Michael A. Parente (admitted *pro hac vice*)
                                          mparente@maynardnexsen.com
                                          MAYNARD NEXSEN PC
                                          1230 Main Street, Suite 700
                                          Columbia, SC 29201
                                          Telephone: (803) 771-8900

                                          Margaret M. Siller (BPR No. 039058)
                                          msiller@maynardnexsen.com
                                          MAYNARD NEXSEN PC
                                          1131 4th Avenue South, Suite 320
                                          Nashville, Tennessee 37210
                                          Telephone: (629) 258-2253

                                          *Counsel for Defendant Bell Partners, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 9th day of October, 2023.

/s/ Marguertie S. Willis
Marguerite S. Willis