UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-CV-3071<br>MDL-3071<br><br>MOTION TO DISMISS LRO CLAIMS FOR FAILURE TO STATE A CLAIM<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>Chief Judge Waverly D. Crenshaw |

## MOTION TO DISMISS LRO CLAIMS FOR FAILURE TO STATE A CLAIM

Sixteen multi-family lessor Defendants ("LRO Defendants")[1] file this Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs' "Second Amended Consolidated Class Action Complaint" on multi-family housing (Dkt. 530) fails to allege a plausible conspiracy involving the use of RealPage's, Inc.'s Lease Rent Options ("LRO") software, as addressed in the Memorandum of Law in support of this Motion. Accordingly, Plaintiffs' antitrust claims should be dismissed to the extent they seek relief under the antitrust laws for any Defendant's use of LRO.

---

[1] Bell Partners, Inc.; Brookfield Properties Multifamily LLC; CONAM Management Corporation; ECI Group, Inc.; Equity Residential; Independence Realty Trust, Inc.; Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.; Morgan Properties Management Company, LLC; The Related Companies, L.P.; Related Management Company, L.P.; Security Properties Residential LLC; Simpson Property Group, LLC; Thrive Communities Management, LLC; Windsor Property Management Company; WinnCompanies LLC; and WinnResidential Manager Corp.

| | |
|---|---|
| */s/ Carl W. Hittinger* | */s/ Yehudah L. Buchweitz* |
| Carl W. Hittinger | Yehudah L. Buchweitz |
| chittinger@bakerlaw.com | yehudah.buchweitz@weil.com |
| Alyse F. Stach | WEIL, GOTSHAL & MANGES LLP |
| astach@bakerlaw.com | 767 Fifth Avenue |
| Tyson Y. Herrold | New York, NY 10153 |
| therrold@bakerlaw.com | Telephone: (212) 310-8256 |
| BAKER & HOSTETLER LLP | |
| 1735 Market Street, Suite 3300 | Jeff L. White |
| Philadelphia, PA 19103-7501 | jeff.white@weil.com |
| Telephone: (215) 568-3100 | WEIL, GOTSHAL & MANGES LLP |
| | 2001 M Street, NW |
| Stephen J. Zralek, BPR #018971 | Washington, DC 20036 |
| szralek@spencerfane.com | Telephone: (202) 682-7059 |
| S. Chase Fann, BPR #036794 | |
| cfann@spencerfane.com | R. Dale Grimes, BPR #006223 |
| SPENCER FANE LLP | dgrimes@bassberry.com |
| 511 Union Street, Suite 1000 | BASS, BERRY & SIMS PLC |
| Nashville, TN 37219 | 150 Third Avenue South, Suite 2800 |
| Telephone: (615) 238-6300 | Nashville, TN 37201 |
| | Telephone: (615) 742-6244 |
| *Counsel for Defendant Equity Residential* | |
| | *Counsel for Defendant Brookfield Properties Multifamily LLC* |

/s/ *Marguerite Willis*
Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan*
Emily S. Newton*
Lohr A. Beck*
Carley H. Thompson*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
enewton@kslaw.com
lohr.beck@kslaw.com
chthompson@kslaw.com

*admitted *pro hac vice*

*Counsel for Defendant
 ECI Group, Inc..*

/s/ *Benjamin R. Nagin*
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ *John J. Sullivan*
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Molly Rucki (admitted *pro hac vice*)
mrucki@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4884

*Counsel for Defendant Independence Realty Trust, Inc.*

/s/ Britt M. Miller  
Britt M. Miller (admitted *pro hac vice*)  
bmiller@mayerbrown.com  
Daniel T. Fenske (admitted *pro hac vice*)  
dfenske@mayerbrown.com  
Matthew D. Provance (admitted *pro hac vice*)  
mprovance@mayerbrown.com  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, IL 6006  
Telephone: (312) 701-8663  

Scott D. Carey (#15406)  
scarey@bakerdonelson.com  
Ryan P. Loofbourrow (#33414)  
rloofbourrow@bakerdonelson.com  
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.  
1600 West End Avenue, Suite 2000  
Nashville, TN 37203  
Telephone: (615) 726-5600  

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

/s/ Jeffrey C. Bank  
Jeffrey C. Bank  
jbank@wsgr.com  
WILSON SONSINI GOODRICH & ROSATI PC  
1700 K Street NW, Fifth Floor  
Washington, DC 20006  
Telephone: (202) 973-8800  

*Counsel for Defendant Morgan Properties Management Company, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties Residential, LLC*

*/s/ Brent Justus*
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Molly McDonald
mmcdonald@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

*/s/ Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

*/s/ Evan Fray-Witzer*
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

## CERTIFICATE OF SERVICE

I, Carl W. Hittinger, served the foregoing Motion to Dismiss for Failure to State a Claim upon all counsel of record on October 9, 2023 by filing it electronically using the Court's CM/ECF system, which caused this document to be served on all Electronic Filing Users, as directed by Local Rule 5.02(c).

/s/ *Carl W. Hittinger*
Carl W. Hittinger