| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-CV-3071 MDL-3071** **THIS DOCUMENT RELATES TO ALL CASES** Chief Judge Waverly D. Crenshaw |

## ORDER

AND NOW, this ___ day of _____, 2023, it is hereby ORDERED that the Motion to Dismiss LRO Claims (Dkt. ___) is GRANTED. Plaintiffs' Second Amended Consolidated Class Action Complaint in the multi-family housing cases (Dkt. 530) is dismissed to the extent it seeks relief under the antitrust laws concerning the use of LRO.

IT IS SO ORDERED

_____
**WAVERLY D. CRENSHAW, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**