UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>3:23-CV-00440<br>3:23-CV-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**DEFENDANTS' MOTION TO DISMISS TENNESSEE ACTIONS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Defendants ConAm Management Corporation, CONTI Texas Organization Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates, Inc., Sares Regis Group Commercial, Inc., Sherman Associates, Inc., and Windsor Property Management Company, (the "Moving Defendants"), through undersigned counsel, respectfully move this Court for an order dismissing the Moving Defendants from related actions originally filed in the Middle District of Tennessee that are now consolidated in this Court for pretrial proceedings for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure ("FRCP") and improper venue under 28 U.S.C. § 1406(a) and FRCP 12(b)(3).[1] This Motion is based on the accompanying Memorandum and declarations, oral argument, and such other matters as this Court may consider in hearing the Motion.

---

[1] The actions were originally filed in the Middle District of Tennessee as *Alexander v. RealPage, Inc.*, No. 3:23-cv-00440 (M.D. Tenn.) and *Kabisch v. RealPage, Inc.*, No. 3:23-cv-00742 (M.D. Tenn.).

Dated: October 9, 2023                                      Respectfully submitted,

/s/ Diane R. Hazel                                          /s/ Craig Seebald

Diane R. Hazel                                              Jessalyn H. Zeigler
dhazel@foley.com                                            jzeigler@bassberry.com
FOLEY & LARDNER LLP                                         BASS, BERRY & SIMS, PLC
1400 16th Street, Suite 200                                 150 Third Avenue South
Denver, CO 80202                                            Suite 2800
Telephone: (720) 437-2000                                   Nashville, TN 37201
                                                            Telephone: (615) 742-6200
Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com                                             Craig P. Seebald (admitted *pro hac vice*)
Ian Hampton (admitted *pro hac vice*)                       cseebald@velaw.com
ihampton@foley.com                                          Stephen M. Medlock (admitted *pro hac vice*)
FOLEY & LARDNER LLP                                         smedlock@velaw.com
777 East Wisconsin Avenue                                   VINSON & ELKINS LLP
Milwaukee, WI 53202                                         2200 Pennsylvania Ave., N.W.
Telephone: (414) 271-2400                                   Suite 500 West
                                                            Washington, D.C. 20037
Tara L. Swafford, BPR #17577                                Telephone: (202) 639-6500
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820                                    Christopher W. James (admitted *pro hac vice*)
dylan@swaffordlawfirm.com                                   cjames@velaw.com
THE SWAFFORD LAW FIRM, PLLC                                 VINSON & ELKINS LLP
321 Billingsly Court, Suite 19                              555 Mission Street
Franklin, Tennessee 37067                                   Suite 2000
Telephone: (615) 599-8406                                   San Francisco, CA 94105
                                                            Telephone: (415) 979-6900
*Counsel for Defendant Sherman Associates, Inc.*
                                                            *Counsel for Defendant Windsor Property Management Company*

/s/ Benjamin R. Nagin

Benjamin R. Nagin (admitted pro hac vice)                   /s/ Richard P. Sybert
bnagin@sidley.com
SIDLEY AUSTIN LLP                                           Richard P. Sybert (WSBA No. 8357)
787 Seventh Avenue                                          rsybert@grsm.com
New York, NY 10019                                          GORDON REES SCULLY MANSUKHANI
Telephone: (212) 839-5300                                   701 Fifth Avenue, Suite 2100
                                                            Seattle, WA 98104
*Counsel for Defendant ConAm Management Corporation*        Telephone: (206) 321-5222

                                                            *Counsel for Defendant Rose Associates Inc.*

| | |
|---|---|
| */s/ Judith A. Zahid*<br>Judith A. Zahid (admitted *pro hac vice*)<br>jzahid@zellelaw.com<br>Heather T. Rankie (admitted *pro hac vice*)<br>hrankie@zellelaw.com<br>ZELLE LLP 555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Telephone: (415) 633-1916<br><br>*Counsel for Defendant Prometheus Real Estate Group, Inc.*<br><br>/s/ *Ronald W. Breaux*<br>Ronald W. Breaux<br>Ron.Breaux@haynesboone.com<br>Bradley W. Foster<br>Brad.Foster@haynesboone.com<br>HAYNES AND BOONE LLP<br>2323 Victory Ave., Suite 700<br>Dallas, Texas 75219<br>Telephone: (214) 651-5000<br>Fax: (214) 200-0376<br><br>*Counsel for Defendant CONTI Texas Organization Inc., d/b/a CONTI Capital* | */s/ Valentine Hoy*<br>Valentine Hoy<br>vhoy@allenmatkins.com<br>Scott Perlin<br> sperlin@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101<br>Telephone: (619) 233-1155<br><br>Patrick E. Breen<br>pbreen@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>Telephone: (213) 622-5555<br><br>*Counsel for Defendant Sares Regis Group Commercial, Inc.*<br><br>*/s/ Leo D. Caseria*<br>Leo D. Caseria<br>lcaseria@sheppardmullin.com<br>Helen C. Eckert<br>heckert@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC, 20006<br>Telephone: (202) 747-1925<br><br>Arman Oruc<br>aoruc@goodwinlaw.com<br>GOODWIN PROCTER, LLP 1900 N Street, NW<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br><br>*Counsel for Defendant Essex Property Trust, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Dated: October 9, 2023

/s/ *Benjamin R. Nagin*
Benjamin R. Nagin