# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-CV-3071<br>MDL No. 3071<br><br>DECLARATION OF MICHAEL CATO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS TENNESSEE ACTIONS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE<br><br>THIS DOCUMENT RELATES TO:<br>3:23-CV-00440<br>3:23-CV-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## DECLARATION OF MICHAEL CATO

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Executive Vice President and General Counsel for ConAm Management Corporation ("ConAm"), a position I have held since September 2020. I submit this declaration in support of Defendants' Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue. I am familiar with the location of properties managed by ConAm, and the general roles and responsibilities of ConAm's employees. The facts stated herein are based on my personal knowledge and my review of records created and maintained by ConAm.

2. ConAm is incorporated in California with its principal place of business located at 3990 Ruffin Road, Suite 100, San Diego, CA 92123.

3. ConAm is not registered to conduct business in the State of Tennessee.

4. ConAm has never owned or managed any properties in Tennessee and does not otherwise have any operations there.

5. ConAm has never employed any person in the State of Tennessee.

1

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 6 day of October 2023, at San Diego, California.

Michael Cato

2

Case 3:23-md-03071   Document 586-1   Filed 10/09/23   Page 3 of 3 PageID #: 5867