# EXHIBIT 2

DocuSign Envelope ID: 38222B2D-ED3D-4C13-9190-0FBF32D4EFE2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**DECLARATION OF JARED HARRISON**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS TENNESSEE ACTIONS**
**FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

I, Jared Harrison declare under penalty of perjury that the foregoing is true and correct:

1. My name is Jared Harrison and the facts set forth in this Declaration are based upon my personal knowledge. I am over twenty-one (21) years of age and am competent to testify to the facts set forth in this Declaration.

2. I am employed by CONTI Texas Organization, Inc. d/b/a CONTI Capital ("CONTI"). I have been employed by CONTI since July 2019 and I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so competently. I have been authorized by CONTI to make this declaration on its behalf.

3. I am familiar with the location of properties managed by CONTI, and the general roles and responsibilities of CONTI's employees. The facts stated herein are based on my personal knowledge and my review of records created and maintained by CONTI.

4. CONTI is a real estate investment company that acquires, manages, and sponsors real estate investments, including multifamily residential properties, in certain markets in the United States.

DocuSign Envelope ID: 38222B2D-ED3D-4C13-9190-0FBF32D4EFE2

5. CONTI is incorporated in Texas with its principal place of business located at 5930 Royal Lane, Suite E, # 204, Dallas, Texas 75230.

6. CONTI is not registered to conduct business in the State of Tennessee.

7. CONTI has never owned any properties in the State of Tennessee and does not otherwise have any operations there.

8. CONTI has never employed any employee in the State of Tennessee.

9. This Declaration is made upon my personal knowledge for the purpose of being used in support of Defendants' Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue (ECF No. XXX). I state and swear that the facts set forth in the foregoing Declaration are, to the best of my knowledge, true and correct.

Executed on the 6th day of October 2023.

DocuSigned by:
*Jared Harrison*
5ACC9508DF35450...
JARED HARRISON