# EXHIBIT 6

IN RE: REALPAGE, INC., RENTAL
SOFTWARE ANTITRUST LITIGATION
(NO. II)

Case No. 3:23-md-3071
MDL No. 3071

THIS DOCUMENT RELATES TO:
3:23-CV-00440 [ALEXANDER]
3:23-CV-00326 [BAUMAN]
3:23-CV-00742 [KABISCH]

Chief Judge Waverly D. Crenshaw, Jr.

## DECLARATION FOR SARES REGIS GROUP COMMERCIAL, INC. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE UNDER RULES 12(B)(2) AND (B)(3)

I, Jeff Bailey, hereby declare and state as follows:

1.      I am the Vice President of Sares Regis Group Residential, Inc. ("Sares Regis") a position I have held since January 1, 2020.   I submit this declaration in support of Defendants' Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue.  I am familiar with the location of properties owned and/or managed by Sares Regis, including its affiliated entities, such as Sares Regis Group Commercial, Inc. ("Sares Regis Commercial," together with Sares Regis, "Sares Regis Group"), the general roles and responsibilities of Sares Regis Group's employees.  The facts stated herein are based on my personal knowledge and my review of records created and maintained by Sares Regis Group.

2.      Sares Regis and Sares Regis Commercial are privately held corporations incorporated in California with a principal address of 3501 Jamboree Road, Suite 3000, Newport Beach, California 92660.

1

3.      Sares Regis Group is not registered to conduct business in the State of Tennessee, conducts no business there, and has never conducted business there.

4.      Sares Regis Group has never owned or managed any properties in the State of Tennessee and does not otherwise have any operations there.

5.      Sares Regis Group has never employed any employee in the State of Tennessee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 9, 2023 in Newport Beach, California.

JEFF BAILEY