# EXHIBIT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>3:23-CV-00742 [KABISCH]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### DECLARATION OF SHERMAN ASSOCIATES, INC. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

1. I am the Chief Executive Officer of Sherman Associates, Inc. ("Sherman Associates"), a position I have held since 2016. I submit this declaration in support of Defendants' Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue. I am familiar with the location of properties managed by Sherman Associates, and the general roles and responsibilities of Sherman Associate's property management employees. The facts stated herein are based on my personal knowledge and my review of records created and maintained by Sherman Associates.

2. Sherman Associates is incorporated in Minnesota with its principal place of business located at 233 Park Avenue South, Suite 201, Minneapolis, MN 55415.

3. Sherman Associates is not registered to conduct business in the State of Tennessee.

4. Sherman Associates has never owned or managed any properties in the State of Tennessee and does not otherwise have any operations there.

5. Sherman Associates has never employed any employee in the State of Tennessee.

6. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: October 9, 2023

George E. Sherman
Chief Executive Officer
Sherman Associates, Inc.