# EXHIBIT 8

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates to: ALL CASES | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Honorable Waverly D. Crenshaw, Jr. |

### DECLARATION OF KYLE AUDET IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS TENNESSEE ACTIONS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

I, Kyle Audet, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a resident of Massachusetts and over the age of eighteen. I have personal knowledge of, and am competent to testify to, the matters set forth herein, which are true to the best of my knowledge, information, and belief.

2. Beginning on January 1, 2023, through the present I have served as Vice President at Windsor Property Management Company ("Windsor"). In this role, I have access to information related to the multifamily properties that Windsor manages, as well as all of Windsor's offices. I have sufficient knowledge to make this declaration regarding the geographic scope of the company's operations since January 1, 2010.

3. Windsor is a Delaware corporation headquartered in Boston, Massachusetts. It manages multifamily residential properties in 14 states and the District of Columbia.

4. Windsor has never owned or managed property in the state of Tennessee.

5. Windsor has never had any offices in the state of Tennessee.

6. Windsor has not had employees in the state of Tennessee since at least 2004, and to my knowledge has never had any employees in Tennessee.

DocuSign Envelope ID: 98F8FB31-011C-4959-866D-7EBB7B98548D

7. Windsor has never had any business operations in the state of Tennessee.

8. Windsor has never been registered to do business in the state of Tennessee, nor has Windsor had any agents or officers carry out any of Windsor's business in Tennessee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 9, 2023.

DocuSigned by:

*Kyle Audet*

—8FDAB1529FEC443...

Kyle Audet