UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00757 (M.D. Tenn.)<br>3:23-cv-00792 (M.D. Tenn.)<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## DEFENDANTS' MOTION TO DISMISS STUDENT PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants move to dismiss the Student Plaintiffs' First Amended Consolidated Class Action Complaint, ECF No. 527. This Motion to Dismiss is supported by the accompanying Memorandum of Law, the Declaration of Stephen J. McIntyre, and the exhibits to the Declaration of Stephen J. McIntyre.

DATED: October 9, 2023

Respectfully submitted,

/s/ Jay Srinivasan
Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Stephen C. Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

/s/ Ian Simmons
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendants BH Management Services, LLC and B.HOM Student Living LLC*

| | |
|---|---|
| */s/ Marisa Secco Giles* | */s/ Timothy R. Beyer* |
| Marisa Secco Giles | Timothy R. Beyer |
| mgiles@velaw.com | tim.beyer@bclplaw.com |
| VINSON & ELKINS LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
| 200 West 6th Street, Suite 2500 | 1700 Lincoln Street, Suite 4100 |
| Austin, Texas 78701 | Denver, CO 80203 |
| Telephone: (512) 542-8781 | Telephone: (303) 866-0481 |
| | |
| Jason M. Powers | Sarah Hartley |
| jpowers@velaw.com | sarah.hartley@bclplaw.com |
| VINSON & ELKINS LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
| 845 Texas Avenue, Suite 4700 | 1155 F Street, N.W. |
| Houston, Texas 77002 | Washington, DC 20004 |
| Telephone: (713) 758-2522 | Telephone: (303) 866-0363 |
| | |
| */s/ Samuel P. Funk* | */s/ Samuel P. Funk* |
| Samuel P. Funk (#19777) | Samuel P. Funk (#19777) |
| sfunk@simsfunk.com | sfunk@simsfunk.com |
| Grace A. Fox (#37367) | Grace A. Fox (#37367) |
| gfox@simsfunk.com | gfox@simsfunk.com |
| SIMS|FUNK, PLC | SIMS|FUNK, PLC |
| 3322 West End Ave., Ste. 200 | 3322 West End Ave., Ste. 200 |
| Nashville, TN 37203 | Nashville, TN 37203 |
| Telephone: (615) 292-9335 | Telephone: (615) 292-9335 |
| | |
| *Counsel for Defendant Campus Advantage, Inc.* | *Counsel for Defendant Cardinal Group Holdings LLC* |

/s/ *Michael F. Murray*
Michael F. Murray
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6057

/s/ *Samuel P. Funk*
Samuel P. Funk (#19777)
sfunk@simsfunk.com
Grace A. Fox (#37367)
gfox@simsfunk.com
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant CA Student Living Operating Company, LLC*

/s/ *Michael M. Maddigan*
Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

<div style="display: flex;">

<div>

*/s/ Lee A. Peifer*
Lee A. Peifer (admitted *pro hac vice*)
leepeifer@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000

Douglas Berry (#6927)
doug.berry@millermartin.com
Jessica Malloy-Thorpe (#35234)
jessica.malloy-thorpe@millermartin.com
MILLER & MARTIN PLLC
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
Telephone: (615) 244-9270

*Counsel for Defendant TREV Management II LLC*

</div>

<div>

*/s/ James H. Mutchnik*
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 9th day of October, 2023.

                                              /s/ *Ian Simmons*
                                               Ian Simmons

6
Case 3:23-md-03071　　Document 587　　Filed 10/09/23　　Page 6 of 6 PageID #: 5894