# EXHIBIT A

facebook    Log Masuk

Video    Halaman Utama    ...    Cari Video

  National Apartment Association    Ikut
26 September 2022 ·

As we begin the 2022 school year, we take a lo
Student Housing trends as Arben Skivjani, Dep
Lihat Lagi



0:27 / 2:48

As we begin the 2022 school year, we take a look at Student Housing trends as Arben Skivjani, Deputy Chief Economist for RealPage, Inc., an…    ...

 Suka     Komen    Kongsi     5 · 269 tontonan

### Video Berkaitan



2:01

**RealPage NAA Takeover**
National Apartment Association
29 September pada 12:16 PTG

3:22

**RealPage NAA Takeover: Talisa Dever & Darren Williams**
National Apartment Association
32 tontonan · 5h ago

0:48

**RealPage NAA Takeover: Andrew Bowen**
National Apartment Association
23 tontonan · 5h ago

2:47

**RealPage NAA Takeover: Krista Hurley & Tasha Kraweic**
National Apartment Association
71 tontonan · 5h ago



Halaman Utama    Siaran Langsu

Terokai    Tayangan

### Halaman Yang Berkaitan



**Arcadia**
Syarikat Perisian
71K Pengikut

**The NEA Foundation**
Pertubuhan Tan...
9.3K Pengikut

**Alpha Phi**
Pertubuhan Wan...
54K Pengikut

**Multi-Housing...**
Laman Web Me...
8.2K Pengikut

facebook

Log Masuk

**Video** Halaman Utama ···

RealPage NAA Takeover: Andrew Bowen & Jason Dorsey
National Apartment Association
25 tontonan · 5h ago

RealPage NAA Takeover: Dayna Gardner & Jennifer Staciokas
National Apartment Association
53 tontonan · 5h ago

RealPage NAA Takeover: Andrew Bowen & Jason Dorsey
National Apartment Association
37 tontonan · 5h ago

RealPage NAA Takeover
National Apartment Association
29 September pada 12:13 PTG

Sick of cutting checks? Simplify your process with AvidXchange's AP automation software...
National Apartment Association
40 tontonan · 12 September pada 4:02 PTG

Board of Certified...
Pertubuhan Tan...
29K Pengikut

National Alliance for...
Pertubuhan Tan...
22K Pengikut

Privasi · Terma · Pengiklanan · Pilihan Iklan · Kuki · L
Meta © 2023

Halaman › Perniagaan › Pertubuhan Tanpa Keuntungan › National Apartment Association › Video ›

Lihat Transkrip

