# EXHIBIT B



AI REVENUE MANAGEMENT

6.2021 | THE MEDVE GROUP INC

## Meeting Agenda



PARTNERSHIP AND INTRODUCTIONS

WHAT IS AI REVENUE MANAGEMENT?

FINDING THE RIGHT PRICE

THE WORKFLOW

THE LEASING EXPERIENCE

©2020 RealPage Inc.

REALPAGE
OUTPERFORM



## Partnership Highlights

### TEAM DEDICATED TO THE MEDVE GROUP INC:

MULTIFAMILY VETERANS WITH AN AVERAGE OF 14-YEARS EXPERIENCE

### EXECUTIVE LEADERSHIP TEAM

Amy Dreyfuss **–** SVP, Revenue Management

Jason Arnold **–** VP, Advisory Services

Tracy Paulk **–** VP, Implementations

### CONSULTING TEAM

Julie Bemiss, AO Sr Manager

Anna Valencia, AO Consultant

### PERFORMANCE ADVISORY TEAM

Lindy Olcott, Director- AO Performance Advisory Service

Laura Winner, AO Performance Advisor





# Why Revenue Management?

**AI REVENUE MANAGEMENT TAKES OPTIMIZATION TO THE NEXT LEVEL**

- AI Revenue Management will help uncover hidden yield through price optimization

- Advanced technology using AI to better predict future supply and demand pipelines

- Streamlined review process with the ability to incorporate multiple arms of your business in one location

- Competitor insight that allows for pricing visibility relative to market

- Visibility into amenity performance and inventory imbalance with recommendations to help optimize yield at the unit level

- Maximization of income through reduction in average vacant days and improved expiration management

- Better visibility into your asset's performance and auditing tools to ensure transparency

4    ©2020 RealPage Inc.





# Forecasting Price

AI REVENUE MANAGEMENT

# Pricing Decisions Start with Data

PRECISION COMES FROM DATA DRIVEN DECISIONS



Asset History

OneSite
Nightly Data

Market Data

Lead Data

**Real Page
Connected
Intelligence**

Provides insight into most
advantageous demand driver

Identifies revenue risk and
opportunity nightly

Captures competitive landscape
for informed pricing

Evaluates current pipeline for
lead quality

6    ©2020 RealPage, Inc.

**REALPAGE**

Case 3:23-md-03071    Document 589-2    Filed 10/09/23    Page 7 of 52 PageID #: 5962

6

# AI Demand- OneSite

## AI Demand is intended to better predict the lead to applicant conversion pipeline

- Looks at OneSite lead data from guest cards and based on variables creates a prediction on whether leads will turn into applications

- Independent variables include:
  - Prospect Type – business/corporate
  - Activity Counts – quote, in-person, email, call
  - Preferences – bedroom count, move-in month, lease term
  - Durations – stabilization date to last activity date, first activity date to last activity date, last activity date to move-in date
  - Customer-Related Counts – customers, occupants, signers
  - Property Characteristics – state, market rank

- Lead forecast is combined with recent actual leasing velocity to inform the model

•.•REALPAGE

# Recommendation Dashboard

ACTIVE LEAD PIPELINE WIDGET







©2020 RealPage, Inc.

REALPAGE

# Supply Forecasting

INTERNAL SUPPLY PIPELINE FORECASTING WITH GREATER ACCURACY



**Availability + Anticipated Renewal Conversion-** Each pending expiration within the forecast horizon is examined individually for its probability to renew



Unique unit, rent and asset characteristics are used to predict the renewal probability for each lease



Renewal conversion forecasts are built by averaging the individual probabilities within a period

9    ©2020 RealPage Inc.



# Renewal Supply Calculation Example

**6**
Expected
Renewals

| Bed Size | Current Lease Term | Length of Stay | Current Rent | Offered Rent (12 mo) | Probability of Renewing |
|---|---|---|---|---|---|
| 2 | 6 | 9 | $1,500 | $1,416 | 41% |
| 1 | 12 | 33 | $1,317 | $1,353 | 74% |
| 1 | 12 | 21 | $1,298 | $1,362 | 68% |
| 2 | 12 | 9 | $1,362 | $1,381 | 49% |
| 3 | 4 | 2 | $2,103 | $1,728 | 43% |
| 2 | 12 | 72 | $1,422 | $1,464 | 82% |
| 2 | 9 | 54 | $1,672 | $1,412 | 73% |
| 2 | 12 | 21 | $1,404 | $1,453 | 61% |
| 1 | 12 | 21 | $1,326 | $1,378 | 69% |
| 2 | 8 | 5 | $1,719 | $1,485 | 37% |

AVG →

**59.7%**
Expected
Renewal
Conversion

**REALPAGE**
OUTPERFORM

# Renewal Supply Calculation Example

**5**

Expected Renewals

| | Bed Size | Current Lease Term | Length of Stay | Current Rent | Offered Rent (12 mo) | Probability of Renewing |
|---|---|---|---|---|---|---|
| | 2 | 6 | 9 | $1,500 | $1,416 | 41% |
| | 1 | 12 | 33 | $1,317 | $1,353 | 74% |
| | 1 | 12 | 21 | $1,298 | $1,362 | 68% |
| | 2 | 12 | 9 | $1,362 | $1,381 | 49% |
| | 3 | 4 | 2 | $2,103 | $1,728 | 43% |
| | 2 | 12 | 72 | $1,422 | $1,464 | 82% |
| | 2 | 9 | 54 | $1,672 | $1,412 | 73% |
| | 2 | 12 | 21 | $1,404 | $1,453 | 61% |
| | 1 | 12 | 21 | $1,326 | $1,378 | RENEWED |
| | 2 | 8 | 5 | $1,719 | $1,485 | NOTICE |

AVG →

**61.4%**
Expected Renewal Conversion

11   ©2020 RealPage Inc.

# Renewal Supply Calculation Example

**4**
Expected Renewals

| | Bed Size | Current Lease Term | Length of Stay | Current Rent | Offered Rent (12 mo) | Probability of Renewing |
|---|---|---|---|---|---|---|
| 🚫 | 2 | 6 | 9 | $1,500 | $1,416 | NOTICE |
| ✅ | 1 | 12 | 33 | $1,317 | $1,353 | RENEWED |
| 🧍 | 1 | 12 | 21 | $1,298 | $1,362 | 68% |
| 🧍 | 2 | 12 | 9 | $1,362 | $1,381 | 49% |
| 🧍 | 3 | 4 | 2 | $2,103 | $1,728 | 43% |
| 🧍 | 2 | 12 | 72 | $1,422 | $1,464 | 82% |
| 🧍 | 2 | 9 | 54 | $1,672 | $1,412 | 73% |
| 🧍 | 2 | 12 | 21 | $1,404 | $1,453 | 61% |
| ✅ | 1 | 12 | 21 | $1,326 | $1,378 | RENEWED |
| 🚫 | 2 | 8 | 5 | $1,719 | $1,485 | NOTICE |

AVG → **62.7%** Expected Renewal Conversion

©2020 RealPage Inc.

**REALPAGE** OUTPERFORM



13    ©2020 RealPage Inc.

# Sizing Up the Competition

MARKET RANGE PEER COMPARISON

Creates a market range chart to determine magnitude of pricing change relative to market

### THE HOW

- Mirrors the prospect buying experience

- Leverages the RealPage Lease Transaction data set augmented with survey data from RealPage Analytics

- Identifies competitive floor plans that likely present with yours in on-line searches

- Based on geographic bedroom type and effective rental rate relationships over time

- Manual entry is not required

### THE WHY

- We may have different availability in our floor plans than our peers

- Our peers may have different operational strategy and business objectives (i.e. they are re-financing or on the market)

- Our management approach and reputation is the single most important differentiator to prospects



# Floor Plan Pricing

INITIAL PRICING BEGINS AT THE FLOOR PLAN GROUP

EXAMPLE – FLOOR PLAN 0B1B*

- An * indicates we have grouped more than one-unit type together to create the Floor Plan Group.
- AI Revenue Management is a statistical model, we group similar unit types based on bedroom size and seasonality to create a larger unit count.
- S1R base rent is $1200 and a S3 is $1500 = $300 Base Rent Adjustment
- AI Revenue Management prices units individually, this will protect the additional values for all studio unit types.

**0B1B* Unit Types**

| Unit Type | Total Units | Avail. Units | Square Feet | Beds | Baths | Base Rent Adj. |
|-----------|-------------|--------------|-------------|------|-------|----------------|
| S1 | 73 | 7 | 630 | 0 | 1 | 276 |
| S1R | 1 | 0 | 484 | 0 | 1 | 0 |
| S2R | 2 | 2 | 516 | 0 | 1 | 77 |
| S3 | 19 | 0 | 691 | 0 | 1 | 300 |

14    ©2020 RealPage Inc.





# Floor Plan Pricing

PRICE RECOMMENDATION

## DIRECTION

- The balance of supply, demand and velocity may create a price change recommendation from the model
- Outpacing expectations results in price increases, while falling behind can lead to decrease recommendations

## BENCHMARK

- The model always looks to our Recent Average Effective as a benchmark for success
- Price recommendations higher than the benchmark indicate outperformance while rents below the benchmark mean greater leasing velocity is needed to maintain higher revenue

## MAGNITUDE

- If a pricing adjustment is recommended, the delta from the benchmark is determined by how much work we need to do
- Competitors in the market can influence this magnitude if the market trend is following a similar pattern





# Unit Level Pricing
MATRIX-LEVEL PRICING THAT IS REVENUE NEUTRAL

### AMENITIES AND BASE RENT ADJUSTMENTS

- Unit specific amenity premiums and unit type offsets are included in the unit price

### LEASE TERM SCALING

- Creates a spread between various lease terms

### EXPIRATION MANAGEMENT

- Recapture vacancy loss through added premiums on overexposed months

### VACANCY RECOVERY

- Cost of vacancy loss built in every day a unit is held vacant and made ready





# Pricing Matrix



AIRM Pricing Navigation
AI REVENUE MANAGEMENT

# Log-in Navigation
REALPAGE HOME

Visit RealPage URL

Enter RealPage
Credentials



©2020 RealPage Inc.

# RealPage Home

NAVIGATION

Select AI Revenue Management Tile



©2020 RealPage Inc.

# Recommendation Dashboard
OVERVIEW AND NAVIGATION

If multiple sites are selected in the property picker you can toggle between them by clicking the down arrow next to property name

View data by Property or Bed Level

Property Dashboard loads upon login

Alternate Views are available by selecting icon

Users have the ability to edit the dashboard view through the pencil icon



©2020 RealPage Inc.

# Recommendation Dashboard

PRICE

The daily price recommendations are summarized by bedroom level within the widget, providing quick reference

Chart Icon opens the Forecast and Optimization Chart for the Property

**Price**

| | 8/26 | 9/2 | 9/9 | 9/16 | 9/23 | 9/30 |
|---|---|---|---|---|---|---|
| Recommended | $1,378 | $1,398 | $1,392 | $1,378 | $1,385 | $1,387 |
| RAE | $1,340 | $1,357 | $1,344 | $1,353 | $1,363 | $1,364 |
| Current | $1,370 | $1,396 | $1,387 | $1,372 | $1,362 | $1,370 |
| Rate Acceptance | 96.67% | 91.43% | 88.57% | 92.86% | 88.57% | 78.33% |
| Lease Compliance | 0.0% | 0.0% | -0.91% | 0.0% | 0.0% | 0.0% |

↑ 1B Price $10 to $1,225
↑ 2B Price $20 to $1,505
↑ 3B Price $62 to $1,900

Price

Recommended Rent, Recent Average Effective Rent (RAE), and Current Rent are as of the header date

Rate Acceptance and Lease Compliance average the respective week

The Price icon takes you directly to the New Lease Workflow

25    ©2020 RealPage Inc.

REALPAGE
OUTPERFORM

# New Lease Workflow

LANDING PAGE NAVIGATION

The top view allows you to see the status of rate review and will shift from Pending Review to Pending Approval then Approved



Post Date: last day we received a data feed. Should always read yesterday's date. This is also the start of the forecast period

Horizon End Date: end of forecast period, or how far out AI Revenue Management is looking into the future

Total Units accounted for in AI Revenue Management

Leases Needed: Total number of leases needed before the Horizon End Date

1-Day Change: change in Leases Needed day over day

Drop down expands floor plan review

©2020 RealPage, Inc.

# New Lease Workflow

## PROPERTY DETAILS

Four expandable Buttons to view information for each floor plan

Top line of property level information stays open when you expand your view

Quickly see floor plan metrics including last lease achieved, last rent change, recommended rate, yesterday rate, difference between them, recent average effective, leases needed, and current rate with market position for each rate.

Easy to view if the model Auto Accepted rates at time of recommendations



27    ©2020 RealPage Inc.

# New Lease Workflow

FLOOR PLAN RECOMMENDATION



Today – the model has recommended a rate of $1,445 which is 84% of the market, with $1 additional adjustments needed to rent due to an amenity or base rent change

Yesterday – we accepted $1,415 at 73% of the market. If we keep this rate, we will achieve all the leases needed, with 0 Shortfall

The Difference between Yesterday's Rate and the Recommended Rate is a $30 increase

RAE is $1,379 – the model is recommending a $66 increase, above Recent Average EFF

We need 8 leases in our Forecast Period, and we have had a change in the number of leases of -1 needed from yesterday to today

Current Rent – Allows you to see the latest rate accepted at the floor plan level. The rate change was Auto Accepted and need to review rates to confirm you agree with the accepted prices

26    ©2020 RealPage Inc.

# New Lease Workflow

UNIT TYPE DETAILS

**VIEW UNIT TYPES:**
Expands your view to see all unit types within the AI Revenue Management floor plan group and the Base Rent Adjustment values assigned



An * indicates we have grouped more than one-unit type together to create the AI Revenue Management Floor Plan Group.

Similar unit types are typically grouped together based on bedroom size and seasonality to create a larger unit count for the statistical model

While units are priced individually, Base Rent Adjustments protect the value of the unit types not accounted for in amenities

29  ©2020 RealPage, Inc.

# New Lease Workflow

OCCUPANCY AND TREND



Occupancy and Trend Statistics Report (Property)

Occupancy and Trend Statistics Report (FP)

| Floor Plan | Unit Type | # Of Units | Percent Leased | Percent Occupied | Capacity Percent | % From New Leases |
|---|---|---|---|---|---|---|
| 1B1B* | N/A | 144 | 94.4% | 94.4% | 95.0% | 45.0% |
| | p1x1hc | 4 | 100.0% | 100.0% | N/A | N/A |
| | p-1x1 | 88 | 95.5% | 95.5% | N/A | N/A |
| | p1x1 | 52 | 92.3% | 92.3% | N/A | N/A |

# New Lease Workflow
RECENT AVERAGE EFFECTIVE

Recent Average Effective Rent



**Recent Average Effective Rent is one rent that represents a benchmark rate of recent success in the floor plan**

- Calculation includes last 3 to 5 leases (depending on velocity)
- Includes longer term leases, 9 to 15 month
- Normalized to a 12-month lease term price
- Normalized for amenities and base rent adjustments
- Time weighted so the most recent leases are prioritized carry more weight

31   ©2020 RealPage Inc.

REALPAGE OUTPERFORM

# New Lease Workflow

## DECISION SUPPORT

**VIEW CHARTS:**
Expands floor plan information, providing Decision Support and Performance Reporting



**SUSTAINABLE CAPACITY:**
Is an inventory constraint set at the floor plan level that drives the number of leases needed

- IN PLACE LEASE: Any occupied or pre-leased unit that expires after the horizon end date
- Renewals Needed is calculated by AI Supply where only TBD leases are assigned a probable renewal conversion
- New Leases Needed is then determined to complete the goal based on capacity setting

32    ©2020 RealPage Inc.

**REALPAGE**
OUTPERFORM

# New Lease Workflow

DECISION SUPPORT



**EXPOSURE WIDGET**
Quickly see Occupancy % and Leased %

**AVAILABILITY and TBD:**
- Hover over bars to see counts
- 25 leases expiring in Forecast Horizon Period - TBD
- 6 units Vacant and 2 units On Notice to Vacate not leased
- Click on availability bar to view individual unit pricing

# New Lease Workflow

**DECISION SUPPORT**

**LEASING VELOCITY:**
How many leases achieved in the last 7 & 28 days

**LEASE COMPLIANCE:**
For leases achieved, is the team leasing with AI Revenue Management rates? 100% means no compliance variances

**STALENESS:**
Shows how many units are considered stale. If Staleness is turned on, the % or $ amount will show next to the unit count



# New Lease Workflow

DECISION SUPPORT

**DEMAND FORECAST CHART:**
Direction of pricing recommendation

SUSTAINABLE UNITS: In place leases needed in Forecast period
EXPECTED IN PLACE LEASE: Application Trend + Probable Lead Conversion
CURRENT IN PLACE LEASES: Your position as of the post date
FORECAST LEASES: As of yesterday's price would you achieve all leases needed

Hovering your mouse over the charts produces counts for all lines displayed



35    ©2020 RealPage Inc.

# New Lease Workflow

DECISION SUPPORT



**MARKET RANGE CHART:** Magnitude of Change

RECENT AVERAGE EFFECTIVE RENT : Where we have been successful leasing
OFFERED EFFECTIVE RENT: Last accepted rate
SMOOTHED MINIMUM PEER RENT: Hard floor of bottom of the market
SMOOTHED MAX PEER RENT: Soft ceiling of the top of the market

36    ©2020 RealPage Inc.

# New Lease Workflow
## DECISION SUPPORT

**REVENUE CHANGES:** Change in revenue for each recommendation and market position

**FORECAST & OPTIMIZATION CHART:** Review of the revenue change at different market positions and achievable leases



**IN PLACE LEASES: 57**
**SUSTAINABLE UNITS: 65**
**WE NEED: 8**

**FORECAST LEASES:** How many leases we could achieve at any market position
- At 0% market position I could achieve 82 leases
- At 100% I would not get any more leases and stay at 57
- At what market position would I achieve the 65 needed?

37    ©2020 RealPage Inc.

**REALPAGE**
OUTPERFORM

Case 3:23-md-03071    Document 589-2    Filed 10/09/23    Page 35 of 52 PageID #: 5990

35

# New Lease Workflow

### RATE REVIEW PROCESS



# New Lease Workflow

RATE ACCEPTANCE EMAIL



37    ©2020 RealPage Inc.

## MEDVE GROUP – Daily Workflow

- Property Manager will access AIRM Daily and review the auto accepted rates for the day.  Property Managers may recommend an adjustment if needed while providing supporting documentation.
- Every week, the Performance Advisor will host a call with those involved in decision making
- Recommendations will be reviewed, and changes will be made while on the weekly call or if adjustments are suggested during the week.
- The Property Manager, Regional Manager and Asset Manager will receive an e-mail summarizing any changes following the call
- On days outside of the weekly call, rates that fall within auto acceptance parameters will be accepted
    - Auto-pilot acceptance will not trigger an email notification- be sure to follow report generation below for new pricing information.
- Each day the onsite team will print and save electronically the Rent Summary and the Unit Availability report from AI Revenue Management
- The Property Manager should always relay pricing changes to the leasing team





# Daily Reports

Daily reports and processes to empower the leasing teams to close more leases and to say "Yes" to your customers.

# Daily Reports



From the Menu Selection, choose Reports.
This will change your Menu bar to Asset Optimization Reports

Select a Report

Rent Summary
Unit Availability

# Rent Summary

- The Rent Summary report is used for market surveys, locators, responding to pricing inquiries and to pre-qualify customers with a price range.

- Important Considerations: This represents a longer-term lease, moving in within a week of an apartment's availability.

| Floor Plan | Unit Type | Bedrooms | Bathrooms | Avg. Sq. Ft | Monthly Effective Rent | Available Units |
|------------|-----------|----------|-----------|-------------|------------------------|-----------------|
| 0B1B | 1S | 0 | 1 | 607 | $1,063 - $1,238 | 10 |
| 1B1B* | 1L | 1 | 1 | 702 | $1,379 - $1,534 | 4 |
| 1B1B* | 1LWU | 1 | 1 | 718 | $1,298 - $1,318 | 0 |
| 1B1B* | 1M | 1 | 1 | 732 | $1,338 - $1,461 | 13 |
| 1B1B* | 1MA | 1 | 1 | 924 | $1,428 - $1,428 | 0 |
| 1B1B* | 1MC | 1 | 1 | 840 | $1,403 - $1,423 | 0 |
| 1B1B* | 1MCa | 1 | 1 | 897 | $1,532 - $1,585 | 1 |
| 1B1B* | 1MWU | 1 | 1 | 726 | $1,370 - $1,408 | 1 |
| 1B1B* | 1S.2 | 1 | 1 | 825 | $1,273 - $1,293 | 0 |
| 2B2B* | 2M | 2 | 2 | 1,152 | $1,701 - $1,801 | 0 |
| 2B2B* | 2Ma | 2 | 2 | 1,039 | $1,702 - $1,782 | 1 |
| 2B2B* | 2MC | 2 | 2 | 1,363 | $1,818 - $1,970 | 8 |
| 2B2B* | 2MCb | 2 | 2 | 1,152 | $1,803 - $1,879 | 1 |
| 2B2B* | 2Md | 2 | 2 | 1,071 | $1,706 - $1,811 | 1 |
| 2B2B* | 2M THS | 2 | 2 | 1,513 | $2,191 - $2,191 | 0 |
| 2B2B* | 2MWU | 2 | 2 | 1,104 | $1,676 - $1,696 | 0 |
| 3B2B* | 3L | 3 | 2 | 1,419 | $2,455 - $2,505 | 0 |
| 3B2B* | 3LC | 3 | 2 | 1,709 | $2,751 - $2,910 | 1 |

43    © RealPage, Inc.



# Unit Availability

- The Unit Availability report is used to match a customers needs with what you have, based on their preferences for move-in time frame, preferred features and price range to an apartment.

- This report is used to pre-qualify, not to deliver a price.

| Floor Plan | Unit Number | Sq Ft | Features | Condition | Vacated | Date Available | Term | Monthly Effective Rent |
|---|---|---|---|---|---|---|---|---|
| **Unit Type: 1S** | | | | | | | | |
| 0B1B | F-206 | 607 | Handicapped Units, Park View 1, Elevator Building, Contemporary Finish, ADA accessible | Vacant | 6/13/20 | Immediate | 12 | $1,097 |
| 0B1B | AA-303 | 607 | Amenity Building, Elevator Building, Wooded View, Contemporary Finish, Premium Contemporary Finish | Vacant | 7/26/20 | Immediate | 12 | $1,153 |
| 0B1B | Q-308 | 607 | Handicapped Units, Elevator Building, Top Floor, Contemporary Finish, ADA accessible | Vacant | 7/29/20 | Immediate | 12 | $1,097 |
| 0B1B | J-305 | 607 | Handicapped Units, Elevator Building, Top Floor, Contemporary Finish, ADA accessible | Vacant | 7/31/20 | Immediate | 12 | $1,097 |
| 0B1B | R-207 | 607 | Wooded View, Contemporary Finish | Vacant | 8/10/20 | Immediate | 12 | $1,076 |
| 0B1B | Q-108 | 607 | Handicapped Units, All Hardwoods, Contemporary Finish, ADA accessible | Vacant | 8/14/20 | Immediate | 12 | $1,076 |
| 0B1B | G-410 | 607 | Elevator Building, Top Floor, Contemporary Finish | Vacant | 8/20/20 | Immediate | 12 | $1,107 |
| 0B1B | R-303 | 607 | Wooded View, Top Floor, Contemporary Finish | Vacant | 8/28/20 | 9/5/20 | 12 | $1,097 |
| 0B1B | G-109 | 607 | Handicapped Units, All Hardwoods, Contemporary Finish, ADA accessible | Vacant | 8/31/20 | 9/8/20 | 12 | $1,076 |
| 0B1B | J-201 | 607 | Elevator Building, Contemporary Finish, Extra Windows | On Notice | | 10/17/20 | 12 | $1,070 |
| **Unit Type: 1L** | | | | | | | | |
| 1B1B* | R-109 | 702 | Balcony - Large, All Hardwoods, Contemporary Finish | On Notice | | 9/18/20 | 12 | $1,412 |
| 1B1B* | F-105 | 702 | All Hardwoods, Contemporary Finish, 12 ft 8 in Ceilings, Raised Walk-up Balconies | On Notice | | 9/25/20 | 12 | $1,479 |
| 1B1B* | F-405 | 702 | Elevator Building, Top Floor, Contemporary Finish | On Notice | | 9/26/20 | 12 | $1,407 |
| 1B1B* | F-209 | 702 | Elevator Building, Contemporary Finish | On Notice | | 10/6/20 | 12 | $1,353 |

44  Confidential RealPage Inc.



# Availability - Matrix





# Quote





Next Steps & Critical Success Factors

# The Next Steps



**STEP 2**
Demonstrate your new knowledge during the Initial Rate Review

**STEP 4**
Ensure we have established integrations with third-party syndicates

**TODAY**
Today was your initial introduction to AI Revenue Management

**STEP 3**
Next up is practice in the form of a Dashboard Review call with your Performance Advisor

**FINAL STEP**
You are ready to optimize with AI Revenue Management

©2020 RealPage Inc.



# OneSite Action Items

- Today, are you entering all concessions into OneSite, in scheduled billing, at the time of application rather than waiting until the applicant moves in?

- Have you performed a full audit and review of amenities in OneSite. Where appropriate, have you entered negative amenities?

- Are you managing and updating make ready dates in OneSite? It's especially important estimated make ready dates are entered into OneSite.

- Have you reviewed the today page, follow up and tasks in OneSite?

- Have you begun utilizing the electronic guest card and leasing workflow in OneSite?

- Are you updating leads regularly in OneSite with touch points and/or marking as lost?

- Are you issuing a OneSite quote to everyone who visits or calls the community as the only means to deliver pricing? Have you reviewed the e-Brochure/Quote in OneSite/L2L/ILM and ensured it is properly set up and configured?

50    ©2020 RealPage Inc.



# Critical Success Factors

- Compelling and continuous support from all levels of leadership.

- Your Pricing Advisor is an extension of your team and empowered with the authority required for success.

- Agreed upon performance measurement approach.

- Frequent review of performance versus internal and external benchmarks.

- Regular secret shops and surveys to confirm successful adoption and subsequent delivery of additional training where needed.

- Immediate training for on site team members when turnover occurs.

- Timely entry of all transactions into the property management system since price can change daily based on current situation.

- Disciplined use of formal quotes

- Continued leveraging of operational and asset management expertise

52    ©2020 RealPage Inc.





Questions?

©2020 RealPage Inc.

# Property View - *Snapshot*

| | |
|---|---|
| Post Date | Date of the last data feed from the Property Management System |
| Horizon End | Forecast period end date |
| Sustainable Capacity | The average occupancy expectation for the forecast period |
| Forecasted Renewal Conversion (AIRM floor plan level) | 1) AI Supply, the model is predicting the probability of each TBD lease converting to a renewal within the forecast period  2) Legacy renewal conversion, looks at every lease expiration in the forecast period and what percentage renewed  3) If a default conversion is hard-coded this value is used to determine the anticipated renewal conversion. |
| Actual Renewal Conversion (AIRM floor plan level) | Number of expired leases in past 30 days and what percentage of those renewed |
| Units | Total number of units sent in nightly feed |
| Sustainable Units | Total Units * Sustainable Capacity = Sustainable Units |
| In Place Leases | Number of leases not set to move out or expire by the end of the forecast period |
| Leases Needed | Number of leases needed by the end of the forecast period to achieve sustainable capacity |
| Forecasted Renewals | Number of renewals the model expects to be achieved at yesterday's renewal rate by the end of the forecast period |
| New Leases Needed | Number of new leases needed at yesterday's new lease price by the end of the forecast period to achieve sustainable capacity |
| Shortfall | Leases Needed minus Forecast, if this number is less than zero a 'Surplus' count will render |
| Revenue Risk | Shortfall Count * (Estimated Daily Rent (Yesterday's Offered)/30) * expected vacant days = Shortfall |

REALPAGE
OUTPERFORM

# Property View – *Actual and Forecasted Grid & Chart*

| | |
|---|---|
| Actual Data Grid | Revenue, Rent & Occupancy as of the date* displayed at the top of each week for the past six weeks |
| Forecasted Data Grid | Revenue, Rent & Occupancy as of the date* in the future based on current |
| **ACTUAL CHART** | |
| Leases Needed | Number of leases needed as of the date* on the horizontal axis |
| Actual Application | Number of applications for the respective week |
| Yesterday's Forecasted Leases | Number of forecasted new leases at yesterday's rate as of the date* on the horizontal axis |
| Recommended Forecasted Leases | Number of forecasted new leases at the recommended rate as of the date* on the horizontal axis |
| **FORECASTED CHART** | |
| Vacant | Number of units vacant unleased as of the last data feed |
| Renewed | Renewal leases set to expire within the forecast period |
| Notice | Pending leases for 'On Notice' units set to expire within the forecast period |
| TBD | Leases that have not renewed and are set to expire within the given week on the horizontal axis |
| Forecasted Application | Number of forecasted new leases within the given week on the horizontal axis |
| Forecasted Renewal | TBDs * Forecasted Renewal Conversion = Forecasted Renewal |
| Vacant w/ Pending Lease | Vacant leased units set to expire within the forecast period |
| Notice w/ Pending Lease | Notice leased unit set to expire within the forecast period |

*dates on Grids & Charts represent week ending dates*





WHAT



WE



BELIEVE

- We believe in doing what's right. Always.
- We are grateful for every client we have the fortune to partner with.
- We believe in complete transparency.
- We believe we should know the multifamily business, not just revenue management.
- We believe our system should be able to execute your individual asset strategy.
- We believe every client deserves exceptional service

- We measure ourselves by your satisfaction.
- We believe in overseeing properties as though we own them ourselves.
- We believe in collaboration: technology is not a substitute for operational expertise.
- We believe the information in our system should always make sense to you.
- We believe you get what you pay for.
- We believe that if it sounds too good to be true, it probably is.
- We believe we can deliver better results for you than you would otherwise be able to achieve.

56    ©2020 RealPage Inc.

