# EXHIBIT C



# Driving Outperformance

Ensuring Success with Revenue Management

Keith Dunkin, YieldStar

Case 3:23-md-03071     Document 589-3     Filed 10/09/23     Page 2 of 19 PageID #: 6009

# Session Agenda

- What is Revenue Management
- Revenue Management for Student Housing
- How does Revenue Management work
- Operational Best Practices (Discussion)



- 2 -

# Revenue Management

- Balances supply and demand via price
- Considers internal dynamics and the competitive marketplace
- Can be leveraged to offer flexible leasing
- Provides enhanced operational controls
- Delivers critical decision support
- Facilitates collaboration among operations



# Revenue Management Today

- Initiated in multifamily in the early 2000's
- Leveraged across 30% of conventional
- Utilized consistently across multiple markets and individual market cycles
- Deployed in Student Housing since 2009



# Revenue Management For Student

- Designed specifically for Student Living
- Provides by the bed or unit pricing
- Recognizes the annual lease up
- Price centrally but leverage on site expertise
- Deployed in partnership with leading institutional investors, management providers and owner operators



# Bedroom Level Pricing

**DIRECTION — Up or Down?**
1. Upcoming Availability (vacant, on notice, expiring leases)
2. Anticipated renewal conversion rate
3. Forecasted demand (seasonally adjusted, shape not volume)
4. Recent leasing velocity (relative to expectation)

**FROM WHERE? — Benchmark**
5. Effective rents achieved on most recent applications

**MAGNITUDE — How Much?**
6. Where your prices fall vs. the comps
7. Understanding of your typical position to your comps
8. Market movement (are rates at comps going up or down?)

2014 NAA STUDENT HOUSING CONFERENCE & EXPOSITION
March 3–5, 2014 | ARIA Resort | Las Vegas, NV

#NAAStudentConf

# Bedroom Level Pricing

YieldStar Client– San Marcos Four Bedroom / Four Bath
2010 Demand Forecast Chart





# Bedroom Level Pricing

YieldStar Client– San Marcos Four Bedroom / Four Bath
2011 Demand Forecast Chart





#NAAStudentConf

# Bedroom Level Pricing

YieldStar Client– San Marcos Four Bedroom / Four Bath
2012 Demand Forecast Chart





#NAAStudentConf

# Bedroom Level Pricing

How the tool utilizes the competitive data:

- Starts with your market survey, Operations approves the comps

- Dynamically calibrates elasticity for each bedroom type by:

  - Reading each lease and lease application for your asset

  - Determining the effective rent (net of all appropriate concessions)

  - Comparing the effective rent you achieve to the top and bottom of the competitive range for your selected competitors. Of note, the top and the bottom is a blending of multiple unit types to protect against "bad data"

  - The tool assigned a price position for each lease and aggregates to form a elasticity curve to truly define the price/demand relationship



#NAAStudentConf

10

# Operational Insight



"Using Revenue Management on our Student Housing assets has been key to maximizing revenues"
**Jennifer Cassidy, VP Campus Advantage**

"The ability to evaluate the long term effects of a pricing decision with revenue management really important to Campus Advantage. When the system makes a pricing recommendation, it will project for you the financial impact to your lease up.

For example, if the system recommends a rate increase of $5.00 on a certain unit type, it will project the potential revenue increase of accepting that rate. Conversely, it might tell you to drop rents by $5.00 but predict that rate change will yield more leases and thus more revenue."



# Operational Insight



# Operational Insight

- Lease compliance monitoring
- Current and historical rent roll
- Extensive renewal insight
- Market comparative expirations





# Operational Insight



# Operational Insight




2014 NAA STUDENT HOUSING CONFERENCE & EXPOSITION
March 3–5, 2014 | ARIA Resort | Las Vegas, NV

#NAAStudentConf

# Operational Insight





#NAAStudentConf

# Best Practices Discussion



Case 3:23-md-03071 Document 589-3 Filed 10/09/23 Page 18 of 19 PageID #: 6025

     

# Thank you!