# EXHIBIT D

**Note: The estimates below are based only on allegations in the Student Plaintiffs' First Amended Consolidated Complaint ("FASC") and sources cited therein.**

**Table I**
**Named Defendants' Average Beds per Building**

| Defendant | # of Properties[1] | # of Beds[2] | Average Implied Beds per Building |
|---|---|---|---|
| Greystar | 143 | 100,000 | 700 |
| BH Management / B.HOM / TREV | 31 | 30,000 | 968 |
| Campus Advantage | 41 | 22,922 | 559 |
| Cardinal Group[3] | 170 | 89,415 | 526 |
| CA Student | 78 | 29,995 | 384 |
| John Does 1-10[4] | | | |

---

[1] The number of properties for Greystar, BH Management/B.HOM/TREV, and Cardinal Group come from *Top 25 Owners & Managers 2021*, Student Housing Business (November/December 2021) at 92, available at https://editions.mydigitalpublication.com/publication/?m=58489&i=733087&p=92&ver=html5 [hereinafter *Top 25 Owners & Managers 2021*], which Plaintiffs cite. FASC ¶ 25, n. 28; FASC ¶ 26, n. 30; FASC ¶ 27, n. 32. The number of properties for CA Student and Campus Advantage come from https://campusadv.com/portfolio/ and https://www.ca-ventures.com/real-estate/student, both cited by Plaintiffs. FASC ¶ 27, n. 33 and FASC ¶ 29, n. 37.

[2] The number of beds for Greystar, BH Management/B.HOM/TREV, and CA Student come from Plaintiffs allegations in the complaint. FASC ¶ 25 ("[Greystar] manages over 100,000 student beds globally"); FASC ¶ 26 ("[B.HOM] manages over 30,000 beds"); FASC ¶ 29 ("[CA Student] has since delivered 29,995 beds."). The number of beds for Campus Advantage and Cardinal Group come from *Top 25 Owners & Managers 2021* at 92, which Plaintiffs cite. *See, e.g.,* FASC ¶ 27, n. 32.

[3] The complaint names Cardinal Group Holdings, LLC and does not allege their size. However, the *Top 25 Owners & Managers 2021* list reflects "Cardinal Group Management" as the 3rd largest manager of student housing. As such, this Appendix use the statistics for Cardinal Group Management. *See* FASC ¶ 28; *Top 25 Owners & Managers 2021* at 92.

[4] Plaintiffs do not provide an indication of the market power of the potential John Doe defendants. Simply that they "used RealPage's pricing software to price leases in the market for student housing real estate during the class period." *See* FASC ¶ 32.

**Table II**
**Implied Market Share in Each Regional Market**

| AUSTIN, TX – Estimated student population alleged: 56,000[5] | | | |
|---|---|---|---|
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Greystar | Hilltop and Skyloft | 1,400[6] | |
| B.HOM | 21 Rio | 968[7] | |
| **Defendants' Totals** | **3 Buildings** | **2,368** | **4.22%** |
| TALLAHASSEE, FL – Estimated student population alleged: 55,000[8] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Greystar | CollegeTown Madison Street | 700 | |
| Cardinal Group | NXNW, Tenn Street and The Osceola | 1,578[9] | |
| Campus Advantage | Forum Tallahassee | 559[10] | |
| **Defendants' Totals** | **5 Buildings** | **2,837** | **5.15%** |
| COLUMBIA, SC – Estimated student population alleged: 38,000[11] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Cardinal Group | Redtail on the River | 526 | |
| Campus Advantage | The Rowan | 559 | |
| **Defendants' Totals** | **2 Buildings** | **1,085** | **2.85%** |
| KNOXVILLE, TN – Estimated student population alleged: 34,000[12] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| B.HOM | The Commons and The Commons on Bridge | 1,936 | |
| Cardinal Group | Quarry Trail and 303 Flats | 1,052 | |
| Campus Advantage | Slate 901 | 559 | |
| **Defendants' Totals** | **5 Buildings** | **3,547** | **10.43%** |
| EUGENE, OR – Estimated student population alleged: 29,794[13] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Campus Advantage | The Soto | 559 | |
| Cardinal Group | 13th & Olive, Arena District, Ferry Street Flats and Patterson Social | 2,104 | |
| CA Student | Uncommon Eugene | 314[14] | |
| **Defendants' Totals** | **6 Buildings** | **2,977** | **9.99%** |

---

[5] FASC ¶ 165.
[6] Implied figure using average beds per building as calculated in Table 1. The average of 700 beds per building will be used for all Greystar properties, unless otherwise noted.
[7] Implied figure using average beds per building as calculated in Table 1. The average of 968 beds per will be used for all BH Management, B.HOM, and TREV properties, unless otherwise noted.
[8] FASC ¶ 166.
[9] Implied figure using average beds per building as calculated in Table 1. The average of 526 beds per building will be used for all Cardinal Group properties, unless otherwise noted.
[10] Implied figure using average beds per building as calculated in Table 1. The average of 559 beds per building will be used for all Campus Advantage properties, unless otherwise noted.
[11] FASC ¶ 167.
[12] FASC ¶ 168.
[13] FASC ¶ 169.
[14] The number of beds for all CA Student properties come from their website, which Plaintiffs cite. *See* FASC ¶ 29, n. 36; ¶ 164, n. 179; https://www.ca-ventures.com/properties/student.

| AUBURN, AL – Estimated student population alleged: 31,526[15] | | | |
|---|---|---|---|
| *Defendant* | *Building* | Beds | |
| BH Management | The Samford Glenn Apartments | 968 | *Implied Collective Market Share* |
| Campus Advantage | The Beacon | 559 | |
| Cardinal Group | The Grove at Auburn, Logan Square and The Magnolia | 1,578 | |
| **Defendants' Totals** | **5 Buildings** | **3,105** | **9.84%** |
| GAINESVILLE, FL – Estimated student population alleged: 74,089[16] | | | |
| *Defendant* | *Building* | Beds | |
| Campus Advantage | Lyons Corner Townhomes and Lyons Corner Apartments | 1,118 | *Implied Collective Market Share* |
| Cardinal Group | The Continuum and Varsity House Gainesville | 1,052 | |
| B.HOM | West20 | 968 | |
| **Defendants' Totals** | **5 Buildings** | **3,138** | **4.23%** |
| BATON ROUGE, LA – Estimated student population alleged: 55,668[17] | | | |
| *Defendant* | *Building* | Beds | |
| BH Management | Bristol Place Apartments | 968 | *Implied Collective Market Share* |
| Campus Advantage | Fairway View | 559 | |
| Cardinal Group | The Armstrong, The Lodges at 777, The Oliver Student Living and The Villas at Riverbend | 2,104 | |
| **Defendants' Totals** | **6 Buildings** | **3,631** | **6.52%** |
| CHAMPAIGN, IL – Estimated student population alleged: 62,001[18] | | | |
| *Defendant* | *Building* | Beds | |
| B.HOM | Illini Tower | 725[19] | *Implied Collective Market Share* |
| Cardinal Group | Seven07 | 526 | |
| Campus Advantage | 212 East | 559 | |
| CA Student | HERE Champaign | 526 | |
| **Defendants' Totals** | **4 Buildings** | **2,336** | **3.76%** |
| STATE COLLEGE, PA – Estimated student population alleged: 88,914[20] | | | |
| *Defendant* | *Building* | Beds | |
| Cardinal Group | Parkway Plaza, The Bryn, The Yards at Old State and Tremont | 2,104 | *Implied Collective Market Share* |
| CA Student | Rise at State College | 570 | |
| **Defendants' Totals** | **5 Buildings** | **2,674** | **3.00%** |
| COLLEGE STATION, TX – Estimated student population alleged: 72,530[21] | | | |
| *Defendant* | *Building* | Beds | |

---

[15] FASC ¶ 170.
[16] FASC ¶ 171.
[17] FASC ¶ 172.
[18] FASC ¶ 173.
[19] *Top 25 Owners & Managers 2021* at 23.
[20] FASC ¶ 174.
[21] FASC ¶ 175.

| Campus Advantage | The Cambridge at College State | 552[22] | *Implied Collective Market Share* |
|---|---|---|---|
| Cardinal Group | 12 North and Stadium View | 1,052 | |
| **Defendants' Totals** | **3 Buildings** | **1,604** | **2.21%** |
| **HUNTSVILLE, TX** – Estimated student population alleged: 21,633[23] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Campus Advantage | Republic at Sam Houston | 559 | |
| Cardinal Group | Midtown Sam Houston | 526 | |
| **Defendants' Totals** | **2 Buildings** | **1,085** | **5.01%** |
| **TUSCALOOSA, AL** – Estimated student population alleged: 43,757[24] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Cardinal Group | The Lofts at City Center and The Cottages at Lake Tamaha | 1,052 | |
| CA Student | Uncommon Tuscaloosa | 296 | |
| **Defendants' Totals** | **3 Buildings** | **1,348** | **3.08%** |
| **MADISON, WI** – Estimated student population alleged: 64,234[25] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Greystar | Hub at Madison | 700 | |
| Cardinal Group | Statesider and Towers on State | 1,052 | |
| CA Student | Uncommon Madison | 372 | |
| **Defendants' Totals** | **4 Buildings** | **2,124** | **3.30%** |
| **WILMINGTON, NC** – Estimated student population alleged: 33,124[26] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| CA Student | Uncommon Wilmington | 420 | |
| Timberline | CEV Wilmington | 968 | |
| B.HOM | Seahawk Retreat and Wilmington Commons | 1,936 | |
| **Defendants' Totals** | **4 Buildings** | **3,324** | **10.03%** |
| **SAN ANTONIO, TX** – Estimated student population alleged: 131,307[27] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| BH Management | Brooksfield Apartments, Hidden Lake Apartments, Paragon Westover Hills Apartments, The Kennedy Apartments, The Woodland Apartments, and Walker Ranch Apartments | 5,808 | |
| Campus Advantage | Prado | 559 | |
| Cardinal Group | Copper Pointe | 526 | |
| **Defendants' Totals** | **8 Buildings** | **6,893** | **5.24%** |
| **SEATTLE, WA** – Estimated student population alleged: 81,980[28] | | | |
| *Defendant* | *Building* | *Beds* | |

---

[22] *Top 25 Owners & Managers 2021* at 28.
[23] FASC ¶ 176.
[24] FASC ¶ 177.
[25] FASC ¶ 178.
[26] FASC ¶ 179.
[27] FASC ¶ 180.
[28] FASC ¶ 181.

| Defendant | Building | Beds | |
|---|---|---|---|
| Campus Advantage | NOLAN | 559 | *Implied Collective Market Share* |
| Greystar | The Accolade, Arista Residences, Centerline, Solara, The M Seattle | 3,500 | |
| **Defendants' Totals** | **6 Buildings** | **4,059** | **4.95%** |
| **COLLEGE PARK, MD** – Estimated student population alleged: 41,272[29] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Cardinal Group and CA Student | Landmark Maryland | 829 | |
| B.HOM | Terrapin Row | 968 | |
| **Defendants' Totals** | **2 Buildings** | **1,797** | **4.35%** |
| **NEW HAVEN, CT** – Estimated student population alleged: 30,386[30] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Cardinal Group | College and Crown | 526 | |
| B.HOM | Howe Place Apartments and Olive and Wooster | 1,936 | |
| **Defendants' Totals** | **3 Buildings** | **2,462** | **8.10%** |
| **WEST LAFAYETTE, IN** – Estimated student population alleged: 50,344[31] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Campus Advantage | Fuse | 559 | |
| Cardinal Group | Launch | 526 | |
| **Defendants' Totals** | **2 Buildings** | **1,085** | **2.15%** |
| **EAST LANSING, MI** – Estimated student population alleged: 50,612[32] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Campus Advantage | Block 36 and Hannah Lofts | 1,118 | |
| Cardinal Group | 25 East | 526 | |
| **Defendants' Totals** | **3 Buildings** | **1,644** | **3.24%** |
| **BLOOMINGTON, IN** – Estimated student population alleged: 45,448[33] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| Cardinal Group | The Monroe | 526 | |
| CA Student | Evolve Bloomington | 751 | |
| **Defendants' Totals** | **2 Buildings** | **1,277** | **2.80%** |
| **GREENSBORO, NC** – Estimated student population alleged: 39,266[34] | | | |
| *Defendant* | *Building* | *Beds* | *Implied Collective Market Share* |
| BH Management | Abbington Place Apartment Homes | 968 | |
| B.HOM | Cottages at Greensboro and Spartan Crossing | 1,936 | |
| **Defendants' Totals** | **3 Buildings** | **2,904** | **7.39%** |
| **ARLINGTON, TX** – Estimated student population alleged: 47,315[35] | | | |
| *Defendant* | *Building* | *Beds* | |

---

[29] FASC ¶ 182.
[30] FASC ¶ 183.
[31] FASC ¶ 184.
[32] FASC ¶ 185.
[33] FASC ¶ 186.
[34] FASC ¶ 187.
[35] FASC ¶ 188.

| Defendant | Building | Beds | |
|---|---|---|---|
| BH Management | Elmsgate at Cliffside Apartments, Huntington Meadows Apartments and Ridgewood Reserve Apartment Homes | 2,904 | *Implied Collective Market Share* |
| Campus Advantage | LIV+ Arlington | 559 | |
| Cardinal Group | Maverick Place | 526 | |
| **Defendants' Totals** | **5 Buildings** | **3,989** | **8.43%** |

**LOUISVILLE, KY** – Estimated student population alleged: 51,056[36]

| Defendant | Building | Beds | |
|---|---|---|---|
| BH Management | Cooper Creek Apartments, Renaissance St. Andrews Apartment Homes and Valley Farm Apartment Homes | 2,904 | *Implied Collective Market Share* |
| Cardinal Group | Avoca and Frontgate | 1,052 | |
| **Defendants' Totals** | **5 Buildings** | **3,956** | **7.74%** |

**FORT COLLINS, CO** – Estimated student population alleged: 33,001[37]

| Defendant | Building | Beds | |
|---|---|---|---|
| Cardinal Group | Flats at the Oval | 526 | *Implied Collective Market Share* |
| B.HOM | Stadium Apartments | 968 | |
| **Defendants' Totals** | **2 Buildings** | **1,494** | **4.52%** |

**PULLMAN, WA** – Estimated student population alleged: 29,843[38]

| Defendant | Building | Beds | |
|---|---|---|---|
| Cardinal Group | Grove at Pullman | 526 | *Implied Collective Market Share* |
| CA Student | Evolve on Main | 288 | |
| **Defendants' Totals** | **2 Buildings** | **814** | **2.72%** |

---

[36] FASC ¶ 189.
[37] FASC ¶ 190.
[38] FASC ¶ 191.