# EXHIBIT A



# AI REVENUE MANAGEMENT

6.2021 | THE MEDVE GROUP INC

Case 3:23-md-03071     Document 594-1     Filed 10/09/23     Page 2 of 5 PageID #: 6617

# Meeting Agenda



PARTNERSHIP AND INTRODUCTIONS

WHAT IS AI REVENUE MANAGEMENT?

FINDING THE RIGHT PRICE

THE WORKFLOW

THE LEASING EXPERIENCE

Case 3:23-md-03071     Document 594-1     Filed 10/09/23     Page 3 of 5 PageID #: 6618

2

©2020 RealPage Inc.


# Recommendation Dashboard
PRICE

Recommended Rent, Recent Average Effective Rent (RAE), and Current Rent are as of the header date

Rate Acceptance and Lease Compliance average the respective week

The daily price recommendations are summarized by bedroom level within the widget, providing quick reference

Chart Icon opens the Forecast and Optimization Chart for the Property

The Price icon takes you directly to the New Lease Workflow



25   ©2020 RealPage Inc.



# New Lease Workflow
PROPERTY DETAILS



Four expandable Buttons to view information for each floor plan

Top line of property level information stays open when you expand your view

Quickly see floor plan metrics including last lease achieved, last rent change, recommended rate, yesterday rate, difference between them, recent average effective, leases needed, and current rate with market position for each rate.

Easy to view if the model Auto Accepted rates at time of recommendations

Case 3:23-md-03071    Document 594-1    Filed 10/09/23    Page 5 of 5 PageID #: 6620