# EXHIBIT B

# THOMSON REUTERS

# EDITED TRANSCRIPT

RealPage Inc at Stephens Investor Conference

EVENT DATE/TIME: JUNE 06, 2017 / 2:00PM GMT

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:23-md-03071   Document 594-2   Filed 10/09/23   Page 2 of 6 PageID #: 6622



1

**CORPORATE PARTICIPANTS**

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*
**W. Bryan Hill** *RealPage, Inc. - Executive VP, CFO & Treasurer*

**CONFERENCE CALL PARTICIPANTS**

**John Robert Campbell** *Stephens Inc., Research Division - VP and Research Analyst*

**PRESENTATION**

**John Robert Campbell** *Stephens Inc., Research Division - VP and Research Analyst*

All right. I think we can go and get started. Thanks for joining us today. This is the RealPage session. I'm John Campbell, I'm the real estate services analyst here at Stephens. We've got the whole RealPage team with us here today. We've got Steve Winn, the CEO; and Bryan Hill, the CFO; and then we've got Rhett Butler, the IR. Rhett joined us for dinner last night, had a great dinner session. So looking forward to today. We'll hear it straight from the horse's mouth here. And so we'll run through a couple questions. Well, first, an introduction before Q&A.

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

Sure. I'm Steve Winn. I do not own hotels, but we have built a pretty successful software-as-a-service business, servicing the rental housing industry. We automate virtually everything that happens in an apartment, from the time a resident starts to search for a new home to pricing the unit using a statistical pricing engine to determining their credit and criminal backgrounds to actually leasing the apartment. We sell them renters' insurance. We move them in. We electronically bill rent and utilities. We collect the payments with our MSB payment processing subsidiary. We help them schedule amenities and otherwise enjoy their experience at the apartment community.

We then help them move out and start the whole process all over again. We also provide back-office accounting solutions. We are the largest spend management of network and multifamily, processing billions of dollars of maintenance repairs, operating supplies and utility invoices for our customers through a network that gives them better processing power and efficiency. And finally, we are now marketing into the institutional market asset management tools that help them evaluate fund performance and nearly the overall effectiveness of the portfolio of assets that they manage. Typically, we've operated or we've helped owners better operate their assets. Recently, we've moved into the transactional side of the industry, advising our clients on how do you make better decisions on the buying and selling of apartments. We do think this is a fairly significant untapped market opportunity for us, and we're pushing forward with it.

**QUESTIONS AND ANSWERS**

**John Robert Campbell** *Stephens Inc., Research Division - VP and Research Analyst*

Okay. That's helpful. I'll kick us off with a few questions. And then if you guys want to ask anything, I can turn it over to you guys. As far as the commercial real estate market, before we get into the segments and products, talk to us just kind of high-level overview of the commercial market. Feeling a little frothy, but kind of where we stand, what the key metrics are that the investors should be following.

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

Okay. Now in our vernacular, commercial would refer to office retail. And we do offer a product there, but it's not strategic. It's more intended to help multifamily operator owners manage the commercial real estate that they might have as an afterthought of their multifamily business. We have a fairly simple model. There's 45 million units of rental housing in the U.S., 11 -- excuse me, about 19 million are multifamily. 10 million of those use one or more of our products. About 1 million rental, single-family rentals use one or more of our products. Our formula is how many units do we have and how much revenue can we extract per unit. Today, we're averaging about $54 per unit per year across 11.1 million units. If we look at the gross potential opportunity of the existing products and services that we offer, we would sell about $247 worth of ARPU annually. So we're about 20% penetrated towards the ultimate goal. We've established a goal, it's a 2020 goal to reach $1 billion in revenue with a 300 basis point of EBITDA margin. To achieve that, we are growing the business in the 10% to 12% organic range. We believe that's a very achievable goal for the next 3 years. And then we layer acquisition growth on top of that of 3% to 5%. Now for the last couple years, we've done – we've had more acquisition activity, so we've actually



made many, many acquisitions. In fact, of the 21 product solutions that we currently offer, I'd say, at least half of them were started with little tiny seeds where we bought a product that we didn't offer, and now we've expanded it to maybe, in some cases, 100 times. It has been a good play. Product extensions tend to be a little bit more pricey. But they're generally all small, so they're not going to move the needle a lot. The second type of acquisition that we do are market share -- or market extensions where we're moving into another market. So when we moved into senior housing, we bought a couple senior management -- property management software companies. When we moved into single-family, we bought Propertyware. When we moved into vacation, we made a couple of acquisitions to get in there. So these are moving into a new market, we want to buy the -- candidly, the domain knowledge of the management team and then take all the other products that we sell and dump them into that market. Then the last category are market share extensions where we're simply buying a competitor. And those we usually are very opportunistic on. However, we can usually win those because we can achieve synergies with that type of acquisition that are strategic or PE firms not able to realize. So if we want to buy one, we usually win. I will say there's a lot of PE money in this space now. So virtually, every deal we look at, we're competing with a PE firm to buy.

**W. Bryan Hill** *RealPage, Inc. - Executive VP, CFO & Treasurer*

Yes. And what I would add to that, John, is market share extensions have been more recent as we had expanded out the breadth of our products. We have an infrastructure in place today that affords us the opportunity to reach the full market, which many other companies that we acquire cannot. We have the back-office data center infrastructure in place that we can leverage, which again affords us the ability to achieve higher rates of return on acquisitions than, say, a new entrant into the market such as a PE firm. The one area that we benefit from that a lot of software and SaaS companies in particular do not benefit from is this little characteristic called cash flow. And many of them do not have free cash flow and do not have operating cash flow, where we generate quite a high percentage of cash flow as it compares to our EBITDA. We have a very high cash flow conversion. So we have the ability to leverage, to deploy capital and use our balance sheet to deploy capital in a manner that can enhance shareholder return, whether it be through acquisitions, organic growth strategies or in the case when we felt we were significantly undervalued from a market perspective, we were buying back the shares of our stock. So we -- acquisitions now are very -- we have a very disciplined approach. It's not as though we're just buying revenue to buy revenue. I mean, there's a strategic purpose for acquisitions, and there's a high return threshold, typically higher than 25% IRRs that we're achieving, much higher in most instances as we're acquiring companies.

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

And our return, free cash flow return on invested capital is 25%, which I think speaks to the power of the model. A great example is the acquisition of NWP. We entered that with a 12x multiple on EBITDA. One year later, we're down to 6x multiple on EBITDA just through the realization of the synergies that we pro forma-ed out when we bought it. So market share extension should be part of our strategy and is.

**W. Bryan Hill** *RealPage, Inc. - Executive VP, CFO & Treasurer*

Now market share extension are at least, in general, most of our acquisitions, they're typically dilutive to our EBITDA in the earlier months. And then we achieve greater margin expansion 12, 18, 24 months out. If you take a step back and you think of the 2020 objective that Steve described, which is 200 basis points of margin expansion, we're exceeding that while we're integrating acquisitions and while they are initially dilutive to our margin profile, which speaks to our ability to leverage infrastructure that we've established over time.

**John Robert Campbell** *Stephens Inc., Research Division - VP and Research Analyst*

So just speaking of acquisitions, so LRO, pretty hot topic right now with investors. We were really surprised that, that went into a second review. I'm sure you guys were probably surprised as well. Anything you can provide there as far as maybe what they're looking at and what the time line is? I don't know how much you can talk about it, but anything, any kind of updates you can provide.

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

Well, I can talk to the facts, and the facts are important. RealPage has about 1,500,000 units on our product, and LRO has about the same number. And Yardi has a little less, but they've got a sizable footprint. And the point, the 3 of us, we only represent 70 -- a little north of 70 -- 30% of the market. The rest of the market is using proprietary software systems that have been built, some of which are very sophisticated. If you look at our existing customers, they don't necessarily adopt YieldStar on all properties. They cherry-pick, and they'll run their own proprietary system on some, and they'll run YieldStar on others. They may run LRO on others. They may run Yardi on others. So I don't think we may not have taken this as seriously as we should because we didn't think it was going to fly through. Now

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



6

Case 3:23-md-03071   Document 594-2   Filed 10/09/23   Page 4 of 6 PageID #: 6624

that they've asked for a little more information as we dig into this, I don't think there's any concentration, enough concentration of buying or pricing power here to warrant their concerns. And we're going to fight this aggressively, and I think we're going to win based on the facts.

**W. Bryan Hill** *RealPage, Inc. - Executive VP, CFO & Treasurer*

I mean, this is interesting, the level of interest for the acquisition of a $35 million revenue company. I mean, it's a pretty small acquisition in the broader picture of antitrust issues. But we're complying with the requests and providing the data, and we hope to close the acquisition by 2017.

**Unidentified Analyst**

Is there any chance of either a disruption or distraction in your company because of that effort?

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

No. We -- look, this is one division. It's involving a few people very intensely. But if you look at the bulk of the company, it has no impact on it.

**W. Bryan Hill** *RealPage, Inc. - Executive VP, CFO & Treasurer*

Yes. I mean, what's...

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

And by the way, we're not adjusting our 2020 objective based on whether this closes or it doesn't close. We still keep the same goal.

**W. Bryan Hill** *RealPage, Inc. - Executive VP, CFO & Treasurer*

Yes. I mean, strategically, it's an important asset because it provides access to additional lease transaction data for the company, which we can monetize in many ways, not just the yield management. But as Steve just mentioned, it has no impact on our longer-term opportunity. It can only assist that opportunity. It's not necessarily -- I mean, it's not a risk to achieving our 2020 objectives.

**Unidentified Analyst**

And you said the end of year potentially you close, so you get some visibility as to, let's say, one, what they don't want. Prior to that, I mean, there's [potential revenue of the management products that you just normally don't have].

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

It's that we're too early. And we – they've asked for more information, we're giving it to them. So once that happens, then I'm sure we'll [stay out of them].

**John Robert Campbell** *Stephens Inc., Research Division - VP and Research Analyst*

So I think a lot of investors who follow you guys are at least vaguely familiar with CoStar. I know some CoStar investors are starting to take a look at you guys. But walk through kind of what you guys do differently, where you might run into each other, just kind of any updates there.

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

CoStar is an 800-pound gorilla in the commercial property arena. They decided, I guess, 3 years ago now to acquire apartments.com, which is an internet listing service for apartments. Then they made another acquisition of a smaller internet listing service called Apartment Finder. They then took the data that they get from these internet listing services, which I should stress is the asking rent, it's not the actual rent. They don't have both sides of the bid and the ask. They just have what is the market rent that we're publishing to the street. And they've created a data analytics product and an underwriting product that we think is really cool except the data is bad. So I think you should buy this product if you're going to consider buying or selling an apartment, but I would not rely on this product. Now conversely, we do compete with CoStar, not on the ILS front, but on the data analytics front. And the advantage that we have is better data by far. We're able to model using real-time lease transaction data, what the performance of every asset is going to be over the next 5 years. And it's a very sophisticated model. It has been built over years. It's the same model we used in our YieldStar pricing engine. That is a capability that I think CoStar will seek to offer. And the good news is when they get there, we're going to be about 4 steps ahead of

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Unidentified Analyst**

Yes. The detail around kind of the [3 types of M&A] transaction is quite helpful. I'm just wondering (inaudible) you're seeing here today as you move towards your 3-year goal for that. If you can provide any comments there, (inaudible).

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

Well, I don't think we're going to buy Yardi if you're worried about that. Because that -- if they're going to question LRO, I guarantee you they're going to question that one. So we've now taken that off the table, just it's nothing. I don't think there's anyone else out there that we couldn't acquire in this market. So I do think you'll see some market share extensions. We are moving into Europe, and we do believe we need a platform in Europe. We are currently partnering with Greystar and Goldman Sachs and a few other companies that are taking the U.S. market rent model for the way you manage apartments. And they're moving that into the U.K. and we've implemented a system for them. We'll be introducing yield management into the U.K. And I do think we'll probably buy something over there just to get a presence on U.K. soil. We do have an operation in Barcelona, Spain, which is primarily contact center. And that's a great market for contact center. We speak 6 languages there. So market share extensions, I think you'll see little ones. They won't be big. And then on the market share, there's a lot of -- I think the PEs may be the ones that are stimulating this interest. I don't know, but there seems to be more activity now than we've seen in the -- in recent times.

**Unidentified Analyst**

And the market share...

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

In the -- yes, market share. There's companies that now would never have thought about selling their businesses that, for whatever reason, have been convinced that they should either test the market or actually go out with a full blown process. So I don't know how that's going to play out, but we're here. We've got a very good balance sheet. We're way underleveraged at this point. I mean, even with LRO, we're underleveraged. So we have the capacity to buy companies and not issue stock, which is generally our preference.

**Unidentified Analyst**

So I guess, the regulators are looking at (inaudible). Do you have (inaudible) expectation?

**Stephen T. Winn** *RealPage, Inc. - Chairman, CEO & President*

None. No.

**John Robert Campbell** *Stephens Inc., Research Division - VP and Research Analyst*

All right. We appreciate the time, guys. It's a good update.

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON REUTERS'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019 Thomson Reuters. All Rights Reserved.

