# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00979 |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 57.0(d)(1) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, First Communities Management, Inc. ("FCM") moves to substitute counsel of record in the matters listed above and states as follows:

1. FCM is presently represented in this matter by attorney Emily H. Mack of the law firm Burr & Forman LLP (ECF No. 555);

2. Richard P. Sybert of the law firm Gordon Rees Scully Mansukhani LLP recently filed a notice of appearance for FCM (ECF No. 565);

3. FCM requests to substitute as its attorneys in this matter Richard P. Sybert and Hannah E. Brown of Gordon Rees Scully Mansukhani LLP;

WHEREFORE, FCM requests that this Court grant its motion to substitute counsel, allowing attorneys at Gordon Rees Scully Mansukhani LLP to be admitted as counsel for FCM, and allowing attorney Emily H. Mack of Burr & Forman LLP to withdraw as counsel.

///

Respectfully submitted,

Dated: October 10, 2023   GORDON REES SCULLY MANSUKHANI

By: */s/ Richard P. Sybert*
Richard P. Sybert
Hannah E. Brown *(pro hac vice)*
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222
rsybert@grsm.com
hbrown@grsm.com

*Counsel for First Communities Management, Inc.*

BURR & FORMAN LLP

By: */s/ Emily H. Mack*
Emily H. Mack, TN Bar #31217
222 Second Avenue South
Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
emack@burr.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Dkt 2), a copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee and served electronically to all parties of record through the court's CM/ECF system.

*/s/ Richard P. Sybert*
Richard P. Sybert