AO 136

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

### District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Amy F. Sorenson

Bar # **8947**, was duly admitted to practice in this Court on 10/18/2020, and is in good standing as a member of the bar of this Court.

Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah

on October 10, 2023

*(By) Deputy Clerk*