# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO.II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This document relates to:<br><br>3:23-cv-00378<br>3:23-cv-00742<br>3:23-cv-00979 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF COLIN P. AHLER

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Colin P. Ahler hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Apartment Management Consultants, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the District of Arizona. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses except as follows: misdemeanor DUI conviction, 2012, Phoenix, Arizona.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

>Sarah B. Miller (TN#33441)
>BASS, BERRY & SIMS PLC
>150 Third Ave. South #2800
>Nashville, TN 37201
>Telephone: (615) 742-6200
>smiller@bassberry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: October 11, 2023.

Respectfully submitted,

s/ Colin P. Ahler
Colin P. Ahler
SNELL & WILMER, LLP
One East Washington Street #2700
Phoenix, AZ 85004
Telephone: (602) 382- 6586
cahler@swlaw.com

s/ *Sarah B. Miller*
Sarah B. Miller (TN#33441)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
smiller@bassberry.com

*Counsel for Defendant Apartment Management Consultants, LLC*

# CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on October 11, 2023.

*s/ Sarah B. Miller*
Sarah B. Miller