# United States District Court

## District of Arizona

# Certificate of Good Standing

I, **Debra D. Lucas**, Clerk of this Court, certify that Colin Patrick Ahler was duly admitted to practice in this Court on December 8, 2005, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on October 10, 2023

| Debra D. Lucas | Beth Stephenson |
| --- | --- |
| District Court Executive/Clerk of Court | DEPUTY CLERK |