IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Interested Party, the United States of America.

                                                    Respectfully submitted,

                                                    HENRY C. LEVENTIS
                                                    United States Attorney
                                                    Middle District of Tennessee

          By:       s/ Michael C. Tackeff
                      MICHAEL C. TACKEFF, B.P.R. #036953
                      Assistant United States Attorney
                      719 Church Street, Suite 3300
                      Nashville, TN  37203
                      Telephone: (615) 736-5151
                      Email: Michael.Tackeff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court, on October 12, 2023, through the CM/ECF system, will be sent electronically to all registered participants.

s/ Michael C. Tackeff
MICHAEL C. TACKEFF
