# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that __Joanne Phuong Duyen Bui__, Bar No. __340378__ was duly admitted to practice in this Court on __March 22, 2022__

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __September 29, 2023__

KIRY K. GRAY
Clerk of Court

By _/s/ Lupe Thrasher_, Deputy Clerk

G-52 (10/15)    CERTIFICATE OF GOOD STANDING - BAR MEMBER