UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-MD-3071**<br><br>**This Document Relates to:**<br>**ALL CASES**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

### MOTION FOR PRO HAC VICE ADMISSION OF YIXI (CECILIA) CHENG

Pursuant to Rule 83.01 of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Yixi (Cecilia) Cheng, hereby move this Court for an Order for admission to appear pro hac vice in the above-captioned action as counsel for the United States.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct:

1. I am a member in good standing of the United States 5th Circuit Court of Appeals. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01.(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: October 16, 2023                                   Respectfully submitted,

*/s/ Yixi (Cecilia) Cheng*
Trial Attorney
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave NW, #3224
Washington, DC 20530
Telephone: 202-705-8342
Email: yixi.cheng@usdoj.gov

Name: Yixi (Cecilia) Cheng
State admitted and State Bar Number: California, 325216
Address: U.S. Department of Justice, 950 Pennsylvania Ave NW, #3224, Washington, DC 20530
Telephone: 202-705-8342
Email: yixi.cheng@usdoj.gov

HENRY C. LEVENTIS
United States Attorney

/s/ Michael C. Tackeff
MICHAEL C. TACKEFF, B.P.R. #036953
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Email: Michael.Tackeff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16th, 2023, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court for the Middle District of Tennessee using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Michael C. Tackeff
MICHAEL C. TACKEFF
