# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Yixi (Cecilia) Cheng** was duly admitted to practice in this Court on January 5, 2023, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on October 12, 2023

_____
LYLE W. CAYCE
Clerk

By: _____
Stacy Carpenter Vial
Deputy Clerk

**A True Copy**
**Certified Oct 12, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**