UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to: ALL CASES |

## ORDER

The Court has considered the United States' Notice of Potential Participation (Doc. No. 599) and approves the request to participate. Accordingly, if the United States decides to participate it shall file its Statement of Intent and supporting Memorandum of Law in Support by **November 15, 2023.** The United States shall plan to participate in the oral arguments on the pending motion on **December 11, 2023.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE