# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**JURY DEMAND**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**No. 3:23-cv-00757**<br>**No. 3:23-cv-00792** |

## NOTICE OF APPEARANCE OF ELAINE T. BYSZEWSKI

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that Elaine T. Byszewski of Hagens Berman Sobol Shapiro LLP shall appear as counsel of record for Plaintiffs Rachel Meredith, Benjamin Dempsey, and Ivonne Arriola Medieta. A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

DATED: October 18, 2023.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ *Elaine T. Byszewski*

Elaine T. Byszewski
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
(213) 330-7150
E-mail: elaine@hbsslaw.com

*Attorneys for Plaintiffs Rachel Meredith, Benjamin Dempsey, and Ivonne Arriola Medieta*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Elaine T. Byszewski*
Elaine T. Byszewski
