UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00792 (M.D. Tenn.)<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant TREV Management II LLC ("TREV") moves to substitute counsel of record in the matters listed above, pursuant to Local Rule 83.01(h) of the Local Rules of Court for the Middle District of Tennessee. TREV states as follows:

1. TREV is currently represented in these matters by attorneys Lee Peifer of Eversheds Sutherland LLP and Douglas Berry and Jessica Malloy-Thorpe of Miller & Martin PLLC.

2. TREV requests to substitute as its attorneys in these matters Ian Simmons and Stephen J. McIntyre of O'Melveny & Myers LLP.

TREV therefore requests that this Court grant its motion to substitute counsel, allowing attorneys Ian Simmons and Stephen J. McIntyre of O'Melveny & Myers LLP to be substituted as counsel for TREV in these matters in place of attorneys Lee Peifer of Eversheds Sutherland LLP and Douglas Berry and Jessica Malloy-Thorpe of Miller & Martin PLLC.

Dated: October 26, 2023

Respectfully submitted,

*/s/ Ian Simmons*
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106

Stephen J. McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000

*Counsel for Defendant TREV Management II LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED October 26, 2023.

/s/ *Ian Simmons*
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106

*Counsel for Defendant TREV Management II LLC*