UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00792 (M.D. Tenn.) |

## ORDER

Defendant TREV Management II LLC ("TREV") has filed a Motion to Substitute Counsel (the "Motion") (Doc. No. 607), seeking to substitute Ian Simmons and Stephen J. McIntyre of O'Melveny & Myers LLP as counsel of record in the above matters in place of Lee Peifer of Eversheds Sutherland LLP and Douglas Berry and Jessica Malloy-Thorpe of Miller & Martin PLLC. The Motion is **GRANTED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE