UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00979 |

## ORDER

Based upon the Unopposed Motion to Deem ECI Management, LLC Substituted For ECI Group, Inc., (Doc. No. 604), Defendant ECI Management, LLC is substituted for ECI Group, Inc. The Clerk shall terminate "ECI Group, Inc." as a Defendant in all cases.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE