UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>23-md-3071<br>23-cv-0333<br>23-cv-0357<br>23-cv-0358<br>23-cv-0390 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.01(g), please take Notice that effective as of this date, Molly Rucki of Cozen O'Connor withdraws as counsel for defendant Independence Realty Trust, Inc. Cozen O'Connor continues to serve as counsel for defendant Independence Realty Trust, Inc. through attorneys John Sullivan and Robert Clark.

Respectfully submitted by,

Dated: November 6, 2023         COZEN O'CONNOR

By:   */s/ Molly Rucki*
      Molly Rucki
      COZEN O'CONNOR
      1200 19th St., NW, Suite 300
      Washington, D.C. 20036
      Telephone: 202-912-4884
      Facsimile: 202-499-2929
      Email: mrucki@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 6th day of November 2023.

>*/s/ Molly Rucki*
>Molly Rucki