# EXHIBIT 1

**From:** Youngman, Judith <Youngman@wtotrial.com>
**Sent:** Wednesday, September 20, 2023 3:00 PM
**To:** Swathi Bojedla <sbojedla@hausfeld.com>
**Cc:** Reilly, Katie <Reilly@wtotrial.com>
**Subject:** RE: Filing Error re: Second Amended Complaint

Swathi,

Good afternoon.  We can confirm that the answer is "yes" to both of your questions.

- ██████████████████████████████████████████████████████████████████████████

- ██████████████████████████████████████████████████████████████████████████

With this confirmation, it is our understanding that Plaintiffs agree to withdraw the below-referenced allegations in Paragraph 68 of the Second Amended Consolidated Class Action Complaint, and Plaintiffs agree that we can represent this withdrawal to the Court, including during motion to dismiss briefing.

Thank you again for working cooperatively to resolve this issue.  We look forward to picking up where we left off and discussing the full dismissal of AIR in the near future.

Best, Judith


**Judith P. Youngman | Partner**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.1865 | F 303.244.1879
**youngman@wtotrial.com** | **wtotrial.com** | **vCard**



This email contains confidential information from the law firm of Wheeler Trigg O'Donnell LLP and is attorney-client privileged and attorney work product.  The information is intended solely for the use of the recipients.  The unauthorized disclosure, copying, distribution, or use of the contents of this email is strictly prohibited.  If you have received this email in error, please notify us at 303.244.1800 immediately.


**From:** Youngman, Judith
**Sent:** Tuesday, September 19, 2023 6:49 PM
**To:** Swathi Bojedla <sbojedla@hausfeld.com>
**Cc:** Reilly, Katie <Reilly@wtotrial.com>
**Subject:** RE: Filing Error re: Second Amended Complaint

Swathi,

Thank you for your email and for your cooperation in working to resolve this issue.  I believe that the answer is "yes" to both questions, but I will reach out to the client and let you know as soon as I hear back.

Have a good night!

Best, Judith


**Judith P. Youngman | Partner**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.1865 | F 303.244.1879
**youngman@wtotrial.com** | **wtotrial.com** | **vCard**



This email contains confidential information from the law firm of Wheeler Trigg O'Donnell LLP and is attorney-client privileged and attorney work product.  The information is intended solely for the use of the recipients.  The unauthorized disclosure, copying, distribution, or use of the contents of this email is strictly prohibited.  If you have received this email in error, please notify us at 303.244.1800 immediately.


**From:** Swathi Bojedla <sbojedla@hausfeld.com>
**Sent:** Tuesday, September 19, 2023 6:08 PM
**To:** Youngman, Judith <Youngman@wtotrial.com>

2

Case 3:23-md-03071     Document 620-1     Filed 11/08/23     Page 3 of 4 PageID #: 6860

Cc: Reilly, Katie <Reilly@wtotrial.com>
Subject: RE: Filing Error re: Second Amended Complaint

**WARNING:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact the IS Department at i.s.dept@wtotrial.com

Judith,

Thank you for sending the executed contract. Can you confirm that [REDACTED] Can you also confirm that [REDACTED]

If you can represent the above, we can agree to withdraw portions of the allegations in paragraph 68 of the Second Amended Consolidated Class Action Complaint that indicate that AIR Communities was contractually required to share confidential, competitively sensitive pricing and lease information with its horizontal competitors in order to allow them to adjust their rental prices. You are free to represent that fact to the Court, including during motion to dismiss briefing.

**SWATHI BOJEDLA**
Partner
sbojedla@hausfeld.com
+1 202-540-7150 direct
*Pronouns: she/her/hers*

**HAUSFELD**

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.