# EXHIBIT 2

**From:** Youngman, Judith <Youngman@wtotrial.com>
**Sent:** Tuesday, September 26, 2023 4:51 PM
**To:** Swathi Bojedla <sbojedla@hausfeld.com>
**Cc:** Reilly, Katie <Reilly@wtotrial.com>
**Subject:** RE: RealPage Lit - Conferral re: MTD

Thanks for your email, Swathi.  We will note plaintiffs' opposition in the conferral section of our motion.

Best, Judith


**Judith P. Youngman | Partner**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.1865 | F 303.244.1879
**youngman@wtotrial.com** | **wtotrial.com** | **vCard**



This email contains confidential information from the law firm of Wheeler Trigg O'Donnell LLP and is attorney-client privileged and attorney work product.  The information is intended solely for the use of the recipients.  The unauthorized disclosure, copying, distribution, or use of the contents of this email is strictly prohibited.  If you have received this email in error, please notify us at 303.244.1800 immediately.


**From:** Swathi Bojedla <sbojedla@hausfeld.com>
**Sent:** Monday, September 25, 2023 4:52 PM
**To:** Youngman, Judith <Youngman@wtotrial.com>
**Cc:** Reilly, Katie <Reilly@wtotrial.com>
**Subject:** Re: RealPage Lit - Conferral re: MTD

> **WARNING:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact the IS Department at i.s.dept@wtotrial.com

Judith- I saw that portion of Defendants' notice. As I noted previously, our withdrawal of allegations relates only to AIR's sharing of its own information. Our allegations that AIR contracted with RealPage to receive confidential pricing information from its competitors remains in effect. Based on that, I'm not sure of the basis for your motion, given that receiving confidential pricing information from horizontal competitors still constitutes an antitrust violation under our theory of the case, but we will see it when it is filed and respond accordingly. Happy to chat if helpful.


**SWATHI BOJEDLA**

Partner
sbojedla@hausfeld.com
+1 202-540-7150 direct
*Pronouns: she/her/hers*

**HAUSFELD**

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

On Sep 25, 2023, at 6:34 PM, Youngman, Judith <Youngman@wtotrial.com> wrote:

Swathi,

AIR will be filing a motion to dismiss the Second Amended Complaint based on the absence of allegations against AIR that would support plaintiffs' conspiracy claims. We assume plaintiffs oppose dismissal based on our prior discussion. But if you believe an additional conferral would be worthwhile, we would be happy to arrange it.

Have a good evening.

Best, Judith


**Judith P. Youngman | Partner**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.1865 | F 303.244.1879
**youngman@wtotrial.com** | **wtotrial.com** | **vCard**

<image001.png>

This email contains confidential information from the law firm of Wheeler Trigg O'Donnell LLP and is attorney-client privileged and attorney work product. The information is intended solely for the use of the recipients. The unauthorized disclosure, copying, distribution, or use of the contents of this email is strictly prohibited. If you have received this email in error, please notify us at 303.244.1800 immediately.