UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**JURY DEMAND**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:** |

| | |
|---|---|
| 3:23-cv-00330 | 3:23-cv-00380 |
| 3:23-cv-00331 | 3:23-cv-00979 |
| 3:23-cv-00332 | 3:23-cv-00381 |
| 3:23-cv-00326 | 3:23-cv-00387 |
| 3:23-cv-00333 | 3:23-cv-00388 |
| 3:23-cv-00334 | 3:23-cv-00389 |
| 3:23-cv-00335 | 3:23-cv-00390 |
| 3:23-cv-00336 | 3:23-cv-00391 |
| 3:23-cv-00337 | 3:23-cv-00410 |
| 3:23-cv-00338 | 3:23-cv-00411 |
| 3:23-cv-00339 | 3:23-cv-00419 |
| 3:23-cv-00344 | 3:23-cv-00413 |
| 3:23-cv-00345 | 3:23-cv-00412 |
| 3:23-cv-00356 | 3:23-cv-00414 |
| 3:23-cv-00357 | 3:23-cv-00416 |
| 3:23-cv-00358 | 3:23-cv-00415 |
| 3:23-cv-00377 | 3:23-cv-00440 |
| 3:23-cv-00378 | 3:23-cv-00445 |
| 3:23-cv-00379 | 3:23-cv-00552 |
| 3:22-cv-01082 | 3:23-cv-00742 |

## DECLARATION OF TRICIA HERZFELD

I, Tricia R. Herzfeld, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct to the best of my knowledge and belief:

1. I am a partner with the law firm of Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC, and serve as Plaintiffs' Liaison Counsel in this litigation.

1

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Rule 12(b)(6) Motion to Dismiss LRO Claims for Failure to State a Claim.

3. In Plaintiffs' Second Amended Consolidated Class Action Complaint (Dkt. 530), Paragraph 223 Footnote 121 contains a hyperlink for the "Terms of Service for Rainmaker System Modules (Dec. 7, 2017), https://www.realpage.com/rainmakermfh-terms/. Attached as **Exhibit 1** hereto is a printout of the landing page for that hyperlink, which I last accessed on today's date, November 8, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of November 2023 in Nashville, Tennessee.

_____
Tricia R. Herzfeld