UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case no. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00979 |

## ORDER

Defendant First Communities Management, Inc. ("FCM") has filed a Joint Motion to Substitute Counsel (Doc. No. 595) seeking to substitute Richard P. Sybert and Hannah E. Brown of Gordon Rees Scully Mansukhani as counsel of record in the above matters in place of Emily H. Mack of Burr & Forman LLP. The Motion is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNTIED STATES DISTRICT JUDGE