# MEMBERS OF ECI MANAGEMENT, LLC

ECI Management, LLC is a limited liability company organized under the laws of the State of Georgia. ECI Management, LLC has the following members:

| Member | Member's State of Citizenship |
|---|---|
| ECI US Holdings LLC | Georgia |

ECI Management, LLC hereby makes the following disclosures identifying ownership interests and citizenship for each sub-member of ECI US Holdings LLC:

| Sub-Member | Sub-Member's State of Citizenship |
|---|---|
| ECI Properties, Inc. | Georgia |
| Lisa Hirsch Greenberg | Georgia |
| Seth R. Greenberg | Georgia |
| MD Futures, LLC | Georgia |
| Maximillian Greenberg 2023 Trust | Georgia |
| Dori Hannah Greenberg 2023 trust | Georgia |
| DAH Revocable Trust | Florida |
| David Hirsch 2021 Trust | Georgia |
| Phil H. Carlock, Sr. Revocable Trust and Harris Carlock | Georgia |
| Various Employees | Georgia |