UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to: ALL CASES |

# DEFENDANTS' MOTION FOR ADDITIONAL PAGES TO RESPOND TO THE STATEMENT OF INTEREST OF THE UNITED STATES

Defendants in the above-captioned multidistrict litigation respectfully move the Court for leave to file a response, of no more than 5 pages, and no later than November 22, 2023, to the Statement of Interest filed by the Antitrust Division (the "Division") of the U.S. Department of Justice on November 15, 2023. *See* ECF Nos. 627, 628.

On October 12, 2023, the Division filed a Notice of Potential Participation "notif[ying] the Court that it is considering filing a Statement of Interest in this case by November 15, 2023." ECF No. 599 at 1. The Notice of Potential Participation did not describe what the Division's contemplated Statement of Interest would say. *See id.* at 1–2. On November 15, 2023, the Division filed its Statement of Interest. *See* ECF Nos. 627, 628. The Statement of Interest presents arguments not advanced by Plaintiffs as to whether the governing multifamily and student housing

complaints plausibly allege violations of Section 1. *See* ECF No. 628 at 12–14, 18–23. Based on those arguments, and despite the United States not being a party to this MDL, the Statement of Interest requests that the Court deny Defendants' pending motions to dismiss the complaints. *Id.* at 23.

Given the Statement of Interest's presentation of new arguments regarding the sufficiency of Plaintiffs' allegations and its request that the Court deny Defendants' motions based on those new arguments, Defendants respectfully request leave to file a response of no more than 5 pages total to the Division's 23-page Statement of Interest. Defendants will file their response—either as part of the omnibus Multifamily and Student replies (with the additional 5 pages split between the two briefs) or as a separate, standalone filing—no later than November 22, 2023, which aligns with the briefing schedule set forth by the Court.

Defendants notified Plaintiffs' counsel of their intent to file this motion. Plaintiffs have no objection to Defendants' motion.

DATED: November 17, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Jay Srinivasan* | */s/ Edwin Buffmire* |
| Jay Srinivasan (admitted *pro hac vice*) | Edwin Buffmire |
| jsrinivasan@gibsondunn.com | ebuffmire@jw.com |
| Daniel G. Swanson (admitted *pro hac vice*) | Michael Moran |
| dswanson@gibsondunn.com | mmoran@jw.com |
| GIBSON, DUNN & CRUTCHER LLP | JACKSON WALKER LLP |
| 333 South Grand Avenue | 2323 Ross Ave., Suite 600 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: (213) 229-7430 | Telephone: (214) 953-6000 |
| | |
| Stephen Weissman (admitted *pro hac vice*) | Kevin Fulton |
| sweissman@gibsondunn.com | kevin@fultonlg.com |
| Michael J. Perry (admitted *pro hac vice*) | THE FULTON LAW GROUP PLLC |
| mjperry@gibsondunn.com | 7676 Hillmont St., Suite 191 |
| GIBSON, DUNN & CRUTCHER LLP | Houston, TX 77040 |
| 1050 Connecticut Avenue, NW | Telephone: (713) 589-6964 |
| Washington, DC 20036 | |
| Telephone: (202) 955-8678 | *Counsel for Defendant Allied Orion Group, LLC* |
| | |
| Stephen C. Whittaker (admitted *pro hac vice*) | */s/ Katie A. Reilly* |
| cwhittaker@gibsondunn.com | Katie A. Reilly |
| GIBSON, DUNN & CRUTCHER LLP | reilly@wtotrial.com |
| 1361 Michelson Drive | Michael T. Williams |
| Irvine, CA 92612 | williams@wtotrial.com |
| Telephone: (212) 351-2671 | Judith P. Youngman |
| | youngman@wtotrial.com |
| Ben A. Sherwood (admitted *pro hac vice*) | WHEELER TRIGG O'DONNELL LLP |
| bsherwood@gibsondunn.com | 370 Seventeenth Street, Suite 4500 |
| GIBSON, DUNN & CRUTCHER LLP | Denver, CO 80202 |
| 200 Park Avenue | Telephone: (303) 244-1800 |
| New York, NY 10166 | |
| Telephone: (212) 351-2671 | Mark Bell |
| | Mark.Bell@hklaw.com |
| Thomas H. Dundon (SBN: 004539) | HOLLAND & KNIGHT LLP |
| tdundon@nealharwell.com | Nashville City Center |
| Neal & Harwell, PLC | 511 Union Street, Suite 2700 |
| 1201 Demonbreun Street, Suite 1000 | Nashville, TN 37219 |
| Nashville, TN 37203 | Telephone: (615) 850-8850 |
| Telephone: (615) 244-1713 | |
| | |
| *Counsel for Defendant RealPage, Inc.* | *Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities* |

| | |
|---|---|
| */s/ Danny David* | /s/ *Ian Simmons* |
| Danny David | Ian Simmons |
| danny.david@bakerbotts.com | isimmons@omm.com |
| BAKER BOTTS LLP | O'MELVENY & MYERS LLP |
| 910 Louisiana Street | 1625 Eye Street, NW |
| Houston, TX 77002 | Washington, DC 20006 |
| Telephone: (713) 229-4055 | Telephone: (202) 383-5196 |
| | |
| James Kress (*pro hac vice* forthcoming) | Stephen McIntyre |
| james.kress@bakerbotts.com | smcintyre@omm.com |
| Paul Cuomo (*pro hac vice* forthcoming) | O'MELVENY & MYERS LLP |
| paul.cuomo@bakerbotts.com | 400 South Hope Street, 18th Floor |
| BAKER BOTTS LLP | Los Angeles, CA 90071 |
| 700 K. Street, NW | Telephone: (213) 430-6000 |
| Washington, DC 20001 | |
| Telephone: (202) 639-7884 | *Counsel for Defendants BH Management Services, LLC, B.HOM Student Living LLC, and TREV Management II LLC* |
| John R. Jacobson (#14365) | |
| jjacobson@rjfirm.com | |
| Milton S. McGee, III (#24150) | |
| tmcgee@rjfirm.com | |
| RILEY & JACOBSON, PLC | |
| 1906 West End Avenue | |
| Nashville, TN 37203 | |
| Telephone: (615) 320-3700 | |

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ *Marguerite Willis*
Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

3

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant
Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

R. Dale Grimes, BPR #006223
dgrimes@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6244

*Counsel for Defendant Brookfield Properties
Multifamily LLC*

*/s/ Danielle R. Foley*
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
Victoria L. Glover (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

*/s/ Benjamin R. Nagin*
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

*/s/ Lynn H. Murray*
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

5

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant CONTI Texas Organization, Inc. d/b/a CONTI Capital*

/s/ Kenneth Reinker
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Pinnacle Property Management Services, LLC*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

/s/ Ann MacDonald
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

6

| | |
|---|---|
| */s/ Charles H. Samel* | */s/ Carl W. Hittinger* |
| Charles H. Samel | Carl W. Hittinger |
| charles.samel@stoel.com | chittinger@bakerlaw.com |
| Edward C. Duckers | Alyse F. Stach |
| ed.duckers@stoel.com | astach@bakerlaw.com |
| STOEL RIVES LLP | Tyson Y. Herrold |
| 1 Montgomery Street, Suite 3230 | therrold@bakerlaw.com |
| San Francisco, CA 94104 | BAKER & HOSTETLER LLP |
| Telephone: (415) 617-8900 | 1735 Market Street, Suite 3300 |
| | Philadelphia, PA 19103-7501 |
| George A. Guthrie | Telephone: (215) 568-3100 |
| gguthrie@wilkefleury.com | |
| WILKE FLEURY LLP | Stephen J. Zralek, BPR #018971 |
| 621 Capitol Mall, Suite 900 | szralek@spencerfane.com |
| Sacramento, CA 95814 | S. Chase Fann, BPR #036794 |
| Telephone: (916) 441-2430 | cfann@spencerfane.com |
| | SPENCER FANE LLP |
| *Counsel for Defendant FPI Management, Inc.* | 511 Union Street, Suite 1000 |
| | Nashville, TN 37219 |
| | Telephone: (615) 238-6300 |
| | |
| | *Counsel for Defendant Equity Residential* |
| . | */s/ Leo D. Caseria* |
| | Leo D. Caseria |
| | lcaseria@sheppardmullin.com |
| | Helen C. Eckert |
| | heckert@sheppardmullin.com |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 2099 Pennsylvania Avenue, NW, Suite 100 |
| | Washington, DC, 20006 |
| | Telephone: (202) 747-1925 |
| | |
| | Arman Oruc |
| | aoruc@goodwinlaw.com |
| | GOODWIN PROCTER, LLP |
| | 1900 N Street, NW |
| | Washington, DC 20036 |
| | Telephone: (202) 346-4000 |
| | |
| | *Counsel for Defendant Essex Property Trust, Inc.* |

/s/ *Michael D. Bonanno*  
Michael D. Bonanno (admitted *pro hac vice*)  
mikebonanno@quinnemanuel.com  
QUINN EMANUEL URQUHART & SULLIVAN LLP  
1300 I St. NW, Suite 900  
Washington, DC 20005  
Telephone: (202) 538-8225  

Christopher Daniel Kercher (admitted *pro hac vice*)  
christopherkercher@quinnemanuel.com  
QUINN EMANUEL URQUHART & SULLIVAN LLP  
51 Madison Avenue, 22nd Floor,  
New York, New York 10010  
Telephone: (212) 849-7000  

Andrew Gardella, Esq. (TN Bar #027247)  
agardella@martintate.com  
MARTIN, TATE, MORROW & MARSTON P.C.  
315 Deaderick Street, Suite 1550  
Nashville, TN 37238  
Telephone: (615) 627-0668  

*Counsel for Defendant Highmark Residential, LLC*

/s/ *Cliff A. Wade*  
Cliff A. Wade  
cliff.wade@bakerlopez.com  
Chelsea L. Futrell  
chelsea.futrell@bakerlopez.com  
BAKER LOPEZ PLLC  
5728 LBJ Freeway, Suite 150  
Dallas, Texas 75240  
Telephone: (469) 206-9384  

*Counsel for Defendant Knightvest Residential*

/s/ *Michael M. Maddigan*  
Michael M. Maddigan  
michael.maddigan@hoganlovells.com  
HOGAN LOVELLS US LLP  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Telephone: (310) 785-4727  

William L. Monts, III  
william.monts@hoganlovells.com  
Benjamin F. Holt  
benjamin.holt@hoganlovells.com  
HOGAN LOVELLS US LLP  
555 Thirteenth Street, NW  
Washington, DC 20004  
Telephone: (202) 637-6440  

Joshua C. Cumby (BPR No. 37949)  
joshua.cumby@arlaw.com  
F. Laurens Brock (BPR No. 17666)  
larry.brock@arlaw.com  
Rocklan W. King, III (BPR No. 30643)  
rocky.king@arlaw.com  
ADAMS AND REESE LLP  
1600 West End Avenue, Suite 1400  
Nashville, Tennessee 37203  
Telephone: (615) 259-1450  

*Counsel for Defendant Greystar Management Services, LLC*

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*/s/ Ryan T. Holt*
Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

*/s/ John J. Sullivan*
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Molly Rucki (admitted *pro hac vice*)
mrucki@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4884

*Counsel for Defendant Independence Realty Trust, Inc.*

*/s/ Eliot Turner*
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

9

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

/s/ Judith A. Zahid
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* | */s/ Richard P. Sybert* |
| Jeffrey C. Bank | Richard P. Sybert (WSBA No. 8357) |
| jbank@wsgr.com | rsybert@grsm.com |
| WILSON SONSINI GOODRICH & ROSATI PC | GORDON REES SCULLY MANSUKHANI |
| 1700 K Street NW, Fifth Floor | 701 Fifth Avenue, Suite 2100 |
| Washington, DC 20006 | Seattle, WA 98104 |
| Telephone: (202) 973-8800 | Telephone: (206) 321-5222 |
| | |
| *Counsel for Defendant Morgan Properties Management Company, LLC* | *Counsel for Defendant Rose Associates Inc. and First Communities Management, Inc.* |

/s/ Valentine Hoy
Valentine Hoy
vhoy@allenmatkins.com
Scott Perlin
sperlin@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155

Patrick E. Breen
pbreen@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555

*Counsel for Defendant Sares Regis Group Commercial, Inc.*


/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties Residential, LLC*

/s/ David A. Walton
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*


/s/ Diane R. Hazel
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

13

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ James H. Mutchnik
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Ferdose al-Taie
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ Jeffrey S. Cashdan
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*

/s/ *Sarah B. Miller*
Sarah B. Miller (TN#33441)
smiller@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200

Amy F. Sorenson (*pro hac vice* forthcoming)
asorenson@swlaw.com
SNELL & WILMER, L.L.P
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900

Colin P. Ahler (*pro hac vice* forthcoming)
cahler@swlaw.com
SNELL & WILMER, L.L.P
One East Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000

*Counsel for Defendant Apartment Management Consultants, LLC*

/s/ *Marisa Secco Giles*
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

/s/ *Samuel P. Funk*
Samuel P. Funk (#19777)
sfunk@simsfunk.com
Grace A. Fox (#37367)
gfox@simsfunk.com
SIMS FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant Campus Advantage, Inc.*

| | |
|---|---|
| /s/ *Timothy R. Beyer*<br>Timothy R. Beyer<br>tim.beyer@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>Telephone: (303) 866-0481<br><br>Sarah Hartley<br>sarah.hartley@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1155 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (303) 866-0363 | /s/ *Michael F. Murray*<br>Michael F. Murray<br>michaelmurray@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 551-1730<br><br>Noah Pinegar<br>noahpinegar@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6057 |
| /s/ *Samuel P. Funk*<br>Samuel P. Funk (#19777)<br>sfunk@simsfunk.com<br>Grace A. Fox (#37367)<br>gfox@simsfunk.com<br>SIMS FUNK, PLC<br>3322 West End Ave., Ste. 200<br>Nashville, TN 37203<br>Telephone: (615) 292-9335<br><br>*Counsel for Defendant Cardinal Group Holdings LLC* | /s/ *Samuel P. Funk*<br>Samuel P. Funk (#19777)<br>sfunk@simsfunk.com<br>Grace A. Fox (#37367)<br>gfox@simsfunk.com<br>SIMS FUNK, PLC<br>3322 West End Ave., Ste. 200<br>Nashville, TN 37203<br>Telephone: (615) 292-9335<br><br>*Counsel for Defendant CA Student Living Operating Company, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 17th day of November, 2023.

                                                /s/ *Jay Srinivasan*
                                                Jay Srinivasan