IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) Case No. 3:23-MD-3071 )<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00329<br>) 3:23-cv-00757<br>)<br>) Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF ATTORNEY WITHDRAWAL

The undersigned counsel for Cardinal Group Holdings, LLC ("Cardinal Group") hereby gives notice of the withdrawal of Grace A. Fox as co-counsel for Cardinal Group in the above-captioned litigation. Ms. Fox has left the law firm of Sims|Funk, PLC to pursue other employment outside of Tennessee, and she is no longer acting as co-counsel of record in these matters.

Cardinal Group continues to be represented by Samuel P. Funk of Sims|Funk, PLC as well as Timothy R. Beyer and Sarah L. Hartley of Bryan Cave Leighton Paisner LLP.

Respectfully submitted,

*s/ Samuel P. Funk*
Samuel P. Funk (#19777)
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
(615) 292-9335
sfunk@simsfunk.com

*Counsel for Defendant Cardinal Group Holdings, LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the court this 20th day of November, 2023 through the CM/ECF system, will be sent electronically to all registered participants.

                                        *s/ Samuel P. Funk*