IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) Case No. 3:23-MD-3071 <br> ) <br> ) <br> ) This Document Relates to: <br> ) <br> ) 3:23-cv-00329 <br> ) 3:23-cv-00757 <br> ) <br> ) Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF ATTORNEY WITHDRAWAL

The undersigned counsel for CA Student Living Operating Company, LLC ("CA Student Living") hereby gives notice of the withdrawal of Grace A. Fox as co-counsel for CA Student Living in the above-captioned litigation. Ms. Fox has left the law firm of Sims|Funk, PLC to pursue other employment outside of Tennessee, and she is no longer acting as co-counsel of record in these matters.

CA Student Living continues to be represented by Samuel P. Funk of Sims|Funk, PLC as well as Michael F. Murray and Noah B. Pinegar of Paul Hastings LLP.

Respectfully submitted,

*s/ Samuel P. Funk*
Samuel P. Funk (#19777)
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
(615) 292-9335
sfunk@simsfunk.com

*Counsel for Defendant CA Student Living Operating Company, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the court this 20th day of November, 2023 through the CM/ECF system, will be sent electronically to all registered participants.

                                                *s/ Samuel P. Funk*