Motion (629) is **GRANTED**.

*[signature: Waverly D. Crenshaw, Jr.]*

Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to: ALL CASES |

## DEFENDANTS' MOTION FOR ADDITIONAL PAGES TO RESPOND TO THE STATEMENT OF INTEREST OF THE UNITED STATES

Defendants in the above-captioned multidistrict litigation respectfully move the Court for leave to file a response, of no more than 5 pages, and no later than November 22, 2023, to the Statement of Interest filed by the Antitrust Division (the "Division") of the U.S. Department of Justice on November 15, 2023. *See* ECF Nos. 627, 628.

On October 12, 2023, the Division filed a Notice of Potential Participation "notif[ying] the Court that it is considering filing a Statement of Interest in this case by November 15, 2023." ECF No. 599 at 1. The Notice of Potential Participation did not describe what the Division's contemplated Statement of Interest would say. *See id.* at 1–2. On November 15, 2023, the Division filed its Statement of Interest. *See* ECF Nos. 627, 628. The Statement of Interest presents arguments not advanced by Plaintiffs as to whether the governing multifamily and student housing