# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____ , Clerk of this Court,

certify that _____ Travis C Wheeler _____ , Bar # ____ 9715 ____ ,

was duly admitted to practice in this Court on ____ 01/25/2006 ____ , and is in good standing as a member

of the Bar of this Court.

Dated at ____ Columbia, SC ____ on ____ 11/30/2023 ____
        *(Location)*                              *(Date)*

Robin L. Blume
*CLERK*

Marybeth E. McDonnell
*DEPUTY CLERK*