# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____, Clerk of this Court,

certify that _____ Mark Carroll Moore _____, Bar # _____ 4956 _____,

was duly admitted to practice in this Court on _____ 09/05/1989 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Columbia, SC _____ on _____ 11/13/2023 _____
                 (Location)                           (Date)

Robin L. Blume
CLERK

Marybeth E. McDonnell
DEPUTY CLERK