# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**This Document Relates to:**<br><br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00389<br>3:23-cv-00414<br>3:23-cv-00440<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## MOTION FOR ADMISSION OF MICHAEL K. MOLZBERGER *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of the Court for the United States District Court Middle District of Tennessee, Michael K. Molzberger, hereby moves for admission to appear *pro hac vice* in the above-captioned case as counsel for CWS Apartment Homes, LLC.

1. I am a member in good standing of the United States District Court for the Northern District of Illinois. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with the Local Rules of the Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2023

ARENTFOX SCHIFF LLP

By: */s/ Michael K. Molzberger*

Michael K. Molzberger
Illinois Bar No. 6317898
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Michael.molzberger@afslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael K. Molzberger*

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Michael K Molzberger

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael K Molzberger was duly admitted to practice in said Court on (02/06/2015) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/30/2023 )

Thomas G. Bruton , Clerk,

By: Sarah Bouchard
    Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SARAH BOUCHARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
June 30, 2023