| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(g), I, Daphne Rosehill of Wilson Sonsini Goodrich & Rosati, P.C., hereby notify this Court that I am withdrawing as co-counsel for Defendant Morgan Properties Management Company, LLC ("Morgan Properties Management") in the above-referenced cases where I appeared as counsel. Morgan Properties Management will continue to be represented by co-counsel Jeffrey C. Bank of the law firm of Wilson Sonsini Goodrich & Rosati, P.C.

Respectfully submitted this first day of December 2023

WILSON SONSINI GOODRICH & ROSATI, P.C.
/s/ *Daphne Rosehill*
Daphne Rosehill
1301 Avenue of the Americas, 40th Floor
New York, N.Y. 10019
Tel: (212) 453-2857
drosehill@wsgr.com

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on December 1, 2023.

/s/ *Daphne Rosehill*
Daphne Rosehill