UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00552<br>) 3:23-cv-00742<br>) 3:23-cv-00979<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RACHAEL RACINE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Rachael Racine hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Morgan Properties Management Company, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.  I am a member in good standing of the U.S. District Court for the Southern District of New York. A Certificate of Good Standing issued by the Southern District of New York is attached as **Exhibit A**.

2.  I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.  I have not been found in contempt by any court or tribunal.

4.  I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so as stated in Local Rule 83.01(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Rachael Racine*
Rachael Racine
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 453-2857
Facsimile: (866) 974-7329
Email: rracine@wsgr.com

*Counsel for Morgan Properties Management Company, LLC*

Dated: December 4, 2023

# CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on December 4, 2023.

        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        s/ *Rachael Racine*
        Rachael Racine
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212) 453-2857
        Facsimile: (866) 974-7329
        Email: rracine@wsgr.com

        *Counsel for Morgan Properties Management Company, LLC*

Dated: December 4, 2023