# Exhibit A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RACHAEL ARYN RACINE_____, Bar # _____RR2788_____

was duly admitted to practice in the Court on

_____June 21, 2016_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.                         On      November 29, 2023
          New York, New York

Ruby J. Krajick                    By      s/ V. Adolphe
Clerk of Court                             Deputy Clerk