UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

## NOTICE OF APPEARANCE

Please take notice of appearance of Rachael Racine of Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, New York 10019, as counsel for Morgan Properties Management Company, LLC.

Respectfully submitted this 6th day of December, 2023.

                              Respectfully submitted,

                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              s/ *Rachael Racine*
                              Rachael Racine
                              1301 Avenue of the Americas, 40th Floor
                              New York, New York 10019
                              Telephone: (212) 453-2857
                              Facsimile: (866) 974-7329
                              Email: rracine@wsgr.com

**CERTIFICATE OF SERVICE**

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on December 6, 2023.

s/ *Rachael Racine*
Rachael Racine