UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### NOTICE OF UNITED STATES' PARTICIPATION IN ORAL ARGUMENT

Pursuant to Doc. No. 602 (Order on United States' Notice of Potential Participation) and Doc. No. 654 (Order on Oral Argument), Yixi (Cecilia) Cheng, counsel for the United States, will appear and argue on behalf of the United States in the motion-to-dismiss hearing on December 11, 2023. Michael C. Tackeff will appear as local counsel.

Respectfully submitted,

*/s/ Yixi (Cecilia) Cheng*
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave NW, #3224
Washington, DC 20530
Telephone: 202-705-8342
Email: yixi.cheng@usdoj.gov

*/s/ Michael C. Tackeff*
Michael C. Tackeff
MICHAEL C. TACKEFF, B.P.R. #036953
*Assistant United States Attorney*
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: Michael.Tackeff@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed, December 6, 2023, with the Court through the CM/ECF system, will be sent electronically to all registered participants.

<i>/s/ Michael C. Tackeff</i><br>
MICHAEL C. TACKEFF