UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) This Document Relates to: <br> ) <br> ) 3:23-cv-00440 <br> 3:23-cv-00742 <br> 3:23-cv-00757 |

## ORDER

Plaintiffs Nancy Alexander, Joshua Kabisch and Mia Lauder have filed a Notice of Dismissals Without Prejudice (Doc. No. 564) for certain Defendants:

1. Plaintiff Nancy Alexander dismisses all claims and causes of action against Defendant Equity Resident in Case No. 3:23-cv-00440;

2. Plaintiff Joshua Kabisch dismisses all claims and causes of action against Defendant Allied Orion Group LLC, in Case No. 3:23-cv-00742; and

3. Plaintiff Mia Lauder dismisses all claims and causes action against all Defendants in Case No. 3:23-cv-00757.

Accordingly, the above claims and Defendants are **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE