## UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Caitlin E. Keiper**, Bar **693196**, was duly admitted to practice in this Court on **June 17, 2021**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **December 08, 2023**



__Robert M. Farrell__
*CLERK*