

# United States District & Bankruptcy Courts for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JAMES GRANGER KRESS**

was, on the ___4th___ day of ___December___ A.D. ___2000___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___5th___ day of ___December___ A.D. ___2023___.



**ANGELA D. CAESAR,** Clerk of Courts

By: *Marquia Langford*

**Deputy Clerk**

Case 3:23-md-03071    Document 666-1    Filed 12/08/23    Page 1 of 1 PageID #: 7400