# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

IN RE: REALPAGE, INC.,
RENTAL SOFTWARE ANTITRUST
LITIGATION (NO. II) et al.,

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23-md-03071

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WAVERLY D. CRENSHAW, JR. | Patrick Coughlin, Swathi Bojedla, Steve Berman, et al. | Jay Srinivasan, David Cross, Steve McIntyre, et al. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/11/2023 | Lise Matthews | Melissa Seay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 12/11/2023 | X | | RealPage Proven B and C Assets |
| B | | 12/11/2023 | X | | Proven in Any Market Cycle |
| | C | 12/11/2023 | X | | A+ Performance: Student Properties Outperform the Market up to 14% |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages