UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITURST LITIGATION (NO. II) | Case No: 3:23-MD-3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JAMES G. KRESS

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, James G. Kress, Esq. hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Avenue5 Residential, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as follows: In 2011, I was suspended by the Maryland Stare Bar (a state where I reside but do not practice) for failure to file required annual reports. That matter has been corrected and I am in good standing.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

> John R. Jacobson (#14365)
> RILEY & JACOBSON, PLC
> 1906 West End Avenue
> Nashville, TN 37203
> Tel. (615) 320-3700
> Fax (615) 320-3737
> jjacobson@rjfirm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: December 14, 2023

Respectfully submitted,

/s/ James G. Kress

James G. Kress (pending *pro hac vice*)
(DC #435141)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
Tel. (202) 639-7884
Fax (202) 639-1159
James.kress@bakerbotts.com

John R. Jacobson (#14365)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tel. (615) 320-3700
Fax (615) 320-3737
jjacobson@rjfirm.com

*Attorneys for Avenue5 Residential, LLC*

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 14, 2023, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court for the Middle District of Tennessee using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                     */s/ John R. Jacobson*
                                       John R. Jacobson