

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JAMES GRANGER KRESS

was, on the <u>4th</u> day of <u>December</u> A.D. <u>2000</u> admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this <u>5th</u> day of <u>December</u> A.D. <u>2023</u>.



*Angela D. Caesar* (signature)
**ANGELA D. CAESAR,** Clerk of Courts

By: *MarquiaLangford*
**Deputy Clerk**