UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | No. 3:23-md-3071 |
| | ) | MDL No. 3071 |
| | ) | |
| IN RE: REALPAGE, INC., RENTAL | ) | CHIEF JUDGE CRENSHAW |
| SOFTWARE ANTITRUST LITIGATION | ) | MAGISTRATE JUDGE HOLMES |
| (NO. II) | ) | |
| | ) | **This Document Relates to:** |
| | ) | |
| | ) | 3:23-cv-00326 |
| | ) | 3:23-cv-00330 |
| | ) | 3:23-cv-00339 |
| | ) | 3:23-cv-00356 |
| | ) | 3:23-cv-00378 |
| | ) | 3:23-cv-00379 |
| | ) | 3:23-cv-00380 |
| | ) | 3:23-cv-00381 |
| | ) | 3:23-cv-00387 |
| | ) | 3:23-cv-00389 |
| | ) | 3:23-cv-00391 |
| | ) | 3:23-cv-00414 |
| | ) | 3:23-cv-00415 |
| | ) | 3:23-cv-00440 |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE, effective December 16, 2023, that the address of the undersigned counsel of record in this action has changed to:

BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203

Please note that counsel's telephone numbers and email addresses remain the same. The undersigned respectfully requests that the Clerk of this Court note this change of address in the Court's records and asks counsel to direct future correspondence to the new address.

Respectfully submitted,

*s/ Jeffrey W. Sheehan*
Charles E. Elder (TN BPR # 038250)
Jeffrey W. Sheehan (TN BPR # 033534)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
P: 615.252.3597
celder@bradley.com
jsheehan@bradley.com

*Counsel for Defendants Bozzuto Management Company, The Bozzuto Group, and Bozzuto Property Management*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on December 16, 2023.

*/s/ Jeffrey W. Sheehan*
Jeffrey W. Sheehan