UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-3071 <br> MDL No. 3071 <br><br> This Document Relates To: <br><br> 3:23-cv-00326 <br> 3:23-cv-00330 <br> 3:23-cv-00339 <br> 3:23-cv-00356 <br> 3:23-cv-00378 <br> 3:23-cv-00379 <br> 3:23-cv-00380 <br> 3:23-cv-00381 <br> 3:23-cv-00387 <br> 3:23-cv-00389 <br> 3:23-cv-00391 <br> 3:23-cv-00414 <br> 3:23-cv-00415 <br> 3:23-cv-00440 <br><br> **CHIEF JUDGE CRENSHAW** <br> **MAGISTRATE JUDGE HOLMES** |

**MOTION FOR ADMISSION *PRO HAC VICE***

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

v.

Case No. 3:23-md-3071

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Joseph C. Dugan hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Bozzuto Management Company and The Bozzuto Group.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court. U.S. District Court for the District of Maryland

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None

3. I have not been found in contempt by any court or tribunal, except as provided below:

None

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Charles E. Elder (celder@bradley.com)
Bradley Arant Boult Cummings LLP
2400 Broadway, Suite 2400
Nashville, TN 37203  ph: (615) 252-3597

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Joseph C. Dugan    Signature

Name: Joseph C. Dugan

State where admitted and State Bar Number: Maryland (1812110109), Ohio (93997)

Business Address: 218 N. Charles St., Ste. 400, Baltimore, MD 21201

Local Address [if different from above]:

Phone: 410-951-1421

Email: jdugan@gejlaw.com

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on December 16, 2023.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]