| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br>   v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MIDAMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING,<br><br>           Defendants. | Case No. 3:23-md-03071-WDC<br>MDL: 3071<br><br>3:23-cv-00378<br>3:23-cv-00380<br>3:23-cv-00391<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**MOTION TO WITHDRAW COUNSEL AS ATTORNEY OF RECORD** |

# MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to LR 83.01(g), Plaintiffs hereby move the Court to withdraw Steven N. Williams of Joseph Saveri Law Firm, LLP as counsel for Plaintiffs. Mr. Williams is no longer a partner at Joseph Saveri Law Firm and will no longer be active in this action.

Good cause exists for allowing Mr. Williams to withdraw because Plaintiffs are still represented in this matter by Joseph R. Saveri, Cadio Zirpoli, Kevin E. Rayhill, and Kathleen J. McMahon of Joseph Saveri Law Firm, as well as Plaintiffs' Interim Co-Lead Counsel, Liaison Counsel, and the other Counsel appointed by the Court to the Plaintiffs' Steering Committee. *See* ECF No. 278. Allowing Mr. Williams to withdraw will not delay trial or other pending matters in the case.

For the foregoing reasons, Plaintiffs respectfully ask the Court to grant their motion to withdraw Mr. Williams as counsel of record.

Dated:  December 19, 2023

Respectfully Submitted,

By:  */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (*Pro Hac Vice*)
Cadio Zirpoli (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
Kathleen J. McMahon (*Pro Hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@@saverilawfirm.com
krayhill@saverilawfirm.com
kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class and Members of the Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19th, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:     */s/ Joseph R. Saveri*
             Joseph R. Saveri