

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Dec 20, 2023 12:21PM

Bradley Arant Boult Cummings LLP
PO Box 830709
Brimingham , AL 35203

Rcpt. No: 300001704　　　　　　Trans. Date: Dec 20, 2023 12:21PM　　　　　　Cashier ID: #AF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Check/Money Order | #1083606 | 12/20/2023 | | $150.00 |

Total Due Prior to Payment: $150.00
Total Tendered: $150.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: Joseph C. Dugan 3:23-md-3071

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.