UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00440 |

## ORDER

Plaintiff Nancy Alexander has filed a Notice of Voluntary Dismissal without Prejudice (Case No. 3:23-md-3071, Doc. No. 677); Case No. 3;23-cv-440, Doc. No. 206) in regard to her claims. Accordingly, the claims of Nancy Alexander are **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE