UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00378<br>3:23-cv-00380<br>3:23-cv-0391<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

## ORDER

Plaintiffs' Motion to Withdraw as Attorney of Record (Doc. No. 678, Case No. 3:23-md-3071) is **GRANTED** and Mr. Steven N. Williams is terminated as counsel for the Plaintiffs in the above listed cases. The Plaintiffs will continue to be represented by Joseph R. Saveri, Cadio Zirpoli, Kevin E. Rayhill and Kathleen J. McMahon of Joseph Saveri Law Firm.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE