UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>JURY DEMAND<br><br>This Document Relates to:<br>3:23-md-03071<br>3:23-cv-00415 |

### UNOPPOSED MOTION TO WITHDRAW ALLEGATIONS IN THE MULTIFAMILY PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AS TO DEFENDANT AIR COMMUNITIES

The Multifamily Plaintiffs have met and conferred with Defendant Apartment Income REIT Corp., d/b/a AIR Communities ("AIR") regarding allegations in the Second Amended Consolidated Class Action Complaint ("Complaint") as to AIR. The parties met and conferred in person on December 10, 2023, and again telephonically on December 13, 14, and 15. As a result, and based on AIR's provision of supporting documentation, the Multifamily Plaintiffs have agreed to withdraw and to forego pursuing any allegations against AIR that AIR has shared its own competitively sensitive information with its competitors through use of RealPage's Revenue Management Solutions.

Multifamily Plaintiffs hereby move the Court to withdraw the following allegations from ¶ 68 of the Complaint, highlighted in gray below:

> During the Conspiracy Period, Defendant AIR entered a written contract, paid for, and used at least one RealPage RMS—YieldStar—to manage some or all of its more than 25,000 multifamily rental units nationwide, knowing that doing so required it to share confidential, competitively sensitive pricing and lease

1