# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071 MDL No. 3071 |
|  | This Document Relates to: 3:22-cv-01082 |
|  | Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF WITHDRAWAL OF RACQUEL B. MARTIN AS COUNSEL FOR DEFENDANT BH MANAGEMENT SERVICES, LLC

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.01(g), Racquel B. Martin, who previously entered her appearance on behalf of Defendant BH Management Services, LLC ("Defendant"), withdraws her appearance in the above-captioned action and requests that no further action be required of her and no documents or other pleadings in the case be served upon here.  As set forth below, good cause exists for this withdrawal:

1. Ms. Martin will no longer be employed by the law firm of O'Melveny & Myers LLP as of January 2, 2024 and will no longer work on this action;

2. Withdrawing Ms. Martin as counsel is with consent of Defendant; and

3. Defendant is still represented in this matter by Ian Simmons and Stephen J. McIntyre of O'Melveny & Myers LLP; and

4. Allowing Ms. Martin to withdraw will not delay trial or other pending matters in the case.

For the foregoing reasons, Defendant respectfully requests that the Clerk of the Court

update its records accordingly.

Dated: January 2, 2024

*/s/ Ian Simmons*

Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106

Stephen J. McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

/s/ Ian Simmons
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106