UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071 <br> MDL No. 3071 <br><br> **JURY DEMAND** <br><br> **Chief Judge Waverly D. Crenshaw, Jr.** <br><br> **This Document Relates to:** <br> **ALL CASES** |

## STATUS UPDATE CONCERNING PERSONAL JURISDICTION AND VENUE MATTERS

On June 21, 2023, in connection with motions to dismiss the original consolidated Class Action Complaint, Defendants filed their Notice of Number and Nature of Anticipated Motions, wherein they identified particular Defendants who intended to file motions to dismiss based on lack of personal jurisdiction and/or venue challenges. (Dkt. 297 at 6-7.) Per the Court's June 22, 2023 Order (Dkt. 298), the parties conferred, resulting in a stipulation between Plaintiffs and certain Defendants (the "Stipulating Defendants"), to defer motion practice on the issues of personal jurisdiction and venue for 180 days ("Stipulation") (Dkt. 317).[1] On July 10, 2023, the

---

[1] The Stipulating Defendants are: Essex Property Trust, Inc. and Essex Management Corporation; Cortland Management, LLC; Equity Residential; Security Properties, Inc.; Rose Associates Inc.; ZRS Management, LLC; Thrive Communities Management, LLC; Mid-America Apartment Communities, Inc.; Prometheus Real Estate Group, Inc.; Sares Regis Group Commercial, Inc.; Morgan Properties Management Company, LLC and Morgan Properties, LP; Dayrise Residential, LLC; Independence Realty Trust, Inc.; Conti Capital; Kairoi Management, LLC; ConAm Management Corporation; Camden Property Trust; RPM Living, LLC; B/T Washington, LLC d/b/a Blanton Turner; Highmark Residential, LLC; Allied Orion Group, LLC; Windsor Property Management Company; Greystar Real Estate Partners, LLC; Lincoln Property Company; and Sherman Associates, Inc.

Of these Stipulating Defendants, Plaintiffs subsequently: (1) substituted corrected entities for Security Properties, Inc., Conti Capital, and Greystar Real Estate Partners; (2) named Mid-America Apartments, L.P. alongside Mid-America Apartment Communities, Inc.; and (3) dismissed Essex Management Corporation, Morgan Properties, LP, and B/T Washington, LLC d/ba Blanton Turner.

1

Court entered an Order consistent with the Stipulation and directed that the parties—within 180 days of the issuance of the Order (*i.e.*, by January 5, 2024)—submit a status report that would either: (1) alert the Court that issues of personal jurisdiction and venue have been resolved; or (2) propose a briefing schedule for the Court to resolve any remaining motions concerning personal jurisdiction and venue with respect to the Stipulating Defendants (Dkt. 353).

Continued discussions between the parties led to Plaintiffs filing an Unpposed Omnibus Motion to Dismiss Certain Defendants and Substitute Corrected Defendants (Dkt. 528), which requests were adopted in the Court's Order dated September 11, 2023 (Dkt. 536), and resolved many of the outstanding personal jurisdiction and/or venue issues.

On October 9, 2023, certain of the Stipulating Defendants (the "Moving Defendants") joined Defendants' Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue ("PJ MTD") (*see* Dkt. 585, at 1).[2]

In compliance with the Court's July 10, 2023 Order, Plaintiffs have conferred with the Stipulating Defendants that did not join the PJ MTD (the "Remaining Stipulating Defendants").[3] As of the date of this filing, none of the Remaining Stipulating Defendants have informed Plaintiffs that there are unresolved issues of personal jurisdiction and venue requiring motion practice.

Accordingly, Plaintiffs respectfully inform the Court that all issues of personal jurisdiction and venue as to the Stipulating Defendants have been resolved, save those raised in the PJ MTD,

---

[2] The Moving Defendants are: ConAm Management Corporation, CONTI Texas Organization Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates, Inc., Sares Regis Group Commercial, Inc., Sherman Associates, Inc., and Windsor Property Management Company.

[3] The Remaining Stipulating Defendants are: Cortland Management, LLC; Equity Residential; ZRS Management, LLC; Thrive Communities Management, LLC; Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.; Morgan Properties Management Company, LLC; Dayrise Residential, LLC; Independence Realty Trust, Inc.; Kairoi Management, LLC; Camden Property Trust; RPM Living, LLC; Highmark Residential, LLC; Allied Orion Group, LLC; and Lincoln Property Company.

which remains pending before the Court.

Dated: January 5, 2024  */s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Stacey Slaughter

3

Thomas J. Undlin
Geoffrey H. Kozen
Stephanie A. Chen
J. Austin Hurt
Caitlin E. Keiper
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

4

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

6

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld