UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) | NO. 3:23-md-03071<br>MDL No. 3071<br><br>**THIS DOCUMENT RELATES TO**:<br><br>3:23-cv-00440<br>3:23-cv-00742 |

### ORDER

On January 9, 2024, the Court held a telephonic status conference regarding the pending Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue (Doc. No. 583). During the conference, the Court indicated and counsel discussed that 28 U.S.C. § 1631 permits transfer instead of dismissal, which would more likely than not return the case to this Court. For the reasons discussed, the parties shall meet and confer on the preservation of Defendants' jurisdictional arguments in light of the practical implications of transfer in multidistrict litigation and jointly file notice on the extent of their agreement by **3:00 p.m. on January 19, 2024**. Plaintiffs' Counsel Swathi Bojedla and Defendant ConAm Management Corporation's counsel Benjamin Nagin shall organize the meet and confer and joint notice.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE