# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>)<br>) This Document Relates to:<br>)<br>) 3:23-cv-00335<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.01(g), I, R. Dale Grimes recently retired from the law firm Bass, Berry & Sims PLC, hereby notify this Court that I am withdrawing as co-counsel for Defendant Brookfield Properties Multifamily LLC in the above-referenced case where I appeared as counsel. Brookfield Properties Multifamily LLC will continue to be represented by co-counsel E. Steele Clayton IV and Jeremy A. Gunn of the law firm Bass, Berry & Sims PLC.

Dated: January 11, 2024.

*/s/ R. Dale Grimes*
R. Dale Grimes (BPR 006223)
C/O BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
dgrimes@bassberry.com

*Attorneys for Defendant Brookfield Properties Multifamily LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 (ECF No. 2), I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on January 11, 2024.

/s/ R. Dale Grimes