UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | NO. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## ORDER

The Court approves the parties' agreement that Defendants[1] will file their answers to Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint on or before Monday, **February 5, 2024**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendants Rose Associates Inc., Prometheus Real Estate Group, Inc., and CONTI Texas Organization Inc., d/b/a CONTI Capital believe they are not yet under a deadline to answer due to the pendency of their personal jurisdiction motion and their ongoing meeting and conferring with Plaintiffs, per the Court's instructions, and have therefore not joined this stipulation. *See* Dkt. 583. Counsel for these Defendants and for Plaintiffs have been in discussions regarding this topic. Defendant Apartment Income REIT Corp. d/b/a AIR Communities also believes it is not yet under a deadline to answer due to the pendency of its motion to dismiss filed January 8, 2024. *See* Dkt. 695, 696.