Motion (704) is **GRANTED** and Steve W. Berman is removed from the Plaintiffs' Steering Committee.

Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## MOTION TO WITHDRAW
## FROM PLAINTIFFS' STEERING COMMITTEE

Steve W. Berman of Hagens Berman Sobol Shapiro LLP respectfully moves this Court to permit the withdraw of Hagens Berman Sobol Shapiro LLP from Plaintiffs' Steering Committee in the above-captioned matter.

At the direction of Lead Counsel and in accordance with the Court's leadership structure, (*see* ECF No. 278) the undersigned worked on behalf of the proposed student housing class. On December 28, 2023, the Court granted the defendants' motion to dismiss the student housing complaint. ECF 690. Lead Counsel does not intend to appeal the decision. As such, the student housing case has effectively ended.

Lead Counsel consents to Hagens Berman's withdraw from the Steering Committee. Granting this motion will not delay any trial or other proceedings in this matter. In addition to the four firms that serve as Lead Counsel and Liaison Counsel, seven qualified firms remain on the Plaintiffs' Steering Committee. These firms are well-equipped assist Lead Counsel with the continued litigation of the surviving multifamily claims.

1