UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>CHIEF JUDGE CRENSHAW<br><br>MAGISTRATE JUDGE HOLMES<br><br>**This Document Relates to:**<br><br>3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00339<br>3:23-cv-00356<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00387<br>3:23-cv-00389<br>3:23-cv-00391<br>3:23-cv-00414<br>3:23-cv-00415<br>3:23-cv-00440 |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.01(g), Jeffrey W. Sheehan, attorney for Defendants Bozzuto Management Company, The Bozzuto Group, and Bozzuto Property Management (collectively, the "Bozzuto Defendants"), hereby provides this notice of his withdrawal as Counsel for the Bozzuto Defendants. As grounds for this Notice, the undersigned counsel states that he has recently accepted a faculty position with Vanderbilt Law School and will no longer be able to represent the Bozzuto Defendants. The Bozzuto Defendants will continue to be represented by Charles E. Elder of Bradley Arant Boult Cummings LLP. *See* Local Rule 83.01(g) ("If the party

represented by the withdrawing attorney is still being represented by another attorney of record from the same law firm, the withdrawing attorney need only file a Notice of Withdrawal.")

Respectfully submitted on January 23, 2023.

*s/ Jeffrey W. Sheehan*
Charles E. Elder (TN BPR # 038250)
Jeffrey W. Sheehan (TN BPR # 033534)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
P: 615.252.3597
celder@bradley.com
jsheehan@bradley.com

*Counsel for Defendants Bozzuto Management Company, The Bozzuto Group, and Bozzuto Property Management*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on January 23, 2023.

*/s/ Charles E. Elder*
Charles E. Elder