Motion (710) is **GRANTED**.

*Waverly D. Crenshaw, Jr.*
Chief US District Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

**DEFENDANT APARTMENT INCOME REIT CORP.'S AND PLAINTIFFS' JOINT MOTION TO STAY RESOLUTION OF AIR'S RENEWED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Apartment Income REIT Corp. ("AIR") and Plaintiffs (together with AIR, the "Parties") respectfully move the Court to stay resolution of AIR's Renewed Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion to Dismiss") through Monday, February 5, 2024. [ECF No. 695, 696]. Although AIR's Motion to Dismiss is now ripe for the Court's consideration, the Parties are discussing resolution of this matter, which would moot the need to decide AIR's Motion to Dismiss.

## **MOTION**

On January 8, 2024, AIR filed its Motion to Dismiss. On January 22, 2024, Plaintiffs filed their Memorandum of Law in Opposition of AIR's Motion to Dismiss the Second Amended Complaint. [ECF No. 707]. On January 29, 2024, AIR filed its Reply in Support of its Renewed Motion to Dismiss. [ECF No. 709]. Thus, AIR's Motion to Dismiss is ripe for the Court's consideration and decision.