# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court, certify that __Georgia K. Winston__, Bar # __GW9187__, was duly admitted to practice in this Court on __01/10/2017__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __01/31/2024__
     (Location)                    (Date)

Brenna B. Mahoney
CLERK OF COURT

David Afrani, DEPUTY CLERK

