> Motion (714) is **GRANTED.**
>
> *Waverly D. Crenshaw, Jr.*
> Chief US District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:22-cv-01082<br>3:23-cv-00979<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742 |

## PLAINTIFFS' AND DEFENDANT PINNACLE PROPERTY MANAGEMENT SERVICES, LLC'S JOINT MOTION TO STAY PINNACLE'S ANSWER DEADLINE

On January 17, 2024, the Court entered an Order that Defendants, including Pinnacle Property Management Services, LLC ("Pinnacle"), should file their Answers to Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint on or before Monday, February 5, 2024. (Dkt. 701) Plaintiffs and Pinnacle have reached a settlement in principle. Plaintiffs and Pinnacle are currently working on finalizing a Settlement Agreement.

Therefore, the Plaintiffs and Pinnacle jointly move the Court to stay the deadline for Pinnacle to file an Answer while they finalize and execute a Settlement Agreement.