Appendix B

# Table B-1



# Table B-2



Appendix B

# Table B-3



Appendix B