UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>)<br>)<br>) **This Document Relates to:**<br>) **2:22-cv-01734-RSL** |

## MOTION TO WITHDRAW

PLEASE TAKE NOTICE that Heidi M. Silton of Lockridge Grindal Nauen PLLP ("LGN") hereby withdraws her appearance in the above-captioned matter previously entered on behalf of Plaintiff Justin Johnson.

The other attorneys of record from LGN will remain as counsel for Plaintiffs in the above-captioned matter.

Dated: February 6, 2024

*s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Kate M. Baxter-Kauf (MN #0392037)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
hmsilton@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
kmbaxter-kauf@locklaw.com

*Attorneys for Plaintiff Justin Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of the foregoing Motion to Withdraw was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Tennessee, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

/s/Heidi M. Silton