# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____KAREN   HOFFMAN   LENT_____, Bar # _____KL0889_____

was duly admitted to practice in the Court on

_____November 21, 2000_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.              On     _____February 5, 2024_____
             New York, New York

_____Ruby J. Krajick_____     By     _____s/B.Cong_____
         Clerk of Court                              Deputy Clerk