# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____SAM AULD_____, Bar # _____----_____

was duly admitted to practice in the Court on

_____October 31, 2023_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____October 31, 2023_____
            New York, New York

_____Ruby J. Krajick_____     By     _____[signature]_____
      Clerk of Court                                              Deputy Clerk