# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____EVAN   KREINER_____, Bar # _____EK9757_____

was duly admitted to practice in the Court on

_____April 02, 2015_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.              On      February 5, 2024
            New York, New York

__Ruby J. Krajick__                By    __s/B.Cong__
  Clerk of Court                           Deputy Clerk