# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____BORIS   BERSHTEYN_____, Bar # _____BB9083_____

was duly admitted to practice in the Court on

_____January 30, 2006_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    _____February 5, 2024_____
New York, New York

_____Ruby J. Krajick_____    By    _____s/B.Cong_____
Clerk of Court                                              Deputy Clerk