# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II), | ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00979<br>3:23-cv-00345 |

## MOTION TO WITHDRAW MOLLY E. MCDONALD AS COUNSEL

Pursuant to Local Rule 83.01(g), Defendant Windsor Property Management Company ("Windsor") respectfully moves this Court to permit Molly E. McDonald, formerly of Vinson & Elkins LLP, to withdraw as counsel for Windsor in the above-captioned case. Windsor will continue to be represented by Craig P. Seebald, Stephen M. Medlock, and Christopher W. James of Vinson & Elkins LLP and Jessalyn H. Zeigler of Bass, Berry & Sims PLC.

As required by Local Rule 83.01(g), written notice of Ms. McDonald's withdrawal was provided to Windsor at least 14 days prior to the filing of this motion. *See* Exhibit A, Email of October 6, 2023 from Molly E. McDonald.

Dated: February 7, 2024

BASS, BERRY & SIMS PLC

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (BPR #16139)
Lucas Ross Smith (BPR #027546)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
jzeigler@bassberry.com
lsmith@bassberry.com

*Attorneys for Defendant Windsor Property Management Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of February, 2024, pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), the foregoing document was electronically filed with the Clerk of Court and served by operation of the Court's electronic filing system upon all parties of record.

*/s/ Jessalyn H. Zeigler*