# Exhibit A

# McDonald, Molly

| | |
|---|---|
| **From:** | McDonald, Molly |
| **Sent:** | Thursday, October 26, 2023 10:48 AM |
| **To:** | Fang, Melissa; Eastwood, Benjamin |
| **Subject:** | Withdrawal from In re RealPage, Inc., Rental Software Antitrust Litigation (II) |

Melissa and Ben:

This is to inform you that I intend to withdraw my appearance from *In re: RealPage, Inc., Rental Software Antitrust Litigation (II)* in the Middle District of Tennessee. It has been a pleasure working with you on this matter.

Best regards,
Molly