**EXHIBIT A**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court, certify that **Michael Smith McCambridge**, Bar # **2011120AK**, was duly admitted to practice in this Court on November 3, 2021, and is in good standing as a member of the Bar of this Court.

Dated at Tyler, Texas on October 26, 2023.

DAVID A. O'TOOLE
*CLERK*

*DEPUTY CLERK*