UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**This Document Relates to:**<br>**3:22-cv-01082**<br>**3:23-cv-00357**<br>**3:23-cv-00378**<br>**3:23-cv-00552**<br>**3:23-cv-00742**<br>**3:23-cv-00979**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Patrick J. Jones hereby moves for admission to appear *pro hac vice* in the above-captioned actions as counsel for Defendant BH Management Services, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in this Court, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1). Local Counsel has been obtain and contact information is: Scott Sims c/o Sims Funk PLC, 3322 West End Ave., #200, Nashville, TN 37203, Tel: (615) 292-9335, E-mail: ssims@simsfunk.com.

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

*February 7, 2024*

*/s/ Patrick J. Jones*
Patrick J. Jones
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
pjones@omm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*/s/ Patrick J. Jones*
Patrick J. Jones
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
pjones@omm.com