# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, John M. Domurad , Clerk of this Court, certify that PATRICK J. JONES , Bar # 703642 , was duly admitted to practice in this Court on June 8, 2022 , and is in good standing as a member of the Bar of this Court.

Dated at Syracuse, New York on February 7, 2024

*(Location)*      *(Date)*

John M. Domurad
*CLERK*

*Tracey A. Donovan*
*DEPUTY CLERK*