# EXHIBIT 3

# COMPARISON CHART
# PLAINTIFFS' AND DEFENDANTS' PROPOSED DATES

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| **Preliminaries and Disclosures** | | |
| Scheduling Conference | February 16, 2024 ||
| Discovery requests may be served | February 16, 2024 ||
| Initial Disclosures | February 26, 2024 ||
| Plaintiffs requests that Defendants produce all docs and correspondence as of Feb. 29, 2024 produced to DOJ, FTC, Congress, any State AG, and/or any other state or federal regulatory agency, or any document disco, white papers, narratives, or any other disco provided to regulators re RMS | March 15, 2024 | Defendants do not agree |
| Attachment 1 Disclosures | April 1, 2024 | Defendants do not agree |
| Deadline to begin meet and confer about custodians | March 11, 2024 ||
| | | |
| **Mediation** | | |
| Mediation | March 15, 2024 <br> April 8, 2024 ||
| | | |
| **Document and Data Production** | | |
| Parties begin rolling productions of documents from non-custodial sources | April 26, 2024 or within 60 days of receipt of the request, whichever is later ||
| Parties begin rolling productions of documents from custodial sources | No later than 60 days of finalization of all custodians; provided, however, that if the Parties have a dispute over any specific custodian, the 60 day deadline for that custodian will start upon resolution of any impasse ||
| Defendants produce Sample Structured Data <br> *subject to receipt of and meet and confer regarding data request | May 1, 2024 ||
| Plaintiffs raise questions about sample structured data production | June 5, 2024 ||
| Defendants to respond to questions about sample structured data | July 10, 2024 ||
| Defendants complete production of structured data | October 25, 2024 ||

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Completion of Document Productions[1] | March 28, 2025 | |
| | | |
| **Last Day to Serve RFAs[2]** | August 21, 2025 | |
| | | |
| **Fact Discovery Cut-Off** | November 21, 2025 | |
| | | |
| **Expert Discovery and Class Certification (*Reports must comply with Rule 26 (a)(2)(B)(i)).** | | |
| All Parties must serve all expert reports on issues on which they have the burden of proof (including class and merits issues) ("Opening Reports") | February 19, 2026 | |
| All Parties must serve opposition expert reports ("Rebuttal Reports") | April 20, 2026 | |
| All Parties must serve reply expert reports ("Reply Reports") | June 4, 2026 | |
| | | |
| Plaintiffs' Class Certification Motion | July 20, 2026 | August 15, 2025 (plus class certification expert reports) |
| Defendants' Opposition | September 7, 2026 | November 21, 2025 (plus class certification expert reports) |
| Plaintiffs' Reply Brief | October 7, 2026 | January 16, 2026 (plus class certification expert reports) |
| | | |
| ***Daubert* Motions for Experts** | | |
| *Daubert* Motions | July 20, 2026 (class and merits Opening Reports) September 7, 2026 (class and merits Rebuttal Reports) | November 21, 2025 (Plaintiffs' class report) January 16, 2026 (Defendants' class report) |

---

[1] Plaintiffs have proposed that this deadline is for full and complete production of documents. Defendants have proposed that this is a deadline for substantial completion of document production.

[2] This deadline excludes RFAs not related to authenticity and admissibility.

2

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| *Daubert* Oppositions | September 7, 2026 (class and merits Opening reports) October 7, 2026 (class and merits Rebuttal Reports) | January 16, 2026 (Plaintiffs' class report) February 20, 2026 (Defendants' class report) |
| *Daubert* Replies | October 7, 2026 (class and merits) November 6, 2026 (class and merits Rebuttal Reports) | February 20, 2026 (Plaintiffs' class report) March 23, 2026 (Defendants' class report) |
| | | |
| **Hearings on Class Certification and *Daubert*** | | |
| Hearing(s) on Class Certification motion and *Daubert* motions | November 2026 (includes *Daubert* on class and merits expert reports) | April 2026 (on class certification and *Daubert* class reports only) |
| | | |
| **Defendants' Proposal for Merits Expert Reports and Deposition (Reports must comply with Rule 26 (a)(2)(B)(i)** | | |
| Plaintiffs' Reports Due | | June 19, 2026 |
| Defendants' Reports Due | | August 14, 2026 |
| Reply Reports Due | | September 18, 2026 |
| Daubert Motions Due | | October 23, 2026 |
| Daubert Oppositions Due | | December 18, 2026 |
| Daubert Replies Due | | January 22, 2027 |
| Daubert Oral Arguments | | TBD by Court |
| | | |
| **Motions for Summary Judgment** | | |
| Parties file any Motions for Summary Judgment | March 1, 2027 | April 16, 2027 |
| Parties file Responses to MSJs | April 30, 2027 | May 28, 2027 |
| Parties file Replies to MSJ Responses | June 14, 2027 | June 25, 2027 |
| MSJ Oral Arguments | July 2027 | TBD by court |

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| **Second Mediation** | | |
| Last Day to Mediate | August 13, 2027 | |
| | | |
| **TRIAL** | | |
| Trial of Tennessee actions and remand for others | October 1, 2027 or shortly thereafter | 75-100 days after ruling on MSJ |