# EXHIBIT A12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE LIPITOR ANTITRUST LITIGATION<br><br>This Document Related To:<br><br>ALL CASES | Master Docket No.<br><br>3:12-cv-02389-PGS-DEA |
|---|---|

**FURTHER AMENDED SCHEDULING ORDER**

It is hereby ORDERED that the Amended Scheduling Order previously entered at ECF No. 854 will be amended as follows:

1. It is hereby ORDERED that litigation shall proceed under the following schedule:

| Event | Current | Amended |
|---|---|---|
| Date for commencing rolling production of documents. Privilege logs that correspond to each production shall be served no later than six weeks thereafter. | May 30, 2019 | January 22, 2020 |
| Date for substantial completion of production of documents responsive to RFPs served on or before March 1, 2018; date for Defendants to report election as to waiver of privilege | September 26, 2019 | March 18, 2020 |
| Fact discovery closes | March 26, 2020 | November 4, 2020 |
| Plaintiffs serve all opening expert reports | May 21, 2020 | February 10, 2021 |
| Defendants serve opposition expert reports | July 30, 2020 | May 5, 2021 |
| Plaintiffs serve rebuttal expert reports | September 17, 2020 | July 7, 2021 |
| Close of expert discovery[1] | November 12, 2020 | September 1, 2021 |

2. No later than October 14, 2019 the parties are directed to submit proposed dates for the remainder of the schedule either jointly or in competing forms of order.

Dated: 10/1/19

BY THE COURT:

_____
Honorable Douglas E. Arpert, U.S.M.J.

---

[1] Each expert is to be deposed only one time.