# EXHIBIT A13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | MDL NO. 2460 |
|---|---|
| NIASPAN ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## [~~PROPOSED~~] CORRECTED SEVENTH AMENDED SCHEDULING ORDER

**IT IS ORDERED** that the deadlines in the above-caption action are AMENDED as follows:

| Previous Date | Due Date | Event |
|---|---|---|
| March 30, 2018 | March 30, 2018 | Close of fact discovery - all discovery requests and subpoenas must be served to be answerable by this date, except as noted below. |
| April 6, 2018 | April 6, 2018 | Completion of depositions of designees of Lupin Pharmaceuticals, Inc., City of Providence, and all other depositions as addressed at the March 29, 2018, status conference. Giant Eagle files report regarding data production by McKesson Corporation. |
| April 12, 2018 | April 12, 2018 | Completion of deposition of designee of McKesson Corporation. |
| April 17, 2018 | April 17, 2018 | Completion of depositions of designees of entities addressed in this Court's Order dated March 20. |
| May 31, 2018 | May 31, 2018 | Plaintiffs serve opening expert reports. |
| June 18, 2018 | June 18, 2018 | Plaintiffs provide defendants with demands. |
| July 16, 2018 | July 16, 2018 | The parties file a joint settlement report. |
| August 27, 2018 | August 27, 2018 | Defendants serve opposition expert reports. |
| October 22, 2018 | October 22, 2018 | Plaintiffs serve rebuttal expert reports. |
| December 19, 2018 | December 19, 2018 | Plaintiffs file class certification motions (along with previously served expert reports). |
| December 19, 2018 | February 8, 2019 | Close of expert depositions. All depositions necessary to class certification motions shall be completed such that the class certification briefing schedule set forth in the Court's Sixth |

| Previous Date | Due Date | Event |
|---|---|---|
| | | Amended Scheduling Order (Dkt # 534) remains in place. |
| February 25, 2019 | February 25, 2019 | Defendants file opposition to class certification motions (along with previously served expert reports). Defendants file any Daubert motions related to experts proffered by Plaintiffs in support of class certification. |
| March 25, 2019 | March 25, 2019 | Plaintiffs file replies to class certification motions.<br><br>Plaintiffs file oppositions to any Daubert motions filed by Defendants relating to Plaintiffs' class certification experts.[1]<br><br>Plaintiffs file any Daubert motions related to experts proffered by Defendants in opposition to class certification. |
| n/a | April 8, 2019 | Defendants file oppositions to any Daubert motions filed by Plaintiffs relating to defense class certification experts. |
| TBD | TBD | Hearing on class certification motions. |
| TBD | TBD | Telephonic conference with Judge DuBois to address summary judgment briefing and further scheduling. |

BY THE COURT:

_Jan E. DuBois_
DuBois, Jan E., J.
11/14/18

---

[1] No party shall file a reply in support of a Daubert motion relating to class certification experts.