UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>    ALL CASES |

## ORDER

Notwithstanding the parties' explanation (Doc. No. 776 at 3-4), the Court would like a copy of their proposed ESI Protocol and Protective Order referenced in Doc. Nos. 776-5 and 776-6 respectively. The Court requests that they do so as soon as possible.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE