UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## SUPPLEMENTAL NOTICE OF APPEARANCE OF E. STEELE CLAYTON IV

The undersigned attorney, E. Steele Clayton IV, of Bass, Berry & Sims PLC, previously entered his appearance as counsel of record for Defendant Brookfield Properties Multifamily LLC on April 26, 2023 (ECF No. 16). Defendant Brookfield Properties Multifamily LLC has since been named as a defendant in *Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742. Pursuant to paragraph 4 of the Court's Practice and Procedures Notice (ECF No. 2), notice is hereby given that E. Steele Clayton IV is entering his appearance in this additional above-referenced matter as counsel of record for Defendant Brookfield Properties Multifamily LLC.

Dated: February 12, 2024.

*/s/ E. Steele Clayton IV*
E. Steele Clayton IV (BPR 017298)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
sclayton@bassberry.com

*Attorneys for Defendant Brookfield Properties Multifamily LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 (ECF No. 2), I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 12, 2024.

*/s/ E. Steele Clayton IV*
E. Steele Clayton IV