UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## SUPPLEMENTAL NOTICE OF APPEARANCE OF YEHUDAH L. BUCHWEITZ

The undersigned attorney, Yehudah L. Buchweitz, of Weil, Gotshal & Manges, LLP, previously entered his appearance as counsel of record for Defendant Brookfield Properties Multifamily LLC by filing a Motion for Admission Pro Hac Vice on May 1, 2023 (ECF No. 44). Defendant Brookfield Properties Multifamily LLC has since been named as a defendant in *Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742. Pursuant to paragraph 4 of the Court's Practice and Procedures Notice (ECF No. 2), notice is hereby given that Yehudah L. Buchweitz is entering his appearance in this additional above-referenced matter as counsel of record for Defendant Brookfield Properties Multifamily LLC.

Dated: February 12, 2024.

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz (Admitted *Pro Hac Vice*)
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Telephone (212) 310-8256
yehudah.buchweitz@weil.com

/s/ E. Steele Clayton IV
E. Steele Clayton IV (BPR 017298)
Jeremy A. Gunn (BPR 039803)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
sclayton@bassberry.com
jeremy.gunn@bassberry.com

*Attorneys for Defendant Brookfield Properties Multifamily LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 12, 2024.

*/s/ Jeremy A. Gunn*
Jeremy A. Gunn
