UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT W. TAYLOR

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Robert W. Taylor hereby moves for admission to appear *pro hac vice* in the above-captioned action as additional counsel for Defendant Brookfield Properties Multifamily LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the U.S. District Court for the Southern District of New York. A Certificate of Good Standing issued by the Southern District of New York is attached as **Exhibit A**.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

E. Steele Clayton IV, BPR #017298
Jeremy A. Gunn, BPR #039803
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6205
sclayton@bassberry.com
jeremy.gunn@bassberry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

/s/ *Robert W. Taylor*
Robert W. Taylor
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8796
Robert.Taylor@weil.com

BASS, BERRY & SIMS PLC

/s/ *E. Steele Clayton IV*
E. Steele Clayton IV, BPR #017298
Jeremy A. Gunn, BPR #039803
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6205
sclayton@bassberry.com
jeremy.gunn@bassberry.com

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 12, 2024.

<u>/s/ E. Steele Clayton IV</u>
E. Steele Clayton IV
