# EXHIBIT A

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__ROBERT  WILLIAM  TAYLOR__ , Bar # __5514765__

was duly admitted to practice in the Court on

__April 28, 2020__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.          On     __January 16, 2024__
         New York, New York

__Ruby J. Krajick__      By      __s/B.Cong__
Clerk of Court                   Deputy Clerk