# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## [PROPOSED] ORDER GRANTING DEFENDANT'S LINCOLN PROPERTY COMPANY'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF GREGORY J. CASAS AT FEBRUARY 16 SCHEDULING CONFERENCE

Having considered Defendant Lincoln Property Company's unopposed motion to excuse live appearance of Gregory J. Casas, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the February 16, 2024 Scheduling Conference, the Court **GRANTS** the motion.

IT IS SO ORDERED

 

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE