# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>3:23-cv-331<br>3:23-cv-333<br>3:23-cv-326<br>3:23-cv-377<br>3:23-cv-445<br>3:23-cv-338<br>3:23-cv-411<br>3:23-cv-379<br>3:23-cv-387<br>3:23-cv-390<br>3:23-cv-344<br>3:23-cv-388<br>3:23-cv-334<br>3:23-cv-389<br>3:23-cv-416<br>3:23-cv-358<br>3:23-cv-380<br>3:23-cv-339<br>3:23-cv-330<br>3:23-cv-329<br>3:23-cv-337<br>3:23-cv-412<br>3:23-cv-381<br>3:23-cv-391<br>3:23-cv-335<br>3:23-cv-415<br>3:23-cv-414<br>3:23-cv-345<br>3:23-cv-356 |

## ORDER

Pursaunt to the parties' agreement reflected in Paragraph V.D. of the Joint Report Concerning Rule 26(f) Conference (Doc. No. 776 at 6-7), the parties shall file an agreed order on or before Tuesday, **February 20, 2024**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE