# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
)
) ss.
)
EASTERN DISTRICT OF VIRGINIA    )

    I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

    DO HEREBY CERTIFY that   William Cole Geddy  , ID # 93511 was duly admitted to practice in said Court on 1/22/2019 and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk

Dated at Richmond, Virginia
On February 7, 2024.