# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | Case No. 3:23-md-3071 |
| | ) | MDL No. 3071 |
| | ) | |
| IN RE: REALPAGE, INC., RENTAL | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| SOFTWARE ANTITRUST LITIGATION | ) | |
| (NO. II) | ) | Magistrate Judge Barbara D. Holmes |
| | ) | |
| | ) | This Document Relates to: |
| | ) | |
| | ) | 3:23-cv-00378 |
| | ) | 3:23-cv-00742 |
| | ) | 3:23-cv-00979 |
| | ) | |
| | ) | |
| | ) | |

## MOTION OF FARANAK TABATABAI ASL
## FOR ADMISSION *PRO HAC VICE*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division ▾

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071 |
| v. | Judge Waverly D. Crenshaw, Jr. ▾ |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Faranak Tabatabai Asl hereby moves for admission to appear

*pro hac vice* in the above-captioned action as counsel for Bozzuto Management Company.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

true and correct:

1.	I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2.	I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

n/a

3.	I have not been found in contempt by any court or tribunal, except as provided below:

n/a

4.	I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

n/a

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

n/a

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

n/a

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Charles E. Elder
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400, Nashville, TN 37203
(615) 252-3597, celder@bradley.com

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Faranak Tabatabai Asl

/s/ _____ Signature

Name: Faranak Tabatabai Asl

State where admitted and State Bar Number: New York; Bar Number 4515284

Business Address: Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004

Local Address [if different from above]:

Phone: (212) 837-6296

Email: fara.tabatabai@hugheshubbard.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 13, 2024.

*/s/ Charles E. Elder*

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]