# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____FARANAK   SHARON   TABATABAI ASL_____ , Bar # _____FT3774_____

was duly admitted to practice in the Court on

_____August 07, 2007_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.      On     _____February 13, 2024_____
New York, New York

_____Ruby J. Krajick_____
Clerk of Court

By   s/ Samantha Gonzalez
_____Deputy Clerk_____