# EXHIBIT 1

# Corrected Appendix D

| Defendant | Date of Initial Preservation Notice |
|---|---|
| Allied Orion Group, LLC | 2/22/2023 |
| Apartment Management Consultants, LLC | 1/18/2024 |
| Avenue5 Residential, LLC | 11/18/2022 |
| Bell Partners, Inc. | 1/30/2023 |
| BH Management Services, LLC | 11/9/2022 |
| Bozzuto Management Company | 5/3/2023 |
| Brookfield Properties Multifamily LLC | 11/22/2022 |
| Camden Property Trust | 11/22/2022 |
| CH Real Estate Services, LLC | 2/13/2023[1] |
| ConAm Management Corporation | 11/30/2022 |
| Cortland Management, LLC | 1/31/2023 |
| CWS Apartment Homes, LLC | 1/19/2023 |
| Dayrise Residential, LLC | 5/24/2023 |

---

[1] Initial date appropriate individuals advised of preservation obligations.

1

| | |
|---|---|
| ECI Management, LLC | 9/7/2023 |
| Equity Residential | 10/25/2022 |
| Essex Property Trust, Inc. | 10/21/2022 |
| First Communities Management, Inc. | 1/31/2024 |
| FPI Management, Inc. | 12/8/2022 |
| Greystar Management Services, LLC | 4/24/2023 |
| Highmark Residential, LLC | 12/2/2022 |
| Independence Realty Trust, Inc. | 11/16/2022 |
| Kairoi Management, LLC | 12/21/2022 |
| Knightvest Residential | 2/10/2023 |
| Lantower Luxury Living, LLC | 2/28/2023 |
| Lincoln Property Co. | 10/24/2022 |
| Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. | 10/21/2022 |
| Mission Rock Residential, LLC | 1/27/2023 |
| Morgan Properties | 12/5/2022 |

| | |
|---|---|
| RealPage, Inc. | 10/24/2022 |
| RPM Living, LLC | 1/9/2023 |
| Security Properties Residential, LLC | 11/30/2022 |
| Sherman Associates, Inc. | 12/30/2022 |
| Simpson Property Group, LLC | 1/27/2023 |
| The Related Companies, L.P. and Related Management Company, L.P. | 7/11/2023 |
| Thoma Bravo, L.P. | 1/27/2023 |
| Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P. | 8/4/2023 |
| Thrive Communities Management, LLC | 12/1/2022 |
| Trammell Crow Residential Company and Crow Holdings | 7/27/2023 |
| UDR, Inc. | 11/10/2022 |
| Windsor Property Management Company | 12/23/2022 |
| WinnCompanies LLC and WinnResidential Manager Corp. | 2/28/2023 |
| ZRS Management, LLC | 1/11/2023 |