# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**JURY DEMAND**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

## DEFENDANTS' NOTICE CONCERNING PRIVILEGE LOGGING DISPUTE IN DRAFT ESI PROTOCOL

On February 13, 2024, the Court held a telephonic conference with the Parties. During this conference the Court requested that the parties submit additional information regarding their dispute over the privilege logging requirements contained in the ESI Protocol. Defendants propose that the parties be required to prepare only one log entry for a single, wholly privileged email chain. Plaintiffs would have the parties prepare a privilege log entry for every constituent email of such a string.

Plaintiffs are incorrect to suggest that logging a wholly-privileged email chain in a single line on a privilege log would somehow hide non-privileged and responsive documents from Plaintiffs. If a non-privileged email in an email chain is responsive to an agreed-upon or court-ordered document request, Defendants will produce that email. However, if all emails in an email

chain are privileged, Defendants should be able to list that email chain or email in a single line on their privilege log.

By way of example, under Defendants' proposal, if a leasing manager at Defendant Windsor Property Management Company ("Windsor") asks an in-house attorney for legal advice on revisions to a leasing agreement and the attorney and leasing manager discuss that advice in a series of 10 emails, Windsor would not need to log all 10 emails as separate entries on its privilege log. Instead, Windsor would list the entire email chain in a single entry on its privilege log. *See* Ex. A (example of privileged email string); Ex. B (example of privilege logs for same email under defendants' proposed language and plaintiffs' proposed language). If Plaintiffs believe that the privilege log entry for that email chain is over-inclusive or not sufficiently descriptive, they could request that Windsor log each email in the chain and each attachment in the email chain separately in a supplemental privilege log. The same rules would apply to Plaintiffs. For example, if a Plaintiff had an extended email discussion with counsel over, that Plaintiff would not need to separately log each back and forth email but could list the entire email chain in a single entry on its privilege log.

The parties have already agreed that responsive emails should be produced as threads containing the most-inclusive version of each email sent and received in a chain of emails. Plaintiffs have not explained why they should depart from such an approach here.

This approach avoids unnecessary burdens in drafting privilege logs while giving Plaintiffs the information necessary to evaluate claims of privilege. *See, e.g.*, The Sedona Principles, Third Edition: Best Practices, Recommendations & Principles for Addressing Electronic Document Production, 19 Sedona Conf. J. 1, Cmt. 10.h (2018) ("Logging large volumes of withheld ESI is often costly, burdensome, time-consuming, and disproportionate to the needs of the case."); *United*

*States v. Davita, Inc.*, 301 F.R.D. 676, 685 (N.D. Ga. 2014) ("[T]he Court is concerned with the potential of massive amounts of duplication. A typical email string may exist in multiple different forms as more and more communications are added. . . . The Court does not intend that [an] email [chain] be logged ten separate times, which in this case might turn Defendants' 250 pages of logs into 2,500 pages with little added benefit."). The Court should adopt Defendants' proposed language concerning privilege logging.

Dated: February 14, 2024

| | |
|---|---|
| */s/ Jay Srinivasan* | */s/ Edwin Buffmire* |
| Jay Srinivasan (admitted *pro hac vice*) | Edwin Buffmire |
| jsrinivasan@gibsondunn.com | ebuffmire@jw.com |
| Daniel G. Swanson (admitted *pro hac vice*) | Michael Moran |
| dswanson@gibsondunn.com | mmoran@jw.com |
| GIBSON, DUNN & CRUTCHER LLP | JACKSON WALKER LLP |
| 333 South Grand Avenue | 2323 Ross Ave., Suite 600 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: (213) 229-7430 | Telephone: (214) 953-6000 |
| | |
| Stephen Weissman (admitted *pro hac vice*) | Kevin Fulton |
| sweissman@gibsondunn.com | kevin@fultonlg.com |
| Michael J. Perry (admitted *pro hac vice*) | THE FULTON LAW GROUP PLLC |
| mjperry@gibsondunn.com | 7676 Hillmont St., Suite 191 |
| GIBSON, DUNN & CRUTCHER LLP | Houston, TX 77040 |
| 1050 Connecticut Avenue, NW | Telephone: (713) 589-6964 |
| Washington, DC 20036 | |
| Telephone: (202) 955-8678 | *Counsel for Defendant Allied Orion Group, LLC* |

S. Christopher Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

| | |
|---|---|
| */s/ Danny David* <br> Danny David <br> danny.david@bakerbotts.com <br> BAKER BOTTS LLP <br> 910 Louisiana Street <br> Houston, TX 77002 <br> Telephone: (713) 229-4055 <br><br> James Kress (*pro hac vice* forthcoming) <br> james.kress@bakerbotts.com <br> Paul Cuomo (*pro hac vice* forthcoming) <br> paul.cuomo@bakerbotts.com <br> BAKER BOTTS LLP <br> 700 K. Street, NW <br> Washington, DC 20001 <br> Telephone: (202) 639-7884 <br><br> John R. Jacobson (#14365) <br> jjacobson@rjfirm.com <br> Milton S. McGee, III (#24150) <br> tmcgee@rjfirm.com <br> RILEY & JACOBSON, PLC <br> 1906 West End Avenue <br> Nashville, TN 37203 <br> Telephone: (615) 320-3700 <br><br> *Counsel for Defendant Avenue5 Residential, LLC* | /s/ *Ian Simmons* <br> Ian Simmons <br> isimmons@omm.com <br> Patrick Jones <br> pjones@omm.com <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 383-5196 <br><br> Stephen McIntyre <br> smcintyre@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 18th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 430-6000 <br><br> *Counsel for Defendant BH Management Services, LLC* |

/s/ *Marguerite Willis*  
Marguerite Willis (admitted *pro hac vice*)  
mwillis@maynardnexsen.com  
MAYNARD NEXSEN PC  
104 South Main Street  
Greenville, SC 29601  
Telephone: (864) 370-2211  

Michael A. Parente (admitted *pro hac vice*)  
mparente@maynardnexsen.com  
MAYNARD NEXSEN PC  
1230 Main Street, Suite 700  
Columbia, SC 29201  
Telephone: (803) 771-8900  

Margaret M. Siller (BPR No. 039058)  
msiller@maynardnexsen.com  
MAYNARD NEXSEN PC  
1131 4th Avenue South, Suite 320  
Nashville, Tennessee 37210  
Telephone: (629) 258-2253  

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*  
Edwin Buffmire  
ebuffmire@jw.com  
Michael Moran  
mmoran@jw.com  
JACKSON WALKER LLP  
2323 Ross Ave., Suite 600  
Dallas, TX 75201  
Telephone: (214) 953-6000  

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

<table>
<tr><td>

*/s/ James D. Bragdon*
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant*
*Bozzuto Management Company*

</td><td>

*/s/ Yehudah L. Buchweitz*
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

*/s/ E. Steele Clayton IV*
E. Steele Clayton IV (BPR 017298)
sclayton@bassberry.com
Jeremy A. Gunn (BPR 039803)
jeremy.gunn@bassberry.com
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Counsel for Defendant Brookfield Properties Multifamily LLC*

</td></tr>
</table>

| | |
|---|---|
| */s/ Danielle R. Foley*<br>Danielle R. Foley (admitted *pro hac vice*)<br>drfoley@venable.com<br>Andrew B. Dickson (admitted *pro have vice*)<br>abdickson@venable.com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>(202) 344-4300<br><br>*Counsel for Defendant CH Real Estate Services, LLC*<br><br>*/s/ Benjamin R. Nagin*<br>Benjamin R. Nagin<br>bnagin@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br><br>*Counsel for Defendant ConAm Management Corporation* | */s/ Lynn H. Murray*<br>Lynn H. Murray<br>lhmurray@shb.com<br>Maveric Ray Searle<br>msearle@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>111 S. Wacker Dr., Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 704-7766<br><br>Ryan Sandrock<br>rsandrock@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 544-1944<br><br>Laurie A. Novion<br>lnovion@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 559-2352<br><br>*Counsel for Defendant Camden Property Trust* |
| */s/ Bradley C. Weber*<br>Bradley C. Weber (admitted *pro hac vice*)<br>bweber@lockelord.com<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8497<br><br>*Counsel for Defendant Dayrise Residential, LLC* | */s/ Todd R. Seelman*<br>Todd R. Seelman<br>todd.seelman@lewisbrisbois.com<br>Thomas L. Dyer<br>thomas.dyer@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203<br>Telephone: (720) 292-2002<br><br>*Counsel for Defendant Cortland Management, LLC* |

*/s/ Ann MacDonald*
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*


| | |
|---|---|
| */s/ Charles H. Samel* | */s/ Carl W. Hittinger* |
| Charles H. Samel | Carl W. Hittinger |
| charles.samel@stoel.com | chittinger@bakerlaw.com |
| Edward C. Duckers | Alyse F. Stach |
| ed.duckers@stoel.com | astach@bakerlaw.com |
| STOEL RIVES LLP | Tyson Y. Herrold |
| 1 Montgomery Street, Suite 3230 | therrold@bakerlaw.com |
| San Francisco, CA 94104 | BAKER & HOSTETLER LLP |
| Telephone: (415) 617-8900 | 1735 Market Street, Suite 3300 |
| | Philadelphia, PA 19103-7501 |
| George A. Guthrie | Telephone: (215) 568-3100 |
| gguthrie@wilkefleury.com | |
| WILKE FLEURY LLP | Stephen J. Zralek, BPR #018971 |
| 621 Capitol Mall, Suite 900 | szralek@spencerfane.com |
| Sacramento, CA 95814 | S. Chase Fann, BPR #036794 |
| Telephone: (916) 441-2430 | cfann@spencerfane.com |
| | SPENCER FANE LLP |
| *Counsel for Defendant FPI Management, Inc.* | 511 Union Street, Suite 1000 |
| | Nashville, TN 37219 |
| | Telephone: (615) 238-6300 |
| | |
| | *Counsel for Defendant Equity Residential* |

9

| | |
|---|---|
| *./s/ Michael D. Bonanno*<br>Michael D. Bonanno (admitted *pro hac vice*)<br>mikebonanno@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8225<br><br>Christopher Daniel Kercher (admitted *pro hac vice*)<br>christopherkercher@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>Andrew Gardella, Esq. (TN Bar #027247)<br>agardella@martintate.com<br>MARTIN, TATE, MORROW & MARSTON P.C.<br>315 Deaderick Street, Suite 1550<br>Nashville, TN 37238<br>Telephone: (615) 627-0668<br><br>*Counsel for Defendant Highmark Residential, LLC*<br><br>*/s/ Cliff A. Wade*<br>Cliff A. Wade<br>cliff.wade@bakerlopez.com<br>Chelsea L. Futrell<br>chelsea.futrell@bakerlopez.com<br>BAKER LOPEZ PLLC<br>5728 LBJ Freeway, Suite 150<br>Dallas, Texas 75240<br>Telephone: (469) 206-9384<br><br>*Counsel for Defendant Knightvest Residential* | */s/ Leo D. Caseria*<br>Leo D. Caseria<br>lcaseria@sheppardmullin.com<br>Helen C. Eckert<br>heckert@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC, 20006<br>Telephone: (202) 747-1925<br><br>Arman Oruc<br>aoruc@goodwinlaw.com<br>GOODWIN PROCTER, LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br><br>*Counsel for Defendant Essex Property Trust, Inc.* |

| | |
|---|---|
| */s/ Gregory J. Casas* | */s/ John J. Sullivan* |
| Gregory J. Casas (admitted *pro hac vice*) | John J. Sullivan (admitted *pro hac vice*) |
| casasg@gtlaw.com | jsullivan@cozen.com |
| Emily W. Collins (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Emily.Collins@gtlaw.com | 3 WTC, 175 Greenwich St., 55th Floor |
| GREENBERG TRAURIG, LLP | New York, NY 10007 |
| 300 West 6th Street, Suite 2050 | Telephone: (212) 453-3729 |
| Austin, TX 78701-4052 | |
| Telephone: (512) 320-7200 | Molly Rucki (admitted *pro hac vice*) |
| | mrucki@cozen.com |
| Robert J. Herrington (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Robert.Herrington@gtlaw.com | 1200 19th St. NW, Suite 300 |
| GREENBERG TRAURIG, LLP | Washington, DC 20036 |
| 1840 Century Park East, Suite 1900 | Telephone: (202) 912-4884 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 586-7700 | *Counsel for Defendant Independence Realty Trust, Inc.* |
| Becky L. Caruso (admitted *pro hac vice*) | |
| Becky.Caruso@gtlaw.com | |
| GREENBERG TRAURIG, LLP | |
| 500 Campus Drive, Suite 400 | |
| Florham Park, NJ 07932 | |
| Telephone: (973) 443-3252 | |
| | |
| */s/ Ryan T. Holt* | */s/ Eliot Turner* |
| Ryan T. Holt (No. 30191) | Eliot Turner |
| rholt@srvhlaw.com | eliot.turner@nortonrosefulbright.com |
| Mark Alexander Carver (No. 36754) | NORTON ROSE FULBRIGHT US LLP |
| acarver@srvhlaw.com | 1301 McKinney, Suite 5100, |
| SHERRARD ROE VOIGT & HARBISON, PLC | Houston, Texas 77010 |
| 150 Third Avenue South, Suite 1100 | Telephone: (713) 651-5151 |
| Nashville, Tennessee 37201 | |
| Tel. (615) 742-4200 | *Counsel for Defendant Kairoi Management, LLC* |
| | |
| *Counsel for Defendant Lincoln Property Company* | |

/s/ *Michael W. Scarborough*
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ *Michael M. Maddigan*
Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450

Karen Hoffman Lent (admitted *pro hac vice)*
Karen.lent@skadden.com
Boris Bershteyn (admitted *pro hac vice)*
Boris.bershtryn@skadden.com
Evan Kreiner (admitted *pro hac vice)*
Evan.Kreiner@skadden.com
Sam Auld (admitted *pro hac vice)*
Sam.Auld@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

*Counsel for Defendant Greystar Management Services, LLC*

*/s/ Britt M. Miller*
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America*
*Apartment Communities, Inc. and Mid-America*
*Apartments, L.P.*

| */s/ Jeffrey C. Bank* | */s/ Richard P. Sybert* |
|---|---|
| Jeffrey C. Bank | Richard P. Sybert (WSBA No. 8357) |
| jbank@wsgr.com | rsybert@grsm.com |
| WILSON SONSINI GOODRICH & ROSATI PC | GORDON REES SCULLY MANSUKHANI |
| 1700 K Street NW, Fifth Floor | 701 Fifth Avenue, Suite 2100 |
| Washington, DC 20006 | Seattle, WA 98104 |
| Telephone: (202) 973-8800 | Telephone: (206) 321-5222 |
| | |
| *Counsel for Defendant Morgan Properties* | *Counsel for Defendant First Communities* |
| *Management Company, LLC* | *Management, Inc.* |

*/s/ Jose Dino Vasquez*
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties Residential, LLC*

*/s/ David A. Walton*
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*

*/s/ Diane R. Hazel*
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*

*/s/ Brent Justus*
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

*/s/ Yonaton Rosenzweig*
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

*/s/ Andrew Harris*
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

*/s/ Nicholas A. Gravante, Jr.*
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

Georgia Winston (admitted *pro hac vice)*
gwinston@wmhlaw.com
JACKSON LEWIS, P.C.
250 Vesey Street, 27th Floor
New York, NY 10281
Telephone: (212) 335-2972

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

*/s/ Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000

/s/ Joshua L. Burgener
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

/s/ Stephen M. Medlock
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Michael S. McCambridge (admitted *pro hac vice*)
mmccambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Matt T. Adamson
Matt T. Adamson
madamson@jpclaw.com
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ Ferdose al-Taie
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ Jeffrey S. Cashdan
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*

/s/ James H. Mutchnik
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Sarah B. Miller
Sarah B. Miller (TN#33441)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
smiller@bassberry.com

Amy F. Sorenson (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
asorenson@swlaw.com

Colin P. Ahler (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
One East Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
cahler@swlaw.com

*Counsel for Defendant Apartment Management Consultants, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                            */s/ Stephen M. Medlock*
                                            Stephen M. Medlock