# Exhibit A

**Windsor, Revenue Manager**

**From:** Windsor, Revenue Manager
**Sent:** Wednesday, February 14, 2024 2:15 PM
**To:** Counsel, In-House
**Subject:** Re: Pressing Legal Question

Dear In-House,

Thanks very much for all of your advice, I will proceed accordingly.

Kind regards,

Revenue Manager

---

**From:** Counsel, In-House
**Sent:** Wednesday, February 14, 2024 12:17 PM
**To:** Windsor, Revenue Manager
**Subject:** Re: Pressing Legal Question

Dear Revenue Manager,

That is correct.

Kind regards,

In-House Counsel

---

**From:** Windsor, Revenue Manager
**Sent:** Wednesday, February 14, 2024 12:01 PM
**To:** Counsel, In-House
**Subject:** Re: Pressing Legal Question

Dear In-House,

So, just to be clear, if I do [X] I will comply with state law?

Kind regards,

Revenue Manager

**From:** Counsel, In-House
**Sent:** Wednesday, February 14, 2024 11:45 AM
**To:** Windsor, Revenue Manager
**Subject:** Re: Pressing Legal Question

Dear Revenue Manager,

[Follow-up answer explaining relevant nuance.]

Kind regards,

In-House Counsel

---

**From:** Windsor, Revenue Manager
**Sent:** Wednesday, February 14, 2024 11:10 AM
**To:** Counsel, In-House
**Subject:** Re: Pressing Legal Question

Dear In-House,

[Follow up question about nuance of legal requirements in an alternative scenario.]

Kind regards,

Revenue Manager

---

**From:** Counsel, In-House
**Sent:** Tuesday, February 13, 2024 6:35 PM
**To:** Windsor, Revenue Manager
**Subject:** Re: Pressing Legal Question

Dear Revenue Manager,

[General answer applying law to facts.]

Kind regards,

In-House Counsel

**From:**     Windsor, Revenue Manager
**Sent:**     Tuesday, February 13, 2024 12:01 PM
**To:**     Counsel, In-House
**Subject:**     Re: Pressing Legal Question

Dear In-House,

[Explanation of relevant background facts necessary to answer legal question.]

Kind regards,

Revenue Manager

---

**From:**     Counsel, In-House
**Sent:**     Tuesday, February 13, 2024 10:25 AM
**To:**     Windsor, Revenue Manager
**Subject:**     Re: Pressing Legal Question

Dear Revenue Manager,

[Follow-up question about facts needed to answer legal question.]

Kind regards,

In-House Counsel

---

**From:** Windsor, Revenue Manager
**Sent:** Tuesday, February 13, 2024 9:30 AM
**To:** Counsel, In-House
**Subject:** Pressing Legal Question

Dear In-House,

[General question concerning the Windsor's legal obligations in a template leasing agreement].

Kind regards,

Revenue Manager

---