# Exhibit B

## Example Log Under Plaintiffs' Proposal

| Privilege Description | CustodianAll | Email Thread ID | Page Count | Fingerprint | EmailSubject | Date Sent | Time Sent | Time Zone | Email From | Email To | Email CC | Email BCC | Doc Title | Author | DocExt | Confidentiality | Production Volume | Redacted | Paper | BegBates | EndBates | BegAttach | EndAttach |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email to legal counsel regarding previously provided legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/14/2024 | 2:15 PM | EST | Revenue Manager | In-House Counsel | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email to legal counsel seeking clarification on legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/14/2024 | 12:17 PM | EST | In-House Counsel | Revenue Manager | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email from legal counsel providing legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/14/2024 | 12:01 PM | EST | Revenue Manager | In-House Counsel | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email to legal counsel seeking clarification on legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/14/2024 | 11:45 AM | EST | In-House Counsel | Revenue Manager | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email from legal counsel providing legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/14/2024 | 11:10 AM | EST | Revenue Manager | In-House Counsel | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email to legal counsel transmitting information necessary for the provision of legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/13/2024 | 6:35 PM | EST | In-House Counsel | Revenue Manager | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email to legal counsel transmitting information necessary for the provision of legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/13/2024 | 12:01 PM | EST | Revenue Manager | In-House Counsel | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email from legal counsel requesting information necessary to provide legal advice. | Revenue Manager | 12345 | 1 | | Re: Pressing Legal Question | 2/13/2024 | 10:25 AM | EST | In-House Counsel | Revenue Manager | | | | | | Highly Confidential | | Withheld | No | | | | |
| Email to legal counsel requesting legal advice. | Revenue Manager | 12345 | 1 | | Pressing Legal Question | 2/13/2024 | 9:30 AM | EST | Revenue Manager | In-House Counsel | | | | | | Highly Confidential | | Withheld | No | | | | |

## Example Log Under Defendants' Proposal

| Privilege Description | CustodianAll | Email Thread ID | Page Count | Fingerprint | EmailSubject | Date Sent | Time Sent | Time Zone | Email From | Email To | Email CC | Email BCC | Doc Title | Author | DocExt | Confidentiality | Production Volume | Redacted | Paper | BegBates | EndBates | BegAttach | EndAttach |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email exchange with legal counsel requesting and receiving specific legal advice. | Revenue Manager | 12345 | 4 | | Re: Pressing Legal Question | 2/14/2024 | 2:15 PM | EST | Revenue Manager | In-House Counsel | | | | | | Highly Confidential | | Withheld | No | | | | |