Motion (796) is **GRANTED** and the deadline is extended to **February 20, 2024,** at 3:00 p.m.

Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**JURY DEMAND**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

### JOINT MOTION TO CONTINUE DEADLINE FOR SUBMISSION OF PROPOSED PROTECTIVE ORDER

On February 13, 2024, the Court held a telephonic conference with the Parties. In relevant part, the Court directed the Parties to confer further about revising the language in connection with the Parties' remaining disputes regarding the Protective Order, and to submit a proposed Protective Order by 3 p.m. today with revised language.

Following the call with the Court, the Parties have met and conferred earnestly and in good faith concerning the Protective Order. The Parties have reached an agreement in principle to resolve their areas of dispute, but are still ironing out the specific language. The Parties therefore respectfully request a continuance until **Tuesday, February 20 at 3 p.m.** to submit the proposed Protective Order.