UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>**THIS DOCUMENT RELATES TO:**<br>　　3:22-cv-01082<br>　　3:23-cv-00332<br>　　3:23-cv-00357<br>　　3:23-cv-00378<br>　　3:23-cv-00410<br>　　3:23-cv-00413<br>　　3:23-cv-00552<br>　　3:23-cv-00742<br>　　3:23-cv-00979 |

## ORDER

Plaintiff shall provide a three page response to Defendants' Notice Concerning Privilege Logging Dispute in Draft ESI Protocol (Doc. No. 797) by 3:00 p.m. on **February 15, 2024.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE