UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071 <br> MDL No. 3071 <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL CASES |

## ORDER

As discussed during the telephone conference call on February 13, 2024, the Court finds that an in-person status conference is unnecessary to complete the Case Management Order. Accordingly, the status conference at 1:00 p.m. on February 16, 2024 is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE