> Motion (798) is **GRANTED** and the deadline is extended to **February 15, 2024,** at 1:00 p.m.
>
> /s/ Waverly D. Crenshaw, Jr.
> Chief US District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

### JOINT MOTION TO CONTINUE DEADLINE FOR SUBMISSION OF PROPOSAL ON LIMITS FOR INTERROGATORIES AND REQUESTS FOR ADMISSION

On February 13, 2024, the Court held a telephonic conference with the Parties. In relevant part, the Court asked the Parties to continue to negotiate limits on the number of interrogatories and requests for admission, and come to agreement or submit competing proposals by 3 p.m. today. The Parties are making progress and believe they are narrowing this dispute, and potentially can eliminate it. The Parties therefore respectfully request a continuance until **Thursday, February 15 at 1 p.m.** to submit either a joint proposal or competing proposals.