# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-CV-00440<br>3:23-CV-00326<br>3:23-CV-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE

Gibeault "Beau" C. Creson of Sims|Funk, PLC, 3322 West End Avenue, Suite 200 Nashville, Tennessee 37203, hereby enters his appearance as counsel of record in the above-captioned matter for Defendant Sares Regis Group Commercial, Inc.

Respectfully submitted,

*s/ Gibeault C. Creson*
Gibeault "Beau" C. Creson (#032049)
SIMS|FUNK, PLC
3322 West End Avenue, Ste. 200
Nashville, TN 37203
(615) 292-9335
bcreson@simsfunk.com

*Counsel for Defendant Sares Regis Group Commercial, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of February 2024, pursuant to the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), the foregoing was electronically filed and served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Beau C. Creson*