# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406 : : : : : | Master File 2:13-cv-20000-RDP |

**PLAINTIFFS' STATUS REPORT ON PRIVILEGE SAMPLING**

Since the sampling process began on November 1, 2017, Plaintiffs have devoted thousands of hours to identifying and challenging most of the approximately 700,000 privilege log entries on Defendants' logs. Plaintiffs are pleased to report that work has been incredibly productive—to date, the privilege review system designed by this Court has resulted in **Defendants de-designating and producing approximately <u>450,000 documents</u> from their privilege logs.** This number, by any metric, is simply staggering. As of November 8, 2017, Defendants came into this Court and certified that all of their log entries were reviewed by attorneys and were found to be privileged, and yet **64%** of all of those log entries have since been produced. There is simply no precedent for such a large-scale failure to comply with the rules of discovery.

After Plaintiffs selected their samples on November 10, 2017, Defendants ultimately voluntarily de-designated 40% of all samples before Judge Harwood even reviewed the documents—just days after certifying that all logged documents were privileged. Thus, before Judge Harwood reviewed the samples, certain

1

samples were not even submitted to Judge Harwood at Defendants' own withdrawal of privilege.

While this voluntary de-designation number was shocking at the time, it does not hold a candle to the final results—**between Defendants' de-designations and Judge Harwood's findings, approximately 80% of all sampled documents have been found not privileged**:

Table 1
Total Documents De-Designated By Privilege Master

| R&R Def | Date issued | Total Samples | Total De-Designated in Whole or Part (after Objections) By Privilege Master | Percent De-Designated in Whole or Part By Privilege Master |
|---|---|---|---|---|
| BCBS-LA | 2/21/2018 | 24 | 24 | 100.0% |
| BCBS-NC | 7/30/2018 | 25 | 24 | 96.0% |
| BCBS-AZ | 7/25/2018 | 94 | 88 | 93.6% |
| HMSA | 6/26/2018 | 15 | 14 | 93.3% |
| Anthem | 5/18/2018 | 127 | 112 | 88.2% |
| Horizon | 5/30/2018 | 25 | 22 | 88.0% |
| BCBS-NE | 10/5/2018 | 25 | 22 | 88.0% |
| BCBS-MA | 3/6/2018 | 15 | 13 | 86.7% |
| BCBS-VT | 3/13/2018 | 15 | 13 | 86.7% |
| Capital | 6/26/2018 | 129 | 110 | 85.3% |
| BCBS-TN | 3/14/2018 | 67 | 57 | 85.1% |
| Highmark | 6/11/2018 | 127 | 108 | 85.0% |
| Independence | 7/27/2018 | 167 | 142 | 85.0% |
| BCBS-ND | 3/13/2018 | 53 | 45 | 84.9% |
| HCSC | 5/11/2018 | 168 | 139 | 82.7% |
| BCBS-AL | 2/21/2018 | 88 | 71 | 80.7% |
| BCI | 7/12/2018 | 61 | 49 | 80.3% |

| R&R Def | Date issued | Total Samples | Total De-Designated in Whole or Part (after Objections) By Privilege Master | Percent De-Designated in Whole or Part By Privilege Master |
|---|---|---|---|---|
| BCBS-KS | 8/14/2018 | 66 | 53 | 80.3% |
| BCBS-KC | 10/4/2018 | 86 | 69 | 80.2% |
| BCBS-FL | 2/27/2018 | 25 | 20 | 80.0% |
| BCBS-MN | 2/16/2018 | 14 | 11 | 78.6% |
| BS-CA | 4/30/2018 | 110 | 85 | 77.3% |
| BCBS-SC | 1/25/2018 | 15 | 11 | 73.3% |
| Wellmark | 6/13/2018 | 25 | 18 | 72.0% |
| Carefirst | 10/5/2018 | 159 | 110 | 69.2% |
| BCBS-WY | 1/25/2018 | 15 | 10 | 66.7% |
| TSS | 1/30/2018 | 15 | 10 | 66.7% |
| BCBS-RI | 2/5/2018 | 24 | 16 | 66.7% |
| Cambia | 7/12/2018 | 15 | 10 | 66.7% |
| BCBSA | 1/31/2018 | 87 | 47 | 54.0% |
| Healthnow | 5/11/2018 | 15 | 8 | 53.3% |
| BCBS-MS | 2/16/2018 | 10 | 5 | 50.0% |
| BCBS-AR | 3/23/2018 | 10 | 5 | 50.0% |
| Excellus | 4/10/2018 | 10 | 5 | 50.0% |
| BCBS-MI | 3/14/2018 | 25 | 11 | 44.0% |
| Premera | 4/24/2018 | 23 | 10 | 43.5% |
| | | | | |
| **Totals:** | | **1974** | **1567** | **79.4%** |

Altogether, these numbers paint a troubling picture in light of the Court's order to have Defendants personally certify each of the entries on the privilege log as privileged. Defendants have commanded multiple resources in this litigation for over a year due to their own lack of diligence, requiring the exertion of an unfathomable amount of time and resources on the part of Plaintiffs, this Court, the

3

Special Master and the Privilege Master to even attempt to untangle their privilege logs. Additionally, at a minimum, Plaintiffs were deprived for the vast majority of these documents during discovery.

Despite the above metrics, only one Defendant has chosen to re-review the entirety of its own privilege log, meaning the rest of the Defendants have only reviewed those entries specifically challenged by Plaintiffs.

At this point, it appears that approximately 250,000 documents remain on Defendants' privilege logs. Plaintiffs are prepared to discuss next steps with the Court at tomorrow's discovery conference.

Dated: January 14, 2019 Respectfully Submitted,

*/s/ Barry Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5114
Fax: (205) 212-2932
bragsdale@Sirote.com

*Plaintiffs' Liaison Counsel*

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

Michael Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

*Co-Lead Counsel for the Subscriber Plaintiffs*

Edith M. Kallas
WHATLEY KALLAS, LLP
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

Patrick J. Sheehan
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA 02109
Tel: (617) 573-5118
Fax: (617) 573-5090
psheehan@whatleykallas.com

*Co-Lead Counsel for the Provider Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Barry Ragsdale*
Barry Ragsdale
*Plaintiffs' Liaison Counsel*
