# EXHIBIT A

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, KIRY K. GRAY, Clerk of this Court, certify that

_Patrick E. Breen_, Bar No. _81579_

was duly admitted to practice in this Court on _March 12, 1979_
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _November 13, 2023_
Date

KIRY K. GRAY
Clerk of Court

By _[signature]_

Shea Bourgeois, Deputy Clerk



G-52 (09/13)   Case 3:23-md-03071   Document 806-1   Filed 02/15/24   Page 2 of 2 PageID #: 14699
CERTIFICATE OF GOOD STANDING