# EXHIBIT A

# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Scott W. Perlin__, Bar No. __311169__

was duly admitted to practice in this Court on __January 10, 2017__
DATE

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __November 13, 2023__
Date

KIRY K. GRAY
Clerk of Court

By __/s/ Shea Bourgeois__

Shea Bourgeois, Deputy Clerk



G-52 (09/13)  CERTIFICATE OF GOOD STANDING

Case 3:23-md-03071   Document 807-1   Filed 02/15/24   Page 2 of 2 PageID #: 14705