# EXHIBIT A

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Valentine Hoy

Bar Number 121766

was duly admitted to practice in this Court on December 20, 1986, and is in good standing as a member of the bar of this Court.

Signed on November 7, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court

