UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) NO. 3:23-cv-03071 <br> ) MDL No. 3071 <br> ) <br> ) THIS DOCUMENT RELATES TO: <br> ) <br> ) ALL CASES |

# ORDER

This case is set for a telephonic status conference with Swathi Bojedla and Stephen Medlock for **February 16, 2024,** at 1:00 p.m. Ms. Bojedla and Mr. Medlock shall be prepared to discuss the proposed Joint Electronically Stored Information Order. The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE