UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

## SUPPLEMENTAL NOTICE OF APPEARANCE

Alistair Blacklock of Kirkland & Ellis LLP previously entered his appearance as counsel of record for Defendants Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; and Thoma Bravo, L.P. (the "Thoma Bravo Defendants") (ECF No. 477). The Thoma Bravo Defendants have since been named as defendants in *Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 and *Haynes v. RealPage, Inc. et al*. 3:23-cv-00979. Pursuant to paragraph 4 of the Court's Practice and Procedures Notice (ECF No. 2), notice is hereby given that Alistair Blacklock is entering his appearance in the additional above-referenced matters as counsel of record for the Thoma Bravo Defendants.

Dated: February 15, 2024   By: */s/ Alistair Blacklock*

Alistair Blacklock (*pro hac vice*)
alistair.blacklock@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel for Defendants*
*Thoma Bravo Fund XIII, L.P.; Thoma Bravo*
*Fund XIV, L.P.; and Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ *Alistair Blacklock*
Alistair Blacklock