*Motion (812) is GRANTED.*

*/s/ Waverly D. Crenshaw, Jr.*
Chief US District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:22-cv-01082<br>3:23-cv-00979<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742 |

## PLAINTIFFS' AND DEFENDANT PINNACLE PROPERTY MANAGEMENT SERVICES, LLC'S JOINT MOTION TO STAY ALL DEADLINES

WHEREAS, this Court previously adjourned Pinnacle's deadline to file an answer to the Second Amended Class Action Complaint while the parties finalize and execute a Settlement Agreement (ECF No. 718);

WHEREAS, Plaintiffs and Pinnacle Property Management Services, LLC ("Pinnacle") are continuing to work toward finalizing a Settlement Agreement;

Therefore, Plaintiffs and Pinnacle jointly move the Court to stay all deadlines against Pinnacle, including any pending and future discovery deadlines, while they finalize and execute a Settlement Agreement.