UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON GOLDMAN; JEFFREY WEAVER; BILLIE JO WHITE; NANCY ALEXANDER; BRANDON WATTERS; PRISCILLA PARKER and PATRICK PARKER; BARRY AMAR-HOOVER; JOSHUA KABISCH; MEGHAN CHERRY; SELENA VINCIN; and MAYA HAYNES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> REALPAGE, INC., et al., <br><br> Defendants. | Case No. **3:23-md-03071** <br> MDL No. 3071 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br><br> **DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S MOTION TO SUBSTITUTE COUNSEL OF RECORD** <br><br> This Document Relates to: <br> 3:22-cv-01082 <br> 3:23-cv-00332 <br> 3:23-cv-00357 <br> 3:23-cv-00378 <br> 3:23-cv-00410 <br> 3:23-cv-00413 <br> 3:23-cv-00552 <br> 3:23-cv-00742 <br> 3:23-cv-00979 |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.01(h) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Defendant Greystar Management Services, LLC ("Greystar"), moves to substitute counsel of record in the matters listed above and states as follows:

1. Greystar is represented in this matter by attorneys Michael M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of the law firm Hogan Lovells US LLP, as well as attorneys Joshua C. Cumby, F. Laurens Brock, and Rocklan W. King, III of the law firm Adams and Reese LLP. Greystar requests that the Court allow Hogan Lovells US LLP to withdraw as its counsel.

2. Greystar respectfully requests that the Court permit the substitution of Karen Hoffman Lent (admitted *pro hac vice*), Boris Bershteyn (admitted *pro hac vice*), Evan R. Kreiner (admitted *pro hac vice*), and Sam Auld (admitted *pro hac vice*) of Skadden, Arps, Slate, Meagher & Flom LLP as its counsel in this matter in place of the withdrawing attorneys from Hogan Lovells US LLP.

3. For the avoidance of doubt, Greystar will also continue to be represented by attorneys Joshua C. Cumby, F. Laurens Brock, and Rocklan W. King, III of the law firm Adams and Reese LLP.

WHEREFORE, for all the forgoing reasons, Greystar respectfully requests that the Court grant its Motion to Substitute Counsel, allowing attorneys Karen Hoffman Lent, Boris Bershteyn, Evan R. Kreiner, and Sam Auld, of Skadden, Arps, Slate, Meagher & Flom LLP to be substituted as counsel for Greystar and allowing Michael M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of Hogan Lovells US LLP to withdraw as its counsel in this matter.

Dated: February 21, 2024  /s/ *Karen Hoffman Lent*

                Karen Hoffman Lent (admitted *pro hac vice*)
                Boris Bershteyn (admitted *pro hac vice*)
                Evan R. Kreiner (admitted *pro hac vice*)
                Sam Auld (admitted *pro hac vice*)
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                One Manhattan West
                New York, NY 10001,
                Telephone: (212) 735-3000
                karen.lent@skadden.com
                boris.bershteyn@skadden.com
                evan.kreiner@skadden.com
                sam.auld@skadden.com

                Joshua C. Cumby (BPR No. 37949)
                joshua.cumby@arlaw.com
                F. Laurens Brock (BPR No. 17666)
                larry.brock@arlaw.com
                Rocklan W. King, III (BPR No. 30643)
                rocky.king@arlaw.com
                ADAMS AND REESE LLP
                1600 West End Avenue, Suite 1400
                Nashville, TN 37203
                Telephone: (615) 259-1450

                *Substituting Counsel for Defendant Greystar Management Services, LLC*


                /s/ *Michael M. Maddigan*

                Michael M. Maddigan
                michael.maddigan@hoganlovells.com
                HOGAN LOVELLS US LLP
                1999 Avenue of the Stars, Suite 1400
                Los Angeles, CA 90067
                Telephone: (310) 785-4727


                *Withdrawing Counsel for Defendant Greystar Management Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 21st day of February, 2024. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ *Joshua C. Cumby*