UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON GOLDMAN; JEFFREY WEAVER; BILLIE JO WHITE; NANCY ALEXANDER; BRANDON WATTERS; PRISCILLA PARKER and PATRICK PARKER; BARRY AMAR-HOOVER; JOSHUA KABISCH; MEGHAN CHERRY; SELENA VINCIN; and MAYA HAYNES, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br>v.<br><br>REALPAGE, INC., et al.,<br><br>                Defendants. | Case No. **3:23-md-03071**<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>**[PROPOSED] ORDER**<br><br><br>This Document Relates to:<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

**[PROPOSED] ORDER**

Defendant Greystar Management Services, LLC ("Greystar"), filed a Motion to Substitute Counsel, seeking the substitution of Karen Hoffman Lent, Boris Bershteyn, Evan R. Kreiner, and Sam Auld, of Skadden, Arps, Slate, Meagher & Flom LLP as counsel of record in the above matters in place of Michael M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of Hogan Lovells US LLP.

The Court hereby grants Greystar's Motion to Substitute Counsel and ORDERS that Karen Hoffman Lent, Boris Bershteyn, Evan R. Kreiner, and Sam Auld, of Skadden, Arps, Slate, Meagher & Flom LLP are substituted as counsel of record for Greystar in these matters. Michael

1

M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of Hogan Lovells US LLP are permitted to withdraw as counsel of record for Greystar in these matters.

It is so ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry by:

s/ *Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
Boris Bershteyn (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
Sam Auld (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001,
Telephone: (212) 735-3000
karen.lent@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450

*Substituting Counsel for Defendant Greystar Management Services, LLC*


/s/ *Michael M. Maddigan*
Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727


*Withdrawing Counsel for Defendant Greystar Management Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 21st day of February, 2024. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ *Joshua C. Cumby*