UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>This Document Relates to:<br><br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00390 |

## JOINT NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, the undersigned attorney hereby notifies the Court and counsel that John J. Sullivan, Thomas J. Ingalls, Robert S. Clark of the law firm of Cozen O'Connor shall appear as counsel of record for Defendant Sherman Associates, Inc. A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below.

Dated: February 21, 2024

COZEN O'CONNOR

By: */s/ John J. Sullivan*
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

1

Thomas J. Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041

*Counsel for Defendant Sherman Associates, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 20, 2023, I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 21, 2024.

                                                                      */s/ John J. Sullivan*
                                                                      John J. Sullivan

3

Case 3:23-md-03071   Document 824   Filed 02/21/24   Page 3 of 3 PageID #: 14928