# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>This Document Relates to:<br><br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00390 |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.01(h) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Sherman Associates, Inc., moves to substitute counsel of record in the matters listed above and states as follows:

1. Sherman Associates, Inc. is presently represented in this matter by attorney Diane R. Hazel, Elizabeth A.N. Haas, and Ian Hampton of the law firm Foley & Lardner LLP and Tara L. Swafford and Dylan Harper of the Swafford Law Firm, PLLC;

2. John J. Sullivan, Thomas J. Ingalls, and Robert S. Clark of the law firm Cozen O'Connor recently filed a joint notice of appearance for Sherman Associates, Inc; and

3. Sherman Associates, Inc. requests to substitute as its attorneys in this matter John J. Sullivan, Thomas J. Ingalls, and Robert S. Clark of Cozen O'Connor.

WHEREFORE, Sherman Associates, Inc. requests that this Court grant its motion to substitute counsel, substituting John J. Sullivan, Thomas J. Ingalls and Robert S. Clark as counsel of record for Sherman Associates, Inc., and allowing attorneys Diane R. Hazel, Elizabeth A.N.

Haas, and Ian Hampton of the law firm Foley & Lardner LLP and Tara L. Swafford and Dylan Harper of the Swafford Law Firm, PLLC to withdraw as counsel.

Dated: February 21, 2024　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　　By:　*/s/ John J. Sullivan*
　　　　　　　　　　　　　　　　　　John J. Sullivan (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　jsullivan@cozen.com
　　　　　　　　　　　　　　　　　　COZEN O'CONNOR P.C.
　　　　　　　　　　　　　　　　　　3 WTC, 175 Greenwich St., 55th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　Telephone: (212) 453-3729

　　　　　　　　　　　　　　　　　　Thomas Ingalls (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　tingalls@cozen.com
　　　　　　　　　　　　　　　　　　COZEN O'CONNOR P.C.
　　　　　　　　　　　　　　　　　　1200 19th St. NW, Suite 300
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Telephone: (202) 471-3411

　　　　　　　　　　　　　　　　　　Robert S. Clark (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　robertclark@cozen.com
　　　　　　　　　　　　　　　　　　COZEN O'CONNOR P.C.
　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 2800
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Telephone: (215) 665-2041

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Sherman Associates, Inc.*

FOLEY & LARDNER, LLP

                    By:     /s/ Diane R. Hazel
                            Diane R. Hazel (admitted pro hac vice)
                            dhazel@foley.com
                            FOLEY & LARDNER LLP
                            1400 16th Street, Suite 200
                            Denver, CO 80202
                            Telephone: (720) 437-2000

                            Elizabeth A. N. Haas (admitted pro hac vice)
                            ehaas@foley.com
                            Ian Hampton (admitted pro hac vice)
                            ihampton@foley.com
                            FOLEY & LARDNER LLP
                            777 East Wisconsin Avenue
                            Milwaukee, WI 53202
                            Telephone: (414) 271-2400


                            THE SWAFFORD LAW FIRM, PLLC

                    By:     /s/ Tara L. Swafford
                            Tara L. Swafford, BPR #17577
                            Dylan Harper, BPR #36820
                            The Swafford Law Firm, PLLC
                            321 Billingsly Court, Suite 19
                            Franklin, TN 37067
                            Phone: (615) 599-8406
                            tara@swaffordlawfirm.com
                            dylan@swaffordlawfirm.com

                                       3

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 20, 2023, I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 21, 2024.

*/s/ John J. Sullivan*
John J. Sullivan