UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>This Document Relates to:<br><br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00390 |

### [PROPOSED] ORDER

Defendant Sherman Associates, Inc. has filed a Joint Motion to Substitute Counsel, seeking to substitute John J. Sullivan, Thomas J. Ingalls, and Robert S. Clark as counsel of record in the above matters in place of Diane R. Hazel, Elizabeth A.N. Haas, and Ian Hampton of the law firm Foley & Lardner LLP and Tara L. Swafford and Dylan Harper of the Swafford Law Firm, PLLC. The Court grants the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNTIED STATES DISTRICT JUDGE