# UNITED STATES DISTRICT COURT
## Northern District of Alabama



Greer M. Lynch  
Clerk of Court

Sheri Jones  
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Bethany Rachel Carroll** was duly admitted to practice in said Court on **March 15th, 2023**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on February 20, 2024.

GREER M. LYNCH, CLERK

By: _____
China G. Lawrence, Deputy Clerk

EXHIBIT A