UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. **3:23-md-03071**<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

### ORDER

Defendant Greystar Management Services, LLC ("Greystar"), filed a Motion to Substitute Counsel, (Doc. No. 823) seeking the substitution of Karen Hoffman Lent, Boris Bershteyn, Evan R. Kreiner, and Sam Auld, of Skadden, Arps, Slate, Meagher & Flom LLP as counsel of record in the above matters in place of Michael M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of Hogan Lovells US LLP.

The Court hereby **GRANTS** Greystar's Motion to Substitute Counsel. Karen Hoffman Lent, Boris Bershteyn, Evan R. Kreiner, and Sam Auld, of Skadden, Arps, Slate, Meagher & Flom LLP are substituted as counsel of record for Greystar in these matters. Michael M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of Hogan Lovells US LLP are permitted to withdraw as counsel of record for Greystar in these matters.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE