UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-3071 <br> MDL No. 3071 <br><br> CHIEF JUDGE CRENSHAW <br><br> MAGISTRATE JUDGE HOLMES <br><br> This Document Relates to: <br><br> 3:23-cv-00378 <br> 3:23-cv-00742 <br> 3:23-cv-00979 |

## NOTICE OF APPEARANCE

Caroline D. Spore of Bradley Arant Boult Cummings LLP enters her appearance as counsel of record for Bozzuto Management Company and The Bozzuto Group, and requests service of all pleadings, orders, and other filings in this case.

        *s/ Caroline D. Spore*
        Charles E. Elder (TN BPR # 038250)
        Caroline D. Spore (TN BPR # 036214)
        BRADLEY ARANT BOULT CUMMINGS LLP
        1221 Broadway, Suite 2400
        Nashville, Tennessee 37203
        P: 615.252.3597
        celder@bradley.com
        cspore@bradley.com

        *Counsel for Defendants Bozzuto Management Company, The Bozzuto Group, and Bozzuto Property Management*

## CERTIFICATE OF SERVICE

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on February 28, 2024.

                                                      */s/ Caroline D. Spore*
                                                       Caroline D. Spore