

# CERTIFICATE OF GOOD STANDING

I, Nwamaka Anowi, Clerk of this Court, certify that _____Paul Christopher Cuomo_____ was duly admitted

to practice in this Court on_____March 9, 2017_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on_____February 26, 2024_____.

Nwamaka Anowi
CLERK

A True Copy NWAMAKA ANOWI
Clerk of the United States Court of Appeals
for the Fourth Circuit

_____Nwamaka Anowi_____