**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| ) | |
| ) | **Case No. 3:23-md-03071** |
| ) | **MDL No. 3071** |
| **IN RE: REALPAGE, INC., RENTAL** ) | |
| **SOFTWARE ANTITRUST LITIGATION** ) | **This Document Relates to:** |
| **(NO. II)** ) | |
| ) | **ALL CASES** |
| ) | |

---

## MOTION FOR ADMISSION *PRO HAC VICE*

---

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Adam Kochman hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Greystar Management Services, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member in good standing of the United States District Court for the Southern District of New York.  Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.      I have not been found in contempt by any court or tribunal.

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses.

7.       I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1).

8.       I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9.       By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.


Dated:  February 29, 2024                                     Respectfully submitted,

                                                              */s/ Adam Kochman*
                                                              Adam Kochman
                                                              SKADDEN, ARPS, SLATE,
                                                                MEAGHER & FLOM LLP
                                                              One Manhattan West
                                                              New York, NY 10001
                                                              Phone: (212) 735-3000
                                                              adam.kochman@skadden.com

                                                              *Attorney for Defendant Greystar*
                                                              *Management Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed electronically on this the 29th day of February, 2024. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's ECF system.

*/s/ Joshua Counts Cumby*
Joshua Counts Cumby