# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    ADAM GABRIEL KOCHMAN    , Bar #    5742622

was duly admitted to practice in the Court on

December 27, 2022

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    February 29, 2024
New York, New York

Ruby J. Krajick      By      s/ R. Juliano
Clerk of Court                      Deputy Clerk