UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

## DEFENDANTS' NOTICE RE DISCOVERY LIAISONS

Pursuant to the paragraph 3 of the Joint ESI Order (ECF 815), the undersigned Defendants hereby provide notice of their Discovery Liaisons for this matter:

## Discovery Liaisons

| Defendant | Discovery Liaison |
|---|---|
| Allied Orion Group, LLC | William Nilsson<br>wnilsson@jw.com |
| Apartment Management Consultants, LLC | Colin Ahler<br>cahler@swlaw.com |
| Avenue5 Residential, LLC | Kelsey Paine<br>kelsey.paine@bakerbotts.com |
| Bell Partners, Inc. | Michael Parente<br>MParente@maynardnexsen.com |

1

| Defendant | Discovery Liaison |
|---|---|
| BH Management Services, LLC | Steve McIntyre<br>smcintyre@omm.com |
| Bozzuto Management Company | Fara Tabatabai<br>fara.tabatabai@hugheshubbard.com |
| Brookfield Properties Multifamily LLC | Robert Taylor<br>Robert.Taylor@weil.com |
| Camden Property Trust | Laurie Novion<br>lnovion@shb.com |
| CH Real Estate Services, LLC | Andrew Dickson<br>ABDickson@Venable.com |
| ConAm Management Corporation | Benjamin Nagin<br>bnagin@sidley.com |
| Cortland Management, LLC | Thomas Dyer<br>Thomas.dyer@lewisbrisbois.com |
| CWS Apartment Homes, LLC | Michael Molzberger<br>michael.molzberger@afslaw.com |
| Dayrise Residential, LLC | Brad Weber<br>bweber@lockelord.com |
| ECI Management, LLC | Lohr Beck<br>lohr.beck@kslaw.com |
| Equity Residential | Alyse Stach<br>astach@bakerlaw.com |
| Essex Property Trust, Inc. | Helen Eckert<br>heckert@sheppardmullin.com |
| First Communities Management, Inc. | Richard Sybert<br>rsybert@grsm.com |
| FPI Management, Inc. | Jenna Poligo<br>jenna.poligo@stoel.com |

| Defendant | Discovery Liaison |
|---|---|
| Greystar Management Services, LLC | Adam Kochman<br>Adam.Kochman@skadden.com |
| Highmark Residential, LLC | Carl Spilly<br>carlspilly@quinnemanuel.com |
| Independence Realty Trust, Inc. | Thomas Ingalls<br>TIngalls@cozen.com |
| Kairoi Management, LLC | Alex Cummings<br>alex.cummings@nortonrosefulbright.com |
| Knightvest Residential | Chelsea Futrell<br>chelsea.futrell@bakerlopez.com |
| Lantower Luxury Living, LLC | Kevin Costello<br>kcostello@velaw.com |
| Lincoln Property Co. | Janis Clements<br>clementsj@gtlaw.com |
| Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. | Rachel Lamorte<br>RLamorte@mayerbrown.com |
| Mission Rock Residential, LLC | Yoni Rosenzweig<br>yonirosenzweig@dwt.com |
| Morgan Properties | Rachael Racine<br>rracine@wsgr.com |
| RealPage, Inc. | Ben Sherwood<br>BSherwood@gibsondunn.com |
| RPM Living, LLC | Nathan Cox<br>ncox@bellnunnally.com |
| Security Properties Residential, LLC | Jason Hoeft<br>jhoeft@karrtuttle.com |
| Sherman Associates, Inc. | Thomas Ingalls<br>TIngalls@cozen.com |

| Defendant | Discovery Liaison |
|---|---|
| Simpson Property Group, LLC | Nick Giles<br>NGiles@mcguirewoods.com |
| The Related Companies, L.P. and Related Management Company, L.P. | Georgia Winston<br>gwinston@wmhlaw.com |
| Thoma Bravo, L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P. | Alistair Blacklock<br>alistair.blacklock@kirkland.com |
| Thrive Communities Management, LLC | Kaya Lurie<br>klurie@montgomerypurdue.com |
| Trammell Crow Residential Company and Crow Holdings | Ed Buffmire<br>ebuffmire@jw.com |
| UDR, Inc. | Ramsey Fisher<br>RamseyFisher@mofo.com |
| Windsor Property Management Company | Michael McCambridge<br>MMcCambridge@velaw.com |
| WinnCompanies LLC and WinnResidential Manager Corp. | Evan Fray-Witzer<br>evan@cfwlegal.com |
| ZRS Management, LLC | Anthony Mendenhall<br>tmendenhall@bakerdonelson.com |

Dated: March 1, 2024

Respectfully submitted,

/s/ Jay Srinivasan  
Jay Srinivasan (admitted *pro hac vice*)  
jsrinivasan@gibsondunn.com  
Daniel G. Swanson (admitted *pro hac vice*)  
dswanson@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
333 South Grand Avenue  
Los Angeles, CA 90071  
Telephone: (213) 229-7430  

Stephen Weissman (admitted *pro hac vice*)  
sweissman@gibsondunn.com  
Michael J. Perry (admitted *pro hac vice*)  
mjperry@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, NW  
Washington, DC 20036  
Telephone: (202) 955-8678  

S. Christopher Whittaker (admitted *pro hac vice*)  
cwhittaker@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
1361 Michelson Drive  
Irvine, CA 92612  
Telephone: (212) 351-2671  

Ben A. Sherwood (admitted *pro hac vice*)  
bsherwood@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY 10166  
Telephone: (212) 351-2671  

Thomas H. Dundon (SBN: 004539)  
tdundon@nealharwell.com  
Neal & Harwell, PLC  
1201 Demonbreun Street, Suite 1000  
Nashville, TN 37203  
Telephone: (615) 244-1713  

*Counsel for Defendant RealPage, Inc.*

/s/ Edwin Buffmire  
Edwin Buffmire  
ebuffmire@jw.com  
Michael Moran  
mmoran@jw.com  
JACKSON WALKER LLP  
2323 Ross Ave., Suite 600  
Dallas, TX 75201  
Telephone: (214) 953-6000  

Kevin Fulton  
kevin@fultonlg.com  
THE FULTON LAW GROUP PLLC  
7676 Hillmont St., Suite 191  
Houston, TX 77040  
Telephone: (713) 589-6964  

*Counsel for Defendant Allied Orion Group, LLC*

| | |
|---|---|
| */s/ Danny David* | */s/ Ian Simmons* |
| Danny David | Ian Simmons |
| danny.david@bakerbotts.com | isimmons@omm.com |
| BAKER BOTTS LLP | O'MELVENY & MYERS LLP |
| 910 Louisiana Street | 1625 Eye Street, NW |
| Houston, TX 77002 | Washington, DC 20006 |
| Telephone: (713) 229-4055 | Telephone: (202) 383-5196 |
| | |
| James Kress (admitted *pro hac vice*) | Stephen McIntyre |
| james.kress@bakerbotts.com | smcintyre@omm.com |
| Paul Cuomo (*pro hac vice* pending) | O'MELVENY & MYERS LLP |
| paul.cuomo@bakerbotts.com | 400 South Hope Street, 18th Floor |
| BAKER BOTTS LLP | Los Angeles, CA 90071 |
| 700 K. Street, NW | Telephone: (213) 430-6000 |
| Washington, DC 20001 | |
| Telephone: (202) 639-7884 | *Counsel for Defendant BH Management Services, LLC* |
| | |
| John R. Jacobson (#14365) | |
| jjacobson@rjfirm.com | |
| Milton S. McGee, III (#24150) | |
| tmcgee@rjfirm.com | |
| RILEY & JACOBSON, PLC | |
| 1906 West End Avenue | |
| Nashville, TN 37203 | |
| Telephone: (615) 320-3700 | |
| | |
| *Counsel for Defendant Avenue5 Residential, LLC* | |

/s/ *Marguerite Willis*  
Marguerite Willis (admitted *pro hac vice*)  
mwillis@maynardnexsen.com  
MAYNARD NEXSEN PC  
104 South Main Street  
Greenville, SC 29601  
Telephone: (864) 370-2211  

Michael A. Parente (admitted *pro hac vice*)  
mparente@maynardnexsen.com  
MAYNARD NEXSEN PC  
1230 Main Street, Suite 700  
Columbia, SC 29201  
Telephone: (803) 771-8900  

Margaret M. Siller (BPR No. 039058)  
msiller@maynardnexsen.com  
MAYNARD NEXSEN PC  
1131 4th Avenue South, Suite 320  
Nashville, Tennessee 37210  
Telephone: (629) 258-2253  

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*  
Edwin Buffmire  
ebuffmire@jw.com  
Michael Moran  
mmoran@jw.com  
JACKSON WALKER LLP  
2323 Ross Ave., Suite 600  
Dallas, TX 75201  
Telephone: (214) 953-6000  

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

7

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant*
*Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

/s/ E. Steele Clayton IV
E. Steele Clayton IV (BPR 017298)
sclayton@bassberry.com
Jeremy A. Gunn (BPR 039803)
jeremy.gunn@bassberry.com
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Counsel for Defendant Brookfield Properties Multifamily LLC*

| | |
|---|---|
| */s/ Danielle R. Foley*<br>Danielle R. Foley (admitted *pro hac vice*)<br>drfoley@venable.com<br>Andrew B. Dickson (admitted *pro have vice*)<br>abdickson@venable.com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>(202) 344-4300<br><br>*Counsel for Defendant CH Real Estate Services, LLC*<br><br>*/s/ Benjamin R. Nagin*<br>Benjamin R. Nagin<br>bnagin@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br><br>*Counsel for Defendant ConAm Management Corporation* | */s/ Lynn H. Murray*<br>Lynn H. Murray<br>lhmurray@shb.com<br>Maveric Ray Searle<br>msearle@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>111 S. Wacker Dr., Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 704-7766<br><br>Ryan Sandrock<br>rsandrock@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 544-1944<br><br>Laurie A. Novion<br>lnovion@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: (816) 559-2352<br><br>*Counsel for Defendant Camden Property Trust* |
| */s/ Bradley C. Weber*<br>Bradley C. Weber (admitted *pro hac vice*)<br>bweber@lockelord.com<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8497<br><br>*Counsel for Defendant Dayrise Residential, LLC* | */s/ Todd R. Seelman*<br>Todd R. Seelman<br>todd.seelman@lewisbrisbois.com<br>Thomas L. Dyer<br>thomas.dyer@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203<br>Telephone: (720) 292-2002<br><br>*Counsel for Defendant Cortland Management, LLC* |

*/s/ Ann MacDonald*
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*


*/s/ Charles H. Samel*
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

*/s/ Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
Tyson Y. Herrold
therrold@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

*/s/ Michael D. Bonanno*
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

*/s/ Cliff A. Wade*
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

*/s/ Leo D. Caseria*
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone:  (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

11

/s/ Gregory J. Casas
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

/s/ Ryan T. Holt
Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

/s/ John J. Sullivan
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Thomas Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041

*Counsel for Defendants Independence Realty Trust, Inc. and Sherman Associates, Inc.*

/s/ Eliot Turner
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

/s/ *Michael W. Scarborough*
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ *Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
karen.lent@skadden.com
Boris Bershteyn (admitted *pro hac vice*)
boris.bershteyn@skadden.com
Evan Kreiner (admitted *pro hac vice*)
evan.kreiner@skadden.com
Sam Auld (admitted *pro hac vice*)
sam.auld@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

*/s/ Britt M. Miller*
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* | */s/ Richard P. Sybert* |
| Jeffrey C. Bank | Richard P. Sybert (WSBA No. 8357) |
| jbank@wsgr.com | rsybert@grsm.com |
| WILSON SONSINI GOODRICH & ROSATI PC | GORDON REES SCULLY MANSUKHANI |
| 1700 K Street NW, Fifth Floor | 701 Fifth Avenue, Suite 2100 |
| Washington, DC 20006 | Seattle, WA 98104 |
| Telephone: (202) 973-8800 | Telephone: (206) 321-5222 |
| | |
| Rachael Racine | *Counsel for Defendant First Communities Management, Inc.* |
| rracine@wsgr.com | |
| WILSON SONSINI GOODRICH & ROSATI PC | |
| 1301 Avenue of the Americas, 40th Floor | |
| New York, NY 10019 | |
| Telephone: (212) 497-7766 | |
| | |
| *Counsel for Defendant Morgan Properties Management Company, LLC* | |

14

| | |
|---|---|
| */s/ Jose Dino Vasquez* | */s/ David A. Walton* |
| Jose Dino Vasquez | David A. Walton |
| dvasquez@karrtuttle.com | dwalton@bellnunnally.com |
| Jason Hoeft | Troy Lee (T.J.) Hales |
| jhoeft@karrtuttle.com | thales@bellnunnally.com |
| KARR TUTTLE CAMPBELL | Nathan Cox |
| 701 Fifth Avenue, Suite 3300 | ncox@bellnunnally.com |
| Seattle, WA 98104 | BELL NUNNALLY & MARTIN, LLP |
| Telephone: (206) 223-1313 | 2323 Ross Avenue, Suite 1900 |
| | Dallas, TX 75201 |
| *Counsel for Defendant Security Properties Residential, LLC* | *Counsel for Defendant RPM Living, LLC* |

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Georgia K. Winston
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030

Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

16

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Michael McCambridge
mmcambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ Ferdose al-Taie
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ Jeffrey S. Cashdan
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*

/s/ James H. Mutchnik
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Sarah B. Miller
Sarah B. Miller (TN#33441)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
smiller@bassberry.com

Amy F. Sorenson (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
asorenson@swlaw.com

Colin P. Ahler (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
One East Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
cahler@swlaw.com

*Counsel for Defendant Apartment Management Consultants, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 1st day of March, 2024.

                                                  */s/ Jay Srinivasan*
                                                    Jay Srinivasan