UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00742<br>3:23-cv-00979 |

### ORDER

The Parties agree that AIR's Renewed Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint is moot and withdrawn without prejudice. (Doc. No. 695 and 715). Accordingly, all deadlines applicable to AIR are stayed for 90 days.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE