# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) ALL CASES<br>)<br>) |

## ORDER

On February 20, 2024, the Court entered an approved Stipulation and Order on Federal Rule of Evidence 502. (Doc. No. 822). Accordingly, the Clerk shall **TERM** the parties' pending Joint Motion for Entry of Federal Rule of Evidence 502 Order (Doc. No. 819).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE