UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071 <br> MDL No. 3071 <br><br> THIS DOCUMENT RELATES TO: <br> ALL CASES |

## ORDER

The attorneys designated by the Court as Plaintiffs' Interim Co-Lead Counsel, Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee Counsel, Defendants' Liaison Counsel, and Defendants' Steering Committee Counsel (see Doc. No. 278) **SHALL** be present at the March 8, 2024 status conference at 1:00 p.m. The status conference is **CANCELLED** for everyone else. Anyone involved in this case who wants to listen to the status conference may call 1-888-278-0296, and when prompted enter access code 6564835#. If anyone has difficulty connecting, please contact chambers at (615) 736-7013.

As will be explained more fully at the status conference, the Court is very disappointed by the parties' Joint Status Report (Doc. No. 841) and the way the parties attempted to raise a discovery dispute with the Court. To the extent Plaintiffs seek a ruling regarding the sufficiency of Defendants' initial disclosures, that request is **DENIED WITHOUT PREJUDICE** and will not be addressed on the merits during the status conference.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE