UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br><br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00979 |

## MOTION FOR ADMISSION OF JEFFREY D. MILES *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Jeffrey D. Miles, hereby move this Court for an Order for admission to appear *pro hac vice* as counsel for ECI Management, LLC in the above-captioned action.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that court.

2. I do not reside within the Middle District of Tennessee and do not maintain an office in the District for the practice of law or any other purpose.

3. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

4. I have not been found in contempt by any court or tribunal.

5. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

7. I have not been charged, arrested, or convicted of a criminal offense or offenses.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceedings.

Respectfully submitted this 7th day of March, 2024.

/s/ *Jeffrey D. Miles*
Jeffrey D. Miles
Georgia Bar No. 415881
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jmiles@kslaw.com

*Attorney for Defendant*
*ECI Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2024, I electronically filed the above and foregoing with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jeffrey D. Miles*
Jeffrey D. Miles