

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
                              } ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JEFFREY DAVID MILES, State Bar No. 415881,** was duly admitted to practice in said Court on 03/25/2020 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of February, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk

