UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### DEFENDANTS' MOTION TO REVISE THEIR LIAISON COUNSEL AND STEERING COMMITTEE

Defendants hereby move this Court for an Order revising their Liaison Counsel and Steering Committee to substitute Karen Hoffman Lent for Michael Maddigan and to add David D. Cross, counsel for UDR, Inc.

On June 1, 2023, the Court issued an order requesting applications for Plaintiffs' and Defendants' Liaison Counsel and Steering Committee (ECF No. 243), and Defendants thereafter provided notice of their designees (ECF No 256). The Court designated Defendants' proposed designees, including Michael Maddigan of Hogan Lovells US LLP on behalf of Defendant Greystar Management Services, LLC ("Greystar"). (ECF No. 278.) Subsequently, the Court granted Greystar's motion to substitute counsel of record, substituting Karen Hoffman Lent of

Skadden, Arps, Slate, Meagher & Flom LLP, for Mr. Maddigan. (ECF No. 829.) Defendants therefore respectfully request that the Court designate Ms. Hoffman Lent in place of Mr. Maddigan as liaison counsel on Defendants' Liaison Counsel and Steering Committee.

Defendants also respectfully request that the Court designate David D. Cross, counsel for UDR, Inc., of Morrison & Foerster LLP as liaison counsel on Defendants' Liaison Counsel and Steering Committee. Adding Mr. Cross will create broader representation on the Committee for Defendants with fewer rental units. Defendants also propose de-designating Samuel P. Funk of Sims Funk, PLC, counsel for D.P. Preiss Company, Inc., as liaison counsel because his clients have been dismissed from this case. Defendants will confer and propose a replacement for Mr. Funk.

With those three proposed changes—substituting Ms. Lent for Mr. Maddigan, adding Mr. Cross, and de-designating Mr. Funk—the undersigned Defendants designate the below listed counsel to serve as liaison counsel on Defendants' Liaison Counsel and Steering Committee, as contemplated by the Manual for Complex Litigation, Fourth § 10.221.

All proposed members of Defendants' Liaison Counsel and Steering Committee are identified below:

- Jay Srinivasan (jsrinivasan@gibsondunn.com) of Gibson, Dunn & Crutcher LLP, counsel for RealPage, Inc.;

- Britt Miller (bmiller@mayerbrown.com) of Mayer Brown LLP, counsel for Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.;

- Gregory J. Casas (casasg@gtlaw.com) of Greenberg Traurig LLP, counsel for Lincoln Property Company;

- Carl Hittinger (chittinger@bakerlaw.com) of Baker & Hostetler LLP, counsel for Equity Residential;

- Karen Hoffman Lent (karen.lent@skadden.com) of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Greystar Management Services, LLC; and

- David D. Cross (dcross@mofo.com) of Morrison & Foerster LLP, counsel for UDR, Inc.

Respectfully submitted,

Dated: March 7, 2024

| | |
|---|---|
| */s/ Jay Srinivasan* | */s/ Edwin Buffmire* |
| Jay Srinivasan (admitted *pro hac vice*) | Edwin Buffmire |
| jsrinivasan@gibsondunn.com | ebuffmire@jw.com |
| Daniel G. Swanson (admitted *pro hac vice*) | Michael Moran |
| dswanson@gibsondunn.com | mmoran@jw.com |
| GIBSON, DUNN & CRUTCHER LLP | JACKSON WALKER LLP |
| 333 South Grand Avenue | 2323 Ross Ave., Suite 600 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: (213) 229-7430 | Telephone: (214) 953-6000 |
| | |
| Stephen Weissman (admitted *pro hac vice*) | Kevin Fulton |
| sweissman@gibsondunn.com | kevin@fultonlg.com |
| Michael J. Perry (admitted *pro hac vice*) | THE FULTON LAW GROUP PLLC |
| mjperry@gibsondunn.com | 7676 Hillmont St., Suite 191 |
| GIBSON, DUNN & CRUTCHER LLP | Houston, TX 77040 |
| 1050 Connecticut Avenue, NW | Telephone: (713) 589-6964 |
| Washington, DC 20036 | |
| Telephone: (202) 955-8678 | *Counsel for Defendant Allied Orion Group, LLC* |
| | |
| S. Christopher Whittaker (admitted *pro hac vice*) | |
| cwhittaker@gibsondunn.com | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1361 Michelson Drive | |
| Irvine, CA 92612 | |
| Telephone: (212) 351-2671 | |
| | |
| Ben A. Sherwood (admitted *pro hac vice*) | |
| bsherwood@gibsondunn.com | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY 10166 | |
| Telephone: (212) 351-2671 | |
| | |
| Thomas H. Dundon (SBN: 004539) | |
| tdundon@nealharwell.com | |
| Neal & Harwell, PLC | |
| 1201 Demonbreun Street, Suite 1000 | |
| Nashville, TN 37203 | |
| Telephone: (615) 244-1713 | |
| | |
| *Counsel for Defendant RealPage, Inc.* | |

/s/ *Danny David*
Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

James Kress (admitted *pro hac vice*)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* pending)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

John R. Jacobson (#14365)
jjacobson@rjfirm.com
Milton S. McGee, III (#24150)
tmcgee@rjfirm.com
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ *Ian Simmons*
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

/s/ *Marguerite Willis*　　　　　　　　　　/s/ *Edwin Buffmire*
Marguerite Willis (admitted *pro hac vice*)　Edwin Buffmire
mwillis@maynardnexsen.com　　　　　　ebuffmire@jw.com
MAYNARD NEXSEN PC　　　　　　　　　Michael Moran
104 South Main Street　　　　　　　　　 mmoran@jw.com
Greenville, SC 29601　　　　　　　　　　JACKSON WALKER LLP
Telephone: (864) 370-2211　　　　　　　2323 Ross Ave., Suite 600
　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
Michael A. Parente (admitted *pro hac vice*)　Telephone: (214) 953-6000
mparente@maynardnexsen.com
MAYNARD NEXSEN PC　　　　　　　　　*Counsel for Defendants Trammell Crow*
1230 Main Street, Suite 700　　　　　　　*Residential Company and Crow Holdings, LP*
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant
Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

/s/ E. Steele Clayton IV
E. Steele Clayton IV (BPR 017298)
sclayton@bassberry.com
Jeremy A. Gunn (BPR 039803)
jeremy.gunn@bassberry.com
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Counsel for Defendant Brookfield Properties Multifamily LLC*

/s/ Danielle R. Foley
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro have vice*)
abdickson@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ Lynn H. Murray
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

*/s/ Ann MacDonald*
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

| */s/ Charles H. Samel* | */s/ Carl W. Hittinger* |
|---|---|
| Charles H. Samel | Carl W. Hittinger |
| charles.samel@stoel.com | chittinger@bakerlaw.com |
| Edward C. Duckers | Alyse F. Stach |
| ed.duckers@stoel.com | astach@bakerlaw.com |
| STOEL RIVES LLP | Tyson Y. Herrold |
| 1 Montgomery Street, Suite 3230 | therrold@bakerlaw.com |
| San Francisco, CA 94104 | BAKER & HOSTETLER LLP |
| Telephone: (415) 617-8900 | 1735 Market Street, Suite 3300 |
| | Philadelphia, PA 19103-7501 |
| George A. Guthrie | Telephone: (215) 568-3100 |
| gguthrie@wilkefleury.com | |
| WILKE FLEURY LLP | Stephen J. Zralek, BPR #018971 |
| 621 Capitol Mall, Suite 900 | szralek@spencerfane.com |
| Sacramento, CA 95814 | S. Chase Fann, BPR #036794 |
| Telephone: (916) 441-2430 | cfann@spencerfane.com |
| | SPENCER FANE LLP |
| *Counsel for Defendant FPI Management, Inc.* | 511 Union Street, Suite 1000 |
| | Nashville, TN 37219 |
| | Telephone: (615) 238-6300 |
| | |
| | *Counsel for Defendant Equity Residential* |

/s/ Michael D. Bonanno
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Cliff A. Wade
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

| | |
|---|---|
| */s/ Gregory J. Casas* | */s/ John J. Sullivan* |
| Gregory J. Casas (admitted *pro hac vice*) | John J. Sullivan (admitted *pro hac vice*) |
| casasg@gtlaw.com | jsullivan@cozen.com |
| Emily W. Collins (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Emily.Collins@gtlaw.com | 3 WTC, 175 Greenwich St., 55th Floor |
| GREENBERG TRAURIG, LLP | New York, NY 10007 |
| 300 West 6th Street, Suite 2050 | Telephone: (212) 453-3729 |
| Austin, TX 78701-4052 | |
| Telephone: (512) 320-7200 | Thomas Ingalls (admitted *pro hac vice*) |
| | tingalls@cozen.com |
| Robert J. Herrington (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Robert.Herrington@gtlaw.com | 1200 19th St. NW, Suite 300 |
| GREENBERG TRAURIG, LLP | Washington, DC 20036 |
| 1840 Century Park East, Suite 1900 | Telephone: (202) 471-3411 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 586-7700 | Robert S. Clark (admitted *pro hac vice*) |
| | robertclark@cozen.com |
| Becky L. Caruso (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Becky.Caruso@gtlaw.com | 1650 Market Street, Suite 2800 |
| GREENBERG TRAURIG, LLP | Philadelphia, PA 19103 |
| 500 Campus Drive, Suite 400 | Telephone: (215) 665-2041 |
| Florham Park, NJ 07932 | |
| Telephone: (973) 443-3252 | *Counsel for Defendants Independence Realty Trust, Inc. and Sherman Associates, Inc.* |
| | |
| */s/ Ryan T. Holt* | */s/ Eliot Turner* |
| Ryan T. Holt (No. 30191) | Eliot Turner |
| rholt@srvhlaw.com | eliot.turner@nortonrosefulbright.com |
| Mark Alexander Carver (No. 36754) | NORTON ROSE FULBRIGHT US LLP |
| acarver@srvhlaw.com | 1301 McKinney, Suite 5100, |
| SHERRARD ROE VOIGT & HARBISON, PLC | Houston, Texas 77010 |
| 150 Third Avenue South, Suite 1100 | Telephone: (713) 651-5151 |
| Nashville, Tennessee 37201 | |
| Tel. (615) 742-4200 | *Counsel for Defendant Kairoi Management, LLC* |
| | |
| *Counsel for Defendant Lincoln Property Company* | |

/s/ *Michael W. Scarborough*

Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ *Karen Hoffman Lent*

Karen Hoffman Lent (admitted *pro hac vice*)
karen.lent@skadden.com
Boris Bershteyn (admitted *pro hac vice*)
boris.bershteyn@skadden.com
Evan Kreiner (admitted *pro hac vice*)
evan.kreiner@skadden.com
Sam Auld (admitted *pro hac vice*)
sam.auld@skadden.com
Adam Kochman (admitted *pro hac vice*)
adam.kochman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* <br> Jeffrey C. Bank <br> jbank@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI PC <br> 1700 K Street NW, Fifth Floor <br> Washington, DC 20006 <br> Telephone: (202) 973-8800 <br><br> Rachael Racine <br> rracine@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI PC <br> 1301 Avenue of the Americas, 40th Floor <br> New York, NY 10019 <br> Telephone: (212) 497-7766 <br><br> *Counsel for Defendant Morgan Properties Management Company, LLC* | */s/ Richard P. Sybert* <br> Richard P. Sybert (WSBA No. 8357) <br> rsybert@grsm.com <br> GORDON REES SCULLY MANSUKHANI <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Telephone: (206) 321-5222 <br><br> *Counsel for Defendant First Communities Management, Inc.* |

| | |
|---|---|
| */s/ Jose Dino Vasquez* | */s/ David A. Walton* |
| Jose Dino Vasquez | David A. Walton |
| dvasquez@karrtuttle.com | dwalton@bellnunnally.com |
| Jason Hoeft | Troy Lee (T.J.) Hales |
| jhoeft@karrtuttle.com | thales@bellnunnally.com |
| KARR TUTTLE CAMPBELL | Nathan Cox |
| 701 Fifth Avenue, Suite 3300 | ncox@bellnunnally.com |
| Seattle, WA 98104 | BELL NUNNALLY & MARTIN, LLP |
| Telephone: (206) 223-1313 | 2323 Ross Avenue, Suite 1900 |
| | Dallas, TX 75201 |
| *Counsel for Defendant Security Properties Residential, LLC* | *Counsel for Defendant RPM Living, LLC* |

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Georgia K. Winston
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030

Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Michael McCambridge (admitted *pro hac vice*)
mmcambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*


*/s/ Matt T. Adamson*
Matt T. Adamson
madamson@jpclaw.com
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ Ferdose al-Taie
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ Jeffrey S. Cashdan
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*

/s/ James H. Mutchnik
James H. Mutchnik
james.mutchnik@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Sarah B. Miller
Sarah B. Miller (TN#33441)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
smiller@bassberry.com

Amy F. Sorenson (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
asorenson@swlaw.com

Colin P. Ahler (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
One East Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
cahler@swlaw.com

*Counsel for Defendant Apartment Management Consultants, LLC*