# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____, Clerk of this Court,

certify that _____ Shannon Vogan Lipham _____, Bar # _____ 13670 _____,

was duly admitted to practice in this Court on _____ 02/11/2022 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ Columbia, SC _____ on _____ 3/5/2024 _____
*(Location)*                               *(Date)*

Robin L. Blume
*CLERK*

Marybeth E. McDonnell
*DEPUTY CLERK*