# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, __Robin L. Blume__, Clerk of this Court,

certify that __Jennifer Joan Hollingsworth__, Bar # __11704__,

was duly admitted to practice in this Court on __12/12/2007__, and is in good standing as a member

of the Bar of this Court.

Dated at __Columbia, SC__ on __3/5/2024__
*(Location)* *(Date)*

Robin L. Blume
*CLERK*

Marybeth E. McDonnell
*DEPUTY CLERK*