UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

## ORDER

Defendants' Motion to Revise Their Liaison Counsel and Steering Committee (Doc. No. 851) is **GRANTED**.

Karen Hoffman Lent of Skadden, Arps, Slate, Meagher & Flom LLP is substituted in place of Michael Maddigan of Hogan Lovells US LLP and David D. Cross of Morrison & Foerster LLP is substituted in place of Samuel P. Funk of Sims Funk PLC.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE