# *United States District Court*
# *Western District of Wisconsin*



# Certificate of Good Standing

I certify that Navy Thompson was duly admitted to practice in the United States District Court for the Western District of Wisconsin on March 7, 2024 and is in good standing in this court.

Dated this 8th day of March, 2024.

Joel Turner, Clerk of Court

By _____
Deputy Clerk