UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br><br>**This Document Relates To:**<br>ALL CASES<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective March 11, 2024, Anna Tutundjian of Sidley Austin LLP, counsel for ConAm Management Corporation in the above captioned matter, has a new address as follows:

>Anna Tutundjian
>SIDLEY AUSTIN LLP
>350 South Grand Avenue
>Los Angeles, CA 90071

Counsel's telephone number, facsimile number, and email address remain the same.

Please update all service lists accordingly.

Date: March 12, 2024

Respectfully submitted,

By: */s/ Anna Tutundjian*
Anna Tutundjian (*Pro Hac Vice*)
atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

*Attorneys for Defendant*
*CONAM MANAGEMENT CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court for the Middle District of Tennessee using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Anna Tutundjian*
Anna Tutundjian