UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(g), I, Stephanie A. Chen of Robins Kaplan LLP, hereby notify this Court that I am withdrawing as counsel for Plaintiffs in the above-referenced cases where I appeared as counsel. Plaintiffs will continue to be represented by Stacey P. Slaughter, Thomas J. Undlin, Geoffrey H. Kozen, J. Austin Hurt, Navy A. Thompson, and Caitlin E. Keiper at Robins Kaplan LLP, by additional Interim Co-Lead Counsel at Scott+Scott Attorneys at Law LLP and Hausfeld LLP, and by Liaison Counsel at Herzfeld Suetholz Gastel Leniski and Wall, PLLC.

Dated: March 15, 2024

ROBINS KAPLAN LLP

*/s/ Stephanie A. Chen*
Stephanie A. Chen
schen@robinskaplan.com
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612 349 8500
Facsimile: 612 339 4181

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/Dkt. system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld