UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

v.

Case No. Case No. 3:23-md-3071 / MDL No. 3071

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Jason R. Marlin hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for CONTI Texas Organization, Inc. d/b/a CONTI Capital.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: United States District Court for the Northern District of Texas

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Not applicable per ECF No. 2 in Case No. 3:23-md-3071

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Jason R. Marlin                Signature

Name: Jason R. Marlin

State where admitted and State Bar Number: Texas 24050989

Business Address: 8350 N. Central Expy, Suite 650, Dallas, Texas 75206

Local Address [if different from above]:

Phone: 214-382-3314

Email: jmarlin@baileybrauer.com

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 19th day of March, 2024. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ Jason R. Marlin

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.