UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>3:23-CV-00410 [VINCIN]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Defendant CONTI Texas Organization, Inc. d/b/a CONTI Capital ("CONTI") moves to substitute counsel of record in the matter listed above, pursuant to Local Rule 83.01(h) of the Local Rules of Court for the Middle District of Tennessee. CONTI states as follows:

1. CONTI is currently represented in this matter by attorneys Ronald W. Breaux and Bradley W. Foster of Haynes and Boone LLP. CONTI requests that the Court allow Haynes and Boone, LLP to withdraw as its counsel.

2. CONTI further requests to substitute as its attorneys in this matter Alexander M. Brauer and Jason R. Marlin of Bailey Brauer PLLC in place of the withdrawing attorneys from Haynes and Boone, LLP.

CONTI therefore requests that this Court grant its motion to substitute counsel, allowing attorneys Alexander M. Brauer and Jason R. Marlin of Bailey Brauer PLLC to be substituted as counsel for CONTI in this matter in place of attorneys Ronald W. Breaux and Bradley W. Foster of Haynes and Boone, LLP.

Dated: March 19, 2024                                    Respectfully submitted,

*/s/ Ronald W. Breaux*                                   */s/ Alexander M. Brauer*
Ronald W. Breaux                                         Alexander M. Brauer
Ron.Breaux@haynesboone.com                               abrauer@baileybrauer.com
Bradley W. Foster                                        Jason R. Marlin
Brad.Foster@haynesboone.com                              jmarlin@baileybrauer.com
HAYNES AND BOONE LLP                                     BAILEY BRAUER PLLC
2801 N. Harwood St. Suite 2300                           8350 N. Central Expy., Suite 650
Dallas, Texas 75201                                      Dallas, Texas 75206
Telephone: (214) 651-5000                                Telephone: (214) 360-7433
Fax: (214) 200-0376                                      Fax: (214) 360-7435

*Withdrawing Counsel for Defendant*                      *Substituting Counsel for Defendant*
*CONTI Texas Organization, Inc.*                         *CONTI Texas Organization, Inc.*
*d/b/a CONTI Capital*                                    *d/b/a CONTI Capital*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 19th day of March, 2024. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

                                                         */s/ Ronald W. Breaux*
                                                         Ronald W. Breaux

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 8, 2024 counsel for CONTI conferred with Plaintiffs' counsel, Tricia Herzfeld, regarding the relief requested in this motion. Ms. Herzfeld indicated that Plaintiffs had no objection to the substitution of counsel.

                                                         */s/ Ronald W. Breaux*
                                                         Ronald W. Breaux