UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>3:23-CV-00410 [VINCIN]<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## [PROPOSED] ORDER

Defendant CONTI Texas Organization Inc., d/b/a CONTI Capital ("CONTI") has filed a Motion to Substitute Counsel (the "Motion"), seeking to substitute Alexander M. Brauer and Jason R. Marlin of Bailey Brauer PLLC as counsel of record in the above matter in place of Ronald W. Breaux and Bradley W. Foster of Haynes and Boone, LLP. The Motion is GRANTED.

IT IS SO ORDERED.

_____
HON. WAVERLY D. CRENSHAW JR.
CHIEF UNITED STATES DISTRICT JUDGE