UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

Case No. 3:23-md-3071
MDL No. 3071

THIS DOCUMENT RELATES TO:

3:23-CV-00410 [VINCIN]

## ORDER

Defendant CONTI Texas Organization Inc., d/b/a CONTI Capital ("CONTI") has filed a Motion to Substitute Counsel (Doc. No. 863), seeking to substitute Alexander M. Brauer and Jason R. Marlin of Bailey Brauer PLLC as counsel of record in the above matter in place of Ronald W. Breaux and Bradley W. Foster of Haynes and Boone, LLP. The Motion is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW JR.
CHIEF UNITED STATES DISTRICT JUDGE