# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| **In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II)** | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>**3:23-cv-00357**<br>**3:23-cv-00378**<br>**3:23-cv-00413**<br>**3:23-cv-00440**<br>**3:23-cv-00742** |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Ramsey W. Fisher hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.  I am a member in good standing of the United States District Court for the Central District of California. Attached is a Certificate of Good Standing from that court.

2.  I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None.

3.  I have not been found in contempt by any court or tribunal, except as provided below:

None.

4.  I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided

1

below:

None.

5.       I have never been censured, suspended, disbarred, or denied admission or

readmission by any court or tribunal, except as provided below:

None.

6.       I have not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below:

None.

7.       I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of

the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is

the name, address, phone number, and e-mail address of local counsel retained in this matter:

Joshua L. Burgener
Dickinson Wright PLLC
424 Church St.
Suite 800
Nashville, TN 37219
Phone: (615) 620-1757
Email: jburgener@dickinson-wright.com

8.       I have read and am familiar with Local Rules of Court for the United States

District Court Middle District of Tennessee.

9.       By seeking admission to practice before this Court, I acknowledge my

responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction

upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Ramsey W. Fisher

Name: Ramsey W. Fisher
State where admitted and State Bar Number: California (334228)
Business Address: Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105
Phone: (415) 268-6259
Email: ramseyfisher@mofo.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Ramsey W. Fisher*
Ramsey W. Fisher

*Counsel for Defendant UDR, Inc.*

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

_____Ramsey William Fisher_____ , Bar No. ___334228___

was duly admitted to practice in this Court on ___March 3, 2021___

                                                                    *DATE*

and  is active and in good standing      as a member of the Bar

of this Court.

 Dated at Los Angeles, California

on ___March 8, 2024___

        *Date*

                    BRIAN D. KARTH
                    Clerk of Court



                    By _____

                    Lupe Thrasher    , Deputy Clerk