# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective March 1, 2024, the Washington, DC office address for Berger Montague PC and the undersigned attorney has changed to the following:

Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's telephone number and the attorney's email address remains the same.

Dated: March 22, 2024     **BERGER MONTAGUE PC**

/s/ *Daniel J. Walker*
Daniel J. Walker
1001 G Street, NW
Suite 400 East
Washington, DC  20001
Tel:  (202) 599-9745
Email:  dwalker@bm.net

*Plaintiffs' Steering Committee Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

/s/ Daniel J. Walker