# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

IN RE: REALPAGE, INC. RENTAL SOFTWARE
ANTITRUST LITIGATION (NO. II)

Case No. | 3:23-cv-03071; MDL No. 3071

v.

Judge | Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Nyran Rose Rasche hereby moves for admission to appear

*pro hac vice* in the above-captioned action as counsel for Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following

is true and correct:

1.     I am a member in good standing of the following United States District Court or
United States appellate court: Northern District of Illinois

Attached is a Certificate of Good Standing from that court.

2.     I am not, nor have I ever been, the subject of disciplinary proceedings by any
disciplinary authority, court, or tribunal, except as provided below:

N/A

3.     I have not been found in contempt by any court or tribunal, except as provided
below:

N/A

4.     I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided
below:

N/A

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

> N/A

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

> N/A

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> Tricia R. Herzfeld; Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC
> 223 Rosa L. Parks Avenue, Suite 300, Nashville, TN 37203
> 615-800-6225    tricia@hsglawgroup.com

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Nyran Rose Rasche
                             Signature

Name: Nyran Rose Rasche, Cafferty Clobes Meriwether & Sprengel LLP

State where admitted and State Bar Number: Illinois 6276743

Business Address: 135 South LaSalle Street, Suite 3210, Chicago, Illinois 60603

Local Address [if different from above]:

Phone: 312-782-4880

Email: nrasche@caffertyclobes.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on March 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.

# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Nyran Rose Rasche

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Nyran Rose Rasche was duly admitted to practice in said Court on (07/16/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/20/2024 )

                            Thomas G. Bruton , Clerk,

                            By:  David A. Jozwiak
                                Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ DAVID JOZWIAK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
March 20, 2024