UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00979<br>3:23-cv-00552<br>3:23-cv-00742<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## SUPPLEMENTAL NOTICE OF APPEARANCE OF THOMAS J. INGALLS

The undersigned attorney, Thomas J. Ingalls, of Cozen O'Connor, previously entered his appearance as counsel of record for Defendant Independence Realty Trust, Inc. by filing a Motion for Admission Pro Hac Vice on May 1, 2023 (ECF No. 668), which was subsequently granted (ECF No. 669). Defendant Independence Realty Trust, Inc. has also been named as a defendant in *Haynes v. RealPage, Inc.,* 3:23-cv-00979, *Goldman v. RealPage, Inc. et al*, 3:23-cv-00552, and *Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742. Pursuant to paragraph 4 of the Court's Practice and Procedures Notice (ECF No. 2), notice is hereby given that Thomas J. Ingalls is entering his appearance in these additional above-referenced matters as counsel of record for Defendant Independence Realty Trust, Inc.

Dated: March 26, 2024                COZEN O'CONNOR

                              By:    */s/ Thomas J. Ingalls*
                                     Thomas J. Ingalls (admitted *pro hac vice*)
                                     Cozen O'Connor
                                     1200 19th Street NW, Suite 300
                                     Washington, DC 20036
                                     Phone: (202) 471-3411
                                     E-mail: tingalls@cozen.com

                                     *Attorney for Independence Realty Trust, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 (ECF No. 2), I hereby certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on March 26, 2024.

*/s/ Thomas J. Ingalls*
Thomas J. Ingalls
