UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No II) | CASE NO. 3:23-md-03071<br>MDL No. 3071<br><br>*CLERK'S ACTION REQUIRED* |
| **This Document Relates to:**<br><br>*Navarro v. RealPage, Inc. et al.* | Case No. 3:23-cv-00329 |

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Pursuant to Local Rule 83.01(g), **Defendant CA Ventures Global Services, LLC** ("CA Ventures") respectfully moves this Court to permit J. Chad Mitchell and Christopher T. Wion of SUMMIT LAW GROUP, PLLC to withdraw as attorneys for CA Ventures in the above-captioned matter. They should be removed from any applicable service list. As set forth below, there is good cause for this Motion:

1. Mr. Mitchell and Mr. Wion previously served as counsel for CA Ventures in the Western District of Washington for the above-captioned cases, which were originally filed in the Western District of Washington before being transferred for consolidated pretrial proceedings before this Court. CA Ventures no longer requires counsel in Washington following such consolidation and transfer.

2. CA Ventures has been and will continue to be represented by Michael Murray and Noah Pinegar with the law firm of Paul Hastings LLP.

3. As required by Local Rule 83.01(g), written notice to CA Ventures of Mr. Mitchell's and Mr. Wion's intent to withdraw as counsel was provided to CA Ventures at least 14 days prior to the filing of this motion to withdraw. Attached

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD - 1
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:23-md-03071   Document 875   Filed 04/03/24   Page 1 of 6 PageID #: 15209

hereto as **Exhibit 1**, is the February 27, 2024 correspondence advising CA Ventures of the conclusion of this matter.

Accordingly, CA Ventures respectfully requests that the Court grant its Motion and permit J. Chad Mitchell and Christopher T. Wion of SUMMIT LAW GROUP, PLLC to withdraw as counsel of record for CA Ventures in the above-captioned case, and further requests that no further action be required of them and no documents or other pleadings be served upon them.

DATED this 3rd day of April, 2024.

SUMMIT LAW GROUP, PLLC
*Withdrawing* Attorneys for Defendant
CA Ventures Global Services, LLC

By: *s/ J. Chad Mitchell*
J. Chad Mitchell, WSBA #39689
chadm@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7100

By: *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
chrisw@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7100

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD - 2
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:23-md-03071    Document 875    Filed 04/03/24    Page 2 of 6 PageID #: 15210

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO WITHDRAW AS ATTORNEYS OF RECORD was filed electronically and served via the CM/ECF system which will send notification to all attorneys of record.

DATED this 3rd day of April, 2024.

By: *s/ J. Chad Mitchell*
J. Chad Mitchell, WSBA #39689
chadm@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7100

By: *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
chrisw@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7100

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD - 3
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:23-md-03071   Document 875   Filed 04/03/24   Page 3 of 6 PageID #: 15211

# EXHIBIT 1



J. CHAD MITCHELL
DID: (509) 735-5053
EMAIL: chadm@summitlaw.com

February 27, 2024

*Via Email*

Anthony Porcelli
CA VENTURES GLOBAL SERVICES, LLC
448 N. LaSalle Dr., Fl. 2
Chicago, IL 60654
aporcelli@ca-ventures.com

James Reiland
CASLI II
448 N. Lasalle Dr., Fl. 2
Chicago, IL 60654
jreiland@ca-ventures.com

Re:     **Matter Closure**
        *Navarro v. Realpage, Inc., et al.*

Dear Tony and Jim:

      On behalf of Summit Law Group ("Summit"), this letter is intended to confirm that our engagement on the matter listed below has formally concluded and the matter is now closed, effective as of the date of this letter. We want to thank you for your confidence in our firm, and for allowing us the opportunity to represent you on the matter identified below. If we continue to represent you on other matters, those active matters remain open with our firm. If we do not represent you on other matters, then it was a pleasure, and we hope you will allow us the privilege of representing you again in the future, should the need ever arise.

             12530.1    CA Ventures Global Services, LLC and CASLI II –
                         Assist in Washington Class Action-Student Housing

      As you know, the Realpage Antitrust Class Action Litigation matters have been transferred to the U.S. District Court for the Middle District of Tennessee, where CA Ventures Global Services, LLC and CASLI II are being represented by separate counsel. As this litigation is no longer pending in Washington and there is no further need for our services as counsel of record, we are hereby providing you notice, pursuant to M.D. Tennessee Local Rule 83.01(g), that Summit will be formally withdrawing from the Realpage Antitrust Class Action Litigation matters as attorneys of record. We will file a motion to withdraw in 14 days.

      This letter provides us with the opportunity to confirm our intentions regarding the file associated with the closed matter. It is our practice to maintain an electronic copy of the matter file in accordance with our retention schedule (physical copies are purged if originals are not needed). If the file contains original client documents of legal significance, for example

original copies of real estate purchase agreements, those documents will be returned to you. If you would like an electronic copy of a closed matter file, please notify us within 30 days.

    We take pride in the level of service that we provide and hope that you found our work to be exemplary. If we can be of further assistance on this or any other matter, please don't hesitate to let us know.

    SUMMIT LAW GROUP, PLLC

    J. Chad Mitchell

cc:     Accounting