# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No II) | CASE NO. 3:23-md-03071<br>MDL No. 3071<br><br>*CLERK'S ACTION REQUIRED* |
| **This Document Relates to:** | |
| *Navarro v. RealPage, Inc. et al.* | Case No. 3:23-cv-00329 |

## ORDER

Defendant CA Ventures Global Services, LLC's Motion to Withdraw as Attorneys of Record is GRANTED, and J. Chad Mitchell and Christopher T. Wion of SUMMIT LAW GROUP, PLLC are permitted to withdraw as counsel for CA Ventures Global Services, LLC.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD - 1
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:23-md-03071    Document 875-1    Filed 04/03/24    Page 1 of 1 PageID #: 15215