> Motion (875) is **GRANTED** and J. Chad Mitchell and Christopher T. Wion of Summitt Law Group are terminated as counsel of record for CA Ventures Global Services, LLC.
>
> *Wavely D. Crenshaw, Jr.*
> Chief US District Judge

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No II) | CASE NO. 3:23-md-03071<br>MDL No. 3071<br><br>*CLERK'S ACTION REQUIRED* |
| **This Document Relates to:**<br>*Navarro v. RealPage, Inc. et al.* | Case No. 3:23-cv-00329 |

### MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Pursuant to Local Rule 83.01(g), **Defendant CA Ventures Global Services, LLC** ("CA Ventures") respectfully moves this Court to permit J. Chad Mitchell and Christopher T. Wion of SUMMIT LAW GROUP, PLLC to withdraw as attorneys for CA Ventures in the above-captioned matter. They should be removed from any applicable service list. As set forth below, there is good cause for this Motion:

1. Mr. Mitchell and Mr. Wion previously served as counsel for CA Ventures in the Western District of Washington for the above-captioned cases, which were originally filed in the Western District of Washington before being transferred for consolidated pretrial proceedings before this Court. CA Ventures no longer requires counsel in Washington following such consolidation and transfer.

2. CA Ventures has been and will continue to be represented by Michael Murray and Noah Pinegar with the law firm of Paul Hastings LLP.

3. As required by Local Rule 83.01(g), written notice to CA Ventures of Mr. Mitchell's and Mr. Wion's intent to withdraw as counsel was provided to CA Ventures at least 14 days prior to the filing of this motion to withdraw. Attached

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD - 1
CASE NO. 3:23-MD-03071 – 3:23-cv-00329

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:23-md-03071   Document 876   Filed 04/03/24   Page 1 of 1 PageID #: 15216