UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-CV-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF CHANGE OF ADDRESS

Defendant Sares Regis Group Commercial, Inc hereby notifies the Court and all parties that Sims|Funk, PLC has moved its offices to a new address. Effective immediately, the firm's new contact information is:

> Sims|Funk, PLC
> 3102 West End Ave., Suite 1100
> Nashville, TN 37203

Any documents for which transmittal by mail or hand delivery is necessary should be sent to the above address. Telephone numbers and email addresses for the firm and its attorneys remain the same.

Respectfully submitted,

*s/ Beau C. Creson*
Gibeault "Beau" C. Creson (#032049)
SIMS|FUNK, PLC
3102 West End Avenue, Ste.1100
Nashville, TN 37203
(615) 292-9335
bcreson@simsfunk.com

*Counsel for Defendant Sares Regis Group Commercial, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of April, 2024, pursuant to the Court's Practice and Procedures Notice entered April 19, 2023 (ECF No. 2), the foregoing was electronically filed and served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Beau C. Creson*