**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL | ) | NO. 3:23-cv-03071 |
| SOFTWARE ANTITRUST | ) | MDL No. 3071 |
| LITIGATION (NO. II) | ) | |
| | ) | THIS DOCUMENT RELATES TO: |
| | ) | |
| | ) | 3:23-cv-00742 |

## ORDER

It appears to the Court that a telephone conference is appropriate with counsel for the Plaintiffs and counsel for the Defendants Prometheus Real Estate Group, Inc., Sare Regis Group Commercial, Inc., Rose Associates, Inc., and Conti Texas Organization, Inc., d/b/a CONTI Capital. Accordingly, a telephone conference is set for **April 10, 2024,** at 2:00 p.m. Alternatively, these parties may file a Joint Report by Tuesday, **April 9, 2024**, that these Defendants are participating fully in this multidistrict litigation, including ongoing mediation efforts with Judge Layn Phillips.

The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013. During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1