# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Shuying Lin

Bar Number 338710

was duly admitted to practice in this Court on April 2nd., 2024, and is in good standing as a member of the bar of this Court.

Signed on April 4, 2024 by

Mark B. Busby Clerk of Court



