UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No: 3:23-MD-3071<br><br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR *PRO HAC VICE* ADMISSION OF LEIGH WOODRUFF

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Leigh Woodruff, Esq., hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Rose Associates, Inc. and First Communities Management Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the District of Massachusetts. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7.  I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1).

8.  I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9.  By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: April 8, 2024

Respectfully submitted,

/s/ *Leigh Woodruff*
Leigh Woodruff (pending *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: 610-322-7895
Email: lwoodruff@grsm.com

*Counsel for Rose Associates, Inc. and First Communities Management Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court for the Middle District of Tennessee using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Leigh A. Woodruff*
Leigh A. Woodruff