UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## JOINT REPORT BY PLAINTIFFS AND DEFENDANTS PROMETHEUS, ROSE, AND SARES REGIS

On April 5, 2024, the Court issued an Order concerning Defendants Prometheus Real Estate Group, Inc. ("Prometheus"), Sares Regis Group Commercial, Inc. ("Sares Regis"), Rose Associates, Inc. ("Rose"), and Conti Texas Organization, Inc. d/b/a CONTI Capital ("CONTI"). (D.E. 880.) Per the Court's directive, Plaintiffs and Prometheus, Rose, and Sares Regis hereby provide this Joint Report. The parties were unable to reach agreement in time on this Joint Report as it pertains to CONTI.

### BACKGROUND

Prometheus, Sares Regis, Rose, and CONTI were named as Defendants by Plaintiff Joshua Kabisch in *Kabisch v. RealPage, Inc.*, 3:23-cv-00742. That is the only member case in which Defendants Prometheus, Sares Regis, and Rose are named. As to CONTI, it is also named in *Vincin v. RealPage, Inc.*, 3:23-cv-410, where the Court permitted Vincin's individual claims to proceed.[1]

---

[1] In *Vincin*, the Court granted a motion to enforce Vincin's class action waiver and dismissed her class action claims without prejudice. (D.E. 691.) However, in denying the Defendants' Motion to Dismiss, the Court permitted Vincin's individual claims in *Vincin* to proceed. (D.E. 690.)

Prometheus, Sares Regis, Rose, and CONTI moved to dismiss for lack of personal jurisdiction in the *Kabisch* matter. (D.E. 583.) On January 9, 2024, the Court held a status conference that included these Defendants, in which the Court addressed the possibility of 28 U.S.C. § 1631 transfer and directed the parties to confer and report back by January 19, 2024. (D.E. 697.) On January 11, 2024, all Defendants other than Prometheus, Rose, and CONTI entered into a stipulation and proposed order to set a February 5, 2024 Answer deadline. (D.E. 700.)[2] Defendants Prometheus, Rose, and CONTI noted in the stipulation that, in light of the pending motion to dismiss for lack of personal jurisdiction in *Kabisch*, they believed that they were not yet under a deadline to file an Answer. (D.E. 700 at n.1.) On January 17, 2024, the Court entered an Order approving the agreement by the stipulating parties to set a February 5 Answer deadline, and noting that Prometheus, Rose, and CONTI did not believe that they were under an obligation to answer. (D.E. 701.)

On January 19, 2024, the parties filed a Joint Status Report Concerning Personal Jurisdiction. (D.E. 706.) Prometheus, Rose, Sares Regis, and CONTI asserted that they saw no procedural basis to cure their jurisdictional challenges through 28 U.S.C. § 1631 transfer. (D.E. 706.) After receiving additional submissions (D.E. 774 and 775), the Court severed *Kabisch* and directed the Clerk to transfer three severed *Kabisch* claims to the Western District of Texas (as to CONTI), the Southern District of New York (as to Rose), and the Western District of Washington (as to Sares Regis and Prometheus). (D.E. 850.) On March 27, 2024, the JPML issued CTO-6 but stayed its entry for 7 days. On April 5, 2024, after receiving no objections, the JPML entered CTO-6, and the cases have been transferred back to this District.

---

[2] Sares Regis signed this Stipulation.

2

Prometheus, Rose, Sares Regis, and CONTI did not participate in the Rule 26(f) conference and did not join the parties' Joint Report Concerning Rule 26(f) Conference (D.E. 776 at n.1; *see* D.E. 776-1.) These Defendants also did not join the parties' submissions seeking entry of the following orders and stipulations:

- The Stipulation and Order on Expert Discovery. (D.E. 814.)
- The Joint Electronically Stored Information Order. (D.E. 815.)
- The Order on Deposition Protocol. (D.E. 816.)
- The Case Management Order. (D.E. 818.)

Prometheus agrees to be bound by the above Orders with the modified schedule deadlines that the parties propose below.

## STATUS AS TO EACH DEFENDANT

**SARES REGIS**:

- Answer Status: On April 4, 2024, Sares Regis filed an Answer. (D.E. 878.)
- Initial Disclosures: Sares Regis made initial disclosures on February 27, 2024.
- Document Custodians: Sares Regis has been conferring with Plaintiffs about document custodians.
- RFP Status: Plaintiffs and Sares Regis agreed that it would serve responses and objections to Plaintiff's 1st and 2nd sets of Requests for Production ("RFPs") within 5 days of transfer back. (D.E. 872 at 3 n.2.)[3]
- Mediation: Saris Regis participated in the October 25, 2023 and March 15, 2024 mediations.

---

[3] On February 6, 2024, Plaintiffs served copies of the RFPs to counsel of record for Sares Regis, Rose, Prometheus, and CONTI.

**ROSE**:

- Answer Status: The parties have agreed to a proposed schedule under which Rose will file an Answer within 14 days of transfer back to this Court.

- Initial Disclosures: The parties have agreed to a proposed schedule under which Rose will serve initial disclosures by April 26, 2024.

- Document Custodians: The parties have agreed to a proposed schedule under which Rose will begin conferring about custodians by May 3, 2024.

- RFP Status: The parties have agreed to a proposed schedule under which Rose will respond by May 6, 2024.

- Mediation: Rose participated in the October 24, 2023 and March 15, 2024 mediations.

**PROMETHEUS**:

- Answer Status: The parties have agreed to a proposed schedule under which Prometheus will file an Answer by April 26, 2024.

- Initial Disclosures: The parties have agreed to a proposed schedule under which Prometheus will serve initial disclosures by May 6, 2024.

- Document Custodians: The parties have agreed to a proposed schedule under which Prometheus and Plaintiffs will begin conferring about custodians by May 10, 2024.

- RFP Status: The parties have agreed to a proposed schedule under which Prometheus will respond by May 6, 2024.

- Mediation: Prometheus participated in the October 24, 2023 mediation. Prometheus has not participated in any subsequent mediation, but settlement negotiations are ongoing.

- Commencement of Rolling Productions of Non-Custodial Documents: The parties have agreed to a proposed schedule under which Prometheus will commence its productions of

non-custodial documents by June 11, 2024.

- <u>Structured Data Sample</u>: The parties have agreed to a proposed schedule under which Prometheus will provide a structured data sample by June 11, 2024.

| | |
|---|---|
| Dated: April 9, 2024 | */s/ Tricia R. Herzfeld* |

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
Navy A. Thompson

J. Austin Hurt
Caitlin E. Keiper
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
nthompson@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
Facsimile: 312-782-4485

bwidlanski@kttlaw.com
jal@kttlaw.com

jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

<div style="display: flex;">

<div>

*/s/ Richard P. Sybert*

Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

Jacquelyne D. Fiala
jfiala@grsm.com
GORDON REES SCULLY MANSUKHANI
4031 Aspen Grove Drive, Ste. 290
Franklin, TN 37067
Telephone: (615) 364-6251

*Counsel for Defendant Rose Associates, Inc.*

</div>

<div>

*/s/ Valentine Hoy*

Valentine Hoy (admitted *pro hac vice*)
Scott Perlin (admitted *pro hac vice*)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS
600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155
vhoy@allenmatkins.com
sperlin@allenmatkins.com

Patrick E. Breen (admitted *pro hac vice*)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555
pbreen@allenmatkins.com

Gibeault "Beau" C. Creson
SIMS|FUNK, PLC
3102 West End Avenue, Ste. 1100
Nashville, TN 37203
(615) 292-9335
bcreson@simsfunk.com

*Counsel for Defendant Sares Regis Group Commercial, Inc.*


*/s/ Judith A. Zahid*

Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

</div>

</div>

10

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld