For the reasons stated on the record on April 10, 2024, CONTI's Motion to Dismiss Second Amended Complaint (Doc. No. 305) is **DENIED WITHOUT PREJUDICE.**

*Waverly D. Crenshaw, Jr.*
Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071<br><br>This Document Relates to: 3:23-CV-00410 [VINCIN] |

### CONTI'S MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FRCP 12(B)(1) AS TO PLAINTIFF SELENA VINCIN

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant CONTI Texas Organization, Inc. d/b/a CONTI Capital moves to dismiss Plaintiff Selena Vincin's Second Amended Complaint, ECF 226.

DATED: April 9, 2024

Respectfully submitted,

/s/ Alexander M. Brauer
Alexander M. Brauer
Texas State Bar No. 24038780
abrauer@baileybrauer.com
Jason R. Marlin
Texas State Bar No. 24050989
jmarlin@baileybrauer.com

**BAILEY BRAUER PLLC**
8350 N. Central Expressway, Ste. 650
Dallas, Texas 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7435

**ATTORNEYS FOR DEFENDANT CONTI TEXAS ORGANIZATION, INC. d/b/a CONTI CAPITAL**