# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

*I, Robert M. Farrell, Clerk of this Court,*

*certify that* **Leigh Woodruff**, *Bar* **703079**,

*was duly admitted to practice in this Court on*

**November 16, 2021**, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **April 11, 2024**



**Robert M. Farrell**
**CLERK**