UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL: 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that Joseph Saveri Law Firm, LLP has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

601 California Street, Suite 1505
San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 16, 2024

Respectfully Submitted,

By:     */s/ Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (*Pro Hac Vice*)
Cadio Zirpoli (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
Kathleen J. McMahon (*Pro Hac Vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
             czirpoli@@saverilawfirm.com
             krayhill@saverilawfirm.com
             kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class and Members of the Plaintiffs' Steering Committee*

# CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF system.

Date: April 16, 2024　　　　　　　　　　By:　　_/s/ Joseph R. Saveri_
　　　　　　　　　　　　　　　　　　　　　　　　Joseph R. Saveri