> Motion (886) is **GRANTED** and the deadline to file the supplemental order is extended to **April 30, 2024.**
>
> */s/ Waverly D. Crenshaw, Jr.*
> US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

### JOINT MOTION TO RESET SUBMISSION DEADLINE ON SUPPLEMENTAL DEPOSITION LIMIT ORDER

In Part I.A of the Court's February 16, 2024, Order on Deposition Protocol (Dkt. 816), the Court directed the parties to confer regarding the limits on depositions and to submit a supplemental order within 60 days of entry (*i.e.*, by April 16, 2024). The parties are actively conferring about this supplemental order but have not yet reached agreement, and require additional time to complete the conferral. The parties respectfully request an extension of the deadline by 14 days to **April 30, 2024**. By that date, the parties would either (a) submit a proposed stipulated order; or (b) inform the Court that the parties will be submitting a joint statement of dispute as to any disputed issues in compliance with the Court's discovery dispute resolution procedures. (*See* Dkt. 854.)