UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:23-CV-00410 [VINCIN]<br>3:23-CV-00742 [KABISCH] |

## AGREED SCHEDULING ORDER RELATING TO
## CONTI'S RULE 12(B)(1) MOTIONS TO DISMISS

Pursuant to the Court's instruction during the April 10, 2024 status conference, Plaintiffs and Defendant CONTI Texas Organization, Inc. d/b/a CONTI Capital ("CONTI") submit this Agreed Scheduling Order to govern briefing and discovery relating to CONTI's Motions to Dismiss Second Amended Complaint Under Rule 12(b)(1) as to Plaintiff Selena Vincin and Plaintiff Joshua Kabisch ("Motions to Dismiss"):

1. On or before May 30, 2024, CONTI shall file its Motions to Dismiss.

2. By May 17, 2024, CONTI shall make its initial disclosures under Rule 26(a)(1).

3. Plaintiffs Vincin and Kabisch are permitted to take jurisdictional discovery relating to the Motions to Dismiss.

4. Within ninety (90) days of CONTI filing its Motions to Dismiss, Plaintiffs Vincin and Kabisch shall file their respective Responses to the Motions.

5. Within ten (10) days of Plaintiffs Vincin and Kabisch filing their Responses, CONTI shall file its Replies to the Responses.

6. Once CONTI has filed its Replies, or ten (10) days has expired from the filing of Plaintiffs Vincin's and Kabisch's Responses, the Motions to Dismiss shall be considered fully briefed and ripe for the Court's ruling.

**IT IS SO ORDERED.**

_____
THE HONORABLE WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 17, 2024                    */s/ Tricia R. Herzfeld*
                                         Tricia R. Herzfeld (#26014)
                                         Anthony A. Orlandi (#33988)
                                         **HERZFELD SUETHOLZ GASTEL LENISKI
                                         AND WALL, PLLC**
                                         223 Rosa L. Parks Avenue, Suite 300
                                         Nashville, TN 37203
                                         Telephone: (615) 800-6225
                                         tricia@hsglawgroup.com
                                         tony@hsglawgroup.com

                                         *Liaison Counsel*

                                         Patrick J. Coughlin
                                         Carmen A. Medici
                                         Fatima Brizuela
                                         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                         600 West Broadway, Suite 3300
                                         San Diego, CA 92101
                                         Telephone: (619) 798-5325
                                         Facsimile: (619) 233-0508
                                         pcoughlin@scott-scott.com
                                         cmedici@scott-scott.com
                                         fbrizuela@scott-scott.com

                                         Patrick McGahan
                                         Amanda F. Lawrence
                                         Michael Srodoski
                                         G. Dustin Foster
                                         Isabella De Lisi
                                         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                         156 South Main Street
                                         P.O. Box 192
                                         Colchester, CT 06145
                                         Telephone: (860) 537-5537
                                         Facsimile:  (860) 537-4432
                                         pmcgahan@scott-scott.com
                                         alawrence@scott-scott.com
                                         msrodoski@scott-scott.com
                                         gfoster@scott-scott.com
                                         idelisi@scott-scott.com

                                         Stacey Slaughter
                                         Thomas J. Undlin
                                         Geoffrey H. Kozen
                                         Navy A. Thompson

3

J. Austin Hurt
Caitlin E. Keiper
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
nthompson@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

4

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
Facsimile: 312-782-4485

5

| | |
|---|---|
| bwidlanski@kttlaw.com<br>jal@kttlaw.com | jsprengel@caffertyclobes.com<br>dherrera@caffertyclobes.com<br>asweatman@caffertyclobes.com |

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

/s/ *Alexander M. Brauer*
Alexander M. Brauer
abrauer@baileybrauer.com
Jason R. Marlin
jmarlin@baileybrauer.com
Bailey Brauer PLLC
8350 N. Central Expy, Suite 650
Dallas, TX 75206
Telephone: (214) 360-7433

*Counsel for Defendant CONTI Texas Organization, Inc., d/b/a CONTI Capital*

6