UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071<br><br>**This Document Relates to:** 3:23-CV-00410 3:23-CV-00742 |

## AGREED SCHEDULING ORDER RELATING TO CONTI'S RULE 12(B)(1) MOTIONS TO DISMISS

Pursuant to the Court's instruction during the April 10, 2024 status conference, Plaintiffs and Defendant CONTI Texas Organization, Inc. d/b/a CONTI Capital ("CONTI") submit this Agreed Scheduling Order to govern briefing and discovery relating to CONTI's Motions to Dismiss Second Amended Complaint Under Rule 12(b)(1) as to Plaintiff Selena Vincin and Plaintiff Joshua Kabisch ("Motions to Dismiss"). The Court modifies the Agreed Order as reflected below:

1. On or before May 30, 2024, CONTI shall file its Motions to Dismiss.

2. No later than May 17, 2024, CONTI shall make its initial disclosures under Rule 26(a)(1).

3. Plaintiffs Vincin and Kabisch are permitted to take jurisdictional discovery relating to the Motions to Dismiss.

4. Within ninety (90) days of CONTI filing its Motions to Dismiss, Plaintiffs Vincin and Kabisch shall file their respective Responses to the Motions.

5. Within five (5) days of Plaintiffs Vincin and Kabisch filing their Responses, CONTI shall file its Replies to the Responses.

6. Once CONTI has filed its Replies, or five (5) days has expired from the filing of Plaintiffs Vincin's and Kabisch's Responses, the Motions to Dismiss shall be considered fully briefed and ripe for the Court's ruling.

7. All filings shall comply with the Local Rules and orders of the court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE