# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>**This Document Relates to:**<br><br>3:22-cv-00378<br>3:23-cv-00379<br>3:23-cv-00381 |

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

Pursuant to Rule 83.01(g) of the Local Rules of Court for the United States District Court Middle District of Tennessee, I, Marykate E. Williams of King & Ballow notify this Court that I am withdrawing as counsel for Lantower Luxury Living LLC in the above-referenced cases where I appeared as counsel.

Lantower Luxury Living LLC will continue to be represented by attorneys Mark E. Hunt of King & Ballow and attorneys Michael W. Scarborough, M. Kevin Costello, and Dylan I. Ballard of Vinson & Elkins LLP.

Dated: April 19, 2024

Respectfully submitted,

*/s/ Marykate E. Williams*
Marykate E. Williams (MA No. 697938)
KING & BALLOW
26 Century Boulevard
Suite NT 700
Nashville, TN 37214
(615) 259-3456
mwilliams@kingballow.com

1

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 9 of the Court's Practice and Procedure Notice entered April 19, 2023 [ECF 2], I hereby certify that a copy of the foregoing was electronically filed with the Court and electronically served on the date reflected in the ECF system.

/s/ Marykate E. Williams
Marykate E. Williams

2