```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


IN RE: REALPAGE, INC.,          )    Case No. 3:23-md-3071
RENTAL SOFTWARE ANTITRUST       )    MDL No. 3071
LITIGATION (NO. II)             )


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                       BEFORE THE HONORABLE

           CHIEF DISTRICT JUDGE WAVERLY D. CRENSHAW, JR.

                      TRANSCRIPT OF PROCEEDINGS
                         (Telephone Conference)

                           March 6, 2024
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


APPEARANCES:


Patrick J. Coughlin
Scott & Scott Attorneys at Law LLP
600 W. Broadway
Ste 3300
San Diego, CA 92101


Jay P. Srinivasan
Gibson Dunn & Crutcher Llp (La/Ca)
333 S Grand Ave
Los Angeles, Ca 90071-3197



PREPARED BY:
                  LISE S. MATTHEWS, RMR, CRR, CRC
                       Official Court Reporter
                    719 Church Street, Suite 2300
                         Nashville, TN 37203
                   lise_matthews@tnmd.uscourts.gov
```

1    The above-styled cause came on to be heard on
2 March 6, 2024, before the Honorable Waverly D. Crenshaw, Jr.,
3 Chief District Judge, when the following proceedings were
4 had, to-wit:
5    THE COURT:  All right.  Well thank you all for
6 being available.  This is Waverly Crenshaw.  And I'll be
7 short, but certainly ask any questions.
8    I think the best use of our time would be for the
9 leadership on each side, all the members of the leadership
10 and the steering committee on the plaintiffs' side and the
11 defense side to be present in the courtroom at 1:00.  I'm
12 going to issue an order cancelling the status conference for
13 everyone else.  But I'm exploring if they can -- if people
14 who want to listen in can do so by call.  I think that's the
15 best way to proceed because I think we just need to have a --
16 a working status discussion with the leadership in the team.
17    I'll preview that I was just incredibly
18 disappointed and -- I'll just stop it there.  I was just
19 incredibly disappointed with the status report.  I'm not
20 going to rule on discovery disputes embedded in a status
21 report.  And I think it's just important that I get together
22 with the fine lawyers on the plaintiffs' side and the fine
23 lawyers on the defense side and those who are going to be
24 providing leadership so we can make sure we get this case
25 back on the right course.

1    So I'm going to have some things to discuss with
2 you all and we'll have everybody on the leadership teams for
3 both sides there.  I envision at the end of our session I'm
4 going to be ready to issue an order pretty quickly to govern
5 the next status conference and to give you all some guidance
6 on how you properly present discovery disputes to the Court.
7 Probably will have Judge Holmes present here so y'all can get
8 to know her if the need comes up.  So that's -- that's what
9 I'm going to do.  I'll go to the plaintiffs first.
10    Mr. Coughlin, do you see any issues with what I've
11 shared?
12    MR. COUGHLIN:  No, I understand, Your Honor, the
13 sentiments that you're sharing with us.  And so we'll be
14 ready to discuss these issues.  The -- I'm wondering if we
15 can't do it at 11:00 because people from East can get there
16 before the hearing that morning and we can make sure that we
17 get done, you know, Friday if that's possible.
18    THE COURT:  Yeah, I think I've got a full docket
19 in the morning.  So I would have to move too many matters to
20 accommodate you.
21    MR. COUGHLIN:  Okay.
22    THE COURT:  Okay.
23    Mr. Srinivasan -- I'm sorry, Mr. Coughlin.  I
24 didn't mean to cut you off.
25    MR. COUGHLIN:  No, Your Honor.  That's fine.

```
 1                THE COURT:  All right.
 2                MR. COUGHLIN:  We'll see you then.
 3                THE COURT:  All right.  Mr. Srinivasan, does that
 4    work for you, what I've shared?
 5                MR. SRINIVASAN:  It sure does, Your Honor.  We'll
 6    make sure our team is there.
 7                THE COURT:  All right.  Thank you.  I'll see you
 8    Friday at 1:00.  Take care.
 9                MR. SRINIVASAN:  Thank you, Your Honor.
10                (Court adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

REPORTER'S CERTIFICATE

         I, Lise S. Matthews, Official Court Reporter for the United States District Court for the Middle District of Tennessee, with offices at Nashville, do hereby certify:
         That I reported on the Stenograph machine the proceedings held via telephone conference on March 6, 2024, in the matter of IN RE: Realpage, Inc., Rental Software Antitrust Litigation (No. II), et al., Case No. 3:23-MD-03071; that said proceedings in connection with the hearing were reduced to typewritten form by me; and that the foregoing transcript (pages 1 through 3) is a true and accurate record of said proceedings.
         This the 22nd day of April, 2024.

                              /s/ Lise S. Matthews
                              LISE S. MATTHEWS, RMR, CRR, CRC
                              Official Court Reporter