UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) **THIS DOCUMENT RELATES TO:**<br>) **ALL CASES**<br>)<br>) |

# ORDER

After conversation with mediators Judge Layn Phillips and Clay Cogman, and for the time being, the parties are no longer required to include the following items in their cumulative joint status reports filed five business days before each case management status conference:

I. <u>Settlement</u>

    A. Each party engaging in any type of settlement discussions shall identify the date or dates of the last settlement or mediation meeting, whether a third-party mediator was present and a joint statement of the progress of settlement discussions.

    B. The parties shall identify any specific legal issues that require resolution by the Court for settlement discussions to be productive.

    C. The parties shall identify whether further settlement discussions are planned. If so, the dates for same and if not, explain why.

(Doc. No. 854 at 3). Instead, the mediators have agreed to send the Court a confidential, written letter five business days before each status conference that identifies which parties have mediated during the previous month, and whether future sessions or communications are expected. This Order does not in any way change or affect the parties' substantive obligations to engage in mediation and alternative dispute resolution, as reflected in paragraph 12 of the Court's February 16, 2024 Case Management Order. (<u>See</u> Doc. No. 818 at 7).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE