UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) 3:23-cv-00742<br>) 3:23-cv-00272<br>) 3:23-cv-00273<br>) 3:23-cv-00274<br>) |

# ORDER

On March 7, 2024, the Court severed the claims raised in Kabisch v. RealPage, Inc., No. 3:23-cv-00742, into four separate cases because of alleged jurisdictional defects. (See Doc. No. 850). The Clerk opened new cases for the claims raised against Prometheus Real Estate Group, Inc. and Sares Regis Group Commercial, Inc. (Case No. 3:24-cv-00272); Rose Associates, Inc. (Case No. 3:24-cv-00273); and Conti Texas Organization Inc., d/b/a CONTI Capital (Case No. 3:24-cv-00274), and subsequently transferred those cases to facially proper jurisdictions. Each of those three cases has now been transferred back to this Court to proceed as related tag-along actions to In re: RealPage, Inc., Rental Software Antitrust Litig. (No. II), No. MDL 3071.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court has determined that the above-captioned cases clearly involve common questions of law or fact that make consolidation appropriate. See Fed. R. Civ. P. 42(a); see also Hall v. Hall, 138 S. Ct. 1118, 1131 (2018) ("District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."). Accordingly, the Court sua sponte **ORDERS** that the above-captioned cases are **CONSOLIDATED** for all purposes, with case number 3:23-cv-00742 serving as the lead case. All future filings shall be made in the lead case only.

The Clerk is **DIRECTED** to file this order in all four above-captioned cases.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE