# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITURST LITIGATION (NO. II) | Case No: 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00552<br>3:23-cv-00357<br>3:22-cv-01082<br>3:23-cv-00378<br>3:23-cv-00742<br>3:23-cv-00410<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR *PRO HAC VICE* ADMISSION OF RACHEL J. LAMORTE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Rachel J. Lamorte hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Mid-America Apartment Communities, Inc. ("MAA") and Mid-America Apartments, L.P. ("MAALP").

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> Scott D. Carey
> Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.
> 1600 West End Ave, Suite 2000
> Nashville, Tennessee 37203
> (615) 726-7379
> scarey@bakerdonelson.com

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: April 26, 2024  Respectfully submitted,

*/s/ Rachel J. Lamorte*

Name: Rachel J. Lamorte
State where admitted and State Bar Number: New York, Bar No. 5380019
Business Address: MAYER BROWN LLP, 1999 K Street, NW**,** Washington, DC 20006-1101
Phone: (202) 263 3262
Email: rlamorte@mayerbrown.com

*Attorney for Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court for the Middle District of Tennessee using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Rachel J. Lamorte*
Rachel J. Lamorte

4

Case 3:23-md-03071   Document 901   Filed 04/26/24   Page 4 of 4 PageID #: 15559