# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

 RACHEL   J   LAMORTE , Bar #   RL1989 

was duly admitted to practice in the Court on

 January 19, 2016 

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   March 12, 2024
New York, New York

Ruby J. Krajick          By          s/B.Cong
Clerk of Court                       Deputy Clerk