Generated: Apr 26, 2024 1:11PM                                                                                                        Page 1/1



# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Apr 26, 2024 1:11PM

GRSM50
315 Pacific Ave
San Francisco, CA 94111

Rcpt. No: 300002777                Trans. Date: Apr 26, 2024 1:11PM                Cashier ID: #KC

| CD  | Purpose      | Case/Party/Defendant                                         | Qty | Price  | Amt    |
|-----|--------------|--------------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1   | 150.00 | 150.00 |

| CD | Tender           |           |            | Amt      |
|----|------------------|-----------|------------|----------|
| PC | Check/Money Order| #1312044  | 04/26/2024 | $150.00  |

|                              |          |
|------------------------------|----------|
| Total Due Prior to Payment:  | $150.00  |
| Total Tendered:              | $150.00  |
| Total Cash Received:         | $0.00    |
| Cash Change Amount:          | $0.00    |

**Comments:** Shuying Lin

3:23-md-3071

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Case 3:23-md-03071    Document 902    Filed 04/26/24    Page 1 of 1 PageID #: 15561