# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00378<br>3:23-cv-00742<br>3:23-cv-00979 |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective April 29, 2024, the address of James Mutchnik, counsel of record for Defendants Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., and Thoma Bravo, L.P., has changed to:

KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Please note that counsel's telephone numbers and email addresses remain the same. The undersigned respectfully requests that the Clerk of this Court note this change of address in the Court's records and asks counsel to direct future correspondence to the new address.

Dated: April 29, 2024	Respectfully submitted,

By: /s/ *James Mutchnik, P.C.*
   James Mutchnik, P.C. (*pro hac vice*)
   jmutchnik@kirkland.com
   KIRKLAND & ELLIS LLP
   333 West Wolf Point Plaza
   Chicago, IL 60654
   Telephone: (312) 862-2000
   Facsimile: (312) 862-2200

   Mark McKane, P.C. (*pro hac vice*)
   mark.mckane@kirkland.com
   Alistair Blacklock (*pro hac vice*)
   alistair.blacklock@kirkland.com
   KIRKLAND & ELLIS LLP
   555 California Street
   San Francisco, California 94104
   Telephone: (415) 439-1400
   Facsimile: (415) 439-1500

   *Counsel for Defendants*
   *Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund*
   *XIV, L.P.; and Thoma Bravo, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*James Mutchnik, P.C.*
James Mutchnik, P.C.