*Motion (905) is **GRANTED** and an extension is given to **May 8, 2024.***

*US District Judge*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

**JOINT MOTION TO RESET AMENDED SUBMISSION DEADLINE ON SUPPLEMENTAL DEPOSITION LIMIT ORDER**

In Part I.A of the Court's February 16, 2024, Order on Deposition Protocol (Dkt. 816), the Court directed the parties to confer regarding the limits on depositions and to submit a supplemental order within 60 days of entry (*i.e.*, by April 16, 2024). The parties previously moved for (and were granted) a two-week extension to April 30, 2024 to continue the meet and confer process (*See* Dkt. 889). The parties met in person in Nashville on April 29, 2024 and made progress toward narrowing the disputes. The parties respectfully request an extension of 8 days to **May 8, 2024**, by which date the parties would either submit: (a) a proposed stipulated order; or (b) a joint statement as to any disputed issues in compliance with the Court's discovery dispute resolution procedures. (*See* Dkt. 854.)