UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Judge Waverly D. Crenshaw, Jr. |

## NOTICE CHANGE OF ADDRESS

Undersigned counsel for Defendant Lincoln Property Company hereby notifies the Court and parties that the law firm of Sherrard Roe Voigt & Harbison, PLC recently moved to a new location. The firm's new mailing address is 1600 West End Avenue, Suite 1750, Nashville, TN 37203.

Respectfully submitted,

*/s/ Ryan T. Holt*
Ryan T. Holt (BPR #30191)
Mark Alexander Carver (BPR #36754)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Tel. (615) 742-4200 | Fax. (615) 742-4539
rholt@srvhlaw.com
acarver@srvhlaw.com

*Attorneys for Defendant Lincoln Property Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all registered users.

DATED: May 14, 2024

*/s/ Ryan T. Holt*
Ryan T. Holt