# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>23-cv-0357<br>23-cv-0552<br>23-cv-0742<br>23-cv-0979 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Nathan J. Larkin, Esq. hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Independence Realty Trust, Inc. and Sherman Associates, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District of Tennessee, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

DATED: May 28, 2024     COZEN O'CONNOR

*/s/ Nathan J. Larkin*
Nathan J. Larkin (pending *pro hac vice*)
PA Bar No. 329524
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Phone: (215) 366-4463
E-mail: nlarkin@cozen.com

*Attorney for Independence Realty Trust, Inc. and Sherman Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 28th day of May 2024.

/s/ *Nathan J. Larkin*
Nathan J. Larkin