# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Nathan James Larkin, Bar # 329524 was duly admitted to practice in said Court on 05/09/2023 and is in good standing as a member of the bar of said Court.



**CLERK'S OFFICE**
Sworn to and Subscribed
before me this day
Apr/5/2024

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

*George Wylesol*
_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on 04/05/2024

BY: *Trevor McDermott*

**Deputy Clerk**

Rev. 1/20/17