Motion (916) is **GRANTED** and all deadlines are stayed for an additional 60 days. The parties shall file a new status report in 60 days.

*Waverly D. Crenshaw, Jr*
US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**This Document Relates to:**<br>**3:23-cv-00742**<br>**3:23-cv-00979** |

## PLAINTIFFS' AND DEFENDANT APARTMENT INCOME REIT CORP.'S JOINT MOTION TO STAY ALL DEADLINES

On February 5, 2024, the Parties jointly filed a Notice of Settlement and Joint Motion for Relief to Finalize Settlement, which notified the Court that the Parties had reached a settlement in principle, AIR was withdrawing its Motion to Dismiss, and the Parties were requesting that the Court stay all deadlines against AIR while the Parties finalized a settlement agreement (Dkt. 715).

On March 1, 2024, the parties filed a Joint Status Report in which Plaintiffs further advised the Court of their settlement with AIR and requested a stay (Dkt. 841).

On March 6, 2024, the Court stayed all deadlines applicable to AIR until June 4, 2024 (Dkt. 845).

The Parties are continuing to work toward finalizing a settlement agreement.

Therefore, the Parties jointly move the Court to stay for an additional 60 days all deadlines against AIR, including any deadline to file an answer to Plaintiffs' Second Amended Consolidated Class Action Complaint and any pending and future discovery deadlines, while they finalize and execute a settlement agreement.

1