UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

**DEFENDANT REALPAGE, INC.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF JAY SRINIVASAN AT THE JUNE 14, 2024 STATUS CONFERENCE**

Defendant RealPage, Inc. respectfully moves for leave to excuse its counsel, Jay Srinivasan, member of Defendants' Liaison Counsel and Steering Committee from appearing live at the June 14, 2024 Status Conference.

On that date, Mr. Srinivasan is scheduled to travel internationally for a family commitment that he is unable to reschedule. Should the status conference go forward, Michael Perry, Mr. Srinivasan's partner at Gibson, Dunn & Crutcher LLP and counsel of record in this matter, is available to appear in person in his stead. In addition, Mr. Srinivasan would be available to participate in the status conference by telephone.

RealPage has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1

DATED: June 5, 2024                               Respectfully submitted,

/s/ Jay Srinivasan

Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

S. Christopher Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
**NEAL & HARWELL, PLC**
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01(a)(1), the undersigned conferred with counsel for Plaintiffs who indicated they do not oppose the relief requested in this motion.

DATED this 5th day of June, 2024.

                                                */s/ Jay Srinivasan*
                                                Jay Srinivasan

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 5th day of June, 2024.

                                                */s/ Jay Srinivasan*
                                              Jay Srinivasan