**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-MD-3071** **MDL No. 3071** **This Document Relates to:** **3:22-cv-01082** **3:23-cv-00332** **3:23-cv-00357** **3:23-cv-00378** **3:23-cv-00410** **3:23-cv-00413** **3:23-cv-00552** **3:23-cv-00742** **3:23-cv-00979** **Chief Judge Waverly D. Crenshaw, Jr.** |

**[PROPOSED] ORDER GRANTING DEFENDANT REALPAGE, INC.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF JAY SRINIVASAN AT THE JUNE 14, 2024 STATUS CONFERENCE**

Having considered Defendant RealPage Inc.'s unopposed motion to excuse live appearance of Jay Srinivasan, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the June 14, 2024 Status Conference, the Court **GRANTS** the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

4