> Motion (918) is **GRANTED** and Jay Srinivasan's appearance is waived.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT REALPAGE, INC.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF JAY SRINIVASAN AT THE JUNE 14, 2024 STATUS CONFERENCE

Defendant RealPage, Inc. respectfully moves for leave to excuse its counsel, Jay Srinivasan, member of Defendants' Liaison Counsel and Steering Committee from appearing live at the June 14, 2024 Status Conference.

On that date, Mr. Srinivasan is scheduled to travel internationally for a family commitment that he is unable to reschedule. Should the status conference go forward, Michael Perry, Mr. Srinivasan's partner at Gibson, Dunn & Crutcher LLP and counsel of record in this matter, is available to appear in person in his stead. In addition, Mr. Srinivasan would be available to participate in the status conference by telephone.

RealPage has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1