# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) <br> ) **Case No. 3:23-md-3071** <br> ) **MDL No. 3071** <br> ) <br> ) **This Document Relates to:** <br> ) <br> ) **3:23-cv-00742** <br> ) **3:23-cv-00979** <br> ) **3:23-cv-00357** <br> ) **3:23-cv-00410** |

## NOTICE OF APPEARANCE OF MICHAEL J. MURTHA

Undersigned counsel in the above-captioned Master Case and related Member Cases hereby gives notices that Michael J. Murtha of Jackson Walker L.L.P enters his appearance as co-counsel for the Parties referenced below for purposes of receiving notices from the Court:

(1)     Crow Holdings, LP and Trammell Crow Residential Company
        3:23-cv-00742 and 3:23-cv-00979

(2)     Allied Orion Holdings, LLC
        3:23-cv-00357 and 3:23-cv-00410

Dated: June 14, 2024

Respectfully submitted,

/s/ Samuel P. Funk
Samuel P. Funk (TN Bar # 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

1

Edwin Buffmire (TX Bar #24078283)*
Michael J. Murtha (TX Bar #24116801)**
William T. Nilsson (TX Bar #24123350)**
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Phone
(214) 953-5822 – Fax
ebuffmire@jw.com
mmurtha@jw.com
wnilsson@jw.com

\* Admitted *Pro Hac Vice*
\*\* *Pro Hac Vice* admission pending

*Attorneys for Crow Holdings, LLP;*
*Trammell Crow Residential Company;*
*and Allied Orion Holdings, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 14, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Court via the Court's electronic e-filing system, CM/ECF, which sent notification of such filing to all counsel of record.

/s/ Samuel P. Funk
Samuel P. Funk

4865-2529-9655, v. 1

2