IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) This Document Relates to: ) ) 3:23-cv-00742 ) 3:23-cv-00979 ) 3:23-cv-00357 ) 3:23-cv-00410 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. MURTHA

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, undersigned counsel in the above-captioned matters hereby moves the Court for an order granting Michael J. Murtha permission to appear *pro hac vice* in the above-captioned Master Case and as counsel for Crow Holdings, LP and Trammell Crow Residential Company in related Member Case nos. 3:23-cv-00742 and 3:23-cv-00979; and as counsel for Allied Orion Holdings, LLC in related Member Case nos. 3:23-cv-00357 and 3:23-cv-00410.

Pursuant to 29 U.S.C. § 1746, Michael J. Murtha declares under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

1

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to the Court's Practice and Procedures Notice in this case (ECF No. 2), parties are not required to obtain local counsel in the Middle District, but they are encouraged to do so pursuant to Local Rule 83.01(d)(1).

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: June 14, 2024

Respectfully submitted,

*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar # 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

*/s/ Michael J. Murtha*
Edwin Buffmire (TX Bar #24078283)*
Michael J. Murtha (TX Bar #24116801)**
William T. Nilsson (TX Bar #24123350)**
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Phone
(214) 953-5822 – Fax

2

ebuffmire@jw.com
mmurtha@jw.com
wnilsson@jw.com

\* Admitted *Pro Hac Vice*
\*\* *Pro Hac Vice* admission pending

***Attorneys for Crow Holdings, LLP;
Trammell Crow Residential Company;
and Allied Orion Holdings, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Court via the Court's electronic e-filing system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Samuel P. Funk*
Samuel P. Funk

4888-2364-7175, v. 1