UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT LINCOLN PROPERTY COMPANY'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF GREGORY J. CASAS AT THE JULY 12, 2024 STATUS CONFERENCE

Defendant Lincoln Property Company respectfully moves for leave to excuse its counsel, Gregory J. Casas, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024 Status Conference.

On that date, Mr. Casas is scheduled to travel internationally and is unable to reschedule. Should the status conference go forward, Becky Caruso, also with Greenberg Traurig, LLP and counsel of record in this matter, is available to appear live at the hearing.

Lincoln has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

DATED: June 26, 2024                                  Respectfully submitted,

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted *pro hac vice*)
Emily W. Collins (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200
casasg@gtlaw.com
emily.collins@gtlaw.com

Robert J. Herrington (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Robert.Herrington@gtlaw.com

Becky L. Caruso (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252
Becky.Caruso@gtlaw.com

*/s/ Ryan T. Holt*
Ryan T. Holt (No. 30191)
Mark Alexander Carver (No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200
rholt@srvhlaw.com
acarver@srvhlaw.com

*Counsel for Defendant Lincoln Property Company*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01(a)(1), the undersigned conferred with counsel for Plaintiffs who indicated they do not oppose the relief requested in this motion.

DATED this 26th day of June, 2024.

/s/ *Emily W. Collins*
Emily W. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 26th day of June, 2024.

/s/ *Ryan Holt*
Ryan Holt