UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### [PROPOSED] ORDER GRANTING DEFENDANT LINCOLN PROPERTY COMPANY'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF GREGORY J. CASAS AT THE JULY 12, 2024 STATUS CONFERENCE

Having considered Defendant Lincoln Property Company's unopposed motion to excuse live appearance of Gregory Casas, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024 Status Conference, the Court **GRANTS** the motion. IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE