*Motion (932) is **GRANTED** and Gregory J. Casas appearance at the July 12, 2024 status conference is waived.*

*[signature] Waverly D. Crenshaw, Jr.*
*US DISTRICT JUDGE*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT LINCOLN PROPERTY COMPANY'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF GREGORY J. CASAS AT THE JULY 12, 2024 STATUS CONFERENCE

Defendant Lincoln Property Company respectfully moves for leave to excuse its counsel, Gregory J. Casas, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024 Status Conference.

On that date, Mr. Casas is scheduled to travel internationally and is unable to reschedule. Should the status conference go forward, Becky Caruso, also with Greenberg Traurig, LLP and counsel of record in this matter, is available to appear live at the hearing.

Lincoln has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.