# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:23-cv-00552<br>3:23-cv-00357<br>3:22-cv-01082<br>3:23-cv-00378<br>3:23-cv-00742<br>3:23-cv-00410<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## DEFENDANT MID-AMERICA APARTMENT COMMUNITIES, INC. AND MID-AMERICA APARTMENTS, L.P.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF BRITT M. MILLER AT JULY 12, 2024, <u>STATUS CONFERENCE</u>

Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. ("MAA") respectfully move for leave to excuse MAA's counsel, Britt M. Miller, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024, Status Conference.

On that date, Ms. Miller is scheduled to be traveling for an event that cannot be rescheduled. Her colleague, Rachel J. Lamorte, also counsel for MAA, will appear live at the hearing should the Court grant this motion and excuse Ms. Miller's appearance.

MAA has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1

DATED: July 2, 2024                                  Respectfully submitted

*/s/ Britt M. Miller*
Britt M. Miller (admitted pro hac vice)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted pro hac vice)
dfenske@mayerbrown.com
Matthew D. Provance (admitted pro hac vice)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600


*/s/ Rachel J. Lamorte*
Rachel J. Lamorte (admitted pro hac vice)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262


*/s/ Scott D. Carey*
Scott D. Carey (#15406)
Ryan P. Loofbourrow (#33414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Telephone: (615) 726-5600
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for Defendant Mid-America*
*Apartment Communities, Inc.*
*and Mid-America Apartments, L.P.*

2

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01(a)(1), the undersigned conferred with counsel for Plaintiffs who indicated they are unopposed to the relief requested in this motion.

DATED this 2d day of July, 2024.

*/s/ Britt M. Miller*
Britt M. Miller

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 2d day of July, 2024.

*/s/ Britt M. Miller*
Britt M. Miller