# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| **IN RE REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-03071** <br> **MDL No. 3071** <br><br> **Chief Judge Waverly D. Crenshaw, Jr.** <br><br> **This Document Relates to:** <br><br> **3:23-cv-00332** <br> **3:23-cv-00357** <br> **3:23-cv-00979** |

## DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF CARL W. HITTINGER AT JULY 12, 2024 STATUS CONFERENCE

Defendant Equity Residential ("Equity") respectfully moves for leave to excuse Equity's counsel, Carl W. Hittinger, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024 Status Conference.

On that date, Mr. Hittinger is scheduled for court-ordered expert depositions that cannot be rescheduled. His colleague, Alyse F. Stach, also counsel for Equity, will appear live at the hearing should the Court grant this motion and excuse Mr. Hittinger's appearance.

Equity has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

DATED: July 3, 2024

Respectfully submitted,

*/s/ Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Matt Schock
mschock@bakerlaw.com
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236-5403
Telephone: (202) 861-1529

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.01(a)(1), the undersigned conferred with counsel for Plaintiffs who indicated they are unopposed to the relief requested in this motion.

DATED this 3rd day of July, 2024.

*/s/ Carl W. Hittinger*
Carl W. Hittinger

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF.

DATED this 3rd day of July, 2024.

*/s/ Carl W. Hittinger*
Carl W. Hittinger