UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO.II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

**[PROPOSED] ORDER GRANTING DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF CARL W. HITTINGER AT JULY 12, 2024 STATUS CONFERENCE**

Having considered Defendant Equity Residential's ("Equity") unopposed motion to excuse Carl W. Hittinger, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024, Status Conference, the Court **GRANTS** the motion. IT IS SO ORDERED.

 

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE