Motion (934) is **GRANTED** and Britt M. Miller's appearance at the July 12, 2024 status conference is waived.

*Waverly D. Crenshaw, Jr*
US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-MD-3071** **MDL No. 3071** **This Document Relates to:** **3:23-cv-00552** **3:23-cv-00357** **3:22-cv-01082** **3:23-cv-00378** **3:23-cv-00742** **3:23-cv-00410** **3:23-cv-00979** **Chief Judge Waverly D. Crenshaw, Jr.** |

## DEFENDANT MID-AMERICA APARTMENT COMMUNITIES, INC. AND MID-AMERICA APARTMENTS, L.P.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF BRITT M. MILLER AT JULY 12, 2024, STATUS CONFERENCE

Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. ("MAA") respectfully move for leave to excuse MAA's counsel, Britt M. Miller, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the July 12, 2024, Status Conference.

On that date, Ms. Miller is scheduled to be traveling for an event that cannot be rescheduled. Her colleague, Rachel J. Lamorte, also counsel for MAA, will appear live at the hearing should the Court grant this motion and excuse Ms. Miller's appearance.

MAA has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1