# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

IN RE: REALPAE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

Case No. 3:23-md-3071
MDL No. 3071

**This Document Relates to:**
3:22-cv-01082; 3:23-cv-00357; 3:23-cv-00378; 3:23-cv-00410; 3:23-cv-00413; 3:23-cv-00742; 3:23-cv-00979

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Matthew J. Perez hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Patrick Parker, Priscilla Parker, Barry Amar-Hoover, Selena Vincin, Brandon Watters, Jeffrey Weaver, Billie Jo White, Joshua Kabisch, and Maya Haynes

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: Southern District of New York

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

   N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

   N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

   N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

Cited under Pa. tit. 18 §§ 5503, 5505, but citations were dismissed in 2006.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Tricia Herzfeld; 223 Rosa L. Parks Ave., Suite 300, Nashville, TN 37203; (615) 800-6225; tricia@hsglawgroup.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Matthew J. Perez  Signature

Name: Matthew J. Perez

State where admitted and State Bar Number: State of New York, 4937728

Business Address: The Helmsley Building, 230 Park Ave., 17th Floor, New York, NY 10169

Local Address [if different from above]:

Phone: 212-223-6444

Email: matt.perez@scott-scott.com

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on July 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Tricia R. Herzfeld*
Tricia R. Herzfeld

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.