# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

MATTHEW JOSEPH PEREZ, Bar # MP3142

was duly admitted to practice in the Court on

January 30, 2012

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On June 25, 2024

Daniel Ortiz
Acting Clerk of Court

By s/ R. Juliano
Deputy Clerk