UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 83.01(g), Victoria L. Glover, of Venable LLP, 600 Massachusetts Avenue NW, Washington, D.C. 20001, withdraws as attorney of record for Defendant CH Real Estate Services, LLC.

Venable LLP continues to serve as counsel for Defendant CH Real Estate Services, LLC, through attorneys Danielle R. Foley and Andrew B. Dickson.

Dated: July 10, 2024

*s/ Danielle R. Foley*
Danielle R. Foley (admitted *pro hac vice*)
DRFoley@Venable.com
Andrew B. Dickson (admitted *pro hac vice*)
ABDickson@Venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 344-8300

*Counsel for Defendant*
*CH Real Estate Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 10th day of July 2024.

/s/ *Danielle R. Foley*
Danielle R. Foley