# United States District and Bankruptcy Courts
## for the District of Columbia



## Certificate of Admission
### for

**MORENIKE   IFEOMA   OYEBADE**

*Request for admission was on motion first made to the Court on behalf of* <u>Andrew  Hernacki</u>. *Petitioner is duly admitted and qualified as an Attorney and Counselor of the United States District and Bankruptcy Courts for the District of Columbia, on the 3rd day of June, in the year of our Lord two thousand and twenty-four.*

**In testimony whereof, I,** *Angela D. Caesar, Clerk of said Court, have hereunto set my name and affixed the Seal of said Court, at the City of Washington, this 3rd day of June, A.D. 2024.*

*Clerk of the United States District and Bankruptcy Courts for the District of Columbia*