


# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MORENIKE IFEOMA OYEBADE

was, on the **3rd** day of **June** A.D. **2024** admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this **10th** day of **July** A.D. **2024**.



**ANGELA D. CAESAR,** Clerk of Courts

By: ___/s/ Angeles Brown___
**Deputy Clerk**