UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL 3071<br><br>This document relates to:<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE**, effective July 1, 2024, that the address of David D. Cross, counsel for Defendant UDR, Inc. has changed to:

GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4050
Fax: (202) 346-4444
Email: DCross@goodwinlaw.com

The Court and all counsel of record are hereby requested to send all future pleadings, memoranda, correspondence, orders, notices, etc. addressed to Mr. Cross to the above address.

Dated: July 10, 2024

/s/ *David D. Cross*
David D. Cross (admitted *pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4050
Fax: (202) 346-4444
Email: DCross@goodwinlaw.com

*Counsel for Defendant UDR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ David D. Cross*
David D. Cross