UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>*Vincin*, 3:23-cv-00410<br>*Haynes*, 3:23-cv-00979<br><br>Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF APPEARANCE OF KEVIN C. KLEIN
## FOR DEFENDANT DAYRISE RESIDENTIAL, LLC

Kevin C. Klein hereby enters his appearance as counsel of record for Defendant Dayrise Residential, LLC.

Respectfully submitted,

Kevin C. Klein (#23301)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com

Bradley C. Weber
Texas Bar No. 21042470
bweber@lockelord.com
M. Taylor Levesque
Texas Bar No. 24107296
taylor.levesque@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2750
T: (214) 740-8497
F: (214) 756-8497

*Counsel For Defendant Dayrise Residential, LLC*

## CERTIFICATE OF SERVICE

      I certify that the foregoing **NOTICE OF APPEARANCE** was filed electronically on July 11, 2024, and notice of this filing was served via the Court's CM/ECF system to all parties and counsel of record registered for CM/ECF filing.

_____
Kevin C. Klein