# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-3071**<br>**MDL 3071**<br><br>**This document relates to:**<br>**3:23-cv-00357**<br>**3:23-cv-00378**<br>**3:23-cv-00413**<br>**3:23-cv-00440**<br>**3:23-cv-00742**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Defendant UDR, Inc. ("UDR"), moves to withdraw as counsel of record Jeffrey A. Jaeckel, Robert W. Manoso, Eliot A. Adelson, Mika M. Fitzgerald, and Ramsey W. Fisher of the law firm Morrison & Foerster LLP in the matters listed above and states as follows:

1. UDR continues to be represented in this matter by lead counsel David D. Cross (admitted *pro hac vice*), who has recently joined the law firm of Goodwin Procter LLP from Morrison & Foerster LLP (Dkt. 944).

2. UDR will also continue to be represented by local counsel attorney Joshua L. Burgener of Dickinson Wright PLLC.

3. UDR requests that the Court allow the Morrison & Foerster LLP attorneys identified above to withdraw as its counsel.

1

WHEREFORE, for all the forgoing reasons, UDR respectfully requests that the Court grant this Motion allowing Jeffrey A. Jaeckel, Robert W. Manoso, Eliot A. Adelson, Mika M. Fitzgerald, Ramsey W. Fisher of Morrison & Foerster LLP to withdraw as its counsel in these matters.

Respectfully submitted this 26th day of July, 2024.

/s/ Robert W. Manoso
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
Ramsey W. Fisher (Admitted pro hac vice)
ramseyfisher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street New York, NY 10019
Telephone: (212) 468-8000

*Withdrawing Counsel for Defendant UDR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                */s/ Robert W. Manoso*
                                                Robert W. Manoso