| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00440<br>3:23-cv-00742 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Kathryn M. Baldwin hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.  I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2.  I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    None.

3.  I have not been found in contempt by any court or tribunal, except as provided below:

    None.

1

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

   None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below:

   None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

   None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Joshua L. Burgener
Dickinson Wright PLLC
424 Church St.
Suite 800
Nashville, TN 37219
Phone: (615) 620-1757
Email: jburgener@dickinson-wright.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Kathryn M. Baldwin

Name: Kathryn M. Baldwin
State where admitted and State Bar Number: New York (5703970)

Business Address: Goodwin Procter LLP, 620 Eighth Avenue, New York, NY 10018
Phone: (212) 813-8800
Email: kbaldwin@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Kathryn M. Baldwin*
Kathryn M. Baldwin

*Counsel for Defendant UDR, Inc.*

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

__KATHRYN BALDWIN__, Bar # __5703970__

was duly admitted to practice in the Court on

__May 12, 2020__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  
New York, New York

On __August 1, 2024__

Daniel Ortiz  
Acting Clerk of Court

By s/B. Cong  
Deputy Clerk