# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00440<br>3:23-cv-00742 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Mary G. Kaiser hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

   None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

   None.

1

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

> None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below:

> None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

> None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Joshua L. Burgener
Dickinson Wright PLLC
424 Church St.
Suite 800
Nashville, TN 37219
Phone: (615) 620-1757
Email: jburgener@dickinson-wright.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Mary G. Kaiser

Name: Mary G. Kaiser
State where admitted and State Bar Number: District of Columbia (1021965)

Business Address: Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036
Phone: (202) 346-4000
Email: mkaiser@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Joshua L. Burgener*
Joshua L. Burgener

*Counsel for Defendant UDR, Inc.*

 

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MARY G. KAISER

was, on the 4th day of November A.D. 2019 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 2nd day of August A.D. 2024.



*signature*

**ANGELA D. CAESAR,** Clerk of Courts

By: /s/ Angeles Brown

**Deputy Clerk**