UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00440<br>3:23-cv-00742 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Julia C. Stamper hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the District of Columbia Court of Appeals. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

    None.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below:

None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Joshua L. Burgener
Dickinson Wright PLLC
424 Church St.
Suite 800
Nashville, TN 37219
Phone: (615) 620-1757
Email: jburgener@dickinson-wright.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Julia C. Stamper

Name: Julia C. Stamper
State where admitted and State Bar Number: District of Columbia (90018665)

Business Address: Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036
Phone: (202) 346-4000
Email: jstamper@goodwinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Joshua L. Burgener*
Joshua L. Burgener

*Counsel for Defendant UDR, Inc.*



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Julia Carson Stamper*

*was duly qualified and admitted on November 7, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 01, 2024.***

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*