# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00440<br>3:23-cv-00742 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Benjamin E. Campbell hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

    1.    I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

    2.    I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    None.

    3.    I have not been found in contempt by any court or tribunal, except as provided below:

    None.

1

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

   None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below:

   None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

   None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Joshua L. Burgener
Dickinson Wright PLLC
424 Church St.
Suite 800
Nashville, TN 37219
Phone: (615) 620-1757
Email: jburgener@dickinson-wright.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Benjamin E. Campbell

Name: Benjamin E. Campbell
State where admitted and State Bar Number: California (341252)

Business Address: Goodwin Procter LLP, 620 Eighth Avenue, New York, NY 10018
Phone: (212) 813-8800
Email: benjamincampbell@goodwinlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 6, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Joshua L. Burgener*
Joshua L. Burgener

*Counsel for Defendant UDR, Inc.*

# United States District Court
# Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Benjamin E. Campbell

Bar Number 341252

was duly admitted to practice in this Court on August 2, 2023, and is in good standing as a member of the bar of this Court.



Signed on August 6, 2024 by

Mark B. Busby, Clerk of Court