UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION(NO. II) | Case No. 3:23-md-03071<br>MDL: 3071<br><br>This Document Relates to:<br>3:23-cv-00380<br>3:23-cv-00391<br><br>Chief Judge Waverly D. Crenshaw, Jr |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to LR 83.01(g), Kathleen J. McMahon is no longer an attorney at Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Plaintiffs. Ms. McMahon should be removed from the Court's service list with respect to this action. Plaintiffs are still represented in this matter by Joseph R. Saveri, Cadio Zirpoli, and Kevin E. Rayhill of Joseph Saveri Law Firm, LLP, as well as Plaintiffs' Interim Co-Lead Counsel, Liaison Counsel, and the other Counsel appointed by the Court to the Plaintiffs' Steering Committee.

Dated: August 13, 2024                    Respectfully Submitted,

                                          By:    */s/ Joseph R. Saveri*
                                                    Joseph R. Saveri

                                          Joseph R. Saveri (*Pro Hac Vice*)
                                          Cadio Zirpoli (*Pro Hac Vice*)
                                          Kevin E. Rayhill (*Pro Hac Vice*)
                                          **JOSEPH SAVERI LAW FIRM, LLP**
                                          601 California Street, Suite 1505
                                          San Francisco, California 94108
                                          Telephone: (415) 500-6800
                                          Facsimile:   (415) 395-9940
                                          jsaveri@saverilawfirm.com
                                          czirpoli@@saverilawfirm.com
                                          krayhill@saverilawfirm.com

                                          *Counsel for Plaintiffs and the Proposed Class and Members of the Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:    */s/ Joseph R. Saveri*
        Joseph R. Saveri