> Motion (946) is GRANTED.
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-3071<br>MDL 3071<br><br>This document relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00440<br>3:23-cv-00742<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Defendant UDR, Inc. ("UDR"), moves to withdraw as counsel of record Jeffrey A. Jaeckel, Robert W. Manoso, Eliot A. Adelson, Mika M. Fitzgerald, and Ramsey W. Fisher of the law firm Morrison & Foerster LLP in the matters listed above and states as follows:

1. UDR continues to be represented in this matter by lead counsel David D. Cross (admitted *pro hac vice*), who has recently joined the law firm of Goodwin Procter LLP from Morrison & Foerster LLP (Dkt. 944).

2. UDR will also continue to be represented by local counsel attorney Joshua L. Burgener of Dickinson Wright PLLC.

3. UDR requests that the Court allow the Morrison & Foerster LLP attorneys identified above to withdraw as its counsel.

1