# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION(NO. II) | Case No. 3:23-md-03071<br>MDL:3071<br><br>This Document Relates to:<br>3:23-cv-00380<br>3:23-cv-00391<br>Chief Judge Waverly D. Crenshaw, Jr |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to LR 83.01(g), Elayna M. Fiene will no longer be an attorney with Greenberg Traurig, LLP, effective August 24, 2024, and hereby withdraws as counsel for Defendant Lincoln Property Co. ("Lincoln"). Ms. Fiene should be removed from the Court's service list with respect to this action. Lincoln is still represented in this matter by Emily Collins, Becky Caruso, Robert Herrington , Gregory Casas, and David Palmer.

Dated: August 23, 2024

/s/ *Elayna M. Fiene*
David G. Palmer (SBN: 2634)
Elayna Marie Fiene (SBN: 45308)
GREENBERGTRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Telephone: (303) 572-6500
palmerDG@gtlaw.com
elayna.Fiene@gtlaw.com

Gregory J. Casas
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
Telephone: (512) 320-7200
casasg@gtlaw.com

Robert J. Herrington
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
herringtonr@gtlaw.com

Becky L. Caruso
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196
carusob@gtlaw.com

*Counsel for Defendant Lincoln Property Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 23rd day of August 2024.

/s/ *Elayna M. Fiene*
Elayna M. Fiene