

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Aug 27, 2024 1:16PM

GOODWIN PROCTOR LLP
BOSTON , MA 02210

| Rcpt. No: 300003743 | Trans. Date: Aug 27, 2024 1:16PM | | | Cashier ID: #MG |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111   Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #1427142 | 08/27/2024 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** PHV fee for Mary Kaiser, Case No. 3:23-md-003071

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.