

# U.S. District Court

### Tennessee Middle - Nashville

Receipt Date: Aug 27, 2024 1:18PM

GOODWIN PROCTOR LLP
BOSTON , MA 02210

Rcpt. No: 300003744    Trans. Date: Aug 27, 2024 1:18PM    Cashier ID: #MG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Check/Money Order | #1427143 | 08/27/2024 | | $150.00 |
| | | | Total Due Prior to Payment: | | $150.00 |
| | | | Total Tendered: | | $150.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** PHV fee for Benjamin Campbell, Case No. 3:23-md-03071

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.