UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071 MDL No. 3071  THIS DOCUMENT RELATES TO: ALL CASES |

## ORDER

Plaintiffs' Motion for Discovery Conference to Compel Defendant Cortland Management LLC to Participate in an In-Person Discovery Conferral (Doc. No. 964) is before the Court. By 12:00 noon on **August 29, 2024**, Cortland **SHALL** file a response to Plaintiffs' argument that "Cortland refuses to set an in-person conference" to discuss the issues raised in Plaintiffs' motion. (See Doc. 964 at 2). The Court reserves judgment until both sides have had an opportunity to be heard.

The Court also encourages the parties to resolve this dispute on their own. The Court reminds the litigants that a party's bad faith refusal to engage in the elementary meet-and-confer process may subject that party to sanctions under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and/or the Court's inherent authority.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE