# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## JOINT RESPONSE REGARDING PLAINTIFFS' MOTION FOR DISCOVERY CONFERENCE TO COMPEL CORTLAND TO PARTICIPATE IN AN IN-PERSON DISCOVERY CONFERRAL

Per the Court's August 28, 2024 Order (Dkt. 965), Plaintiffs and Defendant Cortland Management, LLC ("Cortland") (together, the "Parties") write to inform the Court that they have reached agreement concerning the scheduling of an in-person meet and confer regarding the items raised in Plaintiffs' Motion for Discovery Conference to Compel Cortland to Participate in an In-Person Conference ("Motion") (Dkt. 964). Following entry of the Court's August 28 Order, the Parties participated in a telephonic meet and confer, during which Cortland agreed in good faith to an in-person conferral with Plaintiffs, which is scheduled to take place at 9:00 a.m. on September 4, 2024 in Denver, where Cortland's counsel is located.

In light of the Parties' agreement, Plaintiffs respectfully request that the Court stay Plaintiffs' Motion pending the Parties' participation in the in-person conference, after which Plaintiffs intend to withdraw the Motion.

Dated: August 29, 2024          /s/ Tricia R. Herzfeld
                                Tricia R. Herzfeld (#26014)
                                Anthony A. Orlandi (#33988)
                                **HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
                                223 Rosa L. Parks Avenue, Suite 300
                                Nashville, TN 37203
                                Telephone: (615) 800-6225
                                tricia@hsglawgroup.com
                                tony@hsglawgroup.com

                                *Liaison Counsel*

                                Patrick J. Coughlin
                                Carmen A. Medici
                                Fatima Brizuela
                                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                600 West Broadway, Suite 3300
                                San Diego, CA 92101
                                Telephone: (619) 798-5325
                                Facsimile: (619) 233-0508
                                pcoughlin@scott-scott.com
                                cmedici@scott-scott.com
                                fbrizuela@scott-scott.com

                                Patrick McGahan
                                Amanda F. Lawrence
                                Michael Srodoski
                                G. Dustin Foster
                                Isabella De Lisi
                                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                156 South Main Street
                                P.O. Box 192
                                Colchester, CT 06145
                                Telephone: (860) 537-5537
                                Facsimile: (860) 537-4432
                                pmcgahan@scott-scott.com
                                alawrence@scott-scott.com
                                msrodoski@scott-scott.com
                                gfoster@scott-scott.com
                                idelisi@scott-scott.com

                                Matthew J. Perez
                                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                230 Park Ave., 17th Floor
                                New York, NY 10169

Telephone: (212) 223-6444
matt.perez@scott-scott.com

Stacey Slaughter
Geoffrey H. Kozen
Navy A. Thompson
Caitlin E. Keiper
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
nthompson@robinskaplan.com
ckeiper@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

3

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
Jules A. Ross
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com
jross@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
Robert J. Neary
**KOZYAK TROPIN & THROCKMORTON LLP**

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
Facsimile: 312-782-4485

2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com
rn@kttlaw.com

jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

*/s/ Todd R. Seelman*
Todd R. Seelman
Thomas Dyer
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002
todd.seelman@lewisbrisbois.com
thomas.dyer@lewisbrisbois.com
*Counsel for Defendant Cortland Management, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld
