UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00742 |

## DEFENDANT UDR, INC.'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF DAVID D. CROSS AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Defendant UDR, Inc. ("UDR") respectfully moves for leave to excuse its counsel, David D. Cross, from appearing at the September 13, 2024 status conference.

On that date, Mr. Cross is scheduled to travel for a family commitment that he is unable to reschedule. Should the status conference go forward, Mary G. Kaiser, Mr. Cross's partner at Goodwin Procter LLP and counsel of record in this matter, is available to appear in person in his stead. In addition, Mr. Cross may be available to participate in the status conference by telephone.

UDR has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1

Dated: September 3, 2024						Respectfully submitted,


						*/s/ David D. Cross*
						David D. Cross (admitted *pro hac vice*)
						dcross@goodwinlaw.com
						Mary Kaiser (admitted *pro hac vice*)
						mkaiser@goodwinlaw.com
						Goodwin Procter LLP
						1900 N St. NW
						Washington, DC 20036
						Telephone: (202) 346-4050

						Kathryn M. Baldwin (admitted *pro hac vice*)
						kbaldwin@goodwinlaw.com
						Benjamin Campbell (admitted *pro hac vice*)
						benjamincampbell@goodwinlaw.com
						Goodwin Procter LLP
						620 Eight Avenue
						New York, NY 10018
						Telephone: (212) 813-8904


						*/s/ Joshua L. Burgener*
						Joshua L. Burgener
						jburgener@dickinsonwright.com
						Dickinson Wright PLLC
						424 Church Street, Suite 800
						Nashville, TN 37219
						Telephone: (615) 620-1757


						*Counsel for Defendant UDR, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ David D. Cross*
David D. Cross

*Counsel for Defendant UDR, Inc.*