UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00742 |
|---|---|

**[PROPOSED] ORDER GRANTING DEFENDANT UDR, INC.'S
UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF DAVID D. CROSS
AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE**

Having considered Defendant UDR, Inc.'s unopposed motion to excuse the appearance of David D. Cross at the September 13, 2024 status conference, the Court GRANTS the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE