UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| *In re RealPage, Inc. Rental Software Antitrust Litigation* | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, I, Jeffry W. Duffy, hereby move for admission to appear pro hac vice in the above-captioned action as counsel for Defendant Equity Residential.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania. Attached is a certificate of good standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or other tribunal.

3. I have not been found in contempt by any court or other tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or other tribunal.

6. No criminal charges have ever been instituted against me.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local co-counsel must be retained. Equity Residential's local co-counsel of record is:

> Stephen J. Zralek, Esq.
> Spencer Fane Bone McAllester
> 511 Union Street, Suite 1100
> Nashville, TN 37219
> 615-238-6300
> szralek@spencerfane.com

8. I have read and am familiar with the Local Rules of Court for the United States District Court Middle District of Tennessee.

9. I acknowledge that I will be responsible for compliance with all rules of this Court and that my application for admission pro hac vice confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

*/s/ Jeffry W. Duffy*
Jeffry W. Duffy

Name: Jeffry W. Duffy
State where admitted and State Bar Number: Pennsylvania (81670)
Business Address: Baker & Hostetler LLP, 1735 Market Street, Suite 3300, Philadelphia, PA 19103
Email: jduffy@bakerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Stephen J. Zralek*
Stephen J. Zralek

*Counsel for Defendant Equity Residential*