

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF PENNSYLVANIA      }

   I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Jeffry W. Duffy Bar # 81670 was duly admitted to practice in said Court on 11/18/1998 and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
Sep/4/2024

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

*George Wylesol*
_____
GEORGE WYLESOL
Clerk of Court

DATED at Philadelphia, Pennsylvania
on 09/04/2024

BY: *Trevor McDermott*

**Deputy Clerk**

Rev. 1/20/17