UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| *In re RealPage, Inc. Rental Software Antitrust Litigation* | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

### [PROPOSED] ORDER GRANTING DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF CARL W. HITTINGER AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Having considered Defendant Equity Residential's unopposed motion to excuse the appearance of Carl W. Hittinger at the September 13, 2024 status conference, the Court GRANTS the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE