> Motion (967) is **GRANTED** and Defendant UDR, Inc.'s counsel, David D. Cross is excused from the September 13, 2024 status conference.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00413<br>3:23-cv-00742 |

## DEFENDANT UDR, INC.'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF DAVID D. CROSS AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Defendant UDR, Inc. ("UDR") respectfully moves for leave to excuse its counsel, David D. Cross, from appearing at the September 13, 2024 status conference.

On that date, Mr. Cross is scheduled to travel for a family commitment that he is unable to reschedule. Should the status conference go forward, Mary G. Kaiser, Mr. Cross's partner at Goodwin Procter LLP and counsel of record in this matter, is available to appear in person in his stead. In addition, Mr. Cross may be available to participate in the status conference by telephone.

UDR has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.