

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## CARL WILLIAM SPILLY

was, on the 3rd day of June A.D. 2024 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 3rd day of September A.D. 2024.



**ANGELA D. CAESAR,** Clerk of Courts

By: /s/ Hannah Norton

**Deputy Clerk**