Motion (969) is **GRANTED** and Carl W. Hittinger's appearance at the status conference on September 13, 2024 is excused.

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| *In re RealPage, Inc. Rental Software Antitrust Litigation* | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

### DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF CARL W. HITTINGER AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Defendant Equity Residential ("Equity") respectfully moves for leave to excuse its counsel, Carl W. Hittinger, from appearing at the September 13, 2024 conference.

On that date, Mr. Hittinger will be on a pre-paid family vacation which he is unable to reschedule. Should the status conference go forward, Alyse F. Stach, Mr. Hittinger's partner at Baker & Hostetler LLP and counsel of record in this matter, is available to appear in person in his stead. In addition, Mr. Hittinger may be available to participate in the status conference by telephone.

Equity has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.