IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

### DEFENDANT REALPAGE'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF THOMAS H. DUNDON AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Defendant RealPage, Inc. ("RealPage") respectfully moves for leave to excuse one of its counsel, Thomas H. Dundon, from appearing at the September 13, 2024 status conference.

Mr. Dundon is scheduled to be in a remote area of Northern California on a long-planned family vacation and is not likely to have access to an internet connection that would allow him to participate remotely. Should the status conference go forward, one or more of the counsel of record for RealPage will appear in person.

RealPage has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

Respectfully Submitted,

**NEAL & HARWELL, PLC**
By:      */s/Thomas H. Dundon*
Thomas H. Dundon (BPR No. 4539)
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 (telephone)
(615) 723-0573 (facsimile)
tdundon@nealharwell.com

Jay Srinivasan (admitted *pro hac vice*)
Daniel G. Swanson (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430
jsrinivasan@gibsondunn.com
dswanson@gibsondunn.com

Stephen Weissman (admitted *pro hac vice*)
Michael J. Perry (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678
sweissman@gibsondunn.com
mjperry@gibsondunn.com

S. Christopher Whittaker (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671
cwhittaker@gibsondunn.com

Ben A. Sherwood (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671
bsherwood@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

*/s/Thomas H. Dundon*