UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## ORDER

For good cause shown, Plaintiffs' Motion to Withdraw Motion for Discovery Conference to Compel Cortland to Participate in an In-Person Discovery Conferral (Doc. No. 974) is **GRANTED**. The Clerk shall **TERM** Doc. No. 964 as a pending motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE