> Motion (975) is **GRANTED** and Thomas H. Dundon's appearance at the September 13, 2024 status conference is waived.
>
> */s/ Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.** |

## DEFENDANT REALPAGE'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF THOMAS H. DUNDON AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Defendant RealPage, Inc. ("RealPage") respectfully moves for leave to excuse one of its counsel, Thomas H. Dundon, from appearing at the September 13, 2024 status conference.

Mr. Dundon is scheduled to be in a remote area of Northern California on a long-planned family vacation and is not likely to have access to an internet connection that would allow him to participate remotely. Should the status conference go forward, one or more of the counsel of record for RealPage will appear in person.

RealPage has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.