# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) SOFTWARE ANTITRUST <br> ) <br> ) This Document Relates to: <br> ) <br> ) 3:23-cv-00357 <br> ) 3:23-cv-00410 <br> 3:23-cv-00742 <br> 3:23-cv-00979 |

## NOTICE OF WITHDRAWAL OF WILLIAM T. NILSSON

Pursuant to Local Rule CV-83.01(g), Crow Holdings, LP ("Crow Holdings"), Trammell Crow Residential Company ("TCRC"), and Allied Orion Holdings, LLC ("Allied Orion"), by their attorneys, hereby file this Notice of Withdrawal of William T. Nilsson as counsel of record in the above-captioned Master Case and related Member Cases. To this end, Crow Holdings, TCRC, and Allied Orion state:

1. William T. Nilsson departed from the law firm of Jackson Walker LLP and will no longer be participating in these cases. Crow Holdings, TCRC, and Allied Orion respectfully request that Mr. Nilsson be removed from all service lists including the CM/ECF system.

2. Crow Holdings, TCRC, and Allied Orion continue to be represented by counsel of record for Crow Holdings, TCRC, and Allied Orion, including Edwin Buffmire and Michael Murtha of Jackson Walker LLP, 2323 Ross Avenue, Suite 600, Dallas, TX 75201, (214) 953-6000; and Samuel P. Funk of Sims | Funk, PLC, 3102 West End Ave., Suite 1100, Nashville, Tennessee 37203, (615) 292-9335.

1

3.  This withdrawal will not cause any delay or prejudice to Crow Holdings, TCRC, Allied Orion, or any other party.

4.  Accordingly, Crow Holdings, TCRC, and Allied Orion respectfully request that the Court withdraw the appearance of William T. Nilsson for Crow Holdings, TCRC, and Allied Orion.

Dated: September 9, 2024

Respectfully submitted,

*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar # 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

Edwin Buffmire (TX Bar #24078283)*
Michael J. Murtha (TX Bar #24116801)*
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Phone
(214) 953-5822 – Fax
ebuffmire@jw.com
mmurtha@jw.com

* Admitted *Pro Hac Vice*

**Attorneys for Crow Holdings, LLP; Trammell Crow Residential Company; and Allied Orion Holdings, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Court via the Court's electronic e-filing system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Samuel P. Funk*
Samuel P. Funk

4856-9518-2557, v. 1