IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br>SOFTWARE ANTITRUST<br><br>This Document Relates to:<br><br>3:23-cv-00357<br>3:23-cv-00410 |

## NOTICE OF APPEARANCE OF ELIZABETH W. PITTMAN

Undersigned counsel in the above-captioned Master Case and related Member Cases hereby gives notice that Elizabeth W. Pittman of Jackson Walker L.L.P. is entering her appearance as co-counsel for Allied Orion Holdings, LLC for purposes of receiving notices from the Court.

Dated: September 9, 2024

Respectfully submitted,

*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar # 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

*/s/ Elizabeth W. Pittman*
Edwin Buffmire (TX Bar #24078283)*
Michael J. Murtha (TX Bar #24116801)*
Elizabeth W. Pittman (TX Bar #24110823)**
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Phone
(214) 953-5822 – Fax

1

ebuffmire@jw.com
mmurtha@jw.com
epittman@jw.com

\* Admitted *Pro Hac Vice*
\*\* *Pro Hac Vice* admission pending

***Attorneys for Crow Holdings, LLP; Trammell Crow Residential Company; and Allied Orion Holdings, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Court via the Court's electronic e-filing system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Samuel P. Funk*
Samuel P. Funk

4895-4063-8173, v. 1