| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. **3:23-md-03071**<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>**DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S UNOPPOSED MOTION TO EXCUSE APPEARANCE AT SEPTEMBER 13, 2024 STATUS CONFERENCE**<br><br>This Document Relates to:<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

### DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF KAREN HOFFMAN LENT AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE

Defendant Greystar Management Services, LLC ("GMS") respectfully moves for leave to excuse its counsel, Karen Hoffman Lent, from appearing at the September 13, 2024 status conference.

On that date, Ms. Lent is scheduled to moderate a panel at the Fordham University School of Law Competition Law Institute's annual conference. Ms. Lent is Deputy Director of the Competition Law Institute. Should the status conference go forward, Boris Bershteyn, Ms.

1

Lent's partner at Skadden, Arps, Slate, Meagher & Flom LLP and counsel of record in this

matter, is available to appear in person in her stead.  In addition, Mr. Bershteyn may be available

to participate in the status conference by telephone.

GMS has conferred with Plaintiffs, who have indicated that they do not oppose this

motion.

Dated: September 9, 2024

/s/ *Karen Hoffman Lent*

Karen Hoffman Lent (admitted *pro hac vice*)
Boris Bershteyn (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
Sam Auld (admitted *pro hac vice*)
Adam Kochman (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
karen.lent@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar
Management Services, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 9th day of September, 2024. Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt. Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ *Karen Hoffman Lent*