| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. **3:23-md-03071**<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

**[PROPOSED] ORDER GRANTING DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF KAREN HOFFMAN LENT AT THE SEPTEMBER 13, 2024 STATUS CONFERENCE**

Having considered Defendant Greystar Management Services, LLC's unopposed motion to excuse the appearance of Karen Hoffman Lent at the September 13, 2024 status conference, the Court GRANTS the motion.

IT IS SO ORDERED.

/s/
WAVERLY D. CRENSHAW JR.
CHIEF UNITED STATES DISTRICT JUDGE