Motion (982) is **GRANTED** and Karen Hoffman Lent's appearance at the September 13, 2024 status conference is waived.

*Waverly D. Crenshaw, Jr.*

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| | Case No. **3:23-md-03071**<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>**DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S UNOPPOSED MOTION TO EXCUSE APPEARANCE AT SEPTEMBER 13, 2024 STATUS CONFERENCE** |
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | This Document Relates to:<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979 |

**DEFENDANT GREYSTAR MANAGEMENT SERVICES, LLC'S UNOPPOSED
MOTION TO EXCUSE THE APPEARANCE OF KAREN HOFFMAN LENT AT THE
SEPTEMBER 13, 2024 STATUS CONFERENCE**

Defendant Greystar Management Services, LLC ("GMS") respectfully moves for leave to excuse its counsel, Karen Hoffman Lent, from appearing at the September 13, 2024 status conference.

On that date, Ms. Lent is scheduled to moderate a panel at the Fordham University School of Law Competition Law Institute's annual conference. Ms. Lent is Deputy Director of the Competition Law Institute. Should the status conference go forward, Boris Bershteyn, Ms.

1