UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) ALL CASES |

**ORDER**

The Court has reviewed the September 6, 2024 Joint Status Report (Doc. No. 978) and is pleased that the parties are engaging in substantive meet and confers to resolve their disputes. The parties are encouraged to continue with those collaborative efforts moving forward.

Based on the representations in the Joint Status Report, the September 13, 2024 status conference is **CANCELLED**. The Court acknowledges that "Plaintiffs propose discussing the progress of discovery" on September 13, (see id. at Section VIII.F), but without more information or identification of what would be discussed, the Court is not convinced that an in-person status conference would be an efficient use of the Court's or the parties' time and resources.

The parties touch upon two issues regarding structured data that the Court would like to address now. First, the parties shall submit their proposed or agreed-upon "potential individuals to be appointed as special master to oversee structured data discovery in this matter" on or before **September 17, 2024**. (See id. at Section II.B.6). Second, the Court is not yet ruling on the anticipated request for "an extension on the structured data production completion deadline of October 25, 2024," (see id.), because there is no motion before the Court, but the parties should not assume the Court will readily grant extensions of deadlines that it imposed based upon the parties' input in February 2024. (See Doc. No. 818 at 2).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE