# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### DEFENDANT UDR, INC.'S NOTICE OF DISCOVERY LIAISON

Pursuant to paragraph 3 of the Joint ESI Order (ECF No. 815), Defendant UDR, Inc. hereby provides notice that Kathryn M. Baldwin of Goodwin Procter LLP will serve as its Discovery Liaison in this matter, replacing Ramsey W. Fisher of Morrison & Foerster LLP.

Dated: September 17, 2024

Respectfully submitted,

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Mary G. Kaiser (admitted *pro hac vice*)
mkaiser@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Benjamin E. Campbell (admitted *pro hac vice*)
benjamincampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC

424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered attorneys of record.

/s/ *David D. Cross*
David D. Cross