# **Attachment B**



# Daniel B. Garrie

## Esq.

Mediator, Arbitrator, Court-Appointed Neutral (Referee/Special Master), Neutral Evaluator, Hearing Officer, Temporary Judge/Judge Pro Tem



## Case Manager

**Louis Boney, II**

555 West 5th St., 32nd Floor
Los Angeles, CA 90013

T: 213-253-9712

**Daniel B. Garrie, Esq.** is a mediator, arbitrator, and Special Master selected by counsel and appointed by courts in complex disputes throughout the United States. He is an experienced jurist with a deep understanding of law and technology, as it applies to a variety of practices and industries, enabling him to resolve efficiently and cost-effectively some of the most challenging disputes. Daniel possesses exceptional communication skills, is a good listener, and is impartial. These qualities enable him to assist parties in settling matters by creating a trusting, understanding, and respectful environment that allows for open and honest communication. Further, he identifies and addresses the underlying issues of a dispute and finds original solutions that meet the needs and interests of all parties involved.

Over the past 20 years, Daniel has been appointed and appeared before the Los Angeles County Superior Court, New York Supreme Court, Delaware Supreme Court, and the U.S. Courts of Appeals for the Second, Third, and Seventh Circuits. Judges and attorneys laud him for his clarity, focus, and ability to help parties settle even the most complex disputes. He has garnered a national reputation for his experience at the intersection of technology and the law. He is as comfortable talking with entrepreneurs, IT professionals, and developers as with lawyers and judges. Most recently, Mr. Garrie was appointed and served as the Special Master for In Re: Facebook, Inc.

Consumer Privacy User Profile Litigation.

Daniel is a popular speaker on cybersecurity, forensics, eDiscovery, fintech, and blockchain. He has also authored over 400 legal and technical articles and publications. His scholarship has been recognized by several Supreme Court Justices and cited in over 500 articles, publications, and opinions.

Daniel began teaching in 2008, where he was an Adjunct Professor, teaching data governance and cybersecurity at Cardozo School of Law and Rutgers School of Law. He teaches Cybersecurity Law, Cryptocurrency and Smart Contracts, and Computer Forensics classes at Harvard University.

In addition to being a distinguished Neutral at JAMS, Daniel is a Partner at Law & Forensics, a global cybersecurity, eDiscovery, and forensics consulting firm he founded in 2008. Before joining JAMS, Daniel built and sold several technology companies and served as the Worldwide Director of Discovery & Information Governance at Charles River Associates.

## ADR Experience and Qualifications

- Arbitrator, mediator, special master, forensic neutral, and expert in an extensive array of practice areas.
- Special Master and Discovery referee for numerous technologically sophisticated cases worldwide, encompassing trade secret theft, software valuations, and IP licensing disputes.
- Appointed by State and Federal Courts nationwide as a forensic neutral, tasked with identifying and preserving critical digital evidence; assessing compliance with court orders; verifying the authenticity of emails, chats, and other communications; and reporting findings to the parties and the Court.
- Successfully settled multiple cases involving large and small cryptocurrency, blockchain, cybersecurity, and privacy disputes between companies, investors, and individual consumers.
- Educated hundreds of mediators, arbitrators, and sitting judges on resolving cybersecurity, eDiscovery, cryptocurrency, and privacy disputes.

# Representative Matters

- **Forensic Neutral**
    - Appointed by State and Federal Courts to serve as a forensic neutral in cases involving film production, sexual harassment, whistleblower, sales of businesses, mergers, trade secret theft, senior executive employment and compensation agreement, intellectual property misappropriation, shareholder disputes, fraud, unfair competition, and copyright infringement disputes.
    - Appointed in dozens of arbitrations to serve as a neutral third-party technical forensic expert for the tribunal, where I created the forensic protocol, performed the forensic investigation, and submitted a report to the arbitrator and parties of my findings.
    - Served as a forensic neutral in the Southern District of New York. I assisted the Court and the parties in removing sensitive and classified data before returning computers and mobile devices to the opposing party.
    - Party selected and court-appointed forensic neutral for trade secret and unfair

competition dispute involving hundreds of millions of dollars in claims alleging that former construction company employees improperly solicited customers while forming a competing firm.
- Court-appointed forensic neutral in hundred million dollar trade secret and patent dispute between two technology companies. Identified, collected, and removed Plaintiff's proprietary data from Defendants' computers.

- **Banking**
  - Skillfully resolved contract disputes between banks and software providers by utilizing extensive knowledge of technology, business management, industry norms, and the law as a seasoned arbitrator.
  - Successfully mediated complex cyber insurance disputes, such as cases involving bitcoin payment processors suing insurers over coverage for fraudulent bitcoin transfers.
  - Expertly navigated trade secret disputes between cryptocurrency founders and investors, efficiently mediating resolutions for multi-party conflicts.

- **Bankruptcy**
  - Appointed by trustees to serve as a forensic neutral in large bankruptcy cases, adeptly analyzing various electronic devices such as MacBooks, iPhones, iMacs, Supermicro servers, Dell EMC servers, and HPE servers.
  - Trusted by trustees to serve as a forensic neutral and advisor in high-stakes bankruptcy cases, collaborating seamlessly with the FBI, Interpol, and other law enforcement agencies. Demonstrated expertise in international device collection and analysis, uncovering critical financial information to assist bankruptcy trustees.

- **Business Commercial**
  - Settled dozens of partnerships and board member disputes involving technology start-up companies leveraging the expertise and knowledge from my experience as a successful founder and investor in dozens of companies.
  - Resolved several disputes involving derivative claims for breach of fiduciary duty against Directors and Officers.
  - Arbitrator for a contract dispute involving the Scope of Service Agreement between a bank and software provider involving Amazon AWS and Microsoft Azure cloud computing environment.
  - Arbitrator for a dispute between an investment fund and a former employee involving the alleged theft of confidential documents.
  - Settled a contract dispute between investors and founding employees, withdrawing funding from the start-up company.
  - Served as Forensic Neutral for a dispute arising from an alleged misappropriation of trade secrets by a former employee who left to work at a competing business venture and collected and analyzed repositories.

- **Class Action & Mass Tort**
  - Appointed to serve as Special Master in an employment class action where my duties included creating ESI protocol and resolving multiple complex legal and technical issues regarding the spoliation of evidence from servers, mobile devices, biometric timekeeping devices, and cloud-based systems.
  - Mediated and settled several complex class action privacy disputes alleging violation of state and federal privacy-related laws.
  - Settled several consumer class actions involving allegations of cybersecurity negligence arising from data breaches in the entertainment, healthcare, and

financial verticals.
- **Cybersecurity & Privacy**
  - Mediated a regulatory action against a breached government contractor, alleging the contractor did not have sufficient cyber safeguards, violating various federal statutes and regulations.
  - Appointed as the sole arbitrator in a dispute regarding a data breach in which a client sued a law firm that was the victim of a targeted cyber-attack that accessed a particular client's confidential information and resulted in ransomware of the victim's systems.
  - Settled numerous disputes involving insurance coverage concerning the recall of medical devices relating to cybersecurity issues.
  - Mediated numerous disputes brought under the Federal Telecommunications Privacy Act (TCPA) involving violations of the "do not call" list and claims against technology and marketing companies.
  - Settled a cyber data breach dispute involving a global company over the alleged theft of payment card data during a security breach affecting millions of customers.
- **Electronic Discovery**
  - Appointed in Federal Court to serve as eDiscovery Special Master in significant class actions alleging discrimination claims or violations of state and federal wage laws, among other complex employment litigation claims.
  - Co-mediated in a class action dozens of discovery disputes involving various eDiscovery issues, including ESI protocol, spoliation of evidence, TAR protocols, privilege review, and other issues.
  - Appointed by Judge Chhabria to serve as eDiscovery Special Master in In Re: Facebook, Inc. Consumer Privacy User Profile Litigation. Issued dozens of orders resolving numerous disputes regarding the technical minutia of producing data from one of the world's largest data processors and monitoring dozens of technical depositions involving complex cloud and distributed systems and data models.
  - Selected by the parties and appointed by the Court to serve as a Special Master for a large-scale oil spill case with dozens of parties and voluminous data productions all over the globe.
  - Appointed by L.A. Superior Court Judge to serve as a Discovery Referee in dozens of discovery disputes, both small and large, involving: Apple iPhones, Android devices, tablets, iCloud, Gmail, servers, email, Office365, medical devices, vehicles, enterprise software systems, IoT devices, and medical billing solutions.
  - Served as Discovery Referee in numerous discovery disputes in Washington State, California, New York, Illinois, Florida, Nevada, and dozens of other states
- **Employment Law**
  - Mediated numerous cases involving wrongful termination and discrimination based on age, race, nationality, and retaliation.
  - Settled several matters for large companies concerning compliance with a variety of workplace statutes, including the Sarbanes-Oxley Act (SOX), the Fair Labor Standards Act (FLSA), the Family and Medical Leave Act (FMLA), the Americans with Disabilities Act (ADA), and state and local employment statutes, among others.
  - Arbitrator for multiple disputes involving claims of workplace sexual harassment.
  - Mediated age discrimination and sexual harassment cases involving law firms, entertainment companies, hospitality establishments, and tech companies.
- **Health Care**

Daniel B. Garrie Esq. | JAMS Neutral | General Biography
www.jamsadr.com
Page 4 of 11

- Resolved several disputes between various technology vendors and large healthcare systems relating to the delivery of electronic healthcare records management solutions -- NexGen, Access Express, EZ-CAP, PT Practice Management, Carbon Health, Athena Clinicals, Radekal App, MediTouch EMR, Praxis EMR, Medics DocAssisant EHR, Kareo EHR, and NueMD.
- Resolved a dispute involving a breach of contract between a healthcare company and a pharmaceutical research organization and the sharing of medical data between the parties.
- Mediated several disputes regarding wrongful discharge claims by senior executives and employees of a medical group.
- Resolved several reimbursement disputes.
- Mediated numerous disputes between providers and payors, including claims of fraud, determination of applicable plan provisions, and application of stop-loss coverage.

- ## Insurance
  - Mediator in a cyber insurance dispute in which a hospital sought coverage from its insurer for a data breach in which patient records were compromised.
  - Settled insurance bad faith dispute involving a third-party claim relating to a data breach.
  - Mediator in a multimillion-dollar cyber insurance dispute in which a company sought coverage for fraudulent induced wire transfers perpetrated by an imposter posing as a company executive.
  - Resolved numerous disputes involving general liability and cyber insurance policies issued by insurers and coverage claims for defense costs and settlements of the underlying disputes.
  - Settled a cyber insurance dispute between a bitcoin payment processor and their insurer, focusing on whether the policy covers fraudulent bitcoin transfers

- ## Intellectual Property
  - Mediated trademark and brand dilution dispute between two auto body kit companies. Isolated and analyzed relevant digital evidence in a manner that expedited the case and satisfied both parties.
  - Arbitrator in numerous trade secret theft disputes involving software, hardware, blockchain, and IoT devices.
  - Settled numerous patent infringement disputes, focusing on validity and infringement, involving various enterprise software, telecommunication, and storage technologies.
  - Served as an expert witness in numerous patent disputes involving complex enterprise software, cybersecurity technologies, telecommunication systems, and IoT systems.

- ## International/Cross Border
  - Served as a neutral in a complex cross-border dispute with parties from South Africa, France, the United States, and the United Kingdom in connection with a partnership dispute in the technology and fashion industry.
  - Settled numerous claims relating to breach of contract, violation of non-compete, ownership of underlying intellectual property, and the payment of royalties involving different jurisdictions around the globe between start-ups and large technology companies.
  - Served as a neutral in a complex commercial contract dispute with parties from

Daniel B. Garrie Esq. | JAMS Neutral | General Biography
www.jamsadr.com
Page 5 of 11

mainland China and the United States relating a property development in Asia. The contract dispute focused on issues of ownership and payment with respect to multiple real-estate development projects in Asia.

- Mediated several cross-border royalty licensing disputes involving parties from Australia, France, Ireland, Spain, and Italy in the software industry. Served as an arbitrator in multiple complex commercial contract disputes involving parties from China that were tied to substantial property development in Asia.
- Settled numerous privacy-related disputes involving litigants from Europe, the United States, and Japan in the medical, pharmaceutical, telecommunication, and finance sectors.

- **Real Estate**
  - Mediated multiple construction defect cases, including projects involving large residential and commercial buildings.
  - Mediated multi-party claims on jointly-owned real estate, with claims reaching eight figures.
  - Settled various disputes involving discrimination claims in housing and lease agreements.
  - Resolved multiple landlord/tenant disputes regarding unsafe living conditions.

- **Sports and Entertainment**
  - Arbitrated claims of misapplication and misappropriation of funds from collection accounts related to film production.
  - Mediated dispute between prominent successful hip hop artist, songwriter, and business managers arising from contractual claims under a management agreement.
  - Mediated dispute between a prominent hip hop artist and publisher arising from claims of copyright violation, breach of contract, and similar claims.
  - Mediated claims for copyright infringement involving film and music properties in the U.S.
  - Arbitrated a claim between an independent film producer and individual investors arising from producing a film involving claims of fraud, breach of contract, and breach of the covenant of good faith and fair dealing.
  - Mediated claim between a group of independent film employees for back pay, wages, penalties, and interests asserted against the independent film producer.
  - Mediated commercial disputes between sponsors and other partners related to sponsorship deals for various sports properties involving millions of dollars.
  - Mediated multiple disputes between investors and producers of a large, big-budget film.
  - Resolved several disputes between a recording artist and a record label involving several Grammy award-winning artists.
  - Mediated an eight-figure partnership dispute involving a global online video distribution platform.

- **Trade Secret Theft**
  - Settled numerous trade secret theft disputes in the software, automotive, finance, and medical sectors.
  - Appointed in numerous arbitrations to serve as an independent third-party forensic neutral, where I conducted the forensic investigation and provided a report to the arbitrator and parties.

- **Smart Contracts & Blockchain**

- Mediated multiple disputes arising from smart contract transactions involving millions of dollars that required the ability and expertise to review the coded parameters of the transaction that was auto-executed on the blockchain.
- Settled multiple disputes involving alleged fraud relating to the sale of an ICO involving millions of dollars.
- Appointed as an arbitrator in numerous disputes involving cryptocurrency, tokens, and smart contracts involving companies, investors, and consumers.

- **Privacy**
  - Mediated a data breach and privacy class action brought by thousands of hospital patients whose personal health information was exposed when the hospital's former employee stole a company laptop.
  - Settled numerous class actions involving the California Consumer Privacy Act, Fair Debt Collection Practices Act (FDCPA), Fair Labor Standards Act (FLSA), Telephone Consumer Protection Act (TCPA), class actions regarding invasions of privacy, and the collection of personal information, state law consumer fraud and unfair business practices claims.
  - Mediated multiple disputes alleging a company deliberately shared users' personal data with third parties in violation of the GDPR, Electronic Communications Privacy Act, and the Stored Communications Act of 1986.
  - Testified as an expert witness in numerous disputes involving privacy issues and allegations of cybersecurity negligence arising from data breaches in the healthcare and financial sectors.

- **Professional Liability**
  - Settled dozens of partnerships and board member disputes involving technology start-up companies leveraging the expertise and knowledge from my experience as a successful founder and investor in dozens of companies.
  - Resolved several disputes involving derivative claims for breach of fiduciary duty against Directors and Officers.
  - Arbitrator for a contract dispute involving the Scope of Service Agreement between a bank and software provider involving Amazon AWS and Microsoft Azure cloud computing environment.
  - Arbitrator for a dispute between an investment fund and a former employee involving the alleged theft of confidential documents.
  - Settled a contract dispute between investors and founding employees, withdrawing funding from the start-up company.
  - Served as Forensic Neutral for a dispute arising from an alleged misappropriation of trade secrets by a former employee who left to work at a competing business venture and collected and analyzed repositories.

# Honors, Memberships, and Professional Activities

*Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.*

- **Patents**
  - Co-inventor of cybersecurity patents – Patents: 10546129, 10528738, 9990498,

9990497.

- **Certifications**
  - Certified Cyber Crime Examiner National White Collar Crime Center, 2021
  - Certified Privacy Solution Engineer ISACA, 2021
  - Certified Cyber Crime Investigator National White Collar Crime Center, 2021
  - Cybersecurity Provisional Assessor CMMC-AB, 2020
  - Certified Blockchain Engineer IIB Council, 2019
  - Certified CISO Professional UCLA Extension with GCI, 2018
  - Certified Forensic Engineer UCLA Extension with GCI, 2017
- **Memberships**
  - Admitted to practice, Washington and New York
  - Fellow, Academy of Court Appointed Neutrals
  - Member, London Court of International Arbitration
  - Arbitrator, Hong Kong International Arbitration Centre
  - eDiscovery Special Master, USDC, Western District of Pennsylvania
  - Distinguished Neutral, Academy of Court Appointed Masters
  - Distinguished Neutral, CPR Institute for Conflict Prevention & Resolution
  - Fellow, Ponemon Institute for Data Privacy and Protection
  - Member, 7th Circuit eDiscovery Pilot Program
  - Member, Sedona Conference (Working Groups One and Six)
- **Honors**
  - Named Distinguished Neutral by the Academy of Court Appointed Masters in 2015.
  - Named Distinguished Neutral by the Daily Journal in 2015.
  - Law and forensics were included in the Top 3 Best Data Security Provider list by the New York Law Journal in 2015.
  - Recognized by the *New York Law Journal* as a leading forensics and eDiscovery expert, 2015.
  - Distinguished Neutral, *Daily Journal*, 2015.
  - Recognized for contribution to Seventh Circuit Electronic Discovery Pilot Program in 2013.
  - Featured in New York Times Article, "Law Firms Are Pressed on Security for Data".
  - Featured in Wall Street Journal Article, "Guarding Against a 'Cyber 9/11'".
  - Honorary admittance to the Federal Court of Claims.
  - Selected as a Ponemon Fellow by the Ponemon Institute, the pre-eminent research center dedicated to privacy, data protection, and information security policy.
  - Obtained and recognized as a certified Blockchain Professional by IIB Council.
  - Co-inventor of patent pending forensic technology that scans forensic images with multiple malicious code detection engines simultaneously from a master control point (US 20140181975 A1).

  **Selected Books and Publications**[1]
-   - D. Garrie & David Cass, "Don't Blame Bug Bounties, Blame Joe Sullivan As Accountability Arrived at the CISO's Doorstep," *Security Current*, October 2022
    - D. Garrie & Doug Smith, "Attracting Top Cybersecurity Talent to the Federal Government: A Simple Yet Bold Solution", *LegalTech News*, May 2021
    - D. Garrie, "What Are the Right Questions to Ask Law Firms to Know if They Were Compromised?", *Law.com*, March 2021
    - D. Garrie & Hon. Gail Andler (Ret.), "When Does It Make Sense and How To Get a Special Master", *LA Daily Journal*, March 2021

- D. Garrie & Hon. Gail Andler (Ret.), "Trade Secrets: Is Litigating Infringement Worth It? What Can Be Done Instead?", *LA Daily Journal*, March 2021
- D. Garrie & Hon. Gail Andler (Ret.), "I Could Be Prosecuted for Paying Ransomware Ransom! How is that Possible?", *LA Daily Journal*, February 2021
- D. Garrie, "Don't Fall Behind: A Cybersecurity Guide for Law Firms",*Lexeprint Publishing*, February 2021
- D. Garrie & Bill Spernow, "Law Firm Cybersecurity," American Bar Association, February 10, 2017
- D. Garrie & Hon. Gail Andler (Ret.), "Remote Advocacy: Best Practices and Things to Know", *LA Daily Journal*, January 2021
- D. Garrie & Shane Reeves, "So You're Telling Me There's A Chance: How the Articles on State Responsibility Could Empower Corporate Responses to State-Sponsored Cyber Attacks*, Harvard National Security Journal,* January, 2016
- D. Garrie et al., "Cyber Security Insurance: Not Just for the 'Good Wife,'"*Corporate Counsel*, February 5, 2015
- D. Garrie & Judge Francis Allegra.*Understanding Software, the Internet, Mobile Computing, and the Cloud: A Guide for Judges*, Federal Judicial Center, (1st ed. 2015)
- D. Garrie & Judge Francis Allegra.*Plugged In: Guidebook to Software and the Law*, Reuters (2014)
- D. Garrie & Yoav Griver.*Dispute Resolution and E-Discovery*, Thomson Reuters (ed. 2013)

- **Selected Lectures and Teaching Experience**[2]
  - Adjunct Faculty Harvard Extension School Lecturer on The Law and Cybersecurity
  - Adjunct Professor, Data Governance, Cardozo School of Law
  - RSA 2023 "Bug Bounty: Keeping Hacks Ethical in 2022"
  - Federal Judges Association (FJA) Tenth Quadrennial Conference, and Epiq Mass and Class Summit
  - Adjunct Professor, Cyber Security and Cyber Warfare, Rutgers School of Law
  - Presenter, West Legaledcenter: Potential Pitfalls of Cloud Computing in eDiscovery Part 1 of 2, December 2022
  - Presenter, Blockchain, Cryptocurrency, and Cybersecurity for Lawyers, CLA 2022 Annual Meeting, San Diego, August 2022
  - Presenter, Data Privacy and Security Law Fundamentals, NBI Webinar, July 2022
  - Presenter, West Legaledcenter: The 10 Commandments of eDiscovery, July 2022
  - Presenter, eDiscovery Issues in Mass Tort, Epiq's Special Master Summit, Puerto Rico, June 2022
  - Presenter, Cybersecurity, Cryptocurrency and Blockchain, ARMA-NJ INFORM, Princeton University, June 2022
  - Presenter, Virtual Litigation, FJA Quadrennial, Washington, D.C., May 2022
  - Presenter, Cyber Insurance: Do you have it? Do you need it?, Canadian Legal & Legislative Update, Ottawa, Canada, May 2022
  - Presenter, Digital Forensics for Legal Professionals: Everything You Need to Know When Working with Forensic Experts, May 2022
  - Presenter, Cyber Incident Reporting Requirements, NBI Webinar, May 2022
  - Presenter, Guide for Personal Injury Attorneys, NBI Webinar, May 2022
  - Presenter, Technology Investment: Keeping Pace with Your Peers, Thomson Reuters, April 2022
  - Presenter, Facebook, Twitter, LinkedIn, Email, and Smartphone Evidence: The Ultimate

Case 3:23-md-03071   Document 987-2   Filed 09/17/24   Page 10 of 12 PageID #: 16523
Daniel B. Garrie Esq. | JAMS Neutral | General Biography
www.jamsadr.com
Page 9 of 11

Guide, NBI Webinar, April 2022
- Presenter, Discovery from Start to Finish: A how to guide for paralegals, NBI Webinar, April 2022
- Presenter, ABA Tech Show, American Bar Association, March 2022
- Presenter, West Legaledcenter: Understanding the eDiscovery Process, September 2021
- Presenter, A Guide to eDiscovery in Artificial Intelligence, EDRM, July 2021
- Presenter, West Legaledcenter: Understanding the Federal Rules of Civil Procedure in the eDiscovery Process, July 2021
- Presenter, West LegalEdcenter: Case Guidance on the Use of Machine Learning in eDiscovery, March 2021
- Presenter, West LegalEdcenter: California Consumer Privacy Act - 2021 Developments and Enforcement, March 2021
- Presenter, West LegalEdcenter: Preparing Social Media Evidence for Trial Part 2, March 2021
- Presenter, West LegalEdcenter: 10 Commandments of eDiscovery, February 2021
- Presenter, West LegalEdcenter: Don't Litigate That Data Breach Dispute! Resolve It Swiftly and Efficiently Through Mediation, January 2021
- Presenter, West LegalEdcenter: Lawyer's Guide for Handling Ethical Issues in eDiscovery – Navigating Sanctions and Other Concerns, January 2021
- Presenter, Standard & Poor's 32nd Annual Insurance Conference: Cyber In the Fast Lane, June 2016
- Featured Presenter, Ninth Circuit Judicial Conference: 2014 District Court Conference, August 2014

[1] Authored over 400 articles and publications. Cited in over 500 articles and court opinions. Complete list of articles and publications available upon request.

[2] Lectured before the bench and bar worldwide in more than 600 seminars. Complete list of seminars available upon request.

# Background and Education

- Adjunct Professor, Harvard University, 2020 to present
- Founder, Law & Forensics, LLC, 2008–present
- Adjunct Professor, Cardozo School of Law, Spring 2015, 2016, 2018
- Adjunct Professor, Rutgers School of Law, Lecturer, Spring 2019, Fall 2019, Spring 2020
- Partner, Pulse Advisory Venture Development Group, 2009 - 2019
- Director, Charles River Associates, 2007–2008
- Co-Founder and General Counsel, LegalTech Group LLC, 2005–2007
- Legal Analyst, Federal Judicial Center, 2005
- Technical Specialist for Deputy Attorney General, Department of Justice, 2002–2003
- Senior Team Lead of e-Banking, Westpac Trust Bank, 2001–2002
- Founder, Searchapp.com, 1994–2000
- Cybersecurity and Forensics, UCLA School of Continuing Education, 2019
- J.D., Editor Journal of Law & Public Policy, Rutgers School of Law
- M.A., with honors, Computer Science, Brandeis University
- B.A., Computer Science, Brandeis University

**Notable Business Experience**

Daniel spent a decade as a Venture Partner for a New York City-focused Venture Development firm working with dozens of companies, founders, investors, and technologists in finance, insurance, entertainment, fashion, security, and media content verticals.

**Technical Skills**

Experience with the following technologies, systems, and programming languages.

- eDiscovery Platforms – Hewlett-Packard Information Archiving Platform, Autonomy IDOL ECH, Aungate Investigator, Orchestria, CaseCentral, Attenex, Summation, Symantec Enterprise Vault, Comvault Simpana, Zantaz, MetaLINCS's, MarketScope, Recommind, Clearwell Systems, Relativity, kCura, Digital WarRoom, Viewpoint, Concordance, LogicKull.
- Programming Languages – C/C++, C#, Java, DHTML, PhP, SQL, JavaScript, LISP, Solidity, .Net, Python.
- Operating System – Apple Operating Systems thru iOS 16, Android, Microsoft Windows thru Windows 11; IBM AIX 4.x, 5.x, Sun Solaris, OS/ 390, Linux, MS-DOS.
- Forensic Tools/Software – Berla Vehicle Forensics, Cellebrite, FTK, Internet Evidence Finder, EnCase, Oxygen Forensic Suite, Digital Evidence & Forensics Toolkit (DEFT), SANS Investigative Forensic Toolkit (SIFT) Workstation, SysmonSearch, Volatility, KnTList, Magnet Product Suite, OSX Auditor, HELK, Stalk, Cuckoo, Viper, Highlighter (Mandiant), TRIAGE-IR , FastIR Collector, X-Ways Forensics.
- Cybersecurity Tools/Software – Checkpoint, PaloAlto, Snort, Suricata, BroIDS, OSSEC, Ntop, NfSen, Nfdump, AlienVault Labs, Squid Proxy, IPFire, SANS Investigative Forensics Toolkit (SIFT), Sleuthkit,  APTSimulator.
- Data Modeling Tools – Rational Rose Enterprise Edition, Microsoft Visio, Erwin Data Modeler.
- Web Technology – HTML, DHTML, XML, XSL, ASP, JSP, PHP, XMLRPC.
- Database – IBM DB2, SQL Server, JDBC, ODBC, Oracle.

**Disclaimer**

This page is for general information purposes.  JAMS makes no representations or warranties regarding its accuracy or completeness.  Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. <u>See More</u>

Case 3:23-md-03071    Document 987-2    Filed 09/17/24    Page 12 of 12 PageID #: 16525
Daniel B. Garrie Esq. | JAMS Neutral | General Biography
www.jamsadr.com
Page 11 of 11