# Attachment C



# Roger W. Dickson

**Of Counsel**
Chattanooga
roger.dickson@millermartin.com

**Office**
423.785.8330

**Fax**
423.321.1516



Roger Dickson, a Fellow in the American College of Trial Lawyers, concentrates his practice on litigation with an emphasis on complex commercial disputes, white collar crime, healthcare, personal injury and products liability. He has handled major civil litigation for the world's largest soft drink bottling company and has served as lead national counsel defending publicly traded consumer products companies in hundreds of pharmaceutical product liability cases. He also represents a publicly traded construction materials company in its litigation in Tennessee and one of the nation's largest disability insurance companies in its complex litigation.

Mr. Dickson has represented clients in numerous federal grand jury investigations and trials involving antitrust violations, immigration matters, bank fraud, healthcare fraud, tax matters, labor law violations and FDA matters. He served as trial counsel in the trial of United States v. Tyson Foods which resulted in the acquittal of all defendants and was named as the top defense verdict of the year in the National Law Journal. Mr. Dickson is a Rule 31 listed general civil mediator and serves as a mediator and arbitrator in all types of litigation.

Roger Dickson has been recognized in *Chambers USA: America's Leading Lawyers for Business* in Tennessee legal rankings since 2009 for Commercial Litigation and for White Collar Crime & Government Investigations since 2019.

### PRACTICE AREAS
Appellate
Business Litigation
Crisis Management
Insurance Litigation
Litigation
Product Liability
White Collar & Corporate Investigation
Life Sciences
Alternative Dispute Resolution (ADR)
Investigations & Special Projects

### EDUCATION
- J.D., University of Tennessee College of Law
  - Editorial Board, *Tennessee Law Review*
  - Order of the Coif
- B.S., University of Chattanooga

### BAR ADMISSIONS
- Tennessee

### ACCOLADES
- *The Best Lawyers in America*® - Arbitration; Bet-the-Company Litigation; Commercial Litigation; Mediation, Since 1995
- Chambers USA: America's Leading Lawyers for Business Litigation, Since 2009
- *Mid-South Super Lawyers*®, Since 2006
- *Mid-South Super Lawyers*® - Top 100 Tennessee List, 2016, Since 2019
- American Bar Foundation - Life Fellow
- Chattanooga Bar Foundation - Fellow
- Tennessee Bar Foundation - Fellow

### MEMBERSHIPS
- American Bar Association
- American College of Trial Lawyers - State Chair, 2011-2012
- Chattanooga Bar Association



- Chattanooga Boys and Girls Club - Board of Directors
- Chattanooga Public Education Foundation - Secretary
- Tennessee Bar Association
- University of Tennessee - Board of Trustees, 1991 to 2000

**EXPERIENCE**

- Previously served as an United States Magistrate Judge for the Eastern District of Tennessee for 5 years.



