# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071 <br> ) MDL No. 3071 <br> ) <br> ) **THIS DOCUMENT RELATES TO:** <br> ) **ALL CASES** |

## ORDER

Plaintiff Selena Vincin has filed a Notice of Dismissal of Claims Against Defendant CONTI Texas Organization d/b/a/ CONTI Capital ("CONTI") (Doc. No. 985). In accordance with the Notice of Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vincin's claims against Defendant CONTI are **DISMISSED WITH PREJUDICE**. All other matters are reserved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE