# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT FEE AND EXPENSE SUBMISSION FOR *IN CAMERA* REVIEW

On June 28, 2023, the Court entered a Protocol for Common Benefit Work and Expenses (Dkt. 302) (the "Protocol"). The Protocol sets out requirements and guidance for all common benefit work and expenses by counsel for Plaintiffs. On June 13, 2024, Plaintiffs filed a Report to the Court Seeking Re-Appointment. (Dkt. 923.) On June 24, 2024, the Court set a telephone conference with Plaintiffs' leadership team. (Dkt. 931.) On the call, the Court asked that Plaintiffs make a further common benefit submission. Plaintiffs are submitting a report to the Court (the "Report") consistent with that directive.

Some aspects of the Report do contain information that can be shared with the public and Defendants, such as information about the prominent roles that attorneys of color, female attorneys, and attorneys under 30 have performed in this case. However, other information is highly sensitive and should not be shared with Defendants (or the public) because it discloses how Plaintiffs have allocated (and are allocating) their time, resources, and money. Specifically, Attachment A to the Report consists of four charts that (collectively) categorize and summarize the number of hours devoted to this case by Participating Counsel, including breakdowns of hours

by category, by the type of firm (Lead, Liaison, PSC, and non-appointed firms), and by certain time frames. The Report also includes information about Plaintiffs' counsel expenses and the shared litigation fund, including the amount of disbursements from the fund. This information (including the charts attached to the Report) merits submission *in camera*.[1] Indeed, the information is being provided on an interim basis for re-appointment purposes and to demonstrate compliance with the Court's common benefit directives—not as part of a recovery request from a common fund. As the Common Benefit Order itself indicates, eligibility for common benefit recovery "does not predetermine payment of fees and costs[,]" and any awards of gross common benefit fees or costs from any common fund settlement will be subject to Court approval at an appropriate time under the governing standards. (Dkt. 302 at 1–2.)

With these considerations in mind, Plaintiffs respectfully request leave to (a) submit the full version of the Report for *in camera* review only; and (b) correspondingly to file publicly (and serve Defendants with) a version of the Report that redacts the sensitive information noted above (including Attachment A in full and targeted redactions in the text).[2]

Plaintiffs asked Defendants for their position on the relief requested. Defendants stated they did not have enough information or time to form a position because they had less than two hours to respond, and that they will evaluate what Plaintiffs filed and reserve all rights to oppose.

---

[1] *See, e.g.*, *In re Zantac (Ranitidine) Products Liab. Litig.*, No. 20-md-2924, 2020 WL 4429690, at *16 (S.D. Fla. July 31, 2020) (ordering that time, costs, and expense updates, along with litigation fund accounting, be submitted *in camera*); *In re Fairlife Milk. Procs. Mktg. & Sales Prac. Litig.*, No. 19-cv-3924, 2020 WL 362788, at *4 (N.D. Ill. Jan. 22, 2020) (providing that time and expense information be provided *in camera* as directed by the Court).
[2] Plaintiffs are transmitting the full filing directly to chambers.

Dated: September 20, 2024

/s/ Tricia R. Herzfeld
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Matthew J. Perez
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Ave., 17th Floor
New York, NY 10169

Telephone: (212) 223-6444
matt.perez@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
Navy A. Thompson
J. Austin Hurt
Caitlin E. Keiper
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
nthompson@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
Jules A. Ross
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com
jross@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
Robert J. Neary
**KOZYAK TROPIN & THROCKMORTON LLP**

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
Nyran Rose Rasche
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880

2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com
rn@kttlaw.com

Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com
nrasche@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld