# Attachment A to Plaintiffs' Report Concerning Common Benefit Fees

**SUBMITTED FOR IN-CAMERA REVIEW**