UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2024, it is hereby ORDERED that Plaintiffs Selena Vincin and Maya Haynes's Uncontested Motion to Dismiss Their Claims Against Defendant Dayrise Residential LLC Pursuant to Federal Rule of Civil Procedure 41 is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that the claims of Plaintiffs Vincin and Haynes against Dayrise are **DISMISSED WITH PREJUDICE**. Plaintiffs' claims against all other Defendants remain pending and are unaffected.

IT IS SO ORDERED

_____
**WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE**