UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071 MDL No. 3071  THIS DOCUMENT RELATES TO: ALL CASES |

## ORDER

The Court **GRANTS** Plaintiffs' motion (Doc. No. 991) to submit a full version of the Report for in camera review only and a redacted version on the docket.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE