UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>)     3:24-cv-00410<br>       3:24-cv-00979 |

## ORDER

Plaintiffs Selena Vincin and Maya Haynes have filed an Uncontested Motion to Dismiss their Claims Against Defendant Dayrise Residential LLC pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 992). The Motion is **GRANTED.** Plaintiffs Vincin and Haynes claims against Defendant Dayrise Residential LLC are **DISMISSED WITH PREJUDICE**. All other matters are reserved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE