UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**DEFENDANT MID-AMERICA APARTMENT COMMUNITIES, INC. AND MID-AMERICA APARTMENTS, L.P.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF BRITT M. MILLER AT OCTOBER 11, 2024, <u>STATUS CONFERENCE</u>**

Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. ("MAA") respectfully move for leave to excuse MAA's counsel, Britt M. Miller, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the October 11, 2024, Status Conference, as Ms. Miller has a potential conflict with a previously scheduled two-day evidentiary hearing on another matter pending in the U.S. District Court for the Northern District of Illinois. Her colleague, Daniel T. Fenske, also counsel for MAA, will appear live at the hearing should the Court grant this motion and excuse Ms. Miller's appearance.

MAA has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1

DATED: October 4, 2024        Respectfully submitted

*/s/ Britt M. Miller*
Britt M. Miller (admitted pro hac vice)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted pro hac vice)
dfenske@mayerbrown.com
Matthew D. Provance (admitted pro hac vice) mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

Rachel J. Lamorte (admitted pro hac vice)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
Ryan P. Loofbourrow (#33414)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Telephone: (615) 726-5600
scarey@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for Defendant Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

2

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01(a)(1), the undersigned conferred with counsel for Plaintiffs who indicated they are unopposed to the relief requested in this motion.

DATED this 4th day of October, 2024.

                                         */s/ Britt M. Miller*
                                         Britt M. Miller

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 4th day of October, 2024.

                                         */s/ Britt M. Miller*
                                         Britt M. Miller