UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### [PROPOSED] ORDER GRANTING DEFENDANTS MID-AMERICA APARTMENT COMMUNITIES, INC. AND MID-AMERICA APARTMENTS, L.P.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF BRITT M. MILLER AT OCTOBER 11, 2024 STATUS CONFERENCE

Having considered Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.'s ("MAA") unopposed motion to excuse Britt M. Miller, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the October 11, 2024, Status Conference, the Court **GRANTS** the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE