Motion (951) is **GRANTED**.

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>3:23-cv-00742<br>3:23-cv-00979 |

# PLAINTIFFS' AND DEFENDANT APARTMENT INCOME REIT LLC'S JOINT MOTION TO STAY AND STATUS REPORT

On February 5, 2024, the Parties jointly filed a Notice of Settlement and Joint Motion for Relief to Finalize Settlement, which notified the Court that the Parties had reached a settlement in principle, AIR was withdrawing its Motion to Dismiss, and the Parties were requesting that the Court stay all deadlines against AIR while the Parties finalized a settlement agreement (ECF No. 715).

On March 1, 2024, the parties filed a Joint Status Report in which Plaintiffs further advised the Court of their settlement with AIR and requested a stay (ECF No. 841), which was later extended through August 5, 2024 (ECF No. 845, 917). The Court also ordered the parties to submit a new status report on August 5, 2024. Per that request, the parties report that they have reached a final settlement agreement and, through the settlement agreement, have agreed to suspend all litigation pending final approval of the settlement.

Therefore, the Parties jointly move the Court to stay all deadlines against AIR until either AIR is dismissed with prejudice from this action or the parties' settlement agreement is disapproved, rescinded, or otherwise fails to become effective.