UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## DEFENDANTS' UNOPPOSED MOTION TO REVISE
## THEIR LIAISON COUNSEL AND STEERING COMMITTEE

Defendants hereby move this Court for an Order revising their Liaison Counsel and Steering Committee to return Samuel P. Funk, counsel for Crow Holdings, LLP, Trammell Crow Residential Company, and Allied Orion Holdings, LLC, to the committee. Pursuant to Local Rule 7.01(a)(1), Defendants have conferred with Plaintiffs, and Plaintiffs do not oppose the relief requested.

On June 1, 2023, the Court issued an order requesting applications for Plaintiffs' and Defendants' Liaison Counsel and Steering Committee (ECF No. 243). Thereafter, Defendants provided notice of their designees (ECF No 256), which included Mr. Funk. On June 13, 2023, the Court designated Defendants' proposed designees, including Mr. Funk. (ECF No. 278).

Mr. Funk served on the committee until he was de-designated via a March 8, 2024 Order (ECF No. 855) because his previous clients had been dismissed from the master case. Mr. Funk since has been retained by other clients who remain Defendants in this litigation, and Defendants would like to return Mr. Funk to the Liaison Counsel and Steering Committee. With this proposed change, the Defendants' Liaison Counsel and Steering Committee would be constituted as follows:

- Jay Srinivasan (jsrinivasan@gibsondunn.com) of Gibson, Dunn & Crutcher LLP, counsel for RealPage, Inc.;

- Britt Miller (bmiller@mayerbrown.com) of Mayer Brown LLP, counsel for Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.;

- Gregory J. Casas (casasg@gtlaw.com) of Greenberg Traurig LLP, counsel for Lincoln Property Company;

- Carl Hittinger (chittinger@bakerlaw.com) of Baker & Hostetler LLP, counsel for Equity Residential;

- Karen Hoffman Lent (karen.lent@skadden.com) of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Greystar Management Services, LLC;

- David D. Cross (dcross@goodwinlaw.com) of Goodwin Procter LLP, counsel for UDR, Inc.; and

- Samuel P. Funk (sfunk@simsfunk.com) of Sims|Funk, PLC, counsel for Crow Holdings, LLP, Trammell Crow Residential Company, and Allied Orion Holdings, LLC.

Respectfully submitted,

Dated: October 7, 2024

/s/ Jay Srinivasan
Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

S. Christopher Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (TN Bar # 004539)
tdundon@nealharwell.com
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

/s/ Samuel P. Funk
Samuel P. Funk (TN Bar # 019777)
sfunk@simsfunk.com
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335

Edwin Buffmire (admitted *pro hac vice*)
ebuffmire@jw.com
Michael J. Murtha (admitted *pro hac vice*)
mmurtha@jw.com
Elizabeth W. Pittman (admitted *pro hac vice*)
epittman@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Danny David
Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

James Kress (admitted *pro hac vice*)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* pending)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

John R. Jacobson (TN Bar # 014365)
jjacobson@rjfirm.com
Milton S. McGee, III (#24150)
tmcgee@rjfirm.com
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ Ian Simmons
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

/s/ *Marguerite Willis*  
Marguerite Willis (admitted *pro hac vice*)  
mwillis@maynardnexsen.com  
MAYNARD NEXSEN PC  
104 South Main Street  
Greenville, SC 29601  
Telephone: (864) 370-2211  

Michael A. Parente (admitted *pro hac vice*)  
mparente@maynardnexsen.com  
MAYNARD NEXSEN PC  
1230 Main Street, Suite 700  
Columbia, SC 29201  
Telephone: (803) 771-8900  

Margaret M. Siller (TN Bar # 039058)  
msiller@maynardnexsen.com  
MAYNARD NEXSEN PC  
1131 4th Avenue South, Suite 320  
Nashville, Tennessee 37210  
Telephone: (629) 258-2253  

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*  
Edwin Buffmire  
ebuffmire@jw.com  
Michael Moran  

Michael J. Murtha  
mmurtha@jw.com  
JACKSON WALKER LLP  
2323 Ross Ave., Suite 600  
Dallas, TX 75201  
Telephone: (214) 953-6000  

Samuel P. Funk (TN Bar # 019777)  
sfunk@simsfunk.com  
SIMS|FUNK, PLC  
3102 West End Ave., Suite 1100  
Nashville, TN 37203  
Telephone: (615) 292-9335  

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

| | |
|---|---|
| */s/ James D. Bragdon* | */s/ Yehudah L. Buchweitz* |
| James D. Bragdon | Yehudah L. Buchweitz |
| jbragdon@gejlaw.com | yehudah.buchweitz@weil.com |
| Sam Cowin | WEIL, GOTSHAL & MANGES LLP |
| scowin@gejlaw.com | 767 Fifth Avenue |
| GALLAGHER EVELIUS & JONES LLP | New York, NY 10153 |
| 218 N. Charles St., Suite 400 | Telephone: (212) 310-8256 |
| Baltimore, MD 21201 | |
| Telephone: (410) 727-7702 | Jeff L. White |
| | jeff.white@weil.com |
| Philip A. Giordano (admitted *pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| philip.giordano@hugheshubbard.com | 2001 M Street, NW |
| HUGHES HUBBARD & REED LLP | Washington, DC 20036 |
| 1775 I Street NW | Telephone: (202) 682-7059 |
| Washington, DC 20007 | |
| Telephone: (202) 721-4776 | */s/ E. Steele Clayton IV* |
| | E. Steele Clayton IV (TN Bar # 017298) |
| Charles E. Elder (TN Bar # 038250) | sclayton@bassberry.com |
| celder@bradley.com | Jeremy A. Gunn (TN Bar # 039803) |
| BRADLEY ARANT BOULT CUMMINGS LLP | jeremy.gunn@bassberry.com |
| 1600 Division Street, Suite 700 | Bass, Berry & Sims PLC |
| Nashville, TN 37203 | 150 Third Avenue South, Suite 2800 |
| Telephone: (615) 252-3597 | Nashville, TN 37201 |
| | Telephone (615) 742-6200 |
| *Counsel for Defendant* | |
| *Bozzuto Management Company* | *Counsel for Defendant Brookfield Properties Multifamily LLC* |

/s/ Danielle R. Foley
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
Morenike Oyebade (admitted *pro hac vice*)
mioyebade@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Lynn H. Murray
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

/s/ Ann MacDonald
Ann MacDonald
ann.macdonald@afslaw.com
Barry Hyman
barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

/s/ Charles H. Samel
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

/s/ Alexander M. Brauer
Alexander M. Brauer (*pro hac vice* pending)
abrauer@baileybrauer.com
Jason R. Marlin (*pro hac vice* pending)
jmarlin@baileybrauer.com
BAILEY BRAUER PLLC
8350 N. Central Expy, Suite 650
Dallas, TX 75206
Telephone: (214) 360-7433

*Counsel for Defendant CONTI Texas Organization, Inc., d/b/a CONTI Capital*

/s/ Carl W. Hittinger
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Matt Schock
mschock@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, DC 20236-5403
Telephone: (202) 861-1529

Stephen J. Zralek (TN Bar # 018971)
szralek@spencerfane.com
S. Chase Fann (TN Bar # 036794)
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Michael D. Bonanno
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, NY 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar # 027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Cliff A. Wade
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, TX 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Gregory J. Casas
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

/s/ Ryan T. Holt
Ryan T. Holt (TN Bar # 030191)
rholt@srvhlaw.com
Mark Alexander Carver (TN Bar # 036754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201
Telephone: (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

/s/ John J. Sullivan
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Thomas Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041

Nathan J. Larkin (admitted *pro hac vice*)
nlarkin@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 366-4463

*Counsel for Defendants Independence Realty Trust, Inc. and Sherman Associates, Inc.*

/s/ Eliot Turner
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, TX 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ *Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
karen.lent@skadden.com
Boris Bershteyn (admitted *pro hac vice*)
boris.bershteyn@skadden.com
Evan Kreiner (admitted *pro hac vice*)
evan.kreiner@skadden.com
Sam Auld (admitted *pro hac vice*)
sam.auld@skadden.com
Adam Kochman (admitted pro hac vice)
adam.kochman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Joshua C. Cumby (TN Bar # 037949)
joshua.cumby@arlaw.com
F. Laurens Brock (TN Bar # 017666)
larry.brock@arlaw.com
Rocklan W. King, III (TN Bar # 030643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

*/s/ Britt M. Miller*
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (TN Bar # 015406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (TN Bar # 033414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* <br> Jeffrey C. Bank <br> jbank@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI PC <br> 1700 K Street NW, Fifth Floor <br> Washington, DC 20006 <br> Telephone: (202) 973-8800 <br><br> Rachael Racine <br> rracine@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI PC <br> 1301 Avenue of the Americas, 40th Floor <br> New York, NY 10019 <br> Telephone: (212) 497-7766 <br><br> *Counsel for Defendant Morgan Properties Management Company, LLC* | */s/ Richard P. Sybert* <br> Richard P. Sybert (WSBA # 8357) <br> rsybert@grsm.com <br> GORDON REES SCULLY MANSUKHANI <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Telephone: (206) 321-5222 <br><br> *Counsel for Defendant First Communities Management, Inc.* |
| */s/ Jose Dino Vasquez* <br> Jose Dino Vasquez <br> dvasquez@karrtuttle.com <br> Jason Hoeft <br> jhoeft@karrtuttle.com <br> KARR TUTTLE CAMPBELL <br> 701 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Telephone: (206) 223-1313 <br><br> *Counsel for Defendant Security Properties Residential, LLC* | */s/ David A. Walton* <br> David A. Walton <br> dwalton@bellnunnally.com <br> Troy Lee (T.J.) Hales <br> thales@bellnunnally.com <br> BELL NUNNALLY & MARTIN, LLP <br> 2323 Ross Avenue, Suite 1900 <br> Dallas, TX 75201 <br><br> *Counsel for Defendant RPM Living, LLC* |

*/s/ Brent Justus*
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIRE WOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

*/s/ Yonaton Rosenzweig*
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHTTREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

| | |
|---|---|
| */s/ Andrew Harris*<br>Andrew Harris<br>Andrew.Harris@Levittboccio.com<br>LEVITT & BOCCIO, LLP<br>423 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 801-1104 | */s/ Benjamin I. VandenBerghe*<br>Benjamin I. VandenBerghe<br>biv@montgomerypurdue.com<br>Kaya R. Lurie<br>klurie@montgomerypurdue.com<br>MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104-7096 |
| */s/ Georgia K. Winston*<br>Georgia K. Winston (admitted *pro hac vice*)<br>gwinston@wmhlaw.com<br>WALDEN MACHT & HARAN LLP<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 335-2030 | *Counsel for Defendant Thrive Communities Management, LLC* |
| Jennifer S. Rusie<br>Jennifer.rusie@jacksonlewis.com<br>JACKSON LEWIS, P.C.<br>611 Commerce Street, Suite 2803<br>Nashville, TN 37203<br>Telephone: (615) 656-1664 | |
| *Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.* | |

/s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Mary G. Kaiser (*pro hac vice* pending)
mkaiser@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Benjamin E. Campbell (admitted *pro hac vice*)
benjamincampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

/s/ Joshua L. Burgener
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

/s/ Craig Seebald
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Michael McCambridge
mmcambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Matt T. Adamson
Matt T. Adamson
madamson@jpclaw.com
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

| | |
|---|---|
| /s/ Evan Fray-Witzer<br>Evan Fray-Witzer<br>Evan@CFWLegal.com<br>CIAMPA FRAY-WITZER, LLP<br>20 Park Plaza, Suite 505<br>Boston, MA 02116<br>Telephone: 617-426-0000<br><br>*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.* | /s/ Mark McKane, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>mark.mckane@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br><br>*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.* |
| /s/ Ferdose al-Taie<br>Ferdose al-Taie (admitted *pro hac vice*)<br>faltaie@bakerdonelson.com<br>BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.<br>956 Sherry Lane, 20th Floor<br>Dallas, TX 75225<br>Telephone: (214) 391-7210<br><br>Christopher E. Thorsen (TN Bar # 021049)<br>cthorsen@bakerdonelson.com<br>BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.<br>Baker Donelson Center, Suite 800<br>211 Commerce Street<br>Nashville, TN 37201<br>Telephone: (615) 726-5600<br><br>*Counsel for Defendant ZRS Management, LLC* | /s/ Sarah B. Miller<br>Sarah B. Miller (TN Bar # 033441)<br>smiller@bassberry.com<br>BASS, BERRY & SIMS PLC<br>150 Third Ave. South #2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6200<br><br>Amy F. Sorenson (admitted *pro hac vice*)<br>asorenson@swlaw.com<br>SNELL & WILMER, L.L.P.<br>15 West South Temple, Ste. 1200<br>Salt Lake City, UT 84101<br>Telephone: (801) 257-1900<br><br>Colin P. Ahler (admitted *pro hac vice*)<br>cahler@swlaw.com<br>SNELL & WILMER, L.L.P.<br>One East Washington St., Ste. 2700<br>Phoenix, AZ 85004<br>Telephone: (602) 382-6000<br><br>*Counsel for Defendant Apartment Management Consultants, LLC* |

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*

/s/ *Judith A. Zahid*
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Samuel P. Funk*
Samuel P. Funk

4870-2208-3051, v. 2