**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL** | ) | **Case No. 3:23-md-03071** |
| **SOFTWARE ANTITRUST** | ) | **MDL No. 3071** |
| **LITIGATION (NO. II)** | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | |
| | ) | **3:24-cv-01196** |

**ORDER**

The Clerk shall file on the docket in this case the following documents from Case No. 3:23-md-3071:

| | | |
|---|---|---|
| Doc. No. | 685 |
| Doc. No. | 686 |
| Doc. No.v | 687 |
| Doc. No. | 688 |
| Doc. No. | 689 |
| Doc. No. | 690 |
| Doc. No. | 814 |
| Doc. No. | 815 |
| Doc. No. | 816 |
| Doc. No. | 818 |
| Doc. No. | 828 |

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE