UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) ALL CASES |

## ORDER

The Court has reviewed the October 4, 2024 Joint Status Report (Doc. No. 998) and is pleased that the parties continue to engage in substantive meet and confers to resolve their disputes.

Based on the representations in the Joint Status Report, the October 11, 2024 status conference is **CANCELLED**. The Court acknowledges that "Plaintiffs propose discussing the parties' respective special master proposals (Dkt. 987), as well as their forthcoming joint motion to extend the structured data production completion deadline." (See id. at Section VIII.G). The Court is not convinced that an in-person status conference to discuss the parties' respective special master proposals would be an efficient use of the Court's or the parties' time and resources. Nor is the Court inclined to discuss the parties' forthcoming joint motion to extend the structured data production completion deadline prior to its filing before the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE