**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL | ) | NO. 3:23-cv-03071 |
| SOFTWARE ANTITRUST | ) | MDL No. 3071 |
| LITIGATION (NO. II) | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | |
| | ) | **ALL CASES** |

<u>**JOINT MOTION TO EXTEND**</u>
<u>**THE STRUCTURED DATA PRODUCTION DEADLINE**</u>

Plaintiffs and Defendants hereby jointly submit this Motion to Extend the Structured Data

Production Deadline, currently set for October 25, 2024, until December 20, 2024. The

modification is supported by good cause and complies with Local Rule 16.01(h)(1). The parties

have met and conferred telephonically on September 24, 2024 and jointly consent to this request.

**I.    BACKGROUND**

**A.  Current Case Schedule**

On February 26, 2024, the Court entered its Case Management Order setting the schedule

for the above-captioned litigation. Under the section titled "Interim Deadlines for Production of

Documents and Data," the Court established certain interim deadlines for the production of

structured data:

> First Set of Structured Data Requests, and any data upon which Defendants intend
> to rely in their defense of the litigation, (together, "Structured Data") shall be
> complete by **October 25, 2024.** Defendants shall each produce a sample of their
> Structured Data databases no later than **May 1, 2024.** Plaintiffs shall meet and
> confer with Defendants, including raising questions about sample productions by
> **June 5, 2024**, and Defendants shall answer questions about the form and contents
> of the Structured Data and any perceived deficiencies therein by **July 10, 2024**, in
> order to facilitate the timely production of an agreed upon scope of Structured Data
> by **October 25, 2024.**

> The Case Management Order also includes the following deadlines:

| Deadline | Date |
|---|---|
| **First Set of Structured Data Production** | **October 25, 2024** |
| Completion of Document Production | March 28, 2025 |
| Requestions for Admission | August 21, 2025 |
| Fact Discovery Deadline | November 21, 2025 |
| Expert Opening Reports | February 19, 2026 |
| Expert Rebuttal Reports | April 20, 2026 |
| Reply Reports | June 4, 2026 |
| Opening Motion for Class Cert. | July 20, 2026 |
| Daubert Motions – Opening Reports | July 20, 2026 |
| Opposition to Motion for Class Cert. | September 7, 2026 |
| Daubert Motions – Rebuttal Reports; Opposition to Opening Report Motions | September 7, 2026 |
| Reply in Support of Motion for Class Cert. | October 7, 2026 |
| Daubert Motions- Opposition to Rebuttal Report Motions; Replies to support Opening Report Motion | October 7, 2026 |
| Daubert Motions – Replies to support Rebuttal Report Motion | November 6, 2026 |
| Hearing on Class Cert and Daubert | November or December, 2026 |
| Motions for Summary Judgment & Statement of Undisputed Material Facts | March 1, 2027 |
| Responses to Summary Judgement Motions & Statements of Undisputed Material Facts | April 30, 2027 |
| Replies to Summary Judgment Motions | June 14, 2027 |
| Argument on Summary Judgment Motions | July 15-16, 2027 |
| Mediation and Case Resolution Efforts | August 13, 2027 |
| Trial Ready | October 1, 2027 |
| Jury Instructions; Witness and Exhibit Lists; Stipulations; Expert Reports | January 10, 2028 |
| Final Pretrial Conference | January 18-19 2028 |
| Jury Trial | February 1, 2028 |

## B. Structured Data Meet and Confer History

On March 18, 2024, Defendants served their objections and responses to Plaintiffs' First Set of Structured Data Requests. Counsel for Plaintiffs and RealPage promptly began meeting and conferring so that Plaintiffs could understand what type of structured data RealPage had, in order to determine whether a significant amount of structured data for all Defendants could be produced by RealPage in lieu of separate productions from each Defendant. Through those meet and confers,

the parties sought to identify areas where RealPage possessed data specific to each Defendant in order to avoid duplicative data productions from individual Defendants that could otherwise be produced by RealPage. This approach was meant to reduce costs and create an efficient structured data discovery process.

On April 18, 2024, counsel for Plaintiffs held an hour-long meet and confer with counsel for RealPage to discuss structured data issues. RealPage's counsel explained that, at a high-level, it held databases for each individual Defendant who used RealPage RMS, and that these Defendant-specific databases contained the data used to create certain pricing recommendations. The parties continued meeting and conferring on April 26 and discussed the overlap between data held by RealPage and data requested from the remaining Defendants. RealPage disclosed that certain types of data—e.g., some fee information and certain non-price concessions—may not be included in RealPage's own data. Nonetheless, RealPage offered to produce client database samples to fulfill Defendants' initial sample production deadline, so that Plaintiffs could evaluate whether these client databases would obviate the need to request full structured data productions from each individual Defendant and could instead narrow the scope for Defendant-specific productions. In order to allow the parties to complete their meet and confers and for RealPage to produce these databases, Plaintiffs consented to an extension of the sample production deadline until May 22, 2024.

The parties memorialized this agreement in the May 10, 2024 Joint Status Report, where they wrote that "RealPage is working to produce data samples to Plaintiffs… which Plaintiffs have agreed, in the interest of efficiency, will satisfy the obligation of other Defendants to produce data samples… to the extent any other Defendant chooses not to produce its own data samples at that time." Dkt. 909 at 8. The parties went on: "After reviewing the samples produced by RealPage,

Plaintiffs will work with the Defendants that did not make an initial data production to obtain sampling from those Defendants to the extent necessary." *Id.* The parties disclosed that a subset of Defendants intended to produce their own data samples, and did not intend to rely on the RealPage sample to fulfill their obligations (the "Producing Defendants").[1] *Id.*

The parties met and conferred again on May 20, 2024, in advance of RealPage's sample production, and RealPage's counsel previewed that it would be providing a sample of a client database from each RMS product (AIRM, YieldStar, and LRO), including a sample of every table in each of the client databases produced, totaling over 300 tables per database. RealPage made its structured data sample production on May 22, 2024. RealPage's data sample was nearly 20 gigabytes and included data and schema from each of RealPage's revenue management solutions (LRO, YieldStar, and AIRM). The other Producing Defendants also produced data samples in mid-late May 2024, as reported in the June 7, 2024 Joint Status Report. Dkt. 920 at 11.

Upon receipt of data samples from RealPage and the Producing Defendants, Plaintiffs promptly conferred with their consultants to review and analyze the data. Starting in June, structured data discussions occurred on multiple tracks—with RealPage, and with the Producing Defendants.

### 1. RealPage Sample

On one track, Plaintiffs continued discussing the RealPage structured data sample, meeting and conferring again on June 4, 2024. By July, Plaintiffs' consultants had reviewed and analyzed the RealPage sample and learned that it was missing elements that were important to developing a comprehensive dataset. Most notably, RealPage's client database sample appeared to be missing

---

[1] Those Defendants were BH; Camden; Equity; Essex; Greystar; Highmark; Lantower; Lincoln; UDR; Windsor; and Winn.

tenant detail information.[2] Without tenant detail information, Plaintiffs understand that lease information cannot be tied to specific tenants, over time and across properties. RealPage's RMS client databases also do not contain certain property-level information, such as building amenities, (which had been requested in Plaintiffs' First Set of RFPs), or cost detail or payment information, because that data is not used by the RMS. After further discussions between Plaintiffs and RealPage, RealPage has agreed to produce the RMS client databases, which includes all data used by the RMS.

Plaintiffs worked with their consultants to determine whether it would still be possible to narrow the data required from each Defendant, and unfortunately, in the interests of ensuring a fulsome dataset for class certification, merits, and notice purposes, determined that a full structured data pull would be needed from each Defendant. Thus, despite their best efforts, Plaintiffs had to restart structured data discussions from scratch with each Defendant in August, putting the parties several months behind schedule. The parties informed the Court of this fact in their August 2, 2024 Joint Status Report: "As noted in the May and June status reports, some Defendants elected to defer providing data samples until Plaintiffs had an opportunity to review data samples provided by RealPage…. Plaintiffs have reviewed RealPage's data samples, and have concluded that they must proceed to collect data samples from each Defendant and are proceeding with meeting and conferring with the remaining Defendants about production of their own data samples." Dkt. 947 at 16. Since August, while Defendants who had not previously produced data samples have engaged in good faith, and many promptly produced data samples and have responded to questions from Plaintiffs, this process necessarily takes time and remains ongoing.

---

[2] The AIRM and YieldStar client databases contain unique tenant identification numbers, but otherwise do not contain information identifying those tenants. The LRO client databases contain unique tenant identification numbers and the names of tenants.

## 2. Producing Defendant Samples

On a separate track, Plaintiffs also worked to review samples from the Producing Defendants. Simultaneous review of samples from RealPage and each of the eleven Producing Defendants, on top of extensive negotiations over non-structured (document) requests with all of the Defendants, was a significant undertaking. Plaintiffs sent correspondence to each non-RealPage Defendant that produced a sample with questions and clarifications about the data. The parties reported on this process in the July 3, 2024 and August 2, 2024 Joint Status Reports, noting the exchange of correspondence from June through August. Dkt. 937 at 9-10 (July 3, 2024 Report: "Plaintiffs have sent questions concerning data samples to certain Defendants who produced their own data samples, and those parties will meet and confer regarding those questions."); Dkt. 947 at 12 (August 2, 2024 Report: "Plaintiffs have sent questions concerning data samples to certain Defendants who produced their own data samples, those Defendants have responded by July 31, 2024 (or have agreed with Plaintiffs on an extension to respond), and those parties will meet and confer regarding those questions.").

Given the complexities of the data samples produced, some of the letters were extensive; Plaintiffs' letter to Equity, for example, included 19 single-spaced pages of questions to clarify where certain data could be found in the sample and whether Plaintiffs' understanding of certain fields was correct. RealPage and the Producing Defendants responded to Plaintiffs' questions, and the parties continued discussions of the data samples in good faith, with Plaintiffs often having additional follow-up questions. For some of the Producing Defendants, this correspondence has taken longer than was contemplated in the Case Management Order, which assumed a single set of questions and responses; instead, and through no fault on either side, some responses have led to other questions, as Plaintiffs have tried to understand complicated datasets and ensure that a

final, full structured data pull is complete.  Moreover, conferrals with certain Defendants have revealed that additional structured data concerning their properties is in RealPage's possession, including OneSite.  This has resulted in additional discussions with RealPage over the production of a OneSite structured data sample, which RealPage recently produced on September 20, 2024. This OneSite data sample consists of nearly 10 gigabytes of data, which Plaintiffs' consultants are currently evaluating.

With respect to both of these tracks, by September, the parties realized that, given the ongoing discussions and continued information exchange regarding the data samples, the October 25, 2024 deadline for completion of structured data productions was no longer feasible. While Defendants could certainly make structured data productions by that time, the parties believe it will be more efficient, and less likely to result in multiple rounds of data pulls, if the parties complete their discussions on what data will be produced before a full data pull occurs. Given this realization, the parties included the following statement in their September 6, 2024 Joint Status Report:

> As indicated in the last status report, Plaintiffs believe that RealPage's structured data sample cannot replace structured data samples from each individual Defendant, and so Plaintiffs have conducted initial meet and confers with Defendants who have not already produced structured data samples. 16 Defendants, other than RealPage, have provided such samples. Given that this process remains ongoing, the parties anticipate that they will need to request an extension on the structured data production completion deadline of October 25, 2024. The parties will be in a better position to propose an extension in early October, when the next status report is due.

Dkt. 978 at 15.

Since the September Joint Status Report, the parties have continued their productive discussions. To ensure an efficient process, and to avoid wasting time and resources on multiple data pulls, the parties respectfully request that the structured data discovery deadline be extended until December 20, 2024.

## II.    LEGAL STANDARD

Pursuant to Rule 16(b)(4), "once a scheduling order is entered, it 'may be modified only for good cause and with the judge's consent.'" *Briggs v. Vincent-Bushon*, 2018 WL 4261174, at *2 (M.D. Tenn. July 18, 2018). "[W]hether to amend the scheduling order is committed to the sound discretion of the trial court." *Id.* (citing *Thompson v. Bruister & Assocs., Inc.*, 2013 WL 1092218, at *4 (M.D. Tenn. Mar. 15, 2013)). "[A] court choosing to modify the schedule upon a showing of good cause, may do so only 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Leary v. Daeschner,* 349 F.3d 888, 906 (6th Cir. 2003) (quoting Fed. R. Civ. P. 16(b)(4) advisory committee's note to 1983 amendment).

"The Sixth Circuit has stated that 'good cause' under Rule 16(b)(4) 'is measured by the movant's diligence in attempting to meet the case management order's requirements.'" *Wiseman v. Lipinski*, 2011 WL 3236103, at *2 (M.D. Tenn. July 28, 2011) (quoting *Leary,* 349 F.3d at 906–07). Courts in this District have consistently interpreted this to mean that a movant "must show that 'despite [his] diligence [he] could not meet the original deadline.'" *National Waste Assocs., v. Lifeway Christian Res. of the S. Baptist Convention*, 2022 WL 96523, at *2 (M.D. Tenn. Jan. 10, 2022) (quoting *Shane v. Bunzl Distribution USA, Inc.*, 275 F. App'x 535, 536 (6th Cir. 2008)).

"Another important consideration for a district court deciding whether Rule 16's 'good cause' standard is met is whether the opposing party will suffer prejudice by virtue of the amendment." *Hosp. Authority of Metro/ Gov't of Nashville v. Momenta Pharms., Inc.*, 2019 WL 13496984, at *4 (M.D. Tenn. June 7, 2019) (internal quotation omitted). In sum, "[i]n order to demonstrate good cause, the [movant] must show that the original deadline could not reasonably have been met despite due diligence and that the opposing party will not suffer prejudice by virtue

of the amendment." *Singh v. Vanderbilt Univ. Med. Ctr.*, 2020 WL 6290321, at *2 (M.D. Tenn. Oct. 26, 2020) (citing *Ross v. Am. Red Cross*, 567 F. App'x 296, 306 (6th Cir. 2014)).

## III.  ARGUMENT

### A.  Under Rule 16(b)(4), Good Cause Exists to Extend the Structured Data Production Deadline by Two Months.

#### 1.  The Parties Diligently and Cooperatively Worked Towards Meeting the Original Deadline.

For several months, all parties have been working diligently and cooperatively through structured data discovery issues as efficiently as possible. The delay here is caused by two separate issues. First, with respect to RealPage and Defendants who deferred producing a sample until Plaintiffs had the opportunity to review RealPage's data sample, those parties made a good faith effort in an attempt to streamline structured data discovery. Based on the information available at the time, the parties believed that RealPage could produce the lions' share of structured data in an efficient way, so that individual Defendants could avoid producing a full dataset in response to Plaintiffs' First Set of Requests for Production for Structured Data. RealPage timely made production of that data, and Plaintiffs' consultants timely reviewed it. As soon as it became clear that the data was not as complete as the parties had hoped, Plaintiffs promptly reengaged in meet and confer efforts with the remaining Defendants to obtain samples and move that process forward. The parties also kept the Court apprised of their progress through monthly Status Reports, including identifying the potential delay as soon as it materialized.

Second, with respect to the Producing Defendants, the parties have engaged in extensive correspondence, with Plaintiffs attempting to understand complicated datasets that differ from Defendant to Defendant and interpret data fields to ensure that all available data responsive to their requests was captured. Defendants have responded to Plaintiffs' questions and provided clarity

where needed, including explaining where data fields simply do not exist. This has been an iterative process that has required additional rounds of letters and meet and confers than was contemplated in the original Case Management Order. All parties want to ensure that this process can run through completion before Defendants pull structured data, to avoid the need for seriatim data pulls. A brief extension of two months will allow the time for that completion.

### 2. No Party Will Suffer Prejudice from the Extension.

Plaintiffs and Defendants jointly seek this request. All parties agree that they will not suffer prejudice from this extension; rather, an extension allows the parties to wrap up their negotiations, for Plaintiffs to understand the scope of data they are receiving, and for Defendants to have the time they need to make their full data productions. Therefore, this element is met.

### B. The Proposed Extension Also Complies with Local Rule 16.01(h)(1).

Local Rule 16.01(h)(1) requires that no dispositive motion deadline shall be later than 90 days in advance of the trial date. In the Case Management Order ("CMO"), the Court ordered that any motion to modify the CMO include a statement that the requested extension will still conform to that requirement. (*See* Dkt. 818 at 1.) Per that directive, the parties hereby state that the requested extension to reset the structured data discovery deadline to December 20, 2024 does not impact the current dispositive motion deadlines, and accordingly complies with Local Rule 16.01(h)(1).

## IV. CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court extend the deadline for production of structured data from October 25, 2024 to December 20, 2024.

Dated: October 7, 2024

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**

223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Matthew J. Perez
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
matt.perez@scott-scott.com

Stacey Slaughter
Thomas J. Undlin

Geoffrey H. Kozen
J. Austin Hurt
Caitlin E. Keiper
Navy A. Thompson
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com
nthompson@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
Facsimile: 312-782-4485

bwidlanski@kttlaw.com
jal@kttlaw.com

jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

_/s/ Jay Srinivasan_

Jay Srinivasan (admitted _pro hac vice_)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted _pro hac vice_)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted _pro hac vice_)
sweissman@gibsondunn.com
Michael J. Perry (admitted _pro hac vice_)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

S. Christopher Whittaker (admitted _pro hac vice_)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted _pro hac vice_)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

_Counsel for Defendant RealPage, Inc._

_/s/ Edwin Buffmire_

Edwin Buffmire
ebuffmire@jw.com
Michael Moran

Michael J. Murtha
mmurtha@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

Samuel P. Funk (TN Bar # 019777)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

_Counsel for Defendant Allied Orion Group, LLC_

/s/ Danny David

Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

James Kress (admitted *pro hac vice*)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* pending)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

John R. Jacobson (#14365)
jjacobson@rjfirm.com
Milton S. McGee, III (#24150)
tmcgee@rjfirm.com
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ Ian Simmons

Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

/s/ *Marguerite Willis*
Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*
Edwin Buffmire
ebuffmire@jw.com
Michael Moran

Michael J. Murtha
mmurtha@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Samuel P. Funk (TN Bar # 019777)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

*Counsel for Defendants Trammell Crow
Residential Company and Crow Holdings, LP*

/s/ James D. Bragdon

James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant*
*Bozzuto Management Company*

/s/ Yehudah L. Buchweitz

Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

/s/ E. Steele Clayton IV

E. Steele Clayton IV (BPR 017298)
sclayton@bassberry.com
Jeremy A. Gunn (BPR 039803)
jeremy.gunn@bassberry.com
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Counsel for Defendant Brookfield Properties*
*Multifamily LLC*

/s/ Danielle R. Foley

Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
Morenike Oyebade (admitted *pro hac vice*)
mioyebade@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin

Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ Lynn H. Murray

Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Bradley C. Weber

Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Todd R. Seelman

Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

/s/ Ann MacDonald

Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

/s/ Alexander M. Brauer

Alexander M. Brauer (*pro hac vice* pending)
abrauer@baileybrauer.com
Jason R. Marlin (*pro hac vice* pending)
jmarlin@baileybrauer.com
BAILEY BRAUER PLLC
8350 N. Central Expy, Suite 650
Dallas, TX 75206
Telephone: (214) 360-7433

*Counsel for Defendant CONTI Texas Organization, Inc., d/b/a CONTI Capital*

/s/ Charles H. Samel
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

/s/ Carl W. Hittinger
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Matt Schock
mschock@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236-5403
Telephone: (202) 861-1529

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Michael D. Bonanno
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Cliff A. Wade
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

_/s/ Gregory J. Casas_

Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

_/s/ Ryan T. Holt_

Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

_/s/ John J. Sullivan_

John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Thomas Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041

Nathan J. Larkin (admitted *pro hac vice*)
nlarkin@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 366-4463

*Counsel for Defendants Independence Realty Trust, Inc. and Sherman Associates, Inc.*

_/s/ Eliot Turner_

Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

/s/ Michael W. Scarborough

Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ Karen Hoffman Lent

Karen Hoffman Lent (admitted *pro hac vice*)
karen.lent@skadden.com
Boris Bershteyn (admitted *pro hac vice*)
boris.bershteyn@skadden.com
Evan Kreiner (admitted *pro hac vice*)
evan.kreiner@skadden.com
Sam Auld (admitted *pro hac vice*)
sam.auld@skadden.com
Adam Kochman (admitted pro hac vice)
adam.kochman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

*/s/ Britt M. Miller*
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

/s/ Jeffrey C. Bank

Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

Rachael Racine
rracine@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7766

*Counsel for Defendant Morgan Properties Management Company, LLC*

/s/ Richard P. Sybert

Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant First Communities Management, Inc.*

/s/ Jose Dino Vasquez

Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties Residential, LLC*

/s/ David A. Walton

David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Georgia K. Winston
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030


Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664


*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ David D. Cross

David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Mary G. Kaiser (*pro hac vice* pending)
mkaiser@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Benjamin E. Campbell (admitted *pro hac vice*)
benjamincampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

/s/ Joshua L. Burgener

Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

/s/ Craig Seebald

Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Michael McCambridge
mmcambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Matt T. Adamson

Matt T. Adamson
madamson@jpclaw.com
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

/s/ Evan Fray-Witzer

Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.*

/s/ Mark McKane, P.C.

Mark McKane, P.C. (*pro hac vice*)
mark.mckane @kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

/s/ Ferdose al-Taie

Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

/s/ Sarah B. Miller

Sarah B. Miller (TN#33441)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
smiller@bassberry.com

Amy F. Sorenson (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
asorenson@swlaw.com

Colin P. Ahler (admitted *pro hac vice*)
SNELL & WILMER, L.L.P.
One East Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
cahler@swlaw.com

*Counsel for Defendant Apartment Management Consultants, LLC*

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*

/s/ *Judith A. Zahid*
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/Dkt. system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld