Motion (995) is **DENIED AS MOOT.**

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**DEFENDANT MID-AMERICA APARTMENT COMMUNITIES, INC. AND MID-AMERICA APARTMENTS, L.P.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF BRITT M. MILLER AT OCTOBER 11, 2024, <u>STATUS CONFERENCE</u>**

Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P. ("MAA") respectfully move for leave to excuse MAA's counsel, Britt M. Miller, member of Defendants' Liaison Counsel and Steering Committee, from appearing live at the October 11, 2024, Status Conference, as Ms. Miller has a potential conflict with a previously scheduled two-day evidentiary hearing on another matter pending in the U.S. District Court for the Northern District of Illinois. Her colleague, Daniel T. Fenske, also counsel for MAA, will appear live at the hearing should the Court grant this motion and excuse Ms. Miller's appearance.

MAA has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1