Motion (999) is **GRANTED**.

*[signature]* Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

### DEFENDANTS' UNOPPOSED MOTION TO REVISE THEIR LIAISON COUNSEL AND STEERING COMMITTEE

Defendants hereby move this Court for an Order revising their Liaison Counsel and Steering Committee to return Samuel P. Funk, counsel for Crow Holdings, LLP, Trammell Crow Residential Company, and Allied Orion Holdings, LLC, to the committee. Pursuant to Local Rule 7.01(a)(1), Defendants have conferred with Plaintiffs, and Plaintiffs do not oppose the relief requested.

On June 1, 2023, the Court issued an order requesting applications for Plaintiffs' and Defendants' Liaison Counsel and Steering Committee (ECF No. 243). Thereafter, Defendants provided notice of their designees (ECF No 256), which included Mr. Funk. On June 13, 2023, the Court designated Defendants' proposed designees, including Mr. Funk. (ECF No. 278).

Mr. Funk served on the committee until he was de-designated via a March 8, 2024 Order (ECF No. 855) because his previous clients had been dismissed from the master case. Mr. Funk since has been retained by other clients who remain Defendants in this litigation, and Defendants would like to return Mr. Funk to the Liaison Counsel and Steering Committee. With this proposed change, the Defendants' Liaison Counsel and Steering Committee would be constituted as follows: