> Motion (1002) is **GRANTED**. The deadline for structured data production is extended to **December 20, 2024.**
>
> */s/ Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

**JOINT MOTION TO EXTEND
THE STRUCTURED DATA PRODUCTION DEADLINE**

Plaintiffs and Defendants hereby jointly submit this Motion to Extend the Structured Data Production Deadline, currently set for October 25, 2024, until December 20, 2024. The modification is supported by good cause and complies with Local Rule 16.01(h)(1). The parties have met and conferred telephonically on September 24, 2024 and jointly consent to this request.

**I.    BACKGROUND**

**A. Current Case Schedule**

On February 26, 2024, the Court entered its Case Management Order setting the schedule for the above-captioned litigation. Under the section titled "Interim Deadlines for Production of Documents and Data," the Court established certain interim deadlines for the production of structured data:

> First Set of Structured Data Requests, and any data upon which Defendants intend to rely in their defense of the litigation, (together, "Structured Data") shall be complete by **October 25, 2024.** Defendants shall each produce a sample of their Structured Data databases no later than **May 1, 2024**. Plaintiffs shall meet and confer with Defendants, including raising questions about sample productions by **June 5, 2024**, and Defendants shall answer questions about the form and contents of the Structured Data and any perceived deficiencies therein by **July 10, 2024**, in order to facilitate the timely production of an agreed upon scope of Structured Data by **October 25, 2024**.

The Case Management Order also includes the following deadlines: