# United States District Court

### Central District of California

## CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Samuel Maida__, Bar No. __333835__

was duly admitted to practice in this Court on __06/22/2022__
_DATE_

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __September 27, 2024__
_Date_

BRIAN D. KARTH
Clerk of Court



By _Martha A Torres_
Martha Torres, Deputy Clerk