# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION OF LABEAT RRAHMANI *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, I, Labeat Rrahmani hereby move this Court for admission to appear *pro hac vice* in the above-captioned action as counsel for MDL 3071 Plaintiffs.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the United States District Court for the United States District for the Northern District of Illinois. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Tricia Herzfeld; 223 Rosa L. Parks Ave., Suite 300, Nashville, TN 37203; (615) 800-6225; tricia@hsglawgroup.com

8. I have read and am familiar with Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: October 22, 2024

Respectfully submitted,

*s/ Labeat Rrahmani*
Labeat Rrahmani
Illinois: 6340286
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
lrrahmani@koreintillery.com

*Counsel for MDL 3071 Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Court via the Court's electronic e-filing system, CM/ECF, which sent notification of such filing to all counsel of record.

*s/ Tricia R. Herzfeld*
Tricia R. Herzfeld