# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Labeat Rrahmani

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Labeat Rrahmani was duly admitted to practice in said Court on (04/12/2023) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/02/2024 )

                                           Thomas G. Bruton , Clerk,

                                           By:  David A. Jozwiak
                                                   Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ DAVID JOZWIAK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 2, 2024