# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| *In re RealPage, Inc. Rental Software Antitrust Litigation* | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

## DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF CARL W. HITTINGER AT THE NOVEMBER 8, 2024 STATUS CONFERENCE

Defendant Equity Residential ("Equity") respectfully moves for leave to excuse its counsel, Carl W. Hittinger, from appearing at the November 8, 2024 conference.

On that date, Mr. Hittinger will be on a pre-paid family vacation overseas which he is unable to reschedule. Should the status conference go forward, Jeffry W. Duffy, Mr. Hittinger's partner at Baker & Hostetler LLP and counsel of record in this matter, is available to appear in person in his stead.

Equity has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

Dated: October 31, 2024

*/s/ Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
Jeffry W. Duffy
jduffy@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Matt Schock
mschock@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236-5403
Telephone: (202) 861-1529

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Carl W. Hittinger*
Carl W. Hittinger

*Counsel for Defendant Equity Residential*