> Motion (1009) is **GRANTED** and the appearance of Carl W. Hittinger at the November 8, 2024 status conference is waived.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| *In re RealPage, Inc. Rental Software Antitrust Litigation* | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

### DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF CARL W. HITTINGER AT THE NOVEMBER 8, 2024 STATUS CONFERENCE

Defendant Equity Residential ("Equity") respectfully moves for leave to excuse its counsel, Carl W. Hittinger, from appearing at the November 8, 2024 conference.

On that date, Mr. Hittinger will be on a pre-paid family vacation overseas which he is unable to reschedule. Should the status conference go forward, Jeffry W. Duffy, Mr. Hittinger's partner at Baker & Hostetler LLP and counsel of record in this matter, is available to appear in person in his stead.

Equity has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.