# Appendix A to November Joint Status Report

| Defendant | Production as of 9/6 | Additional Production as of 10/4[1] | Additional Production as of 11/1 |
|---|---|---|---|
| AIR Communities | *[2] | *75 | * |
| Allied Orion | 448 | | |
| Apartment Management Consultants | 81 | 92 | |
| Avenue5 | * | * | * |
| Bell Partners | 17[3] | 21 | |
| BH Management | 264 | | **144** |
| Bozzuto Management | 370[4] | 26,583 | |
| Brookfield | 10 | | |
| Camden Property Trust | 56,778 | 9 | |
| CH Carter-Haston | 4 | | **1** |
| ConAm | 11 | **27[5]** | |
| CONTI | * | * | * |
| Cortland | 135,709 | | **1** |
| CWS | 44 | 3 | **691** |
| Dayrise | 27 | | |
| ECI Management, LLC | 59 | 38 | |
| Equity Residential | 4,887 | 1 | |
| Essex | 138 | 100 | **49,701** |
| First Communities | 15,116 | 9 | |
| FPI Management | 11* | * | * |
| Greystar | 11[6] | 686,286 | |
| Highmark Residential | 11,207 | 126,789 | |
| IRT | 17 | | |
| Kairoi | 24 | | |

---

[1] Going forward, any new footnotes (*i.e.*, those addressing information in the current joint status report) will be in bold.

[2] A * denotes Defendants for whom discovery is stayed pending settlement negotiations or who have reached settlements in principle.

[3] Bell Partners is producing its only government production, a CID response to the Washington DC AG, prior to the September 13, 2024, status conference.

[4] By the September 13, 2024 status conference, Bozzuto will have produced nearly 20,000 documents to Plaintiffs.

**[5] This entry and the total production number as of October 4, 2024 have been updated to account for an overlooked document from ConAm's earlier productions.**

[6] By the September 13, 2024, status conference, Greystar will have produced over 127,000 documents to Plaintiffs, and intends to make an even larger production before the October 12, 2024, status conference.

# Appendix A to November Joint Status Report

| Defendant | Production as of 9/6 | Additional Production as of 10/4[1] | Additional Production as of 11/1 |
|---|---|---|---|
| Knightvest | 12 | | |
| Lantower | 18 | | |
| Lincoln Property Co. (Willow Bridge) | 33,027 | 117,933 | **96,280** |
| MAA | 6[7] | 38,237 | |
| Mission Rock | 385 | | |
| Morgan Properties | 229 | | |
| Pinnacle | * | * | * |
| Prometheus | 11 | 10 | |
| RealPage | 821,386 | 6,315 | |
| Rose Assocs | 39[8] | 14 | **18** |
| RPM | 43,662 | 17,061 | **23,206** |
| Sares Regis | 256 | 1 | |
| Security Properties | 81,698 | | |
| Sherman | 129 | | |
| Simpson | 22 | | **1,611** |
| Thoma Bravo | 1,080 | 500 | **1,572** |
| The Related Cos | 5 | 110 | **6** |
| Thrive Communities | 17[9] | | **8** |
| Trammell Crow and Crow Holdings | 331 | | |
| UDR | 1,050 | 101,348 | **116,865** |
| Windsor | 225,530 | | |
| Winn | 132 | 509 | |
| ZRS | 149 | | |
| **TOTAL:** | **1,434,407** | **1,122,071** | **290,104** |

---

[7] MAA intends to make a production of over 30,000 documents as early as today (September 6, 2024), and a second sizable production next week.

[8] Rose has produced 39 documents (1,923 pages of documents), but Plaintiffs contend Rose's productions do not comply with the ESI order and therefore refer to this production as "2" documents here. The parties are working on resolving this issue. The parties have resolved this issue, as indicated in the chart above.

[9] Thrive intends to supplement its document production prior to the September 13, 2024, status conference with a sizable production.