UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## ORDER

The Court has reviewed the November 2, 2024 Joint Status Report (Doc. No. 1011) and is pleased that the parties continue to engage in substantive meet and confers to resolve their disputes.

Based on the representations in the Joint Status Report, the November 8, 2024 status conference is **CANCELLED**.

To assist the Court to monitor ethical issues, any lawyer or party who is utilizing a third-party to assist in discovery shall file a business entity form for that third-party in compliance with the Local Rules on or before **November 8, 2024.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE