UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

# DEFENDANT UDR, INC.'S UNOPPOSED MOTION FOR ENTRY OF UDR, INC.'S TAR PROTOCOL

Pursuant to Section 7(b) of the Joint ESI Order (ECF No. 815), Defendant UDR, Inc. ("UDR") respectfully moves the Court to enter UDR's TAR Protocol, attached as **Exhibit A** hereto.

UDR has conferred with Plaintiffs, who have indicated that they do not oppose this Motion or UDR's TAR Protocol.

Dated: November 6, 2024

/s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Mary Kaiser (admitted *pro hac vice*)
mkaiser@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N St. NW
Washington, DC 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Ben Campbell (admitted *pro hac vice*)
benjamincampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

Telephone: (212) 813-8800

Joshua L. Burgener
jburgener@dicksinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01(a)(1), the undersigned conferred with counsel for Plaintiffs who indicated they are unopposed to the relief requested in this motion.

DATED this 6th day of November, 2024.

*/s/ David D. Cross*
David D. Cross

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 6th day of November, 2024.

*/s/ David D. Cross*
David D. Cross

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**[PROPOSED] ORDER GRATING DEFENDANT UDR, INC.'S UNOPPOSED MOTION FOR ENTRY OF UDR, INC.'S TAR PROTOCOL**

Having considered Defendant UDR, Inc.'s ("UDR") unopposed motion to enter UDR's TAR Protocol, the Court **GRANTS** the motion.

IT IS SO ORDERED.

---

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE