# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESEEE
# NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>3:23-cv-00413<br>3:23-cv-00742<br>3:23-cv-00979 |

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02 and the Court's November 2, 2024 Order (ECF No. 1012), <u>Simpson Property Group, LLC</u> makes the following disclosures on behalf of its third-party discovery vendor, Lucent Discovery LLC:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

| X | This party is a <u>California limited liability company</u> with a principal place of business in California.

        Members unknown.

☐ This party is an unincorporated association or entity.

        If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

        If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

Dated: November 8, 2024

Respectfully submitted,

/s/ *Nicholas J. Giles*

J. Brent Justus (*admitted pro hac vice*)
bjustus@mcguirewoods.com
Nicholas J. Giles (*admitted pro hac vice*)
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

## CERTIFICATE OF SERVICE

Pursuant to paragraph 9 of the Court's Practice and Procedures Noticed entered April 19, 2023 (ECF No. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on November 8, 2024.

/s/ *Nicholas J. Giles*
Nicholas J. Giles