UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### CERTAIN DEFENDANTS' JOINTLY FILED NOTICE OF THIRD PARTY DISCOVERY VENDORS' BUSINESS ENTITY DISCLOSURE STATEMENTS

Pursuant to Fed. R. Civ. P. 7.1, Local Rule 7.02 and this Court's November 4, 2024 Order, the following Defendants hereby submit a joint filing for the convenience of the Court: RealPage, Inc.; Allied Orion Group, LLC; Bozzuto Management Company; Brookfield Properties Multifamily LLC; Camden Property Trust; CH Real Estate Services, LLC; ConAm Management Corporation; Cortland Management, LLC; CWS Apartment Homes, LLC; ECI Management, LLC; Equity Residential; Essex Property Trust, Inc.; First Communities Management, Inc.; Greystar Management Services, LLC; Highmark Residential, LLC; Independence Realty Trust, Inc.; Kairoi Management, LLC; Knightvest Residential; Lantower Luxury Living, LLC; Lincoln Property Company; Mid-America Apartment Communities, Inc.; Mid-America Apartments, L.P.; Mission Rock Residential, LLC; Morgan Properties Management Company, LLC; Prometheus Real Estate Group, Inc.; Rose Associates, Inc.; RPM Living, LLC; Security Properties Residential, LLC; Sherman Associates, Inc.; The Related Companies, L.P.; Related Management Company, L.P.; Thoma Bravo L.P.; Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; Thrive Communities Management, LLC; Trammell Crow Residential Company; Crow Holdings, LP; UDR, Inc.; Windsor Property Management Company; WinnCompanies LLC; WinnResidential

1

Manager Corp.; and ZRS Management, LLC (together, "Filing Defendants"). Below and attached are the Third Party Discovery Vendors used by Filing Defendants, along with a summary chart of Business Entity Disclosure Statements for their Third Party Discovery Vendors. These disclosures are made only for the purposes of and use in the above-captioned action (this "Action").

The following Defendants use Epiq Systems, Inc. ("Epiq") to host a joint database of produced documents: Allied Orion Group, LLC; Apartment Management Consultants, LLC; Bell Partners, Inc.; BH Management Services, LLC; Bozzuto Management Company; Brookfield Residential Properties LLC; Camden Property Trust; CH Real Estate Services, LLC; ConAm Management Corporation; Cortland Management, LLC; CWS Apartment Homes, LLC; ECI Management, LLC; Equity Residential; Essex Property Trust, Inc.; First Communities Management, Inc.; FPI Management, Inc.; Greystar Management Services, LLC; Highmark Residential, LLC; Independence Realty Trust, Inc.; Kairoi Management, LLC; Knightvest Residential; Lantower Luxury Living, LLC; Lincoln Property Co.; Mid-America Apartment Communities, Inc.; Mid-America Apartments, L.P.; Mission Rock Residential, LLC; Morgan Properties Management Company, LLC; Prometheus Real Estate Group, Inc.; Rose Associates Inc.; RPM Living, LLC; Security Properties Residential, LLC; Sherman Associates, Inc.; Simpson Property Group, LLC; The Related Companies, L.P.; Related Management Company, L.P.; Thoma Bravo, L.P.; Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; Thrive Communities Management, LLC; Trammell Crow Residential Company; Crow Holdings, LP; UDR, Inc.; Windsor Property Management Company; WinnCompanies LLC; WinnResidential Manager Corp.; and ZRS Management, LLC. *See* Ex. A, Epiq's Business Entity Disclosure Statement.

The following Defendants also use Epiq to host databases for their individual documents: Bozzuto Management Company; Highmark Residential, LLC; Knightvest Residential; The

2

Related Companies, L.P.; Related Management Company, L.P.; RPM Living, LLC; UDR, Inc.; and ZRS Management, LLC. *See id.*

The following Defendants use Innovative Discovery, LLC d/b/a Innovative Driven ("Innovative Driven") as their discovery vendor: Cortland Management, LLC; Morgan Properties Management Company, LLC; and Mission Rock. *See* Ex. B, Innovative Driven's Business Entity Disclosure Statement.

The following Defendants use Consilio LLC ("Consilio") as their discovery vendor: CH Real Estate Services, LLC; Rose Associates; First Communities Management; Essex Property Trust, Inc; Mid-America Apartment Communities, Inc.; and Mid-America Apartments, L.P. *See* Ex. C, Consilio's Business Entity Disclosure Statement.

The following Defendants use KLDiscovery Ontrack, LLC ("KLD") as their discovery vendor: Brookfield Properties Multifamily LLC; Equity Residential; and Lincoln Property Company. *See* Ex. D, KLD's Business Entity Disclosure Statement.

The following Defendants use Berkeley Research Group LLC ("BRG") as one of their discovery vendors: CWS Apartment Homes, LLC and Windsor Property Management Company. *See* Ex. E, BRG's Business Entity Disclosure Statement. CWS Apartment Homes, LLC also uses Cimplifi, LLC ("Cimplifi") as one of its discovery vendors. *See* Ex. F, Cimplifi's Business Entity Disclosure Statement. Windsor Property Management Company also uses Technology Concepts & Design, Inc. ("TCDI") as one of its discovery vendors. *See* Ex. G, TCDI's Business Entity Disclosure Statement.

Camden Property Trust uses Gulfstream Legal Group, L.L.C. ("Gulfstream"), FTI Consulting Technology LLC ("FTI"), and HC2, Inc. d/b/a Hire Counsel ("Hire Counsel") as its

discovery vendors. *See* Ex. H, Gulfstream's Business Entity Disclosure Statement; Ex. I, FTI's Business Entity Disclosure Statement; Ex. J, Hire Counsel's Business Entity Disclosure Statement.

ConAm Management Corporation uses Setec Security Technologies, Inc. ("Setec") as its discovery vendor. *See* Ex. K, Setec's Business Entity Disclosure Statement.

ECI Management, LLC uses Lineal Services, LLC ("Lineal") as its discovery vendor. *See* Ex. L, Lineal's Business Entity Disclosure Statement.

Greystar Management Services, LLC uses Edge Information Solutions, Inc. d/b/a HG Edge ("HG Edge") as its discovery vendor. *See* Ex. M, HG Edge's Business Entity Disclosure Statement.

Lantower Luxury Living, LLC uses Omni-Invictus, LLC d/b/a Array ("Array") as its discovery vendor. *See* Ex. N, Array's Business Entity Disclosure Statement.

RealPage, Inc. and Prometheus Real Estate Group, Inc. use TransPerfect Document Management, Inc. ("TransPerfect") as their discovery vendor. *See* Ex. O, TransPerfect's Business Entity Disclosure Statement.

Security Properties Residential, LLC uses Everlaw, Inc. ("Everlaw") and Repario Data, LLC ("Repario") as its discovery vendors. *See* Ex. P, Everlaw's Business Entity Disclosure Statement; Ex. Q, Repario's Business Entity Disclosure Statement.

Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P. (together "Thoma Bravo Defendants") use Sandline Discovery, LLC ("Sandline") and LegalPartners Group, LLC d/b/a Legalpeople ("Legalpeople") as their discovery vendors. *See* Ex. R, Sandline's Business Entity Disclosure Statement; Ex. S, Legalpeople's Business Entity Disclosure Statement.

Thrive Communities Management, LLC, WinnCompanies LLC, and WinnResidential Manager Corp. use CS Disco, Inc. ("DISCO") as their discovery vendor. *See* Ex. T, DISCO's Business Entity Disclosure Statement. Thrive Communities Management, LLC also uses BDP Networks, LLC ("BDP") as its discovery vendors. *See* Ex. U, BDP's Business Entity Disclosure Statement.

Below is a summary chart of the Third Party Discovery Vendors used by Filing Defendants:

| Ex. No. | Discovery Vendor | Defendants |
|---|---|---|
| A | Epiq (To host a joint database of produced documents) | Allied Orion Group, LLC; Apartment Management Consultants, LLC; Bell Partners, Inc.; BH Management Services, LLC; Bozzuto Management Company; Brookfield Residential Properties LLC; Camden Property Trust; CH Real Estate Services, LLC; ConAm Management Corporation; Cortland Management, LLC; CWS Apartment Homes, LLC; ECI Management, LLC; Equity Residential; Essex Property Trust, Inc.; First Communities Management, Inc.; FPI Management, Inc.; Greystar Management Services, LLC; Highmark Residential, LLC; Independence Realty Trust, Inc.; Kairoi Management, LLC; Knightvest Residential; Lantower Luxury Living, LLC; Lincoln Property Co.; Mid-America Apartment Communities, Inc.; Mid-America Apartments, L.P.; Mission Rock Residential, LLC; Morgan Properties Management Company, LLC; Prometheus Real Estate Group, Inc.; Rose Associates Inc.; RPM Living, LLC; Security Properties Residential, LLC; Sherman Associates, Inc.; Simpson Property Group, LLC; The Related Companies, L.P.; Related Management Company, L.P.; Thoma Bravo, L.P.; Thoma Bravo Fund XIII, L.P.; Thoma Bravo Fund XIV, L.P.; Thrive Communities Management, LLC; Trammell Crow Residential Company; Crow Holdings, LP; UDR, Inc.; Windsor Property Management Company; WinnCompanies LLC; WinnResidential Manager Corp.; and ZRS Management, LLC |
| A | Epiq (To host databases for their individual documents) | Bozzuto Management Company; Highmark Residential, LLC; Knightvest Residential; The Related Companies, L.P.; Related Management Company, L.P.; RPM Living, LLC; UDR, Inc.; and ZRS Management, LLC |

| Ex. No. | Discovery Vendor | Defendants |
|---|---|---|
| B | Innovative Driven | Cortland Management, LLC; Morgan Properties Management Company, LLC; and Mission Rock |
| C | Consilio | CH Real Estate Services, LLC; Rose Associates; First Communities Management; Essex Property Trust, Inc; Mid-America Apartment Communities, Inc.; and Mid-America Apartments, L.P. |
| D | KLD | Brookfield Properties Multifamily LLC; Equity Residential; and Lincoln Property Company |
| E | BRG | CWS Apartment Homes, LLC; and Windsor Property Management Company |
| F | Cimplifi | CWS Apartment Homes, LLC |
| G | TCDI | Windsor Property Management Company |
| H | Gulfstream | Camden Property Trust |
| I | FTI | Camden Property Trust |
| J | Hire Counsel | Camden Property Trust |
| K | Setec | ConAm Management Corporation |
| L | Lineal | ECI Management, LLC |
| M | HG Edge | Greystar Management Services, LLC |
| N | Array | Lantower Luxury Living, LLC |
| O | TransPerfect | RealPage, Inc. and Prometheus Real Estate Group, Inc. |
| P | Everlaw | Security Properties Residential, LLC |
| Q | Repario | Security Properties Residential, LLC |
| R | Sandline | Thoma Bravo Defendants |
| S | Legalpeople | Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P. (together "Thoma Bravo Defendants") |
| T | DISCO | Thrive Communities Management, LLC; WinnCompanies LLC, and WinnResidential Manager Corp. |
| U | BDP | Thrive Communities Management, LLC |

Respectfully submitted this 8th of November, 2024.

| | |
|---|---|
| */s/ David D. Cross* | */s/ Jay Srinivasan* |
| David D. Cross (admitted *pro hac vice*) | Jay Srinivasan (admitted *pro hac vice*) |
| dcross@goodwinlaw.com | jsrinivasan@gibsondunn.com |
| Mary G. Kaiser (*pro hac vice* pending) | Daniel G. Swanson (admitted *pro hac vice*) |
| mkaiser@goodwinlaw.com | dswanson@gibsondunn.com |
| GOODWIN PROCTER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1900 N Street, NW | 333 South Grand Avenue |
| Washington, D.C. 20036 | Los Angeles, CA 90071 |
| Telephone: (202) 346-4000 | Telephone: (213) 229-7430 |
| | |
| Kathryn M. Baldwin (admitted *pro hac vice*) | Stephen Weissman (admitted *pro hac vice*) |
| kbaldwin@goodwinlaw.com | sweissman@gibsondunn.com |
| Benjamin E. Campbell (admitted *pro hac vice*) | Michael J. Perry (admitted *pro hac vice*) |
| benjamincampbell@goodwinlaw.com | mjperry@gibsondunn.com |
| GOODWIN PROCTER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 620 Eighth Avenue | 1050 Connecticut Avenue, NW |
| New York, NY 10018 | Washington, DC 20036 |
| Telephone: (212) 813-8800 | Telephone: (202) 955-8678 |
| | |
| */s/ Joshua L. Burgener* | S. Christopher Whittaker (admitted *pro hac vice*) |
| Joshua L. Burgener | cwhittaker@gibsondunn.com |
| jburgener@dickinsonwright.com | GIBSON, DUNN & CRUTCHER LLP |
| DICKINSON WRIGHT PLLC | 1361 Michelson Drive |
| 424 Church Street, Suite 800 | Irvine, CA 92612 |
| Nashville, TN 37219 | Telephone: (212) 351-2671 |
| Telephone: (615) 620-1757 | |
| | Ben A. Sherwood (admitted *pro hac vice*) |
| *Counsel for Defendant UDR, Inc.* | bsherwood@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 351-2671 |
| | |
| | Thomas H. Dundon (SBN: 004539) |
| | tdundon@nealharwell.com |
| | Neal & Harwell, PLC |
| | 1201 Demonbreun Street, Suite 1000 |
| | Nashville, TN 37203 |
| | Telephone: (615) 244-1713 |
| | |
| | *Counsel for Defendant RealPage, Inc.* |

/s/ James D. Bragdon
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant*
*Bozzuto Management Company*

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeff.white@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

/s/ E. Steele Clayton IV
E. Steele Clayton IV (BPR 017298)
sclayton@bassberry.com
Jeremy A. Gunn (BPR 039803)
jeremy.gunn@bassberry.com
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Counsel for Defendant Brookfield Properties*
*Multifamily LLC*

| | |
|---|---|
| */s/ Danielle R. Foley* | */s/ Lynn H. Murray* |
| Danielle R. Foley (admitted *pro hac vice*) | Lynn H. Murray |
| drfoley@venable.com | lhmurray@shb.com |
| Andrew B. Dickson (admitted *pro hac vice*) | Maveric Ray Searle |
| abdickson@venable.com | msearle@shb.com |
| Morenike Oyebade (admitted *pro hac vice*) | SHOOK, HARDY & BACON L.L.P. |
| mioyebade@venable.com | 111 S. Wacker Dr., Suite 4700 |
| VENABLE LLP | Chicago, IL 60606 |
| 600 Massachusetts Avenue, NW | Telephone: (312) 704-7766 |
| Washington, D.C. 20001 | |
| (202) 344-4300 | Ryan Sandrock |
| | rsandrock@shb.com |
| *Counsel for Defendant CH Real Estate Services, LLC* | Shook, Hardy & Bacon L.L.P. |
| | 555 Mission Street, Suite 2300 |
| | San Francisco, CA 94105 |
| */s/ Benjamin R. Nagin* | Telephone: (415) 544-1944 |
| Benjamin R. Nagin | |
| bnagin@sidley.com | Laurie A. Novion |
| SIDLEY AUSTIN LLP | lnovion@shb.com |
| 787 Seventh Avenue | SHOOK, HARDY & BACON L.L.P. |
| New York, NY 10019 | 2555 Grand Blvd. |
| Telephone: (212) 839-5300 | Kansas City, MO 64108 |
| | Telephone: (816) 559-2352 |
| *Counsel for Defendant ConAm Management Corporation* | |
| | *Counsel for Defendant Camden Property Trust* |
| */s/ Todd R. Seelman* | */s/ Ann MacDonald* |
| Todd R. Seelman | Ann MacDonald |
| todd.seelman@lewisbrisbois.com | Ann.macdonald@afslaw.com |
| Thomas L. Dyer | Barry Hyman |
| thomas.dyer@lewisbrisbois.com | Barry.hyman@afslaw.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ARENTFOX SCHIFF LLP |
| 1700 Lincoln Street, Suite 4000 | 233 South Wacker Drive, Suite 7100 |
| Denver, CO 80203 | Chicago, IL 60606 |
| Telephone: (720) 292-2002 | Telephone: (312) 258-5500 |
| *Counsel for Defendant Cortland Management, LLC* | *Counsel for Defendant CWS Apartment Homes, LLC* |

/s/ Edwin Buffmire
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
Michael J. Murtha
mmurtha@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kevin@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

Samuel P. Funk (TN Bar # 019777)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
(615) 292-9335 – Phone
(615) 649-8565 – Fax
sfunk@simsfunk.com

*Counsel for Defendant Allied Orion Group, LLC*

/s/ Carl W. Hittinger
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Matt Schock
mschock@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236-5403
Telephone: (202) 861-1529

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*


/s/ Cliff A. Wade
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ Michael D. Bonanno

Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Leo D. Caseria

Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Eliot Turner

Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

| | |
|---|---|
| */s/ Gregory J. Casas* | */s/ John J. Sullivan* |
| Gregory J. Casas (admitted *pro hac vice*) | John J. Sullivan (admitted *pro hac vice*) |
| casasg@gtlaw.com | jsullivan@cozen.com |
| Emily W. Collins (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Emily.Collins@gtlaw.com | 3 WTC, 175 Greenwich St., 55th Floor |
| GREENBERG TRAURIG, LLP | New York, NY 10007 |
| 300 West 6th Street, Suite 2050 | Telephone: (212) 453-3729 |
| Austin, TX 78701-4052 | |
| Telephone: (512) 320-7200 | Thomas Ingalls (admitted *pro hac vice*) |
| | tingalls@cozen.com |
| Robert J. Herrington (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Robert.Herrington@gtlaw.com | 1200 19th St. NW, Suite 300 |
| GREENBERG TRAURIG, LLP | Washington, DC 20036 |
| 1840 Century Park East, Suite 1900 | Telephone: (202) 471-3411 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 586-7700 | Robert S. Clark (admitted *pro hac vice*) |
| | robertclark@cozen.com |
| Becky L. Caruso (admitted *pro hac vice*) | COZEN O'CONNOR P.C. |
| Becky.Caruso@gtlaw.com | 1650 Market Street, Suite 2800 |
| GREENBERG TRAURIG, LLP | Philadelphia, PA 19103 |
| 500 Campus Drive, Suite 400 | Telephone: (215) 665-2041 |
| Florham Park, NJ 07932 | |
| Telephone: (973) 443-3252 | Nathan J. Larkin (admitted *pro hac vice*) |
| | nlarkin@cozen.com |
| */s/ Ryan T. Holt* | COZEN O'CONNOR P.C. |
| Ryan T. Holt (No. 30191) | 1650 Market Street, Suite 2800 |
| rholt@srvhlaw.com | Philadelphia, PA 19103 |
| Mark Alexander Carver (No. 36754) | Telephone: (215) 366-4463 |
| acarver@srvhlaw.com | |
| SHERRARD ROE VOIGT & HARBISON, PLC | *Counsel for Defendants Independence Realty Trust, Inc. and Sherman Associates, Inc.* |
| 150 Third Avenue South, Suite 1100 | |
| Nashville, Tennessee 37201 | |
| Tel. (615) 742-4200 | |
| | |
| *Counsel for Defendant Lincoln Property Company* | |

| /s/ Michael W. Scarborough | /s/ Karen Hoffman Lent |
|---|---|
| Michael W. Scarborough (admitted *pro hac vice*) | Karen Hoffman Lent (admitted *pro hac vice*) |
| mscarborough@velaw.com | karen.lent@skadden.com |
| Dylan I. Ballard (admitted *pro hac vice*) | Boris Bershteyn (admitted *pro hac vice*) |
| dballard@velaw.com | boris.bershteyn@skadden.com |
| VINSON & ELKINS LLP | Evan Kreiner (admitted *pro hac vice*) |
| 555 Mission Street, Suite 2000 | evan.kreiner@skadden.com |
| San Francisco, CA 94105 | Sam Auld (admitted *pro hac vice*) |
| Telephone: (415) 979-6900 | sam.auld@skadden.com |
| | Adam Kochman (admitted pro hac vice) |
| | adam.kochman@skadden.com |
| *Counsel for Defendant Lantower Luxury Living, LLC* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | One Manhattan West |
| | New York, NY 10001 |
| | Telephone: (212) 735-3000 |
| | |
| | Joshua C. Cumby (BPR No. 37949) |
| | joshua.cumby@arlaw.com |
| | F. Laurens Brock (BPR No. 17666) |
| | larry.brock@arlaw.com |
| | Rocklan W. King, III (BPR No. 30643) |
| | rocky.king@arlaw.com |
| | ADAMS AND REESE LLP |
| | 1600 West End Avenue, Suite 1400 |
| | Nashville, Tennessee 37203 |
| | Telephone: (615) 259-1450 |
| | |
| | *Counsel for Defendant Greystar Management Services, LLC* |

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Jeffrey C. Bank
Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

Rachael Racine
rracine@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7766

*Counsel for Defendant Morgan Properties Management Company, LLC*

/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant First Communities Management, Inc. and Rose Associates*

/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties Residential, LLC*

/s/ David A. Walton
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Georgia K. Winston
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030

Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan (admitted *pro hac vice*)
jcashdan@kslaw.com
Emily S. Newton (admitted *pro hac vice*)
enewton@kslaw.com
Lohr A. Beck (admitted *pro hac vice*)
lohr.beck@kslaw.com
Carley H. Thompson (admitted *pro hac vice*)
chthompson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Counsel for Defendant ECI Management, LLC*


/s/ *Judith A. Zahid*
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

/s/ *Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Michael McCambridge
mmcambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

| | |
|---|---|
| */s/ Evan Fray-Witzer* <br> Evan Fray-Witzer <br> Evan@CFWLegal.com <br> CIAMPA FRAY-WITZER, LLP <br> 20 Park Plaza, Suite 505 <br> Boston, MA 02116 <br> Telephone: 617-426-0000 <br><br> *Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.* | */s/ Mark McKane, P.C.* <br> Mark McKane, P.C. (*pro hac vice*) <br> mark.mckane @kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104 <br> Telephone: (415) 439-1400 <br><br> *Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.* |
| */s/ Edwin Buffmire* <br> Edwin Buffmire <br> ebuffmire@jw.com <br> Michael Moran <br><br> Michael J. Murtha <br> mmurtha@jw.com <br> JACKSON WALKER LLP <br> 2323 Ross Ave., Suite 600 <br> Dallas, TX 75201 <br> Telephone: (214) 953-6000 <br><br> Samuel P. Funk (TN Bar # 019777) <br> SIMS\|FUNK, PLC <br> 3102 West End Ave., Suite 1100 <br> Nashville, Tennessee 37203 <br> (615) 292-9335 – Phone <br> (615) 649-8565 – Fax <br> sfunk@simsfunk.com <br><br> *Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP* | */s/ Ferdose al-Taie* <br> Ferdose al-Taie (admitted *pro hac vice*) <br> faltaie@bakerdonelson.com <br> BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. <br> 956 Sherry Lane, 20th Floor <br> Dallas, TX 75225 <br> Telephone: (214) 391-7210 <br><br> Christopher E. Thorsen (BPR # 21049) <br> cthorsen@bakerdonelson.com <br> BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. <br> Baker Donelson Center, Suite 800 <br> 211 Commerce Street <br> Nashville, TN 37201 <br> Telephone: (615) 726-5600 <br><br> *Counsel for Defendant ZRS Management, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David D. Cross*
David D. Cross