**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## ORDER

The Court has reviewed the December 6, 2024 Joint Status Report (Doc. No. 1027) and is pleased that the parties continue to engage in substantive meet and confers to resolve their disputes.

Based on the representations in the Joint Status Report (Doc. No. 1027), the December 13, 2024 status conference is **CANCELLED**. To assist the Court going forward, on or before Monday, **December 16, 2024**, Plaintiffs' leadership shall provide three dates and times that they are available to meet with the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE