UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>3:22-cv-01082<br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00378<br>3:23-cv-00410<br>3:23-cv-00413<br>3:23-cv-00552<br>3:23-cv-00742<br>3:23-cv-00979<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br>**Magistrate Judge Barbara D. Holmes** |

## JOINT MOTION FOR DISCOVERY CONFERENCE

Pursuant to the Court's March 8, 2024 Order relating to the resolution of discovery disputes, ECF No. 854, Defendants Windsor Property Management Company ("Windsor"), UDR, Inc. ("UDR") (collectively the "Moving Defendants"), and Plaintiffs respectfully move this Court to schedule a discovery conference to address an ongoing discovery dispute concerning Moving Defendants' requests for admissions and related interrogatories served on Plaintiffs.

On July 29, 2024, Windsor served its First Set of Requests for Admission and First Set of Interrogatories on all Plaintiffs. On August 28, 2024, Plaintiffs served their objections to Windsor's requests. Plaintiffs "decline[d] to respond" to the RFAs as improper and declined to respond to the interrogatory as a premature contention interrogatory. Those discovery responses are attached hereto as Exhibit C.

On September 12, 2024, UDR served its First Set of Requests for Admission and First Set of Interrogatories on all Plaintiffs. These were substantially similar in form and substance to Windsor's discovery requests. On October 16, 2024, Plaintiffs served their objections to UDR's requests. Plaintiffs "decline[d] to respond" to the RFAs as improper and declined to respond to the interrogatory as a premature contention interrogatory. Those discovery responses are attached hereto as Exhibit D.

The parties have met and conferred extensively over the last several months. These meet-and-confers have included bilateral discussions between counsel for Plaintiffs and Windsor, and bilateral discussions between counsel for Plaintiffs and UDR. Pursuant to the Court's discovery dispute resolution procedures (ECF No. 854), the parties certify that they held an in-person (face-to-face) meet-and-confer on November 20, 2024 in Washington, D.C., in which the following attorneys participated:

- For Plaintiffs: Swathi Bojedla
- For Defendant UDR: David Cross and Andrew Hill
- For Defendant Windsor: Stephen Medlock and Alex Rant

The in-person conferral lasted approximately 30 minutes.

At the in-person conferral, Moving Defendants offered a compromise solution: Moving Defendants would forgo answers to their respective RFAs and interrogatories at issue if Plaintiffs would answer within a few weeks an interrogatory stating the specific factual bases for Plaintiffs' allegations that employees of UDR and Windsor agreed with competing multifamily housing providers to fix rental prices and occupancy rates; Plaintiffs would be free to supplement these responses as appropriate toward the end of fact discovery, per Fed. R. Civ. P. 26(e). On December 5, 2024, Plaintiffs declined Moving Defendants' proposal as requiring premature contention

interrogatory discovery and because Plaintiffs had already offered to respond to contention interrogatories at the appropriate stage in the case.

The parties' positions on disputed issues are set forth in the accompanying Joint Discovery Dispute Statement, attached hereto as Exhibit 1. The parties respectfully request a discovery dispute conference at a date and time convenient for the Court.

Respectfully submitted,

Dated: December 11, 2024

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Mary Kaiser (admitted *pro hac vice*)
mkaiser@goodwinlaw.com
Goodwin Procter LLP
1900 N St. NW
Washington, DC 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Ben Campbell (admitted *pro hac vice*)
benjamincampbell@goodwinlaw.com
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

Joshua L. Burgener
jburgener@dicksinsonwright.com
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

*/s/ Stephen M. Medlock*
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com

Michael McCambridge (admitted *pro hac vice*)
mmccambridge@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

*Counsel for Defendant Windsor Property Management Company*

|  |  |
|---|---|
| Dated: December 11, 2024 | */s/ Tricia R. Herzfeld* |
|  | Tricia R. Herzfeld (#26014) |
|  | Anthony A. Orlandi (#33988) |
|  | **HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC** |
|  | 223 Rosa L. Parks Avenue, Suite 300 |
|  | Nashville, TN 37203 |
|  | Telephone: (615) 800-6225 |
|  | tricia@hsglawgroup.com |
|  | tony@hsglawgroup.com |

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

4

600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Matthew J. Perez
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
matt.perez@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
Navy A. Thompson
J. Austin Hurt
Caitlin E. Keiper
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
nthompson@robinskaplan.com

ahurt@robinskaplan.com
ckeiper@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
Samual Maida
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com
smaida@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
Jules A. Ross
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com
jross@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
Robert J. Neary
**KOZYAK TROPIN & THROCKMORTON LLP**

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Walter W. Noss
Yifan (Kate) Lv
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Facsimile (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Labeat Rrahmani
**KOREIN TILLERY P.C.**
205 N. Michigan Ave., Ste 1950
Chicago, IL 60601
Telephone: (312) 641-9750
lrrahmani@koreintillery.com

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera

7

2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com
rn@kttlaw.com

Alexander Sweatman
Nyran Rose Rasche
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com
nrasche@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 11, 2024, I served a true and exact copy of the foregoing upon all counsel of record via the Court's CM/ECF e-mail notification system and by email.

Dated: December 11, 2024         */s/ David D. Cross*
                   David D. Cross