UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly withdraw my appearance on behalf of Defendant Equity Residential in the above-captioned matter. The Defendant will continue to be represented by attorneys Carl W. Hittinger, Alyse F. Stach and Tyson Y. Herrold of Baker & Hostetler as well as the law firm of Spencer Fane LLP.

DATED: December 13, 2024        Respectfully submitted,

                                    */s/ Jeffry W. Duffy*
                                    Jeffry W. Duffy
                                    jduffy@bakerlaw.com

                                    */s/ Carl W. Hittinger*
                                    Carl W. Hittinger
                                    chittinger@bakerlaw.com

**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100


Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal of Appearance was served on all counsel of record on this date via the Court's Case Management/ Electronic Case Filing system.

Dated: December 13, 2024 /s/ *Carl W. Hittinger*
Carl W. Hittinger