# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to: 1:23-cv-03813 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 83.01(g), Carley H. Thompson hereby gives notice of her withdrawal as counsel of record for Defendant ECI Management, LLC ("ECI"), and in support thereof, said attorney states that she is leaving her employment with King & Spalding LLP on December 18, 2024, and ECI will continue to be represented by King & Spalding LLP.

Respectfully submitted this 17th day of December 2024.

*/s/ Carley H. Thompson*
Carley H. Thompson
Georgia Bar No. 208463
**KING & SPALDING LLP**
1180 Peachtree St.
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile (404) 572-5100
chthompson@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2024, I electronically filed the within and foregoing with the Clerk using the CM/ECF system, which will automatically send e-mail notification of such filing and a copy of same to all attorneys of record.

*/s/ Carley H. Thompson*
Carley H. Thompson