UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

# DEFENDANT RPM LIVING, LLC AND DEFENDANT THE RELATED COMPANIES, L.P. AND RELATED MANAGEMENT COMPANY L.P.S' UNOPPOSED MOTION FOR LEAVE FILE A MOTION MODIFYING THE CASE MANAGEMENT ORDER

Plaintiffs and Defendants RPM Living, LLC ("RPM") and the Related Companies, L.P. and Related Management Company L.P. ("Related") jointly submit this Motion for Leave to File a Motion Modifying the Case Management Morder less than seven days in advance of the earliest impacted deadline. This Motion is filed on behalf of RPM and Related only. The current deadline to produce structured data is set for December 20, 2024.

In a separate motion attached here, RPM and Related request that the Court extend the deadline to produce structured data until Wednesday, January 15, 2025 – twenty-six days. Plaintiffs are unopposed to this request. Because of unforeseen circumstances only recently discovered by Defendants RPM and Related, RPM and Related will not meet the December 20, 2024 deadline and must seek leave to request an extension of the deadlines less than seven days before December 20, 2024.

1

## GROUNDS FOR MOTION

1. In Defendant RPM and Related's Motion to Extend the Structured Data Production Deadline filed contemporaneously with this motion, RPM and Related request an extension of the December 20, 2024 deadline under the Court's Case Management Order ("CMO") and Docket Entry 1005 modifying the original CMO.

2. The CMO originally ordered production of structured data on October 25, 2024. (Dkt. 818.) The Court entered an order extending the October 25, 2024 structured data production deadline to December 20, 2024. (*See* Dkt. 1005.) The CMO states that "[a]ny motion to modify the case management order or any case management deadline shall be filed at least seven days in advance of the earliest impacted deadline." (Dkt. 818.)

3. Defendants RPM and Related did not know full compliance with the CMO's structured data production deadline was not possible until recently. Defendants RPM and Related made every effort to fully comply with the December 20, 2024 deadline. Less than seven days before December 20, 2024, Defendants RPM and Related officially confirmed they will only be able to partially to comply with the current December 20, 2024 deadline. Therefore, Defendants RPM and Related seek leave to file a motion that, if granted, would modify the CMO less than seven days before the current December 20, 2024 deadline. Plaintiffs are unopposed RPM's and Related's request.

4. As discussed in Defendant RPM and Related's Motion to Extend the Structured Data Production Deadline, the Court has good cause to extend the December

2

20, 2024 deadline. Despite RPM and Related's diligent efforts, they will not be able to meet the December 20, 2024 deadline. Likewise, the Court has good cause to grant this related Motion for Leave so that the Plaintiffs can receive the complete discovery of structured data under a modified CMO.

5. As noted in Defendant RPM and Related's Motion to Extend the Structured Data Production Deadline, Defendants will produce the lion share of the structured data on the December 20, 2024 deadline and any extension of the CMO deadline will allow Defendants to produce the balance structured data not capable of being produced on or before December 20, 2024.

## CONCLUSION

For the foregoing reasons Defendants RPM Living, LLC and the Related Companies, L.P. and Related Management Company L.P. respectfully request that the Court grant them leave to file a motion modifying the Court's case management deadline less than seven days in advance of the current December 20, 2024 deadline.

3

Dated: December 19, 2024

Respectfully submitted,

By: /s/ Troy L. Hales
David A. Walton
Texas Bar No. 24042120
dwalton@bellnunnally.com
Troy L. Hales
Texas Bar No. 24099011
thales@bellnunnally.com
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel. (214) 740-1445
Fax (214) 740-5745

*Counsel for Defendant RPM Living, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *DEFENDANTS RPM LIVING, LLC, THE RELATED COMPANIES, L.P., AND RELATED MANAGEMENT COMPANY L.P.S' UNOPPOSED MOTION TO EXTEND THE STRUCTURED DATA PRODUCTION DEADLINE* was served electronically on the plaintiffs' counsel of record by the listserv (RealPageCoCounsel@scott-scott.com) on December 19, 2024.

By: /s/ Troy L. Hales
Troy L. Hales