UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | No. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

## DEFENDANT KNIGHTVEST RESIDENTIAL UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO MODIFY CASE MANAGEMENT ORDER

Defendant Knightvest Residential ("Knightvest") submits this Unopposed Motion for Leave to File Motion to Modify Case Management Order less than seven days in advance of the deadline. This Motion is filed on behalf of Knightvest only. The current deadline to produce structured data is December 20, 2024.

Knightvest requests that the Court extend Knightvest's deadline to produce structured data to January 15, 2025, in a separate, simultaneously filed motion. Plaintiffs are unopposed to this request. Knightvest seeks to extend this deadline due to ongoing settlement discussions with the plaintiff class.

### GROUNDS FOR MOTION

1. In Knightvest's simultaneously filed Unopposed Motion to Extend the Structured Data Production Deadline, Knightvest requests an extension of the Court's Case Management Order ("CMO") and subsequent docket entry (Dkt. 1005) modifying the CMO's deadline of December 20, 2024.

2. The CMO states that "[a]ny motion to modify the case management order

or any case management deadline shall be filed at least seven days in advance of the earliest impacted deadline." (Dkt. 818.)

3.     Knightvest is currently in settlement negotiations with the plaintiff class. Settlement discussions are progressing and extending the deadline will preserve resources for all parties while maintaining the focus on achieving a potential resolution.

4.     Therefore, Defendant Knightvest seeks leave to file a motion that, if granted, would modify the CMO less than seven days before the current December 20, 2024, deadline.  Plaintiffs are unopposed to Knightvest's request.

## CONCLUSION

For the foregoing reasons, Knightvest respectfully requests that the Court grant them leave to file a motion modifying the Court's case management deadline less than seven days in advance of the current December 20, 2024, deadline.

Dated: December 20, 2024

Respectfully submitted,

 /s/ Cliff A. Wade
Cliff A. Wade
Texas Bar I.D. 24013699
*cliff.wade@bakerlopez.com*

Chelsea L. Futrell
Texas Bar I.D. 24116400
*chelsea.futrell@bakerlopez.com*

Baker Lopez
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
(469) 206-9384

ATTORNEYS FOR KNIGHTVEST

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *DEFENDANT KNIGHTVEST'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO MODIFY CASE MANAGEMENT ORDER* was served electronically on the plaintiffs' counsel of record by the listserv (*RealPageCoCounsel@scott-scott.com*) on December 20, 2024.

*/s/ Chelsea L. Futrell*
Chelsea L. Futrell