UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071 MDL No. 3071 THIS DOCUMENT RELATES TO: ALL CASES |

## ORDER

The Court will conduct status conferences at 1:00 p.m. Central Standard Time, on the following dates:

**February 14, 2025**
**March 14, 2025**
**April 11, 2025 May**
**9, 2025 June 13,**
**2025 July 11, 2025**
**August 8, 2025**
**September 12, 2025**
**October 10, 2025**
**November 14, 2025**
**December 12, 2025**

In preparation for each status conference, the will submit a Joint Status Report **seven days** before each status conference utilizing the Court approved Joint Status Report Form. The Court may elect to conduct the status conference telephonically. If there are no agenda items for a status conference, the Court may cancel the status conference.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1