UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

# ORDER

Before the Court is Defendant Knightvest Residential's Unopposed Motion for Leave to File a Motion Modifying the Case Management Order (Doc. No. 1036) and Motion to Extend the Structured Data Production Deadline (Doc. No. 1037). The Motions are **GRANTED.**

Defendant Knightvest Residential's deadline to produce structured data is **January 15, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE