UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

## ORDER

Before the Court is Defendant First Communities Management, Inc.'s Unopposed Motion for Leave to File a Motion Modifying the Case Management Order (Doc. No. 1040) and Motion to Extend the Structured Data Production Deadline (Doc. No. 1039). The Motions are **GRANTED**.

Defendant First Communities Management, Inc.'s deadline to produce structured data is **January 15, 2025.**

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE