UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>This Document Relates to:<br><br>All Cases |
|---|---|

## ORDER

Before the Court is Defendant CWS Apartment Homes LLC's Unopposed Motion to Extend the Structured Data Production Deadline (Doc. No. 1041). The Motion is **GRANTED**.

Defendant CWS Apartment Homes LLC's deadline to produce structured data is **January 15, 2025**.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE