UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071 ) MDL No. 3071 ) ) THIS DOCUMENT RELATES TO: ) ALL CASES ) |

## ORDER

The Court is advised that not all Defendants are participating in settlement discussions with Former Judge Layn Phillips, who submits a monthly report directly to the Court. Those Defendants who are not working with Judge Phillips should file a monthly report on their settlement efforts.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE