UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) ALL CASES<br>) |

## ORDER

The Court's Order (Doc. No. 1118) is VACATED.

Plaintiffs shall file a response to Defendant Knightvest Residential's Motion for Leave to File Motion Modifying Custodial Document Production Deadline (Doc. No. 1113) on or before **April 8, 2025.**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE