Motion (1151) is **GRANTED** and Gregory S. Asciolla and Veronica Bosco shall be removed from the service list of 3:23-md-3071.

*[signature: Waverly D. Crenshaw, Jr.]*

US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:23-md-03071-WDC<br>MDL 3071 |

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Pursuant to the Local Rules of Court, LR 83.01(g), counsel for Plaintiffs Christopher Bohn, Cameron Pond, and Destinee Sanders respectfully move this Court to permit Gregory S. Asciolla of DICELLO LEVITT LLP and Veronica M. Bosco to withdraw as attorneys for plaintiffs in the above-captioned matter. Attorneys Asciolla and Bosco should be removed from any applicable service list. As set forth below, there is good cause for this Motion:

1. Attorneys Gregory S. Asciolla and Veronica M. Bosco were previously counsel of record for Plaintiffs Christopher Bohn, Cameron Pond, and Destinee Sanders.

2. On July 13, 2023, the Court GRANTED Plaintiffs Christopher Bohn, Cameron Pond, and Destinee Sanders' Motion of voluntary dismissal in the case captioned *Bohn, et al. v. RealPage, Inc., et al., Case No. 3:23-cv-00336* (Doc. No. 126/MDL Doc. No. 358).

3. As a result of said dismissal, attorneys Gregory S. Asciolla and Veronica M. Bosco are no longer representing any parties in this action.

4. Accordingly, attorneys Gregory S. Asciolla and Veronica M. Bosco respectfully request