UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) 3:23-cv-00410<br>)<br>) |

### ORDER

On June 16, 2025, the parties filed a Joint Stipulation of Dismissal Without Prejudice of Selena Vincin and Withdrawal of Prior Notice of Voluntary Dismissal. (Doc. No. 508). In accordance with the Joint Stipulation of Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Vincin's claims against all defendants in Case No. 3:23-cv-00410 are **DISMISSED WITHOUT PREJUDICE**.

The parties further advise that "all remaining claims in Vincin's individual case (3:23-cv-00410) are dismissed as to all Defendants without prejudice and that case can be closed." (Doc. No. 508). The Court agrees, and the Clerk **SHALL** close the file in Case No. 3:23-cv-00410. Pursuant to Rule 10.1 of the Judicial Panel on Multidistrict Litigation ("JPML") Rules of Procedure, the Clerk shall transmit a copy of this Order to the Clerk of the JPML.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE