**Appendix A to August 2025 Joint Status Report**

| Defendant | Production as of 9/6 | Add'l Production as of 10/4[1] | 11/1 | 12/6 | 1/3/25 | 2/7 | 3/7 | 4/4 | 5/2 | 6/6 | 7/3 | 8/1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIR Communities | *[2] | *75 | * | * | * | * | * | * | * | * | * | * |
| Allied Orion | 448 | | | * | * | * | * | * | * | * | * | * |
| Apartment Management Consultants | 81 | 92 | | | | | | | | | | |
| Avenue5 | * | * | * | * | * | * | * | * | * | 45,448* | * | * |
| Bell Partners | 17[3] | 21 | | | | 1,130 | 342 | 317,063 | | 10 | * | * |
| BH Management | 264 | | 1[4] | | | 128 | 174,904 | 238,312 | 7 | 2 | | * |
| Bozzuto Management | 370[5] | 26,583 | | * | * | * | * | * | 27,995* | 5* | 1* | * |
| Brookfield | 10 | | | | | 311* | * | * | * | * | * | * |
| Camden Property Trust | 56,778 | 9 | | 5,276 | 49,430 | 26,514 | 7 | 5,834 | 47,101 | | | |
| CH Carter-Haston | 4 | | 1 | | | | 15 | * | * | * | * | * |

---

[1] Going forward, any new footnotes (*i.e.*, those addressing information in the current joint status report) will be in bold.
[2] An * denotes Defendants with whom Plaintiffs have reached settlements in principle.
[3] Bell Partners is producing its only government production, a CID response to the Washington DC AG, prior to the September 13, 2024, status conference.
[4] The number of documents represented as produced by BH Management in the November 2024 JSR included an overlay of previously-produced documents, so the number of documents produced for that time period has been reduced in the March 2025 JSR to eliminate duplicates of previously-produced documents.
[5] By the September 13, 2024 status conference, Bozzuto will have produced nearly 20,000 documents to Plaintiffs.

**Appendix A to August 2025 Joint Status Report**

| Defendant | Production as of 9/6 | Add'l Production as of 10/4[1] | 11/1 | 12/6 | 1/3/25 | 2/7 | 3/7 | 4/4 | 5/2 | 6/6 | 7/3 | 8/1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ConAm | 11 | 27[6] | | * | * | * | * | * | * | * | * | * |
| Cortland | 135,709 | | 1 | | | | 21,074 | 1,610,515 | | | | |
| CWS | 44 | 3 | 691 | 630 | | * | * | * | * | * | * | * |
| ECI Management, LLC | 59 | 38 | | 1,066 | | 26,416 | 41,632 | 65,919 | 3 | | | * |
| Equity Residential | 4,887 | 1 | | | 80,995 | 2,673 | 3,036 | 76,619 | 13,285 | | | 2 |
| Essex | 238[7] | | 49,701 | | 50,160 | 329,424 | | 134,511 | | | | |
| First Communities | 15,116 | 9 | | | | | | * | * | * | * | * |
| FPI Management | 11* | * | * | * | * | * | * | * | * | * | * | * |
| Greystar | 11[8] | 686,286 | | | 22,364 | 41,406 | 71,392 | 208,764 | | | | |
| Highmark Residential | 11,207 | 126,789 | | | 357 | | 106,275 | 156,940 | | 798 | | |
| IRT | 17 | | | 1,538 | | 570 | 68,865 | 86,130 | 262 | 47 | | **660** |
| Kairoi | 24 | | | 129 | 117 | | | 204,410 | | | | * |
| Knightvest | 12 | | | | | | | 151,604 | 222,853* | * | * | * |

---

[6] This entry and the total production number as of October 4, 2024 have been updated to account for an overlooked document from ConAm's earlier productions.

[7] Essex's production numbers for September and October 2024 have been amended to account for discrepancies resolved by the parties. The total production numbers for those months have been updated accordingly.

[8] By the September 13, 2024, status conference, Greystar will have produced over 127,000 documents to Plaintiffs, and intends to make an even larger production before the October 12, 2024, status conference.

| Defendant | Production as of 9/6 | Add'l Production as of 10/4[1] | 11/1 | 12/6 | 1/3/25 | 2/7 | 3/7 | 4/4 | 5/2 | 6/6 | 7/3 | 8/1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lantower | 18 | | | 32* | * | * | * | * | * | * | * | * |
| Lincoln Property Co. (Willow Bridge) | 33,027 | 117,933 | 96,280 | 25,765 | 1,315 | 6,295 | 9,727 | **66,555** | 179,605 | **410**[9] | | |
| MAA | 6[10] | 38,237 | | 3,917 | 14 | 14,773 | 110,219 | 150,680 | 127 | | | |
| Mission Rock | 385 | | | * | * | * | * | * | * | * | * | * |
| Morgan Properties | 229 | | | 187 | 8,035 | 54,220 | 336,703 | 295,858 | | | | |
| Pinnacle | * | * | * | * | * | * | * | * | * | * | * | * |
| Prometheus | 11 | 10 | | | | 11,891* | * | * | * | * | * | * |
| RealPage | 821,386 | 6,315 | | | | 599,300 | | 293,684 | | 1,387 | | |
| Rose Assocs | 39[11] | 14 | 18 | | 25 | 10,715 | 17,702 | 133,734 | | | | |
| RPM | 43,662 | 17,061 | 23,206 | 15,168 | 8,341 | 35,931 | 21,674 | 27,049 | 688,372 | 5,878 | | |
| Sares Regis | 256 | 1 | | | 4 | 8 | 956 | | 63,496 | 316,950 | 467,932 | |
| Security Properties | 81,698 | | | | | * | * | * | * | * | * | * |
| Sherman | 129 | | | 604 | | | | * | * | * | * | * |

---

[9] Willow Bridge's production numbers for April and June 2025 have been amended to account for discrepancies resolved by the parties. The total production numbers for those months have been updated accordingly.

[10] MAA intends to make a production of over 30,000 documents as early as today (September 6, 2024), and a second sizable production next week.

[11] Rose has produced 39 documents (1,923 pages of documents), but Plaintiffs contend Rose's productions do not comply with the ESI order and therefore refer to this production as "2" documents here. The parties are working on resolving this issue. The parties have resolved this issue, as indicated in the chart above.

| Defendant | Production as of 9/6 | Add'l Production as of 10/4[1] | 11/1 | 12/6 | 1/3/25 | 2/7 | 3/7 | 4/4 | 5/2 | 6/6 | 7/3 | 8/1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simpson | 22 | | 1,611 | | | | | * | * | * | * | * |
| Thoma Bravo | 1,080 | 500 | 1,572 | 337 | 321 | 283 | 1,099 | 2,488 | | | | |
| The Related Cos | 5 | 110 | 6 | 2 | | 35 | 13 | 48,217 | | | | |
| Thrive Communities | 17[12] | | 8 | | 117 | * | * | * | * | * | 345,882* | * |
| Trammell Crow and Crow Holdings | 331 | | | 18,392 | | | 52,356 | 218,107[13] | | 99 | | |
| UDR | 1,050 | 101,348 | 116,865 | 63,551 | 97,629 | 42,432 | 371,241 | | 165,573 | | | |
| Windsor | 225,530 | | | | | | | | 35,543 | | | * |
| Winn | 132 | 509 | | * | * | * | * | * | * | * | * | * |
| ZRS | 149 | | | | 152,658 | | | 758,040 | | | 101 | |
| **TOTAL:** | **1,434,480[14]** | **1,121,971** | **289,961** | **136,594** | **471,882** | **1,204,455** | **1,409,232** | **5,251,033** | **1,444,222** | **371,034** | **813,916** | **662** |

---

[12] Thrive intends to supplement its document production prior to the September 13, 2024, status conference with a sizable production.

[13] The number of documents in this row and the respective totals include documents produced by Maple Multifamily Development, LLC.

[14] Defendants CONTI and Dayrise have been removed from this list as a result of their inactive status in this litigation. The total for the September 2024 Joint Status Report has been updated to reflect the omission of the 27 documents produced by Dayrise.