> Motion (1179) is **DENIED WITHOUT PREJUDICE** for lack of good cause.
>
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE CASE MANAGEMENT ORDER

Plaintiffs request a modest adjustment to the pretrial schedule (without impacting the trial date) to have an extra three months to complete fact discovery and prepare expert reports. This modification is unopposed by Defendants.

Plaintiffs seek a schedule modification to accommodate an extended timeline for production of structured data and voluminous production of documents towards the end of the document production period. Plaintiffs previewed the potential necessity of a schedule modification in the February, March, April, and May joint status reports (Dkts. 1070 at 30, 1089 at 33, 1126 at 36, & 1140 at 39), but waited to propose a specific extension until the scope of the need was clearer.

Consistent with the Court's discovery dispute resolution procedures (Dkt. 854), Plaintiffs exchanged several proposals with Defendants and met and conferred on multiple occasions, including an in-person meet and confer in Washington, DC on July 2, 2025. The parties engaged productively in meet and confer discussions to avoid disputed motion practice. Plaintiffs provided updates on these discussions in the June and July joint status reports. Dkts. 1158 at 65 & 1172 at 67-68. Plaintiffs request that the Court enter the proposed schedule at Appendix A. This Motion is unopposed by Defendants.

1