# EXHIBIT A

| | Defendant | Settlement Amount | Data/Document Production | Proffer | Deposition(s) | Evidentiary Assistance (if Necessary) | Trial Witnesses | Other Cooperation |
|---|---|---|---|---|---|---|---|---|
| 1 | Allied | $ 550,000 | Both | Yes, upon reasonable request | None | Authentication by declarations or affidavits or depositions | None | |
| 2 | AIR | $ 3,500,000 | Both | Yes | One 30(b)(6) up to 5 hrs. | Authentication by declarations or affidavits or depositions up to 3 hrs | None | |
| 3 | Avenue5 | $ 3,800,000 | Both | No | One 30(b)(6) up to 7 hrs. One 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Reasonable requests for additional relevant information |
| 4 | Bell Partners | $ 6,000,000 | Documents | No | One 30(b)(6) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Reasonable requests for additional relevant information |
| 5 | BH Mgmt. | $ 15,000,000 | Documents | Yes | One 30(b)(6) up to 10 hrs. Two 30(b)(1) up to 7 hrs each. | Authentication by declarations or affidavits or depositions | One | 5 interrogatories; informal conferences re data production; reasonable requests for additional relevant information |
| 6 | Bozzuto Mgmt. | $ 4,000,000 | Documents | No | One 30(b)(6) up to 7 hrs. One 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | None | 3 interrogatories; informal conferences re data production; reasonable requests for additional relevant information |
| 7 | Brookfield | $ 5,250,000 | Documents | No | One 30(b)(6) up to 7 hrs. One 30(b)(1) up to 7 hrs. | Authentication Declarations or Affidavits | None | Reasonable requests for additional relevant information |
| 8 | CH | $ 2,250,000 | Documents | No | One 30(b)(6) or one 30(b)(1) up to 4 hrs. | Authentication Declarations or Affidavits. To the extent declarations or affidavits are not sufficient, the parties shall meet and confer in good faith to determine alternative method of authentication | None | Reasonable requests for additional relevant information |
| 9 | CONAM | $ 4,500,000 | Both | No | One 30(b)(6) up to 7 hrs. Two 30(b)(1) up to 10 hrs. | Authentication by declarations or affidavits or depositions | None | Reasonable requests for additional relevant information |
| 10 | CWS | $ 4,000,000 | Both | No | One 30(b)(6) up to 10 hrs. | Authentication by declarations or affidavits or affidavit | None | |

| | Defendant | Settlement Amount | Data/Document Production | Proffer | Deposition(s) | Evidentiary Assistance (if Necessary) | Trial Witnesses | Other Cooperation |
|---|---|---|---|---|---|---|---|---|
| 11 | ECI | $ 3,500,000 | Documents | No | One 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Informal conferences re data production |
| 12 | FCM | $ 1,500,000 | Documents if necessary | No | One 30(b)(6) up to 7 hrs. | Authentication by declarations or affidavits or depositions | None | Informal conferences re data production |
| 13 | FPI | $ 4,000,000 | Both | Yes | One 30(b)(6) up to 10 hrs. Two 30(b)(1) up to 7 hrs. each. | Authentication by declarations or affidavits or depositions | None | Informal conferences re data production; 5 interrogatories; reasonable requests for additional relevant information |
| 14 | Greystar | $ 50,000,000 | Both to the extent not already produced | No | One 30(b)(6) up to 5 hrs to the extent a topic(s) was not covered or a witness was not sufficiently prepared to testify in a 30(b)(6) deposition of a related action. Five 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | Three | Reasonable requests for additional relevant information; informal conferences re data production |
| 15 | Kairoi | $ 1,300,000 | Both | No | One 30(b)(6) or one 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Reasonable requests for additional relevant information; informal conferences re data production |
| 16 | Knightvest | $ 1,500,000 | Documents | No | One 30(b)(6) or 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Informal conferences re data production; reasonable requests for additional relevant information |
| 17 | Lantower | $ 4,750,000 | Data | No | None | Authentication by declarations or affidavits or depositions | None | |
| 18 | Mission Rock | $ 2,000,000 | Both | No | None | Authentication by declarations or affidavits or depositions | None | 5 interrogatories; ; reasonable requests for additional relevant information |
| 19 | Pinnacle | $ 3,500,000 | Both | Yes | One 30(b)(6). One 30(b)(1). | None | None | Additional cooperation subject to meet and confer |
| 20 | Prometheus | $ 1,500,000 | Both | No | One 30(b)(6) and 30(b)(1) up to 4 hrs. | Authentication by declarations or affidavits or testimony | None | Reasonable requests for additional relevant information |

| | Defendant | Settlement Amount | Data/Document Production | Proffer | Deposition(s) | Evidentiary Assistance (if Necessary) | Trial Witnesses | Other Cooperation |
|---|---|---|---|---|---|---|---|---|
| 21 | Security Properties | $ 2,500,000 | Documents | Yes | One 30(b)(6) up to 10 hrs. Two 30(b)(1) up to 7 hrs. each. | Authentication by declarations or affidavits or depositions | One | 5 interrogatories; reasonable requests for additional relevant information |
| 22 | Sherman | $ 1,500,000 | Data | No | None | Authentication by declarations or affidavits or depositions | None | Informal conferences re data production |
| 23 | Simpson | $ 6,500,000 | Documents | No | One 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Reasonable requests for additional relevant information |
| 24 | Thrive | $ 1,400,000 | Both | Yes | One 30(b)(6) up to 10 hrs. One 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | None | 5 interrogatories |
| 25 | Windsor | $ 6,000,000 | Documents | No | One 30(b)(1) up to 7 hrs. | Authentication by declarations or affidavits or depositions | One | Informal conferences re data production |
| 26 | Winn | $ 1,500,000 | Both | Yes | One 30(b)(6) up to 10 hrs. Two 30(b)(1) up to 7 hrs. each. | Authentication by declarations or affidavits or depositions | One | 5 interrogatories; reasonable requests for additional relevant information |
| | | $ 141,800,000 | | | | | | |