Construing the Request at Doc. No. 1282 as a motion, the motion is GRANTED.

*[Signature: Waverly D. Crenshaw, Jr.]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>ALL CASES |

### SETTLING DEFENDANTS' REQUEST TO RESPOND TO FOUR STATE ATTORNEYS GENERAL STATEMENT OF INTEREST

Settling Defendants respectfully request that they be permitted to file a response to the Attorneys Generals for the District of Columbia, Maryland, New Jersey and Kentucky Statement of Interest Regarding Preliminary Approval of Proposed Settlements by October 31, 2025.[1] Settling Defendants believe a response is necessary to correct legal and factual assertions made by those Attorneys General.

---

[1] Settling Defendants are: Apartment Income REIT, LLC, formerly known as Apartment Income REIT Corp.; Allied Orion Group LLC; Avenue5 Residential, LLC; Bell Partners Inc.; BH Management Services, LLC; Bozzuto Management Company; Brookfield Properties Multifamily LLC; CH Real Estate Services, LLC; CONAM Management Corporation; CWS Apartment Homes LLC; ECI Management, LLC; First Communities Management, Inc.; FPI Management, Inc.; Greystar Management Services, LLC; Kairoi Management; Knightvest Residential; Lantower Luxury Living, LLC; Mission Rock Residential, LLC; Pinnacle Property Management Services; Prometheus Real Estate Group, Inc.; Security Properties Residential, LLC; Sherman Associates, Inc.; Simpson Property Group, LLC; Thrive Communities Management LLC; WinnCompanies LLC, and WinnResidential Manager Corp. LLC, and Windsor Property Management Company.