UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

**PLAINTIFFS' MOTION TO FILE RESPONSE TO STATEMENT OF INTEREST FILED BY FOUR STATE ATTORNEYS GENERAL**

On October 1, 2025, Plaintiffs filed a Motion for Preliminary Approval, seeking preliminary approval of class settlements with certain Defendants. (Dkt. 1246.) On October 24, 2025, the Attorneys General for the District of Columbia, Kentucky, Maryland, and New Jersey filed a Statement of Interest Regarding Preliminary Approval of Proposed Settlements (the "Statement of Interest"). (Dkt. 1281.) Per Defendants' request, the Court today granted Defendants until October 31, 2025 to file a Response to the Statement of Interest.

Plaintiffs respectfully seek leave to file a brief by **November 4, 2025**, to respond to the Statement of Interest and (if warranted) any arguments made by the Defendants in their submission.

Dated: October 27, 2025            /s/ Tricia R. Herzfeld

    Tricia R. Herzfeld (#26014)
    Anthony A. Orlandi (#33988)
    **HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
    1920 Adelicia St., Suite 300
    Nashville, TN 37212
    Telephone: (615) 800-6225
    tricia@hsglawgroup.com
    tony@hsglawgroup.com

    *Liaison Counsel*

    Patrick J. Coughlin
    Carmen A. Medici
    Fatima Brizuela
    Isabella De Lisi
    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
    600 West Broadway, Suite 3300
    San Diego, CA 92101
    Telephone: (619) 798-5325
    Facsimile: (619) 233-0508
    pcoughlin@scott-scott.com
    cmedici@scott-scott.com
    fbrizuela@scott-scott.com
    idelisi@scott-scott.com

    Patrick McGahan
    Amanda F. Lawrence
    Michael Srodoski
    G. Dustin Foster
    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
    156 South Main Street
    P.O. Box 192
    Colchester, CT 06145
    Telephone: (860) 537-5537
    Facsimile: (860) 537-4432
    pmcgahan@scott-scott.com
    alawrence@scott-scott.com
    msrodoski@scott-scott.com
    gfoster@scott-scott.com

    Matthew J. Perez
    Daniel F. Loud
    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
matt.perez@scott-scott.com
dloud@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
J. Austin Hurt
Caitlin E. Keiper
Navy A. Thompson
Julie C. Moroney
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com
nthompson@robinskaplan.com
jmoroney@robinskaplan.com

Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Ste. 2601
New York, NY 10019
Minneapolis, MN 55402
Telephone: (212) 980-7400
lsong@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
Samual Maida
**HAUSFELD LLP**

3

580 California Street, 12th Floor
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com
smaida@hausfeld.com

Katie R. Beran
Mindee Reuben
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com
mreuben@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
Jules A. Ross
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com
jross@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
Robert J. Neary
**KOZYAK TROPIN & THROCKMORTON LLP**

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Yifan (Kate) Lv
Amelia F. Burroughs
**BURKE LAW**
402 W. Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
Facsimile (314) 241-3525
cburke@burke.law
klv@burke.law
afb@burke.law

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
Nyran Rose Rasche
Kaitlin Naughton
Christopher P. Dolotosky
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210

5

| | |
|---|---|
| 2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800<br>bwidlanski@kttlaw.com<br>jal@kttlaw.com<br>rn@kttlaw.com | Chicago, IL 60603<br>Telephone: 312-782-4880<br>Facsimile: 312-782-4485<br>jsprengel@caffertyclobes.com<br>dherrera@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>nrasch@caffertyclobes.com<br>knaughton@caffertyclobes.com<br>cdolotosky@caffertyclobes.com<br><br>*Plaintiffs' Steering Committee Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                      */s/ Tricia R. Herzfeld*
                                                     Tricia R. Herzfeld