UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>ALL CASES<br><br>Judge Waverly D. Crenshaw, Jr. |

### STATE ATTORNEYS GENERAL'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR STATEMENT OF INTEREST AND REQUEST FOR A HEARING

The Attorneys General for the District of Columbia, the Commonwealth of Kentucky ("Kentucky"), Maryland, New Jersey, and Washington (collectively, "State AGs") respectfully move this Court to submit the attached Reply in Support of their Statement of Interest regarding Class Plaintiffs' motion for preliminary approval of proposed settlements (Dkt. 1246). The proposed Reply is attached to this motion.

The State AGs seek leave to file a reply in order to clarify and respond to certain misstatements of law and fact in Overlap Defendants' and MDL Plaintiffs' responses to the Statement of Interest. A reply is especially warranted because those filings raise new and far-reaching arguments—including a request to enjoin all States and territories from prosecuting their own *parens patriae* actions—that could profoundly affect the State AGs' enforcement authority.[1]

---

[1] As explained in the proposed Reply, moreover, the State AGs have had almost no time—less than 24 hours—to review the MDL Plaintiffs' Response before submitting this motion. The State AGs submit this motion today in an effort to convey the views in their proposed Reply before the Court acts on the pending motion for preliminary approval.

1

The proposed Reply will aid the Court by addressing these newly raised issues and correcting at least some of the responses' factual and legal mischaracterizations.

The State AGs also respectfully request that the Court hold a hearing on the proposed settlements prior to granting preliminary approval. The proposed settlements raise serious questions about the scope of the Court's authority and the potential impairment of sovereign enforcement actions across numerous jurisdictions. Given the significance of these issues—and the limited time and opportunity the States have had to respond—a hearing would provide a fair and reasonable opportunity for State Attorneys General to be fully heard before any ruling on preliminary approval.

November 5, 2025

Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8533
john@spragenslaw.com

*Attorney for the District of Columbia*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

Adam Gitlin (D.C. Bar 90004308)
Adam.Gitlin@dc.gov
Mehreen Imtiaz (D.C. Bar 1030205)
Mehreen.Imtiaz@dc.gov

2

Ashley Walters (D.C. Bar 1632195)
Ashley.Walters@dc.gov
Public Advocacy Division
OFFICE OF THE ATTORNEY GENERAL FOR
THE DISTRICT OF COLUMBIA
400 6th St. NW, 10th Floor
Washington, D.C. 20001
(202) 442-9864


ANTHONY G. BROWN
ATTORNEY GENERAL OF MARYLAND

Schonette J. Walker (MD Attorney No. 0522900098)
Assistant Attorney General
Chief, Antitrust Division
Melissa L. English (MD Attorney No. 1512140006)
Deputy Division Chief
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6470
swalker@oag.state.md.us
menglish@oag.state.md.us


MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

Brian F. McDonough (NJ Attorney ID 026121980)
Assistant Attorney General
Brian.McDonough@law.njoag.gov

David Reichenberg (NJ Attorney ID 507282024)
Deputy Attorney General
Section Chief, Antitrust Section
David.Reichenberg@law.njoag.gov

Jesse J. Sierant (NJ Attorney ID 049342013)
Deputy Attorney General
Section Chief, Consumer Fraud Prosecution Section
Jesse.Sierant@law.njoag.gov

Douglas T. Post (NJ Attorney ID 405852022)
Deputy Attorney General
Antitrust Section
Douglas.Post@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-504-6200

Emmy L. Levens
Robert A. Braun
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600
elevens@cohenmilstein.com
rbraun@cohenmilstein.com

Aaron J. Marks
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
amarks@cohenmilstein.com

*Counsel for the District of Columbia, the State of Maryland, and the State of New Jersey*

RUSSELL COLEMAN
Attorney General of Kentucky

JONATHAN E. FARMER *(pro hac vice forthcoming)*
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
(502) 696-5448
Jonathan.Farmer@ky.gov

*Counsel for the Commonwealth of Kentucky*

NICHOLAS W. BROWN

4

ATTORNEY GENERAL OF WASHINGTON

*/s/ Brooke Howlett Lovrovich*
BROOKE HOWLETT LOVROVICH
(Tennessee Bar No. 036832)
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Brooke.Lovrovich@atg.wa.gov

*Counsel for the State of Washington*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.


Dated: November 5, 2025

/s/ *John Spragens*
John Spragens