| "Set 2" Settlements | | | | |
|---|---|---|---|---|
| Set 2 No. | Defendant | Settlement Amount | Cooperation | Trial Witness | Additional Relief |
| 1 | **Camden Property Trust** | $53,000,000 | Documents produced to government regulators, including transcripts from depositions taken in parallel government actions; Authentication by declaration or affidavits or depositions, hearings or trial; and Reasonable requests for additional information relating to Plaintiffs' claims. | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Camden. |
| 2 | **Cortland Management, LLC** | $18,000,000 | Rule 30(b)(6) deposition; Authentication by declaration or affidavits or depositions, hearings or trial; and Reasonable requests for additional relevant information about Plaintiffs' claims in the Action | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Cortland. |
| 3 | **Equity Residential** | $56,000,000 | Authentication and foundation for admissibility by declaration or affidavits or trial; Reasonable requests for additional relevant information about Plaintiffs' claims in the Action | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Equity. |
| 4 | **Highmark Residential, LLC** | $7,500,000 | Documents produced to government regulators, including transcripts from depositions taken in parallel government actions; Authentication by declaration or affidavits or depositions, hearings or trial | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Highmark. |
| 5 | **Lincoln Property Company** | $12,000,000 | Documents produced to government regulators, including transcripts from depositions taken in parallel government actions; Authentication by declaration or affidavits | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Lincoln. |
| 6 | **Mid-America Communities, Inc. & Mid-America Apartments, L.P.** | $53,000,000 | Documents produced to government regulators, including transcripts from depositions taken in parallel government actions; Authentication by declaration or affidavits or depositions, hearings or trial | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to MAA. |
| 7 | **The Related Companies, L.P. & Related Management Company, L.P.** | $5,000,000 | Conduct an attorney proffer; Documents produced to government regulators, including transcripts from depositions taken in parallel government actions; Authentication and foundation for admissibility by declaration or affidavits or trial. | No | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Related. |

| "Set 2" Settlements | | | | | |
|---|---|---|---|---|---|
| Set 2 No. | Defendant | Settlement Amount | Cooperation | Trial Witness | Additional Relief |
| 8 | **Rose Associates, Inc.** | $1,000,000 | Reasonable requests relating to structured data production.<br><br>FRE 803(6) and 902(11) Certification | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Rose. |
| 9 | **RPM** | $7,500,000 | Rule 30(b)(6) deposition;<br><br>Documents produced to government regulators, including transcripts from depositions taken in parallel government actions;<br><br>Authentication by declaration or affidavits or depositions, hearings or trial. | Yes | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to RPM. |
| 10 | **Sares Regis Management Company, L.P.** | $3,000,000 | Documents produced to government regulators in parallel actions;<br><br>Authentication and foundation for admissibility by declaration or affidavits or trial. | No | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Sares Regis. |
| 11 | **Trammell Crow Residential Company & Crow Holdings, LP** | $2,125,000 | Rule 30(b)(6) deposition;<br><br>Documents produced to government regulators, including transcripts from depositions taken in parallel government actions;<br><br>Authentication by declaration or affidavits or depositions, hearings or trial. | No | Agreed to stop (1) providing RealPage with their nonpublic data to be used as an input in RealPage's RMS price recommendations; and (2) to stop using RealPage's RMS that uses competitors' non-public data to inform pricing recommendations issued to Crow. |