# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**3:23-cv-00357**<br>**3:23-cv-00378**<br>**3:23-cv-00413**<br>**3:23-cv-00742** |

## DEFENDANT UDR, INC.'S UNOPPOSED MOTION TO EXCUSE THE APPEARANCE OF DAVID D. CROSS AT THE JUNE 12, 2026 STATUS CONFERENCE

Defendant UDR, Inc. ("UDR") respectfully moves for leave to excuse its counsel, David D. Cross, from appearing at the June 12, 2026 status conference.

On that date, Mr. Cross is scheduled to attend a hearing in another matter that is unable to be rescheduled. Should the status conference go forward, Alexandra Russell, also counsel for UDR, will be available to appear in person in his stead.

UDR has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

1

Dated: June 10, 2026                                Respectfully submitted,

/s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Alexandra Russell (admitted *pro hac vice*)
arussell@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N St. NW
Washington, DC 20036
Telephone: (202) 346-4050

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Benjamin Campbell (admitted *pro hac vice*)
benjamincampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eight Avenue
New York, NY 10018
Telephone: (212) 813-8904


/s/ Joshua L. Burgener
Joshua L. Burgener
jburgener@fbtlaw.com
FROST BROWN TODD LLP
150 3d Ave S., Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5667

*Counsel for Defendant UDR, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 10, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ David D. Cross*
David D. Cross

*Counsel for Defendant UDR, Inc.*

3