**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE REALPAGE, INC. RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL Docket No. 3071 |

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO DEFENDANT LIVCOR, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in *Conway v. RealPage, Inc., et al.,* No. 4:25-cv-04980 (S.D. Tex) hereby voluntarily dismiss, with prejudice, all claims asserted against Defendant LivCor, LLC in this action.

This dismissal applies only to Defendant LivCor, LLC. Plaintiff's claims against all other defendants, if any, remain pending and are not affected by this Notice.

Each party shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties.

Date: July 24, 2026

Respectfully submitted,

**HILLIARD LAW**

By: */s/ Robert C. Hilliard*

Robert C. Hilliard
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Benjamin R. O'Connor*
boconnor@hilliard-law.com
HILLIARD LAW
719 S. Shoreline Blvd.

Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

*Attorneys for Plaintiffs*

**Pro Hac Vice* motions forthcoming