**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-03071**<br>**ALL CASES**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**HEARING REQUESTED** |

**MOTION OF STATE ATTORNEYS GENERAL TO INTERVENE FOR THE LIMITED PURPOSE OF PARTICIPATING IN FINAL APPROVAL PROCEEDINGS**

Pursuant to Federal Rule of Civil Procedure 24, the Attorneys General of the District of Columbia, Kentucky, Maryland, New Jersey, and Washington (collectively, "State AGs") respectfully move to intervene for the limited purpose of participating in final-approval proceedings concerning settlement provisions that purport to affect enforcement rights the States are independently exercising against RealPage and many of the same landlords settling in this Multidistrict Litigation ("MDL"). As explained in the accompanying memorandum of law in support of State AGs' motion, there is good cause to support this motion. State AGs respectfully request a hearing on this motion.

August 21, 2026

Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
(615) 983-8533
john@spragenslaw.com

*Attorney for the District of Columbia*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

Adam Gitlin (D.C. Bar 90004308)
Adam.Gitlin@dc.gov
Mehreen Imtiaz (D.C. Bar 1030205)
Mehreen.Imtiaz@dc.gov
Ashley Walters (D.C. Bar 1632195)
Ashley.Walters@dc.gov
Public Advocacy Division
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
400 6th St. NW, 10th Floor
Washington, D.C. 20001
(202) 442-9864

ANTHONY G. BROWN
ATTORNEY GENERAL OF MARYLAND

Schonette J. Walker (MD Attorney No. 0522900098)
Assistant Attorney General
Chief, Antitrust Division
Melissa L. English (MD Attorney No. 1512140006)
Deputy Division Chief

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6470
swalker@oag.state.md.us
menglish@oag.state.md.us

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

Brian F. McDonough (NJ Attorney ID 026121980)
Assistant Attorney General
Brian.McDonough@law.njoag.gov

David Reichenberg (NJ Attorney ID 507282024)
Deputy Attorney General
Section Chief, Antitrust Section
David.Reichenberg@law.njoag.gov

Jesse J. Sierant (NJ Attorney ID 049342013)
Deputy Attorney General
Section Chief, Consumer Fraud Prosecution Section
Jesse.Sierant@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-504-6200

Emmy L. Levens
Robert A. Braun
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600
elevens@cohenmilstein.com
rbraun@cohenmilstein.com

Aaron J. Marks
COHEN MILSTEIN SELLERS & TOLL LLP
88 Pine Street, 14th Floor

New York, NY 10005
(212) 838-7797
amarks@cohenmilstein.com

*Counsel for the District of Columbia, the State of Maryland, and the State of New Jersey*

RUSSELL COLEMAN
Attorney General of Kentucky

JONATHAN E. FARMER
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
(502) 696-5448
Jonathan.Farmer@ky.gov

*Counsel for the Commonwealth of Kentucky*

NICHOLAS W. BROWN
ATTORNEY GENERAL OF WASHINGTON

*/s/ Brooke Howlett Lovrovich*
BROOKE HOWLETT LOVROVICH
(Tennessee Bar No. 036832)
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Brooke.Lovrovich@atg.wa.gov

*Counsel for the State of Washington*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically filed the foregoing Motion of State Attorneys General to Intervene for the Limited Purpose of Participating in Final Approval Proceedings with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all parties of record.

Dated: August 21, 2026

*/s/ John Spragens*
John Spragens