**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) ) | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** |

# ORDER

An evidentiary hearing is set for **9:00 a.m. on September 1, 2026**, in Courtroom 5D, United States Courthouse, 719 Church Street, Nashville, TN., on the issues presented in the Joint Motion for Dispute Conference by Plaintiffs and Mason & Perry LLP. (Doc. No. 1486). The parties shall file an exhibit and witness list on or before **9:00 a.m. August 31, 2026.** The witness list shall include a one to two sentence statement for each witnesses anticipated testimony. Each party shall deliver an original and one copy of all exhibits to chambers on or before **9:00 a.m. Tuesday, September 1, 2026.**

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE