**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>JURY DEMAND |
| This Document Relates to:<br>ALL CASES | Judge Waverly D. Crenshaw, Jr. |

**MASON & PERRY LLP'S MOTION TO CONTINUE THE SEPTEMBER 1, 2026 EVIDENTIARY HEARING**

Mason & Perry LLP ("M&P") respectfully moves the Court to continue the evidentiary hearing on the Joint Motion for Dispute Conference by Plaintiffs and Mason & Perry LLP (Doc. No. 1486), noticed earlier today for 9:00 a.m., Tuesday, September 1, 2026, in Courtroom 5D (Doc. No. 1504), to Thursday, September 3, or Friday, September 4, 2026, or to such other date as is convenient for the Court.

On August 21, 2026, Plaintiffs and M&P jointly submitted three agreed proposed dates for the evidentiary hearing: September 1, 2, or 3, 2026, with M&P expressing a preference for September 1. (Doc. No. 1496.) On August 28, 2026, the Court set the hearing for 9:00 a.m. on September 1, 2026, and directed the parties to file an exhibit and witness list, and to deliver exhibits to chambers, by 9:00 a.m. on August 31, 2026. (Doc. No. 1504.)

Since the parties' August 21, 2026 submission, trial counsel who was to handle the hearing on M&P's behalf has learned of an irreconcilable scheduling conflict and is unable to appear on September 1, 2026. M&P requires additional time to prepare substitute counsel to handle a hearing of this significance, and the four-day interval between the Court's August 27,

2026 Order and the September 1 hearing date — which also requires exhibit and witness lists by August 31 — does not allow for that. A short continuance to September 3, 2026 — within the range the parties already identified as workable in their August 21, 2026 joint submission — or, if that date is unavailable, to September 4, 2026, will not prejudice any party.

M&P conferred with Plaintiffs' counsel regarding the relief sought in this Motion via email. Plaintiffs take no position on M&P's request to continue the evidentiary hearing.

For the foregoing reasons, M&P respectfully requests that the Court continue the September 1, 2026 evidentiary hearing to Thursday, September 3, 2026, or Friday, September 4, 2026, and correspondingly adjust the associated exhibit and witness list deadlines.

Dated: August 28, 2026

Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
**Mason & Perry, LLP**
5335 Wisconsin Avenue NW, Ste. 640
Washington, D.C. 20015
gmason@masonllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Gary E. Mason*
Gary E. Mason