**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>JURY DEMAND |
| This Document Relates to:<br>ALL CASES | Judge Waverly D. Crenshaw, Jr. |

# MASON & PERRY LLP'S EXHIBIT LIST

Pursuant to the Court's Order of August 27, 2026 (Doc. No. 1504), directing the parties to file exhibit and witness lists by 9:00 a.m. on Monday, August 31, 2026, in advance of the September 1, 2026 evidentiary hearing on the Joint Motion for Dispute Conference by Plaintiffs and Mason & Perry LLP (Doc. No. 1486), Mason & Perry LLP ("M&P") identifies below, by category, exhibit number, and any privilege issues, the exhibits it intends to offer at the hearing.

| Exhibit No. | Description | Privilege Issues |
|---|---|---|
| 1 | Client Solicitation / Marketing Content | |
| 2 | Client Intake Platform Wireframe | Attorney Work Product |
| 3 | Client Intake Flow Screenshots | Attorney Work Product |
| 4 | Client Intake Landing Page | |
| 5 | Client Retainer Agreement | |
| 6 | Client Retainer Agreement | |
| 7 | Client Retainer Agreement | |

| Exhibit No. | Description | Privilege Issues |
|---|---|---|
| 8 | Client Retainer Agreement | |
| 9 | Client Retainer Agreement | |
| 10 | Client Retainer Agreement | |
| 11 | Client Opt-Out Form | |
| 12 | Client Mass Communication (October 8, 2024) | Attorney-Client Communication |
| 13 | Client Mass Communication (January 28, 2025) | Attorney-Client Communication |
| 14 | Client Mass Communication (August 17, 2026) | Attorney-Client Communication |
| 15 | Client Communication Response Templates | Attorney Work Product and Attorney-Client Privileged |
| 16 | Client Retainer and Opt-Out Documents | |
| 17 | Client Correspondence | |
| 18 | Client Communications (Platform Records) | |
| 19 | Client Correspondence | |
| 20 | Client Correspondence | |
| 21 | Client Correspondence | |
| 22 | Client Correspondence | |
| 23 | Client Communications (Platform Records) | |
| 24 | Client Retainer Agreement | |
| 25 | Client Property / Lease Document | |
| 26 | Client Opt-Out Form | |

Dated: August 31, 2026

Respectfully submitted,

*/s/ Lisa A. White*
Lisa A. White (BPR No. 026658)
**MASON & PERRY LLP**
9117 Millertown Pike
Mascot, TN 37806
Tel: (865) 414-9113
lwhite@masonllp.com

Gary E. Mason*
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Ste. 640
Washington, D.C. 20015
Tel: (202) 429-2290
gmason@masonllp.com

*Counsel for Mason & Perry LLP*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Lisa A. White*
Lisa A. White