**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates to:<br>ALL CASES | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr. |

# MASON & PERRY LLP'S WITNESS LIST

Pursuant to the Court's Order of August 27, 2026 (Doc. No. 1504), directing the parties to file exhibit and witness lists, with a one- to two-sentence proffer of anticipated testimony for each witness, by 9:00 a.m. on Monday, August 31, 2026, in advance of the September 1, 2026 evidentiary hearing on the Joint Motion for Dispute Conference by Plaintiffs and Mason & Perry LLP (Doc. No. 1486), Mason & Perry LLP ("M&P") identifies the following witness it intends to call at the hearing:

| Witness | Anticipated Testimony |
|---|---|
| **Gary E. Mason, Esq.**<br>Founding Partner<br>Mason & Perry, LLP | Mr. Mason will testify about M&P's intake process and communications between M&P and prospective and retained clients. |

Dated: August 31, 2026

Respectfully submitted,

*/s/ Lisa A. White*

Lisa A. White (BPR No. 026658)
**MASON & PERRY LLP**
9117 Millertown Pike
Mascot, TN 37806
Tel: (865) 414-9113
lwhite@masonllp.com

Gary E. Mason*
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Ste. 640
Washington, D.C. 20015
Tel: (202) 429-2290
gmason@masonllp.com

*Counsel for Mason & Perry LLP*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Lisa A. White*
Lisa A. White