**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)<br><br>This Document Relates to:<br>ALL CASES | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr. |

**MASON & PERRY LLP'S RENEWED MOTION TO CONTINUE SEPTEMBER 1, 2026 EVIDENTIARY HEARING**

Mason & Perry LLP ("M&P") respectfully moves the Court to continue the evidentiary hearing on the Joint Motion for Dispute Conference by Plaintiffs and Mason & Perry LLP (Doc. No. 1486), currently scheduled for 9:00 a.m., Tuesday, September 1, 2026, in Courtroom 5D (Doc. No. 1504), to Thursday, September 3, or to such other date that is convenient for the Court.

On August 21, 2026, Plaintiffs and M&P jointly submitted three agreed proposed dates for the evidentiary hearing: September 1, 2, or 3, 2026, with M&P expressing a preference for September 1. (Doc. No. 1496.) On August 27, 2026, the Court set the hearing for 9:00 a.m. on September 1, 2026, and directed the parties to file an exhibit and witness list, and to deliver exhibits to chambers, by 9:00 a.m. on August 31, 2026. (Doc. No. 1504.)

On August 28, 2026, M&P filed a Motion to Continue the September 1, 2026 Evidentiary Hearing. (Doc. No. 1507.) The motion cited trial counsel's "irreconcilable scheduling conflicts" and "additional time to prepare substitute counsel." *Id.* The Court denied the motion, stating that "[c]ounsel's assertion of 'irreconcilable conflict' without more does not constitute good cause." (Doc. No. 1510.)

M&P files this Renewed Motion to provide additional information and good cause to the Court. M&P retained substitute counsel for this case on Friday, August 28, 2026, the same day it learned of the September 1, 2026 evidentiary hearing. Undersigned counsel has been working diligently throughout the weekend to get up to speed on the case and the issues pending before the Court for this hearing, including preparing exhibit and witness lists for submission to the Court, despite the very quick turnaround for the hearing. Furthermore, counsel is attempting to expedite procuring certificates of good standing to submit *pro hac vice* applications as soon as possible. Still, counsel needs additional time to prepare for a robust and significant evidentiary hearing. M&P requests a short continuance—to September 3, 2026, or such other date this is convenient for the Court—to allow counsel additional time to prepare.

Such brief continuance will not prejudice any party. M&P has conferred with Plaintiffs regarding this Renewed Motion, and Plaintiffs oppose to the relief requested herein.

For the foregoing reasons, M&P respectfully requests that the Court continue the September 1, 2026 evidentiary hearing to Thursday, September 3, 2026.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Lisa A. White*
Lisa A. White (BPR 026658)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
(202) 429-2290
lwhite@masonllp.com

Sarah R. Fink, *pro hac vice* forthcoming
Zachary N. Adorno, *pro hac vice* forthcoming
KAISER PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005

(202) 640-2850
sfink@kaiserlaw.com
zadorno@kaiserlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Lisa A. White*
Lisa A. White