**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) ) | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** |

**ORDER**

Without prejudice to any party and solely to facilitate the administration of these related cases, the Clerk shall ADMINISTRATIVELY CLOSE the following cases to reopen if needed by any party:

1. 3:23-cv-332
2. 3:23-cv-357
3. 3:23-cv-413
4. 3:23-cv-552
5. 3:23-cv-742
6. 3:23-cv-979

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE