**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**Hon. Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**ALL CASES** |

**DECLARATION OF DENISE EARLE OF ANGEION GROUP RE: EXCLUSION REQUESTS IN SUPPORT OF FINAL APPROVAL**

I, Denise Earle, declare and state as follows:

1. I am an Assistant Director of Operations of the class action notice and administration firm Angeion Group, LLC ("Angeion"). The Court appointed Angeion as Settlement Administrator for the Set 1 Settlements and the Set 2 Settlements (together, the "Settlements").

2. I am fully familiar with the facts contained herein based upon my personal knowledge as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

3. I submit this Declaration to supplement the Declaration of Steven Weisbrot of Angeion Group Re: Implementation of the Court-Approved Notice Plan, filed September 25, 2026 (the "Notice Declaration") (Dkt. 1554). This Declaration reports updated information regarding requests for exclusion that Angeion has received.

**EXCLUSION REQUESTS**

4. On August 28, 2026, the Court reset the deadline for Settlement Class Members to request exclusion from the Settlements from September 1, 2026, to September 22, 2026. (Dkt. 1511.)

5. To date, Angeion has received 1,475 requests for exclusion. Angeion has reviewed all requests for exclusion on a rolling basis to ensure each contained the information required by the Long-

Form Notice to establish membership in the Settlement Class, and Angeion has acknowledged receipt of said requests for exclusion when possible.[1]

**Timely Requests for Exclusion**

6. Angeion received 1,469 timely requests for exclusion on or before September 22, 2026. After review and processing, the breakdown of validity for timely-submitted requests is included in the chart below:

| Description | Valid | Invalid | Count |
|---|---|---|---|
| Duplicative | | 5 | 5 |
| Missing signature | | 1 | 1 |
| Missing proof of membership[2] | | 233 | 233 |
| Valid | 1,230 | | 1,230 |
| ***Total*** | *1,230* | *239* | *1,469* |

7. A list containing the 1,230 timely requests for exclusion treated as valid is attached as **Exhibit A**.

**Late Requests for Exclusion**

8. Angeion received six requests for exclusion after the September 22, 2026, deadline. Of these, one is duplicative, two are invalid (lacking proof of membership, among other deficiencies), and three are valid per the requirements of an opt out request.

9. A list identifying (a) the three individuals whose requests for exclusion were not timely filed but were otherwise validated (*supra,* Paragraph 8) and (b) the dates on which Angeion received those requests are identified in **Exhibit B** by a preceding asterisk ("*"), should the Court decide to honor these three late requests for exclusion.

---

[1] Reasons that acknowledgement may not be possible include, *inter alia*, because the individual requesting exclusion did not provide sufficient contact information.

[2] While these submissions (all but four of which were submitted through Mason & Perry LLP) expressed a clear desire to opt out of the Settlement Class, they failed to provide rental information that would allow Angeion to confirm that they were Class Members, and so Angeion could not determine whether exclusion was appropriate. A list of these individuals is attached as **Exhibit B**, should the Court decide to honor these requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2026

Denise Earle

DENISE EARLE