# Exhibit A

ANGEION GROUP
Writing the Rules

In re RealPage, Inc., Rental Software Antitrust Litigation (No. II)
Timely Requests for Exclusion, Validated

| | |
|---|---|
| 1 | AARON AARON BURROS |
| 2 | AARON DAVID JENKINS |
| 3 | AARON FIELDS |
| 4 | AARON MADISON |
| 5 | AARON POLKEY |
| 6 | AARON SMITH SR |
| 7 | ABBY KORB |
| 8 | ABIGAIL ELIZABETH TOYE |
| 9 | ABIGAIL KEENAN |
| 10 | ABIGAIL KNOX |
| 11 | ABRA JAYNE COLE |
| 12 | ADAM JAMES ABRAHAM |
| 13 | ADAM JAMES SAKOWSKI |
| 14 | ADAM MORROW |
| 15 | ADAM ROSS |
| 16 | ADEN MCKEAGUE |
| 17 | AGNES LONO CRAIG |
| 18 | AHMAD LUCKEY |
| 19 | AHMAD MAKI |
| 20 | AILEEN ELWELL |
| 21 | AKUA SHULER |
| 22 | ALAN THOMPSON |
| 23 | ALAN VONGPHOUTHONG |
| 24 | ALBERT D GEORGINO |
| 25 | ALBERT YEH |
| 26 | ALEC MCCLOSKEY |
| 27 | ALEJANDRO FENN |
| 28 | ALEJANDRO M DIAZ |
| 29 | ALENA CALLAHAN |
| 30 | ALESSANDRO CLARK-ANSANI |
| 31 | ALEX MICHAEL GUEVARA |
| 32 | ALEXA ANTHONY |
| 33 | ALEXA MARCUS |
| 34 | ALEXA PEYTON |

| | |
|---|---|
| 35 | ALEXANDER FOSTER |
| 36 | ALEXANDER NEWKIRK |
| 37 | ALEXANDER RYAN MANNO |
| 38 | ALEXANDRA GRIFFIS |
| 39 | ALEXANDRA LABOUFF |
| 40 | ALEXANDRA LITGEN |
| 41 | ALEXANDRIA L DEMELLO |
| 42 | ALEXIS YOUNG |
| 43 | ALISA SULLIVAN |
| 44 | ALISON YARP |
| 45 | ALISSA C NEUFELD |
| 46 | ALLISON DAURIO |
| 47 | ALLISON REMERS |
| 48 | ALYSHA JEAN NOGGLE |
| 49 | AMALIA ROSE |
| 50 | AMANDA HUMPHREY |
| 51 | AMANDA KAYE MORTON |
| 52 | AMANDA LIANG |
| 53 | AMANDA NICOLE WEBB |
| 54 | AMANDA THAMES |
| 55 | AMANDA TIJERINA |
| 56 | AMANDA WATERS |
| 57 | AMANDA WITHERSPOON |
| 58 | AMANDINE MUSKUS |
| 59 | AMBER LYNN SEALS |
| 60 | AMBER MCMILLON |
| 61 | AMBREKA SMITH |
| 62 | AMELIA GONZALEZ |
| 63 | AMELIA NAIK |
| 64 | AMERICA GARCIA-CORONADO |
| 65 | AMILYN CASTRO |
| 66 | AMY LOUISE LOCKHART |
| 67 | ANA MARIA BENCOSME |
| 68 | ANARI JOHNSON |
| 69 | ANDREA N RUSSELL |
| 70 | ANDREA NICOLE SCOTT |
| 71 | ANDRES FRANZETTI |
| 72 | ANDREW ARAGON |
| 73 | ANDREW BORIS MAKAROV |
| 74 | ANDREW COLIN HOHERTZ |
| 75 | ANDREW DONDLINGER |
| 76 | ANDREW FLORES |
| 77 | ANDREW JACKSON |
| 78 | ANDREW REED |

| | |
|---|---|
| 79 | ANDREW WILLIAMS |
| 80 | ANDRIA ESTELLA BLUNT |
| 81 | ANDY WANG |
| 82 | ANEL GONZALEZ-RUIZ |
| 83 | ANGEL ANGELES |
| 84 | ANGEL RIVAS |
| 85 | ANGEL WIGGINS |
| 86 | ANGELA COOK |
| 87 | ANGELA SEWARD |
| 88 | ANGELA THOMPSON |
| 89 | ANGELA ZABLER |
| 90 | ANGELINA BATTLE |
| 91 | ANGELLE GROS |
| 92 | ANGELO DIMITRI TADDEI |
| 93 | ANGIE MICHELLE JAMES |
| 94 | ANGILENA DENNARD |
| 95 | ANITA CARLETTE BOSTIC |
| 96 | ANITA LEE WYATT |
| 97 | ANKIT KEDIA |
| 98 | ANNA NORGAARD |
| 99 | ANNE MARIE DITMORE |
| 100 | ANNIE SIMMONS SCOTT |
| 101 | ANTHONY BANKS |
| 102 | ANTHONY COLES |
| 103 | ANTHONY DURDEN |
| 104 | ANTHONY WILLIAMS |
| 105 | ANTONIO CALBO-JACKSON |
| 106 | ANTONIO DONTEE ALIZE GLADDEN |
| 107 | ANTONIO SOLORZANO |
| 108 | ANTONNE BROUSSARD |
| 109 | APRIL M BUTLER |
| 110 | APRILMARIE FERRO |
| 111 | AQUIL BEY |
| 112 | ARESCIA MOORE |
| 113 | ARIANE FROIDEVAUX |
| 114 | ARIC MORA |
| 115 | ARIELLE DELORES TIAMIYU |
| 116 | ARTHUR ERNEST ROTHROCK |
| 117 | ASHIEY NAIL |
| 118 | ASHLEIGH CLEGHOM |
| 119 | ASHLEY COLE |
| 120 | ASHLEY COLON |
| 121 | ASHLEY NICHOLE DRAKE |
| 122 | ASHLEY STANLEY |

| | |
|---|---|
| 123 | ASHLYNN RAY |
| 124 | ASIA BETHEL |
| 125 | ASIA ZACHARY |
| 126 | ASRON PICHA |
| 127 | ATHENA ASKEW |
| 128 | AUSTIN HOUSE |
| 129 | AUSTIN MICHEL TEMKIN |
| 130 | AVANTI REESE |
| 131 | AYANA JOHNSON |
| 132 | AYANNA BROOKS |
| 133 | AYESHA MCDONALD |
| 134 | BAMBI STODDART |
| 135 | BARBARA ANN ORTIZ |
| 136 | BARRY LEVINE |
| 137 | BASHI NOIEL |
| 138 | BEAU SALANT |
| 139 | BELEN BERNAL CONSUEGRA |
| 140 | BEN TEICH |
| 141 | BENJAMIN BARBA |
| 142 | BENJAMIN DUNN |
| 143 | BENJAMIN J GINGRAS |
| 144 | BENJAMIN JOSEPH JOHNSON |
| 145 | BENJAMIN NUSSBAUMER |
| 146 | BENJAMIN THOMAS NICHOLS |
| 147 | BENJAMIN YAROW |
| 148 | BETTE SMITH-DOZIER |
| 149 | BEVERLY DAVIS |
| 150 | BIAS RODRIGUEZ |
| 151 | BLANCA DUENAS |
| 152 | BLISS WRIGHT |
| 153 | BOBAK MOSHARAF |
| 154 | BOGDAN GROMIUK |
| 155 | BONITA AUGST |
| 156 | BRADFORD REILLY |
| 157 | BRADLEY SCOTT BOETTCHER |
| 158 | BRANDON BAKER |
| 159 | BRANDON BOUNXOU NORRAVONG |
| 160 | BRANDON ESPINOSA |
| 161 | BRANDON GONZALES |
| 162 | BRANDON K PHILLIPS |
| 163 | BRANDON LEYNAUD |
| 164 | BRANDON STEWART |
| 165 | BRANDON T STOKES |
| 166 | BRANDON WILLIAMS |

| | |
|---|---|
| 167 | BREANA ASHLEY STEPHEN |
| 168 | BRENDA PORTER |
| 169 | BRENNA DUCHMAN |
| 170 | BREONNA LATREES ANTHONY |
| 171 | BRIAN ARSENAULT |
| 172 | BRIAN GRANT |
| 173 | BRIAN HYUN |
| 174 | BRIAN JACOBSON |
| 175 | BRIAN PRICE |
| 176 | BRIANA BELL |
| 177 | BRIANA HORROCKS |
| 178 | BRIANNA CHARLTON |
| 179 | BRIANNA MICHELLE CARMEN |
| 180 | BRITTANY EASTERWOOD |
| 181 | BRITTANY GARTEN |
| 182 | BRITTNEY ANN COUTTS |
| 183 | BRITTNEY WELCH |
| 184 | BRIYANA ROSADO |
| 185 | BROOKE DEALE |
| 186 | BRYAN ANDERSON |
| 187 | BRYAN PFAIZGRAF |
| 188 | BRYAN SMITH |
| 189 | CAITLIN ANNE GOULD |
| 190 | CALVIN ROUGH |
| 191 | CALVIN V SMITH |
| 192 | CAMBRA SIMS |
| 193 | CAMERON JOHNSON |
| 194 | CAMERON-LUC BENNETT DARMSTADT |
| 195 | CAMILLE DINGLE |
| 196 | CANDACE COOK |
| 197 | CANDACE DARAMOLA |
| 198 | CANDICE DIPAOLO |
| 199 | CARINA GAGGIANI |
| 200 | CARL BROWN |
| 201 | CARLEIGH MARGARET LENZ |
| 202 | CARLOS RUBINSTEIN |
| 203 | CARLTON PIERCE |
| 204 | CARMICHAEL STANTON JUDGE |
| 205 | CAROL OWENS |
| 206 | CAROLINA PARRA |
| 207 | CAROLINE GARCIA |
| 208 | CAROLINE LARACH |
| 209 | CAROLINE TRACEY |
| 210 | CAROLYN MARTIN |

| | |
|---|---|
| 211 | CAROLYN ROSE |
| 212 | CARRIE MERCER TYSON |
| 213 | CARTER GOLDMAN |
| 214 | CASEY RANEY |
| 215 | CASSANDRA ELAINE DAIS |
| 216 | CATHERINE ELIZABETH BOLEY |
| 217 | CATHERINE MENDOZA |
| 218 | CATHY CRAFT LATIMER |
| 219 | CAVINA WRIGHT |
| 220 | CEM GOKMEN |
| 221 | CHAD FRANSEN |
| 222 | CHAD STEINBERG |
| 223 | CHANCEDY PULIIAM |
| 224 | CHANTE DOVE |
| 225 | CHANZA RICHARDSON |
| 226 | CHARLENE TRYON |
| 227 | CHARLES FORSTER |
| 228 | CHARLES MICHAEL OLSON |
| 229 | CHARLES SHOULTZ |
| 230 | CHARLES WILLIAM COOPER GREEN |
| 231 | CHASE MITCHELL |
| 232 | CHELSEA KING |
| 233 | CHENAY CORIGLIANO |
| 234 | CHERISH KANE |
| 235 | CHERMAINE WRIGHT |
| 236 | CHERONDA WESLEY |
| 237 | CHERYL TURNER |
| 238 | CHIAMAKA UZOCHUKWU |
| 239 | CHLOE KESSOCK |
| 240 | CHLOE KOLMAN |
| 241 | CHLOE STEELE |
| 242 | CHRIS DINKELMEYER |
| 243 | CHRISLEE GIBSON |
| 244 | CHRISTIAN ADDEN |
| 245 | CHRISTIAN DOPICO |
| 246 | CHRISTIAN OLAND |
| 247 | CHRISTIAN WATKINS |
| 248 | CHRISTINA CHUN |
| 249 | CHRISTINA GONZALEZ |
| 250 | CHRISTINA LAUREN CHAPMAN |
| 251 | CHRISTINE JOHNSON |
| 252 | CHRISTOPH S FISCHBACHER |
| 253 | CHRISTOPHER ADAM HEALEY |
| 254 | CHRISTOPHER BONHAM |

| | |
|---|---|
| 255 | CHRISTOPHER CONLEY |
| 256 | CHRISTOPHER DICKENS |
| 257 | CHRISTOPHER FEMSTROM |
| 258 | CHRISTOPHER FOX |
| 259 | CHRISTOPHER GALLIGAN |
| 260 | CHRISTOPHER HERRERA |
| 261 | CHRISTOPHER HONG CHU |
| 262 | CHRISTOPHER J PIEGZA |
| 263 | CHRISTOPHER JOSEPH DELLAPORTA |
| 264 | CHRISTOPHER KELLEHER |
| 265 | CHRISTOPHER KULCHER |
| 266 | CHRISTOPHER LANE |
| 267 | CHRISTOPHER PALUMBO |
| 268 | CHRISTOPHER PAUL THORNBURG |
| 269 | CHRISTOPHER SHANE MCGILTON |
| 270 | CHRISTOPHER THOMAS THORNTON |
| 271 | CHRISTOPHER WILLIAM MURPHY |
| 272 | CHUKWUNONSO UZOCHUKWU |
| 273 | CIARA LAKIA HARRIS |
| 274 | CICELY WILLIAMS |
| 275 | CINNAMEN DAVIS |
| 276 | CLARIE ILESANMI |
| 277 | CLAYTON TAYLOR |
| 278 | CLIFFORD DALRYMPLE |
| 279 | CLIFFORD HOOKS |
| 280 | CODY DICKINSON |
| 281 | COLIN WESCOTT |
| 282 | COLLEEN ANN ANDREWS |
| 283 | COLLEEN KERNS |
| 284 | COLTON KRAVANEK |
| 285 | COLTON WAACK |
| 286 | CONNOR BECKERLE |
| 287 | CONNOR DANIEL KILKENNY |
| 288 | CONNOR JOHN WHEELER |
| 289 | CORINNE SARAH MURPHY |
| 290 | CORLISS MEREDITH |
| 291 | CORNELIA BURR |
| 292 | CORY FRYLING |
| 293 | CORY LEE BUMS |
| 294 | COURTNEY CHRISTENSON |
| 295 | COURTNEY JOHNSON |
| 296 | COURTNEY MOORE |
| 297 | CRAELLE HINDS |
| 298 | CRAIG JASON MILLER |

| | |
|---|---|
| 299 | CRISTIAN MEJIA |
| 300 | CRISTIAN SEVERE GARSKE |
| 301 | CRISTINA AMBER MOORE |
| 302 | CRISTINA SHEEHAN |
| 303 | CRISTOPHER BLUNT |
| 304 | CRISTY JENNINGS |
| 305 | CRYSTAL HYDE |
| 306 | CURTIS REED |
| 307 | CYNTHIA BLACK |
| 308 | CYNTHIA M TOWNSEND |
| 309 | CYNTHIA RENE BARRY |
| 310 | DAMIANO CASTOLDI |
| 311 | DANA WATKISS |
| 312 | DANIEL AUSTIN HOCHSTETLER |
| 313 | DANIEL CHRISTOPHER MAUL |
| 314 | DANIEL HERNANDEZ |
| 315 | DANIEL MCMANAMAN |
| 316 | DANIEL SEIDEL |
| 317 | DANIEL THOMAS CLAPPER |
| 318 | DANIELLA LEON |
| 319 | DANIELLE IJEOMA ONYEKWERE |
| 320 | DAPHNE DUSHA CROSBY |
| 321 | DARRYL BRITT |
| 322 | DASHA STANLEY |
| 323 | DAUNA DOBBINS |
| 324 | DAVID BORJA |
| 325 | DAVID BROWN |
| 326 | DAVID CAPABLANCA |
| 327 | DAVID GREENLEY |
| 328 | DAVID JACKEMEYER |
| 329 | DAVID JACKSON |
| 330 | DAVID JOHN GRASSO |
| 331 | DAVID MATTINGLY |
| 332 | DAVID RUDMAN |
| 333 | DAVID SPIETH |
| 334 | DAWAN EVANS |
| 335 | DAYNA ANDERSON |
| 336 | DEAN SEGGAY JR |
| 337 | DEANDREA COLBERT |
| 338 | DEANNE ANGRAND |
| 339 | DEBBIE BROWNHILL |
| 340 | DEBBIE CULLEN |
| 341 | DEBORAH LEON |
| 342 | DEBORAH MCCAREY |

| | |
|---|---|
| 343 | DEIRDRE THOMPSON |
| 344 | DELOREAN ARIANNA MAY JOHNSON |
| 345 | DENARIUS ALLEN |
| 346 | DENISE CIRRONE |
| 347 | DENISE ELLINGTON |
| 348 | DENISE MARIE NAVARRO |
| 349 | DENISE SILVEN |
| 350 | DENITA BONILLA |
| 351 | DEREK JOHNSON |
| 352 | DEREK KHANNA |
| 353 | DEREK MICHAEL SHAW |
| 354 | DERRICK DAOUST |
| 355 | DERRICK LARON GRAY |
| 356 | DESDEMONA KUROWSKI |
| 357 | DESHIN GRAVES |
| 358 | DESIREE TERRAZAS |
| 359 | DEVRI MERRYFIELD |
| 360 | DIANA CAMOSY |
| 361 | DIANA CATO |
| 362 | DIANA NITA PATTERSON |
| 363 | DIANNA ANTHONY |
| 364 | DINA BADAWY |
| 365 | DION DOBBINS |
| 366 | DION RICHARDSON |
| 367 | DOLAN HUNT |
| 368 | DOMINIC CAROLAN |
| 369 | DOMINICK FERGUSON |
| 370 | DON MORRISON |
| 371 | DONNA QUALLS |
| 372 | DONNA ROLLEN |
| 373 | DONOVAN ROBERTS |
| 374 | DORIAN SUTTON |
| 375 | DOV JAKOB BICKY |
| 376 | DOV PREMINGER |
| 377 | DREW COHEN |
| 378 | DREW LAWSON |
| 379 | DYLAN DEAN ZIMMER |
| 380 | EBONY SHAWNESE MOSLEY |
| 381 | EDUARDO CARAZO |
| 382 | EDWARD FRIEBE |
| 383 | EDWARD GUERNSEY |
| 384 | EDWARD IBARRA |
| 385 | EDWARD ROSS |
| 386 | EDWIN BUSBY |

| | |
|---|---|
| 387 | ELAN BECKER |
| 388 | ELENA MURPHY |
| 389 | ELIJAH ELEVATE ELI THELUSMA-BEY |
| 390 | ELIJAH JORDAN |
| 391 | ELIZABETH FONTAINE |
| 392 | ELIZABETH KATHLEEN PHILLIPS |
| 393 | ELSTON COLEMAN |
| 394 | EMILY BAACK |
| 395 | EMILY LAUREN BAUMBACH |
| 396 | EMMET P CLARK |
| 397 | ERIC HARRIS |
| 398 | ERIC PAUL HARDING |
| 399 | ERIC SPENCER |
| 400 | ERIC VAN AUSDAL |
| 401 | ERICA FORZANI |
| 402 | ERICA NICHOLS |
| 403 | ERICA RENE JOHNSON |
| 404 | ERICKA WHITE |
| 405 | ERIK LEE FAY |
| 406 | ERIK PITTI |
| 407 | ERIKA ALLEN |
| 408 | ERIKA HEADS |
| 409 | ERIN BREWSTER |
| 410 | ERIN WASILUNAS |
| 411 | ERMA HARRISON |
| 412 | ESPERANZA GARCIA GONZALEZ |
| 413 | ESSENCE FOSTER |
| 414 | ESSENSE CARLIS |
| 415 | ETHAN LEE |
| 416 | EVAN KALIKOW |
| 417 | EVAN SCOTT GRANT |
| 418 | EVIN BASHER |
| 419 | FAITH CARO |
| 420 | FAMOUS VALENTINE |
| 421 | FELICIA CHOYCE |
| 422 | FIDEL ROMAN |
| 423 | FIONA LYNCH |
| 424 | FRANCELINA KAGE |
| 425 | FRANCISCO HERNANDEZ |
| 426 | FRANK CERBONE |
| 427 | FREDDA PENNYBAKER |
| 428 | FUAD MOBAYED |
| 429 | GABRIEL DAVIS |
| 430 | GABRIEL LEVIN |

| | |
|---|---|
| 431 | GABRIELLE MILLER |
| 432 | GAIL H JENKINS |
| 433 | GAIL JACKSON |
| 434 | GARY MAURE OKO |
| 435 | GARY THANKS |
| 436 | GAVIN EDGERTON |
| 437 | GAYLA GRIFFIN |
| 438 | GBEMISOLA ADAMS |
| 439 | GENE SAN |
| 440 | GEOFFREY GOLDWATER |
| 441 | GEORGE BENJAMIN MILAM |
| 442 | GEORGE BENNETT |
| 443 | GERALDINE MCNICHOLAS |
| 444 | GERIANNE PEREZ |
| 445 | GERRI SAVALA GOLD |
| 446 | GHIZLANE GALLIGAN |
| 447 | GIAVANNA WHITE |
| 448 | GIDEON GLEN KIGGINS BLUM |
| 449 | GINA BRADLEY |
| 450 | GLENN WASHINGTON |
| 451 | GLORIA SIMMONS-ANDERSON |
| 452 | GLORIA VTAGLIANO |
| 453 | GLORIA WALKER BARONE |
| 454 | GLYNDA HENDERSON |
| 455 | GREGORY DAVIS |
| 456 | GREGORY DAVIS |
| 457 | GREGORY J HOLCOMB |
| 458 | GREGORY SNYDER |
| 459 | GRIFFIN BARRISS |
| 460 | GUNNAR HENDERSON |
| 461 | GWENDOLYN BAGGETT |
| 462 | HADASSAH MORRIS HENNESSEY |
| 463 | HALEY IHMELS |
| 464 | HALEY MCENTIRE |
| 465 | HALEY SHELBY |
| 466 | HALIMA ERBAHI |
| 467 | HANNAH SEXTON |
| 468 | HAOTIAN SUN |
| 469 | HARRIETT KESLER |
| 470 | HARRY LENWOOD BROOKS |
| 471 | HEATHER DIEHL |
| 472 | HEATHER MICHELLE COHEN |
| 473 | HELEN HERNANDEZ |
| 474 | HELEN TECKLENBURG |

| | |
|---|---|
| 475 | HEMANTH YALAMANCHILI |
| 476 | HENRY ELLISON |
| 477 | HENRY WALKER |
| 478 | HIAPPICHIA HARPER |
| 479 | HIM YEUNG |
| 480 | HIRA MIRZA |
| 481 | HOPE SAUNDERS |
| 482 | HUNTER WYLLIE |
| 483 | IAN VAN STRALEN |
| 484 | IAN WINSLOW |
| 485 | IFRA KHAN |
| 486 | IRENE NEMITSAS |
| 487 | IRWIN CURTIS AMREIN |
| 488 | ISAAC GARON |
| 489 | ISAAC NIEDRAUER |
| 490 | ISAAC SOMMERS |
| 491 | ISABELLA COZZA |
| 492 | ISOBEL WILKINSON |
| 493 | IVETTE BARRAGAN |
| 494 | JACK LOGAN WALKER |
| 495 | JACLYN GABRIELLE HERRMANN KANTOR |
| 496 | JACOB CHAPMAN |
| 497 | JACOB GEORGE |
| 498 | JACOB HART |
| 499 | JACOB N CAPUTO |
| 500 | JACQUELINE MACK |
| 501 | JAKE CONNER MOORE |
| 502 | JAKUB KEDRA |
| 503 | JAMES ANDERSON |
| 504 | JAMES DULLAWAY |
| 505 | JAMES FRIESON |
| 506 | JAMES G. COFFELT |
| 507 | JAMES NICHOLSON |
| 508 | JAMES SHULTZ |
| 509 | JAMES SILVIA |
| 510 | JAMES SMITH |
| 511 | JAMI WITKE |
| 512 | JAMICKA FRENCH |
| 513 | JAMIE JOEYEN-WALDORF |
| 514 | JAMIE MICHIKO HAAG |
| 515 | JAMIE TAYLOR MONDELLO |
| 516 | JAMIKA YOUNGMCIVER |
| 517 | JANAE HEADLY |
| 518 | JANELLE BATY |

| | |
|---|---|
| 519 | JANET BUEHLER |
| 520 | JANICE SCOTT |
| 521 | JARED BROWN |
| 522 | JARED EDGERTON |
| 523 | JARED RYAN |
| 524 | JARRED TOUPS |
| 525 | JASMIN HARRIS |
| 526 | JASMINE BENNETT |
| 527 | JASMINE THOMAS |
| 528 | JASON CASTRO |
| 529 | JASON CHAPMAN |
| 530 | JASON LONG |
| 531 | JASON PELUSO |
| 532 | JASON RANDOLPH COLEMAN |
| 533 | JASON TAMBURELLO |
| 534 | JASON WILLIAMS |
| 535 | JAY CHRISTOPHER BAUTISTA |
| 536 | JAZIREE ZACHARY |
| 537 | JEANETTE WARD |
| 538 | JEDIDIAH DORDAL |
| 539 | JEFFERY B ASHCRAFT |
| 540 | JEFFERY CHANEY |
| 541 | JEFFREY DOWNING |
| 542 | JEFFREY MARK SIIVER |
| 543 | JEN CROSS |
| 544 | JENLYN BROWN |
| 545 | JENNIFER BREEDLOVE |
| 546 | JENNIFER BROWN |
| 547 | JENNIFER LYNN GREENE |
| 548 | JENNIFER LYNN HUDGENS |
| 549 | JENNIFER MARLEE KLADOURIS |
| 550 | JENNIFER MARTINEZ |
| 551 | JENNY GENTRY |
| 552 | JEREMY LONG |
| 553 | JEREMY RYAN HERRERA |
| 554 | JEREMY WILLIAMS |
| 555 | JERRI MOORE |
| 556 | JESSE ANTHONY LIMA |
| 557 | JESSE LEE GAINOUS |
| 558 | JESSE SUN |
| 559 | JESSICA ELAINE MCCLELON |
| 560 | JESSICA TAYLOR |
| 561 | JIHO KIM |
| 562 | JILLIAN ZACK |

| | |
|---|---|
| 563 | JIMMY DALE PAYNE |
| 564 | JIMMY MIRANDA |
| 565 | JINGWEN ZHANG |
| 566 | JINLONG YANG |
| 567 | JINNIFER MORRIS |
| 568 | JIYI CHOI |
| 569 | JOAN LYNCH |
| 570 | JOBY CHILDRESS |
| 571 | JOE GRIMES |
| 572 | JOE MAYALA |
| 573 | JOHANNES CHRISTIAAN BUYS |
| 574 | JOHN ARTHUR SATTERFIELD |
| 575 | JOHN BARRY |
| 576 | JOHN MATTHEW HORTON |
| 577 | JOHN MEIER |
| 578 | JOHN MESERVE |
| 579 | JOHN NICHOLAS ZORN |
| 580 | JOHN RIEGEL |
| 581 | JOHN ROBINSON |
| 582 | JOHN SHANNON PETERSON |
| 583 | JOHN SPEARS |
| 584 | JOHN VARESE |
| 585 | JOHNNY HARO |
| 586 | JOHNNY WILLIAMS |
| 587 | JON COM |
| 588 | JONAH MACKAY |
| 589 | JONATHAN FRANKEL |
| 590 | JONATHAN HALFON |
| 591 | JONATHAN LEANO |
| 592 | JONATHAN PAUL CHANIN |
| 593 | JONATHAN PAYNE |
| 594 | JONATHAN TAN |
| 595 | JONTARUIS DAQUAN WELLS |
| 596 | JORDAN PAUL FREI |
| 597 | JORGE IVAN ROCHA |
| 598 | JOSCYNTHIA MASON |
| 599 | JOSE TORRES |
| 600 | JOSEPH A. WIELEBA |
| 601 | JOSEPH AIIOCCO JR |
| 602 | JOSEPH ALLBROOKS |
| 603 | JOSEPH GAQUIN |
| 604 | JOSEPH KAVEH YERARDI |
| 605 | JOSEPH PETER ROSE |
| 606 | JOSEPH SPEER |

| | |
|---|---|
| 607 | JOSEPH SUTTER |
| 608 | JOSEPH WERIE |
| 609 | JOSEPH WILLIAMS |
| 610 | JOSEPH WINWOOD |
| 611 | JOSHUA GONZALEZ |
| 612 | JOSHUA KIM |
| 613 | JOY A MARSHALL |
| 614 | JOY HENRY |
| 615 | JOYCE FORTUNE |
| 616 | JUAN DAVID CORTES |
| 617 | JUANITA BATES BONDS |
| 618 | JULIA BOEVE |
| 619 | JULIA ROSE WARD |
| 620 | JULIANA LAUREN GALLIOLI |
| 621 | JULIE ANGOCO |
| 622 | JULIE ANN SHIPP |
| 623 | JULIE SPATH |
| 624 | JULIE TURNER |
| 625 | JULIET DALE |
| 626 | JULIUS BUIE |
| 627 | JUSTIN GORINSON |
| 628 | JUSTIN JACQUES |
| 629 | JUSTIN MESHEK |
| 630 | JUSTIN RIVARD |
| 631 | JUSTIN SANAK |
| 632 | JYELI LEE JUNG |
| 633 | KAILA JUSTO |
| 634 | KAILEY TAYLOR BOSTIC |
| 635 | KAIRA JARVET SMITH |
| 636 | KAITLIN CUMMINGS |
| 637 | KALEY HALDERMAN |
| 638 | KALOB RYAN CARTER |
| 639 | KALYAN CHITTURI |
| 640 | KAMILLE JOHNSON |
| 641 | KANDACE WALKER |
| 642 | KANDICE ALISE EUBANKS |
| 643 | KANDIS NICOLE MURRAY |
| 644 | KANDRIS LASHAE GOBER |
| 645 | KAREN MUELLER |
| 646 | KARIEE HANSON-CLAYTON |
| 647 | KARISSA CHANTELL WILLIAMS |
| 648 | KATHARINE WEAVER |
| 649 | KATHERINE ANN MCGOVEM |
| 650 | KATHERINE HALES |

| | |
|---|---|
| 651 | KATHERINE MCFADYEN |
| 652 | KATHLEEN ALLISON COHEN |
| 653 | KATHLEEN LEDFORD |
| 654 | KATHLEEN SCHAEDLER |
| 655 | KATHRYN ROSS |
| 656 | KATIA AMANDA MANNER |
| 657 | KATINA LACEY |
| 658 | KATRINA BARTON |
| 659 | KATYA REED |
| 660 | KAYLA BENARD |
| 661 | KAYLA HARNECK |
| 662 | KAYLA KLING |
| 663 | KAYLISA ESTES |
| 664 | KECIA PALMER |
| 665 | KEEGAN BOEHM |
| 666 | KEIRA SANTOCKI |
| 667 | KEISHA BARRAGAN |
| 668 | KEISHA MORRISEY |
| 669 | KELBY MOORE |
| 670 | KELLEY MITCHUM |
| 671 | KELLY DOUGLAS |
| 672 | KELLY ROCHA |
| 673 | KELVIN PAN |
| 674 | KEN BLATTMAN |
| 675 | KEN BRUMFIELD |
| 676 | KEN WOLF |
| 677 | KENDRA JASSMANN |
| 678 | KENDRA PFEIL |
| 679 | KENITA STANLEY |
| 680 | KENNETH BROWN |
| 681 | KENNETH DARYL STEVENS II |
| 682 | KENNETH DAVIS |
| 683 | KENNETH LOEWY |
| 684 | KENNETHIA THOMPSON |
| 685 | KENYA MURRAY |
| 686 | KERIN BENNETT |
| 687 | KEVIN DAY DUMOUCHELLE |
| 688 | KEVIN DUANE INMAN |
| 689 | KEVIN FREEMAN |
| 690 | KEVIN JONES |
| 691 | KEVIN LI |
| 692 | KEVIN NICHOLAS KHARKOV |
| 693 | KEVIN PURDY |
| 694 | KEVIN QUALLS |

| | |
|---|---|
| 695 | KEVIN SCHOENFELD |
| 696 | KEVIN THWAITS |
| 697 | KEYANNA THOMAS |
| 698 | KHA-IFA MARTIN |
| 699 | KHALILAH CLEMENTS |
| 700 | KIANA BURSON |
| 701 | KIARA QUARLES |
| 702 | KIEFIER HUNTER |
| 703 | KIEN LAM |
| 704 | KIMBER ADAMS |
| 705 | KIMBERLY BANKS |
| 706 | KIMBERLY GILES |
| 707 | KIMBERLY JESN NUTTING |
| 708 | KIMBERLY JONES |
| 709 | KIMBERLY ROBINSON |
| 710 | KIMBERLY ROGERS |
| 711 | KIRSTEN KABA |
| 712 | KONSTANTIN KOKORIN |
| 713 | KRISHNAN VENKITAKRISHNAN |
| 714 | KRISTEN COX |
| 715 | KRISTIN OLOSO |
| 716 | KRISTINA ROSWITHA THOMPSON |
| 717 | KRISTINE KINEL |
| 718 | KRISTY BOWLING |
| 719 | KRYSTAL ANTHONY MURRAY |
| 720 | KYLE DARLING |
| 721 | KYLE FISHWICK |
| 722 | KYLE SCOTT BERGHOM |
| 723 | LA TRICE JOHNSON |
| 724 | LAKESHIA PARKER |
| 725 | LAKEY HUDSON |
| 726 | LAKEYIA PORTER |
| 727 | LALASHA REAPER |
| 728 | LAMETRA NICOLE WHITE |
| 729 | LAMONICA K ANDERSON |
| 730 | LAMONTA THOME |
| 731 | LANESHA M MITCHELL |
| 732 | LANORA WILLIAMS |
| 733 | LAPRIEL DYE |
| 734 | LARA ROSE JELLEY |
| 735 | LARAYSHA HARMON |
| 736 | LARRY DURHAM |
| 737 | LARRY EDWARD BRUNER |
| 738 | LARRY LISH |

| | |
|---|---|
| 739 | LARS WILJON VOLZ |
| 740 | LASHAE DYANDRIA LOPEZ |
| 741 | LATOSHIA GARNER |
| 742 | LATOYA JACKSON |
| 743 | LATOYA PERRY |
| 744 | LATRICE COLLIER |
| 745 | LATRISHA BAILEY |
| 746 | LAURA JANE TACHINE |
| 747 | LAURA LEE TINNEY |
| 748 | LAUREN CALHOUN |
| 749 | LAUREN M GAULT |
| 750 | LAUREN SEROKA |
| 751 | LAURENCE DOWNING |
| 752 | LAURIE ASTERN |
| 753 | LAVONTE ROBINSON |
| 754 | LAWANDA PARGO |
| 755 | LAWRENCE ATKINSON |
| 756 | LAWRENCE JIMENEZ |
| 757 | LENISE RICHARDSON |
| 758 | LEO SHING |
| 759 | LEONARD BUSS |
| 760 | LESLIE SHAW |
| 761 | LEXI CRABTREE |
| 762 | LIANA COENEN |
| 763 | LILLIAN SINGH |
| 764 | LINDA CHARLES |
| 765 | LINDA JONES |
| 766 | LINDSAY KUBATZKY |
| 767 | LISA KELLER |
| 768 | LISA LIANNE ST LOUIS |
| 769 | LIZETTA W ERVINS |
| 770 | LLOYD LYONS |
| 771 | LOGAN LACLAIR |
| 772 | LOLITA WILLIAMS |
| 773 | LORA KINGSLEY |
| 774 | LORING JONES |
| 775 | LOSHA JACKSON |
| 776 | LOTTIE WATTS |
| 777 | LUA AUGUSTIN |
| 778 | LUKE JACOB LUCKETT |
| 779 | LUKE NOEL |
| 780 | LUKE SIMMERS |
| 781 | LURENE DIXON |
| 782 | LYDIA ALLEN |

| | |
|---|---|
| 783 | LYDIA ESPINOZA |
| 784 | LYLETTE VANN JACKSON |
| 785 | LYNN C MULLEN |
| 786 | LYNN CRYSTAL |
| 787 | LYNNE CASTRO |
| 788 | LYPERIOR ZYATIQUE LOVELY |
| 789 | MACABEE LEE HORTON |
| 790 | MACHELSEA THOMAS |
| 791 | MADISON BRUMBAUGH |
| 792 | MADISON EIGEL |
| 793 | MADISON HALL |
| 794 | MAHMOUD NAFISEH |
| 795 | MALLARI C BOSQUE |
| 796 | MANISH GURUNG |
| 797 | MANUEL FIGUEROA |
| 798 | MANYA LANDERS |
| 799 | MARA ALYSON |
| 800 | MARC CARPENTER |
| 801 | MARC GOLDBERG |
| 802 | MARCELLA ANN GIBSON |
| 803 | MARCUS BASKERVILLE |
| 804 | MARCUS CAMMACK |
| 805 | MARCUS HAYES |
| 806 | MARCUS SIMS |
| 807 | MARGARET CONNORS |
| 808 | MARGARET HARVEY |
| 809 | MARGARET RIDDLING |
| 810 | MARIA DANIELS |
| 811 | MARIO MOSES |
| 812 | MARISA PIZZARELLI |
| 813 | MARK BOCHNER |
| 814 | MARK LIPSKY |
| 815 | MARK MCKELLAR |
| 816 | MARK WADE |
| 817 | MARKEDA MAXIE |
| 818 | MARTENA MATHEWS |
| 819 | MARTINE MORAILLE |
| 820 | MARY DORAN |
| 821 | MARY DOVE |
| 822 | MATT HALENZA |
| 823 | MATTHEW GERETY |
| 824 | MATTHEW JAMES HUDGINS |
| 825 | MATTHEW JEANS |
| 826 | MATTHEW NIGEL BROOKS |

| | |
|---|---|
| 827 | MATTHEW ORCHANT |
| 828 | MATTHEW RAYMER |
| 829 | MAXWELL LITTLE |
| 830 | MEGAN FRAGOLA |
| 831 | MEGAN J HURT |
| 832 | MEIIINDA WHITTEN |
| 833 | MEIRY BRODIE |
| 834 | MELANIE PETERS |
| 835 | MELINDA BELL |
| 836 | MELISSA DERESCH |
| 837 | MELODIE ROUTE |
| 838 | MELODY TAN |
| 839 | MELVIN CARTER |
| 840 | MERRITT GARDNER |
| 841 | MESSIAH ELOHIM |
| 842 | MIA BARROW |
| 843 | MIA JA G CONLEY |
| 844 | MICHAEL DAVID SIMPSON |
| 845 | MICHAEL GARCIA |
| 846 | MICHAEL HENSLEY |
| 847 | MICHAEL HERBERT |
| 848 | MICHAEL L RANSOM |
| 849 | MICHAEL LARY |
| 850 | MICHAEL LEWIS |
| 851 | MICHAEL LOPESCIOLO |
| 852 | MICHAEL OLIVEIRA LIBOCK |
| 853 | MICHAEL ORMAND |
| 854 | MICHAEL PEMN |
| 855 | MICHELLE HELTON |
| 856 | MICLAEL YOUNG |
| 857 | MIGNON XU |
| 858 | MIKAILA SINGLETON |
| 859 | MIKE MENEZES |
| 860 | MILORAD RADONIC |
| 861 | MINIKA NICHOLS |
| 862 | MISTIE NATOSHA GIBBY |
| 863 | MITCHELL LATCH |
| 864 | MONA ADKINS |
| 865 | MONICA BOWLES |
| 866 | MONICA MCMAHON |
| 867 | MONICA N GREENE |
| 868 | MONIQUE S. SCOTT |
| 869 | MONIQUE THOMAS |
| 870 | MONTIYA HARRISON |

| | |
|---|---|
| 871 | MORGAN FLINT |
| 872 | MORGAN THOMAS BURROWS |
| 873 | MORIAH RIVER HERTZBACH |
| 874 | MUPEMBA MUKENDI |
| 875 | NAJIA BURT |
| 876 | NAKIA WILSON |
| 877 | NAKIIA D SMITH |
| 878 | NANCY HINOJO |
| 879 | NANNETTE FORD |
| 880 | NATALIE BOOKER |
| 881 | NATASHA CLARY |
| 882 | NATHAN ROGERS |
| 883 | NATHAN TYLER DAVIS |
| 884 | NATHANIEL WEYMOUTH |
| 885 | NIARQUITA BENFORD |
| 886 | NICHOLAS BAILEY |
| 887 | NICHOLAS BERGER |
| 888 | NICHOLAS CELENZA |
| 889 | NICHOLAS POLYDEFKIS |
| 890 | NICKOLAS RICHMOND |
| 891 | NICOLAS ERHARDT |
| 892 | NICOLE DANIELLE MORGAN |
| 893 | NICOLE KHOSHABA |
| 894 | NICOLE KRISTEN LENTINI |
| 895 | NICOLE MCGREW |
| 896 | NIKEDA MAXIE |
| 897 | NIKIYA BING |
| 898 | NINA QUIST |
| 899 | NISHANT MAGO |
| 900 | NOAH HOUCHIN |
| 901 | NOAH JAMES HONNEN DENIER |
| 902 | NOAH SCHNEIDER |
| 903 | OHMNY DANIEL ROMERO |
| 904 | OLIVIA FARNSWORTH |
| 905 | OREN SMITB |
| 906 | OWEN B RILEY |
| 907 | OWEN BRAMBLETT |
| 908 | PAIGE ABID |
| 909 | PAIGE SMOYER |
| 910 | PAMELA SCOTT |
| 911 | PAMELA SUE BARCLAY |
| 912 | PARISH DIVINITY |
| 913 | PAT MATTERA |
| 914 | PATRICIA J HARTRY |

| | |
|---|---|
| 915 | PATRICIA SANTAMARIA |
| 916 | PATRICK HAN |
| 917 | PATRICK HOBAN |
| 918 | PATRICK KELLY |
| 919 | PAUL EKSTRAND |
| 920 | PAUL LONG NGUYEN |
| 921 | PAUL RICHARD ROOS |
| 922 | PAULA MAYNARD |
| 923 | PAYTON COLE MARTIN |
| 924 | PEYTON SMITH |
| 925 | PHILIP JETT |
| 926 | PHILLIP BYRAM |
| 927 | PHYLLIS PINKARD |
| 928 | PYRION ASTORII |
| 929 | QUINTEN BROWN |
| 930 | RABEKA WILSON |
| 931 | RACHAEL BARBOUR |
| 932 | RACHEL BETH MARTIN |
| 933 | RACHEL CAMEY |
| 934 | RACHEL GABELMAN |
| 935 | RACHEL MANNING |
| 936 | RACHEL PARR |
| 937 | RAMONA OGAS |
| 938 | RAMONE COWERT |
| 939 | RANDALL KRACHT |
| 940 | RAPHYAL CRAWFORD |
| 941 | RASHAUNTAH JACKSON |
| 942 | RASHYNDA WHITWORTH |
| 943 | RATA ELMORE |
| 944 | RAVEN HUDSON |
| 945 | RAYMOND BERT |
| 946 | RAYMOND GASSERT |
| 947 | RAZZEL MENDOZA |
| 948 | REANNE ABDER |
| 949 | REBECCA BERG |
| 950 | REBECCA SCHRAER |
| 951 | REBECCA SHEA DIAZ |
| 952 | REENA JOI GLAZER |
| 953 | REGINA FAYE ALLEN |
| 954 | REILEY HANSEN |
| 955 | REMY REVEYOSO |
| 956 | RENEE BAMES |
| 957 | REUBEN RILEY |
| 958 | RHEMA JOSEY |

| | |
|---|---|
| 959 | RHONDA KEAY |
| 960 | RICARDO GARCIA |
| 961 | RICARDO JOSE RIVERA MATOS |
| 962 | RICHARD BLANTON |
| 963 | RICHARD BREWSTER |
| 964 | RICHARD JOHN HARRIS |
| 965 | RICHARD LEE |
| 966 | RICHARD MEISTER |
| 967 | RICHARD MEJIA |
| 968 | RICKEY MICHAEL ROACH |
| 969 | RITA KELLER |
| 970 | RITA R KEY |
| 971 | ROANNA OSSEGE |
| 972 | ROB ASPERHEIM |
| 973 | ROBERT AGUELI |
| 974 | ROBERT BLAKE CARTER |
| 975 | ROBERT DEAN FOLKER |
| 976 | ROBERT FENNELL |
| 977 | ROBERT NICHOLAS BOZICK |
| 978 | ROBERTA BROWN |
| 979 | ROBIN LEE HESTIR |
| 980 | ROCHELLE MOORE |
| 981 | ROCHELLE SAULSBERRY |
| 982 | RODNEY HINTON |
| 983 | ROMAN RAKHIMOV |
| 984 | RON SANTISTEBAN |
| 985 | RONALD BARNETT |
| 986 | ROSANNA WILCOX |
| 987 | ROSE BAUMAN |
| 988 | ROSEMARIE SIQUEIROS |
| 989 | ROSS JUUL |
| 990 | RUWTH DERRICK |
| 991 | RYAB OLIVER EMGE |
| 992 | RYAN ALLEN CLELAND |
| 993 | RYAN CAGNEY |
| 994 | RYAN CREECY |
| 995 | RYAN DOSHIER |
| 996 | RYAN DOUGLAS HARRISON |
| 997 | RYAN EDWARD HARRISON |
| 998 | RYAN ELLIS MATHIS |
| 999 | RYAN GAVIN |
| 1000 | RYAN LEE MEIER |
| 1001 | RYAN LUBY |
| 1002 | RYAN WILLIAM RIEBOLDT |

| | |
|---|---|
| 1003 | RYDER JAMES |
| 1004 | SABELA D SUMEIIIN |
| 1005 | SABRINA BAXTER |
| 1006 | SABRINA HOOD |
| 1007 | SABRINA KINSLOW |
| 1008 | SAFIYA SATCHER |
| 1009 | SAGE WYSOCKI |
| 1010 | SAIRA MUELLER |
| 1011 | SALAHEDDIN AHMADI |
| 1012 | SALIM KADDOURA |
| 1013 | SAMANTHA INKSTER |
| 1014 | SAMANTHA MARIE SHOWALTER |
| 1015 | SAMRI THOMPSON |
| 1016 | SANDOR VILLALTA |
| 1017 | SANDY MILLER |
| 1018 | SANQUENETTA MAINES |
| 1019 | SARA BEATTY |
| 1020 | SARA ROYER |
| 1021 | SARAH DOUSE |
| 1022 | SARAH FLEMING |
| 1023 | SASHA GROSSI |
| 1024 | SASHA HOGAN |
| 1025 | SAUL ABOUDI |
| 1026 | SCOTT WARREN |
| 1027 | SCOTT WEEKS |
| 1028 | SEAN LEONARD |
| 1029 | SEAN MURTAGH |
| 1030 | SEAN THOMAS |
| 1031 | SEANERIA BRUCE |
| 1032 | SERGIO JIMENEZ |
| 1033 | SERGIO RAZO |
| 1034 | SETH FREEDMAN |
| 1035 | SETH MARC GAINSBURG |
| 1036 | SETH ROCA |
| 1037 | SHACORSEIA LEWIS |
| 1038 | SHALESE HEARD |
| 1039 | SHANA NICOLE TURNER |
| 1040 | SHANDRA HINTON |
| 1041 | SHANICE BENJAMIN |
| 1042 | SHANICE ISSAC |
| 1043 | SHANITA MARIA JOHNSON |
| 1044 | SHANNON CHRISTIAN |
| 1045 | SHANNON SAIKALY |
| 1046 | SHANNON SUBLETT |

| | |
|---|---|
| 1047 | SHANNON WILKINS |
| 1048 | SHANTELL ROBINSON |
| 1049 | SHANTELL S KNIGHTON |
| 1050 | SHARAY-NICHOLE MCGHEE |
| 1051 | SHARE MCKNIGHT |
| 1052 | SHAREE UDOJI |
| 1053 | SHAROL FOSSE |
| 1054 | SHARONDA PIPKINS |
| 1055 | SHARONDA WATTS |
| 1056 | SHAUNDREA BOULDEN |
| 1057 | SHAVONA HOOKS |
| 1058 | SHAWN RAMBO |
| 1059 | SHAWNTA MITCHELL |
| 1060 | SHEILA KAY SANFORD |
| 1061 | SHEILA PARKER-CLARKE |
| 1062 | SHEILA WALDMAN |
| 1063 | SHELBY CHRISTIE |
| 1064 | SHELBY EGGEN |
| 1065 | SHERISE KENYATA CHARLES |
| 1066 | SHERRI LEWIS |
| 1067 | SHERRY DAHL |
| 1068 | SHERYL MCCARTY |
| 1069 | SHEWN TEETER |
| 1070 | SHIRLEY JEFFERSON-BIRCH |
| 1071 | SHON ALEXANDRA WALKER |
| 1072 | SHOSHANA CABRAL |
| 1073 | SHOWNI ANDERSON |
| 1074 | SIDHI GOSAIN |
| 1075 | SIMON BLINT |
| 1076 | SIMON RHEIN |
| 1077 | SKYLER MOHR |
| 1078 | SONIA NOELLE JAMES |
| 1079 | SONYA SUNSHINE PARK |
| 1080 | SOREN SORENSEN |
| 1081 | STACEY KHIA BRANCH |
| 1082 | STACY POWER |
| 1083 | STANLEY BENDER |
| 1084 | STANTON REECY |
| 1085 | STEPHANIE COLLINS |
| 1086 | STEPHANIE JENNIFER FLORENO |
| 1087 | STEPHANIE N POTTER |
| 1088 | STEPHANIE RUTH HOBACK |
| 1089 | STEPHANIE SPANN |
| 1090 | STEPHEN DIEDRICH MCCOOL |

| | |
|---|---|
| 1091 | STEPHEN J DEDEAUX |
| 1092 | STEPHEN JAMES DAVIS |
| 1093 | STEPHEN MIDDLEBROOKS |
| 1094 | STEPHEN PROSSER |
| 1095 | STEPHEN T MUNOZ |
| 1096 | STEVEN GETMAN |
| 1097 | STEVEN JACOB BRUCKNER |
| 1098 | STEVEN SLIGH |
| 1099 | STEVEN STEHNACH |
| 1100 | STEWART MABRITO |
| 1101 | SUSAN R ROSS |
| 1102 | SUSAN RATTERREE |
| 1103 | SYDNEY PARDEE |
| 1104 | SYKINA MARIA JACOBUS |
| 1105 | SYLVESTER PETER BARZEY |
| 1106 | TAAVON PEEPLES |
| 1107 | TAE YOON KIM |
| 1108 | TAJ MATHEW |
| 1109 | TAJ SCHAKEL |
| 1110 | TAMARA CONTRERAS |
| 1111 | TAMARA MUSENGE |
| 1112 | TAMIRA DAVIS |
| 1113 | TANESHA FOSTER |
| 1114 | TANMAY PYDISETTI |
| 1115 | TANYETTA SIMS |
| 1116 | TARA DUNPHY |
| 1117 | TASHEENA BLACKWELL |
| 1118 | TATIA SANCHEZ |
| 1119 | TATIANA THORPE |
| 1120 | TATSUYA SUZUKI |
| 1121 | TAUREAN JEAN BOOKER |
| 1122 | TEGAN JONES |
| 1123 | TERENCIA TURNER |
| 1124 | TERESA DOUGLAS |
| 1125 | TERRI M MACKAY |
| 1126 | TERRI STATON |
| 1127 | TERRY BELL |
| 1128 | TERRY WIMBERLEY |
| 1129 | TEVIAN HOLMES |
| 1130 | THOMAS FREDRICK BILLINGS |
| 1131 | THOMAS HUBBARD |
| 1132 | THOMAS KENYON |
| 1133 | THOMAS LINNAN |
| 1134 | THYRIS MALEKA TYLER |

| | |
|---|---|
| 1135 | TIA WILLIAMS |
| 1136 | TIFFANY HAMPTON |
| 1137 | TIFFANY NEAL |
| 1138 | TIFFANY NICOLE WALLER |
| 1139 | TIFFANY ROBINSON |
| 1140 | TIFFINEE LAND |
| 1141 | TIMKA WILBURN |
| 1142 | TIMMY PAUL FINCHAM |
| 1143 | TIMOTHY HORTON |
| 1144 | TIMOTHY MONTEQUIN |
| 1145 | TIMOTHY POWE |
| 1146 | TIMOTHY TALLEY |
| 1147 | TINA MARIE BRANDLEN |
| 1148 | TINA SWAIN |
| 1149 | TINISHIA PRICE |
| 1150 | TOBIAS LATIM MATUS-BOND |
| 1151 | TOI SMITH |
| 1152 | TOM BORCHERT |
| 1153 | TOMMY CARSTARPHEN |
| 1154 | TONIA BELL |
| 1155 | TONYA L THOMAS |
| 1156 | TORRANCE CARVER |
| 1157 | TORREY COOK |
| 1158 | TRACI ADAMS |
| 1159 | TRACY HENRY |
| 1160 | TRAVELLA WILLIAMS |
| 1161 | TRAVIS MICHAEI MCLAIN VALDERRAMA |
| 1162 | TRAVIS SADLER |
| 1163 | TRAVIS SHOEMAKER |
| 1164 | TRENAE LONETTI |
| 1165 | TRENTON KIRKSEY |
| 1166 | TREVOR DOIRON |
| 1167 | TREVOR DUPRE |
| 1168 | TREVOR MEGILL |
| 1169 | TREVOR REAVES |
| 1170 | TRICIA NICOLE ALLEN |
| 1171 | TRINA ROBERTS |
| 1172 | TRUEDICIA TAYLOR |
| 1173 | TSEGAKIDUS BARDE |
| 1174 | TWINDA BROWN |
| 1175 | TYLER JOHNSON |
| 1176 | TYLER MILLER |
| 1177 | TYRA IRESA LADNER |
| 1178 | VALENTINE VALDMAN |

| | |
|---|---|
| 1179 | VALERI SILVA |
| 1180 | VALERIE ROSE HENDERSON |
| 1181 | VANESSA KENNEDY |
| 1182 | VANESSA SCULL |
| 1183 | VERONICA ANNE MORIN |
| 1184 | VERONICA JONES |
| 1185 | VERONICA ROITBERG |
| 1186 | VERONICA SANDERS |
| 1187 | VICTOREA M SMITH |
| 1188 | VICTORIA COTTON |
| 1189 | VINCENT DELAURENTIS |
| 1190 | VINCENT SIKORA-MURZI |
| 1191 | VIPAN KUMAR |
| 1192 | VISHAL SHAH |
| 1193 | WENDY NEWMAN-GIVANS |
| 1194 | WILFREDA WALLER |
| 1195 | WILL JONES |
| 1196 | WILL ROGERS HELTON |
| 1197 | WILLDEETA LOVETA HAYDEN |
| 1198 | WILLIAM COMAGHIE |
| 1199 | WILLIAM GWIN |
| 1200 | WILLIAM LI |
| 1201 | WILLIAM MARCUS GORDON |
| 1202 | WILLIAM WOZNICKI |
| 1203 | WILLIE CARTER |
| 1204 | WILLIS JOHNSON |
| 1205 | WYKERIA FANN |
| 1206 | XIAOWEI YU |
| 1207 | YAMIKO SHIELDS |
| 1208 | YANG WENG |
| 1209 | YARIELA BRADFORD |
| 1210 | YAYLIN LOVELACE |
| 1211 | YEMAYA RICH |
| 1212 | YESENIA FERREIRA |
| 1213 | YLHAM JORAYEV |
| 1214 | YODIT BERU |
| 1215 | YOLANDA REID |
| 1216 | YONATAN KLEIN SPENCER |
| 1217 | YOUSEF MAGGY |
| 1218 | YUTONG ZHAO |
| 1219 | YVONNE BENNETT |
| 1220 | YVONNE RICHARDSON |
| 1221 | ZACHARY AMMERMAN |
| 1222 | ZACHARY BRANDON STRAUSBERG CLOUD |

| | |
|---|---|
| 1223 | ZACHARY DEHENES |
| 1224 | ZACHARY LANE |
| 1225 | ZACHARY MORGAN |
| 1226 | ZACHARY PEEK |
| 1227 | ZAKIYA HILL |
| 1228 | ZANETA MAHONEY |
| 1229 | ZEFANG TANG |
| 1230 | ZENIA BOYD DOGARA |