# Exhibit B

ANGEION GROUP
Writing the Rules

In re RealPage, Inc., Rental Software Antitrust Litigation (No. II)
Timely Requests for Exclusion, Missing Proof of Membership

| | NAME |
|---|---|
| 1 | ABIGAIL TIJANI |
| 2 | ADAM FRIEDMAN |
| 3 | ADAM TROY |
| 4 | ADAM TROY |
| 5 | ADEM YAZAR |
| 6 | ADITYA KANAKASABAPATHY |
| 7 | AISHA KNIGHT |
| 8 | AMANDA AGBAHOR |
| 9 | AMANDA DURANT |
| 10 | AMINATOU NDIAYE |
| 11 | AMRA KING |
| 12 | AMY COBB |
| 13 | AMY DZIADASZEK |
| 14 | AMY STURZ |
| 15 | ANDREA BARREIRO |
| 16 | ANDREA CAMILLE CALVIN |
| 17 | ANDREA DENISE JACKSON |
| 18 | ANDRES GONZALEZ |
| 19 | ANGELA CHRISTINE GARCIA |
| 20 | ANGELA HEDGEPETH |
| 21 | ANSLEY KAY WILLIAMS |
| 22 | ANTHONY SORBERA |
| 23 | ANUILAGI NGUYEN |
| 24 | ARIA GAYDEN-LOUIS |
| 25 | ARTURO HERNANDEZ |
| 26 | ASHANTII TYLER |
| 27 | ASHLEY WEBSTER |
| 28 | BAKER YOUNG |
| 29 | BENJAMIN BRANDT |
| 30 | BENJAMIN GORDON |
| 31 | BLANCA HERRERA |
| 32 | BONNIE WAYMAN |
| 33 | BRADLEY SWANSON |

| | |
|---|---|
| 34 | BREANNA ARMSTRONG |
| 35 | BRENDAN MHYRE |
| 36 | BRIAN CONRAD SMITH |
| 37 | BRIANA MARTINEZ |
| 38 | BRIDGETTE BENTLEY |
| 39 | BRYAN BAILEY |
| 40 | CADENCE DOYLE |
| 41 | CALOB PEOPLES |
| 42 | CARA SCHIAVONE |
| 43 | CARRINGTON GRIGLEY |
| 44 | CASSANDRA KIRKSEY |
| 45 | CATHERINE LISA COCHRAN |
| 46 | CECILIA PORTER |
| 47 | CHANNYEL ANDERSON |
| 48 | CHARLES GALES |
| 49 | CHELSEA MORRELL |
| 50 | CHELSEA SMITH |
| 51 | CHICOLLA BERRY |
| 52 | CHRIS DAVIS |
| 53 | CHRISTOPHER J. HAMMOND |
| 54 | CHRISTOPHER PARKER |
| 55 | CLARE ERACLEOUS |
| 56 | CLIFTON LEON KEEN |
| 57 | COLEEN FOX |
| 58 | CYNTHIA ANN SPOONER |
| 59 | DAIANA RIVERA |
| 60 | DANIEL MYERS |
| 61 | DANIEL WEBER |
| 62 | DANIELLE ISBELL |
| 63 | DANITRA MARSH |
| 64 | DANNY NGUYEN |
| 65 | DAVID CHAPMAN |
| 66 | DAWN WALKER |
| 67 | DEIRDRE FITZPATRICK |
| 68 | DELISA MCINTOSH |
| 69 | DENISE LOPEZ |
| 70 | DENISE PRICE |
| 71 | DEONICA CULBERSON |
| 72 | DEREK BOWERS |
| 73 | DEVIN STOKES |
| 74 | DIONNDRA THACKER |
| 75 | DOMANI REID |
| 76 | DOMONIQUE FLETCHER |
| 77 | EDDIE TENISON |

| | |
|---|---|
| 78 | EDWARD MICHAEL QUARANTILLO |
| 79 | ELAINE PRESLEY |
| 80 | ELIZABETH LAMBERT |
| 81 | ERIC FONTENOT |
| 82 | ERIC VANCE |
| 83 | EUGENE LOYD |
| 84 | EVAN HOFFMAN |
| 85 | EVREN CAKIR |
| 86 | FALISHA HANSON |
| 87 | FAN HE |
| 88 | FELICIA KENT |
| 89 | FLOYD JOHNSON |
| 90 | GABRIELLE IBRAHIM |
| 91 | GAYBRELLA COSEY |
| 92 | GEORGEANNA FELDER |
| 93 | GRANVILLE JENKINS |
| 94 | GREGORY DAVID SMITH |
| 95 | GREGORY HEMMING |
| 96 | HEAVYN WILLIS |
| 97 | HEIDI YANICE MATOSGALICIA |
| 98 | HOJOONG JUN |
| 99 | IAN MACDONALD |
| 100 | IRSA PADILLA |
| 101 | JACQUELINE MOLOSKY |
| 102 | JAMES HINES |
| 103 | JAMIE CORREALE |
| 104 | JARED ANWAR |
| 105 | JARED TREGRE |
| 106 | JASON LENOX |
| 107 | JENICA SULLIVAN |
| 108 | JENNIFER SIMON |
| 109 | JESSE GOODMAN |
| 110 | JOELLE DAVIS |
| 111 | JOHN ACOSTA |
| 112 | JOHN CALDERON JR |
| 113 | JOHN JORDAN |
| 114 | JONATHAN CINTRON |
| 115 | JOSHUA COOK |
| 116 | JOSHUA SHELLEY |
| 117 | JOSHUA SHRESTHA |
| 118 | JOY HALSTEAD |
| 119 | JUANESHA D KNOTT |
| 120 | JULIAN GUZMAN |
| 121 | JULIETTE COWALL |

| | |
|---|---|
| 122 | JUSTIN GHIRARDI |
| 123 | JUSTIN PETER DIFFENDERFER |
| 124 | JUSTIN WOJSLAW |
| 125 | KAREN SHELTON |
| 126 | KATHY GOULD |
| 127 | KATIE LEE ROBERTS |
| 128 | KAVIA HUTTO |
| 129 | KENDRA LADUE |
| 130 | KENNETH LONG |
| 131 | KENSEY WALKER |
| 132 | KEVIN CATO |
| 133 | KEVON LOCTOR |
| 134 | KIMBERLY LEONARD |
| 135 | KRISTEN CHANEL SMITH |
| 136 | LAKESHIA L MCNULTY |
| 137 | LAURA ANN WILLIAMS |
| 138 | LAURA WILLIAMS |
| 139 | LEROY DAVIS |
| 140 | LINISHA MILLS |
| 141 | LOUISE JACQUELINE MCDONOUGH |
| 142 | MALCOM STANLEY |
| 143 | MARCEL ROSADO |
| 144 | MARJORIE KOUNS |
| 145 | MARK MCGAW |
| 146 | MARNETTA JOHNSON |
| 147 | MATTHEW DREW |
| 148 | MATTHEW HABER |
| 149 | MATTHEW JOHN OLIVERI |
| 150 | MATTHEW OLIVERI |
| 151 | MAURICE MOORE |
| 152 | MELANIE FOX |
| 153 | MICAH JOHNSON |
| 154 | MICHAEL DAVID MOODY |
| 155 | MICHAEL REBORN SHEPHERD |
| 156 | MICHAEL YANG |
| 157 | MICHELLE HEIGELMANN |
| 158 | MIKE LE |
| 159 | MILFORD INGRAM |
| 160 | MILTON CANCEL |
| 161 | MONIQUE OVERSTREET |
| 162 | MUHAMMAD ZAIDI |
| 163 | NADIIA BONILLA |
| 164 | NATHAN BERNHARD |
| 165 | NEIL REDDY |

| | |
|---|---|
| 166 | NELLA DEMURE |
| 167 | NORA ALVAREZ |
| 168 | OLAOLU WINFUNKE |
| 169 | OLIVER MOLINI |
| 170 | OLIVIA ONEAL |
| 171 | OPAL GLOVER |
| 172 | OWEN MICHAEL FENNER |
| 173 | PATRICIA JAGODZINSKI |
| 174 | PAUL TIJANI |
| 175 | PETER THOMAS RAGLAND BERNHARDT |
| 176 | PETER TIJANI |
| 177 | PHILLIP KLAPPERICH |
| 178 | RACQUEL ORTIZ |
| 179 | REGAN ALLEN KARLEWICZ |
| 180 | RICARDO RODRIGUEZ |
| 181 | RICHARD CRANE |
| 182 | RITA HELTON-CLEMENT |
| 183 | ROBERT BLECKMAN |
| 184 | ROBERT F SHERRELL |
| 185 | ROBERT IONES |
| 186 | ROBERT LUERA |
| 187 | ROBERT SCHEIB |
| 188 | ROSLYN BROWN |
| 189 | RUBY LEE TAYLOR |
| 190 | RYAN YEE |
| 191 | SALVADOR OUEDRAOGO |
| 192 | SALYENA RAVAE MCCLIGGOTT |
| 193 | SAMANTHA DECKER |
| 194 | SAMIYAH SACHIEL ORSINI |
| 195 | SCOTT LINHART |
| 196 | SHAE BERGHOEFER |
| 197 | SHANICE RENEE HICKS |
| 198 | SHARONDA WEAVER |
| 199 | SHAUN POLLENZ |
| 200 | SHEILA BROWN |
| 201 | SHERRY SILLER |
| 202 | SHRINAL PATEL |
| 203 | STEPHAN ROBERTS |
| 204 | STEPHANIE R SALLIE |
| 205 | STEVEN CALHOUN |
| 206 | SYDNEE SULLIVAN |
| 207 | TALESHIA TURNER |
| 208 | TAMEKA HAUSER |
| 209 | TAMISHA MINNIFIELD |

| | |
|---|---|
| 210 | TAYLOR ACKERMAN |
| 211 | TAYLOR ZAK |
| 212 | TEAH POLK |
| 213 | TEOFILA PALOMINO |
| 214 | TERRIN SAMPEY |
| 215 | THOMAS BRUCE GOODMAN |
| 216 | THOMAS CRITELLI |
| 217 | THOMAS RICHARDSON |
| 218 | TIMOTHY WATT |
| 219 | TOM MOURGOS |
| 220 | TONI KIRBY |
| 221 | TYLER DEBRINO |
| 222 | TYNEKA BOLTON |
| 223 | UZODINMA UGOALA |
| 224 | VANIA KEENER |
| 225 | VANSH GAMBHIR |
| 226 | VICKI SHAVELL JONES |
| 227 | VINCE URBAN |
| 228 | VIRGINIA GARCIA |
| 229 | YAREK RIVERS |
| 230 | ZACHARY WALKER |
| 231 | ZAHIN SARWAR |
| 232 | ZENOBIA WHITE |
| 233 | ZSANTEL WILLIS |

In re RealPage, Inc., Rental Software Antitrust Litigation (No. II)
*Late Requests for Exclusion, Validated

| | NAME | DATE RECEIVED (LATE) |
|---|---|---|
| 1 | *JAMES SAUNDERS | 9/25/2026 |
| 2 | *MICHAEL LIEBMAN | 9/25/2026 |
| 3 | *GENEVIEVE MIRANDA | 9/28/2026 |