**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) ) ) ) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**JURY DEMAND**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**ALL CASES** |

# <u>GROUP 3</u>
# <u>REQUESTS FOR LEAVE TO OPT OUT OF PROPOSED SETTLEMENT</u>