**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**Hon. Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**ALL CASES** |

# [PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT

This matter came before the Court for a Fairness Hearing on October 15, 2026, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, on Plaintiffs' Motion for Final Approval of Settlements (the "Motion").[1] The Court has considered the Motion and accompanying Memorandum of Law, the Settlement Agreements and amendments thereto, the supporting declarations, the record in this Action, the objections, and the arguments of counsel presented at the Fairness Hearing. Capitalized terms not otherwise defined in this Order and Judgment have the meanings ascribed to them in the respective Settlement Agreements.

The Court previously granted preliminary approval to the Set 1 Settlements (26 settlements with 27 Settling Defendants, totaling $141,800,000) on November 21, 2025 (Dkt. 1313), and to the Set 2 Settlements (11 settlements with 14 Settling Defendants, totaling $218,125,000) on May 22, 2026 (Dkt. 1406), and adopted a single, uniform Settlement Class definition applicable to all Settling Defendants (Dkt. 1407).[2] Together, the Settlements resolve the claims against 41 Settling Defendants for $359,925,000 in cash, together with cooperation and other non-monetary relief.[3]

---

[1] Plaintiffs are Jason Goldman, Jeffrey Weaver, Billie Jo White, Brandon Watters, Priscilla Parker, Patrick Parker, Barry Amar-Hoover, Joshua Kabisch, Meghan Cherry, and Maya Haynes.

[2] The Set One Settlement Agreements are attached as Exhibits A-1 through A-26 to the Joint Declaration of Interim Co-Lead & Liaison Counsel in Support of Preliminary Approval. Dkt. 1250. The Set 2 Settlements are attached as Exhibits A-27 through A-37 to the Joint Declaration of Interim Co-Lead Counsel in Support of Second Set of Class Settlements. Dkt. 1398.

[3] Settling Defendants are: Allied Orion Group, LLC; Apartment Income REIT Corp., d/b/a AIR Communities; Avenue5 Residential, LLC; Bell Partners, Inc.; BH Management Services, LLC; Bozzuto Management Co.; Brookfield Properties Multifamily LLC; Camden Property Trust; CH Real Estate Services, LLC; CONAM Management Corp.; Cortland Management, LLC; Crow Holdings, LP, and Trammel Crow Residential Co.; CWS Apartment Homes LLC; ECI Group, Inc.; Equity Residential; First Communities Management, Inc.; FPI Management, Inc.; Greystar Management Services, LLC; Highmark Residential, LLC; Kairoi Management, LLC; Knightvest Residential; Lantower Luxury Living, LLC; Mid-America Apartment Communities, Inc., and Mid-America Apartments, L.P.; Mission Rock Residential, LLC; Pinnacle Property Management Services, LLC; Prometheus Real Estate Group, Inc.; The Related Companies, L.P., and Related Management Company, L.P.; Rose Associates, Inc.; RPM Living, LLC; Sares Regis Group Commercial, Inc.; Security Properties Residential, LLC; Sherman Associates, Inc.; Simpson Property Group, LLC; Thrive Communities Management, LLC; Willow Bridge Property Co.

The Court, having found that due and adequate notice was given to the Settlement Class, and good cause appearing, hereby **FINDS** as follows:

**1. Jurisdiction.** The Court has subject-matter jurisdiction over this Action and, for purposes of the Settlements, personal jurisdiction over all Parties, including each Settlement Class Member, and over the Settling Defendants for purposes of their compliance with and performance of their obligations under the Settlement Agreements.

**2. Incorporation of the Settlement Agreements.** The Settlement Agreements, including the definitions of the terms used therein, are incorporated by reference as though fully set forth herein. This Order and Judgment gives effect to the releases, dismissals, and other terms of each Settlement Agreement according to that Agreement's own terms.

**3. Final Certification of the Settlement Class — Rule 23(a).** For settlement purposes only, and confirming the certification granted at preliminary approval (Dkts. 1313, 1406, 1407), the Court finds that the requirements of Rule 23(a) are satisfied: (a) the Settlement Class, which comprises millions of renters nationwide, is so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the Settlement Class, including whether Defendants combined or conspired to fix, raise, stabilize, or maintain multifamily rents through RealPage's revenue-management software, *see Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 359 (2011); *In re Am. Med. Sys., Inc.*, 75 F.3d 1069, 1080 (6th Cir. 1996); (c) the claims of the named Plaintiffs are typical of the claims of the Settlement Class, as they arise from the same alleged course of conduct and rest on the same legal theories, *see Hosp. Auth. of Metro. Gov't of Nashville and Davidson Cnty. v. Momenta Pharms., Inc.*, 333 F.R.D. 390, 404 (M.D. Tenn. 2019);

(formerly Lincoln Property Co.); Windsor Property Management Co.; WinnCompanies LLC, WR GP, LLC, and WinnResidential Manager Corp.

and (d) the named Plaintiffs and Plaintiffs' Counsel have fairly and adequately represented and protected the interests of the Settlement Class, *see Beattie v. CenturyTel, Inc.*, 511 F.3d 554, 562-63 (6th Cir. 2007).

**4. Final Certification of the Settlement Class — Rule 23(b)(3).** For settlement purposes only, the Court further finds that the requirements of Rule 23(b)(3) are satisfied: questions of law and fact common to the Settlement Class predominate over any questions affecting only individual members, because the existence and scope of the alleged conspiracy, antitrust impact, and damages are susceptible to common proof, *see Amchem Prods., Inc. v. Windsor*, 521 U.S. 591, 625 (1997); *In re Scrap Metal Antitrust Litig.*, 527 F.3d 517, 535 (6th Cir. 2008); and a class action is superior to other available methods for the fair and efficient adjudication of the controversy. Because the Settlement Class is certified for settlement purposes only, the Court need not consider the manageability concerns that would attend a litigation class. *Amchem*, 521 U.S. at 620.

**5. The Settlement Class.** The Court certifies the following Settlement Class, for settlement purposes only, as previously defined by the Court's uniform Settlement Class definition (Dkt. 1407):

> All persons and entities in the United States and its territories who paid rent on at least one multifamily residential real estate lease directly to any owner, manager and/or owner-operator (including to any division, subsidiary, predecessor, agent or affiliate of any owner, manager and/or owner-operator) on a property subject to a license for RealPage's Revenue Management Solutions, Lease Rent Options ("LRO"), YieldStar ("YS"), and/or AI Revenue Management ("AIRM") ("RealPage's RMS") at any time during the period of October 18, 2018 through November 21, 2025 (the "Settlement Class Period"). Specifically excluded from this Class are Opt-Outs; Defendants; any entity licensing RealPage's RMS, the officers or directors of any entity licensing RealPage's RMS and any entity in which any entity licensing RealPage's RMS has a controlling interest; any affiliate, legal representative, heir or assign of any entity licensing RealPage's RMS; federal, state, or local governments; states and their subdivisions, agencies, and instrumentalities; any judicial officer presiding over this Action and the members of his/her immediate family and judicial staff; and any juror assigned to this Action.

**6. Confirmation of Class Representatives and Class Counsel.** The Court confirms the appointment of the named Plaintiffs as Class Representatives and, pursuant to Rule 23(g), confirms the appointment of Class Counsel who were previously appointed as Interim Co-Lead Counsel by the Court (Dkts. 278, 1068). The Court finds that the Class Representatives and Class Counsel have fairly and adequately represented the Settlement Class in litigating the Action and in negotiating and securing the Settlements, satisfying Rules 23(a)(4) and 23(g).

**7. Notice.** The Court finds that the notice program approved by the Court and implemented by the Court-appointed Settlement Administrator, Angeion Group, LLC: (a) was implemented in accordance with the Court's orders; (b) constituted the best notice practicable under the circumstances, including individual notice by email and first-class mail to all reasonably identifiable Settlement Class Members, supplemented by a media, publication, paid-search, website, and multilingual-hotline campaign; (c) constituted due and sufficient notice of the Settlements, the Plan of Allocation, the separately filed request for fees, expenses, and service awards, and each Class Member's rights to submit a claim, object, request exclusion, or appear; and (d) satisfied the requirements of Rule 23(c)(2)(B), Rule 23(e)(1), and due process. *See Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950); *Gooch v. Life Invs. Ins. Co. of Am.*, 672 F.3d 402, 423 (6th Cir. 2012).

**8. CAFA.** The Court finds that the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715, have been satisfied with respect to the Settlements.

**9. No Relief for Failure to Receive Notice.** A full and fair opportunity has been afforded to Settlement Class Members to participate in the hearing, to object to the Settlements and the Plan of Allocation, and to request exclusion from the Settlement Class. No Settlement Class Member shall be relieved from the terms and conditions of the Settlements, including the

releases, based upon the contention or proof that such Settlement Class Member failed to receive actual or adequate notice.

**10. Objections Overruled.** The Court overrules the objections of Gregory Harris, Megan Snyder, Steven Brody, Joshua Keenan, Ollisha Jones, Nicholas Clemm, Onyinye Jideani, Erika Browne, and Julia Linda Ban.

**11. Exclusions Granted.** The persons identified in Exhibit A are permitted to exclude themselves from the Settlement Class. They are not bound by this Final Order and Judgment and may not make any claim or receive any benefit from the Settlements, whether monetary or otherwise.

**12. Final Approval of the Settlements.** Pursuant to Rule 23(e)(2), the Court finally approves the Settlements set forth in the Settlement Agreements in all respects—including the Settlement Amounts, the releases, and the dismissal with prejudice of the Action as to the Settling Defendants—and finds that the Settlements are, in all respects, fair, reasonable, and adequate to the Settlement Class. Specifically, the Court finds that (a) the Class Representatives and Class Counsel have adequately represented the Settlement Class; (b) the Settlements were negotiated at arm's length, over years of adversarial litigation and with the assistance of two experienced mediators, and are entitled to a presumption against fraud or collusion; (c) the relief provided to the Settlement Class is adequate, taking into account the costs, risks, and delay of trial and appeal and the proposed method of distributing relief and processing claims; and (d) the Settlements treat Settlement Class Members equitably relative to one another. *See* Fed. R. Civ. P. 23(e)(2)(A)-(D).

**13. *UAW* Factors.** The Sixth Circuit's factors confirm that final approval is warranted: the Settlements are the product of arm's-length, non-collusive negotiation; this antitrust MDL against more than 50 Defendants is complex, expensive, and of uncertain and lengthy duration

absent settlement; the Parties engaged in extensive discovery, including the production of approximately 16 million documents and more than 25 terabytes of structured data and 176 depositions; the likelihood of success on the merits was contested and uncertain; experienced Class Counsel and the Class Representatives support the Settlements; the reaction of the Settlement Class has been favorable; and the public interest favors approval. *See Int'l Union, United Auto., Aerospace, and Agric. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007); *In re E. Palestine Train Derailment*, 158 F.4th 704, 713 (6th Cir. 2025).

**14. Dismissal With Prejudice.** The Action and all claims asserted therein against the Settling Defendants are dismissed with prejudice as to the Settling Defendants and, except as expressly provided in the Settlement Agreements, without costs. This dismissal does not affect, release, or impair any claim against any Defendant or alleged co-conspirator that is not a Settling Defendant, all of which claims are expressly reserved.

**15. Binding Effect.** Upon the Effective Date of each Settlement, the terms of that Settlement Agreement and of this Order and Judgment shall be forever binding on the Plaintiffs, the corresponding Settling Defendant, and all Settlement Class Members (regardless of whether any Settlement Class Member submits a Claim Form or obtains a distribution from the Net Settlement Fund), as well as their respective heirs, successors, and assigns.

**16. Release by the Settlement Class.** Upon the Effective Date of each Settlement, and by operation of this Order and Judgment, the Releasors shall be deemed to have fully, finally, and forever released, acquitted, and discharged the Releasees from the Released Claims, as defined in and in accordance with the corresponding Settlement Agreement, whether or not such Releasor submits a Claim Form. The releases include each Releasor's waiver, to the fullest extent permitted by law, of the provisions, rights, and benefits of Section 1542 of the California Civil Code and any

comparable law of any jurisdiction, with respect to the Released Claims, as set forth in the Settlement Agreements.

**17. Release by the Settling Defendants.** Upon the Effective Date of each Settlement, each Settling Defendant shall be deemed to have released Plaintiffs, the Settlement Class Members, and Plaintiffs' Counsel from any and all claims and causes of action arising out of or relating in any way to the institution, prosecution, or settlement of the claims against that Settling Defendant, except for claims relating to the enforcement of the Settlement, all as provided in the corresponding Settlement Agreement.

**18. No Admission; Not Evidence.** Neither this Order and Judgment, nor the Settlement Agreements, nor any negotiations, documents, or proceedings connected with them, shall be: (a) offered or construed as an admission or evidence of any presumption, concession, wrongdoing, or liability by any Releasee, or of the truth of any allegation in the Action; (b) offered or construed as an admission or evidence against any Releasor that any claim lacks merit or that any recovery would not have exceeded the Settlement Amount; or (c) construed as an admission or presumption that the consideration to be given represents the amount that could or would have been recovered after trial; provided, however, that the Settlement Agreements and this Order and Judgment may be filed and used as necessary to effectuate or enforce their terms and to support any defense or counterclaim based on *res judicata*, collateral estoppel, release, good-faith settlement, judgment bar or reduction, or any other theory of claim or issue preclusion. Nothing herein shall affect the application of Federal Rule of Evidence 408.

**19. Certification Without Prejudice; No Precedent.** The Court's certification of the Settlement Class is for settlement purposes only and is without prejudice to, or waiver of, any defense, argument, or position of any Party with respect to any other class in the Action or any

other action, including the right of any Defendant to contest certification of any litigation class. The Court's findings in this Order and Judgment shall have no effect on the Court's ruling on any motion to certify any class in the Action or on any related motion, and no Party may cite or refer to the Court's approval or certification of the Settlement Class as persuasive or binding authority with respect to any such motion.

**20. Other Non-Monetary Relief and Cooperation.** Each Settling Defendant shall perform the non-monetary and cooperation obligations set forth in its Settlement Agreement in accordance with the terms of that Agreement, including, where so provided: (a) restrictions on the sharing and use of nonpublic competitor pricing data and on the use of algorithmic pricing recommendations derived from such data; (b) relief concerning arbitration provisions and class-action waivers, including each Settling Defendant's agreement not to invoke or enforce against Settlement Class Members any such provision with respect to the Released Claims, and/or to forgo or remove such provisions, as and to the extent set forth in that Settlement Agreement; and (c) cooperation obligations, including the production of documents, data, and other information and the making available of witnesses to assist Plaintiffs in the continued prosecution of the Action against the non-settling Defendants. The Court retains jurisdiction to enforce these obligations.

**21. Plan of Allocation.** The Court finds that the Plan of Allocation is fair, reasonable, and adequate, and approves it. The Plan distributes the Net Settlement Fund to Authorized Claimants on a *pro rata* basis according to the rent each paid on a Qualifying Property during the Settlement Class Period, adjusted by the expert-calculated, market-specific overcharge or, in the absence of one, a 2% baseline overcharge, and subject to a $10 minimum distribution, providing a fair and reasonable basis on which to allocate the Net Settlement Fund with due consideration for administrative convenience and necessity. The Settlement Administrator is directed to

administer the Settlements in accordance with the Settlement Agreements and the Plan of Allocation.

**22. Attorneys' Fees, Expenses, and Service Awards.** Plaintiffs' Counsel's applications for an award of attorneys' fees, reimbursement of litigation expenses, a fund for future litigation expenses, and service awards for the named Plaintiffs are addressed by a separate order. Such order shall not affect or delay the finality of this Order and Judgment or the Effective Date of any Settlement.

**23. Rule 11.** The Court finds that, during the course of the Action, the Parties and their respective counsel complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

**24. Modifications.** Without further order of the Court, and without affecting the finality of this Order and Judgment, the Parties to a Settlement may agree in writing to reasonable extensions of time to carry out any provision of that Settlement Agreement, and to non-material amendments, modifications, and expansions of that Settlement Agreement that do not materially alter the rights of the Settlement Class Members, the Releasors, or the Releasees.

**25. Continuing Jurisdiction.** Without affecting the finality of this Order and Judgment, the Court retains exclusive and continuing jurisdiction over: (a) implementation, interpretation, administration, and enforcement of each Settlement Agreement, including any attempt to prosecute, pursue, or maintain any Released Claim; (b) the Settlement Fund, including its investment, allocation, distribution, and disposition, and any interest earned thereon; (c) the applications for attorneys' fees, expenses, and service awards; (d) the Parties, for purposes of construing, enforcing, and administering the Settlements; (e) the Settling Defendants for their

compliance with and performance of their obligations under the Settlement Agreements; and (f) the Settlement Class Members for all matters relating to the Action and the Settlements.

**26. Failure of the Effective Date.** If the Effective Date as to any Settlement does not occur, this Order and Judgment shall be vacated, rendered null and void, and be of no further force or effect as to that Settlement and the corresponding Settling Defendant, without prejudice to any Party, and the Parties to that Settlement shall be restored to their respective litigation positions as provided in the corresponding Settlement Agreement. The vacatur of this Order and Judgment as to one Settlement shall not affect its validity or finality as to any other Settlement.

**27. Entry of Final Judgment; Rule 54(b).** The Court finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay in the entry of this Order and Judgment as to the Settling Defendants, and expressly directs the immediate entry of final judgment dismissing the Action with prejudice as to the Settling Defendants in accordance with this Order and Judgment. The Clerk of the Court is directed to enter this Judgment forthwith.

**IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: ______________________ ________________________________________

HON. WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## Opt Outs

| EXHIBIT A - EXCLUSIONS GRANTED |
|---|
| AARON AARON BURROS |
| AARON DAVID JENKINS |
| AARON FIELDS |
| AARON MADISON |
| AARON POLKEY |
| AARON SMITH SR |
| ABBY KORB |
| ABIGAIL ELIZABETH TOYE |
| ABIGAIL KEENAN |
| ABIGAIL KNOX |
| ABRA JAYNE COLE |
| ADAM JAMES ABRAHAM |
| ADAM JAMES SAKOWSKI |
| ADAM MORROW |
| ADAM ROSS |
| ADEN MCKEAGUE |
| AGNES LONO CRAIG |
| AHMAD LUCKEY |
| AHMAD MAKI |
| AILEEN ELWELL |
| AKUA SHULER |
| ALAN THOMPSON |
| ALAN VONGPHOUTHONG |
| ALBERT D GEORGINO |
| ALBERT YEH |
| ALEC MCCLOSKEY |
| ALEJANDRO FENN |
| ALEJANDRO M DIAZ |
| ALENA CALLAHAN |
| ALESSANDRO CLARK-ANSANI |
| ALEX MICHAEL GUEVARA |
| ALEXA ANTHONY |
| ALEXA MARCUS |
| ALEXA PEYTON |
| ALEXANDER FOSTER |
| ALEXANDER NEWKIRK |
| ALEXANDER RYAN MANNO |
| ALEXANDRA GRIFFIS |
| ALEXANDRA LABOUFF |
| ALEXANDRA LITGEN |
| ALEXANDRIA L DEMELLO |

| |
|---|
| ALEXIS YOUNG |
| ALISA SULLIVAN |
| ALISON YARP |
| ALISSA C NEUFELD |
| ALLISON DAURIO |
| ALLISON REMERS |
| ALYSHA JEAN NOGGLE |
| AMALIA ROSE |
| AMANDA HUMPHREY |
| AMANDA KAYE MORTON |
| AMANDA LIANG |
| AMANDA NICOLE WEBB |
| AMANDA THAMES |
| AMANDA TIJERINA |
| AMANDA WATERS |
| AMANDA WITHERSPOON |
| AMANDINE MUSKUS |
| AMBER LYNN SEALS |
| AMBER MCMILLON |
| AMBREKA SMITH |
| AMELIA GONZALEZ |
| AMELIA NAIK |
| AMERICA GARCIA-CORONADO |
| AMILYN CASTRO |
| AMY LOUISE LOCKHART |
| ANA MARIA BENCOSME |
| ANARI JOHNSON |
| ANDREA N RUSSELL |
| ANDREA NICOLE SCOTT |
| ANDRES FRANZETTI |
| ANDREW ARAGON |
| ANDREW BORIS MAKAROV |
| ANDREW COLIN HOHERTZ |
| ANDREW DONDLINGER |
| ANDREW FLORES |
| ANDREW JACKSON |
| ANDREW REED |
| ANDREW WILLIAMS |
| ANDRIA ESTELLA BLUNT |
| ANDY WANG |
| ANEL GONZALEZ-RUIZ |
| ANGEL ANGELES |

| |
|---|
| ANGEL RIVAS |
| ANGEL WIGGINS |
| ANGELA COOK |
| ANGELA SEWARD |
| ANGELA THOMPSON |
| ANGELA ZABLER |
| ANGELINA BATTLE |
| ANGELLE GROS |
| ANGELO DIMITRI TADDEI |
| ANGIE MICHELLE JAMES |
| ANGILENA DENNARD |
| ANITA CARLETTE BOSTIC |
| ANITA LEE WYATT |
| ANKIT KEDIA |
| ANNA NORGAARD |
| ANNE MARIE DITMORE |
| ANNIE SIMMONS SCOTT |
| ANTHONY BANKS |
| ANTHONY COLES |
| ANTHONY DURDEN |
| ANTHONY WILLIAMS |
| ANTONIO CALBO-JACKSON |
| ANTONIO DONTEE ALIZE GLADDEN |
| ANTONIO SOLORZANO |
| ANTONNE BROUSSARD |
| APRIL M BUTLER |
| APRILMARIE FERRO |
| AQUIL BEY |
| ARESCIA MOORE |
| ARIANE FROIDEVAUX |
| ARIC MORA |
| ARIELLE DELORES TIAMIYU |
| ARTHUR ERNEST ROTHROCK |
| ASHIEY NAIL |
| ASHLEIGH CLEGHOM |
| ASHLEY COLE |
| ASHLEY COLON |
| ASHLEY NICHOLE DRAKE |
| ASHLEY STANLEY |
| ASHLYNN RAY |
| ASIA BETHEL |
| ASIA ZACHARY |

| |
|---|
| ASRON PICHA |
| ATHENA ASKEW |
| AUSTIN HOUSE |
| AUSTIN MICHEL TEMKIN |
| AVANTI REESE |
| AYANA JOHNSON |
| AYANNA BROOKS |
| AYESHA MCDONALD |
| BAMBI STODDART |
| BARBARA ANN ORTIZ |
| BARRY LEVINE |
| BASHI NOIEL |
| BEAU SALANT |
| BELEN BERNAL CONSUEGRA |
| BEN TEICH |
| BENJAMIN BARBA |
| BENJAMIN DUNN |
| BENJAMIN J GINGRAS |
| BENJAMIN JOSEPH JOHNSON |
| BENJAMIN NUSSBAUMER |
| BENJAMIN THOMAS NICHOLS |
| BENJAMIN YAROW |
| BETTE SMITH-DOZIER |
| BEVERLY DAVIS |
| BIAS RODRIGUEZ |
| BLANCA DUENAS |
| BLISS WRIGHT |
| BOBAK MOSHARAF |
| BOGDAN GROMIUK |
| BONITA AUGST |
| BRADFORD REILLY |
| BRADLEY SCOTT BOETTCHER |
| BRANDON BAKER |
| BRANDON BOUNXOU NORRAVONG |
| BRANDON ESPINOSA |
| BRANDON GONZALES |
| BRANDON K PHILLIPS |
| BRANDON LEYNAUD |
| BRANDON STEWART |
| BRANDON T STOKES |
| BRANDON WILLIAMS |
| BREANA ASHLEY STEPHEN |

| |
|---|
| BRENDA PORTER |
| BRENNA DUCHMAN |
| BREONNA LATREES ANTHONY |
| BRIAN ARSENAULT |
| BRIAN GRANT |
| BRIAN HYUN |
| BRIAN JACOBSON |
| BRIAN PRICE |
| BRIANA BELL |
| BRIANA HORROCKS |
| BRIANNA CHARLTON |
| BRIANNA MICHELLE CARMEN |
| BRITTANY EASTERWOOD |
| BRITTANY GARTEN |
| BRITTNEY ANN COUTTS |
| BRITTNEY WELCH |
| BRIYANA ROSADO |
| BROOKE DEALE |
| BRYAN ANDERSON |
| BRYAN PFAIZGRAF |
| BRYAN SMITH |
| CAITLIN ANNE GOULD |
| CALVIN ROUGH |
| CALVIN V SMITH |
| CAMBRA SIMS |
| CAMERON JOHNSON |
| CAMERON-LUC BENNETT DARMSTADT |
| CAMILLE DINGLE |
| CANDACE COOK |
| CANDACE DARAMOLA |
| CANDICE DIPAOLO |
| CARINA GAGGIANI |
| CARL BROWN |
| CARLEIGH MARGARET LENZ |
| CARLOS RUBINSTEIN |
| CARLTON PIERCE |
| CARMICHAEL STANTON JUDGE |
| CAROL OWENS |
| CAROLINA PARRA |
| CAROLINE GARCIA |
| CAROLINE LARACH |
| CAROLINE TRACEY |

| |
|---|
| CAROLYN MARTIN |
| CAROLYN ROSE |
| CARRIE MERCER TYSON |
| CARTER GOLDMAN |
| CASEY RANEY |
| CASSANDRA ELAINE DAIS |
| CATHERINE ELIZABETH BOLEY |
| CATHERINE MENDOZA |
| CATHY CRAFT LATIMER |
| CAVINA WRIGHT |
| CEM GOKMEN |
| CHAD FRANSEN |
| CHAD STEINBERG |
| CHANCEDY PULIIAM |
| CHANTE DOVE |
| CHANZA RICHARDSON |
| CHARLENE TRYON |
| CHARLES FORSTER |
| CHARLES MICHAEL OLSON |
| CHARLES SHOULTZ |
| CHARLES WILLIAM COOPER GREEN |
| CHASE MITCHELL |
| CHELSEA KING |
| CHENAY CORIGLIANO |
| CHERISH KANE |
| CHERMAINE WRIGHT |
| CHERONDA WESLEY |
| CHERYL TURNER |
| CHIAMAKA UZOCHUKWU |
| CHLOE KESSOCK |
| CHLOE KOLMAN |
| CHLOE STEELE |
| CHRIS DINKELMEYER |
| CHRISLEE GIBSON |
| CHRISTIAN ADDEN |
| CHRISTIAN DOPICO |
| CHRISTIAN OLAND |
| CHRISTIAN WATKINS |
| CHRISTINA CHUN |
| CHRISTINA GONZALEZ |
| CHRISTINA LAUREN CHAPMAN |
| CHRISTINE JOHNSON |

| |
|---|
| CHRISTOPH S FISCHBACHER |
| CHRISTOPHER ADAM HEALEY |
| CHRISTOPHER BONHAM |
| CHRISTOPHER CONLEY |
| CHRISTOPHER DICKENS |
| CHRISTOPHER FEMSTROM |
| CHRISTOPHER FOX |
| CHRISTOPHER GALLIGAN |
| CHRISTOPHER HERRERA |
| CHRISTOPHER HONG CHU |
| CHRISTOPHER J PIEGZA |
| CHRISTOPHER JOSEPH DELLAPORTA |
| CHRISTOPHER KELLEHER |
| CHRISTOPHER KULCHER |
| CHRISTOPHER LANE |
| CHRISTOPHER PALUMBO |
| CHRISTOPHER PAUL THORNBURG |
| CHRISTOPHER SHANE MCGILTON |
| CHRISTOPHER THOMAS THORNTON |
| CHRISTOPHER WILLIAM MURPHY |
| CHUKWUNONSO UZOCHUKWU |
| CIARA LAKIA HARRIS |
| CICELY WILLIAMS |
| CINNAMEN DAVIS |
| CLARIE ILESANMI |
| CLAYTON TAYLOR |
| CLIFFORD DALRYMPLE |
| CLIFFORD HOOKS |
| CODY DICKINSON |
| COLIN WESCOTT |
| COLLEEN ANN ANDREWS |
| COLLEEN KERNS |
| COLTON KRAVANEK |
| COLTON WAACK |
| CONNOR BECKERLE |
| CONNOR DANIEL KILKENNY |
| CONNOR JOHN WHEELER |
| CORINNE SARAH MURPHY |
| CORLISS MEREDITH |
| CORNELIA BURR |
| CORY FRYLING |
| CORY LEE BUMS |

| |
|---|
| COURTNEY CHRISTENSON |
| COURTNEY JOHNSON |
| COURTNEY MOORE |
| CRAELLE HINDS |
| CRAIG JASON MILLER |
| CRISTIAN MEJIA |
| CRISTIAN SEVERE GARSKE |
| CRISTINA AMBER MOORE |
| CRISTINA SHEEHAN |
| CRISTOPHER BLUNT |
| CRISTY JENNINGS |
| CRYSTAL HYDE |
| CURTIS REED |
| CYNTHIA BLACK |
| CYNTHIA M TOWNSEND |
| CYNTHIA RENE BARRY |
| DAMIANO CASTOLDI |
| DANA WATKISS |
| DANIEL AUSTIN HOCHSTETLER |
| DANIEL CHRISTOPHER MAUL |
| DANIEL HERNANDEZ |
| DANIEL MCMANAMAN |
| DANIEL SEIDEL |
| DANIEL THOMAS CLAPPER |
| DANIELLA LEON |
| DANIELLE IJEOMA ONYEKWERE |
| DAPHNE DUSHA CROSBY |
| DARRYL BRITT |
| DASHA STANLEY |
| DAUNA DOBBINS |
| DAVID BORJA |
| DAVID BROWN |
| DAVID CAPABLANCA |
| DAVID GREENLEY |
| DAVID JACKEMEYER |
| DAVID JACKSON |
| DAVID JOHN GRASSO |
| DAVID MATTINGLY |
| DAVID RUDMAN |
| DAVID SPIETH |
| DAWAN EVANS |
| DAYNA ANDERSON |

| |
|---|
| DEAN SEGGAY JR |
| DEANDREA COLBERT |
| DEANNE ANGRAND |
| DEBBIE BROWNHILL |
| DEBBIE CULLEN |
| DEBORAH LEON |
| DEBORAH MCCAREY |
| DEIRDRE THOMPSON |
| DELOREAN ARIANNA MAY JOHNSON |
| DENARIUS ALLEN |
| DENISE CIRRONE |
| DENISE ELLINGTON |
| DENISE MARIE NAVARRO |
| DENISE SILVEN |
| DENITA BONILLA |
| DEREK JOHNSON |
| DEREK KHANNA |
| DEREK MICHAEL SHAW |
| DERRICK DAOUST |
| DERRICK LARON GRAY |
| DESDEMONA KUROWSKI |
| DESHIN GRAVES |
| DESIREE TERRAZAS |
| DEVRI MERRYFIELD |
| DIANA CAMOSY |
| DIANA CATO |
| DIANA NITA PATTERSON |
| DIANNA ANTHONY |
| DINA BADAWY |
| DION DOBBINS |
| DION RICHARDSON |
| DOLAN HUNT |
| DOMINIC CAROLAN |
| DOMINICK FERGUSON |
| DON MORRISON |
| DONNA QUALLS |
| DONNA ROLLEN |
| DONOVAN ROBERTS |
| DORIAN SUTTON |
| DOV JAKOB BICKY |
| DOV PREMINGER |
| DREW COHEN |

| |
|---|
| DREW LAWSON |
| DYLAN DEAN ZIMMER |
| EBONY SHAWNESE MOSLEY |
| EDUARDO CARAZO |
| EDWARD FRIEBE |
| EDWARD GUERNSEY |
| EDWARD IBARRA |
| EDWARD ROSS |
| EDWIN BUSBY |
| ELAN BECKER |
| ELENA MURPHY |
| ELIJAH ELEVATE ELI THELUSMA-BEY |
| ELIJAH JORDAN |
| ELIZABETH FONTAINE |
| ELIZABETH KATHLEEN PHILLIPS |
| ELSTON COLEMAN |
| EMILY BAACK |
| EMILY LAUREN BAUMBACH |
| EMMET P CLARK |
| ERIC HARRIS |
| ERIC PAUL HARDING |
| ERIC SPENCER |
| ERIC VAN AUSDAL |
| ERICA FORZANI |
| ERICA NICHOLS |
| ERICA RENE JOHNSON |
| ERICKA WHITE |
| ERIK LEE FAY |
| ERIK PITTI |
| ERIKA ALLEN |
| ERIKA HEADS |
| ERIN BREWSTER |
| ERIN WASILUNAS |
| ERMA HARRISON |
| ESPERANZA GARCIA GONZALEZ |
| ESSENCE FOSTER |
| ESSENSE CARLIS |
| ETHAN LEE |
| EVAN KALIKOW |
| EVAN SCOTT GRANT |
| EVIN BASHER |
| FAITH CARO |

| |
|---|
| FAMOUS VALENTINE |
| FELICIA CHOYCE |
| FIDEL ROMAN |
| FIONA LYNCH |
| FRANCELINA KAGE |
| FRANCISCO HERNANDEZ |
| FRANK CERBONE |
| FREDDA PENNYBAKER |
| FUAD MOBAYED |
| GABRIEL DAVIS |
| GABRIEL LEVIN |
| GABRIELLE MILLER |
| GAIL H JENKINS |
| GAIL JACKSON |
| GARY MAURE OKO |
| GARY THANKS |
| GAVIN EDGERTON |
| GAYLA GRIFFIN |
| GBEMISOLA ADAMS |
| GENE SAN |
| GEOFFREY GOLDWATER |
| GEORGE BENJAMIN MILAM |
| GEORGE BENNETT |
| GERALDINE MCNICHOLAS |
| GERIANNE PEREZ |
| GERRI SAVALA GOLD |
| GHIZLANE GALLIGAN |
| GIAVANNA WHITE |
| GIDEON GLEN KIGGINS BLUM |
| GINA BRADLEY |
| GLENN WASHINGTON |
| GLORIA SIMMONS-ANDERSON |
| GLORIA VTAGLIANO |
| GLORIA WALKER BARONE |
| GLYNDA HENDERSON |
| GREGORY DAVIS |
| GREGORY DAVIS |
| GREGORY J HOLCOMB |
| GREGORY SNYDER |
| GRIFFIN BARRISS |
| GUNNAR HENDERSON |
| GWENDOLYN BAGGETT |

| |
|---|
| HADASSAH MORRIS HENNESSEY |
| HALEY IHMELS |
| HALEY MCENTIRE |
| HALEY SHELBY |
| HALIMA ERBAHI |
| HANNAH SEXTON |
| HAOTIAN SUN |
| HARRIETT KESLER |
| HARRY LENWOOD BROOKS |
| HEATHER DIEHL |
| HEATHER MICHELLE COHEN |
| HELEN HERNANDEZ |
| HELEN TECKLENBURG |
| HEMANTH YALAMANCHILI |
| HENRY ELLISON |
| HENRY WALKER |
| HIAPPICHIA HARPER |
| HIM YEUNG |
| HIRA MIRZA |
| HOPE SAUNDERS |
| HUNTER WYLLIE |
| IAN VAN STRALEN |
| IAN WINSLOW |
| IFRA KHAN |
| IRENE NEMITSAS |
| IRWIN CURTIS AMREIN |
| ISAAC GARON |
| ISAAC NIEDRAUER |
| ISAAC SOMMERS |
| ISABELLA COZZA |
| ISOBEL WILKINSON |
| IVETTE BARRAGAN |
| JACK LOGAN WALKER |
| JACLYN GABRIELLE HERRMANN KANTOR |
| JACOB CHAPMAN |
| JACOB GEORGE |
| JACOB HART |
| JACOB N CAPUTO |
| JACQUELINE MACK |
| JAKE CONNER MOORE |
| JAKUB KEDRA |
| JAMES ANDERSON |

| |
|---|
| JAMES DULLAWAY |
| JAMES FRIESON |
| JAMES G. COFFELT |
| JAMES NICHOLSON |
| JAMES SHULTZ |
| JAMES SILVIA |
| JAMES SMITH |
| JAMI WITKE |
| JAMICKA FRENCH |
| JAMIE JOEYEN-WALDORF |
| JAMIE MICHIKO HAAG |
| JAMIE TAYLOR MONDELLO |
| JAMIKA YOUNGMCIVER |
| JANAE HEADLY |
| JANELLE BATY |
| JANET BUEHLER |
| JANICE SCOTT |
| JARED BROWN |
| JARED EDGERTON |
| JARED RYAN |
| JARRED TOUPS |
| JASMIN HARRIS |
| JASMINE BENNETT |
| JASMINE THOMAS |
| JASON CASTRO |
| JASON CHAPMAN |
| JASON LONG |
| JASON PELUSO |
| JASON RANDOLPH COLEMAN |
| JASON TAMBURELLO |
| JASON WILLIAMS |
| JAY CHRISTOPHER BAUTISTA |
| JAZIREE ZACHARY |
| JEANETTE WARD |
| JEDIDIAH DORDAL |
| JEFFERY B ASHCRAFT |
| JEFFERY CHANEY |
| JEFFREY DOWNING |
| JEFFREY MARK SIIVER |
| JEN CROSS |
| JENLYN BROWN |
| JENNIFER BREEDLOVE |

| |
|---|
| JENNIFER BROWN |
| JENNIFER LYNN GREENE |
| JENNIFER LYNN HUDGENS |
| JENNIFER MARLEE KLADOURIS |
| JENNIFER MARTINEZ |
| JENNY GENTRY |
| JEREMY LONG |
| JEREMY RYAN HERRERA |
| JEREMY WILLIAMS |
| JERRI MOORE |
| JESSE ANTHONY LIMA |
| JESSE LEE GAINOUS |
| JESSE SUN |
| JESSICA ELAINE MCCLELON |
| JESSICA TAYLOR |
| JIHO KIM |
| JILLIAN ZACK |
| JIMMY DALE PAYNE |
| JIMMY MIRANDA |
| JINGWEN ZHANG |
| JINLONG YANG |
| JINNIFER MORRIS |
| JIYI CHOI |
| JOAN LYNCH |
| JOBY CHILDRESS |
| JOE GRIMES |
| JOE MAYALA |
| JOHANNES CHRISTIAAN BUYS |
| JOHN ARTHUR SATTERFIELD |
| JOHN BARRY |
| JOHN MATTHEW HORTON |
| JOHN MEIER |
| JOHN MESERVE |
| JOHN NICHOLAS ZORN |
| JOHN RIEGEL |
| JOHN ROBINSON |
| JOHN SHANNON PETERSON |
| JOHN SPEARS |
| JOHN VARESE |
| JOHNNY HARO |
| JOHNNY WILLIAMS |
| JON COM |

| |
|---|
| JONAH MACKAY |
| JONATHAN FRANKEL |
| JONATHAN HALFON |
| JONATHAN LEANO |
| JONATHAN PAUL CHANIN |
| JONATHAN PAYNE |
| JONATHAN TAN |
| JONTARUIS DAQUAN WELLS |
| JORDAN PAUL FREI |
| JORGE IVAN ROCHA |
| JOSCYNTHIA MASON |
| JOSE TORRES |
| JOSEPH A. WIELEBA |
| JOSEPH AIIOCCO JR |
| JOSEPH ALLBROOKS |
| JOSEPH GAQUIN |
| JOSEPH KAVEH YERARDI |
| JOSEPH PETER ROSE |
| JOSEPH SPEER |
| JOSEPH SUTTER |
| JOSEPH WERIE |
| JOSEPH WILLIAMS |
| JOSEPH WINWOOD |
| JOSHUA GONZALEZ |
| JOSHUA KIM |
| JOY A MARSHALL |
| JOY HENRY |
| JOYCE FORTUNE |
| JUAN DAVID CORTES |
| JUANITA BATES BONDS |
| JULIA BOEVE |
| JULIA ROSE WARD |
| JULIANA LAUREN GALLIOLI |
| JULIE ANGOCO |
| JULIE ANN SHIPP |
| JULIE SPATH |
| JULIE TURNER |
| JULIET DALE |
| JULIUS BUIE |
| JUSTIN GORINSON |
| JUSTIN JACQUES |
| JUSTIN MESHEK |

| |
|---|
| JUSTIN RIVARD |
| JUSTIN SANAK |
| JYELI LEE JUNG |
| KAILA JUSTO |
| KAILEY TAYLOR BOSTIC |
| KAIRA JARVET SMITH |
| KAITLIN CUMMINGS |
| KALEY HALDERMAN |
| KALOB RYAN CARTER |
| KALYAN CHITTURI |
| KAMILLE JOHNSON |
| KANDACE WALKER |
| KANDICE ALISE EUBANKS |
| KANDIS NICOLE MURRAY |
| KANDRIS LASHAE GOBER |
| KAREN MUELLER |
| KARIEE HANSON-CLAYTON |
| KARISSA CHANTELL WILLIAMS |
| KATHARINE WEAVER |
| KATHERINE ANN MCGOVEM |
| KATHERINE HALES |
| KATHERINE MCFADYEN |
| KATHLEEN ALLISON COHEN |
| KATHLEEN LEDFORD |
| KATHLEEN SCHAEDLER |
| KATHRYN ROSS |
| KATIA AMANDA MANNER |
| KATINA LACEY |
| KATRINA BARTON |
| KATYA REED |
| KAYLA BENARD |
| KAYLA HARNECK |
| KAYLA KLING |
| KAYLISA ESTES |
| KECIA PALMER |
| KEEGAN BOEHM |
| KEIRA SANTOCKI |
| KEISHA BARRAGAN |
| KEISHA MORRISEY |
| KELBY MOORE |
| KELLEY MITCHUM |
| KELLY DOUGLAS |

| |
|---|
| KELLY ROCHA |
| KELVIN PAN |
| KEN BLATTMAN |
| KEN BRUMFIELD |
| KEN WOLF |
| KENDRA JASSMANN |
| KENDRA PFEIL |
| KENITA STANLEY |
| KENNETH BROWN |
| KENNETH DARYL STEVENS II |
| KENNETH DAVIS |
| KENNETH LOEWY |
| KENNETHIA THOMPSON |
| KENYA MURRAY |
| KERIN BENNETT |
| KEVIN DAY DUMOUCHELLE |
| KEVIN DUANE INMAN |
| KEVIN FREEMAN |
| KEVIN JONES |
| KEVIN LI |
| KEVIN NICHOLAS KHARKOV |
| KEVIN PURDY |
| KEVIN QUALLS |
| KEVIN SCHOENFELD |
| KEVIN THWAITS |
| KEYANNA THOMAS |
| KHA-IFA MARTIN |
| KHALILAH CLEMENTS |
| KIANA BURSON |
| KIARA QUARLES |
| KIEFIER HUNTER |
| KIEN LAM |
| KIMBER ADAMS |
| KIMBERLY BANKS |
| KIMBERLY GILES |
| KIMBERLY JESN NUTTING |
| KIMBERLY JONES |
| KIMBERLY ROBINSON |
| KIMBERLY ROGERS |
| KIRSTEN KABA |
| KONSTANTIN KOKORIN |
| KRISHNAN VENKITAKRISHNAN |

| |
|---|
| KRISTEN COX |
| KRISTIN OLOSO |
| KRISTINA ROSWITHA THOMPSON |
| KRISTINE KINEL |
| KRISTY BOWLING |
| KRYSTAL ANTHONY MURRAY |
| KYLE DARLING |
| KYLE FISHWICK |
| KYLE SCOTT BERGHOM |
| LA TRICE JOHNSON |
| LAKESHIA PARKER |
| LAKEY HUDSON |
| LAKEYIA PORTER |
| LALASHA REAPER |
| LAMETRA NICOLE WHITE |
| LAMONICA K ANDERSON |
| LAMONTA THOME |
| LANESHA M MITCHELL |
| LANORA WILLIAMS |
| LAPRIEL DYE |
| LARA ROSE JELLEY |
| LARAYSHA HARMON |
| LARRY DURHAM |
| LARRY EDWARD BRUNER |
| LARRY LISH |
| LARS WILJON VOLZ |
| LASHAE DYANDRIA LOPEZ |
| LATOSHIA GARNER |
| LATOYA JACKSON |
| LATOYA PERRY |
| LATRICE COLLIER |
| LATRISHA BAILEY |
| LAURA JANE TACHINE |
| LAURA LEE TINNEY |
| LAUREN CALHOUN |
| LAUREN M GAULT |
| LAUREN SEROKA |
| LAURENCE DOWNING |
| LAURIE ASTERN |
| LAVONTE ROBINSON |
| LAWANDA PARGO |
| LAWRENCE ATKINSON |

| |
|---|
| LAWRENCE JIMENEZ |
| LENISE RICHARDSON |
| LEO SHING |
| LEONARD BUSS |
| LESLIE SHAW |
| LEXI CRABTREE |
| LIANA COENEN |
| LILLIAN SINGH |
| LINDA CHARLES |
| LINDA JONES |
| LINDSAY KUBATZKY |
| LISA KELLER |
| LISA LIANNE ST LOUIS |
| LIZETTA W ERVINS |
| LLOYD LYONS |
| LOGAN LACLAIR |
| LOLITA WILLIAMS |
| LORA KINGSLEY |
| LORING JONES |
| LOSHA JACKSON |
| LOTTIE WATTS |
| LUA AUGUSTIN |
| LUKE JACOB LUCKETT |
| LUKE NOEL |
| LUKE SIMMERS |
| LURENE DIXON |
| LYDIA ALLEN |
| LYDIA ESPINOZA |
| LYLETTE VANN JACKSON |
| LYNN C MULLEN |
| LYNN CRYSTAL |
| LYNNE CASTRO |
| LYPERIOR ZYATIQUE LOVELY |
| MACABEE LEE HORTON |
| MACHELSEA THOMAS |
| MADISON BRUMBAUGH |
| MADISON EIGEL |
| MADISON HALL |
| MAHMOUD NAFISEH |
| MALLARI C BOSQUE |
| MANISH GURUNG |
| MANUEL FIGUEROA |

| |
|---|
| MANYA LANDERS |
| MARA ALYSON |
| MARC CARPENTER |
| MARC GOLDBERG |
| MARCELLA ANN GIBSON |
| MARCUS BASKERVILLE |
| MARCUS CAMMACK |
| MARCUS HAYES |
| MARCUS SIMS |
| MARGARET CONNORS |
| MARGARET HARVEY |
| MARGARET RIDDLING |
| MARIA DANIELS |
| MARIO MOSES |
| MARISA PIZZARELLI |
| MARK BOCHNER |
| MARK LIPSKY |
| MARK MCKELLAR |
| MARK WADE |
| MARKEDA MAXIE |
| MARTENA MATHEWS |
| MARTINE MORAILLE |
| MARY DORAN |
| MARY DOVE |
| MATT HALENZA |
| MATTHEW GERETY |
| MATTHEW JAMES HUDGINS |
| MATTHEW JEANS |
| MATTHEW NIGEL BROOKS |
| MATTHEW ORCHANT |
| MATTHEW RAYMER |
| MAXWELL LITTLE |
| MEGAN FRAGOLA |
| MEGAN J HURT |
| MEIIINDA WHITTEN |
| MEIRY BRODIE |
| MELANIE PETERS |
| MELINDA BELL |
| MELISSA DERESCH |
| MELODIE ROUTE |
| MELODY TAN |
| MELVIN CARTER |

| |
|---|
| MERRITT GARDNER |
| MESSIAH ELOHIM |
| MIA BARROW |
| MIA JA G CONLEY |
| MICHAEL DAVID SIMPSON |
| MICHAEL GARCIA |
| MICHAEL HENSLEY |
| MICHAEL HERBERT |
| MICHAEL L RANSOM |
| MICHAEL LARY |
| MICHAEL LEWIS |
| MICHAEL LOPESCIOLO |
| MICHAEL OLIVEIRA LIBOCK |
| MICHAEL ORMAND |
| MICHAEL PEMN |
| MICHELLE HELTON |
| MICLAEL YOUNG |
| MIGNON XU |
| MIKAILA SINGLETON |
| MIKE MENEZES |
| MILORAD RADONIC |
| MINIKA NICHOLS |
| MISTIE NATOSHA GIBBY |
| MITCHELL LATCH |
| MONA ADKINS |
| MONICA BOWLES |
| MONICA MCMAHON |
| MONICA N GREENE |
| MONIQUE S. SCOTT |
| MONIQUE THOMAS |
| MONTIYA HARRISON |
| MORGAN FLINT |
| MORGAN THOMAS BURROWS |
| MORIAH RIVER HERTZBACH |
| MUPEMBA MUKENDI |
| NAJIA BURT |
| NAKIA WILSON |
| NAKIIA D SMITH |
| NANCY HINOJO |
| NANNETTE FORD |
| NATALIE BOOKER |
| NATASHA CLARY |

| |
|---|
| NATHAN ROGERS |
| NATHAN TYLER DAVIS |
| NATHANIEL WEYMOUTH |
| NIARQUITA BENFORD |
| NICHOLAS BAILEY |
| NICHOLAS BERGER |
| NICHOLAS CELENZA |
| NICHOLAS POLYDEFKIS |
| NICKOLAS RICHMOND |
| NICOLAS ERHARDT |
| NICOLE DANIELLE MORGAN |
| NICOLE KHOSHABA |
| NICOLE KRISTEN LENTINI |
| NICOLE MCGREW |
| NIKEDA MAXIE |
| NIKIYA BING |
| NINA QUIST |
| NISHANT MAGO |
| NOAH HOUCHIN |
| NOAH JAMES HONNEN DENIER |
| NOAH SCHNEIDER |
| OHMNY DANIEL ROMERO |
| OLIVIA FARNSWORTH |
| OREN SMITB |
| OWEN B RILEY |
| OWEN BRAMBLETT |
| PAIGE ABID |
| PAIGE SMOYER |
| PAMELA SCOTT |
| PAMELA SUE BARCLAY |
| PARISH DIVINITY |
| PAT MATTERA |
| PATRICIA J HARTRY |
| PATRICIA SANTAMARIA |
| PATRICK HAN |
| PATRICK HOBAN |
| PATRICK KELLY |
| PAUL EKSTRAND |
| PAUL LONG NGUYEN |
| PAUL RICHARD ROOS |
| PAULA MAYNARD |
| PAYTON COLE MARTIN |

| |
|---|
| PEYTON SMITH |
| PHILIP JETT |
| PHILLIP BYRAM |
| PHYLLIS PINKARD |
| PYRION ASTORII |
| QUINTEN BROWN |
| RABEKA WILSON |
| RACHAEL BARBOUR |
| RACHEL BETH MARTIN |
| RACHEL CAMEY |
| RACHEL GABELMAN |
| RACHEL MANNING |
| RACHEL PARR |
| RAMONA OGAS |
| RAMONE COWERT |
| RANDALL KRACHT |
| RAPHYAL CRAWFORD |
| RASHAUNTAH JACKSON |
| RASHYNDA WHITWORTH |
| RATA ELMORE |
| RAVEN HUDSON |
| RAYMOND BERT |
| RAYMOND GASSERT |
| RAZZEL MENDOZA |
| REANNE ABDER |
| REBECCA BERG |
| REBECCA SCHRAER |
| REBECCA SHEA DIAZ |
| REENA JOI GLAZER |
| REGINA FAYE ALLEN |
| REILEY HANSEN |
| REMY REVEYOSO |
| RENEE BAMES |
| REUBEN RILEY |
| RHEMA JOSEY |
| RHONDA KEAY |
| RICARDO GARCIA |
| RICARDO JOSE RIVERA MATOS |
| RICHARD BLANTON |
| RICHARD BREWSTER |
| RICHARD JOHN HARRIS |
| RICHARD LEE |

| |
|---|
| RICHARD MEISTER |
| RICHARD MEJIA |
| RICKEY MICHAEL ROACH |
| RITA KELLER |
| RITA R KEY |
| ROANNA OSSEGE |
| ROB ASPERHEIM |
| ROBERT AGUELI |
| ROBERT BLAKE CARTER |
| ROBERT DEAN FOLKER |
| ROBERT FENNELL |
| ROBERT NICHOLAS BOZICK |
| ROBERTA BROWN |
| ROBIN LEE HESTIR |
| ROCHELLE MOORE |
| ROCHELLE SAULSBERRY |
| RODNEY HINTON |
| ROMAN RAKHIMOV |
| RON SANTISTEBAN |
| RONALD BARNETT |
| ROSANNA WILCOX |
| ROSE BAUMAN |
| ROSEMARIE SIQUEIROS |
| ROSS JUUL |
| RUWTH DERRICK |
| RYAB OLIVER EMGE |
| RYAN ALLEN CLELAND |
| RYAN CAGNEY |
| RYAN CREECY |
| RYAN DOSHIER |
| RYAN DOUGLAS HARRISON |
| RYAN EDWARD HARRISON |
| RYAN ELLIS MATHIS |
| RYAN GAVIN |
| RYAN LEE MEIER |
| RYAN LUBY |
| RYAN WILLIAM RIEBOLDT |
| RYDER JAMES |
| SABELA D SUMEIIIN |
| SABRINA BAXTER |
| SABRINA HOOD |
| SABRINA KINSLOW |

| |
|---|
| SAFIYA SATCHER |
| SAGE WYSOCKI |
| SAIRA MUELLER |
| SALAHEDDIN AHMADI |
| SALIM KADDOURA |
| SAMANTHA INKSTER |
| SAMANTHA MARIE SHOWALTER |
| SAMRI THOMPSON |
| SANDOR VILLALTA |
| SANDY MILLER |
| SANQUENETTA MAINES |
| SARA BEATTY |
| SARA ROYER |
| SARAH DOUSE |
| SARAH FLEMING |
| SASHA GROSSI |
| SASHA HOGAN |
| SAUL ABOUDI |
| SCOTT WARREN |
| SCOTT WEEKS |
| SEAN LEONARD |
| SEAN MURTAGH |
| SEAN THOMAS |
| SEANERIA BRUCE |
| SERGIO JIMENEZ |
| SERGIO RAZO |
| SETH FREEDMAN |
| SETH MARC GAINSBURG |
| SETH ROCA |
| SHACORSEIA LEWIS |
| SHALESE HEARD |
| SHANA NICOLE TURNER |
| SHANDRA HINTON |
| SHANICE BENJAMIN |
| SHANICE ISSAC |
| SHANITA MARIA JOHNSON |
| SHANNON CHRISTIAN |
| SHANNON SAIKALY |
| SHANNON SUBLETT |
| SHANNON WILKINS |
| SHANTELL ROBINSON |
| SHANTELL S KNIGHTON |

| |
|---|
| SHARAY-NICHOLE MCGHEE |
| SHARE MCKNIGHT |
| SHAREE UDOJI |
| SHAROL FOSSE |
| SHARONDA PIPKINS |
| SHARONDA WATTS |
| SHAUNDREA BOULDEN |
| SHAVONA HOOKS |
| SHAWN RAMBO |
| SHAWNTA MITCHELL |
| SHEILA KAY SANFORD |
| SHEILA PARKER-CLARKE |
| SHEILA WALDMAN |
| SHELBY CHRISTIE |
| SHELBY EGGEN |
| SHERISE KENYATA CHARLES |
| SHERRI LEWIS |
| SHERRY DAHL |
| SHERYL MCCARTY |
| SHEWN TEETER |
| SHIRLEY JEFFERSON-BIRCH |
| SHON ALEXANDRA WALKER |
| SHOSHANA CABRAL |
| SHOWNI ANDERSON |
| SIDHI GOSAIN |
| SIMON BLINT |
| SIMON RHEIN |
| SKYLER MOHR |
| SONIA NOELLE JAMES |
| SONYA SUNSHINE PARK |
| SOREN SORENSEN |
| STACEY KHIA BRANCH |
| STACY POWER |
| STANLEY BENDER |
| STANTON REECY |
| STEPHANIE COLLINS |
| STEPHANIE JENNIFER FLORENO |
| STEPHANIE N POTTER |
| STEPHANIE RUTH HOBACK |
| STEPHANIE SPANN |
| STEPHEN DIEDRICH MCCOOL |
| STEPHEN J DEDEAUX |

| |
|---|
| STEPHEN JAMES DAVIS |
| STEPHEN MIDDLEBROOKS |
| STEPHEN PROSSER |
| STEPHEN T MUNOZ |
| STEVEN GETMAN |
| STEVEN JACOB BRUCKNER |
| STEVEN SLIGH |
| STEVEN STEHNACH |
| STEWART MABRITO |
| SUSAN R ROSS |
| SUSAN RATTERREE |
| SYDNEY PARDEE |
| SYKINA MARIA JACOBUS |
| SYLVESTER PETER BARZEY |
| TAAVON PEEPLES |
| TAE YOON KIM |
| TAJ MATHEW |
| TAJ SCHAKEL |
| TAMARA CONTRERAS |
| TAMARA MUSENGE |
| TAMIRA DAVIS |
| TANESHA FOSTER |
| TANMAY PYDISETTI |
| TANYETTA SIMS |
| TARA DUNPHY |
| TASHEENA BLACKWELL |
| TATIA SANCHEZ |
| TATIANA THORPE |
| TATSUYA SUZUKI |
| TAUREAN JEAN BOOKER |
| TEGAN JONES |
| TERENCIA TURNER |
| TERESA DOUGLAS |
| TERRI M MACKAY |
| TERRI STATON |
| TERRY BELL |
| TERRY WIMBERLEY |
| TEVIAN HOLMES |
| THOMAS FREDRICK BILLINGS |
| THOMAS HUBBARD |
| THOMAS KENYON |
| THOMAS LINNAN |

| |
|---|
| THYRIS MALEKA TYLER |
| TIA WILLIAMS |
| TIFFANY HAMPTON |
| TIFFANY NEAL |
| TIFFANY NICOLE WALLER |
| TIFFANY ROBINSON |
| TIFFINEE LAND |
| TIMKA WILBURN |
| TIMMY PAUL FINCHAM |
| TIMOTHY HORTON |
| TIMOTHY MONTEQUIN |
| TIMOTHY POWE |
| TIMOTHY TALLEY |
| TINA MARIE BRANDLEN |
| TINA SWAIN |
| TINISHIA PRICE |
| TOBIAS LATIM MATUS-BOND |
| TOI SMITH |
| TOM BORCHERT |
| TOMMY CARSTARPHEN |
| TONIA BELL |
| TONYA L THOMAS |
| TORRANCE CARVER |
| TORREY COOK |
| TRACI ADAMS |
| TRACY HENRY |
| TRAVELLA WILLIAMS |
| TRAVIS MICHAEI MCLAIN VALDERRAMA |
| TRAVIS SADLER |
| TRAVIS SHOEMAKER |
| TRENAE LONETTI |
| TRENTON KIRKSEY |
| TREVOR DOIRON |
| TREVOR DUPRE |
| TREVOR MEGILL |
| TREVOR REAVES |
| TRICIA NICOLE ALLEN |
| TRINA ROBERTS |
| TRUEDICIA TAYLOR |
| TSEGAKIDUS BARDE |
| TWINDA BROWN |
| TYLER JOHNSON |

| |
|---|
| TYLER MILLER |
| TYRA IRESA LADNER |
| VALENTINE VALDMAN |
| VALERI SILVA |
| VALERIE ROSE HENDERSON |
| VANESSA KENNEDY |
| VANESSA SCULL |
| VERONICA ANNE MORIN |
| VERONICA JONES |
| VERONICA ROITBERG |
| VERONICA SANDERS |
| VICTOREA M SMITH |
| VICTORIA COTTON |
| VINCENT DELAURENTIS |
| VINCENT SIKORA-MURZI |
| VIPAN KUMAR |
| VISHAL SHAH |
| WENDY NEWMAN-GIVANS |
| WILFREDA WALLER |
| WILL JONES |
| WILL ROGERS HELTON |
| WILLDEETA LOVETA HAYDEN |
| WILLIAM COMAGHIE |
| WILLIAM GWIN |
| WILLIAM LI |
| WILLIAM MARCUS GORDON |
| WILLIAM WOZNICKI |
| WILLIE CARTER |
| WILLIS JOHNSON |
| WYKERIA FANN |
| XIAOWEI YU |
| YAMIKO SHIELDS |
| YANG WENG |
| YARIELA BRADFORD |
| YAYLIN LOVELACE |
| YEMAYA RICH |
| YESENIA FERREIRA |
| YLHAM JORAYEV |
| YODIT BERU |
| YOLANDA REID |
| YONATAN KLEIN SPENCER |
| YOUSEF MAGGY |

| |
|---|
| YUTONG ZHAO |
| YVONNE BENNETT |
| YVONNE RICHARDSON |
| ZACHARY AMMERMAN |
| ZACHARY BRANDON STRAUSBERG CLOUD |
| ZACHARY DEHENES |
| ZACHARY LANE |
| ZACHARY MORGAN |
| ZACHARY PEEK |
| ZAKIYA HILL |
| ZANETA MAHONEY |
| ZEFANG TANG |
| ZENIA BOYD DOGARA |
| ABIGAIL TIJANI |
| ADAM FRIEDMAN |
| ADAM TROY |
| ADAM TROY |
| ADEM YAZAR |
| ADITYA KANAKASABAPATHY |
| AISHA KNIGHT |
| AMANDA AGBAHOR |
| AMANDA DURANT |
| AMINATOU NDIAYE |
| AMRA KING |
| AMY COBB |
| AMY DZIADASZEK |
| AMY STURZ |
| ANDREA BARREIRO |
| ANDREA CAMILLE CALVIN |
| ANDREA DENISE JACKSON |
| ANDRES GONZALEZ |
| ANGELA CHRISTINE GARCIA |
| ANGELA HEDGEPETH |
| ANSLEY KAY WILLIAMS |
| ANTHONY SORBERA |
| ANUILAGI NGUYEN |
| ARIA GAYDEN-LOUIS |
| ARTURO HERNANDEZ |
| ASHANTII TYLER |
| ASHLEY WEBSTER |
| BAKER YOUNG |
| BENJAMIN BRANDT |

| |
|---|
| BENJAMIN GORDON |
| BLANCA HERRERA |
| BONNIE WAYMAN |
| BRADLEY SWANSON |
| BREANNA ARMSTRONG |
| BRENDAN MHYRE |
| BRIAN CONRAD SMITH |
| BRIANA MARTINEZ |
| BRIDGETTE BENTLEY |
| BRYAN BAILEY |
| CADENCE DOYLE |
| CALOB PEOPLES |
| CARA SCHIAVONE |
| CARRINGTON GRIGLEY |
| CASSANDRA KIRKSEY |
| CATHERINE LISA COCHRAN |
| CECILIA PORTER |
| CHANNYEL ANDERSON |
| CHARLES GALES |
| CHELSEA MORRELL |
| CHELSEA SMITH |
| CHICOLLA BERRY |
| CHRIS DAVIS |
| CHRISTOPHER J. HAMMOND |
| CHRISTOPHER PARKER |
| CLARE ERACLEOUS |
| CLIFTON LEON KEEN |
| COLEEN FOX |
| CYNTHIA ANN SPOONER |
| DAIANA RIVERA |
| DANIEL MYERS |
| DANIEL WEBER |
| DANIELLE ISBELL |
| DANITRA MARSH |
| DANNY NGUYEN |
| DAVID CHAPMAN |
| DAWN WALKER |
| DEIRDRE FITZPATRICK |
| DELISA MCINTOSH |
| DENISE LOPEZ |
| DENISE PRICE |
| DEONICA CULBERSON |

| |
|---|
| DEREK BOWERS |
| DEVIN STOKES |
| DIONNDRA THACKER |
| DOMANI REID |
| DOMONIQUE FLETCHER |
| EDDIE TENISON |
| EDWARD MICHAEL QUARANTILLO |
| ELAINE PRESLEY |
| ELIZABETH LAMBERT |
| ERIC FONTENOT |
| ERIC VANCE |
| EUGENE LOYD |
| EVAN HOFFMAN |
| EVREN CAKIR |
| FALISHA HANSON |
| FAN HE |
| FELICIA KENT |
| FLOYD JOHNSON |
| GABRIELLE IBRAHIM |
| GAYBRELLA COSEY |
| GEORGEANNA FELDER |
| GRANVILLE JENKINS |
| GREGORY DAVID SMITH |
| GREGORY HEMMING |
| HEAVYN WILLIS |
| HEIDI YANICE MATOSGALICIA |
| HOJOONG JUN |
| IAN MACDONALD |
| IRSA PADILLA |
| JACQUELINE MOLOSKY |
| JAMES HINES |
| JAMIE CORREALE |
| JARED ANWAR |
| JARED TREGRE |
| JASON LENOX |
| JENICA SULLIVAN |
| JENNIFER SIMON |
| JESSE GOODMAN |
| JOELLE DAVIS |
| JOHN ACOSTA |
| JOHN CALDERON JR |
| JOHN JORDAN |

| |
|---|
| JONATHAN CINTRON |
| JOSHUA COOK |
| JOSHUA SHELLEY |
| JOSHUA SHRESTHA |
| JOY HALSTEAD |
| JUANESHA D KNOTT |
| JULIAN GUZMAN |
| JULIETTE COWALL |
| JUSTIN GHIRARDI |
| JUSTIN PETER DIFFENDERFER |
| JUSTIN WOJSLAW |
| KAREN SHELTON |
| KATHY GOULD |
| KATIE LEE ROBERTS |
| KAVIA HUTTO |
| KENDRA LADUE |
| KENNETH LONG |
| KENSEY WALKER |
| KEVIN CATO |
| KEVON LOCTOR |
| KIMBERLY LEONARD |
| KRISTEN CHANEL SMITH |
| LAKESHIA L MCNULTY |
| LAURA ANN WILLIAMS |
| LAURA WILLIAMS |
| LEROY DAVIS |
| LINISHA MILLS |
| LOUISE JACQUELINE MCDONOUGH |
| MALCOM STANLEY |
| MARCEL ROSADO |
| MARJORIE KOUNS |
| MARK MCGAW |
| MARNETTA JOHNSON |
| MATTHEW DREW |
| MATTHEW HABER |
| MATTHEW JOHN OLIVERI |
| MATTHEW OLIVERI |
| MAURICE MOORE |
| MELANIE FOX |
| MICAH JOHNSON |
| MICHAEL DAVID MOODY |
| MICHAEL REBORN SHEPHERD |

| |
|---|
| MICHAEL YANG |
| MICHELLE HEIGELMANN |
| MIKE LE |
| MILFORD INGRAM |
| MILTON CANCEL |
| MONIQUE OVERSTREET |
| MUHAMMAD ZAIDI |
| NADIIA BONILLA |
| NATHAN BERNHARD |
| NEIL REDDY |
| NELLA DEMURE |
| NORA ALVAREZ |
| OLAOLU WINFUNKE |
| OLIVER MOLINI |
| OLIVIA ONEAL |
| OPAL GLOVER |
| OWEN MICHAEL FENNER |
| PATRICIA JAGODZINSKI |
| PAUL TIJANI |
| PETER THOMAS RAGLAND BERNHARDT |
| PETER TIJANI |
| PHILLIP KLAPPERICH |
| RACQUEL ORTIZ |
| REGAN ALLEN KARLEWICZ |
| RICARDO RODRIGUEZ |
| RICHARD CRANE |
| RITA HELTON-CLEMENT |
| ROBERT BLECKMAN |
| ROBERT F SHERRELL |
| ROBERT IONES |
| ROBERT LUERA |
| ROBERT SCHEIB |
| ROSLYN BROWN |
| RUBY LEE TAYLOR |
| RYAN YEE |
| SALVADOR OUEDRAOGO |
| SALYENA RAVAE MCCLIGGOTT |
| SAMANTHA DECKER |
| SAMIYAH SACHIEL ORSINI |
| SCOTT LINHART |
| SHAE BERGHOEFER |
| SHANICE RENEE HICKS |

| |
|---|
| SHARONDA WEAVER |
| SHAUN POLLENZ |
| SHEILA BROWN |
| SHERRY SILLER |
| SHRINAL PATEL |
| STEPHAN ROBERTS |
| STEPHANIE R SALLIE |
| STEVEN CALHOUN |
| SYDNEE SULLIVAN |
| TALESHIA TURNER |
| TAMEKA HAUSER |
| TAMISHA MINNIFIELD |
| TAYLOR ACKERMAN |
| TAYLOR ZAK |
| TEAH POLK |
| TEOFILA PALOMINO |
| TERRIN SAMPEY |
| THOMAS BRUCE GOODMAN |
| THOMAS CRITELLI |
| THOMAS RICHARDSON |
| TIMOTHY WATT |
| TOM MOURGOS |
| TONI KIRBY |
| TYLER DEBRINO |
| TYNEKA BOLTON |
| UZODINMA UGOALA |
| VANIA KEENER |
| VANSH GAMBHIR |
| VICKI SHAVELL JONES |
| VINCE URBAN |
| VIRGINIA GARCIA |
| YAREK RIVERS |
| ZACHARY WALKER |
| ZAHIN SARWAR |
| ZENOBIA WHITE |
| ZSANTEL WILLIS |
| JAMES SAUNDERS |
| MICHAEL LIEBMAN |
| GENEVIEVE MIRANDA |
| AARON GUHIN |
| RON RUANGTRAGOOL |