**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Plaintiff,

v. Case No.: 3:23−md−03071

MDL 3071 Defendants, et al.

Defendant,

**ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/16/2026 re [1619].

Vicki R. Kinkade
s/ Hannah Blaney, Deputy Clerk