UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case no. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**Class Member Docket no. 3:23-cv-00742** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.01(g), Leigh A. Woodruff hereby gives notice of her withdrawal as counsel for Rose Associates, Inc. in the above-captioned matter. She should be removed from the docket and any applicable service list. Rose Associates, Inc. will continue to be represented by other counsel of record.

Respectfully submitted,

Dated: October 19, 2026

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Richard P. Sybert*

Richard P. Sybert
Hannah E. Brown *(pro hac vice)*
Leigh A. Woodruff *(pro hac vice)*
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222
rsybert@grsm.com
hbrown@grsm.com
lwoodruff@grsm.com

*Counsel for Rose Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

*/s/ Richard P. Sybert*
Richard P. Sybert
Hannah E. Brown
Leigh A. Woodruff